## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET, INC.
29160 Intervet Lane
Millsboro, DE 19966

     *Plaintiff,*

    v.

MERIAL LIMITED
27 Knightsbridge,
London SW1X 7QT
United Kingdom;

MERIAL SAS
29, Avenue Tony Garnier
69007 Lyon
France;

THE QUEEN'S UNIVERSITY OF
BELFAST
University Rd
Belfast, Northern Ireland
BT7 1NN
United Kingdom; and

UNIVERSITY OF SASKATCHEWAN
105 Administration Place
Saskatoon, SK S7W 5A2
Canada,

     *Defendants.*

Civil Action No. ————

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Intervet, Inc. ("Intervet"), hereby brings this action for declaratory judgment against Defendants Merial Limited, Merial SAS, The Queen's University of Belfast ("Belfast"), and the University of Saskatchewan ("Saskatchewan") and states as follows:

1

## PARTIES

1.      Intervet is a corporation organized and existing under the laws of the State of Delaware and maintains its U.S. headquarters at 29160 Intervet Lane, Millsboro, Delaware.

2.      On information and belief, Defendant Merial Limited is a company limited by shares registered in England and Wales with a registered office in England, and incorporated under the laws of the State of Delaware as Merial LLC.  Merial Limited's North American Operational Headquarters is located in Duluth, Georgia.  On information and belief, Merial Limited sells and/or offers for sale veterinary pharmaceuticals or vaccines in this judicial district.

3.      On information and belief, Merial SAS is a French corporation affiliated with Merial Limited and has a principal place of business at 29, Avenue Tony Garnier, 69007 Lyon, France.

4.      On information and belief, Defendant Belfast is a public university, whose address is University Road, Belfast, Northern Ireland, BT7 1NN United Kingdom.

5.      On information and belief Defendant Saskatchewan is a public university, whose address is 105 Administration Place, Saskatoon, Saskatchewan S7W 5A2, Canada.

## NATURE OF THE ACTION

6.      This is an action for a declaratory judgment of patent noninfringement, invalidity and unenforceability.  Intervet seeks a declaration that the manufacture, importation, use, offer for sale, or sale of Intervet's Porcine Circovirus Vaccine Type 2 does not infringe any valid and enforceable claim of U.S. Patent No. 6,368,601 ("the '601 patent") under 35 U.S.C. § 271, that the claims of the '601 patent are invalid under 35 U.S.C. §§ 101 *et seq*, and that the '601 patent

2

is unenforceable due to inequitable conduct in its procurement. A true copy of the '601 patent is attached hereto as Exhibit A.

## JURISDICTION AND VENUE

7.    This action for a declaratory judgment arises under Title 35 of the United States Code with a specific remedy sought based upon the laws authorizing actions for declaratory judgment in the courts of the United States, 28 U.S.C. §§ 2201 and 2202.

8.    This Court has subject matter jurisdiction over this action, which arises under the patent laws of the United States, pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201.

9.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c). Defendant Merial Limited has conducted continuous and systematic commercial activity in this judicial district. Defendants Merial SAS, Belfast and Saskatchewan are subject to jurisdiction in this judicial district pursuant to 35 U.S.C. § 293.

## BACKGROUND

10.    Porcine Circovirus is a causative agent of post-weaning multisystemic wasting syndrome (PMWS) in pigs. PMWS is widely considered the most significant health problem of the last decade in nursery and young feeder pigs around the world. PMWS normally affects piglets between 6 and 14 weeks of age. Symptoms include chronic wasting, respiratory distress, diarrhea, poor coordination and jaundice. There is no effective treatment for this virus and mortality rates are high. As a result, PMWS can have significant economic consequences.

11.    Intervet is dedicated to the research, development, manufacture and sale of animal health products. Intervet is one of the world's largest animal health companies and is a leader in

3

research and development of veterinary vaccines and pharmaceutical products. Intervet's products include vaccines for use in pets, livestock, poultry and aquaculture; antiparasitics, anti-infectives, endocrine products, diagnostics, feed additives and productivity enhancers. Of particular relevance here, Intervet is an industry leader in the area of swine immunology and produces products for preventing, treating and controlling diseases in pigs. Intervet has developed a Porcine Circovirus Vaccine Type 2 that can be used to immunize pigs from PMWS.

12.    On October 13, 2005, the USDA's Center for Veterinary Biologics issued to Intervet a Conditional License to produce and distribute its Porcine Circovirus Vaccine Type 2.

13.    On information and belief, the '601 patent, entitled PORCINE CIRCOVIRUS VACCINE AND DIAGNOSTICS REAGENTS, issued on April 9, 2002, and is assigned to Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan.

## EXISTENCE OF AN ACTUAL CONTROVERSY

14.    There is an actual and justiciable controversy between Intervet and Defendants regarding whether the commercial manufacture, use, sale, offer for sale, or importation into the United States of Intervet's Porcine Circovirus Vaccine Type 2 infringes one or more claims of the '601 patent.

15.    On December 15, 2005, Merial Limited, alone, filed suit in the United States District Court for the Northern District of Georgia (05-CV-3168) against Intervet alleging that Intervet has infringed, contributed to the infringement of, and/or actively induced the infringement of claims of the '601 patent by making, using, selling, and/or offering to sell Intervet's Porcine

4

Circovirus Vaccine Type 2. A true copy of the complaint filed by Merial Limited is attached hereto as Exhibit B.

16.    On April 11, 2006, Intervet filed a Motion to Dismiss Merial Limited's Complaint for lack of standing and for failure to join necessary parties. Specifically, Merial Limited failed to allege any basis for its standing to bring the action against Intervet and failed to include indispensable parties in that action, namely, the patent owners and defendants Merial SAS, Belfast and Saskatchewan.

17.    Intervet denies infringement of the '601 patent and disputes its validity and enforceability.

### FIRST COUNT
### DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT

18.    Plaintiff hereby restates and realleges the allegations set forth in paragraphs 1 through 17 and incorporates them by reference.

19.    Intervet has not at any time infringed, induced others to infringe, and/or committed acts of contributory infringement of any of the claims of the '601 patent either literally or under the doctrine of equivalents.

### SECOND COUNT
### DECLARATORY JUDGMENT OF PATENT INVALIDITY

20.    Intervet hereby restates and realleges the allegations set forth in paragraphs 1 through 19 and incorporates them by reference.

21.     The claims of the '601 patent are invalid because the claimed invention does not

satisfy the requirements for patentability under Title 35 of the United States Code, including

without limitation, 35 U.S.C. §§ 101, 102, 103, 112.

### THIRD COUNT
### DECLARATORY JUDGMENT OF UNENFORCEABILITY

22.     Intervet hereby restates and realleges the allegations set forth in paragraphs 1 through

21 and incorporates them by reference.

23.     The '601 patent is unenforceable due to inequitable conduct by the applicants for the

'601 patent during prosecution of the application leading to the patent.

24.     Each individual associated with the filing and prosecution of a patent application has

a duty of candor and good faith in dealing with the United States Patent and Trademark Office

("Patent Office").  37 C.F.R. § 1.56.  On information and belief, the '601 patentees failed in their

duty of candor and good faith to the Patent Office by misrepresenting that the '601 patent

application is entitled to claim benefit of priority to French Patent Application FR 97 12382 ("FR

97 12382"), which was filed October 3, 1997.

25.     During prosecution of the '601 patent application the Patent Office rejected pending

claims in the application as anticipated under 35 U.S.C. § 102(a) by Genbank Accession No.

027217 ("Hamel"), which, according to the applicants for the '601 patent, was publicly available

December 17, 1997, *i.e.*, after the filing date of FR 97 12382.

26.     To be an effective priority document for the pending claims of the '601 patent

application, the patent law requires that FR 97 12382 satisfy the requirements of 35 U.S.C. §

112, and, for example, provide a written description of the invention claimed in the '601 patent. Failure of FR 97 12382 to satisfy the requirements of § 112 would have precluded the applicants for the '601 patent from claiming the benefit of the October 1997 filing date of FR 97 12382 as a priority date for the pending claims of the '601 patent application, and, therefore, would have precluded them from removing Hamel as a prior art reference on that basis.

27.    On information and belief, FR 97 12382 plainly does not satisfy the requirements of 35 U.S.C. § 112 for either the claims of the '601 patent application pending before the examiner at the time of the rejection over Hamel, or the issued claims of the '601 patent. For example, although the claims recite the terms "porcine circovirus type II" and "ORFs 1-13," FR 97 12382 fails to mention either of these terms, much less provide an adequate written description of the terms as required by § 112.

28.    On information and belief, individuals associated with the filing and prosecution of the '601 patent application were aware that FR 97 12382 failed to satisfy the requirements of 35 U.S.C. § 112. Nevertheless, those individuals claimed the benefit of priority to FR 97 12382 in order to obtain allowance of the claims of the '601 patent. For example, in order to remove Hamel as a prior art reference, the applicants stated that "Hamel is not available as a section 102(a) reference in this application because the publication date of Hamel, i.e [sic] December 17, 1997, was after the October 3, 1997 priority date of this application." At no time during prosecution did the applicants apprise the Patent Office of the inadequacy of FR 97 12382 under § 112. On information and belief, the Patent Office would have found this information material to the patentability of the '601 patent claims because it refutes and is inconsistent with the applicants' position in, for example, opposing the rejection over Hamel. 37 C.F.R. § 1.56(b)(2).

29.    On information and belief, the applicants intentionally and inequitably concealed from the Patent Office this information regarding the '601 patent's entitlement to priority with an intent to deceive the Patent Office. Such intentional acts constitute inequitable conduct before the Patent Office and render the '601 patent unenforceable.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF requests that the Court enter judgment:

(a)    Declaring that Plaintiff does not infringe any claim of the '601 patent;

(b)    Declaring invalid the claims of the '601 patent;

(c)    Declaring unenforceable the '601 patent;

(d)    Finding that, pursuant to 35 U.S.C. § 285 and/or other applicable laws, Defendants' conduct renders this an exceptional case and that Plaintiff be awarded costs of this action and its attorneys' fees to the extent permitted by law; and

(e)    Granting such other and further relief as the Court deems just and proper.

Date: April 11, 2006                Respectfully Submitted,

_John R. Hutchins, Esq. (D.C. Bar # 456749)_
John R. Hutchins, Esq. (D.C. Bar # 456749)
KENYON & KENYON
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet, Inc.

CO-386-online
10/03

# United States District Court
# For the District of Columbia

INTERVET, INC.,

            vs        Plaintiff

MERIAL LIMITED, MERIAL SAS, THE
QUEEN'S UNIVERSITY OF BELFAST,
and UNIVERSITY OF SASKATCHEWAN
                   Defendant

)
)
)
)
)
)
)
)
)
)

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Intervet, Inc._____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Intervet, Inc._____ which have

any outstanding securities in the hands of the public:

   Akzo Nobel, Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

___456749_____
BAR IDENTIFICATION NO.

___John R. Hutchins, Esq._____
Print Name

Kenyon & Kenyon, LLP - 1500 K Street N.W., Suite 700
Address

__Washington, DC 20005-1257_____
City        State       Zip Code

__(202) 220-4201_____
Phone Number

# EXHIBIT A



US006368601B1

(12) **United States Patent**
Allan et al.

(10) Patent No.: **US 6,368,601 B1**
(45) Date of Patent: **Apr. 9, 2002**

(54) **PORCINE CIRCOVIRUS VACCINE AND DIAGNOSTICS REAGENTS**

(75) Inventors: **Gordon Allan; Brian Meehan**, both of Belfast (GB); **Edward Clark**, Saskatoon (CA); **John Ellis**, Saskatoon (CA); **Deborah Haines**, Saskatoon (CA); **Lori Hassard**, Saskatoon (CA); **John Harding**, Humboldt (CA); **Catherine Elisabeth Charreyre**, Saint-Laurent de Mure (FR); **Gilles Emile Chappuis**, Lyons (FR); **Francis McNeilly**, Newtownards (GB)

(73) Assignees: **Merial**, Lyons (FR); **The Queen's University of Belfast**, Belfast (GB); **University of Saskatchewan**, Saskatoon (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/082,558**

(22) Filed: **May 21, 1998**

(30) **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Oct. 3, 1997 | (FR) | ........................................ | 97 12382 |
| Jan. 22, 1998 | (FR) | ........................................ | 98 00873 |
| Mar. 20, 1998 | (FR) | ........................................ | 98 03707 |

(51) Int. Cl.$^7$ ........................ A61K 39/12; A61K 31/70; C12Q 1/70; C12H 15/00; C12N 7/00

(52) U.S. Cl. ........................ 424/204.1; 514/44; 435/5; 435/235.1; 435/320.1; 536/23.1; 536/23.4

(58) Field of Search .............................. 536/23.1, 23.4; 435/5, 320.1, 235.1; 514/44; 424/204.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,217,883 B1 * 4/2001 Allan et al. .............. 424/201.1

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2772047 | * | 6/1999 |
| WO | 99/29717 | * | 6/1999 |

OTHER PUBLICATIONS

Tischer et al. 1982. A very small porcine virus with circular single–stranded DNA. Nature. vol. 295, pp. 64–66.*
Sequence Alignments, for SEQ ID NO:s 1–4 and 6 with Genbank Acc No: 027217, Sep. 27, 1997 (Hamel et al.).*

Nayar et al., Canadian Veterinary Journal, vol. 38, Jun. 1997, pp. 385–386.
E.G. Clark, American Association of Swine Practioners, 1997, pp. 499–501.
Meehan et al., Journal of General Virology, vol. 78, 1997, pp. 221–227.
Todd et al., Arch. Virol., vol. 117, 1991, pp. 129–135.
LeCann et al., Veterinary Record, Dec. 20/27, 1997, p. 660.
Daft et al., 39th Annual Meeting of American Association of Veterinary Laboratory Diagnosticians, Oct. 12–18, 1996.
Harding et al., American Association of Swine Practioners, 1997, p. 503.
Albina et al., La Semaine Veterinaire des Filieres, No. 26, Nov. 30, 1996, pp. 1–2.
V. Dedet, La Semaine Veterinaire, May 24, 1997, p. 54.
Allan et al., J. Vet. Diagn. Invest., vol. 10 (1998), pp. 3–10.
Ellis et al., Can. Vet. J., vol. 39, Jan. 1998, pp. 44–51.
Segales et al., Veterinary Record, Dec. 6, 1997, pp. 600–601.
Allan et al., Vet. Immunol. Immunopathol., vol. 43 (1994), pp. 357–371.
Allan et al., Vet. Micro., vol. 44 (1995), pp. 49–64.
Tischer et al., Arch. Virol., vol. 91 (1986), pp. 271–276.
Hamel et al., Database EMBL/Genbank/DDBJ, Sep. 26, 1997.

* cited by examiner

*Primary Examiner*—Laurie Scheiner
*Assistant Examiner*—Shanon A. Foley
(74) *Attorney, Agent, or Firm*—Frommer Lawrence & Haug, LLP; William S. Frommer; Thomas J. Kowalski

(57) **ABSTRACT**

The invention relates to new porcine circovirus strains isolated from pulmonary or ganglionic samples obtained from farms affected by the post-weaning multisystemic wasting syndrome (PMWS). It relates to purified preparations of these strains, conventional attenuated or inactivated vaccines, recombinant live vaccines, plasmid vaccines and subunit vaccines, as well as reagents and diagnostic methods. It also relates to the DNA fragments which can be used for the production of subunits in an in vitro expression vector or as sequences to be integrated into a virus or plasmid type in vivo expression vector.

**35 Claims, 18 Drawing Sheets**

**U.S. Patent**      Apr. 9, 2002      Sheet 1 of 18      US 6,368,601 B1

Figure No. 1

Sequence of the PCV Imp1011-48121 isolate (SEQ ID No. 1)

```
   1  AATTCAACCT TAACCTTTCT TATTCTGTAG TATTCAAAGG GCACAGAGCG

  51  GGGGTTTGAG CCCCCTCCTG GGGGAAGAAA GTCATTAATA TTGAATCTCA

 101  TCATGTCCAC CGCCCAGGAG GGCGTTCTGA CTGTGGTTCG CTTGACAGTA

 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT

 201  CCAGCGGTAA CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA

 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTCCG GTAACGCCTC

 301  CTTGGATACG TCATATCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC

 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG

 401  CCGAGCAAGA AGAATGGAAG AAGCGGACCC CAACCCCATA AAAGGTGGGT

 451  GTTCACTCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGATC

 501  TTCCAATATC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG

 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA

 601  GACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA

 651  AAGCGAAAGG AACAGATCAG CAGAATAAAG AATACTGCAG TAAAGAAGGC

 701  AACTTACTGA TGGAGTGTGG AGCTCCTAGA TCTCAGGGAC AACGGAGTGA

 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG

 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT

 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACTAA

 901  TGTaCACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG

 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG

1001  TGGTGGGATG GTTACCATGG TGAAGAAGTG GTTGTTATTG ATGACTTTTA

1051  TGGCTGGCTG CCCTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT

1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT

1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT

1201  CCCAGCTGTA GAAGCTCTTT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

**U.S. Patent**      Apr. 9, 2002      **Sheet 2 of 18**      **US 6,368,601 B1**

Figure No. 1 (continuation and end)

```
1251   AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301   TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAAATTACT GAGTCTTTTT

1351   TATCACTTCG TAATGGTTTT TATTATTCAT TAAGGGTTAA GTGGGGGGTC

1401   TTTAAGATTA AATTCTCTGA ATTGTACATA CATGGTTACA CGGATATTGT

1451   ATTCCTGGTC GTATATACTG TTTTCGAACG CAGTGCCGAG GCCTACGTGG

1501   TCtACATTTC CAGCAGTTTG TAGTCTCAGC CACAGCTGGT TTCTTTTGTT

1551   GTTTGGTTGG AAGTAATCAA TAGTGGAATC TAGGACAGGT TTGGGGGTAA

1601   AGTAGCGGGA GTGGTAGGAG AAGGGCTGGG TTATGGTATG GCGGGAGGAG

1651   TAGTTTACAT AGGGGTCATA GGTGAGGGCT GTGGCCTTTG TTACAAAGTT

1701   ATCATCTAGA ATAACAGCAC TGGAGCCCAC TCCCCTGTCA CCCTGGGTGA

1751   TCGGGGAGCA GGGCCAG
```

**U.S. Patent**          Apr. 9, 2002          Sheet 3 of 18          US 6,368,601 B1

Figure No. 2

Sequence of the PCV Imp1011-48285 isolate (SEQ ID No. 2)

```
   1  AATTCAACCT TAACCTTTCT TATTCTGTAG TATTCAAAGG GCACAGAGCG
  51  GGGGTTTGAG CCCCCTCCTG GGGGAAGAAA GTCATTAATA TTGAATCTCA
 101  TCATGTCCAC CGCCCAGGAG GGCGTTTTGA CTGTGGTTCG CTTGACAGTA
 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT
 201  CCAGCGGTAA CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA
 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTCCG GTAACGCCTC
 301  CTTGGATACG TCATATCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC
 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG
 401  CCCAGCAAGA AGAATGGAAG AAGCGGACCC CAACCCCATA AAAGGTGGGT
 451  GTTCACTCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGATC
 501  TTCCAATATC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG
 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA
 601  GACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA
 651  AAGCGAAAGG AACAGATCAG CAGAATAAAG AATACTGCAG TAAAGAAGGC
 701  AACTTACTGA TGGAGTGTGG AGCTCCTAGa TCTCAgGGAC AACGGAGTGA
 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG
 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT
 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACTAA
 901  TGTACACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG
 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG
1001  TGGTGGGATG GTTACCATGG TGAAGAAGTG GTTGTTATTG ATGACTTTTA
1051  TGGCTGGCTG CCCTGGGATG ATCrACTGAG ACTGTGTGAT CGATATCCAT
1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT
1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT
1201  CCCAGCTGTA GAAGCTCTTT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 2 (continuation and end)

```
1251  AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301  TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAATTACT GAGTCTTTTT

1351  TATCACTTCG TAATGGTTTT TATTATTCAT TAAGGGTTAA GTGGGGGGTC

1401  TTTAAGATTA AATTCTCTGA ATTGTACATA CATGGTTACA CGGATATTGT

1451  ATTCCTGGTC GTATATACTG TTTTCGAACG CAGTGCCGAG GCCTACGTGG

1501  TCTACATTTC CAGTAGTTTG TAGTCTCAGC CACAGCTGAT TTCTTTTGTT

1551  GTTTGGTTGG AAGTAATCAA TAGTGGAATC TAGGACAGGT TTGGGGGTAA

1601  AGTAGCGGGA GTGGTAGGAG AAGGGCTGGG TTATGGTATG GCGGGAgGAG

1651  TAGTTTACAT AGGGGTCATA GGTGAgGGCT GTGGCCTTTG TTACAAAGTT

1701  ATCATCTAGA ATAACAGCAC TGGAGCCCAC TCCCCTGTCA CCCTGGGTGA

1751  TCGGGGAGCA GGGCCAG
```

Figure No. 3

Sequence of the PCV Imp999 isolate (SEQ ID No. 3)

```
   1  AATTCAACCT TAACCTTTTT TATTCTGTAG TATTCAAAGG GTATAGAGAT

  51  TTTGTTGGTC CCCCCTCCCG GGGGAACAAA GTCGTCAATA TTAAATCTCA

 101  TCATGTCCAC CGCCCAGGAG GGCGTTCTGA CTGTGGTAGC CTTGACAGTA

 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT

 201  CCAACGGTAG CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA

 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTGCG GTAACGCCTC

 301  CTTGGATACG TCATAGCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC

 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG

 401  CCCAGCAAGA AGAATGGAAG AAGCGGACCC CAACCACATA AAAGGTGGGT

 451  GTTCACGCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGAGC

 501  TCCCAATCTC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG

 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA

 601  AACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA

 651  AAGCCAAAGG AACTGATCAG CAGAATAAAG AATATTGCAG TAAAGAAGGC

 701  AACTTACTTA TTGAATGTGG AGCTCCTCGA TCTCAAGGAC AACGGAGTGA

 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG

 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT

 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACCAA

 901  TGTACACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG

 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG

1001  TGGTGGGATG GTTACCATGG TGAAgAAGTG GTTGTTATTG ATGACTTTTA

1051  TGGCTGGCTG CCGTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT

1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT

1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT

1201  CCCAGCTGTA GAAGCTCTCT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 3 (continuation and end)

```
1251  AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301  TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAATTACT GAGTCTTTTT

1351  TATCACTTCG TAATGGTTTT TATTATTCAT TTAGGGTTTA AGTGGGGGGT

1401  CTTTAAGATT AAATTCTCTG AATTGTACAT ACATGGTTAC ACGGATATTG

1451  TAGTCCTGGT CGTATATACT GTTTTCGAAC GCAGTGCCGA GGCCTACGTG

1501  GTCCACATTT CTAGAGGTTT GTAGCCTCAG CCAAAGCTGA TTCCTTTTGT

1551  TATTTGGTTG GAAGTAATCA ATAGTGGAGT CAAGAACAGG TTTGGGTGTG

1601  AAGTAACGGG AGTGGTAGGA GAAGGGTTGG GGGATTGTAT GGCGGGAGGA

1651  GTAGTTTACA TATGGGTCAT AGGTTAGGGC TGTGGCCTTT GTTACAAAGT

1701  TATCATCTAG AATAACAGCA GTGGAGCCCA CTCCCCTATC ACCCTGGGTG

1751  ATGGGGGAGC AGGGCCAG
```

Figure No. 4

Sequence of the PCV Imp1010 isolate (SEQ ID No. 4)

```
   1  AATTCAACCT TAACCTTTCT TATTCTGTAG TATTCAAAGG GTATAGAGAT
  51  TTTGTTGGTC CCCCCTCCCG GGGGAACAAA GTCGTCAATT TTAAATCTCA
 101  TCATGTCCAC CGCCCAGGAG GGCGTTGTGA CTGTGGTACG CTTGACAGTA
 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT
 201  CCAACGGTAG CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA
 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTGCG GTAACGCCTC
 301  CTTGGATACG TCATAGCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC
 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG
 401  CCCAGCAAGA AGAATGGAAG AAGCGGACCC CAACCACATA AAAGGTGGGT
 451  GTTCACGCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGAGC
 501  TCCCAATCTC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG
 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA
 601  AACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA
 651  AAGCCAAAGG AACTGATCAG CAGAATAAAG AATATTGCAG TAAAGAAGGC
 701  AACTTACTTA TTGAATGTGG AGCTCCTCGA TCTCAAGGAC AACGGAGTGA
 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG
 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT
 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACCAA
 901  TGTACACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG
 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG
1001  TGGTGGGATG GTTACCATGG TGAAGAAGTG GTTGTTATTG ATGACTTTTA
1051  TGGCTGGCTG CCGTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT
1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT
1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT
1201  CCCAGCTGTA GAAGCTCTCT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 4 (continuation and end)

```
1251  AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301  TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAAATTACT GAGTCTTTTT

1351  TATCACTTCG TAATGGTTTT TATTATTCAT TTAGGGTTTA AGTGGGGGGT

1401  CTTTAAGATT AAATTCTCTG AATTGTACAT ACATGGTTAC ACGGATATTG

1451  TAGTCCTGGT CGTATTTACT GTTTTCGAAC GCAGCGCCGA GGCCTACGTG

1501  GTCCACATTT CCAGAGGTTT GTAGTCTCAG CCAAAGCTGA TTCCTTTTGT

1551  TATTTGGTTG GAAGTAATCA ATAGTGGAGT CAAGAACAGG TTTGGGTGTG

1601  AAGTAACGGG AGTGGTAGGA GAAGGGTTGG GGGATTGTAT GGCGGGAGGA

1651  GTAGTTTACA TATGGGTCAT AGGTTAGGGC TGTGGCCTTT GTTACAAAGT

1701  TATCATCTAG AATAACAGCA GTGGAGCCCA CTCCCCTATC ACCCTGGGTG

1751  ATGGGGGAGC AGGGCCAG
```

**U.S. Patent**        Apr. 9, 2002        Sheet 9 of 18        US 6,368,601 B1

Figure No. 5

CLUSTAL W multiple sequence alignment

```
PCVPK-15    AATTCATATTTAGCCTTTCTAATACGGTAGTATTGGAAAAGGTAGGGGTAGGGGGTTGGTG
IMP999-ECO  AATTCAACCTTAACCTTTTTTATTCTGTAGTATTCAAAGGGTATAGAGATTTTGTTGGTC
IMP1010-ST  AATTCAACCTTAACCTTTCTTATTCTGTAGTATTCAAAGGGTATAGAGATTTTGTTGGTC
IMP1011-48  AATTCAACCTTAACCTTTCTTATTCTGTAGTATTCAAAGGGTATAGAGATTTTGTTGGTC
IMP1011-48  AATTCAACCTTAACCTTTCTTATTCTGTAGTATTCAAAGGGCACAGAGCGGGGGTTTGAG
            ******  *** ***** * ** * ******** * *** ****        *** ***

PCVPK-15    CCGCCTGAGGGGGGGGAGGAACTGGCCGATGTTGAATTTGAGGTAGTTAACATTCCAAGAT
IMP999-ECO  CCCCCTCCCGGGGGAACAAAGTCGTCAATATTAAATCTCATCATGTCCACCGCCCAGGAG
IMP1010-ST  CCCCCTCCCGGGGGAACAAAGTCGTCAATTTTAAATCTCATCATGTCCACCGCCCAGGAG
IMP1011-48  CCCCCTCCTGGGGGAAGAAAGTCATTAATAATTGAATCTCATCATGTCCACCGCCCAGGAG
IMP1011-48  CCCCCTCCTGGGGGAAGAAAGTCATTAATAATTGAATCTCATCATGTCCACCGCCCAGGAG
            ** ****  ***** * *  * ***** *        ** *** **    **  *** ***

PCVPK-15    GGC--TGCGAGTATCCTCCTTTT-ATGGTGAGTACAAATTCTGTAGAAAGGCGGGAATTG
IMP999-ECO  GGCGTTCTGACTGTGGTAGCCTTGACAGTATATCCGAAGGTGCGGGAGAGGCGGGTGTTG
IMP1010-ST  GGCGTTGTGACTGTGGTACGCTTGACAGTATATCCGAAGGTGCGGGAGAGGCGGGTGTTG
IMP1011-48  GGCGTTCTGACTGTGGTTCGCTTGACAGTATATCCGAAGGTGCGGGAGAGGCGGGTGTTG
IMP1011-48  GGCGTTTTGACTGTGGTTCGCTTGACAGTATATCCGAAGGTGCGGGAGAGGCGGGTGTTG
            *** * ** * *  *  ** *  ** **** ** **      ** ******* ***

PCVPK-15    AAGATACCCGTCTTTCGGCGCCATCTGTAACGGTTTCTGAAGGCGGGGTGTGCCAAATAT
IMP999-ECO  AAGATGCCATTTTTCCTTCTCCAACGGTAGCGGTGGC-GGGGGTGGA-CGAGCCAGGGGC
IMP1010-ST  AAGATGCCATTTTTCCTTCTCCAACGGTAGCGGTGGC-GGGGGTGGA-CGAGCCAGGGGC
IMP1011-48  AAGATGCCATTTTTCCTTCTCCAGCGGTAACGGTGGC-GGGGGTGGA-CGAGCCAGGGGC
IMP1011-48  AAGATGCCATTTTTCCTTCTCCAGCGGTAACGGTGGC-GGGGGTGGA-CGAGCCAGGGGC
            ***** *** * ** *  * *** **** *  * ** **  * ****

PCVPK-15    GGTCTTCTCCGGAGGATGTTTCCAAGATGGCTGCGGGGGCGGGTCCTTCTTCTGCGGTAA
IMP999-ECO  GG----CGGCGGAGGATCTGGCCAAGATGGCTGCGGGGGCGGTGTCTTCTTCTGCGGTAA
IMP1010-ST  GG----CGGCGGAGGATCTGGCCAAGATGGCTGCGGGGGCGGTGTCTTCTTCTGCGGTAA
IMP1011-48  GG----CGGCGGAGGATCTGGCCAAGATGGCTGCGGGGGCGGTGTCTTCTTCTGCGGTAA
IMP1011-48  GG----CGGCGGAGGATCTGGCCAAGATGGCTGCGGGGGCGGTGTCTTCTTCTGCGGTAA
            **   * ******** * ************** ****** *****  ** *** ******

PCVPK-15    CGCCTCCTTGGCCACGTCATCCTATAAAAGTGAAAGAAGTGCGCTGCTGTAGTATTACCA
IMP999-ECO  CGCCTCCTTGGATACGTCATAGC-TGAAAACGAAAGAAGTGCGCTGTA--AGTATTACCA
IMP1010-ST  CGCCTCCTTGGATACGTCATAGC-TGAAAACGAAAGAAGTGCGCTGTA--AGTATTACCA
IMP1011-48  CGCCTCCTTGGATACGTCATATC-TGAAAACGAAAGAAGTGCGCTGTA--AGTATTACCA
IMP1011-48  CGCCTCCTTGGATACGTCATATC-TGAAAACGAAAGAAGTGCGCTGTA--AGTATTACCA
            ********** *  ***  *    * ***  ************* ****    *********

PCVPK-15    GCGCACTTCGGCAGCGGCAGCACCTCGGCAGCG--TCAGTG--AAAATGCCAAGCAAGAA
IMP999-ECO  GCGCACTTCGGCAGCGGCAGCACCTCGGCAGCACCTCAGCAGCAACATGCCCAGCAAGAA
IMP1010-ST  GCGCACTTCGGCAGCGGCAGCACCTCGGCAGCACCTCAGCAGCAACATGCCCAGCAAGAA
IMP1011-48  GCGCACTTCGGCAGCGGCAGCACCTCGGCAGCACCTCAGCAGCAACATGCCCAGCAAGAA
IMP1011-48  GCGCACTTCGGCAGCGGCAGCACCTCGGCAGCACCTCAGCAGCAACATGCCCAGCAAGAA
            ****************************** *     **** * ** ***** ********
```

Figure No. 5 (continuation)

```
PCVPK-15      ---------AAGCGGCCCGCAACCCCATAAGAGGTGGGTGTTCACCCTTAATAATCCTTC
IMP999-ECO    GAATGGAAGAAGCGGACCCCAACCACATAAAAGGTGGGTGTTCACGCTGAATAATCCTTC
IMP1010-ST    GAATGGAAGAAGCGGACCCCAACCACATAAAAGGTGGGTGTTCACGCTGAATAATCCTTC
IMP1011-48    GAATGGAAGAAGCGGACCCCAACCCCATAAAAGGTGGGTGTTCACTCTGAATAATCCTTC
IMP1011-48    GAATGGAAGAAGCGGACCCCATAAAAGGTGGGTGTTCACTCTGAATAATCCTTC
              ****** ** ***** ***** ************* **  **********


PCVPK-15      CGAGGAGGAGAAAAACAAAATACGGGAGCTTCCAATCTCCCTTTTTGATTATTTTGTTTG
IMP999-ECO    CGAAGACGAGCGCAAGAAAATACGGGAGCTCCCAATCTCCCTATTTGATTATTTTTATTGT
IMP1010-ST    CGAAGACGAGCGCAAGAAAATACGGGAGCTCCCAATCTCCCTATTTGATTATTTTATTGT
IMP1011-48    CGAAGACGAGCGCAAGAAAATACGGGATCTTCCAATATCCCTATTTGATTATTTTATTGT
IMP1011-48    CGAAGACGAGCGCAAGAAAATACGGGATCTTCCAATATCCCTATTTGATTATTTTATTGT
              *** ** ***   ** ********** **  ***** ****   ***********  **


PCVPK-15      CGGAGAGGAAGGTTTGGAAGAGGGTAGAACTCCTCACCTCCAGGGGTTTGCGAATTTTGC
IMP999-ECO    TGGCGAGGAGGGTAATGAGGAAGGACGAACACCTCACCTCCAGGGGTTCGCTAATTTTGT
IMP1010-ST    TGGCGAGGAGGGTAATGAGGAAGGACGAACACCTCACCTCCAGGGGTTCGCTAATTTTGT
IMP1011-48    TGGCGAGGAGGGTAATGAGGAAGGACGAACACCTCACCTCCAGGGGTTCGCTAATTTTGT
IMP1011-48    TGGCGAGGAGGGTAATGAGGAAGGACGAACACCTCACCTCCAGGGGTTCGCTAATTTTGT
              ** ***** ***  ** ** ** **** ************** **  ** *******


PCVPK-15      TAAGAAGCAGACTTTTAACAAGGTGAAGTGGTATTTTGGTGCCCGCTGCCACATCGAGAA
IMP999-ECO    GAAGAAGCAAACTTTTAATAAAGTGAAGTGGTATTTGGGTGCCCGCTGCCACATCGAGAA
IMP1010-ST    GAAGAAGCAAACTTTTAATAAAGTGAAGTGGTATTTGGGTGCCCGCTGCCACATCGAGAA
IMP1011-48    GAAGAAGCAGACTTTTAATAAAGTGAAGTGGTATTTGGGTGCCCGCTGCCACATCGAGAA
IMP1011-48    GAAGAAGCAGACTTTTAATAAAGTGAAGTGGTATTTGGGTGCCCGCTGCCACATCGAGAA
              ********* ******* **  ************* ************************


PCVPK-15      AGCGAAAGGAACCGACCAGCAGAATAAAGAATACTGCAGTAAAGAAGGCCACATACTTAT
IMP999-ECO    AGCCAAAGGAACTGATCAGCAGAATAAAGAATATTGCAGTAAAGAAGGCAACTTACTTAT
IMP1010-ST    AGCCAAAGGAACTGATCAGCAGAATAAAGAATATTGCAGTAAAGAAGGCAACTTACTTAT
IMP1011-48    AGCGAAAGGAACAGATCAGCAGAATAAAGAATACTGCAGTAAAGAAGGCAACTTACTGAT
IMP1011-48    AGCGAAAGGAACAGATCAGCAGAATAAAGAATACTGCAGTAAAGAAGGCAACTTACTGAT
              *** ******* ** ************** ** ************** **** ****


PCVPK-15      CGAGTGTGGAGCTCCGCGGAACCAGGGGAAGCGCAGCGACCTGTCTACTGCTGTGAGTAC
IMP999-ECO    TGAATGTGGAGCTCCTCGATCTCAAGGACAACGGAGTGACCTGTCTACTGCTGTGAGTAC
IMP1010-ST    TGAATGTGGAGCTCCTCGATCTCAAGGACAACGGAGTGACCTGTCTACTGCTGTGAGTAC
IMP1011-48    GGAGTGTGGAGCTCCTAGATCTCAGGGACAACGGAGTGACCTGTCTACTGCTGTGAGTAC
IMP1011-48    GGAGTGTGGAGCTCCTAGATCTCAGGGACAACGGAGTGACCTGTCTACTGCTGTGAGTAC
              ** ***********  *   ** ** *** ***** ***********************


PCVPK-15      CCTTTTGGAGACGGGGTCTTTGGTGACTGTAGCCGAGCAGTTCCCTGTAACGTATGTGAG
IMP999-ECO    CTTGTTGGAGAGCGGGAGTCTGGTGACCGTTGCAGAGCAGCACCCTGTAACGTTTGTCAG
IMP1010-ST    CTTGTTGGAGAGCGGGAGTCTGGTGACCGTTGCAGAGCAGCACCCTGTAACGTTTGTCAG
IMP1011-48    CTTGTTGGAGAGCGGGAGTCTGGTGACCGTTGCAGAGCAGCACCCTGTAACGTTTGTCAG
IMP1011-48    CTTGTTGGAGAGCGGGAGTCTGGTGACCGTTGCAGAGCAGCACCCTGTAACGTTTGTCAG
              * * *******  *** * ******* ** **  ***** ***********  *** **


PCVPK-15      AAATTTCCGCGGGCTGGCTGAACTTTTGAAAGTGAGCGGGAAGTGAGCGGGAAGCGTGATTG
IMP999-ECO    AAATTTCCGCGGGCTGGCTGAACTTTTGAAAGTGAGCGGGAAAATGCAGAAGCGTGATTG
IMP1010-ST    AAATTTCCGCGGGCTGGCTGAACTTTTGAAAGTGAGCGGGAAAATGCAGAAGCGTGATTG
IMP1011-48    AAATTTCCGCGGGCTGGCTGAACTTTTGAAAGTGAGCGGGAAAATGCAGAAGCGTGATTG
IMP1011-48    AAATTTCCGCGGGCTGGCTGAACTTTTGAAAGTGAGCGGGAAAATGCAGAAGCGTGATTG
              ***********************************************  ****** **********
```

Figure No. 5 (continuation)

```
PCVPK-15     GAAGACAGCTGTACACGTCATAGTGGGCCCGCCCGGTTGTGGGAAGAGCCAGTGGGCCCG
IMP999-ECO   GAAGACCAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
IMP1010-ST   GAAGACCAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
IMP1011-48   GAAGACTAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
IMP1011-48   GAAGACTAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
             ******  *********** ***** ** ** ** ***** ** *** * *****
```

```
PCVPK-15     TAATTTTGCTGAGCCTAGGGACACCTACTGGAAGCCTAGTAGAAATAAGTGGTGGGATGG
IMP999-ECO   TAATTTTGCAGACCCGGAAACCACATACTGGAAACCACCTAGAAACAAGTGGTGGGATGG
IMP1010-ST   TAATTTTGCAGACCCGGAAACCACATACTGGAAACCACCTAGAAACAAGTGGTGGGATGG
IMP1011-48   TAATTTTGCAGACCCGGAAACCACATACTGGAAACCACCTAGAAACAAGTGGTGGGATGG
IMP1011-48   TAATTTTGCAGACCCGGAAACCACATACTGGAAACCACCTAGAAACAAGTGGTGGGATGG
             ********* ** *** *** ******** **  ***** **********
```

```
PCVPK-15     ATATCATGGAGAAGAAGTTGTTGTTTTGGATGATTTTTATGGCTGGTTACCTTGGGATGA
IMP999-ECO   TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGCCGTGGGATGA
IMP1010-ST   TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGCCGTGGGATGA
IMP1011-48   TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGCCCTGGGATGA
IMP1011-48   TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGCCCTGGGATGA
             ** ***** ******** ****** * ***** *********** ** * *********
```

```
PCVPK-15     TCTACTGAGACTGTGTGACCGGTATCCATTGACTGTAGAGACTAAAGGGGGTACTGTTCC
IMP999-ECO   TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
IMP1010-ST   TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
IMP1011-48   TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
IMP1011-48   TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
             ***************** ** ** ********************* *** ** ***** **
```

```
PCVPK-15     TTTTTTGGCCCGCAGTATTTTGATTACCAGCAATCAGGCCCCCCAGGAATGGTACTCCTC
IMP999-ECO   TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGGAATGGTACTCCTC
IMP1010-ST   TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGGAATGGTACTCCTC
IMP1011-48   TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGGAATGGTACTCCTC
IMP1011-48   TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGGAATGGTACTCCTC
             *******************  ***************** ****  ** *************
```

```
PCVPK-15     AACTGCTGTCCCAGCTGTAGAAGCTCTCTATCGGAGGATTACTACTTTGCAATTTTGGAA
IMP999-ECO   AACTGCTGTCCCAGCTGTAGAAGCTCTCTATCGGAGGATTACTTCCTTGGTATTTTGGAA
IMP1010-ST   AACTGCTGTCCCAGCTGTAGAAGCTCTCTATCGGAGGATTACTTCCTTGGTATTTTGGAA
IMP1011-48   AACTGCTGTCCCAGCTGTAGAAGCTCTTTATCGGAGGATTACTTCCTTGGTATTTTGGAA
IMP1011-48   AACTGCTGTCCCAGCTGTAGAAGCTCTTTATCGGAGGATTACTTCCTTGGTATTTTGGAA
             *************************** ****************  ** ** *********
```

```
PCVPK-15     GACTGCTGGAGAACAATCCACGGAGGTACCCGAAGGCCGATTTGAAGCAGTGGACCCACC
IMP999-ECO   GAATGCTACAGAACAATCCACGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
IMP1010-ST   GAATGCTACAGAACAATCCACGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
IMP1011-48   GAATGCTACAGAACAATCCACGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
IMP1011-48   GAATGCTACAGAACAATCCACGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
             ** ***** ****************** *  * ****  *** *     * *** ** **
```

```
PCVPK-15     CTGTGCCCTTTTCCCATATAAAATAAATTACTGAGTCTTTTTTGTTATCACATCGTAATG
IMP999-ECO   ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTTT---TATCACTTCGTAATG
IMP1010-ST   ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTTT---TATCACTTCGTAATG
IMP1011-48   ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTTT---TATCACTTCGTAATG
IMP1011-48   ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTTT---TATCACTTCGTAATG
             ** *  ** ****** *************************   ****** ********
```

Figure No. 5 (continuation and end)

```
PCVPK-15      GTTTTTATT-TTTATTTA---TTTA----GAGGGTCTTTTAGGATAAATTCTCTGAATTG
IMP999-ECO    GTTTTTATTATTCATTTAGGGTTTAAGTGGGGGGTCTTTAAGATTAAATTCTCTGAATTG
IMP1010-ST    GTTTTTATTATTCATTTAGGGGTTTAAGTGGGGGGTCTTTAAGATTAAATTCTCTGAATTG
IMP1011-48    GTTTTTATTATTCATTAAGGGTT-AAGTGGGGGGTCTTTAAGATTAAATTCTCTGAATTG
IMP1011-48    GTTTTTATTATTCATTAAGGGTT-AAGTGGGGGGTCTTTAAGATTAAATTCTCTGAATTG
              ********* ** **** *   *  ******* ** ***************

PCVPK-15      TACATAAATAGTCAGCCTTACCACATAATTTTGGGCTGTGGCTGC-ATTTTGGAGCGCAT
IMP999-ECO    TACACATGGTTACACGGATATTGTAGTCCTGG-TCGTATATACTGTTTTCGAACGCAG
IMP1010-ST    TACACATGGTTACACGGATATTGTAGTCCTGG-TCGTATTTACTGTTTTCGAACGCAG
IMP1011-48    TACACATGGTTACACGGATATTGTATTCCTGG-TCGTATATACTGTTTTCGAACGCAG
IMP1011-48    TACACATGGTTACACGGATATTGTATTCCTGG-TCGTATATACTGTTTTCGAACGCAG
              ****** ** ** * **  *  *  ** * ****  **** **** 

PCVPK-15      AGCCGAGGCCTGTGTGCTCGACATTGGTGTGGGTATTTAAATGGAGCCACAGCTGGTTTC
IMP999-ECO    TGCCGAGGCCTACGTGGTCCACATTTCTAGAGGTTTGTAGCCTCAGCCAAAGCTGATTCC
IMP1010-ST    CGCCGAGGCCTACGTGGTCCACATTTCCACAGAGGTTTGTAGTCTCAGCCAAAGCTGATTCC
IMP1011-48    TGCCGAGGCCTACGTGGTCTCACATTTCCAGCAGTTTGTAGTCTCAGCCACAGCTGGTTTC
IMP1011-48    TGCCGAGGCCTACGTGGTCTCACATTTCCAGTAGTTTGTAGTCTCAGCCACAGCTGATTTC
              ********* *** *** ***** ** **  ** ***** ***** ** *

PCVPK-15      TTTTTATTATTTGGGTGGAACCAATCAATTGTTTGGTCCAGCTCAGGTTTGGGGGTGAAGT
IMP999-ECO    TTTTGTTTATTTGGTTGGAAGTAATCAATAGTGGAGTCAAGAACAGGTTTGGGTGTGAAGT
IMP1010-ST    TTTTGTTTATTTGGTTGGAAGTAATCAATAGTGGAGTCAAGAACAGGTTTGGGTGTGAAGT
IMP1011-48    TTTTGTTGTTTGGTTGGAAGTAATCAATAGTGGAATCTAGGACAGGTTTGGGGGTAAAGT
IMP1011-48    TTTTGTTGTTTGGTTGGAAGTAATCAATAGTGGAATCTAGGACAGGTTTGGGGGTAAAGT
              **** ** ***** *****  ******* **  ** ** ********** ** ****

PCVPK-15      ACCTGGAGTGGTAGGTAAAGGGCTGCCTTATGGTGTGGCGGGAGGAGTAGTTAATATAGG
IMP999-ECO    AACGGGAGTGGTAGGAGAAGGGTTGGGGGATTGTATGGCGGGAGGAGTAGTTTACATATG
IMP1010-ST    AACGGGAGTGGTAGGAGAAGGGTTGGGGGATTGTATGGCGGGAGGAGTAGTTTACATATG
IMP1011-48    AGCGGGAGTGGTAGGAGAAGGGCTGGGTTATGTATGGCGGGAGGAGTAGTTTACATAGG
IMP1011-48    AGCGGGAGTGGTAGGAGAAGGGCTGGGTTATGTATGGCGGGAGGAGTAGTTTACATAGG
              * * *********** ***** **  ** ** ****************** * *** *

PCVPK-15      GGTCATAGGCCAAGTTGGTGGAGGGGGTTACAAAGTTGGCATCCAAGATAACAACAGTGG
IMP999-ECO    GGTCATAGGTTAGGGCTGTGGCCCTTTGTTACAAAGTTATCATCTAGAATAACAGCAGTGG
IMP1010-ST    GGTCATAGGTTAGGGCTGTGGCCCTTTGTTACAAAGTTATCATCTAGAATAACAGCAGTGG
IMP1011-48    GGTCATAGGTGAGGGCTGTGGCCCTTTGTTACAAAGTTATCATCTAGAATAACAGCACTGG
IMP1011-48    GGTCATAGGTGAGGGCTGTGGCCCTTTGTTACAAAGTTATCATCTAGAATAACAGCACTGG
              ********* * *  ****   ***********  ** * ****** ** ***

PCVPK-15      ACCCAACACCTCTTTGATTAGAGGTGATGGGGTCTCTGGGGTAA
IMP999-ECO    AGCCCACTCCCCTATCACCCTGGGTGATGGGGGAGCAGGGCCAG
IMP1010-ST    AGCCCACTCCCCTATCACCCTGGGTGATGGGGGAGCAGGGCCAG
IMP1011-48    AGCCCACTCCCCTGTCACCC-TGGGTGATCGGGGAGCAGGGCCAG
IMP1011-48    AGCCCACTCCCCTGTCACCCTGGGTGATCGGGGAGCAGGGCCAG
              * ** ** ** ** *  ******* ***  * *** *
```

**U.S. Patent**        Apr. 9, 2002        **Sheet 13 of 18**        US 6,368,601 B1

Figure No. 6

```
   1  GAATTCAACC TTAACCTTTT TTATTCTGTA gTATTCAAAG GGTATAaAgA
  51  TTTTGTTGGT CCCCCCTCCC GGGGGAACAA AGTCgTCAAT ATTAAATCTC
 101  ATCATGTCCA CCGCCCAGGA GGGCGTTCTG ACTGTGGTAg CCTTGACAgT
 151  ATATCCGAAG GTGCGGGAGA rGCGGGTGTT GAAAATGCCA TTTTTCCTTC
 201  TCCAACGGTA GCGGTGGCGG GGGTGGACmA nCCACgGGCG GCGGCGGAwG
 251  ATCTGGCCAA GATGGCTGCG GGGGCGGTGT CTTCTTCTGC GGTAACGCCT
 301  CCTTGGATAC GTCATAgCTG AAAACGAAAG AAGTGCGCTG TAaGTATTAC
 351  CAGCGCACTT CGGCAGCGGC AGCACCTCGG CAGCaCCTCA GCAGCAACAT
 401  GCCCAGCAAG AAGAATGGAA GAAGCGGACC CCAACCACAT AAAAGGTGGG
 451  TGTTCACGCT GAATAATCCT TCCGAAGACG AGCGCAAGAA AATACGGGAG
 501  CTCCCaATCT CCCTATTTGA TTATTTTATT GTTGGCGAGG AGGGTwwTGA
 551  gGAAnGACgA ACACCTCACC TCCAGGGGTT CGCtAATTTT GTGAAGAAgC
 601  aaACTTtTAA TAAAGTGAAG TGGTATTTGG GTGCCCGCTG CCACATCGAG
 651  AAAGCCAaAG GAACTGATCA GCAGAATAAA GAATATTGCA GTAAAgAAGG
 701  CAACTTACTT ATTGAATGTG GAGCTCCTCG ATCTCAAGGA CAACGGAGTG
 751  ACCTGTCTAC TGCTGTGAGT ACCTTGTTGG AGAGCGGGAG TCTGGTGACC
 801  GTTGCAGAGC AGCACCCTGT AACGTTTGTC AGAAATTTCC GCGGGCTGGC
 851  TGAACTTTTG AAAGTGAGCG GGAAAATGCA GAAGCGTGAT TGGAAGACCA
 901  ATGTACACGT CATTGTGGGG CCACCTGGGT GTGGTAAAAG CAAATGGGCT
 951  GCTAATTTTG CAGACCCGGA AACCACATAC TGGAAACCAC CTAGAAACAA
1001  GTGGTGGGAT GGTTACCATG GTGAAGAAGT GGTTGTTATT GATGACTTTT
1051  ATGGCTGGCT GCCGTGGGAT GATCTACTGA GACTGTGTGA TCGATATCCA
1101  TTGACTGTAG AGACTAAAGG TGGAACTGTA CNNNNNNNGG CCCGCAGTAT
1151  TCTGATTACC AGCAATCAGA CCCCGTtGGA ATGGTACTCC TCAACTGCTG
1201  TCCCAGCtGT AGAAGCTCTC TATCGGAGGA ttACTTCCTT GGTATTTtGG
1251  AaGAATGCTA CAGAACAATC CACGGAGGAA GGGGGCCAGT TnGTCACCCT
```

Figure No. 6 (continuation)

```
1301  TTCCCCCCCA TGCCcTGAAT TTCCATaTGA AATAAATTAC TGAGTCTTTT

1351  TTATCACTTC GTAATGGTTT TTATTATTCA TTTAGGGTTT AAGTGGGGGG

1401  TCTTTAAGAT TAAATTCTCT GAATTGTACA TACATGGTTA CACGGATATT

1451  GTAGTCCTGG TCGTATATAC TGTTTTCGAA CGCAGTGCCG AGGCCTACGT

1501  GGTCCACATT TCTAGAGGTT tGTAGCCTCA gCCAAAGCtG ATTCCTTTTG

1551  TTATTTGGTT GGAAGTAATC AATAGTGGAG TCAAGAACAG GTTTGGGTGT

1601  GAAGTAACGG GAGTGGTAGG AGAAGGGTTG GGGGATTGTA TGGCGGGAGG

1651  AGTAGTTTAC ATATGGGTCA TAGGTTAGGG CTGTGGCCTT TGTTACAAAG

1701  TTATCATcTA GAATAACAGC AGTGGAGCCC ACTCCCCTAT CACCCTGGGT

1751  GATGGGGGAG CAGGGCCA
```

Figure No. 7

8con.s = sequence clone pGEM-7/8
pcveco = sequence strain PCV PK/15

```
   SCORES      Initl: 2517 Initn:  3774 Opt:  4010
               75.8% identity in 1785 bp overlap

            1769      1759      1749      1739      1729      1719
   8con.s GAATTCTGGCCCTGCTCCCCCATCACCCAGGGTGATAGGGGAGTGGGCTCCACTGCTGTT
          ||||| |  ||| |  |||||||||||| || ||  || || || ||||||| ||||
   pcveco GAATTTTACCCCAGAGACCCCATCACCTCTAATCAAAGAGGTGTTGGGTCCACTGTTGTT
             10        20        30        40        50        60

            1709      1699      1689      1679      1669      1659
   8con.s ATTCTAGATGATAACTTTGTAACAAAGGCCACAGCCCTAACCTATGACCCATATGTAAAC
          || | |||| |||||||||||||| |||| | | |||||||||||| ||| | |||
   pcveco ATCTTGGATGCCAACTTTGTAACCCCCTCCACCAACTTGGCCTATGACCCCTATATTAAC
                       70        80        90       100       110       120

            1649      1639      1629      1619      1609      1599
   8con.s TACTCCTCCCGCCATACAATCCCCCAACCCTTCTCCTACCACTCCCGTTACTTCACACCC
          ||||||||||||||||| ||||| |||||||||| |||||||||| ||||||| || |||||
   pcveco TACTCCTCCCGCCACACCATAAGGCAGCCCTTTACCTACCACTCCAGGTACTTCACCCCC
                      130       140       150       160       170       180

            1589      1579      1569      1559      1549      1539
   8con.s AAACCTGTTCTTGACTCCACTATTGATTACTTCCAACCAAATAACAAAAGGAATCAGCTT
          |||||||  || |||   || ||||||  || ||||||||||||| |||||||||||||
   pcveco AAACCTGAGCTGGACCAAACAATTGATTGGTTCCACCCAAATAATAAAAGAAACCAGCTG
                      190       200       210       220       230       240

            1529      1519      1509      1499      1489      1479
   8con.s TGGCTGAGGCTACAAACCTCTAGAAATGTGGACCACGTAGGCCTCGGCACTGCGTTCGAA
          |||||     || | |||   | |||| || || |||||||||||| ||| || ||  ||
   pcveco TGGCTCCATTTAAATACCCACACCAATGTCGAGCACACAGGCCTCGGCTATGCGCTCCAA
                      250       260       270       280       290       300

            1469      1459      1449      1439      1429      1419
   8con.s AACAGTATATAC-GACCAGGACTACAATATCCGTGTAACCATGTATGTACAATTCAGAGA
          || | |   || | |||  ||| |||| || ||||||||||||||||||||||||
   pcveco AA-TGCAGCCACAGCCCAAAATTATGTGGTAAGGCTGACTATTTATGTACAATTCAGAGA
                      310       320       330       340       350

            1409      1399      1389      1379      1369      1359
   8con.s ATTTAATCTTAAAGACCCCCCACTTAAACCCTAAATGAATAATAAAAACCATTACGAAGT
          |||||  || |||||||| |  | ||||   ||||||||| ||  ||||||||||
   pcveco ATTTATCCTAAAAGACCCTC----TAAA---TAAAT-AAAAATAAAAACCATTACGATGT
            360       370       380       390       400       410

            1349      1339      1329      1319      1309      1299
   8con.s GAT---AAAAAAGACTCAGTAATTTATTTCATATGGAAATTCAGGGCATGGGGGGGAAAG
          |||   |||||||||||||||||||||||||||| |||||| | | ||||  ||||||
   pcveco GATAACAAAAAAGACTCAGTAATTTATTTTTATATGGGAAAAGGGCACAGGGTGGGTCCAC
                      420       430       440       450       460       470
```

**U.S. Patent**          Apr. 9, 2002          Sheet 16 of 18          US 6,368,601 B1

Figure No. 7 (continuation)

```
             1289        1279        1269        1259        1249
8con.s   GGTGACTAACTGGCCCCC---TTCCTCCGTGGATTGTTCTGTAGCATTCTTCCAAAATAC
         |   |:||  |||| |   | ||||||||||||||||  |||| |||||||||||
pcveco   TGCTTCAAATCGGCCTTCGGGTACCTCCGTGGATTGTTCTCCAGCAGTCTTCCAAAATTG
             480        490        500        510        520        530

           1239        1229        1219        1209        1199        1189
8con.s   CAAGGAAGTAATCCTCCGGATAGAGAGCTTCTACAGCTGGGACAGCAGTTGAGGAGTACCA
         ||| |||||||||||||||||||||||||||||||||||||||||||||||||||||||||
pcveco   CAAAGTAGTAATCCTCCGGATAGAGAGCTTCTACAGCTGGGACAGCAGTTGAGGAGTACCA
             540        550        560        570        580        590

           1179        1169        1159        1149        1139        1129
8con.s   TTCCAACGGGGTCTGATTGCTGGTAATCAGAATACTGCGGGCCNNNNNNNNGTACAGTTCC
         ||||     ||||  |||||||||||||||||||  ||||||||||::::::| |||||  ||
pcveco   TTCCTGGGGGGCCTGATTGCTGGTAATCAAAATACTGCGGGCCAAAAAAGGAACAGTACC
             600        610        620        630        640        650

           1119        1109        1099        1089        1079        1069
8con.s   ACCTTTAGTCTCTACAGTCAATGGATATCGATCACACAGTCTCAGTAGATCATCCCACGG
         ||||||||||||||||||||||||||||| || |||||||||||||||||||||||||||
pcveco   CCCTTTAGTCTCTACAGTCAATGGATACCGGTCACACAGTCTCAGTAGATCATCCCAAGG
             660        670        680        690        700        710

           1059        1049        1039        1029        1019        1009
8con.s   CAGCCAGCCATAAAAGTCATCAATAACAACCACTTCTTCAACCATGGTAACCATCCCACCA
         | |||||||||||| ||||| | |||||| |||||||| ||||| || ||||||||||||
pcveco   TAACCAGCCATAAAAATCATCCAAAACAACCAACTTCTTCTCCATGATATCCATCCCACCA
             720        730        740        750        760        770

           999         989         979         969         959         949
8con.s   CTTGTTTCTAGGTGGTTTCCAGTATGTGGTTTCCGGGTCTGCAAAATTAGCAGCCCATTT
         ||| ||||||  ||| |||||||| || |||||  ||  || ||  ||||| |||||||||
pcveco   CTTATTTCTACTAGGCTTCCAGTAGGTGTCCCTAGGCTCAGCAAAATTACGGGCCCACTG
             780        790        800        810        820        830

           939         929         919         909         899         889
8con.s   GCTTTTACCACACCCAGGTGGCCCCACAATGACGTGTACATTGGTCTTCCAATCACGCTT
         ||| || |||| || || || ||||| |||||||||||||||||  |||||||||||||||
pcveco   GCTCTTCCCACAACCGGGCGGGCCCACTATGACGTGTACAGCTGTCTTCCAATCACGCTG
             840        850        860        870        880        890

           879         869         859         849         839         829
8con.s   CTGCATTTTCCCGCTCACTTTCAAAAGTTCAGCCAGCCCGCGGAAATTTCTGACAAACGT
         ||||||| ||||||||||||||||||||||||||||||||||||||||||||||  |||  |||
pcveco   CTGCATCTTCCCGCTCACTTTCAAAAGTTCAGCCAGCCCGCGGAAATTTCTCACATACGT
             900        910        920        930        940        950

           819         809         799         789         779         769
8con.s   TACAGGGTGCTGCTCTGCAACGGTCACCAGACTCCCGCTCTCCAACAAGGTACTCACAGC
         ||||||| ||||||| || || |||||| |   ||| ||||||| | ||||||||||||||
pcveco   TACAGGGAACTGCTCGGCTACAGTCACCAAAGACCCCGTCTCCAAAAGGGTACTCACAGC
             960        970        980        990        1000        1010
```

**U.S. Patent**    Apr. 9, 2002    Sheet 17 of 18    US 6,368,601 B1

Figure No. 7 (continuation)

```
         759       749       739       729       719       709
8con.s  AGTAGACAGGTCACTCCGTTGTCCTTGAGATCGAGGAGCTCCACATTCAATAAGTAAGTT
        |||||||||||||| || || || |||| || |||||||||||| || ||||||| ||
pcveco  AGTAGACAGGTCGCTGCGCTTCCCCTGGTTCCGCGGAGCTCCACACTCGATAAGTATGTG
            1020      1030      1040      1050      1060      1070

         699       689       679       669       659       649
8con.s  GCCTTCTTTACTGCAATATTCTTTATTCTGCTGATCAGTTCCTTTGGCTTTCTCGATGTG
        ||||||||||||||||| |||||||||||||||||||| |||||||||||||||||||||
pcveco  GCCTTCTTTACTGCAGTATTCTTTATTCTGCTGGTCGGTTCCTTTCGCTTTCTCGATGTG
            1080      1090      1100      1110      1120      1130

         639       629       619       609       599       589
8con.s  GCAGCGGGCACCCAAATACCACTTCACTTTATTAAAAGTTTGCTTCTTCACAAAATTAGC
        |||||||||| ||||||||||||||||||||| || |||||||| |||||||| ||
pcveco  GCAGCGGGCACCCAAAATACCACTTCACCTTGTTAAAAGTCTGCTTCTTAGCAAAATTCGC
            1140      1150      1160      1170      1180      1190

         579       569       559       549       539       529
8con.s  GAACCCCTGGAGGTGAGGTGTTCGTCNTTCCTCAWWACCCTCCTCGCCAACAATAAAATA
        |||||||||||||||||| |: || || ::||| |||||| |||| || ||||||||||
pcveco  AAACCCCTGGAGGTGAGGAGTTCTACCCTCTTCCAAACCTTCCTCTCCGCAAACAAAATA
            1200      1210      1220      1230      1240      1250

         519       509       499       489       479       469
8con.s  ATCAAATAGGGAGATTGGGAGCTCCCGTATTTTCTTGCGCTCGTCTTCGGAAGGATTATT
        |||||| ||||||||||| ||||||||||||| || ||| || |||||||||||||||
pcveco  ATCAAAAGGGAGATTGGAAGCTCCCGTATTTTGTTTTTCTCCTCCTGGAAGGATTATT
            1260      1270      1280      1290      1300      1310

         459       449       439       429       419       409
8con.s  CAGCGTGAACACCCACCTTTTATGTGGTTGGGGTCCGCTTCTTCCATTCTTCTTGCTGGG
        || |||||||||||| ||||| ||||| |||| ||| |||||||||| |||||||| |||
pcveco  AAGGGTGAACACCCACCTCTTATGGGGTTGCGGGCCGCTT---------TTCTTGCTTGG
            1320      1330      1340      1350           1360

         399       389       379       369       359       349
8con.s  CATGTTGCTGCTGAGGTGCTGCCGAGGTGCTGCCGCTGCCGAAGTGCGCTGGTAATACT-
        ||| ||    |||| |||||||||||||||||||||||||||||||||||||||||||
pcveco  CATTTT--CACTGA--CGCTGCCGAGGTGCTGCCGCTGCCGAAGTGCGCTGGTAATACTA
            1370      1380      1390      1400      1410

         339       329       319       309       299       289
8con.s  -TACAGCGCACTTCTTTC-GTTTTCAGCTATGACGTATCCAAGGAGGCGTTACCGCAGAA
         |||||||||||||||| |||| |||||| |||||||||||||||||||||
pcveco  CAGCAGCGCACTTCTTTCACTTTTATAGGATGACGTGGCCAAGGAGGCGTTACCGCAGAA
            1420      1430      1440      1450      1460      1470

         279       269       259       249       239       229
8con.s  GAAGACACCGCCCCCGCAGCCATCTTGGCCAGATCWTCCGCCGCCGCCCGTGGNTKGTCC
         |||| ||||||||||||||||||||||||||||| |  | ||| |  | :|:| |
pcveco  GAAGGACCCGCCCCCGCAGCCATCTTGGAAACATCCTCCGGAGAAGACCATATTTGGCAC
        1480      1490      1500      1510      1520      1530
```

Figure No. 7 (continuation and end)



US 6,368,601 B1

1

# PORCINE CIRCOVIRUS VACCINE AND DIAGNOSTICS REAGENTS

The present invention relates to new porcine circovirus (PCV for Porcine CircoVirus) strains responsible for the PMWS syndrome (Porcine Multisystemic Wasting Syndrome also called Post-Weaning Multisystemic Wasting Syndrome) to reagents and methods allowing their detection, to methods of vaccination and to vaccines, as well as to methods of producing these reagents and vaccines.

PCV was originally detected as a noncytopathogenic contaminant in pig kidney cell lines PK/15. This virus was classified among the Circoviridae with the chicken anaemia virus (CAV for Chicken Anaemia Virus) and the PBFDV virus (Pscittacine Beak and Feather Disease Virus). It is a small nonenveloped virus (from 15 to 24 nm) whose common characteristic is to contain a genome in the form of a circular single-stranded DNA of 1.76 to 2.31 kb. It was first thought that this genome encoded a polypeptide of about 30 kDa (Todd et al., Arch Virol 1991, 117; 129–135). Recent work has however shown a more complex transcription (Meehan B. M. et al., 1997, 78; 221–227). Moreover, no significant homologies in nucleotide sequence or in common antigenic determinants are known between the three types of circoviruses known.

The PCV derived from the PK/15 cells is considered not to be pathogenic. Its sequence is known from B. M. Meehan et al., J. Gen. Virol 1997 (78) 221–227. It is only very recently that some authors have thought that strains of PCV could be pathogenic and associated with the PMWS syndrome (Gupi P. S. Nayar et al., Can. Vet. J, vol. 38, 1997: 385–387 and Clark E. G., Proc. Am. Assoc. Swine Prac. 1997; 499–501). Nayar et al. have detected PCV DNA in pigs having the PMWS syndrome using PCR techniques. No wild-type PCV strain has however been isolated and purified so far.

The PMWS syndrome detected in Canada, the United States and France is clinically characterized by a gradual loss of weight and by manifestations such as tachypnea, dyspnea and jaundice. From the pathological point of view, it is manifested by lymphocytic or granulomatous infiltrations, lymphadenopathies and, more rarely, by hepatitis and lymphocytic or granulomatous nephritis (Clark E. G., Proc. Am. Assoc. Swine Prac. 1997; 499–501; La Semaine Vétérinaire No. 26, supplement to La Semaine Vétérinaire 1996 (834); La Semaine Vétérinaire 1997 (857): 54; Gupi P. S. Nayar et al., Can. Vet. J, vol. 38, 1997; 385–387).

The applicant has succeeded in isolating five new PCV strains from pulmonary or ganglionic samples obtained from farms situated in Canada, the United States (California) and France (Brittany), hereinafter called circoviruses according to the invention. These viruses have been detected in lesions in pigs with the PMWS syndrome, but not in healthy pigs.

The applicant has, in addition, sequenced the genome of four of these strains, namely the strains obtained from Canada and the United States as well as two French strains. The strains exhibit a very strong homology with each other at the nucleotide level, exceeding 96% and much weaker with the PK/15 strain, about 76%. The new strains can thus be considered as being representative of a new type of porcine circovirus, called here type II, type I being represented by PK/15.

The subject of the present invention is therefore the group II porcine circovirus, as defined above, isolated or in the form of a purified preparation.

The invention relates to any porcine circovirus capable of being isolated from a physiological sample or from a tissue sample, especially lesions, from a diseased pig having the PMWS syndrome, especially following the method described in the examples, in particular type II circovirus.

The subject of the present invention is more particularly purified preparations of five strains, which were deposited at the ECACC (European Collection of Cell Cultures, Centre for Applied Microbiology & Research, Porton Down, Salisbury, Wiltshire SP4 0JG, United Kingdom) on Thursday Oct. 2, 1997:

provisional accession No. V97100219 (called here Imp. 1008PCV)

provisional accession No. V9700218 (called here Imp. 1010PCV)

provisional accession No. V97100217 (called here Imp. 999PCV), and, on Friday Jan. 16 1998:

provisional accession No. V98011608 (called here Imp. 1011–48285)

provisional accession No. V98011609 (called here Imp. 1011–48121).

The invention aims to consider the porcine circoviruses isolated from a diseased pig and/or the circoviruses having a significant serological similarity with the strains of the invention and/or the circoviruses having cross-hybridization with the strains of the invention under stringency conditions such that there is no hybridization with the PCV PK/15 strain.

The viral strains isolated from a physiological sample or from a tissue sample, especially a lesion, from a pig having the PMWS syndrome can be advantageously propagated on cell lines such as especially pig kidney cell lines, in particular PK/15 cells free from contamination (in particular for PCV, as well as for pestiviruses, porcine adenoviruses and porcine parvoviruses) for their multiplication or specifically for the production of antigen, whole (e.g. virus) and/or subunits (e.g. polypeptides).

Very remarkably and unexpectedly, these isolates have proved very productive in culture on PK/15 cells, which have undeniable advantages for the production of virus or antigen, in particular for the production of inactivated vaccine.

The subject of the present invention is also the preparations of circoviruses isolated after passages on cells, especially cell lines, e.g. PK/15 cells, cultured in vitro while being infected with at least one of the circoviruses according to the invention or of any porcine circovirus capable of being isolated from a physiological sample or from a tissue sample, especially lesions, from a pig having the PMWS syndrome. Its subject is also the culture extract or supernatant, optionally purified by standard techniques, and in general any antigenic preparation obtained from in vitro cultures.

The subject of the invention is also the immunogenic active ingredients and the vaccines containing at least one antigen as defined above.

They may be immunogenic active ingredients based on attenuated live whole viruses, or vaccines prepared with these active ingredients, the attenuation being carried out according to the customary methods, e.g. by passage on cells, preferably by passage on pig cells, especially lines, such as PK/15 cells (for example from 50 to 150, especially of the order of 100, passages). These vaccines comprise in general a vehicle or diluent acceptable from the veterinary point of view, optionally an adjuvant acceptable from the veterinary point of view, as well as optionally a freeze-drying stabilizer.

These vaccines will preferably comprise from $10^3$ to $10^6$ TCID50.

US 6,368,601 B1

3

They may be immunogenic active ingredients or vaccines based on circovirus antigen according to the invention, in an inactivated state. The vaccine comprises, in addition, a vehicle or a diluent acceptable from the veterinary point of view, with optionally in addition an adjuvant acceptable from the veterinary point of view.

The circoviruses according to the invention, with the fractions which may be present, are inactivated according to techniques known to persons skilled in the art. The inactivation will be preferably carried out by the chemical route, e.g. by exposing the antigen to a chemical agent such as formaldehyde (formalin), paraformaldehyde, β-propiolactone or ethyleneimine or its derivatives. The preferred method of inactivation will be herein the exposure to a chemical agent and in particular to ethyleneimine or to β-propiolactone.

Preferably, the inactivated vaccines according to the invention will be supplemented with adjuvant, advantageously by being provided in the form of emulsions, for example water-in-oil or oil-in-water, according to techniques well known to persons skilled in the art. It will be possible for the adjuvant character to also come from the incorporation of a customary adjuvant compound into the active ingredient.

Among the adjuvants which may be used, there may be mentioned by way of example aluminium hydroxide, the saponines (e.g. Quillaja saponin or Quil A; see Vaccine Design, The Subunit and Adjuvant Approach, 1995, edited by Michael F. Powel and Mark J. Newman, Plennum Press, New-York and London, p.210), Avridine® (Vaccine Design p. 148), DDA (Dimethyldioctadecylammonium bromide, Vaccine Design p. 157), Polyphosphazene (Vaccine Design p. 204), or alternatively oil-in-water emulsions based on mineral oil, squalene (e.g. SPT emulsion, Vaccine Design p. 147), squalene (e.g. MF59, Vaccine Design p. 183), or water-in-oil emulsions based on metabolizable oil (preferably according to WO-A-94 20071) as well as the emulsions described in U.S. Pat. No. 5,422,109. It is also possible to choose combinations of adjuvants, for example Avridine® or DDA combined with an emulsion.

These vaccines will preferably comprise from $10^6$ to $10^8$ TCID50.

The live vaccine adjuvants can be selected from those given for the inactivated vaccine. The emulsions are preferred. To those indicated for the inactivated vaccine, there may be added those described in WO-A-9416681.

As freeze-drying stabilizer, there may be mentioned by way of example SPGA (Bovarnik et al., J. Bacteriology 59, 509, 950), carbohydrates such as sorbitol, mannitol, starch, sucrose, dextran or glucose, proteins such as albumin or casein, derivatives of these compounds, or buffers such as alkali metal phosphates.

The vaccines according to the invention may comprise one or more active ingredients (antigens) of one or more (2 or 3) of the circoviruses according to the invention.

The invention also provides for combining vaccination against the porcine circovirus with a vaccination against other pig pathogens, in particular those which can be associated with the PMWS syndrome. The vaccine according to the invention may therefore comprise another valency corresponding to another pig pathogen.

The applicant has, in addition, obtained the genome of four of the isolates, identified SEQ ID NO: 1 to 4 and optionally 6.

The subject of the present invention is therefore a DNA fragment containing all or part of one of these sequences. It goes without saying that the invention automatically covers

4

the equivalent sequences, that is to say the sequences which do not change the functionality or the strain-specificity of the sequence described or of the polypeptides encoded by this sequence. There will of course be included the sequences differing by degeneracy of the code.

The invention also covers the equivalent sequences in the sense that they are capable of hybridizing with the above sequence under high stringency conditions and/or have a high homology with the strains of the invention and belong to group II defined above.

These sequences and their fragments can be advantageously used for the in vitro or in vivo expression of polypeptides with the aid of appropriate vectors.

In particular, the open reading frames, forming DNA fragments according to the invention, which can be used to this effect have been identified on the genomic sequence of the type II circoviruses. The invention relates to any polypeptide containing at least one of these open reading frames (corresponding amino acid sequence). Preferably, the invention relates to a protein essentially consisting of ORF4, ORF7, ORF10 or ORF13.

For the expression of subunits in vitro, as a means of expression, E. coli or a baculovirus will be preferably used (U.S. Pat. No. 4,745,051). The coding sequence(s) or their fragments are integrated into the baculovirus genome (e.g. the baculovirus Autographa californica Nuclear Polyhedrosis Virus AcNPV) and the latter is then propagated on insect cells, e.g. Spodoptera frugiperda Sf9 (deposit ATCC CRL 1711). The subunits can also be produced in eukaryotic cells such as yeasts (e.g. Saccharomyces cerevisiae) or mammalian cells (e.g. CHO, BHK).

The subject of the invention is also the polypeptides which will be produced in vitro by these expression means, and then optionally purified according to conventional techniques. Its subject is also a subunit vaccine comprising at least one polypeptide as thus obtained, or fragment, in a vehicle or diluent acceptable from the veterinary point of view and optionally an adjuvant acceptable from the veterinary point of view.

For the expression in vivo for the purpose of producing recombinant live vaccines, the coding sequence(s) or their fragments are inserted into an appropriate expression vector under conditions allowing the expression of the polypeptide (s). As appropriate vectors, there may be used live viruses, preferably capable of multiplying in pigs, nonpathogenic for pigs (naturally nonpathogenic or rendered as such), according to techniques well known to persons skilled in the art. There may be used in particular pig herpesviruses such as Aujeszky's disease virus, porcine adenovirus, poxviruses, especially vaccinia virus, avipox virus, canarypox virus, swinepox virus. Plasmid DNAs can also be used as vectors (WO-A-90 11092, WO-A-93 19813, WO-A-94 21797, WO-A-95 20660).

The subject of the invention is therefore also the vectors and the recombinant live vaccines or plasmid vaccines (polynucleotide or DNA vaccines) thus prepared, the vaccines comprising, in addition, a vehicle or diluent acceptable from the veterinary point of view.

The subject of the present invention is also a method which makes it possible to induce an immune response in pigs towards circoviruses according to the invention. Its subject is in particular a method of vaccination which is effective in pigs.

This method provides for the administration to pigs, in one or more portions, of a vaccine above. It is also possible to combine several types of the above vaccines in the same vaccination protocol.

US 6,368,601 B1

5                                                          6

This method provides not only for administration to adult pigs, but also to young pigs or to pregnant females. The vaccination of the latter makes it possible to confer passive immunity to the newborns (maternal antibodies).

The invention also offers the possibility of diagnosing the presence of the circoviruses according to the invention in pigs. Its subject is therefore diagnostic tests and methods relating thereto using reagents which will be described below.

Knowledge of the sequences of the different circoviruses makes it possible to define common sequences which make it possible to produce reagents capable of recognizing all the porcine circoviruses known.

Persons skilled in the art will also be able to select fragments of the sequences corresponding to regions exhibiting little or no homology with the corresponding PK/15 circovirus sequence in order to carry out a specific diagnosis.

Sequence alignments make it possible for persons skilled in the art to select a reagent in accordance with their wishes.

A first reagent consists in the DNA sequences disclosed here and their fragments, which will in particular be used as probes or primers in well-known hybridization or PCR (Polymerase Chain Reaction) techniques.

A second reagent consists in the polypeptides encoded by these sequences from the virus or expressed with the aid of a vector (see above), or synthesized by the chemical route according to conventional techniques for peptide synthesis.

A third and fourth reagent consists in respectively polyclonal and monoclonal antibodies which may be produced according to the customary techniques from the virus, the polypeptides or fragments, extracted or encoded by the DNA sequences.

These second, third and fourth reagents may be used in a diagnostic method, a subject of the invention, in which a test is carried out, on a sample of physiological fluid (blood, plasma, serum and the like) or a sample of tissue (ganglia, liver, lungs, kidneys and the like) obtained from a pig to be tested, for the presence of an antigen specific for a circovirus according to the invention, by seeking to detect either the antigen itself or antibodies directed against this antigen.

The antigens and antibodies according to the invention may be used in any known laboratory diagnostic technique.

However, it will be preferable to use them in techniques which can be used directly in the field by the veterinary doctor, the breeder or the owner of the animal. Persons skilled in the art have available a range of laboratory and field techniques and are therefore in the perfect position to adapt the use of this antigen and/or antibodies as diagnostic reagent(s).

The diagnostic techniques which will be preferably used within the framework of the present invention are Western blotting, immunofluoroescence, ELISA and immunochromatography.

As regards the use of immunochromatography methods, specialists can refer in particular to Robert F. Zurk et al., Clin. Chem. 31/7, 1144–1150 (1985) as well as to patents or patent applications WO-A-88/08 534, WO-A-91/12528, EP-A-291 176, EP-A-299 428, EP-A-291 194, EP-A-284 232, U.S. Pat. No. 5,120,643, U.S. Pat. No. 5,030,558, U.S. Pat. No. 5,266,497, U.S. Pat. No. 4,740,468, U.S. Pat. No. 5,266,497, U.S. Pat. No. 4,855,240, U.S. Pat. No. 5,451,504, U.S. Pat. No. 5,141,850, U.S. Pat. No. 5,232,835 and U.S. Pat. No. 5,238,652.

Accordingly, it is preferably sought to detect specific antibodies in the sample by an indirect test, by competition or by displacement. To do this, the antigen itself is used as diagnostic reagent, or a fragment of this antigen, conserving

recognition of the antibodies. The labelling may be advantageously a labelling with peroxidase or a special labelling, preferably with colloidal gold.

It may also be desired to detect the antigen itself in the sample with the aid of a labelled antibody specific for this antigen. The labelling is advantageously as described above.

By antibody specific for the antigen which can be used in particular in competition or displacement or for the detection of the antigen itself, there is understood monoclonal or polyclonal antibodies specific for the antigen, fragments of these antibodies, preferably Fab or $F(ab')_2$ fragments.

Another feature of the invention is the reduction of polyclonal or monoclonal antibodies specific for the antigen in accordance with the invention, it being possible for these antibodies to then be used in particular as diagnostic reagent for the detection of the antigen in a sample of physiological fluid or in a tissue sample, or even for the detection of antibodies present in such a sample or specimen. The invention also includes the immunologically functional fragments of these antibodies, in particular the $F(ab)$ and $F(ab')_2$ fragments.

Antibodies can be prepared by the customary techniques. Reference may be made in particular to Antibodies, A Laboratory Manual, 1988, Cold Spring Harbor Laboratory, USA or to J. W. Goding, Monoclonal Antibodies: Principles and Practice, Academic Press Inc., whose contents are incorporated herein by reference.

It will be possible in particular, as is known per se, to carry out the fusion of spleen cells of mice, immunized with the antigen or with at least one of its fragments, with suitable myelomatous cells.

The subject of the invention is also a preparation, preferably pure or partially pure, or even crude, of monoclonal or polyclonal antibodies specific for the antigen, especially mouse or rabbit antibodies.

The present invention also makes it possible to determine epitopes of interest especially on the basis of the DNA sequences described here, whether epitopes of vaccinal interest or epitopes of interest in diagnosis. From the DNA sequence of the genome of the circovirus according to the invention, persons skilled in the art are in a position to determine epitopes according to known methods, for example an appropriate computer program or PEPSCAN. Epitopes are immunodominant regions of proteins and are as such regions exposed at the surface of the proteins. They can therefore be recognized by antibodies and thus be particularly used in the field of diagnosis either for the preparation of antibodies for diagnostic purposes or for the production of corresponding peptides which can be used as diagnostic reagents.

At the very least, an epitope is a peptide having from 8 to 9 amino acids. A minimum of 13 to 25 amino acids is generally preferred.

Persons skilled in the art are therefore in a position, using one or more of these techniques as well as the other available techniques, to find epitopes for using peptides or antibodies for diagnostic purposes.

The subject of the invention is also a diagnostic kit comprising this antigen and/or polyclonal or monoclonal antibodies specific for this antigen. These are in particular diagnostic kits corresponding to the diagnostic techniques described above.

The invention will now be described in greater detail with the aid of nonlimiting exemplary embodiments, taken with reference to the drawing, in which:

FIG. 1: DNA sequence of the genome of the Imp. 1011–48121 strain

7

FIG. **2**: DNA sequence of the genome of the Imp. 1011–48285 strain

FIG. **3**: DNA sequence of the genome of the Imp. 999 strain

FIG. **4**: DNA sequence of the genome of the Imp. 1010 strain

FIG. **5**: Alignment of the 4 sequences according to FIGS. 1 to 4 with the sequence of the PCV PK/15 strain

FIG. **6**: DNA sequence of the genome of the Imp. 999 strain as defined in the first filing in France on Oct. 3, 1997

FIG. **7**: Alignments of the sequence of FIG. 6 with the sequence of the PK/15 strain

Sequence listing SEQ ID

SEQ ID No: 1 DNA sequence of the genome of the Imp. 1011–48121 strain

SEQ ID No: 2 DNA sequence of the genome of the Imp. 1011–48285 strain

SEQ ID No: 3 DNA sequence of the genome of the Imp. 999 strain

SEQ ID No: 4 DNA sequence of the genome of the Imp. 1010 strain

SEQ ID No: 5 DNA sequence of the genome of the PK/15 strain

SEQ ID No: 6 DNA sequence of the genome of the Imp. 999 strain as defined in the first filing in France on Oct. 3, 1997.

### EXAMPLES

#### Example 1

Culture and isolation of the porcine circovirus strains

Tissue samples were collected in France, Canada and the USA from lung and lymph nodes of piglets. These piglets exhibited clinical signs typical of the post-weaning multisystemic wasting syndrome. To facilitate the isolation of the viruses, the tissue samples were frozen at –70° C. immediately after autopsy.

For the viral isolation, suspensions containing about 15% tissue sample were prepared in a minimum medium containing Earle's salts (EMEM, BioWhittaker UK Ltd., Wokingham, UK), penicillin (100 IU/ml) and streptomycin (100 $\mu$g/ml) (MEM-SA medium), by grinding tissues with sterile sand using a sterile mortar and pestle. This ground preparation was then taken up in MEM-SA, and then centrifuged at 3000 g for 30 minutes at +4° C. in order to harvest the supernatant.

Prior to the inoculation of the cell cultures, a volume of 100 $\mu$l of chloroform was added to 2 ml of each supernatant and mixed continuously for 10 minutes at room temperature. This mixture was then transferred to a microcentrifuge tube, centrifuged at 3000 g for 10 minutes, and then the supernatant was harvested. This supernatant was then used as inoculum for the viral isolation experiments.

All the viral isolation studies were carried out on PK/15 cell cultures, known to be uncontaminated with the porcine circovirus (PCV), pestiviruses, porcine adenoviruses and porcine parvoviruses (Allan G. et al Pathogenesis of porcine circovirus experimental infections of colostrum-deprived piglets and examination of pig foetal material. Vet. Microbiol. 1995, 44, 49–64).

The isolation of the porcine circoviruses was carried out according to the following technique:

Monolayers of PK/15 cells were dissociated by trypsinization (with a trypsin-versene mixture) from confluent cultures, and taken up in MEM-SA medium containing 15% foetal calf serum not contaminated by pestivirus (=MEM-G medium) in a final concentration of about 400,000 cells per ml. 10 ml aliquot fractions of this cell suspen-

8

sion were then mixed with 2 ml aliquot fractions of the inocula described above, and the final mixtures were aliquoted in 6 ml volumes in two Falcon flasks of 25 cm². These cultures were then incubated at +37° C. for 18 hours under an atmosphere containing 10% $CO_2$.

After incubation, the culture medium of the semiconfluent monolayers was treated with 300 mM D-glucosamine (Cat # G48175, Sigma-Aldrich Company Limited, Poole, UK) (Tischr I. et al., Arch. Virol., 1987 96 39–57), then incubation was continued for an additional period of 48–72 hours at +37° C. Following this last incubation, one of the two Falcons of each inoculum was subjected to 3 successive freeze/thaw cycles. The PK/15 cells of the remaining Falcon were treated with a trypsinversene mixture, resuspended in 20 ml of MEM-G medium, and then inoculated into 75 cm² Falcons at a concentration of 400,000 cells/ml. The freshly inoculated flasks were then "superinfected" by addition of 5 ml of the corresponding lysate obtained after the freeze/thaw cycles.

#### Example 2

Preparation of the samples of cell culture for the detection of porcine circoviruses by immunofluorescence or by in situ hybridization

A volume of 5 ml of the "superinfected" suspension was collected and inoculated into a Petri dish 55 mm in diameter containing a sterile and fat-free glass coverslip. The cultures in the flasks and on glass coverslips were incubated at +37° C. and treated with glucosamine as described in Example 1. The cultures on glass coverslips were harvested from 24 to 48 hours after the treatment with glucosamine and fixed, either with acetone for 10 minutes at room temperature, or with 10% buffered formaldehyde for 4 hours. Following this fixing, all the glass coverslips were stored at –70° C., on silica gel, before their use for the in situ hybridization studies and the immunocytochemical labelling studies.

#### Example 3

Techniques for the detection of PCV sequences by in situ hybridization

In situ hybridization was carried out on tissues collected from diseased pigs and fixed with formaldehyde and also on the preparations of cell cultures inoculated for the viral isolation (see Example 2) and fixed on glass coverslips.

Complete genomic probes corresponding to the PK/15 porcine circoviruses (PCV) and to the infectious chicken anaemia virus (CAV) were used. The plasmid pPCV1, containing the replicative form of the PCV genome, cloned in the form of a single 1.7 kilo base pair (kbp) insert (Meehan B. et al. Sequence of porcine circovirus DNA: affinities with plant circoviruses, J. Gen. Virol. 1997, 78, 221–227), was used as specific viral DNA source for PCV. An analogous plasmid, pCAA1, containing the 2.3 kbp replicative form of the avian circovirus CAV was used as negative control. The respective glycerol stocks of the two plasmids were used for the production and purification of the plasmids according to the alkaline lysis technique (Sambrook J. et al. Molecular cloning: A Laboratory Manual. 2nd Edition, Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 1989) so that they are then used as templates for the preparation of the probes. The circovirus probes representative of the complete genomes of PCV and of CAV were produced from the purified plasmids described above (1 $\mu$g for each probe) and from hexanucleotide primers at random using a commercial nonradioactive labelling kit ("DIG DNA labelling kit", Boehringer Mannheim, Lewes, UK) according to the supplier's recommendations.

The digoxigenin-labelled probes were taken up in a volume of 50–100 $\mu$l of sterile water before being used for the in situ hybridization.

US 6,368,601 B1

9                                                    10

The diseased pig tissue samples, enclosed in paraffin and fixed with formaldehyde, as well as the preparations of infected cell cultures, fixed with formaldehyde, were prepared for the detection of the PCV nucleic acids according to the following technique:

Sections 5 $\mu$m thick were cut from tissue blocks enclosed in paraffin, rendered paraffin free, and then rehydrated in successive solutions of alcohol in decreasing concentrations. The tissue sections and the cell cultures fixed with formaldehyde were incubated for 15 minutes and 5 minutes respectively at +37° C. in a 0.5% proteinase K solution in 0.05 M Tris-HCl buffer containing 5 mM EDTA (pH 7.6). The slides were then placed in a 1% glycine solution in autoclaved distilled water, for 30 seconds, washed twice with 0.01 M PBS buffer (phosphate buffered saline) (pH 7.2), and finally washed for 5 minutes in sterile distilled water. They were finally dried in the open air and placed in contact with the probes.

Each tissue/probe preparation was covered with a clean and fat-free glass coverslip, and then placed in an oven at +90° C. for 10 minutes, and then placed in contact with an ice block for 1 minute, and finally incubated for 18 hours at +37° C. The preparations were then briefly immersed in a 2x sodium citrate salt (SSC) buffer (pH 7.0) in order to remove the protective glass coverslips, and then washed twice for 5 minutes in 2xSSC buffer and finally washed twice for 5 minutes in PBS buffer.

After these washes, the preparations were immersed in a solution of 0.1 M maleic acid, 0.15 M NaCl (pH 7.5) (maleic buffer) for 10 minutes, and then incubated in a 1% solution of blocking reagent (Cat #1096176, Boehringer Mannheim UK, Lewis, East Sussex, UK) in maleic buffer for 20 minutes at +37° C.

The preparations were then incubated with a 1/250 solution of an anti-digoxigenin monoclonal antibody (Boehringer Mannheim), diluted in blocking buffer, for 1 hour at +37° C., washed in PBS and finally incubated with a biotinylated anti-mouse immunoglobulin antibody for 30 minutes at +37° C. The preparations were washed in PBS and the endogenous peroxidase activity was blocked by treatment with a 0.5% hydrogen peroxide solution in PBS for 20 minutes at room temperature. The preparations were again washed in PBS and treated with a 3-amino-9-diethylcarbazole (AEC) substrate (Cambridge Bioscience, Cambridge, UK) prepared immediately before use.

After a final wash with tap water, the preparations were counterstained with hematoxylin, "blued" under tap water, and mounted on microscope glass coverslips with a mounting fluid (GVA Mount, Cambridge Bioscience, Cambridge, UK) . The experimental controls included the use of a nonpertinent negative probe (CAV) and of a positive probe (PCV) on samples obtained from diseased pigs and from nondiseased pigs.

Example 4
Technique for the detection of PCV by immunofluorescence

The initial screening of all the cell culture preparations fixed with acetone was carried out by an indirect immunofluorescence (IIF) using a 1/100 dilution of a pool of adult pig sera. This pool of sera comprises sera from 25 adult sows from Northern Ireland and is known to contain antibodies against a wide variety of porcine viruses, including PCV: porcine parvovirus, porcine adenovirus, and PRRS virus. The IIF technique was carried out by bringing the serum (diluted in PBS) into contact with the cell cultures for one hour at +37° C., followed by two washes in PBS. The cell cultures were then stained with a 1/80 dilution in PBS of a rabbit anti-pig immunoglobulin antibody conjugated with fluorescein isothiocyanate for one hour, and then washed with PBS and mounted in glycerol buffer prior to the microscopic observation under ultraviolet light.

Example 5
Results of the in situ hybridization on diseased pig tissues

The in situ hybridization, using a PCV genomic probe, prepared from tissues collected from French, Canadian and Californian piglets having multisystemic wasting lesions and fixed with formaldehyde, showed the presence of PCV nucleic acids associated with the lesions, in several of the lesions studied. No signal was observed when the PCV genomic probe was used on tissues collected from nondiseased pigs or when the CAV probe was used on the diseased pig tissues. The presence of PCV nucleic acid was identified in the cytoplasm and the nucleus of numerous mononuclear cells infiltrating the lesions in the lungs of the Californian piglets. The presence of PCV nucleic acid was also demonstrated in the pneumocytes, the bronchial and bronchiolar epithelial cells, and in the endothelial cells of the arterioles, the veinlets and lymphatic vessels.

In diseased French pigs, the presence of PCV nucleic acid was detected in the cytoplasm of numerous follicular lymphocytes and in the intrasinusoidal mononuclear cells of the lymph nodes. The PCV nucleic acid was also detected in occasional syncytia. Depending on these detection results, samples of Californian pig lungs, French pig mesenteric lymph nodes, and Canadian pig organs were selected for the purpose of isolating new porcine circovirus strains.

Example 6
Results of the cell culture of the new porcine circovirus strains and detection by immunofluorescence

No cytopathic effect (CPE) was observed in the cell cultures inoculated with the samples collected from French piglets (Imp.1008 strain), Californian piglets (Imp.999 strain) and Canadian piglets (Imp.1010 strain) showing clinical signs of multisystemic wasting syndrome. However, immunolabelling of the cell preparations obtained from the inoculated cell cultures, after fixing using acetone and with a pool of pig polyclonal sera, revealed nuclear fluorescence in numerous cells in the cultures inoculated using the lungs of Californian piglets (Imp.999 strain), using the mediastinal lymph nodes of French piglets (Imp.1008 strain), and using organs of Canadian piglets (Imp.1010 strain).

Example 7
Extraction of the genomic DNA of the porcine circoviruses

The replicative forms of the new strains of porcine circoviruses (PCV) were prepared using infected PK/15 cell cultures (see Example 1) (10 Falcons of 75 cm²) harvested after 72–76 hours of incubation and treated with glucosamine, as described for the cloning of the replicative form of CAV (Todd. D. et al. Dot blot hybridization assay for chicken anaemia agent using a cloned DNA probe. J. Clin. Microbiol. 1991, 29, 933–939). The double-stranded DNA of these replicative forms was extracted according to a modification of the Hirt technique (Hirt B. Selective extraction of polyoma virus DNA from infected cell cultures, J. Mol. Biol. 1967, 36, 365–369), as described by Molitor (Molitor T. W. et al. Porcine parvovirus DNA: characterization of the genomic and replicative form DNA of two virus isolates, Virology, 1984, 137, 241–254).

Example 8
Restriction map of the replicative form of the genome of the porcine circovirus Imp.999 strain.

The DNA (1–5 $\mu$g) extracted according to the Hirt technique was treated with S1 nuclease (Amersh801 am) accord-

US 6,368,601 B1

11

ing to the supplier's recommendations, and then this DNA was digested with various restriction enzymes (Boehringer Mannheim, Lewis, East Sussex, UK) and the products of digestion were separated by electrophoresis on a 1.5% agarose gel in the presence of ethidium bromide as described by Todd et al. (Purification and biochemical characterization of chicken anemia agent. J. Gen. Virol. 1990, 71, 819–823). The DNA extracted from the cultures of the Imp.999 strain possess a unique EcoRI site, 2 SacI sites and do not possess any PstI site. This restriction profile is therefore different from the restriction profile shown by the PCV PK/15 strain (Meehan B. et al. Sequence of porcine circovirus DNA; affinities with plant circoviruses, 1997 78, 221–227) which possess in contrast a PstI site and do not possess any EcoRI site.

Example 9

Cloning of the genome of the porcine circovirus Imp.999 strain

The restriction fragment of about 1.8 kbp generated by digestion of the double-stranded replicative form of the PCV Imp.999 strain with the restriction enzyme EcoRI was isolated after electrophoresis on a 1.5% agarose gel (see Example 3) using a Qiagen commercial kit (QIAEXII Gel Extraction Kit, Cat #20021, QIAGEN Ltd., Crawley, West Sussex, UK). This EcoRI-EcoRI restriction fragment was then ligated with the vector pGEM-7 (Promega, Medical Supply Company, Dublin, Ireland), previously digested with the same restriction enzymes and dephosphorylated, according to standard cloning techniques (Sambrook J. et al. Molecular cloning: A Laboratory Manual, 2nd Edition, Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 1989). The plasmids obtained were transformed into an *Escherichia coli* JM109 host strain (Stratagene, La Jolla, USA) according to standard techniques. The EcoRI-EcoRI restriction fragment of the PCV Imp.999 strain was also cloned into the EcoRI site of the vector pBlueScript SK+ (Stratagene Inc. La Jolla, USA) . Among the clones obtained for each strain, at least 2 clones containing the fragments of the expected size were selected. The clones obtained were then cultured and the plasmids containing the complete genome of the Imp.999 strain were purified in a small volume (2 ml) or in a large volume (250 ml) according to standard plasmid preparation and purification techniques.

Example 10

Sequencing of a genomic DNA (doublestranded replicative form) of the PCV Imp.999 strain.

The nucleotide sequence of 2 EcoRI Imp.999 clones (clones pGEM-7/2 and pGEM-7/8) was determined according to Sanger's dideoxynucleotide technique using the sequencing kit "AmpliTaq DNA polymerase FS" (Cat #402079 PE Applied Biosystems, Warrington, UK) and an Applied BioSystems AB1373A automatic sequencing apparatus according to the supplier's recommendations. The initial sequencing reactions were carried out with the M13 "forward" and "reverse" universal primers. The following sequencing reactions were generated according to the "DNA walking" technique. The oligonucleotides necessary for these subsequent sequencings were synthesized by Life Technologies (Inchinnan Business Park, Paisley, UK).

The sequences generated were assembled and analysed by means of the MacDNASIS version 3.2 software (Cat #22020101, Appligene, Durham, UK) . The various open reading frames were analysed by means of the BLAST algorithm available on the "National Center for Biotechnology Information" (NCBI, Bethesda, MD, USA) server.

The complete sequence (EcoRI-EcoRI fragment) obtained initially from the clone pGEM-7/8 (SEQ ID No: 6)

12

is presented in FIG. No. 6. It starts arbitrarily after the G of the EcoRI site and exhibits a few uncertainties from the point of view of the nucleotides.

The sequencing was then optimized and the SEQ ID No: 3 (FIG. 3) gives the total sequence of this strain, which was made to start arbitrarily at the beginning of the EcoRI site, that is to say the G as the first nucleotide.

The procedure was carried out in a similar manner for obtaining the sequence of the other three isolates according to the invention (see SEQ ID Nos: 1, 2 and 4 and FIGS. 1, 2 and 4).

The size of the genome of these four strains is:

| | |
|---|---|
| Imp. 1011-48121 | 1767 nucleotides |
| Imp. 1011-48285 | 1767 nucleotides |
| Imp. 999 | 1768 nucleotides |
| Imp. 1010 | 1768 nucleotides |

Example 11

Analysis of the sequence of the PCV Imp.999 strain.

When the sequence generated from the Imp.999 strain was used to test for homology with respect to the sequences contained in the GenBank databank, the only significant homology which was detected is a homology of about 76% (at nucleic acid level) with the sequence of the PK/15 strain (accession numbers Y09921 and U49186) (see FIG. No. 5).

At amino acid level, the test for homology in the translation of the sequences in the 6 phases with the databanks (BLAST X algorithm on the NCBI server) made it possible to demonstrate a 94% homology with the open reading frame corresponding to the theoretical replicase of the BBTV virus similar to the circoviruses of plants (GenBank identification number 1841515) encoded by the GenBank U49186 sequence.

No other sequence contained in the databanks show significant homology with the sequence generated from the PCV Imp.999 strain.

Analysis of the sequences obtained from the Imp.999 strain cultured using lesions collected from Californian piglets having clinical signs of the multisystemic wasting syndrome shows clearly that this viral isolate is a new porcine circovirus strain.

Example 12

Comparative analysis of the sequences

The alignment of the nucleotide sequences of the 4 new PCV strains was made with the sequence of the PCV PK/15 strain (FIG. 5). A homology matrix taking into account the four new strains and the previous PK/15 strain was established. The results are the following:

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1 | 1.0000 | 0.9977 | 0.9615 | 0.9621 | 0.7600 |
| 2 | | 1.0000 | 0.9621 | 0.9632 | 0.7594 |
| 3 | | | 1.0000 | 0.9949 | 0.7560 |
| 4 | | | | 1.0000 | 0.7566 |
| 5 | | | | | 1.0000 |

1: Imp. 1011-48121
2: Imp. 1011-48285
3: Imp. 999
4: Imp. 1010
5: PK/15

The homology between the two French strains Imp. 1011–48121 and Imp. 1011–48285 is greater than 99% (0.9977).

US 6,368,601 B1

13

The homology between the two North American strains Imp. 999 and Imp. 1010 is also greater than 99% (0.9949). The homology between the French strains and the North American strains is slightly greater than 96%.

The homology between all these strains and PK/15 falls at a value between 75 and 76%.

It is deduced therefrom that the strains according to the invention are representative of a new type of porcine circovirus, distinct from the type represented by the PK/15 strain. This new type, isolated from pigs exhibiting the PMWS syndrome, is called type II porcine circovirus, PK/15 representing type I. The strains belonging to this type II exhibit remarkable nucleotide sequence homogeneity, although they have in fact been isolated from very distant geographical regions.

Example 13

Analysis of the proteins encoded by the genome of the new PCV strains.

The nucleotide sequence of the Imp. 1010 isolate was considered to be representative of the other circovirus strains associated with the multi-systemic wasting syndrome. This sequence was analysed in greater detail with the aid of the BLASTX algorithm (Altschul et al. J. Mol. Biol. 1990. 215. 403–410) and of a combination of programs from the set of MacVector 6.0 software (Oxford Molecular Group, Oxford OX4 4GA, UK) . It was possible to detect 13 open reading frames (or ORFs) of a size greater than 20 amino acids on this sequence (circular genome). These 13 ORFs are the following:

| Name | Start | End | Strand | Size of the ORF (nucleotides (nt)) | Protein size (amino acids (aa)) |
|------|-------|-----|--------|------|------|
| ORF1 | 103 | 210 | sense | 108 nt | 35 aa |
| ORF2 | 1180 | 1317 | sense | 138 nt | 45 aa |
| ORF3 | 1363 | 1524 | sense | 162 nt | 53 aa |
| ORF4 | 398 | 1342 | sense | 945 nt | 314 aa |
| ORF5 | 900 | 1079 | sense | 180 nt | 59 aa |
| ORF6 | 1254 | 1334 | sense | 81 nt | 26 aa |
| ORF7 | 1018 | 704 | antisense | 315 nt | 104 aa |
| ORF8 | 439 | 311 | antisense | 129 nt | 42 aa |
| ORF9 | 190 | 101 | antisense | 90 nt | 29 aa |
| ORF10 | 912 | 733 | antisense | 180 nt | 59 aa |
| ORF11 | 645 | 565 | antisense | 81 nt | 26 aa |
| ORF12 | 1100 | 1035 | antisense | 66 nt | 21 aa |
| ORF13 | 314 | 1381 | antisense | 702 nt | 213 aa |

The positions of the start and end of each ORF refer to the sequence presented in FIG. No. 4 (SEQ ID No. 4), of the genome of strain 1010. The limits of ORFs 1 to 13 are identical for strain 999. They are also identical for strains 1011–48121 and 1011–48285, except for the ORFs 3 and 13:

ORF3 1432–1539, sense, 108 nt, 35aa

ORF1,3 314–1377, antisense, 705 nt, 234 aa.

Among these 13 ORFs, 4 have a significant homology with analogous ORFs situated on the genome of the cloned virus PCV PK-15. Each of the open reading frames present on the genome of all the circovirus isolates associated with the multisystemic wasting syndrome was analysed. These 4 ORFs are the following:

14

| Name | Start | End | Strand | Size of the ORF (nt) | Protein size (aa) | Molecular mass |
|------|-------|-----|--------|------|------|------|
| ORF4 | 398 | 1342 | sense | 945 nt | 314 aa | 37.7 kDa |
| ORF7 | 1018 | 704 | antisense | 315 nt | 104 aa | 11.8 kDa |
| ORF10 | 912 | 733 | antisense | 180 nt | 59 aa | 6.5 kDa |
| ORF13 | 314 | 1381 | antisense | 702 nt | 233 aa | 27.8 kDa |

The positions of the start and end of each ORF refer to the sequence presented in FIG. No. 4 (SEQ ID No. 4). The size of the ORF (in nucleotides=nt) includes the stop codon.

The comparison between the genomic organization of the PCV Imp. 1010 and PCV PK-15 isolates allowed the identification of 4 ORFs preserved in the genome of the two viruses. The table below presents the degrees of homology observed:

| ORF Imp. 1010/ORF PVC PK-15 | Percentage homology |
|------|------|
| ORF4/ORF1 | 86% |
| ORF13/ORF2 | 66.4% |
| ORF7/ORF3 | 61.5% (at the level of the overlap (104 aa)) |
| ORF10/ORF4 | 83% (at the level of the overlap (59 aa)) |

The greatest sequence identity was observed between ORF4 Imp. 1010 and ORF1 PK-15 (86% homology). This was expected since this protein is probably involved in the replication of the viral DNA and is essential for the viral replication (Meehan et al. J. Gen. Virol. 1997. 78. 221–227; Mankertz et al. J. Gen. Virol. 1998. 79. 381–384).

The sequence identity between ORF13 Imp. 1010 and ORF2 PK-15 is less strong (66.4% homology), but each of these two ORFs indeed exhibits a highly conserved N-terminal basic region which is identical to the N-terminal region of the major structural protein of the CAV avian circovirus (Meehan et al. Arch. Virol. 1992. 124. 301–319). Furthermore, large differences are observed between ORF7 Imp. 1010 and ORF3 PK-15 and between ORF10 Imp. 1010 and ORF4 PK-15. In each case, there is a deletion of the C-terminal region of the ORF7 and ORF10 of the Imp. 1010 isolate when they are compared with ORF3 and ORF4 of PCV PK-15. The greatest sequence homology is observed at the level of the N-terminal regions of ORF7/ORF3 (61.5% homology at the level of the overlap) and of ORF10/ORF4 (83% homology at the level of the overlap).

It appears that the genomic organization of the porcine circovirus is quite complex as a consequence of the extreme compactness of its genome. The major structural protein is probably derived from splicing between several reading frames situated on the same strand of the porcine circovirus genome. It can therefore be considered that any open reading frame (ORF1 to ORF13) as described in the table above can represent all or part of an antigenic protein encoded by the type II porcine circovirus and is therefore potentially an antigen which can be used for specific diagnosis and/or for vaccination. The invention therefore relates to any protein comprising at least one of these ORFs. Preferably, the invention relates to a protein essentially consisting of ORF4, ORF7, ORF10 or ORF13.

US 6,368,601 B1

15

### Example 14

Infectious character of the PCV genome cloned from the new strains.

The plasmid pGEM-7/8 containing the complete genome (replicative form) of the Imp.999 isolate was transfected into PK/15 cells according to the technique described by Meehan B. et al. (Characterization of viral DNAs from cells infected with chicken anemia agent: sequence analysis of the cloned replicative form and transfection capabilities of cloned genome fragments. Arch. Virol. 1992, 124, 301–319). Immunofluorescence analysis (see Example 4) carried out on the first passage after transfection on noncontaminated PK/15 cells have shown that the plasmid of the clone pGEM7/8 was capable of inducing the production of infectious PCV virus. The availability of a clone containing an infectious PCV genetic material allows any useful manipulation on the viral genome in order to produce modified PCV viruses (either attenuated in pigs, or defective) which can be used for the production of attenuated or recombinant vaccines, or for the production of antigens for diagnostic kits.

### Example 15

Production of PCV antigens in in vitro culture

The culture of the noncontaminated PK/15 cells and the viral multiplication were carried out according to the same methods as in Example 1. The infected cells are harvested after trypsinization after 4 days of incubation at 37° C. and enumerated. The next passage is inoculated with 400,000 infected cells per ml.

### Example 16

Inactivation of the viral antigens

At the end of the viral culture, the infected cells are harvested and lysed using ultrasound (Branson Sonifier) or with the aid of a rotor-stator type colloid mill (UltraTurrax, IKA). The suspension is then centrifuged at 3700 g for 30 minutes. The viral suspension is inactivated with 0.1% ethyleneimine for 18 hours at +37° C. or with 0.5% beta-propiolactone for 24 hours at +28° C. If the virus titre before inactivation is inadequate, the viral suspension is concentrated by ultrafiltration using a membrane with a 300 kDa cut-off (Millipore PTMK300). The inactivated viral suspension is stored at +50° C.

### Example 17

Preparation of the vaccine in the form of an emulsion based on mineral oil.

The vaccine is prepared according to the following formula:

suspension of inactivated porcine circovirus: 250 ml
Montanide® ISA 70 (SEPPIC): 750 ml

16

The aqueous phase and the oily phase are sterilized separately by filtration. The emulsion is prepared by mixing and homogenizing the ingredients with the aid of a Silverson turbine emulsifier.

One vaccine dose contains about $10^{7.5}$ TCID50. The volume of one vaccine dose is 0.5 ml for administration by the intradermal route, and 2 ml for administration by the intramuscular route.

### Example 18

Preparation of the vaccine in the form of a metabolizable oil-based emulsion.

The vaccine is prepared according to the following formula:

suspension of inactivated porcine circovirus: 200 ml
Dehymuls HRE 7 (Henkel): 60 ml
Radia 7204 (Oleofina): 740 ml

The aqueous phase and the oily phase are sterilized separately by filtration. The emulsion is prepared by mixing and homogenizing the ingredients with the aid of a Silverson turbine emulsifier.

One vaccine dose contains about $10^{7.5}$ TCID50. The volume of one vaccine dose is 2 ml for administration by the intramuscular route.

### Example 19

The indirect immunofluorescence results in relation to the US and French PCV virus strains and to the PK/15 contaminant with a hyperimmune serum (PCV-T), a panel of monoclonal antibodies F99 prepared from PK/15 and a hyperimmune serum prepared from the Canadian strain (PCV-C)

|  | VIRUS | | |
|---|---|---|---|
|  | PK/15 | USA | France |
| PCV-T antiserum | ≧6400 | 200 | 800 |
| PCV-C antiserum | 200 | ≧6.400 | ≧6.400 |
| F99 1H4 | ≧10000 | <100 | 100 |
| F99 4B10 | ≧10000 | <100 | <100 |
| F99 2B7 | ≧10000 | 100 | <100 |
| F99 2E12 | ≧10000 | <100 | <100 |
| F99 1C9 | ≧10000 | <100 | 100 |
| F99 2E1 | ≧10000 | <100 | <100 |
| F99 1H4 | ≧10000 | 100 | <100 |

Reciprocal of the last dilution of the serum or of the monoclonal antibody which gives a positive reaction in indirect immunofluorescence.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 6

<210> SEQ ID NO 1
<211> LENGTH: 1767
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 1

aattcaacct taccctttct tattctgtag tattcaaagg gcacagagcg ggggtttgag     60

US 6,368,601 B1

17                                                        18

-continued

```
ccccctcctg ggggaagaaa gtcattaata ttgaatctca tcatgtccac cgcccaggag    120

ggcgttctga ctgtggttcg cttgacagta tatccgaagg tgcgggagag gcgggtgttg    180

aagatgccat ttttccttct ccagcggtaa cggtggcggg ggtggacgag ccaggggcgg    240

cggcggagga tctggccaag atggctgcgg gggcggtgtc ttcttctccg gtaacgcctc    300

cttggatacg tcatatctga aaacgaaaga agtgcgctgt aagtattacc agcgcacttc    360

ggcagcggca gcacctcggc agcacctcag cagcaacatg ccgagcaaga agaatggaag    420

aagcggaccc caacccaata aaagtgtgg gttcactctg aataatcctt ccgaagacga    480

gcgcaagaaa atacgggatc ttccaatatc cctatttgat tattttattg ttggcgagga    540

gggtaatgag gaaggacgaa cacctcacct ccaggggttc gctaattttg tgaagaagca    600

gactttaat aaagtgaagt ggtatttggg tgcccgctgc cacatcgaga aagcgaaagg    660

aacagatcag cagaataaag aatactgcag taaagaaggc aacttactga tggagtgtgg    720

agctcctaga tctcagggac aacggagtga cctgtctact gctgtgagta ccttgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcaccctgta acgtttgtca gaaatttccg    840

cgggctggct gaacttttga aagtgagcgg gaaaatgcag aagcgtgatt ggaagactaa    900

tgtacacgtc attgtgggc cacctgggtg tggtaaaagc aaatgggctg ctaattttgc    960

agacccggaa accacatact ggaaaccacc tagaaacaag tggtgggatg gttaccatgg    1020

tgaagaagtg gttgttattg atgactttta tggctggctg ccctgggatg atctactgag    1080

actgtgtgat cgatatccat tgactgtaga gactaaaggt ggaactgtac ctttttttggc    1140

ccgcagtatt ctgattacca gcaatcagac cccgttggaa tggtactcct caactgctgt    1200

cccagctgta gaagctcttt atcggaggat tacttccttg gtattttgga agaatgctac    1260

agaacaatcc acggaggaag ggggccagtt cgtccaccct tccccccat gccctgaatt    1320

tccatatgaa ataaattact gagtctttt tatcacttcg taatggtttt tattattcat    1380

taagggttaa gtggggggtc tttaagatta aattctctga attgtacata catggttaca    1440

cggatattgt attcctggtc gtatatactg ttttcgaacg cagtgccgag gcctacgtgg    1500

tctacatttc cagcagtttg tagtctcagc cacagctggt ttcttttgtt gtttggttgg    1560

aagtaatcaa tagtggaatc taggacaggt ttggggtaa agtagcggga gtggtaggag    1620

aagggctggg ttatggtatg gcgggaggag tagtttacat aggggtcata ggtgagggct    1680

gtggcctttg ttacaaagtt atcatctaga ataacagcac tggagcccac tcccctgtca    1740

ccctgggtga tcggggagca gggccag                                       1767
```

<210> SEQ ID NO 2
<211> LENGTH: 1767
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 2

```
aattcaacct taacctttct tattctgtag tattcaaagg gcacagagcg ggggtttgag     60

ccccctcctg ggggaagaaa gtcattaata ttgaatctca tcatgtccac cgcccaggag    120

ggcgttttga ctgtggttcg cttgacagta tatccgaagg tgcgggagag gcgggtgttg    180

aagatgccat ttttccttct ccagcggtaa cggtggcggg ggtggacgag ccaggggcgg    240

cggcggagga tctggccaag atggctgcgg gggcggtgtc ttcttctccg gtaacgcctc    300

cttggatacg tcatatctga aaacgaaaga agtgcgctgt aagtattacc agcgcacttc    360

ggcagcggca gcacctcggc agcacctcag cagcaacatg cccagcaaga agaatggaag    420
```

US 6,368,601 B1

**19**                                                                **20**

-continued

```
aagcggaccc caacccccata aaaggtgggt gttcactctg aataatcctt ccgaagacga    480

gcgcaagaaa atacgggatc ttccaatatc cctatttgat tattttattg ttggcgagga    540

gggtaatgag gaaggacgaa cacctcacct ccaggggttc gctaattttg tgaagaagca    600

gacttttaat aaagtgaagt ggtatttggg tgcccgctgc cacatcgaga aagcgaaagg    660

aacagatcag cagaataaag aatactgcag taaagaaggc aacttactga tggagtgtgg    720

agctcctaga tctcagggac aacggagtga cctgtctact gctgtgagta ccttgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcaccctgta acgtttgtca gaaattccg    840

cgggctggct gaacttttga aagtgagcg gaaaatgcag aagcgtgatt ggaagactaa    900

tgtacacgtc attgtgggc cacctgggtg tggtaaaagc aaatgggctg ctaattttgc    960

agacccggaa accacatact ggaaaccacc tagaaacaag tggtgggatg gttaccatgg   1020

tgaagaagtg gttgttattg atgacttta tggctggctg ccctgggatg atctactgag   1080

actgtgtgat cgatatccat tgactgtaga gactaaaggt gaactgttac ctttttggc   1140

ccgcagtatt ctgattacca gcaatcagac ccgttggaa tggtactcct caactgctgt   1200

cccagctgta gaagctctca tcggaggat tacttccttg gtattttgga agaatgctac   1260

agaacaatcc acggaggaag ggggccagtt cgtcacctt tcccccccat gccctgaatt   1320

tccatatgaa ataaattact gagtctttt tatcacttcg taatggtttt tattattcat   1380

taagggttaa gtggggggtc tttaagatta aattctctga attgtacata catggttaca   1440

cggatattgt attcctggtc gtatatactg ttttcgaacg cagtgccgag gcctacgtgg   1500

tctacatttc cagtagtttg tagtctcagc cacagctgat ttctttttgtt gtttggttgg   1560

aagtaatcaa tagtggaatc taggacaggt ttggggggtaa agtagcggga gtggtaggag   1620

aagggctggg ttatggtatg gcgggaggag tagtttacat aggggtcata ggtgagggct   1680

gtggcctttg ttacaaagtt atcatctaga ataacagcac tggagcccac tcccctgtca   1740

ccctgggtga tcggggagca gggccag                                       1767
```

```
<210> SEQ ID NO 3
<211> LENGTH: 1768
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 3
```

```
aattcaacct taaccttttt tattctgtag tattcaaagg gtatagagat tttgttggtc    60

cccctcccg gggaacaaa gtcgtcaata ttaaatctca tcatgtccac cgcccaggag   120

ggcgttctga ctgtggtagc cttgacagta tatcgaagg tgcggggagag gcgggtgttg   180

aagatgccat ttttccttct ccaacggtag cggtggcggg ggtggacgag ccaggggcgg   240

cggcggagga tctggccaag atggctgcgg gggcggtgtc ttcttctgcg gtaacgcctc   300

cttggatacg tcatagctga aaacgaaaga agtgcgctgt aagtattacc agcgcacttc   360

ggcagcggca gcacctcggc agcacctcag cagcaacatg cccagcaaga agaatggaag   420

aagcggaccc caaccacata aaaggtgggt gttcacgctg aataatcctt ccgaagacga   480

gcgcaagaaa atacgggagc tcccaatctc cctatttgat tattttattg ttggcgagga   540

gggtaatgag gaaggacgaa cacctcacct ccaggggttc gctaattttg tgaagaagca   600

aacttttaat aaagtgaagt ggtatttggg tgcccgctgc cacatcgaga aagccaaagg   660

aactgatcag cagaataaag aatattgcag taaagaaggc aacttactta ttgaatgtgg   720
```

US 6,368,601 B1

21                                                    22

-continued

```
agctcctcga tctcaaggac aacggagtga cctgtctact gctgtgagta ccttgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcaccgtgta acgtttgtca gaaatttccg    840

cgggctggct gaacttttga aagtgagcgg gaaaatgcag aagcgtgatt ggaagaccaa    900

tgtacacgtc attgtggggc cacctgggtg tggtaaaagc aaatgggctg ctaattttgc    960

agacccggaa accacatact ggaaaccacc tagaaacaag tggtgggatg gttaccatgg   1020

tgaagaagtg gttgttattg atgactttta tggctggctg ccgtgggatg atctactgag   1080

actgtgtgat cgatatccat tgactgtaga gactaaaggt ggaactgtac cttttttggc   1140

ccgcagtatt ctgattacca gcaatcagac cccgttggaa tggtactcct caactgctgt   1200

cccagctgta gaagctctct atcggggat tacttccttg gtattttgga agaatgctac    1260

agaacaatcc acggaggaag ggggccagtt cgtcacccct tcccccccat gccctgaatt   1320

tccatatgaa ataaattact gagtcttttt tatcacttcg taatggtttt tattattcat   1380

ttagggttta agtgggggtt ctttaagatt aaattctctg aattgtacat acatggttac   1440

acggatattg tagtcctgat cgtatatact gttttcgaac gcagtgccga ggctacgtg    1500

gtccacattt ctagaggttt gtagcctcag ccaaagctga ttccttttgt tatttggttg   1560

gaagtaatca atagtggagt caagaacagg tttggtgtg aagtaacggg agtggtagga    1620

gaaggttggg gggattgtat ggcgggagga gtagtttaca tatgggtcat aggttagggc   1680

tgtgtggcttt gttacaaagt tatcatctag aataacagca gtggagccca ctcccctatc   1740

accctgggtg atgggggagc agggccag                                     1768
```

<210> SEQ ID NO 4
<211> LENGTH: 1768
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 4

```
aattcaacct taacctttct tattctgtag tattcaaagg gtatagagat tttgttggtc     60

cccctcccg ggggaacaaa gtcgtcaatt ttaaatctca tcatgtccac cgcccaggag    120

ggcgttgtga ctgtggtacg cttgacagta tatccgaagg tgcgggagag gcgggtgttg    180

aagatgccat ttttccttct ccaacggtaa cggtggcggg ggtggacgag ccaggggcgg    240

cggcggagga tctggccaag atggctgcgg gggcggtgtc ttcttctgcg gtaacgcctc    300

cttggatacg tcatagctga aaacgaaaga agtgcgctgt aagtattacc agcgcacttc    360

ggcagcggca gcacctcggc agcacctcag cagcaacatg cccagcaaga agaatggaag    420

aagcggaccc caaccacata aaaggtgggt gttcacgctg aataatcctt ccgaagacga    480

gcgcaagaaa atacgggagc tccaatctc cctatttgat tattttattg ttggcgagga   540

gggtaatgag gaaggacgaa cacctcacct ccaggggttc gctaattttg tgaagaagca    600

aactttaat aaagtgaagt ggtatttggg tgcccgctgc cacatcgaga aagccaaagg    660

aactgatcag cagaataaag aatattgcag taaagaaggc aacttactta ttgaatgtgg    720

agctcctcga tctcaaggac aacggagtga cctgtctact gctgtgagta ccttgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcaccgtgta acgtttgtca gaaatttccg    840

cgggctggct gaacttttga aagtgagcgg gaaaatgcag aagcgtgatt ggaagaccaa    900

tgtacacgtc attgtggggc cacctgggtg tggtaaaagc aaatgggctg ctaattttgc    960

agacccggaa accacatact ggaaaccacc tagaaacaag tggtgggatg gttaccatgg   1020

tgaagaagtg gttgttattg atgactttta tggctggctg ccgtgggatg atctactgag   1080
```

US 6,368,601 B1

23                                        24

-continued

```
actgtgtgat cgatatccat tgactgtaga gactaaaggt ggaactgctac cttttttggc   1140

ccgcagtatt ctgattacca gcaatcagac cccgttggaa tggtactcct caactgctgt   1200

cccagctgta gaagctctct atcggaggat tacttccttg gtattttgga agaatgctac   1260

agaacaatcc acggaggaag ggggccagtt cgtcacccct tcccccccat gccctgaatt   1320

tccatatgaa ataaattact gagtcttttt tatcacttcg taatggtttt tattattcat   1380

ttagggttta agtggggggt ctttaagatt aaattctctg aattgtacat acatggttac   1440

acggatattg tagtcctggt cgtatttact gttttcgaac gcagcgccga ggcctacgtg   1500

gtccacattt ccagaggttt gtagtctcag ccaaagctga ttccttttgt tatttggttg   1560

gaagtaatca atagtggagt caagaacagg tttgggtgtg aagtaacggg agtggtagga   1620

gaaggggttgg gggattgtat ggcgggagga gtagtttaca tatgggtcat aggttagggc   1680

tgtggccttt gttacaaagt tatcatctag aataacagca gtggagccca ctcccctatc   1740

accctgggtg atgggggagc agggccag                                      1768
```

<210> SEQ ID NO 5
<211> LENGTH: 1759
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 5

```
aattcatatt tagcctttct aatacggtag tattggaaag gtaggggtag ggggttggtg    60

ccgcctgagg gggggaggaa ctggccgatg ttgaatttga ggtagttaac attccaagat   120

ggctgcgagt atcctccttt tatggtgagt acaaattctg tagaaaggcg ggaattgaag   180

ataccgtct ttcggcgcca tctgtaaccg ttctctgaagg cggggtgtgc caaatatggt   240

cttctccgga ggatgtttcc aagatggctg cggggcgcgg tccttcttct gcggtaacgc   300

ctccttggcc acgtcatcct ataaaagtga aagaagtgcg ctgctgtagt attaccagcg   360

cacttcggca gcggcagcac ctcggcagcg tcagtgaaaa tgccaagcaa gaaaagcggc   420

ccgcaacccc ataagaggtg ggtgttcacc cttaataatc cttccgaaga ggagaaaaac   480

aaaatacggg agcttccaat ctcccttttt gattattttg tttgcggaga ggaaggtttg   540

gaagagggta gaactcctca cctccagggg tttgcgaatt ttgctaagaa gcagactttt   600

aacaaggtga agtggtattt tggtgcccgc tgccacatcg agaaagcgaa aggaaccgac   660

cagcagaata aagaatactg cagtaaagaa ggccacatac ttatcgagtg tggagcccg   720

cggaaccagg ggaagcgcag cgacctgtct actgctgtga gtaccctttt ggagacgggg   780

tctttggtga ctgtagccga gcagttccct gtaacgtatg tgagaaattt ccgcgggctg   840

gctgaacttt tgaaagtgag cgggaagatg cagcagcgtg attggaagac agctgtacac   900

gtcatagtgg gcccgcccgg ttgtgggaag agccagtggg cccgtaattt tgctgagcct   960

agggacacct actggaagcc tagtagaaat aagtggtggg atggatatca tggagaagaa   1020

gttgttgttt tggatgattt ttatggctgg ttaccttggg atgatctact gagactgtgt   1080

gaccggtatc cattgactgt agagactaaa gggggtactg ttcctttttt ggccgcagt   1140

attttgatta ccagcaatca ggccccccag gaatggtact cctcaactgc tgtcccagct   1200

gtagaagctc tctatcggag gattactact ttgcaatttt ggaagactgc tggagaacaa   1260

tccacggagg tacccgaagg ccgattgaa cagtggacc cacctgtgc ccttttccca   1320

tataaaataa attactgagt cttttttgtt atcacatcgt aatggttttt attttattt   1380
```

US 6,368,601 B1

25                                                              26

-continued

```
atttagaggg tcttttagga taaattctct gaattgtaca taaatagtca gccttaccac    1440

ataatttttgg gctgtggctg cattttggag cgcatagccg aggcctgtgt gctcgacatt    1500

ggtgtgggta tttaaatgga gccacagctg gtttccttta ttatttgggt ggaaccaatc    1560

aattgtttgg tccagctcag gtttgggggt gaagtacctg gagtggtagg taaagggctg    1620

ccttatgtg tggcgggagg agtagttaat ataggggtca taggccaagt tggtggaggg    1680

ggttacaaag ttggcatcca agataacaac agtggaccca acacctcttt gattagaggt    1740

gatggggtct ctggggtaa                                                 1759
```

```
<210> SEQ ID NO 6
<211> LENGTH: 1768
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus
<220> FEATURE:
<221> NAME/KEY: variation
<222> LOCATION: (1)..(1768)
<223> OTHER INFORMATION: N represents A or C or G or T
```

```
<400> SEQUENCE: 6
```

```
gaattcaacc ttaacctttt ttattctgta gtattcaaag ggtataaaga ttttgttggt      60

cccccctccc gggggaacaa agtcgtcaat attaaatctc atcatgtcca ccgcccagga     120

gggcgttctg actgtggtag ccttgacagt atatccgaag gtgcgggaga rgcgggtgtt     180

gaaaatgcca tttttccttc tccaacggta gcggtggcgg gggtggacma nccacgggcg     240

gcggcggawg atctggccaa gatgctgctg ggggcggtgt cttcttctgc ggtaacgcct     300

ccttggatac gtcatagctg aaaacgaaag aagtgcgctg taagtattac cagcgcactt     360

cggcagcggc agcacctcgg cagcacctca gcagcaacat gcccagcaag aagaatggaa     420

gaagcggacc ccaaccacat aaaaggtggg tgttcacgct gaataatcct tccgaagacg     480

agcgcaagaa aatacgggag ctcccaatct ccctatttga ttattttatt gttggcgagg     540

agggtwwtga ggaangacga acacctcacc tccaggggtt cgctaatttt gtgaagaagc     600

aaacttttaa taaagtgaca tggtatttgg gtgcccgctg ccacatcgag aaagccaaag     660

gaactgatca gcagaataaa gaatattgca gtaaagaagg caacttactt attgaatgtg     720

gagctcctcg atctcaagga caacggagtg acctgtctac tgctgtgagt accttgttgg     780

agagcgggag tctggtgacc gttgcagagc agcaccctgt aacgtttgtc agaaatttcc     840

gcgggctggc tgaactttg aaagtgagcg ggaaaatgca gaagcgtgat tggaagacca     900

atgtacacgt cattgtgggg ccacctgggt gtggtaaaag caaatgggct gctaattttg     960

cagacccgga aaccacatac tggaaaaccac ctagaaacaa gtggtgggat ggttaccatg    1020

gtgaagaagt ggttgttatt gatgactttt atggctggct gccgtgggat gatctactga    1080

gactgtgtga tcgatatcca ttgactgtag agactaaagg tggaactgta cnnnnnnngg    1140

cccgcagtat tctgattacc agcaatcaga ccccgttgga atggtactcc tcaactgctg    1200

tcccagctgt agaagctctc tatcggagga ttacttcctt ggtattttgg aagaatgcta    1260

cagaacaatc cacggaggaa gggggccagt tngtcaccct ttccccccca tgccctgaat    1320

ttccatatga aataaattac tgagtctttt ttatcacttc atagtgtttt ttattattca    1380

tttaggtt aagtgggggg tctttaagat taaattctct gaattgtaca tacatggtta    1440

cacggatatt gtagtcctgg tcgtatatac tgttttcgaa cgcagtgccg aggcctacgt    1500

ggtccacatt tctagaggtt tgtagcctca gccaaagctg attcctttg ttatttggtt    1560

ggaagtaatc aatagtggag tcaagaacag gtttgggtgt gaagtaacg gagtggtagg    1620
```

US 6,368,601 B1

27                                                          28

-continued

```
agaagggttg ggggattgta tggcgggagg agtagtttac atatgggtca taggttaggg     1680

ctgtggcctt tgttacaaag ttatcatcta gaataacagc agtggagccc actcccctat     1740

caccctgggt gatgggggag cagggcca                                        1768
```

What is claimed is:

1. A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of SEQ ID NO: 1,2,3,4 and 6.

2. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 1.

3. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 2.

4. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 3.

5. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 4.

6. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 6.

7. The vector of claim 1 wherein the isolated DNA molecule is expressed by the vector in vivo.

8. The vector of claim 1 wherein the isolated DNA molecule is expressed by the vector in vitro.

9. A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II.

10. The vector of claim 9 wherein the ORF comprises ORF 4.

11. The vector of claim 9 wherein the ORF comprises ORF 7.

12. The vector of claim 9 wherein the ORF comprises ORF 10.

13. The vector of claim 9 wherein the ORF comprises ORF 13.

14. The vector of claim 9, wherein the isolated DNA molecule is expressed by the vector in vivo.

15. The vector of claim 9, wherein the isolated DNA molecule is expressed by the vector in vitro.

16. The vector of any one claims 38–48 wherein the vector is a virus.

17. The vector of claim 16 wherein the virus is selected from the group consisting of pig herpes virus, porcine adenovirus, and poxvirus.

18. An immunogenic composition comprising a vector as claimed in claim 17.

19. The vector of claim 17 wherein the virus is selected form the group consisting of Aujesky's disease virus, vaccinia virus, avipox virus, and swinepox virus.

20. An immunogenic composition comprising a vector as claimed in claim 19.

21. The vector of claim 19 wherein the virus is a canarypox virus.

22. An immunogenic composition comprising a vector as claimed in claim 21.

23. The vector of any one of claims 1,9,2–6, and 10–13 wherein the vector comprises a DNA plasmid.

24. An immunogenic composition comprising a vector as claimed in claim 23.

25. An immunogenic composition comprising a vector as claimed in any one of claims 1,9,2–6, and 10–13.

26. An isolated DNA molecule comprising a sequence selected from the group consisting of SEQ ID NO: 1,2,3,4 and 6.

27. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 1.

28. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 2.

29. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 3.

30. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 4.

31. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 6.

32. An isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1.

33. A vector comprising an isolated DNA molecule as claimed in claim 1.

34. The vector according to claim 33, wherein the isolated DNA molecule is expressed in vivo.

35. The vector according to claim 33, wherein the isolated DNA molecule is expressed in vitro.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,368,601 B1                                    Page 1 of 1
DATED          : April 9, 2002
INVENTOR(S)    : Gordon Allan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [73], Assignee: change "Lyons" to -- Lyon --

Column 27,
Line 44, change "claims 38-49" to -- claims 1-6 and 9-13 --

Column 28,
Line 43, change "1" to -- 32 --

Signed and Sealed this

Eighth Day of October, 2002

Attest:

JAMES E. ROGAN
Attesting Officer                    Director of the United States Patent and Trademark Office

# EXHIBIT B

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 5 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

MERIAL LIMITED,

      Plaintiff,

v.

INTERVET, INC.,

      Defendant.

Civil Case No.

**1:05-CV-3168**

## COMPLAINT FOR PATENT INFRINGEMENT
## AND DEMAND FOR JURY TRIAL

Plaintiff Merial Limited ("Merial"), for its Complaint for Patent

Infringement against Defendant Intervet, Inc. ("Intervet"), alleges as follows:

### NATURE OF ACTION

1.     This is an action in which Plaintiff Merial seeks damages and

injunctive relief under the patent laws of the United States, 35 U.S.C. § 1 et seq.,

from Defendant Intervet's infringement of Merial's U.S. Patent No. 6,368,601,

entitled Porcine Circovirus Vaccine and Diagnostic Reagents ("the '601 patent").

A true and correct copy of the '601 patent is attached hereto as Exhibit A.

### PARTIES

2.     Plaintiff Merial is one of the world's leading animal healthcare

companies. Merial develops, produces and sells veterinary pharmaceuticals and

vaccines for livestock, pets and wildlife. Of particular relevance here, Merial has contributed to and continues to contribute to research in the Swine Health field. Merial has products for treating diseases in pigs, products for preventing diseases in pigs, and other products for controlling and preventing diseases in pigs and for alleviating pain and inflammation in pigs. Merial is a company limited by shares registered in England and Wales with a registered office in England, and domesticated in the state of Delaware as Merial LLC. Merial's North American Operational Headquarters is located in Duluth, Georgia.

3.      Upon information and belief, Defendant Intervet is a corporation, having its principal place of business located at 29160 Intervet Lane, in Millsboro, Delaware.

## JURISDICTION VENUE

4.      This Court has subject matter jurisdiction over this matter pursuant to Title 28, United States Code, Sections 1331 and 1338(a).

5.      On information and belief Intervet sells or causes to be sold veterinary pharmaceuticals or vaccines in this judicial district and is thereby doing business in this judicial district.

6.      This Court has personal jurisdiction over Defendant Intervet by virtue of its actions and those of its agents which directly infringe or which induce or

knowingly contribute in the infringement of the '601 patent within this state and/or

its systematic and continuous contact with this state.

7.     Venue is proper in this District under Title 28, United States Code,

Sections 1391 and 1400(b).

## COUNT 1

## CLAIM FOR INFRINGEMENT OF U.S. PATENT NO. 6,368,601

8.     The allegations in Paragraphs 1 through 7 of this Complaint are

incorporated herein by reference as if set forth in their entirety.

9.     The United States Patent and Trademark Office duly and legally

issued the '601 patent on April 9, 2002.

10.     The '601 patent is assigned to Merial SAS, Lyon, France, the Queen's

University of Belfast, and the University of Saskatchewan. Merial SAS is wholly-

owned by Plaintiff Merial, and Plaintiff Merial is exclusively licensed under the

'601 patent.

11.     The '601 patent generally relates to Porcine Circovirus vaccines.

Porcine Circovirus is a causative agent of post-weaning multisystemic wasting

syndrome (PMWS) in pigs. PMWS is an infection of young pigs (usually 8-16

weeks old). PMWS tends to be a slow and progressive disease with a high fatality

in affected pigs. PMWS or Porcine Circovirus infection can have devastating

economic consequences. Mortality in acutely infected herds varies from 5 to 50%, and chronically infected herds may sustain losses of 15% from weaning to slaughter, on average.

12.    Merial's business activities include Porcine Circovirus vaccines. Indeed, Merial has been and continues to be involved in research involving Porcine Circovirus and PMWS. Merial publishes a quarterly Swine Bibliographical Bulletin and has also sponsored the publication of a book on Porcine Circovirus and PMWS. Furthermore, Merial owns or has the exclusive rights under numerous patents worldwide in the field of Porcine Circovirus and PMWS. Through its wholly owned company Merial SAS, Merial makes a Porcine Circovirus vaccine called CIRCOVAC®. CIRCOVAC® is approved for use in sows in Europe; and Merial is seeking authorization to market CIRCOVAC® in the United States. It is reported that there have been 35,000 sows in Germany vaccinated with CIRCOVAC® and 40,000 sows in France vaccinated with CIRCOVAC®. CIRCOVAC® has been reported to be effective. CIRCOVAC® is believed to be the first approved Porcine Circovirus vaccine. Thus, Merial develops, has developed, makes, has made, uses, has used, sells, or has sold, or causes to be developed, made, used, or sold, Porcine Circovirus vaccines.

13.    Upon information and belief, Intervet has infringed, contributed to the infringement of, and/or actively induced the infringement of claims of the '601 patent by making, using, selling, and/or offering for sale products, including, but not limited, to a Porcine Circovirus vaccine, in the United States (Intervet's "infringing acts").

14.    Upon information and belief, Intervet has had notice of the '601 patent, and its infringement of the '601 patent has been deliberate and willful.

15.    Intervet's infringing acts have not been authorized by Merial, and are in violation of Merial's patent rights.

16.    As a direct result of Intervet's infringing acts, Merial has suffered and continues to suffer damage and irreparable harm.

17.    Merial has no adequate remedy at law for Intervet's infringing acts. Unless and until Intervet's infringing acts are enjoined by this Court, Merial will continue to be damaged and irreparably harmed.

**WHEREFORE**, Merial prays that the Court:

(a)    Enter a judgment that Intervet has infringed, either directly, by contribution or inducement, one or more claims of the '601 patent;

(b)    Preliminarily and permanently enjoin Intervet and those in
privity with it from further acts of direct infringement,
contributory infringement and inducement of infringement of
the '601 patent;

(c)    Award Merial damages adequate to compensate it for Intervet's
infringement of the '601 patent;

(d)    Declare that Intervet's infringement of the '601 patent has been
knowing and willful;

(e)    Treble the award of damages pursuant to 35 U.S.C. § 284 and
in view of the willful nature of Intervet's infringement;

(f)    Declare this to be an exceptional case pursuant to 35 U.S.C. §
285;

(g)    Award Merial its attorneys' fees, costs and expenses in this
action; and

(h)    Award Merial prejudgment interest, and such further relief as
the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff Merial demands a trial by jury of all issues so triable in this action.

Respectfully submitted this 15th day of December 2005.

J. Patrick Elsevier, Ph.D., Esq.
Georgia Bar No. 246694
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Email: pelsevier@alston.com
Tel.: (404) 881-7683
Fax: (404) 253-8285

Judy Jarecki-Black, Ph.D., Esq.
Georgia Bar No. 801698
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Email: judy.jarecki@merial.com
Tel.: (678) 638-3805
Fax: (678) 638-3350

Of Counsel
Thomas J. Kowalski, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Email: tkowalski@flhlaw.com
Tel.: (212) 588-0800
Fax: (212) 588-0500

Counsel for Plaintiff Merial Limited

US006368601B1

(12) **United States Patent**
Allan et al.

(10) Patent No.: **US 6,368,601 B1**
(45) Date of Patent: **Apr. 9, 2002**

(54) **PORCINE CIRCOVIRUS VACCINE AND DIAGNOSTICS REAGENTS**

(75) Inventors: **Gordon Allan; Brian Meehan**, both of Belfast (GB); **Edward Clark**, Saskatoon (CA); **John Ellis**, Saskatoon (CA); **Deborah Haines**, Saskatoon (CA); **Lori Hassard**, Saskatoon (CA); **John Harding**, Humboldt (CA); **Catherine Elisabeth Charreyre**, Saint-Laurent de Mure (FR); **Gilles Emile Chappuis**, Lyons (FR); **Francis McNeilly**, Newtownards (GB)

(73) Assignees: **Merial**, Lyons (FR); **The Queen's University of Belfast**, Belfast (GB); **University of Saskatchewan**, Saskatoon (CA)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/082,558**

(22) Filed: **May 21, 1998**

(30) **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Oct. 3, 1997 | (FR) | ............................ | 97 12382 |
| Jan. 22, 1998 | (FR) | ............................ | 98 00873 |
| Mar. 20, 1998 | (FR) | ............................ | 98 03707 |

(51) Int. Cl.[7] ...................... A61K 39/12; A61K 31/70; C12Q 1/70; C12H 15/00; C12N 7/00

(52) U.S. Cl. .................... 424/204.1; 514/44; 435/5; 435/235.1; 435/320.1; 536/23.1; 536/23.4

(58) Field of Search ............................... 536/23.1, 23.4; 435/5, 320.1, 235.1; 514/44; 424/204.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,217,883 B1 * 4/2001 Allan et al. ............... 424/201.1

FOREIGN PATENT DOCUMENTS

| FR | 2772047 | * | 6/1999 |
|---|---|---|---|
| WO | 99/29717 | * | 6/1999 |

OTHER PUBLICATIONS

Tischer et al. 1982. A very small porcine virus with circular single-stranded DNA. Nature. vol. 295, pp. 64–66.*
Sequence Alignments, for SEQ ID NOs 1–4 and 6 with Genbank Acc No: 027217, Sep. 27, 1997 (Hamel et al.).*

Nayar et al., Canadian Veterinary Journal, vol. 38, Jun. 1997, pp. 385–386.

E.G. Clark, American Association of Swine Practioners, 1997, pp. 499–501.

Meehan et al., Journal of General Virology, vol. 78, 1997, pp. 221–227.

Todd et al., Arch. Virol., vol. 117, 1991, pp. 129–135.

LeCann et al., Veterinary Record, Dec. 20/27, 1997, p. 660.

Daft et al., 39th Annual Meeting of American Association of Veterinary Laboratory Diagnosticians, Oct. 12–18, 1996.

Harding et al., American Association of Swine Practioners, 1997, p. 503.

Albina et al., La Semaine Veterinaire des Filieres, No. 26, Nov. 30, 1996, pp. 1–2.

V. Dedet, La Semaine Veterinaire, May 24, 1997, p. 54.

Allan et al., J. Vet. Diagn. Invest., vol. 10 (1998), pp. 3–10.

Ellis et al., Can. Vet. J., vol. 39, Jan. 1998, pp. 44–51.

Segales et al., Veterinary Record, Dec. 6, 1997, pp. 600–601.

Allan et al., Vet. Immunol. Immunopathol., vol. 43 (1994), pp. 357–371.

Allan et al., Vet. Micro., vol. 44 (1995), pp. 49–64.

Tischer et al., Arch. Virol., vol. 91 (1986), pp. 271–276.

Hamel et al., Database EMBL/Genbank/DDBJ, Sep. 26, 1997.

* cited by examiner

Primary Examiner—Laurie Scheiner
Assistant Examiner—Shanon A. Foley
(74) Attorney, Agent, or Firm—Frommer Lawrence & Haug, LLP; William S. Frommer; Thomas J. Kowalski

(57) **ABSTRACT**

The invention relates to new porcine circovirus strains isolated from pulmonary or ganglionic samples obtained from farms affected by the post-weaning multisystemic wasting syndrome (PMWS). It relates to purified preparations of these strains, conventional attenuated or inactivated vaccines, recombinant live vaccines, plasmid vaccines and subunit vaccines, as well as reagents and diagnostic methods. It also relates to the DNA fragments which can be used for the production of subunits in an in vitro expression vector or as sequences to be integrated into a virus or plasmid type in vivo expression vector.

**35 Claims, 18 Drawing Sheets**

**U.S. Patent**     Apr. 9, 2002     Sheet 1 of 18     US 6,368,601 B1

Figure No. 1

Sequence of the PCV Imp1011-48121 isolate (SEQ ID No. 1)

```
   1  AATTCAACCT TAACCTTTCT TATTCTGTAG TATTCAAAGG GCACAGAGCG
  51  GGGGTTTGAG CCCCCTCCTG GGGGAAGAAA GTCATTAATA TTGAATCTCA
 101  TCATGTCCAC CGCCCAGGAG GGCGTTCTGA CTGTGGTTCG CTTGACAGTA
 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT
 201  CCAGCGGTAA CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA
 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTCCG GTAACGCCTC
 301  CTTGGATACG TCATATCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC
 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG
 401  CCGAGCAAGA AGAATGGAAG AAGCGGACCC CAACCCCATA AAAGGTGGGT
 451  GTTCACTCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGATC
 501  TTCCAATATC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG
 551  GTAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA
 601  GACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA
 651  AAGCGAAAGG AACAGATCAG CAGAATAAAG AATACTGCAG TAAAGAAGGC
 701  AACTTACTGA TGGAGTGTGG AGCTCCTAGA TCTCAGGGAC AACGGAGTGA
 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG
 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT
 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACTAA
 901  TGTAGACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG
 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG
1001  TGGTGGGATG GTTACCATGG TGAAGAAGTG GTTGTTATTG ATGACTTTTA
1051  TGGCTGGCTG CCCTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT
1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT
1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT
1201  CCCAGCTGTA GAAGCTCTTT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 1 (continuation and end)

```
1251  AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301  TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAAATTACT GAGTCTTTTT

1351  TATCACTTCG TAATGGTTTT TATTATTCAT TAAGGGTTAA GTGGGGGGTC

1401  TTTAAGATTA AATTCTCTGA ATTGTACATA CATGGTTACA CGGATATTGT

1451  ATTCCTGGTC GTATATACTG TTTTCGAACG CAGTGCCGAG GCCTACGTGG

1501  TCCACATTTC CAGCAGTTTG TAGTCTCAGC CACAGCTGGT TTCTTTTGTT

1551  GTTTGGTTGG AAGTAATCAA TAGTGGAATC TAGGACAGGT TTGGGGGTAA

1601  AGTAGCGGGA GTGGTAGGAG AAGGGCTGGG TTATGGTATG GCGGGAGGAG

1651  TAGTTTACAT AGGGGTCATA GGTGAGGGCT GTGGCCTTTG TTACAAAGTT

1701  ATCATCTAGA ATAACAGCAC TGGAGCCCAC TCCCCTGTCA CCCTGGGTGA

1751  TCGGGGAGCA GGGCCAG
```

Figure No. 2

Sequence of the PCV Impl011-48285 isolate (SEQ ID No. 2)

```
   1  AATTCAACCT TAACCTTTCT TATTCTGTAG TATTCAAAGG GCACAGAGCG

  51  GGGGTTTGAG CCCCCTCCTG GGGGAAGAAA GTCATTAATA TTGAATCTCA

 101  TCATGTCCAC CGCCCAGGAG GGCGTTTTGA CTGTGGTTCG CTTGACAGTA

 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT

 201  CCAGCGGTAA CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGACGA

 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTCCG GTAACGCCTC

 301  CTTGGATACG TCATATCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC

 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG

 401  CCCAGCAAGA AGAATGGAAG AAGCGGACCC CAACCCCATA AAAGGTGGGT

 451  GTTCACTCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGATC

 501  TTCCAATATC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG

 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA

 601  GACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA

 651  AAGCGAAAGG AACAGATCAG CAGAATAAAG AATACTGCAG TAAAGAAGGC

 701  AACTTACTGA TGGAGTGTGG AGCTCCTAGA TCTCAGGGAC AACGGAGTGA

 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG

 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT

 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACTAA

 901  TGTACACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG

 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG

1001  TGGTGGGATG GTTACCATGG TGAAGAAGTG GTTGTTATTG ATGACTTTTA

1051  TGGCTGGCTG CCCTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT

1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT

1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT

1201  CCCAGCTGTA GAAGCTCTTT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 2 (continuation and end)

```
1251  AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301  TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAATTACT GAGTCTTTTT

1351  TATCACTTCG TAATGGTTTT TATTATTCAT TAAGGGTTAA GTGGGGGGTC

1401  TTTAAGATTA AATTCTCTGA ATTGTACATA CATGGTTACA CGGATATTGT

1451  ATTCCTGGTC GTATATACTG TTTTCGAACG CAGTGCCGAG GCCTACGTGG

1501  TCTACATTTC CAGTAGTTTG TAGTCTCAGC CACAGCTGAT TTCTTTTGTT

1551  GTTTGGTTGG AAGTAATCAA TAGTGGAATC TAGGACAGGT TTGGGGGTAA

1601  AGTAGCGGGA GTGGTAGGAG AAGGGCTGGG TTATGGTATG GCGGGAgGAG

1651  TAGTTTACAT AGGGGTCATA GGTGAgGGCT GTGGCCTTTG TTACAAAGTT

1701  ATCATCTAGA ATAACAGCAC TGGAGCCCAC TCCCCTGTCA CCCTGGGTGA

1751  TCGGGGAGCA GGGCCAG
```

**U.S. Patent**        Apr. 9, 2002        Sheet 5 of 18        US 6,368,601 B1

Figure No. 3

Sequence of the PCV Imp999 isolate (SEQ ID No. 3)

```
   1  AATTCAACCT TAACCTTTTT TATTCTGTAG TATTCAAAGG GTATAGAGAT
  51  TTTGTTGGTC CCCCCTCCCG GGGGAACAAA GTCGTCAATA TTAAATCTCA
 101  TCATGTCCAC CGCCCAGGAG GGCGTTCTGA CTGTGGTAGC CTTGACAGTA
 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT
 201  CCAACGGTAG CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA
 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTGCG GTAACGCCTC
 301  CTTGGATACG TCATAGCTGA AAACTAAAGA AGTGCGCTGT AAGTATTACC
 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG
 401  CCCAGCAAGA AGAATGGAAG AAGCGGACCC CAACCACATA AAAGGTGGGT
 451  GTTCACGCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGAGC
 501  TCCCAATCTC CCTATTTGAT TATTTATTG TTGGCGAGGA GGGTAATGAG
 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA
 601  AACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA
 651  AAGCCAAAGG AACTGATCAG CAGAATAAAG AATATTGCAG TAAAGAAGGC
 701  AACTTACTTA TTGAATGTGG AGCTCCTCGA TCTCAAGGAC AACGGAGTGA
 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG
 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT
 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACCAA
 901  TGTACACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG
 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG
1001  TGGTGGGATG GTTACCATGG TGAAgAAGTG GTTGTTATTG ATGACTTTTA
1051  TGGCTGGCTG CCGTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT
1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT
1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT
1201  CCCAGCTGTA GAAGCTCTCT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 3 (continuation and end)

```
1251  AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT
1301  TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAATTACT GAGTCTTTTT
1351  TATCACTTCG TAATGGTTTT TATTATTCAT TTAGGGTTTA AGTGGGGGGT
1401  CTTTAAGATT AAATTCTCTG AATTGTACAT ACATGGTTAC ACGGATATTG
1451  TAGTCCTGGT CGTATATACT GTTTTCGAAC GCAGTGCCGA GGCCTACGTG
1501  GTCCACATTT CTAGAGGTTT GTAGCCTCAG CCAAAGCTGA TTCCTTTTGT
1551  TATTTGGTTG GAAGTAATCA ATAGTGGAGT CAAGAACAGG TTTGGGTGTG
1601  AAGTAACGGG AGTGGTAGGA GAAGGGTTGG GGGATTGTAT GGCGGGAGGA
1651  GTAGTTTACA TATGGGTCAT AGGTTAGGGC TGTGGCCTTT GTTACAAAGT
1701  TATCATCTAG AATAACAGCA GTGGAGCCCA CTCCCCTATC ACCCTGGGTG
1751  ATGGGGGAGC AGGGCCAG
```

Figure No. 4

Sequence of the PCV Imp1010 isolate (SEQ ID No. 4)

```
   1  AATTCAACCT TAACCTTTCT TATTCTGTAG TATTCAAAGG GTATAGAGAT
  51  TTTGTTGGTC CCCCCTCCCG GGGGAACAAA GTCGTCAATT TTAAATCTCA
 101  TCATGTCCAC CGCCCAGGAG GGCGTTGTGA CTGTGGTACG CTTGACAGTA
 151  TATCCGAAGG TGCGGGAGAG GCGGGTGTTG AAGATGCCAT TTTTCCTTCT
 201  CCAACGGTAG CGGTGGCGGG GGTGGACGAG CCAGGGGCGG CGGCGGAGGA
 251  TCTGGCCAAG ATGGCTGCGG GGGCGGTGTC TTCTTCTGCG GTAACGCCTC
 301  CTTGGATACG TCATAGCTGA AAACGAAAGA AGTGCGCTGT AAGTATTACC
 351  AGCGCACTTC GGCAGCGGCA GCACCTCGGC AGCACCTCAG CAGCAACATG
 401  CCCAGCAAGA AGAATGGAAG AAGCGGACCC CAACCACATA AAAGGTGGGT
 451  GTTCACGCTG AATAATCCTT CCGAAGACGA GCGCAAGAAA ATACGGGAGC
 501  TCCCAATCTC CCTATTTGAT TATTTTATTG TTGGCGAGGA GGGTAATGAG
 551  GAAGGACGAA CACCTCACCT CCAGGGGTTC GCTAATTTTG TGAAGAAGCA
 601  AACTTTTAAT AAAGTGAAGT GGTATTTGGG TGCCCGCTGC CACATCGAGA
 651  AAGCCAAAGG AACTGATCAG CAGAATAAAG AATATTGCAG TAAAGAAGGC
 701  AACTTACTTA TTGAATGTGG AGCTCCTCGA TCTCAAGGAC AACGGAGTGA
 751  CCTGTCTACT GCTGTGAGTA CCTTGTTGGA GAGCGGGAGT CTGGTGACCG
 801  TTGCAGAGCA GCACCCTGTA ACGTTTGTCA GAAATTTCCG CGGGCTGGCT
 851  GAACTTTTGA AAGTGAGCGG GAAAATGCAG AAGCGTGATT GGAAGACCAA
 901  TGTACACGTC ATTGTGGGGC CACCTGGGTG TGGTAAAAGC AAATGGGCTG
 951  CTAATTTTGC AGACCCGGAA ACCACATACT GGAAACCACC TAGAAACAAG
1001  TGGTGGGATG GTTACCATGG TGAAGAAGTG GTTGTTATTG ATGACTTTTA
1051  TGGCTGGCTG CCGTGGGATG ATCTACTGAG ACTGTGTGAT CGATATCCAT
1101  TGACTGTAGA GACTAAAGGT GGAACTGTAC CTTTTTTGGC CCGCAGTATT
1151  CTGATTACCA GCAATCAGAC CCCGTTGGAA TGGTACTCCT CAACTGCTGT
1201  CCCAGCTGTA GAAGCTCTCT ATCGGAGGAT TACTTCCTTG GTATTTTGGA
```

Figure No. 4 (continuation and end)

```
1251   AGAATGCTAC AGAACAATCC ACGGAGGAAG GGGGCCAGTT CGTCACCCTT

1301   TCCCCCCCAT GCCCTGAATT TCCATATGAA ATAAATTACT GAGTCTTTTT

1351   TATCACTTCG TAATGGTTTT TATTATTCAT TTAGGGTTTA AGTGGGGGGT

1401   CTTTAAGATT AAATTCTCTG AATTGTACAT ACATGGTTAC ACGGATATTG

1451   TAGTCCTGGT CGTATTTACT GTTTTCGAAC GCAGCGCCGA GGCCTACGTG

1501   GTCCACATTT CCAGAGGTTT GTAGTCTCAG CCAAAGCTGA TTCCTTTTGT

1551   TATTTGGTTG GAAGTAATCA ATAGTGGAGT CAAGAACAGG TTTGGGTGTG

1601   AAGTAACGGG AGTGGTAGGA GAAGGGTTGG GGGATTGTAT GGCGGGAGGA

1651   GTAGTTTACA TATGGGTCAT AGGTTAGGGC TGTGGCCTTT GTTACAAAGT

1701   TATCATCTAG AATAACAGCA GTGGAGCCCA CTCCCCTATC ACCCTGGGTG

1751   ATGGGGGAGC AGGGCCAG
```

**U.S. Patent**       Apr. 9, 2002      **Sheet 9 of 18**      US 6,368,601 B1

Figure No. 5

CLUSTAL W multiple sequence alignment

Figure No. 5 (continuation)

Figure No. 5 (continuation)

```
PCVPK-15    GAAGACAGCTGTACACGTCATAATGGGCCCGCCCGGTTGTGGGAAGAGGCCAGTGGGCCCG
IMP999-ECO  GAAGACCAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
IMP1010-ST  GAAGACCAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
IMP1011-48  GAAGACTAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
IMP1011-48  GAAGACTAATGTACACGTCATTGTGGGGCCACCTGGGTGTGGTAAAAGCAAATGGGCTGC
            ******  ***********  *****  **  **  ***** ** ***  ** ******

PCVPK-15    TAATTTTGCTGAGCCTAGGGACACCTACTGGAAGCCTAGTAGTAAATAAGTGGTGGGATGG
IMP999-ECO  TAATTTTGCAGACCCGGAAACCCACATACTGGAAACACCTAGTAGACAAGTGGTGGGATGG
IMP1010-ST  TAATTTTGCAGACCCGGAAACCCACATACTGGAAACACCTAGTAGACAAGTGGTGGGATGG
IMP1011-48  TAATTTTGCAGACCCGGAAACCCACATACTGGAAACACCTAGTAGACAAGTGGTGGGATGG
IMP1011-48  TAATTTTGCAGACCCGGAAACCCACATACTGGAAACACCTAGTAGACAAGTGGTGGGATGG
            ********* ** **       *** ********  **  ****** **************

PCVPK-15    ATATCATGGAGAAGAAGTTGTTGTTTGGATGATTTTTATGGCTGGTTACCTTGGGATGA
IMP999-ECO  TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGGCTGCCTGGGATGA
IMP1010-ST  TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGGCTGCCTGGGATGA
IMP1011-48  TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGGCTGCCTGGGATGA
IMP1011-48  TTACCATGGTGAAGAAGTGGTTGTTATTGATGACTTTTATGGCTGGCTGGCTGCCTGGGATGA
            ** ****  ********  ***** ** ****  ***********  **  **  ********

PCVPK-15    TCTACTGAGACTGTGTGACCGGTATCCATTGACTGTAGAGACTAAAGGGGGTACTGTTCC
IMP999-ECO  TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
IMP1010-ST  TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
IMP1011-48  TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
IMP1011-48  TCTACTGAGACTGTGTGATCGATATCCATTGACTGTAGAGACTAAAGGTGGAACTGTACC
            ***************** ** **************************** ** ***** **

PCVPK-15    TTTTTTGGCCCGCAGTATTTTGAATACCAGCAATCAGGCCCCCCAGGAATGGTACTCCTC
IMP999-ECO  TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGGAATGGTACTCCTC
IMP1010-ST  TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGGAATGGTACTCCTC
IMP1011-48  TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGAATGGTACTCCTC
IMP1011-48  TTTTTTGGCCCGCAGTATTCTGATTACCAGCAATCAGACCCCGTTGAATGGTACTCCTC
            ***************   **  ***********  ****  ****     ***********

PCVPK-15    AACTGCTGTCCCAGCTGTAGAAGCTCTCTATCGGAGGATTACTACTTTGCAATTTTGGAA
IMP999-ECO  AACTGCTGTCCCAGCTGTAGAAGCTCTCTATCGGAGGATTAGTTCCTTGGTATTTTGGAA
IMP1010-ST  AACTGCTGTCCCAGCTGTAGAAGCTCTCTATCGGAGGATTACTTCCTTGGTATTTTGGAA
IMP1011-48  AACTGCTGTCCCAGCTGTAGAAGCTCTTTATCGGAGGATTACTTCCTTGGTATTTTGGAA
IMP1011-48  AACTGCTGTCCCAGCTGTAGAAGCTCTTTATCGGAGGATTACTTCCTTGGTATTTTGGAA
            ***************************  *************  *  ** *  *********

PCVPK-15    GACTGCTGGAGAACAATCCACGGGAGGTACCCGAAGGCCGATTTGAAGCAGTGGACCCACC
IMP999-ECO  GAATGCTACAGAACAATCCACGGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
IMP1010-ST  GAATGCTACAGAACAATCCACGGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
IMP1011-48  GAATGCTACAGAACAATCCACGGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
IMP1011-48  GAATGCTACAGAACAATCCACGGGAGGAA---GGGGGCCAGTTCGTCACCCTTTCCCCCCC
            **  **** ****************  *****  *  ****  **  *     ***  **

PCVPK-15    CTGTGCCCTTTTCCCATATAAAATAAATTACTGAGTCTTTTTGTTATCACATCGTAATG
IMP999-ECO  ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTT---TATCACTTCGTAATG
IMP1010-ST  ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTT---TATCACTTCGTAATG
IMP1011-48  ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTT---TATCACTTCGTAATG
IMP1011-48  ATGCCCTGAATTTCCATATGAAATAAATTACTGAGTCTTTT---TATCACTTCGTAATG
            **  **  ** ****** ******************* *       ******  *******
```

Figure No. 5 (continuation and end)

```
PCVPK-15      GTTTTTATT-TTTATTTA---TTTA----GAGGGTCTTTTAGGATAAATTCTCTGAATTG
IMP999-ECO    GTTTTTATTTATTCATTTAGGGTTTAAGTGGGGGGTCTTTAAGATAAATTCTCTGAATTG
IMP1010-ST    GTTTTTATTTATTCATTTAGGGTTTAAGTGGGGGGTCTTTAAGATAAATTCTCTGAATTG
IMP1011-48    GTTTTTATTTATTCATTTAGGGTT-AAGTGGGGGGTCTTTAAGATAAATTCTCTGAATTG
IMP1011-48    GTTTTTATTTATTCATTAAGGGTT-AAGTGGGGGGTCTTTAAGATAAATTCTCTGAATTG
              ********* ** *** *   ** *   * ******** **  ***************
```

```
PCVPK-15      TACATAAATAGTCAGCCTTACCACATAATTTTGGGCTGTGGCTGC-ATTTTGGAGCGCAT
IMP999-ECO    TACATACATGGTTACACGGATATTGTAGTCCTGG-TCGTATATACTGTTTTCGAACGCAG
IMP1010-ST    TACATACATGGTTACACGGATATTGTAGTCCTGG-TCGTATTACTGTTTTCGAACGCAG
IMP1011-48    TACATACATGGTTACACGGATATTGTATTCCTGG-TCGTATATACTGTTTTCGAACGCAG
IMP1011-48    TACATACATGGTTACACGGATATTGTATTCCTGG-TCGTATATACTGTTTTCGAACGCAG
              ****** ** ** * *    ** * *** *** *** * ***** ** ****
```

```
PCVPK-15      AGCCGAGGCCTGTGTGCTCGACATTGGTGTGGGTATTTAAATGGAGCCACAGCTGGTTTC
IMP999-ECO    TGCCGAGGCCTACGTGGTCCACATTTCTAGAGGTTTGTAGCCTCAGCCAAAGCTGATTCC
IMP1010-ST    CGCCGAGGCCTACGTGGTCCACATTTCCAGAGGTTTGTAGTCTCAGCCAAAGCTGATTCC
IMP1011-48    TGCCGAGGCCTACGTGGTCTACATTTCCAGCAGTTTGTAGTCTCAGCCACAGCTGGTTTC
IMP1011-48    TGCCGAGGCCTACGTGGTCTACATTTCCAGTAGTTTGTAGTCTCAGCCACAGCTGATTTC
              ********** *** ** *****   ** **    ***** ***** ** *
```

```
PCVPK-15      TTTTATTATTTGGGTGGAACCAATCAATTGTTTGGTCCAGCTCAGGTTTGGGGGTGAAGT
IMP999-ECO    TTTTGTTATTTGGTTGGAAGTAATCAATAGTGGAGTCAAGAACAGGTTTGGGTGTGAAGT
IMP1010-ST    TTTTGTTATTTGGTTGGAAGTAATCAATAGTGGAGTCAAGAACAGGTTTGGGTGTGAAGT
IMP1011-48    TTTTGTTGTTTGGTTGGAAGTAATCAATAGTGGAATCTAGGACAGGTTTGGGGGTAAAGT
IMP1011-48    TTTTGTTGTTTGGTTGGAAGTAATCAATAGTGGAATCTAGGACAGGTTTGGGGGTAAAGT
              **** ** ***** *****  ** *  ** **   ** ** * ***** *  * ****
```

```
PCVPK-15      ACCTGGAGTGGTAGGTAAAGGGCTGCCTTATGGTGTGGCGGGAGGAGTAGTTAATATAGG
IMP999-ECO    AACGGGAGTGGTAGGAGGAGGGGTTGGGGGATTGTATGGCGGGAGGAGTAGTTTACATATG
IMP1010-ST    AACGGGAGTGGTAGGAGGAGGGGTTGGGGGATTGTATGGCGGGAGGAGTAGTTTACATATG
IMP1011-48    AGCGGGAGTGGTAGGGAGGAAGGGCTGGGTTATGGTGTGGCGGGAGGAGTAGTTTACATAGG
IMP1011-48    AGCGGGAGTGGTAGGGAGGAAGGGCTGGGTTATGGTGTGGCGGGAGGAGTAGTTTACATAGG
              * * ********** ***** **   ** ** ****************** * *** *
```

```
PCVPK-15      GGTCATAGGCCAAGTTGGTGGAGGGGGTTACAAAGTTGGCATCCAAGATAACAACAGTGG
IMP999-ECO    GGTCATAGGTTAGGGCTGTGGCCTTTGTTACAAAGTTATCATCTAGAATAACAGCAGTGG
IMP1010-ST    GGTCATAGGTTAGGGCTGTGGCCTTTGTTACAAAGTTATCATCTAGAATAACAGCAGTGG
IMP1011-48    GGTCATAGGTTAGGGCTGTGGCCTTTGTTACAAAGTTATCATCTAGAATAACAGCACTGG
IMP1011-48    GGTCATAGGTTAGGGCTGTGGCCTTTGTTACAAAGTTATCATCTAGAATAACAGCACTGG
              *********   * *  ****    *********** *  **** ** * ****** ** ***
```

```
PCVPK-15      ACCCAACACCTCTTTGATTAGAGGTGATGGGTCTCTCTGGGGTAA
IMP999-ECO    AGCCCACTCCCCTATCACCCTGGGTGATGGGGAGCAGGGCCAG
IMP1010-ST    AGCCCACTCCCCTATCACCCTGGGTGATGGGGAGCAGGGCCAG
IMP1011-48    AGCCCACTCCCCTGTCACCCTGGGTGATCGGGGAGCAGGGCCAG
IMP1011-48    AGCCCACTCCCCTGTCACCCTGGGTGATCGGGGAGCAGGGCCAG
              * ** *** ** ** * *     ****** ***  * *** * *
```

Figure No. 6

```
   1  GAATTCAACC TTAACCTTTT TTATTCTGTA gTATTCAAAG GGTATAaAgA

  51  TTTTGTTGGT CCCCCCTCCC GGGGGAACAA AGTCgTCAAT ATTAAATCTC

 101  ATCATGTCCA CCGCCCAGGA GGGCGTTCTG ACTGTGGTAg CCTTGACAgT

 151  ATATCCGAAG GTGCGGGAGA TGCGGGTGTT GAAAATGCCA TTTTTCCTTC

 201  TCCAACGGTA GCGGTGGCGG GGGTGGACmA nCCAcgGGCG GCGGCGGAwG

 251  ATCTGGCCAA GATGGCTGCG GGGGCGGTGT CTTCTTCTGC GGTAACGCCt

 301  CCTTGGATAC GTCATAgCTG AAAACGAAAG AAGTGCGCTG TAaGTATTAC

 351  CAGCGCACTt CGGCAGCGGC AGCACCTCGG CAGCaCCTCA GCAGCAACAT

 401  GCCCAGCAAG AAGAATGGAA GAAGCGGACC CCAACCACAT AAAAGGTGGG

 451  TGTTCACGCT GAATAATCCT TCCGAAGACG AGCGCAAGAA AATACGGGAG

 501  CTCCCaATCT CCCTATTTGA TTATTTTATT GTTGGCGAGG AGGGTwwTGA

 551  gGAAnGACgA ACACCTCACC TCCAGGGGTT CGCtAATTTT GTGAAGAAgC

 601  aaACTTtTAA TAAAGTGAAG TGGTATTTGG GTGCCCGCTG CCACATCGAG

 651  AAAGCCAaAG GAACTGATCA GCAGAAATAA GAATATTGCA GTAAAgAAGG

 701  CAACTTACTT ATTGAATGTG GAGCTCCTCG ATCTCAAGGA CAACGGAGTG

 751  ACCTGTCTAC TGCTGTGAGT ACCTTGTTGG AGAGCGGGAG TCTGGTGACC

 801  GTTGCAGAGC AGCACCCTGT AACGTTTGTC AGAAATTTCC GCGGGCTGGC

 851  TGAACTTTTG AAAGTGAGCG GGAAAATGCA GAAGCGTGAT TGGAAGACCA

 901  ATGTACACGT CATTGTGGGG CCACCTGGGT GTGGTAAAAG CAAATGGGCT

 951  GCTAATTTTG CAGACCCGGA AACCACATAC TGGAAACCAC CTAGAAACAA

1001  GTGGTGGGAT GGTTACCATG GTGAAGAAGT GGTTGTTATT GATGACTTTT

1051  ATGGCTGGCT GCCGTGGGAT GATCTACTGA GACTGTGTGA TCGATATCCA

1101  TTGACTGTAG AGACTAAAGG TGGAACTGTA CNNNNNNGG CCCGCAGTAT

1151  TCTGATTACC AGCAATCAGA CCCCGTtGGA ATGGTACTCC TCAACTGCTG

1201  TCCCAGCtGT AGAAGCTCTC TATCGGAGGA ttACTTCCTT GGTATTTtGG

1251  AaGAATGCTA CAGAACAATC CACGGAGGAA GGGGGCCAGT TnGTCACCCT
```

Figure No. 6 (continuation)

```
1301  TTCCCCCCCA TGCCcTGAAT TTCCATaTGA AATAAATTAC TGAGTCTTTT

1351  TTATCACTTC GTAATGGTTT TTATTATTCA TTTAGGGTTT AAGTGGGGGG

1401  TCTTTAAGAT TAAATTCTCT GAATTGTACA TACATGGTTA CACGGATATT

1451  GTAGTCCTGG TCGTATATAC TGTTTTCGAA CGCAGTGCCG AGGCCTACGT

1501  GGTCCACATT TCTAGAGGTT tGTAGCCTCA gCCAAAGCtG ATTCCTTTTG

1551  TTATTTGGTT GGAAGTAATC AATAGTGGAG TCAAGAACAG GTTTGGGTGT

1601  GAAGTAACGG GAGTGGTAGG AGAAGGGTTG GGGGATTGTA TGGCGGGAGG

1651  AGTAGTTTAC ATATGGGTCA TAGGTTAGGG CTGTGGCCTT TGTTACAAAG

1701  TTATCATcTA GAATAACAGC AGTGGAGCCC ACTCCCCTAT CACCCTGGGT

1751  GATGGGGGAG CAGGGCCA
```

Figure No. 7

8con.s = sequence clone pGEM-7/8
pcveco = sequence strain PCV PK/15

Figure No. 7 (continuation)

Figure No. 7 (continuation)

Figure No. 7 (continuation and end)



US 6,368,601 B1

1

## PORCINE CIRCOVIRUS VACCINE AND DIAGNOSTICS REAGENTS

The present invention relates to new porcine circovirus (PCV for Porcine CircoVirus) strains responsible for the PMWS syndrome (Porcine Multisystemic Wasting Syndrome also called Post-Weaning Multisystemic Wasting Syndrome) to reagents and methods allowing their detection, to methods of vaccination and to vaccines, as well as to methods of producing these reagents and vaccines.

PCV was originally detected as a noncytopathogenic contaminant in pig kidney cell lines PK/15. This virus was classified among the Circoviridae with the chicken anaemia virus (CAV for Chicken Anaemia Virus) and the PBFDV virus (Pscittacine Beak and Feather Disease Virus). It is a small nonenveloped virus (from 15 to 24 nm) whose common characteristic is to contain a genome in the form of a circular single-stranded DNA of 1.76 to 2.31 kb. It was first thought that this genome encoded a polypeptide of about 30 kDa (Todd et al., Arch Virol 1991, 117; 129–135). Recent work has however shown a more complex transcription (Meehan B. M. et al., 1997, 78; 221–227). Moreover, no significant homologies in nucleotide sequence or in common antigenic determinants are known between the three types of circoviruses known.

The PCV derived from the PK/15 cells is considered not to be pathogenic. Its sequence is known from B. M. Meehan et al., J. Gen. Virol 1997 (78) 221–227. It is only very recently that some authors have thought that strains of PCV could be pathogenic and associated with the PMWS syndrome (Gupi P. S. Nayar et al., Can. Vet. J, vol. 38, 1997: 385–387 and Clark E. G., Proc. Am. Assoc. Swine Prac. 1997; 499–501). Nayar et al. have detected PCV DNA in pigs having the PMWS syndrome using PCR techniques. No wild-type PCV strain has however been isolated and purified so far.

The PMWS syndrome detected in Canada, the United States and France is clinically characterized by a gradual loss of weight and by manifestations such as tachypnea, dyspnea and jaundice. From the pathological point of view, it is manifested by lymphocytic or granulomatous infiltrations, lymphadenopathies and, more rarely, by hepatitis and lymphocytic or granulomatous nephritis (Clark E. G., Proc. Am. Assoc. Swine Prac. 1997; 499–501; La Semaine Vétérinaire No. 26, supplement to La Semaine Vétérinaire 1996 (834); La Semaine Vétérinaire 1997 (857); 54; Gupi P. S. Nayar et al., Can. Vet. J, vol. 38, 1997; 385–387).

The applicant has succeeded in isolating five new PCV strains from pulmonary or ganglionic samples obtained from farms situated in Canada, the United States (California) and France (Brittany), hereinafter called circoviruses according to the invention. These viruses have been detected in lesions in pigs with the PMWS syndrome, but not in healthy pigs.

The applicant has, in addition, sequenced the genome of four of these strains, namely the strains obtained from Canada and the United States as well as two French strains. The strains exhibit a very strong homology with each other at the nucleotide level, exceeding 96% and much weaker with the PK/15 strain, about 76%. The new strains can thus be considered as being representative of a new type of porcine circovirus, called here type II, type I being represented by PK/15.

The subject of the present invention is therefore the group II porcine circovirus, as defined above, isolated or in the form of a purified preparation.

The invention relates to any porcine circovirus capable of being isolated from a physiological sample or from a tissue

2

sample, especially lesions, from a diseased pig having the PMWS syndrome, especially following the method described in the examples, in particular type II circovirus.

The subject of the present invention is more particularly purified preparations of five strains, which were deposited at the ECACC (European Collection of Cell Cultures, Centre for Applied Microbiology & Research, Porton Down, Salisbury, Wiltshire SP4 0JG, United Kingdom) on Thursday Oct. 2, 1997:

provisional accession No. V97100219 (called here Imp. 1008PCV)

provisional accession No. V9700218 (called here Imp. 1010PCV)

provisional accession No. V97100217 (called here Imp. 999PCV), and, on Friday Jan. 16 1998:

provisional accession No. V98011608 (called here Imp. 1011–48285)

provisional accession No. V98011609 (called here Imp. 1011–48121):

The invention aims to consider the porcine circoviruses isolated from a diseased pig and/or the circoviruses having a significant serological similarity with the strains of the invention and/or the circoviruses having cross-hybridization with the strains of the invention under stringency conditions such that there is no hybridization with the PCV PK/15 strain.

The viral strains isolated from a physiological sample or from a tissue sample, especially a lesion, from a pig having the PMWS syndrome can be advantageously propagated on cell lines such as especially pig kidney cell lines, in particular PK/15 cells free from contamination (in particular for PCV, as well as for pestiviruses, porcine adenoviruses and porcine parvoviruses) for their multiplication or specifically for the production of antigen, whole (e.g. virus) and/or subunits (e.g. polypeptides).

Very remarkably and unexpectedly, these isolates have proved very productive in culture on PK/15 cells, which have undeniable advantages for the production of virus or antigen, in particular for the production of inactivated vaccine.

The subject of the present invention is also the preparations of circoviruses isolated after passages on cells, especially cell lines, e.g. PK/15 cells, cultured in vitro while being infected with at least one of the circoviruses according to the invention or of any porcine circovirus capable of being isolated form a physiological sample or from a tissue sample, especially lesions, from a pig having the PMWS syndrome. Its subject is also the culture extract or supernatant, optionally purified by standard techniques, and in general any antigenic preparation obtained from in vitro cultures.

The subject of the invention is also the immunogenic active ingredients and the vaccines containing at least one antigen as defined above.

They may be immunogenic active ingredients based on attenuated live whole viruses, or vaccines prepared with these active ingredients, the attenuation being carried out according to the customary methods, e.g. by passage on cells, preferably by passage on pig cells, especially lines, such as PK/15 cells (for example from 50 to 150, especially of the order of 100, passages). These vaccines comprise in general a vehicle or diluent acceptable from the veterinary point of view, optionally an adjuvant acceptable from the veterinary point of view, as well as optionally a freeze-drying stabilizer.

These vaccines will preferably comprise from $10^3$ to $10^6$ TCID50.

US 6,368,601 B1

3

They may be immunogenic active ingredients or vaccines based on circovirus antigen according to the invention, in an inactivated state. The vaccine comprises, in addition, a vehicle or a diluent acceptable from the veterinary point of view, with optionally in addition an adjuvant acceptable from the veterinary point of view.

The circoviruses according to the invention, with the fractions which may be present, are inactivated according to techniques known to persons skilled in the art. The inactivation will be preferably carried out by the chemical route, e.g. by exposing the antigen to a chemical agent such as formaldehyde (formalin), paraformaldehyde, β-propiolactone or ethyleneimine or its derivatives. The preferred method of inactivation will be herein the exposure to a chemical agent and in particular to ethyleneimine or to β-propiolactone.

Preferably, the inactivated vaccines according to the invention will be supplemented with adjuvant; advantageously by being provided in the form of emulsions, for example water-in-oil or oil-in-water, according to techniques well known to persons skilled in the art. It will be possible for the adjuvant character to also come from the incorporation of a customary adjuvant compound into the active ingredient.

Among the adjuvants which may be used, there may be mentioned by way of example aluminium hydroxide, the saponines (e.g. Quillaja saponin or Quil A; see Vaccine Design, The Subunit and Adjuvant Approach, 1995, edited by Michael F. Powel and Mark J. Newman, Plennum Press, New-York and London, p.210), Avridine® (Vaccine Design p. 148), DDA (Dimethyldioctadecylammonium bromide, Vaccine Design p. 157), Polyphosphazene (Vaccine Design p. 204), or alternatively oil-in-water emulsions based on mineral oil, squalene (e.g. SPT emulsion, Vaccine Design p. 147), squalane (e.g. MF59, Vaccine Design p. 183), or water-in-oil emulsions based on metabolizable oil (preferably according to U.S. Pat. No. 5,422,109. It is also possible to choose combinations of adjuvants, for example Avridine® or DDA combined with an emulsion.

These vaccines will preferably comprise from $10^6$ to $10^8$ TCID50.

The live vaccine adjuvants can be selected from those given for the inactivated vaccine. The emulsions are preferred. To those indicated for the inactivated vaccine, there may be added those described in WO-A-9416681.

As freeze-drying stabilizer, there may be mentioned by way of example SPGA (Bovarnik et al., J. Bacteriology 59, 509, 950), carbohydrates such as sorbitol, mannitol, starch, sucrose, dextran or glucose, proteins such as albumin or casein, derivatives of these compounds, or buffers such as alkali metal phosphates.

The vaccines according to the invention may comprise one or more active ingredients (antigens) of one or more (2 or 3) of the circoviruses according to the invention.

The invention also provides for combining vaccination against the porcine circovirus with a vaccination against other pig pathogens, in particular those which can be associated with the PMWS syndrome. The vaccine according to the invention may therefore comprise another valency corresponding to another pig pathogen.

The applicant has, in addition, obtained the genome of four of the isolates, identified SEQ ID NO: 1 to 4 and optionally 6.

The subject of the present invention is therefore a DNA fragment containing all or part of one of these sequences. It goes without saying that the invention automatically covers

4

the equivalent sequences, that is to say the sequences which do not change the functionality or the strain-specificity of the sequence described or of the polypeptides encoded by this sequence. There will of course be included the sequences differing by degeneracy of the code.

The invention also covers the equivalent sequences in the sense that they are capable of hybridizing with the above sequence under high stringency conditions and/or have a high homology with the strains of the invention and belong to group II defined above.

These sequences and their fragments can be advantageously used for the in vitro or in vivo expression of polypeptides with the aid of appropriate vectors.

In particular, the open reading frames, forming DNA fragments according to the invention, which can be used to this effect have been identified on the genomic sequence of the type II circoviruses. The invention relates to any polypeptide containing at least one of these open reading frames (corresponding amino acid sequence). Preferably, the invention relates to a protein essentially consisting of ORF4, ORF7, ORF10 or ORF13.

For the expression of subunits in vitro, as a means of expression, E. coli or a baculovirus will be preferably used (U.S. Pat. No. 4,745,051). The coding sequence(s) or their fragments are integrated into the baculovirus genome (e.g. the baculovirus Autographa californica Nuclear Polyhedrosis Virus AcNPV) and the latter is then propagated on insect cells, e.g. Spodoptera frugiperda Sf9 (deposit ATCC CRL 1711). The subunits can also be produced in eukaryotic cells such as yeasts (e.g. Saccharomyces cerevisiae) or mammalian cells (e.g. CHO, BHK).

The subject of the invention is also the polypeptides which will be produced in vitro by these expression means, and then optionally purified according to conventional techniques. Its subject is also a subunit vaccine comprising at least one polypeptide as thus obtained, or fragment, in a vehicle or diluent acceptable from the veterinary point of view and optionally an adjuvant acceptable from the veterinary point of view.

For the expression in vivo for the purpose of producing recombinant live vaccines, the coding sequence(s) or their fragments are inserted into an appropriate expression vector under conditions allowing the expression of the polypeptide (s). As appropriate vectors, there may be used live viruses, preferably capable of multiplying in pigs, nonpathogenic for pigs (naturally nonpathogenic or rendered as such), according to techniques well known to persons skilled in the art. There may be used in particular pig herpesviruses such as Aujeszky's disease virus, porcine adenovirus, poxviruses, especially vaccinia virus, avipox virus, canarypox virus, swinepox virus. Plasmid DNAs can also be used as vectors (WO-A-90 11092, WO-A-93 19813, WO-A-94 21797, WO-A-95 20660).

The subject of the invention is therefore also the vectors and the recombinant live vaccines or plasmid vaccines (polynucleotide or DNA vaccines) thus prepared, the vaccines comprising, in addition, a vehicle or diluent acceptable from the veterinary point of view.

The subject of the present invention is also a method which makes it possible to induce an immune response in pigs towards circoviruses according to the invention. Its subject is in particular a method of vaccination which is effective in pigs.

This method provides for the administration to pigs, in one or more portions, of a vaccine above. It is also possible to combine several types of the above vaccines in the same vaccination protocol.

US 6,368,601 B1

**5**

This method provides not only for administration to adult pigs, but also to young pigs or to pregnant females. The vaccination of the latter makes it possible to confer passive immunity to the newborns (maternal antibodies).

The invention also offers the possibility of diagnosing the presence of the circoviruses according to the invention in pigs. Its subject is therefore diagnostic tests and methods relating thereto using reagents which will be described below.

Knowledge of the sequences of the different circoviruses makes it possible to define common sequences which make it possible to produce reagents capable of recognizing all the porcine circoviruses known.

Persons skilled in the art will also be able to select fragments of the sequences corresponding to regions exhibiting little or no homology with the corresponding PK/15 circovirus sequence in order to carry out a specific diagnosis.

Sequence alignments make it possible for persons skilled in the art to select a reagent in accordance with their wishes.

A first reagent consists in the DNA sequences disclosed here and their fragments, which will in particular be used as probes or primers in well-known hybridization or PCR (Polymerase Chain Reaction) techniques.

A second reagent consists in the polypeptides encoded by these sequences from the virus or expressed with the aid of a vector (see above), or synthesized by the chemical route according to conventional techniques for peptide synthesis.

A third and fourth reagent consists in respectively polyclonal and monoclonal antibodies which may be produced according to the customary techniques from the virus, the polypeptides or fragments, extracted or encoded by the DNA sequences.

These second, third and fourth reagents may be used in a diagnostic method, a subject of the invention, in which a test is carried out, on a sample of physiological fluid (blood, plasma, serum and the like) or a sample of tissue (ganglia, liver, lungs, kidneys and the like) obtained from a pig to be tested, for the presence of an antigen specific for a circovirus according to the invention, by seeking to detect either the antigen itself, or antibodies directed against this antigen.

The antigens and antibodies according to the invention may be used in any known laboratory diagnostic technique.

However, it will be preferable to use them in techniques which can be used directly in the field by the veterinary doctor, the breeder or the owner of the animal. Persons skilled in the art have available a range of laboratory and field techniques and are therefore in the perfect position to adapt the use of this antigen and/or antibodies as diagnostic reagent(s).

The diagnostic techniques which will be preferably used within the framework of the present invention are Western blotting, immunofluorescence, ELISA and immunochromatography.

As regards the use of immunochromatography methods, specialists can refer in particular to Robert F. Zurk et al., Clin. Chem. 31/7, 1144–1150 (1985) as well as to patents or patent applications WO-A-88/08 534, WO-A-91/12528, EP-A-291 176, EP-A-299 428, EP-A-291 194, EP-A-284 232, U.S. Pat. No. 5,120,643, U.S. Pat. No. 5,030,558, U.S. Pat. No. 5,266,497, U.S. Pat. No. 4,740,468, U.S. Pat. No. 5,266,497, U.S. Pat. No. 4,855,240, U.S. Pat. No. 5,451,504, U.S. Pat. No. 5,141,850, U.S. Pat. No. 5,232,835 and U.S. Pat. No. 5,238,652.

Accordingly, it is preferably sought to detect specific antibodies in the sample by an indirect test, by competition or by displacement. To do this, the antigen itself is used as diagnostic reagent, or a fragment of this antigen, conserving

**6**

recognition of the antibodies. The labelling may be advantageously a labelling with peroxidase or a special labelling, preferably with colloidal gold.

It may also be desired to detect the antigen itself in the sample with the aid of a labelled antibody specific for this antigen. The labelling is advantageously as described above.

By antibody specific for the antigen which can be used in particular in competition or displacement or for the detection of the antigen itself, there is understood monoclonal or polyclonal antibodies specific for the antigen, fragments of these antibodies, preferably Fab or F(ab)₂ fragments.

Another feature of the invention is the reduction of polyclonal or monoclonal antibodies specific for the antigen in accordance with the invention, it being possible for these antibodies to then be used in particular as diagnostic reagent for the detection of the antigen in a sample of physiological fluid or in a tissue sample, or even for the detection of antibodies present in such a sample or specimen. The invention also includes the immunologically functional fragments of these antibodies, in particular the F(ab) and F(ab)₂ fragments.

Antibodies can be prepared by the customary techniques. Reference may be made in particular to Antibodies, A Laboratory Manual, 1988, Cold Spring Harbor Laboratory, USA or to J. W. Goding, Monoclonal Antibodies: Principles and Practice, Academic Press Inc., whose contents are incorporated herein by reference.

It will be possible in particular, as is known per se, to carry out the fusion of spleen cells of mice, immunized with the antigen or with at least one of its fragments, with suitable myelomatous cells.

The subject of the invention is also a preparation, preferably pure or partially pure, or even crude, of monoclonal or polyclonal antibodies specific for the antigen, especially mouse or rabbit antibodies.

The present invention also makes it possible to determine epitopes of interest especially on the basis of the DNA sequences described here, whether epitopes of vaccinal interest or epitopes of interest in diagnosis. From the DNA sequence of the genome of the circovirus according to the invention, persons skilled in the art are in a position to determine epitopes according to known methods, for example an appropriate computer program or PEPSCAN. Epitopes are immunodominant regions of proteins and are as such regions exposed at the surface of the proteins. They can therefore be recognized by antibodies and thus be particularly used in the field of diagnosis either for the preparation of antibodies for diagnostic purposes or for the production of corresponding peptides which can be used as diagnostic reagents.

At the very least, an epitope is a peptide having from 8 to 9 amino acids. A minimum of 13 to 25 amino acids is generally preferred.

Persons skilled in the art are therefore in a position, using one or more of these techniques as well as the other available techniques, to find epitopes for using peptides or antibodies for diagnostic purposes.

The subject of the invention is also a diagnostic kit comprising this antigen and/or polyclonal or monoclonal antibodies specific for this antigen. These are in particular diagnostic kits corresponding to the diagnostic techniques described above.

The invention will now be described in greater detail with the aid of nonlimiting exemplary embodiments, taken with reference to the drawing, in which:

FIG. 1: DNA sequence of the genome of the Imp. 1011–48121 strain

7

FIG. 2: DNA sequence of the genome of the Imp. 1011-48285 strain

FIG. 3: DNA sequence of the genome of the Imp. 999 strain

FIG. 4: DNA sequence of the genome of the Imp. 1010 strain

FIG. 5: Alignment of the 4 sequences according to FIGS. 1 to 4 with the sequence of the PCV PK/15 strain

FIG. 6: DNA sequence of the genome of the Imp. 999 strain as defined in the first filing in France on Oct. 3, 1997

FIG. 7: Alignments of the sequence of FIG. 6 with the sequence of the PK/15 strain

Sequence listing SEQ ID

SEQ ID No: 1 DNA sequence of the genome of the Imp. 1011-48121 strain

SEQ ID No: 2 DNA sequence of the genome of the Imp. 1011-48285 strain

SEQ ID No: 3 DNA sequence of the genome of the Imp. 999 strain

SEQ ID No: 4 DNA sequence of the genome of the Imp. 1010 strain

SEQ ID No: 5 DNA sequence of the genome of the PK/15 strain

SEQ ID No: 6 DNA sequence of the genome of the Imp. 999 strain as defined in the first filing in France on Oct. 3, 1997.

## EXAMPLES

### Example 1

Culture and isolation of the porcine circovirus strains

Tissue samples were collected in France, Canada and the USA from lung and lymph nodes of piglets. These piglets exhibited clinical signs typical of the post-weaning multi-systemic wasting syndrome. To facilitate the isolation of the viruses, the tissue samples were frozen at −70° C. immediately after autopsy.

For the viral isolation, suspensions containing about 15% tissue sample were prepared in a minimum medium containing Earle's salts (EMEM, BioWhittaker UK Ltd., Wokingham, UK), penicillin (100 IU/ml) and streptomycin (100 μg/ml) (MEM-SA medium), by grinding tissues with sterile sand using a sterile mortar and pestle. This ground preparation was then taken up in MEM-SA, and then centrifuged at 3000 g for 30 minutes at +4° C. in order to harvest the supernatant.

Prior to the inoculation of the cell cultures, a volume of 100 μl of chloroform was added to 2 ml of each supernatant and mixed continuously for 10 minutes at room temperature. This mixture was then transferred to a microcentrifuge tube, centrifuged at 3000 g for 10 minutes, and then the supernatant was harvested. This supernatant was then used as inoculum for the viral isolation experiments.

All the viral isolation studies were carried out on PK/15 cell cultures, known to be uncontaminated with the porcine circovirus (PCV), pestiviruses, porcine adenoviruses and porcine parvoviruses (Allan D. et al Pathogenesis of porcine circovirus experimental infections of colostrum-deprived piglets and examination of pig foetal material. Vet. Microbiol. 1995, 44, 49–64).

The isolation of the porcine circoviruses was carried out according to the following technique:

Monolayers of PK/15 cells were dissociated by trypsinization (with a trypsin-versene mixture) from confluent cultures, and taken up in MEM-SA medium containing 15% foetal calf serum not contaminated by pestivirus (=MEM-G medium) in a final concentration of about 400,000 cells per ml. 10 ml aliquot fractions of this cell suspen-

8

sion were then mixed with 2 ml aliquot fractions of the inocula described above, and the final mixtures were aliquoted in 6 ml volumes in two Falcon flasks of 25 cm². These cultures were then incubated at +37° C. for 18 hours under an atmosphere containing 10% CO₂.

After incubation, the culture medium of the semi-confluent monolayers were treated with 300 mM D-glucosamine (Cat # G48175, Sigma-Aldrich Company Limited, Poole, UK) (Tischer I. et al., Arch. Virol., 1987 96 39–57), then incubation was continued for an additional period of 48–72 hours at +37° C. Following this last incubation, one of the two Falcons of each inoculum was subjected to 3 successive freeze/thaw cycles. The PK/15 cells of the remaining Falcon were treated with a trypsin-versene solution, resuspended in 20 ml of MEM-G medium, and then inoculated into 75 cm² Falcons at a concentration of 400,000 cells/ml. The freshly inoculated flasks were then "superinfected" by addition of 5 ml of the corresponding lysate obtained after the freeze/thaw cycles.

### Example 2

Preparation of the samples of cell culture for the detection of porcine circoviruses by immunofluorescence or by in situ hybridization

A volume of 5 ml of the "superinfected" suspension was collected and inoculated into a Petri dish 55 mm in diameter containing a sterile and fat-free glass coverslip. The cultures in the flasks and on glass coverslips were incubated at +37° C. and treated with glucosamine as described in Example 1. The cultures on glass coverslips were harvested from 24 to 48 hours after the treatment with glucosamine and fixed, either with acetone for 10 minutes at room temperature, or with 10% buffered formaldehyde for 4 hours. Following this fixing, all the glass coverslips were stored at −70° C., on silica gel, before their use for the in situ hybridization studies and the immunocytochemical labelling studies.

### Example 3

Techniques for the detection of PCV sequences by in situ hybridization

In situ hybridization was carried out on tissues collected from diseased pigs and fixed with formaldehyde and also on the preparations of cell cultures inoculated for the viral isolation (see Example 2) and fixed on glass coverslips.

Complete genomic probes corresponding to the PK/15 porcine circoviruses (PCV) and to the infectious chicken anaemia virus (CAV) were used. The plasmid pPCV1, containing the replicative form of the PCV genome, cloned in the form of a single 1.7 kilo base pair (kbp) insert (Meehan B. et al. Sequence of porcine circovirus DNA: affinities with plant circoviruses, J. Gen. Virol. 1997, 78, 221–227), was used as specific viral DNA source for PCV. An analogous plasmid, pCAA1, containing the 2.3 kbp replicative form of the avian circovirus CAV was used as negative control. The respective glycerol stocks of the two plasmids were used for the production and purification of the plasmids according to the alkaline lysis technique (Sambrook J. et al. Molecular cloning: A Laboratory Manual. 2nd Edition, Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 1989) so that they are then used as templates for the preparation of the probes. The circovirus probes representative of the complete genomes of PCV and of CAV were produced from the purified plasmids described above (1 μg for each probe) and from hexanucleotide primers at random using a commercial nonradioactive labelling kit ("DIG DNA labelling kit", Boehringer Mannheim, Lewes, UK) according to the supplier's recommendations.

The digoxigenin-labelled probes were taken up in a volume of 50–100 μl of sterile water before being used for the in situ hybridization.

US 6,368,601 B1

9

The diseased pig tissue samples, enclosed in paraffin and fixed with formaldehyde, as well as the preparations of infected cell cultures, fixed with formaldehyde, were prepared for the detection of the PCV nucleic acids according to the following technique:

Sections 5 μm thick were cut from tissue blocks enclosed in paraffin, rendered paraffin free, and then rehydrated in successive solutions of alcohol in decreasing concentrations. The tissue sections and the cell cultures fixed with formaldehyde were incubated for 15 minutes and 5 minutes respectively at +37° C. in a 0.5% proteinase K solution in 0.05 M Tris-HCl buffer containing 5 mM EDTA (pH 7.6). The slides were then placed in a 1% glycine solution in autoclaved distilled water, for 30 seconds, washed twice with 0.01 M PBS buffer (phosphate buffered saline) (pH 7.2), and finally washed for 5 minutes in sterile distilled water. They were finally dried in the open air and placed in contact with the probes.

Each tissue/probe preparation was covered with a clean and fat-free glass coverslip, and then placed in an oven at +90° C. for 10 minutes, and then placed in contact with an ice block for 1 minute, and finally incubated for 18 hours at +37° C. The preparations were then briefly immersed in a 2x sodium citrate salt (SSC) buffer (pH 7.0) in order to remove the protective glass coverslips, and then washed twice for 5 minutes in 2xSSC buffer and finally washed twice for 5 minutes in PBS buffer.

After these washes, the preparations were immersed in a solution of 0.1 M maleic acid, 0.15 M NaCl (pH 7.5) (maleic buffer) for 10 minutes, and then incubated in a 1% solution of blocking reagent (Cat #1096176, Boehringer Mannheim UK, Lewis, East Sussex, UK) in maleic buffer for 20 minutes at +37° C.

The preparations were then incubated with a 1/250 solution of an anti-digoxigenin monoclonal antibody (Boehringer Mannheim), diluted in blocking buffer, for 1 hour at +37° C., washed in PBS and finally incubated with a biotinylated anti-mouse immunoglobulin antibody for 30 minutes at +37° C. The preparations were washed in PBS and the endogenous peroxidase activity was blocked by treatment with a 0.5% hydrogen peroxide solution in PBS for 20 minutes at room temperature. The preparations were again washed in PBS and treated with a 3-amino-9-diethylcarbazole (AEC) substrate (Cambridge Bioscience, Cambridge, UK) prepared immediately before use.

After a final wash with tap water, the preparations were counterstained with hematoxylin, "blued" under tap water, and mounted on microscope glass coverslips with a mounting fluid (GVA Mount, Cambridge Bioscience, Cambridge, UK) . The experimental controls included the use of a nonpertinent negative probe (CAV) and of a positive probe (PCV) on organs samples obtained from diseased pigs and from nondiseased pigs.

Example 4

Technique for the detection of PCV by immunofluorescence

The initial screening of all the cell culture preparations fixed with acetone was carried out by an indirect immunofluorescence technique (IIF) using a 1/100 dilution of a pool of adult pig sera. This pool of sera comprises sera from 25 adult sows from Northern Ireland and is known to contain antibodies against a wide variety of porcine viruses, including PCV; porcine parvovirus, porcine adenovirus, and PRRS virus. The IIF technique was carried out by bringing the serum (diluted in PBS) into contact with the cell cultures for one hour at +37° C., followed by two washes in PBS. The cell cultures were then stained with a 1/80 dilution in PBS of a rabbit anti-pig immunoglobulin antibody conjugated

10

with fluorescein isothiocyanate for one hour, and then washed with PBS and mounted in glycerol buffer prior to the microscopic observation under ultraviolet light.

Example 5

Results of the in situ hybridization on diseased pig tissues

The in situ hybridization, using a PCV genomic probe, prepared from tissues collected from French, Canadian and Californian piglets having multisystemic wasting lesions and fixed with formaldehyde, showed the presence of PCV nucleic acids associated with the lesions, in several of the lesions studied. No signal was observed when the PCV genomic probe was used on tissues collected from nondiseased pigs or when the CAV probe was used on the diseased pig tissues. The presence of PCV nucleic acid was identified in the cytoplasm and the nucleus of numerous mononuclear cells infiltrating the lesions in the lungs of the Californian piglets. The presence of PCV nucleic acid was also demonstrated in the pneumocytes, the bronchial and bronchiolar epithelial cells, and in the endothelial cells of the arterioles, the veinlets and lymphatic vessels.

In diseased French pigs, the presence of PCV nucleic acid was detected in the cytoplasm of numerous follicular lymphocytes and in the intrasinusoidal mononuclear cells of the lymph nodes. The PCV nucleic acid was also detected in occasional syncytia. Depending on these detection results, samples of Californian pig lungs, French pig mesenteric lymph nodes, and Canadian pig organs were selected for the purpose of isolating new porcine circovirus strains.

Example 6

Results of the cell culture of the new porcine circovirus strains and detection by immunofluorescence

No cytopathic effect (CPE) was observed in the cell cultures inoculated with the samples collected from French piglets (Imp.1008 strain), Californian piglets (Imp.999 strain) and Canadian piglets (Imp.1010 strain) showing clinical signs of multisystemic wasting syndrome. However, immunolabelling of the preparations obtained from the inoculated cell cultures, after fixing using acetone and with a pool of pig polyclonal sera, revealed nuclear fluorescence in numerous cells in the cultures inoculated using the lungs of Californian piglets (Imp.999 strain), using the mediastinal lymph nodes of French piglets (Imp.1008 strain), and using organs of Canadian piglets (Imp.1010 strain).

Example 7

Extraction of the genomic DNA of the porcine circoviruses

The replicative forms of the new porcine circoviruses (PCV) were prepared using infected PK/15 cell cultures (see Example 1) (10 Falcons of 75 cm²) harvested after 72–76 hours of incubation and treated with glucosamine, as described for the cloning of the replicative form of CAV (Todd. D. et al. Dot blot hybridization assay for chicken anaemia agent using a cloned DNA probe. J. Clin. Microbiol. 1991, 29, 933–939). The double-stranded DNA of these replicative forms was extracted according to a modification of the Hirt technique (Hirt B. Selective extraction of polyoma virus DNA from infected cell cultures, J. Mol. Biol. 1967, 36, 365–369), as described by Molitor (Molitor T. W. et al. Porcine parvovirus DNA: characterization of the genomic and replicative form DNA of two virus isolates, Virology, 1984, 137, 241–254).

Example 8

Restriction map of the replicative form of the genome of the porcine circovirus Imp.999 strain.

The DNA (1–5 μg) extracted according to the Hirt technique was treated with S1 nuclease (Amersah801 am) accord-

US 6,368,601 B1

**11**

ing to the supplier's recommendations, and then this DNA was digested with various restriction enzymes (Boehringer Mannheim, Lewis, East Sussex, UK) and the products of digestion were separated by electrophoresis on a 1.5% agarose gel in the presence of ethidium bromide as described by Todd et al. (Purification and biochemical characterization of chicken anaemia agent. J. Gen. Virol. 1990, 71, 819–823). The DNA extracted from the cultures of the Imp.999 strain possess a unique EcoRI site, 2 SacI sites and do not possess any PstI site. This restriction profile is therefore different from the restriction profile shown by the PCV PK/15 strain (Meehan B. et al. Sequence of porcine circovirus DNA; affinities with plant circoviruses, 1997 78, 221–227) which possess in contrast a PstI site and do not possess any EcoRI site.

**Example 9**

Cloning of the genome of the porcine circovirus Imp.999 strain

The restriction fragment of about 1.8 kbp generated by digestion of the double-stranded replicative form of the PCV Imp.999 strain with the restriction enzyme EcoRI was isolated after electrophoresis on a 1.5% agarose gel (see Example 3) using a Qiagen commercial kit (QIAEXII Gel Extraction Kit, Cat #20021, QIAGEN Ltd., Crawley, West Sussex, UK). This EcoRI-EcoRI restriction fragment was then ligated with the vector pGEM-7 (Promega, Medical Supply Company, Dublin, Ireland), previously digested with the same restriction enzymes and dephosphorylated, according to standard cloning techniques (Sambrook J. et al. Molecular cloning: A Laboratory Manual, 2nd Edition, Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 1989). The plasmids obtained were transformed into an *Escherichia coli* JM109 host strain (Stratagene, La Jolla, USA) according to standard techniques. The EcoRI-EcoRI restriction fragment of the PCV Imp.999 strain was also cloned into the EcoRI site of the vector pBlueScript SK+ (Stratagene Inc. La Jolla, USA) . Among the clones obtained for each host strain, at least 2 clones containing the fragments of the expected size were selected. The clones obtained were then cultured and the plasmids containing the complete genome of the Imp.999 strain were purified in a small volume (2 ml) or in a large volume (250 ml) according to standard plasmid preparation and purification techniques.

**Example 10**

Sequencing of a genomic DNA (doublestranded replicative form) of the PCV Imp.999 strain.

The nucleotide sequence of 2 EcoRI Imp.999 clones (clones pGEM-7/2 and pGEM-7/8) was determined according to Sanger's dideoxynucleotide technique using the sequencing kit "AmpliTaq DNA polymerase FS" (Cat #402079 PE Applied Biosystems, Warrington, UK) and an Applied BioSystems AB1373A automatic sequencing apparatus according to the supplier's recommendations. The initial sequencing reactions were carried out with the M13 "forward" and "reverse" universal primers. The following sequencing reactions were generated according to the "DNA walking" technique. The oligonucleotides necessary for these subsequent sequencings were synthesized by Life Technologies (Inchinnan Business Park, Paisley, UK).

The sequences generated were assembled and analysed by means of the MacDNASIS version 3.2 software (Cat #22020101, Appligene, Durham, UK) . The various open reading frames were analysed by means of the BLAST algorithm available on the "National Center for Biotechnology Information" (NCBI, Bethesda, MD, USA) server.

The complete sequence (EcoRI-EcoRI fragment) obtained initially from the clone pGEM-7/8 (SEQ ID No: 6)

**12**

is presented in FIG. No. 6. It starts arbitrarily after the G of the EcoRI site and exhibits a few uncertainties from the point of view of the nucleotides.

The sequencing was then optimized and the SEQ ID No: 3 (FIG. 3) gives the total sequence of this strain, which was made to start arbitrarily at the beginning of the EcoRI site, that is to say the G as the first nucleotide.

The procedure was carried out in a similar manner for obtaining the sequence of the other three isolates according to the invention (see SEQ ID Nos: 1, 2 and 4 and FIGS. 1, 2 and 4).

The size of the genome of these four strains is:

| Imp. 1011-48121 | 1767 nucleotides |
| Imp. 1011-48285 | 1767 nucleotides |
| Imp. 999 | 1768 nucleotides |
| Imp. 1010 | 1768 nucleotides |

**Example 11**

Analysis of the sequence of the PCV Imp.999 strain.

When the sequence generated from the Imp.999 strain was used to test for homology with respect to the sequences contained in the GenBank databank, the only significant homology which was detected is a homology of about 76% (at nucleic acid level) with the sequence of the PK/15 strain (accession numbers Y09921 and U49186) (see FIG. No. 5).

At amino acid level, the test for homology in the translation of the sequences in the 6 phases with the databanks (BLAST X algorithm on the NCBI server) made it possible to demonstrate a 94% homology with the open reading frame corresponding to the theoretical replicase of the BBTV virus similar to the circoviruses of plants (GenBank identification number 1841515) encoded by the GenBank U49186 sequence.

No other sequence contained in the databanks show significant homology with the sequence generated from the PCV Imp.999 strain.

Analysis of the sequences obtained from the Imp.999 strain cultured using lesions collected from Californian piglets having clinical signs of the multisystemic wasting syndrome shows clearly that this viral isolate is a new porcine circovirus strain.

**Example 12**

Comparative analysis of the sequences

The alignment of the nucleotide sequences of the 4 new PCV strains was made with the sequence of the PCV PK/15 strain (FIG. 5). A homology matrix taking into account the four new strains and the previous PK/15 strain was established. The results are the following:

|   | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1 | 1.0000 | 0.9977 | 0.9615 | 0.9621 | 0.7600 |
| 2 |   | 1.0000 | 0.9621 | 0.9632 | 0.7594 |
| 3 |   |   | 1.0000 | 0.9949 | 0.7560 |
| 4 |   |   |   | 1.0000 | 0.7566 |
| 5 |   |   |   |   | 1.0000 |

1: Imp. 1011-48121
2: Imp. 1011-48285
3: Imp. 999
4: Imp. 1010
5: PK/15

The homology between the two French strains Imp. 1011-48121 and Imp. 1011-48285 is greater than 99% (0.9977).

US 6,368,601 B1

13

The homology between the two North American strains Imp. 999 and Imp. 1010 is also greater than 99% (0.9949). The homology between the French strains and the North American strains is slightly greater than 96%.

The homology between all these strains and PK/15 falls at a value between 75 and 76%.

It is deduced therefrom that the strains according to the invention are representative of a new type of porcine circovirus, distinct from the type represented by the PK/15 strain. This new type, isolated from pigs exhibiting the PMWS syndrome, is called type II porcine circovirus, PK/15 representing type I. The strains belonging to this type II exhibit remarkable nucleotide sequence homogeneity, although they have in fact been isolated from very distant geographical regions.

Example 13

Analysis of the proteins encoded by the genome of the new PCV strains.

The nucleotide sequence of the Imp. 1010 isolate was considered to be representative of the other circovirus strains associated with the multi-systemic wasting syndrome. This sequence was analysed in greater detail with the aid of the BLASTX algorithm (Altschul et al. J. Mol. Biol. 1990. 215. 403–410) and of a combination of programs from the set of MacVector 6.0 software (Oxford Molecular Group, Oxford OX4 4GA, UK) . It was possible to detect 13 open reading frames (or ORFs) of a size greater than 20 amino acids on this sequence (circular genome). These 13 ORFs are the following:

| Name | Start | End | Strand | Size of the ORF (nucleotides (nt)) | Protein size (amino acids (aa)) |
|---|---|---|---|---|---|
| ORF1 | 103 | 210 | sense | 108 nt | 35 aa |
| ORF2 | 1180 | 1317 | sense | 138 nt | 45 aa |
| ORF3 | 1363 | 1524 | sense | 162 nt | 53 aa |
| ORF4 | 398 | 1342 | sense | 945 nt | 314 aa |
| ORF5 | 900 | 1079 | sense | 180 nt | 59 aa |
| ORF6 | 1254 | 1334 | sense | 81 nt | 26 aa |
| ORF7 | 1018 | 704 | antisense | 315 nt | 104 aa |
| ORF8 | 439 | 311 | antisense | 129 nt | 42 aa |
| ORF9 | 390 | 301 | antisense | 90 nt | 29 aa |
| ORF10 | 912 | 733 | antisense | 180 nt | 59 aa |
| ORF11 | 645 | 565 | antisense | 81 nt | 26 aa |
| ORF12 | 1100 | 1035 | antisense | 66 nt | 23 aa |
| ORF13 | 314 | 1381 | antisense | 702 nt | 213 aa |

The positions of the start and end of each ORF refer to the sequence presented in FIG. No. 4 (SEQ ID No. 4), of the genome of strain 1010. The limits of ORFs 1 to 13 are identical for strain 999. They are also identical for strains 1011–48121 and 1011–48285, except for the ORFs 3 and 13:

ORF3 1432–1539, sense, 108 nt, 35aa

ORF1,3 314–1377, antisense, 705 nt, 234 aa.

Among these 13 ORFs, 4 have a significant homology with analogous ORFs situated on the genome of the cloned virus PCV PK/15. Each of the open reading frames present on the genome of all the circovirus isolates associated with the multisystemic wasting syndrome was analysed. These 4 ORFs are the following:

14

| Name | Start | End | Strand | Size of the ORF (nt) | Protein size (aa) | Molecular masses |
|---|---|---|---|---|---|---|
| ORF4 | 398 | 1342 | sense | 945 nt | 314 aa | 37.7 kDa |
| ORF7 | 1018 | 704 | antisense | 315 nt | 104 aa | 11.8 kDa |
| ORF10 | 912 | 733 | antisense | 180 nt | 59 aa | 6.5 kDa |
| ORF13 | 314 | 1381 | antisense | 702 nt | 233 aa | 27.8 kDa |

The positions of the start and end of each ORF refer to the sequence presented in FIG. No. 4 (SEQ ID No. 4). The size of the ORF (in nucleotides=nt) includes the stop codon.

The comparison between the genomic organization of the PCV Imp. 1010 and PCV PK-15 isolates allowed the identification of 4 ORFs preserved in the genome of the two viruses. The table below presents the degrees of homology observed:

| ORF Imp. 1010/ORF PVC PK-15 | Percentage homology |
|---|---|
| ORF4/ORF1 | 86% |
| ORF13/ORF2 | 66.4% |
| ORF7/ORF3 | 61.5% (at the level of the overlap (104 aa)) |
| ORF10/ORF4 | 83% (at the level of the overlap (59 aa)) |

The greatest sequence identity was observed between ORF4 Imp. 1010 and ORF1 PK-15 (86% homology). This was expected since this protein is probably involved in the replication of the viral DNA and is essential for the viral replication (Meehan et al. J. Gen. Virol. 1997. 78. 221–227; Mankertz et al. J. Gen. Virol. 1998. 79. 381–384).

The sequence identity between ORF13 Imp. 1010 and ORF2 PK-15 is less strong (66.4% homology), but each of these two ORFs indeed exhibits a highly conserved N-terminal basic region which is identical to the N-terminal region of the major structural protein of the CAV avian circovirus (Meehan et al. Arch. Virol. 1992. 124. 301–319). Furthermore, large differences are observed between ORF7 Imp. 1010 and ORF3 PK-15 and between ORF10 Imp. 1010 and ORF4 PK-15. In each case, there is a deletion of the C-terminal region of the ORF7 and ORF10 of the Imp. 1010 isolate when they are compared with ORF3 and ORF4 of PCV PK-15. The greatest sequence homology is observed at the level of the N-terminal regions of ORF7/ORF3 (61.5% homology at the level of the overlap) and of ORF10/ORF4 (83% homology at the level of the overlap).

It appears that the genomic organization of the porcine circovirus is quite complex as a consequence of the extreme compactness of its genome. The major structural protein is probably derived from splicing between several reading frames situated on the same strand of the porcine circovirus genome. It can therefore be considered that any open reading frame (ORF1 to ORF13) as described in the table above can represent all or part of an antigenic protein encoded by the type II porcine circovirus and is therefore potentially an antigen which can be used for specific diagnosis and/or for vaccination. The invention therefore relates to any protein comprising at least one of these ORFs. Preferably, the invention relates to a protein essentially consisting of ORF4, ORF7, ORF10 or ORF13.

US 6,368,601 B1

| 15 | 16 |

**Example 14**

Infectious character of the PCV genome cloned from the new strains.

The plasmid pGEM-7/8 containing the complete genome (replicative form) of the Imp.999 isolate was transfected into PK/15 cells according to the technique described by Meehan B. et al. (Characterization of viral DNAs from cells infected with chicken anemia agent: sequence analysis of the cloned replicative form and transfection capabilities of cloned genome fragments. Arch. Virol. 1992, 124, 301–319). Immunofluorescence analysis (see Example 4) carried out on the first passage after transfection on noncontaminated PK/15 cells have shown that the plasmid of the clone pGEM7/8 was capable of inducing the production of infectious PCV virus. The availability of a clone containing an infectious PCV genetic material allows any useful manipulation on the viral genome in order to produce modified PCV viruses (either attenuated in pigs, or defective) which can be used for the production of attenuated or recombinant vaccines, or for the production of antigens for diagnostic kits.

**Example 15**

Production of PCV antigens by in vitro culture

The culture of the noncontaminated PK/15 cells and the viral multiplication were carried out according to the same methods as in Example 1. The infected cells are harvested after trypsinization after 4 days of incubation at 37° C. and enumerated. The next passage is inoculated with 400,000 infected cells per ml.

**Example 16**

Inactivation of the viral antigens

At the end of the viral culture, the infected cells are harvested and lysed using ultrasound (Branson Sonifier) or with the aid of a rotor-stator type colloid mill (UltraTurrax, IKA). The suspension is then centrifuged at 3700 g for 30 minutes. The viral suspension is inactivated with 0.1% ethyleneimine for 18 hours at +37° C. or with 0.5% beta-propiolactone for 24 hours at +28° C. If the virus titre before inactivation is inadequate, the viral suspension is concentrated by ultrafiltration using a membrane with a 300 kDa cut-off (Millipore PTMK300). The inactivated viral suspension is stored at +50° C.

**Example 17**

Preparation of the vaccine in the form of an emulsion based on mineral oil.

The vaccine is prepared according to the following formula:

suspension of inactivated porcine circovirus: 250 ml
Montanide® ISA 70 (SEPPIC): 750 ml

The aqueous phase and the oily phase are sterilized separately by filtration. The emulsion is prepared by mixing and homogenizing the ingredients with the aid of a Silverson turbine emulsifier.

One vaccine dose contains about $10^{7.5}$ TCID50. The volume of one vaccine dose is 0.5 ml for administration by the intradermal route, and 2 ml for administration by the intramuscular route.

**Example 18**

Preparation of the vaccine in the form of a metabolizable oil-based emulsion.

The vaccine is prepared according to the following formula:

suspension of inactivated porcine circovirus: 200 ml
Dehymuls HRE 7 (Henkel): 60 ml
Radia 7204 (Oleofina): 740 ml

The aqueous phase and the oily phase are sterilized separately by filtration. The emulsion is prepared by mixing and homogenizing the ingredients with the aid of a Silverson turbine emulsifier.

One vaccine dose contains about $10^{7.5}$ TCID50. The volume of one vaccine dose is 2 ml for administration by the intramuscular route.

**Example 19**

The indirect immunofluorescence results in relation to the US and French PCV virus strains and to the PK/15 contaminant with a hyperimmune serum (PCV-T), a panel of monoclonal antibodies F99 prepared from PK/15 and a hyperimmune serum prepared from the Canadian strain (PCV-C)

| | VIRUS | | |
|---|---|---|---|
| | PK/15 | USA | France |
| PCV-T antiserum | ≥6400 | 200 | 800 |
| PCV-C antiserum | 200 | ≥6400 | ≥6400 |
| F99 1H4 | ≥10000 | <100 | 100 |
| F99 4B10 | ≥10000 | <100 | <100 |
| F99 2B7 | ≥10000 | 100 | <100 |
| F99 2E12 | ≥10000 | <100 | <100 |
| F99 1C9 | ≥10000 | <100 | 100 |
| F99 2E1 | ≥10000 | <100 | <100 |
| F99 1H4 | ≥10000 | 100 | <100 |

Reciprocal of the last dilution of the serum or of the monoclonal antibody which gives a positive reaction in indirect immunofluorescence.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 6

<210> SEQ ID NO 1
<211> LENGTH: 1767
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 1

aattcaacct taacctttct tattctgtag tattcaaagg gcacagagcg gggggtttgag     60

US 6,368,601 B1

17                                                                    18

-continued

```
cccoctcctg gggygaagaaa gtcattaata ttgaatctca tcatgtccac cgcccaggag   120

gygyttctga ctgtgyttcg cttgacagta tatccgaagg tgcgyyagag gcgggytgttg   180

aagatgccat ttttccttct ccagcgytaa cygtggcggg ggtgyacgag ccagggcgg    240

cgycggagga tctggccaag atggctgcyg gggcygytgtc ttcttctccg gtaacgcctc   300

cttggatacg tcatatctga aaacgaaaga agtgcgctgt aagtattacc agcgcaactc   360

ggcagcgyca gcacctcggc agcacctcag cagcaacatg ccgcaacaaga agaatggyaag  420

aagtcggacc caacccccata aaaggtgggt gttcactctg aataatcctt ccgaagacga   480

gcgcaagaaa atacgyggato ttccaatatc actatttgat tattttattg ttggcyagya   540

gggtaatgag gaaggyacyaa cgcctcacct ccaggygttc gctaattttg tgacgaagca    600

gactttaat aaagtgaagt gytatttggg tgcccgctgc cacatcgaga aagcgaaagg     660

aacagatcag cagaataaag aatactgcag taaagaaggc aacttactga tggagtgtgg    720

agctcctaga tctcaggggc aacygagtga cctgtctact gctgtgagta cctgttggga    780

gagcggggagt ctygtgacog ttgcaygaca gcacctgta acgtttgtcc gaaatttccg    840

cgyyctggct gaactttga aagtgagcgg gaaatgcag aagcgtgatt ggaagactaa     900

tgtcacgtca attgtggggc cacctgggtg tggtaaaagc aaatgggctg ctaattttgc   960

agcccggaa accacatact ggaaacccacc tagaaacaag tggtgggatg gttaccatgg   1020

tgaagaagtg gttgttattg atgactttta tggctggctg ccctgggatg atctactgag   1080

actgtgtgat cgatatccat tgactgtaga gactaaagyt ggaactgtac cttttttggc   1140

ccgcagtatt ctgcttaccca gcaatcagcc cccgtggaa tggtactcct caactgctgt   1200

cccagctgta gaagctcttt atccggaggat tacttccttg gtattttgga agaatgctac   1260

agaacaatcc acggagygag gggcccagtt cgtcaccctt tccccccaat gacctgaatt   1320

tccatatgaa ataaattact gagtcttttt tatcacttcg taatygtttt tattattcat    1380

taaggygttaa gtggggggtc tttaagatta aattctctga attgtacata catggttaca   1440

cggatattgt attcctgytc gtatatactg ttttogaacg cagtgccyag gcctaogtyg    1500

tctacattto cagcagtttg tagtctcagc cacagctggt ttcttttgtt gtttggttgg    1560

aagtaatcaa tagtgygaatc taggacaggt ttggggytaa agtagcgggya gtggtaggag   1620

aagygctgyg ttatgytaty gcyggagyag tagtttacat agggytcata ggtgagygct     1680

gtggccttty ttacaaagtt atcatctaga ataacagcec tggagcccac tcccctgtca   1740

ccctgggtga tcyygggagca gggccag                                      1767
```

```
<210> SEQ ID NO 2
<211> LENGTH: 1767
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 2
```

```
aattcaacct taacctttct tattctgtag tattcaaagg gcacagagcy gggytttgag    60

cccctcctg gggaagaaa gtcattaata ttgaatctca tcatgtccac cgcccaggag     120

gygyttttga ctgtgyttcg cttgacagta tatccgaagg tgcgggagag gcgggytgttg   180

aagatgccat ttttccttct ccagcgytaa cygtgycggg ggtgyacgag ccaggggcgg    240

cgycggagga tctggccaag atggctgcyg gggcygytgtc ttcttctccg gtaacgcctc   300

cttggatacg tcatatctga aaacgaaaga agtgcgctgt aagtattacc agcgcaactc   360

ggcagcgyca gcacctcggc agcacctcag cagcaacatg ccagcaaga agagtggaag   420
```

US 6,368,601 B1

19                                                                          20

-continued

```
aagcggaccc caaccccata aaaggtgggt gttcacctcg aataatcctt ccgaagacga   480

gcgcaagaaa atacgggatc ttccaatatc cctatttgat tatttattg ttgcgcgagga  540

gggtaatgag gaaggacgaa cacctcacct ccagggttc gctaattttg tgaagaagca   600

gacttttaat aaagtgaagt ggtatttggy tgcccgctgc cacatcgaga aagcgaaagg   660

aacagatcag cagaataaag aataactgcag taaagaaggc aacttactga tggagtgtgg   720

agctcctaga tctcaggyac cacggagtga cctgtctact gctgtgagta cctgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcaccctgta acgtttgtca gaaattccg    840

cgggctgyct gaacttttga aagtgagccg gaaaatgcag aagcgtgatt ggaagactaa   900

tgttacacgtc attgtggggc cacctgggtg tgytaaaagc aaatgggctg ctaatttgc   960

agaccccgaa accaccatct ggaaaccacc tagaaacaag tggtgggatg gttacatgg   1020

tgaagaagtg gttgttcatg atggactttta tggctggctg ccctgggaty atctactgag   1080

actgtgtgct cgcatccat tgactgtaga gactaaaggt ggaactgtac cttttttggc     1140

cgcggtatt ctgattacca gcaatccgac ccgttgaa tgytactcct caactgctgt      1200

cccagctgta gaagtctctt atcggaggat tactccttg gtattttgaa agcatgctac    1260

agaacaatcc acgggcgaag gggcccagtt cgtcaccctt tcccccccat gccctgactt   1320

tccatagtaa ataaattact gagtctttt tatcacttcg taatggtttt tattattcat    1380

taagggttaa gtggggggtc tttaagctta aattctctga attgtacata catggttaca   1440

cggatattgt attcctggtc gtatatactg tttcgaacg cagtgcogag gcctacgtgt    1500

tctccatttc cagtagttty tagtctcagc cacagctgat ttctttgtt gtttgttgtgg   1560

aagtaatcaa tagtgaatc taggacccggt tgggggttaa agtagcgggta gtggtaggag   1620

aaggggctggg ttatgctatg gcggggaggg tagtttccat aggggtctca ggtgagggct   1680

gtggccttty ttacaaagtt atcatctaga ataacagcac tggagcccac tccoctgtca   1740

ccctggctgta tcggggagca gggccag                                       1767
```

<210> SEQ ID NO 3
<211> LENGTH: 1768
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 3

```
aattcaacct taaccttttt tattctgtag tattcaaagg gtatagagat tttgttgtc     60

ccccctcccg ggggaacaa gtcgtcaata ttaactctca tcatgtccac cgcccaggag   120

ggcgttctgc ctgtggtagc cttgcacgta tatccgaagg tgcggagcg gcgggtgttg   180

aagatgccat ttttccttct ccaacggtag cggtggcggg ggtgtacgag ccagggcgg    240

cgggaggca tctggccaag atggctgcgg gggcggtgtc ttcttctgcg gtaacgccto    300

cttgatacg tcatcgctga aaacgaaga agtgcgctgt aagtattaca agcgcacttc    360

gggcagcggca gcacctcggc agcacctcag cagcaacatg cccagcaaga agaatgaag   420

aagcggaccc caaccacata aaaggtgggt gttccgctg aataatcctt ccgaagacga    480

gcgcaagaaa atacgggago tccaatctc cctatttgat tatttattg ttggcgagga    540

gggtaatgag gaaggacgaa cacctcacct ccagggtttc gctaattttg tgaagaagca   600

aactttaat aaagtgaagt ggtatttggy tgcccgctgc cacatcgaga aagcgaaagg    660

aactgatcag cagaataaag aatattgcag taaagaaggc aacttactta ttgaatgtgg   720
```

US 6,368,601 B1

21                                                          22

```
                          -continued

agctcctcga tctcaaggac aacggagtga cctgtctact gctgtgagta ccttgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcaccctgta acgtttgtca gaaatttccg    840

cgggctggct gaacttttga aagtgagcgg gaaaatgcag aagcgtgatt ggaagaccaa    900

tgtacaacgtc attgtgggggc caccctgggtg tggtaaaagc aaatgggctg ctaatttgc    960

agacccggaa aacacatact ggaaaccacc tagaaacaag tggtgggatg gttacccatgg   1020

tgaagaagtg gttgttattg atgactttta tggctggctg ccgtgggatg atctactgag    1080

actgtgtgat cgatatccat tgactgtaga gactaaagyt ggaactgtac cttttttgyc    1140

ccgcagtatt ctgattacca gcaatcagac ccggttggaa tggtactcct caactgctgt    1200

cccagctgta gaagctctct atcggagygt tacttccttg gtatttggya agaatgctac    1260

agaacaatcc acggagggaag ggggccaagtt cgtcaccctt tccccccaat gccctgaatt   1320

tccatatgaa ataaattact gagtctttt tctcacttcg taatggtttt tattattcat     1380

ttaggytttta agtgggggggt ctttaagatt aaattctctg aattgtacat acatgyttac   1440

aacggatattg tagtcctggt cgtatatact gttttcgaac gcagtgccga ggcctacgtg   1500

gtcacacattt ctagagcttcag gtagcctcag ccaaagctga ttccttttgt tatttggttg  1560

gaagtaatca atagtgggagt caagaacagg tttgggtgtg aagtaacggg agtggtgagga  1620

gaaggggttgg gygattgtcat gygygggaggga gtagtttaca tatgggtgcat aggtttagggc 1680

tgtggccttt gttaacaaagt tatcatctag aataacagca gtggagccca ctcccctatc   1740

accctggggtg atgggggagc agggacag                                       1768


<210> SEQ ID NO 4
<211> LENGTH: 1768
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 4

aattccaact taacctttct tattctgtag tattcaaagg gtataagagat tttgttggtc    60

cccctcccg gggaacaaa gtcgtcaatt ttaaatctca tcatgtccac cgccaggag       120

ggcgttgtga ctgtgacagta cttgacagta tatccgaagg tgcygggagag gcgggtgttg   180

aagatgccat ttttccttct ccaacggtag cggtggcggg gytggacgag acagggggcgg   240

cggcggagga tctgtgccaag atggtgcggg gggcggtgtc ttcttctgcg gtaacgccto   300

cttggataccg tcatactgca aaacgaaaga agtgcgctgt aagtattacc agcgcacttc   360

ggcagcggca gcacctcgga agcacctcag cagcaacata cccagcaaga agatgggaag    420

aagcgggaccc caacacata aaagtggyt gttcacgctg aataatcctt ccgaagacta    480

gcgcaagaaa atacgggagc tcccaatctc cctatttgat tattttattg ttggcgagca    540

gggtaatgag gaagyacyca caccctcacct ccagggttc gctaattttg tgaacgaagca   600

aacttttaat aaagtgaagt ggtatttggg tgcccgctgc cacatcgaga aagccaaagg    660

aactgatcag cagaataaay aatattgcag taaagaaggc aacttactta ttgaatgtgg    720

agtcctcga tctcaaggac aacggagtga cctgtctact gctgtgagta cccttgttgga    780

gagcgggagt ctggtgaccg ttgcagagca gcacccctgta acgtttgtca gaaatttccg    840

cgggctggct gaacttttga aagtgagcgg gaaaatgcag aagcgtgatt ggaagaccaa    900

tgtacacgtc attgtgggggc caccctgggtg tggtaaaagc aaatgggctg ctaatttgc    960

agacccggaa aacacatact ggaaacacac tagaaacaag tggtgggatg gttacccatgg   1020

tgaagaagtg gttgttattg atgactttta tggctggctg ccgtgggatg atctactgag    1080
```

US 6,368,601 B1

23

24

-continued

```
actgtgtgat cgatatccat tgactgtaga gactaaagyt ggaactgtac ctttttggc    1140

ccgcagtatt ctgattccca gcaatcagac ccagttggaa tggtaatcac caactgtgt    1200

cccagotgta gaagctctct atcggaagat tacttccttg gtattttgga agaatgtac    1260

agaacaatcc aaggaggaag ggggocagtt cgtcaccctt tcccacccat cgcctgaatt   1320

tccctatgaa ataaattact gagtcttttt tatcacttcg taatggtttt tattaatcat   1380

ttagggttta agtgggggt cttttaagatt aaattctctg aattgtacat acattgttac    1440

aaggatattg tagtactggt cgtatttact gttttcgaac gaagcgcoga ggcctacgtg    1500

gtccacattt ccagaggttt gtagtctcag caaaagctga ttccttttgt tatttggttg    1560

gaagtaatca atagtggagt caagaacagg tttgggtgtg aagtaacggg agtggtagga   1620

gaaggggttgg gggattgtcat ggcgggagga gtagtttaca tatgggtat aggttaggyc   1680

tgtggocttt gttacaaagt tctcatctag aataacagca gtggagccca ctcccctatc    1740

acctgggtg atggggggagc aggacaag                                        1768
```

```
<210> SEQ ID NO 5
<211> LENGTH: 1759
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus

<400> SEQUENCE: 5
```

```
aattcatatt tagcctttct aatacggtag tattggaaag gtaggggtag ggggttggtg    60

cgcctgagg ggggagaa ctggccgetg ttgaatttga ggtagttcaa attccaagat    120

ggctgcgagt ctcctccttt tatggtgagt acaaattctg tagaaaggcg ggaattgaag   180

atacccgtct ttcgygcyca tctgtaacgg tttctgaagg cggggtgtgc caaatatggt   240

cttctccgga ggatgtttcc aagatggctg cggggggcggg tccttcttct gcggtaacgc   300

ctccttggcc acgtcatcct ataaagtga aagaagtgcg ctgctgtagt attaccagcg    360

cacttcggca ggggagcac ctcggccagcg tcagtgaaa tgccaagcaa gaaaagcggc    420

cggcaaccc ataagaggtg ggtgttcaac cttcataatc cttccgagga ggagaaaaac    480

aaaattacggg agcttccaat ctccttttt gattattttg tttgcggaga ggaaggtttg    540

gaagagggta gaactcctca cctccagggg tttgcgaatt ttgctaagaa gcagaacttt   600

aacaaggtga agtggtattt tggtgcccgc tgccacctcg agaaagcgaa aggaaccgac   660

cagcagaata aagaatactg cagtaaagaa ggccacctac ttatcgagtg tggagctccg    720

cggaaccagg ggaagcgcag cgaactgtct actgctgtga gtaccccttt ggagacggggg   780

tctttggtga ctgtagccga gcaagttccct gtaacgtatg tgagaaattt ccgcgggctg   840

gctgaacttt tgaaagtgag cgggaagatg cagcagcgtg attggaagac agctgtacac    900

gtcatagtgg gcccgcccgy ttgtgggaag agccagtggg ccgtaattt tgctgagcct    960

agggacaact actggaagcc cagtagaaat aagtggtggg atggatatca tggagaagaa   1020

gttgttgttt tggatgattt ttatggctgt ttacccttggg atgatctcat gagactgtgt   1090

gacggtatc cattgactgt agagactaaa ggggtactg ttcctttttt ggccggcagt    1140

attttgatta ccagcaatca ggcoccccag gaatcgtact cctcaactcg tgtccacagt   1200

gtagaagcto tctatccggag gattactact ttgcaatttt ggaagactgc tggagaacaa   1260

tccacggagg tacccgaagg cgatttgaa gcagtgacc caccctgtgc ccttttccca     1320

tataaaataa attactgagt cttttttgtt atcacatcgt aatggttttt attttatt      1380
```

US 6,368,601 B1

25

26

---

-continued

```
atttagaggg tcttttagga taaattctct gaattgtaca taaatagtca gcttaacac   1440

ataattttgg gctgtggctg cattttggag cgcatagccg aggcctgtgt gctcgacatt   1500

gggtgtgggta tttaaatgga gccacagctg gtttcttta ttatttgggt ggaacaatc    1560

aattgtttgg tccagctcdg gtttgggygt gaagtacctg gagtggtagg taaagggctg   1620

ccttatgtg tggcgcgagg agtagttaat ataggggtaa taggcocagt tggtggaggg   1680

ggttacaaag tggtcatcca agatcacac agtggaccca acacctcttt gattagaggt   1740

gatgggtct ctgggtaa                                                   1759
```

```
<210> SEQ ID NO 6
<211> LENGTH: 1768
<212> TYPE: DNA
<213> ORGANISM: Porcine circovirus
<220> FEATURE:
<221> NAME/KEY: variation
<222> LOCATION: (1)..(1768)
<223> OTHER INFORMATION: N represents A or C or G or T
```

```
<400> SEQUENCE: 6
```

```
gaattcaacc ttaaccttt ttattctgta gtattcaaag ggtataaaga ttttgttggt   60

cccccctccc gggyyaacaa agtcgtcaat attaaatctc atcatgtcca ccgccccagga  120

gggcgttctg actgtggtag cctttgacgt atatccgaag gtgcgggaga cgcgggtgtt    180

gaaaatgcca tttttccttc tccaacggta gcggtggcgg gggtggacaa accacggggcg   240

gcggcggawg atctggccaa gatggctgcg ggggcggtgt cttcttctgc ggtaacgcct    300

ccttgatac gtcatcgctg aaaacgaaag aagtgcgctg taagtattac cagcgcact     360

cggcagcggc agcacctcgg cagcaactca gcagcaacat gcccagcaag aagaatggaa   420

gaagcggaac ccaacacact aaaagtgggg tgttccacgct gaataatcct tccgaagacg   480

agccgaagaa aatacggggg ctcccaatct ccctatttga ttatttttatt gttggcgtagg   540

agggtwwtga ggaatgacga acacctcacc tccaggggt cgctaatttt gtgaagaagc     600

aaacttttaa taaagtgaag tggtatttga gtgccgctg ccacatcgag aaagccaaag    660

gaactgatca gcagaataaa gaatattgca gtaaagaagg caacttactt attgaatgtg    720

gagctcctcg atctcaagga caacgyagtg acctgtctac tgctgtgagt accttgttgy    780

agagcgggag tctggtgacc gttgcagagc agcaccctgt aacgtttgtc agaaattcc    840

gcygggtggc tgaacttttg aaagtgacgg ggaaaatgca gaagcgtgct tggaagacca   900

atgtacacgt cattgtgggg ccacctgggt gtggtaaaag caaatgggct gctaattttg   960

cagccccgga aacccacatac tggaaacaac ctagaaacaa gtggtgggat ggttaccacg   1020

gtgaagaagt gytttgttatt gatgactttt atggctggct gccgtgggat gatctactga  1080

gactgtgtga tcgtatcca ttgactgtag agactaaagg tggaactgta cnnnannnngg   1140

cccgcagtct tctgattacc agcaatcaga ccacgttgga atggtaactcc tcaactgctg   1200

tcccagctgt agaagctctc tatcggagga ttacttctt gytattttgg aagaatgcta    1260

cagaacaatc caoggaggaa ggggggccagt tagtcacct ttcccccaca tgccctgaat    1320

ttccatatga aataaattac tgagtctttt ttatcactc gtaatggtt ttattattca     1380

tttcgygttt aagtgggggg tcttaagat taaattctct gaattgtaca tacatagtta    1440

caoggatatt gtagtcctgy tcgtatatac tgttttcyaa cgcagtgaog ggccctacgt    1500

ggtccaactt tctacgaggtt tgtagcctca gccaaagctg attccttttg ttatttgtt    1560

gyaagtaatc aatagtgyac tcaagaacag gtttggctgt gaagtaacgg gagtggtcagg   1620
```

US 6,368,601 B1

27

28

-continued

```
agaagggttg gyggattgta tggcgggagg agtagtttac atatgggtca tcggttaggg    1680

atgtggcctt tgttacaaag ttatcatctc gaataacage agtggagcce actccoctat    1740

cacoctgggt gatggggggag caggycca                                      1768
```

What is claimed is:

1. A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of SEQ ID NO: 1,2,3,4 and 6.

2. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 1.

3. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 2.

4. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 3.

5. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 4.

6. The vector of claim 1 wherein the DNA molecule comprises SEQ ID NO: 6.

7. The vector of claim 1 wherein the isolated DNA molecule is expressed by the vector in vivo.

8. The vector of claim 1 wherein the isolated DNA molecule is expressed by the vector in vitro.

9. A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II.

10. The vector of claim 9 wherein in the ORF comprises ORF 4.

11. The vector of claim 9 wherein in the ORF comprises ORF 7.

12. The vector of claim 9 wherein in the ORF comprises ORF 10.

13. The vector of claim 9 wherein in the ORF comprises ORF 13.

14. The vector of claim 9, wherein the isolated DNA molecule is expressed by the vector in vivo.

15. The vector of claim 9, wherein the isolated DNA molecule is expressed by the vector in vitro.

16. The vector of any one claims 38–48 wherein the vector is a virus.

17. The vector of claim 16 wherein the virus is selected from the group consisting of pig herpes virus, porcine adenovirus, and poxvirus.

18. An immunogenic composition comprising a vector as claimed in claim 17.

19. The vector of claim 17 wherein the virus is selected form the group consisting of Aujesky's disease virus, vaccinia virus, avipox virus, and swinepox virus.

20. An immunogenic composition comprising a vector as claimed in claim 19.

21. The vector of claim 19 wherein the virus is a canarypox virus.

22. An immunogenic composition comprising a vector as claimed in claim 21.

23. The vector of any one of claims 1,9,2–6, and 10–13 wherein the vector comprises a DNA plasmid.

24. An immunogenic composition comprising a vector as claimed in claim 23.

25. An immunogenic composition comprising a vector as claimed in any one of claims 1,9,2–6, and 10–13.

26. An isolated DNA molecule comprising a sequence selected from the group consisting of SEQ ID NO: 1,2,3,4 and 6.

27. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 1.

28. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 2.

29. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 3.

30. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 4.

31. The isolated DNA molecule of claim 26 wherein the DNA molecule comprising SEQ ID NO: 6.

32. An isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1.

33. A vector comprising an isolated DNA molecule as claimed in claim 1.

34. The vector according to claim 33, wherein the isolated DNA molecule is expressed in vivo.

35. The vector according to claim 33, wherein the isolated DNA molecule is expressed in vitro.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,368,601 B1                              Page 1 of 1
DATED         : April 9, 2002
INVENTOR(S)   : Gordon Allan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [73], Assignee: change "Lyons" to -- Lyon --

<u>Column 27,</u>
Line 44, change "claims 38-49" to -- claims 1-6 and 9-13 --

<u>Column 28,</u>
Line 43, change "1" to -- 32 --

Signed and Sealed this

Eighth Day of October, 2002

Attest:

JAMES E. ROGAN
Attesting Officer          Director of the United States Patent and Trademark Office