

FILED CO-386-online
10/03
APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INTERVET, INC.,     )
    )
    )
    )
    Plaintiff    )   Civil A
vs     )
    )
MERIAL LIMITED, MERIAL SAS, THE   )
QUEEN'S UNIVERSITY OF BELFAST,   )
and UNIVERSITY OF SASKATCHEWAN   )
    Defendant    )

CASE NUMBER 1:06CV00658

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 04/11/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Intervet, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Intervet, Inc.__ which have

any outstanding securities in the hands of the public:

Akzo Nobel, Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

__456749__
BAR IDENTIFICATION NO.

John R. Hutchins, Esq.
Print Name

Kenyon & Kenyon, LLP - 1500 K Street N.W., Suite 700
Address

Washington, DC 20005-1257
City     State     Zip Code

(202) 220-4201
Phone Number