# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.,<br><br>    Plaintiff,<br><br>        v.<br><br>Merial Limited,<br>Merial SAS<br>The Queen's Unversity of Belfast, and<br>The University of Saskatchewan<br><br>    Defendants. | Case No. 1:06CV00658<br>Judge: Henry H. Kennedy |

## MOTION TO EXTEND TIME

COMES NOW Defendants Merial Limited and Merial SAS (individually and collectively), by and through counsel, and hereby moves this Court for an extension of time for Merial to answer or otherwise respond to Intervet's Complaint pursuant to FED. R. CIV. P. 6(b). A proposed Order is attached for the convenience of the Court.

In support of their motion, Merial shows as follows:

Merial's response to Intervet's Complaint is due May 1, 2006. Merial has requested an extension of the time to answer or otherwise respond to Intervet's Complaint. Intervet has agreed to an additional twenty (20) days in which to answer or otherwise respond to Intervet's Complaint, through and including Monday, May 22, 2006.

WHEREFORE Merial respectfully requests that the Court grant its Motion for Extension of Time in full.

Respectfully submitted this 27th day of April, 2006.

                                                        /s/ Charles J. Raubicheck

Charles J. Raubicheck, Esq.
(CRaubicheck@FLHLaw.com) DC Bar # 71217
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500

**OF COUNSEL:**

Judy Jarecki-Black, Ph.D., Esq.
(judy.jarecki@merial.com)
**MERIAL LIMITED**
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski, Esq.
(tkowalski@flhlaw.com)
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500

J. Patrick Elsevier, PhD, Esq.
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7683; Fax: (404) 253-8285

Counsel for Plaintiffs Merial Limited and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Intervet, Inc.,

    Plaintiff,

        v.

Merial Limited,
Merial SAS
The Queen's Unversity of Belfast, and
The University of Saskatchewan

    Defendants.

Case No. 1:06CV00658
Judge: Henry H. Kennedy

## ORDER EXTENDING TIME

For good cause appearing, it is hereby **ORDERED** that the period in which Defendants Merial Limited and Merial SAS may file their answer or otherwise responsive pleadings to Plaintiff's Complaint is extended through and including Monday May 22, 2006.

**SO ORDERED** this _____ day of _____ 2006

_____
Judge, United States District Court
For the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

Intervet, Inc.

    Plaintiff,

        v.

Merial Limited,
Merial SAS
The Queen's Unversity of Belfast, and
The University of Saskatchewan

    Defendants.

Case No. 1:06CV00658
Judge: Henry H. Kennedy

---

The undersigned hereby certifies that on this 27th day of April 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorneys for Plaintiff, Intervet, Inc.

        /s/ Charles J. Raubicheck
        Charles J. Raubicheck, Esq.
        (CRaubicheck@FLHLaw.com) DC Bar #. 71217
        **FROMMER LAWRENCE & HAUG LLP**
        745 Fifth Avenue
        New York, New York 10151
        Tel.: (212) 588-0800; Fax: (212) 588-0500