UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. | : |
| Plaintiff, | : |
| v. | : Case No. 1:06CV00658 |
| | : Judge: Henry H. Kennedy |
| Merial Limited,<br>Merial SAS<br>The Queen's University of Belfast, and<br>The University of Saskatchewan | : |
| Defendants. | : |

## MOTION TO APPEAR PRO HAC VICE FOR THOMAS J. KOWALSKI

PLEASE TAKE NOTICE, that pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the annexed declaration of Thomas J. Kowalski, declared to on May 1st, 2006, the undersigned, Charles J. Raubicheck, a member of the bar of this Court, respectfully moves this Court to permit Thomas J. Kowalski to appear *pro hac vice* in the subject case filed in the United States District Court for the District of Columbia for defendants Merial Limited and Merial SAS (individually and collectively). A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 1st day of May, 2006.

/s/ Charles J. Raubicheck
Charles J. Raubicheck, Esq.
(CRaubicheck@FLHLaw.com) DC Bar # 71217
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500