## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. | : |
|     Plaintiff, | : |
|           v. | :    Case No. 1:06CV00658 |
| | :    Judge: Henry H. Kennedy |
| Merial Limited, | : |
| Merial SAS | : |
| The Queen's University of Belfast, and | : |
| The University of Saskatchewan | : |
|     Defendants. | : |

## DECLARATION OF THOMAS J. KOWALSKI
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Thomas J. Kowalski, hereby declare as follows:

1. I am a partner at the law firm of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151, Tel. (212) 588-0800.

2. I am a member in good standing of the Bar of the State of New York and the Bars following United States Courts: the United States District Courts for the Southern, Eastern and Western Districts of New York, the Federal Circuit, and the United States Supreme Court.

3. I have never been held in contempt of any court or convicted of any crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

Dated: May \_\_, 2006

_____
THOMAS J. KOWALSKI