UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

---

Intervet, Inc.                                :
                                              :
    Plaintiff,                          :
                                              :
          V.                     :   Case No. 1:06CV00658
                                              :   Judge: Henry H. Kennedy
Merial Limited,                               :
Merial SAS                                    :
The Queen's University of Belfast, and        :
The University of Saskatchewan                :
                                              :
    Defendants.                         :

---

## ORDER OF ADMISSION

Upon consideration of the motion by defendants Merial Limited and Merial SAS (individually and collectively), pursuant to Local Rule 83.2(d) for an order permitting Thomas J. Kowalski to appear *pro hac vice* in this action, the motion is granted, and it is hereby;

**SO ORDERED** this _____ day of _____ 2006

 

_____
Judge, United States District Court
For the District of Columbia

4