UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

Intervet, Inc.

    Plaintiff,

        V.

Merial Limited,
Merial SAS
The Queen's University of Belfast, and
The University of Saskatchewan

    Defendants.

Case No. 1:06CV00658
Judge: Henry H. Kennedy

---

The undersigned hereby certifies that on this first day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorneys for Plaintiff, Intervet, Inc.

        /s/ Charles J. Raubicheck
        Charles J. Raubicheck, Esq.
        (CRaubicheck@FLHLaw.com) DC Bar #. 71217
        **FROMMER LAWRENCE & HAUG LLP**
        745 Fifth Avenue
        New York, New York 10151
        Tel.: (212) 588-0800; Fax: (212) 588-0500