UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. | : |
| Plaintiff, | : |
| v. | : Case No. 1:06CV00658 |
| | : Judge: Henry H. Kennedy |
| Merial Limited, | : |
| Merial SAS | : |
| The Queen's University of Belfast, and | : |
| The University of Saskatchewan | : |
| Defendants. | : |

## MOTION TO APPEAR PRO HAC VICE FOR JUDY JARECKI-BLACK

PLEASE TAKE NOTICE, that pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the annexed declaration of Judy Jarecki-Black, declared to on May 2, 2006, the undersigned, Charles J. Raubicheck, a member of the bar of this Court, respectfully moves this Court to permit Judy Jarecki-Black to appear *pro hac vice* in the subject case filed in the United States District Court for the District of Columbia for defendants Merial Limited and Merial SAS (individually and collectively). A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 2nd day of May, 2006.

/s/ Charles J. Raubicheck
Charles J. Raubicheck, Esq.
(CRaubicheck@FLHLaw.com) DC Bar # 71217
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500