UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Intervet, Inc.

    Plaintiff,

V.

Merial Limited,
Merial SAS
The Queen's University of Belfast, and
The University of Saskatchewan

    Defendants.

Case No. 1:06CV00658
Judge: Henry H. Kennedy

**DECLARATION OF JUDY JARECKI-BLACK
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, Judy Jarecki-Black, hereby declare as follows:

1. I am in-house counsel for Intellectual Property at Merial Limited, 3239 Satellite Blvd., Duluth, Georgia 30096, tel. (678) 638-3805.

2. I am a member in good standing of Federal and State Court Bars, among which are the Bars of the States of Georgia and South Carolina, and the Bars of the United States District Court for the Northern District of Georgia and the Federal Circuit.

3. I have never been held in contempt of any court or convicted of any crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

Dated: May 2, 2006

_____
JUDY-JARECKI-BLACK

3