UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. | : |
|     Plaintiff, | : |
|         V. | :    Case No. 1:06CV00658 |
| | :    Judge: Henry H. Kennedy |
| Merial Limited, <br> Merial SAS <br> The Queen's University of Belfast, and <br> The University of Saskatchewan | : |
|     Defendants. | : |

## ORDER OF ADMISSION

Upon consideration of the motion by defendants Merial Limited and Merial SAS (individually and collectively), pursuant to Local Rule 83.2(d) for an order permitting Judy Jarecki-Black to appear *pro hac vice* in this action, the motion is granted, and it is hereby;

**SO ORDERED** this _____ day of _____ 2006

 

_____
Judge, United States District Court
For the District of Columbia

4