UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. | : |
| Plaintiff, | : |
| V. | : Case No. 1:06CV00658 |
| | : Judge: Henry H. Kennedy |
| Merial Limited, | : |
| Merial SAS | : |
| The Queen's University of Belfast, and | : |
| The University of Saskatchewan | : |
| Defendants. | : |

The undersigned hereby certifies that on this 2nd day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorneys for Plaintiff, Intervet, Inc.

/s/ Charles J. Raubicheck
Charles J. Raubicheck, Esq.
(CRaubicheck@FLHLaw.com) DC Bar #. 71217
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500