UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendants Merial Limited and Merial SAS, certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Merial Limited and Merial SAS, which have any outstanding securities in the hands of the public:

    Merck & Co., Inc.; and

    Sanofi-Aventis SA

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  May 22, 2006

                                                      Respectfully submitted,

                                                      /s/ Timothy A. Ngau
                                                      ALSTON & BIRD, LLP
                                                      Timothy A. Ngau
                                                      DC Bar No. 339333
                                                      Jill Williamson
                                                      DC Bar No. 487469
                                                      950 F Street, NW
                                                      Washington, DC  20004
                                                      Phone: 202-756-3300
                                                      Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and
Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hutchins
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, D.C. 20005

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Merial Limited and
Merial SAS

ATL01/12227182v1