UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>      Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**MOTION FOR ADMISSION
OF ATTORNEYS *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Timothy A. Ngau, a member in good standing of the Bar of this Court and counsel of record for Defendants Merial Limited and Merial SAS, respectfully requests this Court to permit the following non-members of this Court's Bar to participate in the Court's proceedings in this matter *pro hac vice*:

    Frank G. Smith, III
    Robert L. Lee
    J. Patrick Elsevier, Ph.D.
    Elizabeth K. Haynes

The declaration of each of these attorneys, setting forth the information required by LCvR 83.2(d), accompanies this motion as an exhibit.

Dated: May 22, 2006                                         Respectfully submitted,

| | |
|---|---|
| | /s/ Timothy A. Ngau<br>ALSTON & BIRD, LLP<br>Timothy A. Ngau<br>DC Bar No. 339333<br>950 F Street, NW<br>Washington, DC 20004<br>Phone: 202-756-3300<br>Fax: 202-756-3333 |

1

2

|  | Counsel for Merial Limited and Merial SAS |
|---|---|

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    John R. Hutchins
    Kenyon & Kenyon
    1500 K Street N.W., Suite 700
    Washington, D.C. 20005

| | |
|---|---|
| | /s/ Timothy A. Ngau<br>ALSTON & BIRD, LLP<br>Timothy A. Ngau<br>DC Bar No. 339333<br>950 F Street, NW<br>Washington, DC  20004<br>Phone: 202-756-3300<br>Fax: 202-756-3333<br><br>Counsel for Merial Limited and Merial SAS |