UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC., :
:
      Plaintiff, :
:
v. :
:
MERIAL LIMITED; MERIAL SAS; : Civil Action No. 1:06-CV-00658 (HHK)
THE QUEENS'S UNIVERSITY OF :
BELFAST; and UNIVERSITY OF :
SASKATCHEWAN, :
:
      Defendants. :

## DECLARATION OF FRANK G. SMITH, III
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Frank G. Smith, III declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants Merial Limited and Merial SAS in this action.

2. I am a partner of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: Superior Court, Court of Appeals and Supreme Court of the State of Georgia; the United States District Courts of the Northern District of Georgia, Middle District of

ATL01/12225525v1

- 2 -

Georgia, and Southern District of Georgia; as well as the United States Court of Appeals for the Fifth and Eleventh Circuits.

4.  I hereby certify that I have never been disciplined by any bar; that I have not be admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 5/18/06

_____
Frank G. Smith, III