UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC., :
:
      Plaintiff, :
:
v. :
:
MERIAL LIMITED; MERIAL SAS; :   Civil Action No. 1:06-CV-00658 (HHK)
THE QUEENS'S UNIVERSITY OF :
BELFAST; and UNIVERSITY OF :
SASKATCHEWAN, :
:
      Defendants. :

## DECLARATION OF ROBERT L. LEE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Robert L. Lee declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1.     I am counsel for Defendants Merial Limited and Merial SAS in this action.

2.     I am a partner of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3.     I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: the Supreme Court of the State of Georgia; the Georgia Court of Appeals; the United States District Court of the Northern District of Georgia; the United States District Court for the District of Colorado; the United States District Court of the Eastern District of Wisconsin; and the Eleventh Circuit Court of Appeals.

- 2 -

4.  I hereby certify that I have never been disciplined by any bar; that I have not be admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 5/18/06

Robert L. Lee

ATL01/12225531v1