UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MERIAL LIMITED; MERIAL SAS; : | Civil Action No. 1:06-CV-00658 (HHK) |
| THE QUEENS'S UNIVERSITY OF : | |
| BELFAST; and UNIVERSITY OF : | |
| SASKATCHEWAN, : | |
| : | |
| Defendants. : | |

**DECLARATION OF J. PATRICK ELSEVIER, Ph.D.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

J. Patrick Elsevier, Ph.D. declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants Merial Limited and Merial SAS in this action.

2. I am an associate of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts:

- all state courts of Georgia;

- U. S. District Court for the Northern District of Georgia;

- U. S. District Court for the Middle District of Georgia; and

- 2 -

- U.S. Court of Appeals for the Sixth Circuit, Cincinnati, Ohio.

4. I hereby certify that I have never been disciplined by any bar; that I have not been admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 5/19/06

_____
J. Patrick Elsevier, Ph.D.