UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>MERIAL LIMITED; MERIAL SAS; :<br>THE QUEENS'S UNIVERSITY OF :<br>BELFAST; and UNIVERSITY OF :<br>SASKATCHEWAN, :<br>:<br>Defendants. : | Civil Action No. 1:06-CV-00658 (HHK) |

### DECLARATION OF ELIZABETH K. HAYNES
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Elizabeth K. Haynes declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants Merial Limited and Merial SAS in this action.

2. I am an associate of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: All State and Superior Courts in Georgia, Supreme Court of the State of Georgia; the United States District Courts of the Northern District of Georgia.

- 2 -

4.    I hereby certify that I have never been disciplined by any bar; that I have not be admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: *May 17, 2006*          *Elizabeth K. Haynes*
                                               Elizabeth K. Haynes

ATL01/12225528v1