## CERTIFICATE OF SERVICE OR NON-SERVICE OF DOCUMENTS

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention**

1. That the document has been served:
   - the date: **12th May 2006**
   - at: **Queen's University, University Road, Belfast.**

The documents referred to in the request have been delivered to :
Identity : **June Feeney**
Address: **Vice Chancellors Office, The Queen's University of Belfast, University Road, Belfast, BT7 1NN.**
Relationship to the addressee, family business or other: **Business - Peter Gregson's secretary.**

The documents are annexed to this certificate.

**Done at: Royal Courts of Justice BELFAST, Northern Ireland.**

**Date: 16th May 2006**



_____
L. Neill
**Signature and/or stamp**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERVET, INC.

                             **SUMMONS IN A CIVIL CASE**

V.

MERIAL LIMITED, MERIAL SAS,
THE QUEEN'S UNIVERSITY OF BELFAST,
and
UNIVERSITY OF SASKATCHEWAN      CASE N

CASE NUMBER 1:06CV00658

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 04/11/2006

TO: (Name and address of Defendant)

The Queen's University of Belfast
University Road
Belfast, Northern Ireland
BT7 1NN
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Hutchins, Esq. (D.C. Bar # 456749)
KENYON & KENYON, LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
USA
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

an answer to the complaint which is served on you with this summons, within   __20__   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      APR 11 2006
CLERK                                        DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.