UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT THE QUEEN'S UNIVERSITY OF BELFAST TO RESPOND TO PLAINTIFF INTERVET'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant The Queen's University of Belfast ("QUB"), with the consent of Plaintiff Intervet Inc., hereby moves this Court for an extension of time for QUB to answer or otherwise respond to Intervet's Complaint. QUB's response to Intervet's Complaint is currently due Thursday, June 1, 2006. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to an extension of the time for QUB to respond to Intervet's Complaint through and including Monday, June 26, 2006.

**WHEREFORE,** Defendant QUB respectfully requests that the Court grant this agreed motion permitting QUB through and including Monday, June 26, 2006 to respond to Intervet's Complaint.

A proposed order is attached for the Court's consideration.

Dated: May 31, 2006

        Respectfully submitted,

        /s/_Timothy A. Ngau___
        ALSTON & BIRD, LLP
        Timothy A. Ngau
        DC Bar No. 339333
        Jill Williamson
        DC Bar No. 487469
        950 F Street, NW
        Washington, DC  20004
        Phone: 202-756-3300
        Fax: 202-756-3333

        Judy Jarecki-Black, Ph.D.
        Merial Limited
        3239 Satellite Blvd.
        Duluth, GA  30096-4640
        Tel.: (678) 638-3805
        Fax: (678) 638-3350

        Thomas J. Kowalski
        Frommer Lawrence & Haug LLP
        745 Fifth Avenue
        New York, New York 10151
        Tel.: (212) 588-0800
        Fax: (212) 588-0500

        Frank G. Smith, III
        Robert L. Lee
        J. Patrick Elsevier, Ph.D.
        Elizabeth K. Haynes
        Alston & Bird, LLP
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Tel.: (404) 881-7000
        Fax: (404) 881-7777

        Counsel for Defendant The Queen's
        University of Belfast

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Intervet, Inc.**

John R. Hutchins
Kenyon & Kenyon
1500 K Street, N.W.
Suite 700
Washington, DC 20005-1257

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for The Queen's University of Belfast