UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**[PROPOSED] ORDER**

The motion of Defendant The Queen's University of Belfast for an extension of time to answer or otherwise respond to the Complaint, to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED.  The Queen's University of Belfast ("QUB") shall have up to and including June 26, 2006 to file a response to Intervet's Complaint.

SO ORDERED, THIS _____ day of _____, 2006.

_____
United States District Judge

List of Persons to be Notified of Entry of Order:

John R. Hutchins
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257

Timothy A. Ngau
ALSTON & BIRD, LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004