AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERVET, INC.

**SUMMONS IN A CIVIL CASE**

V.

MERIAL LIMITED, MERIAL SAS,
THE QUEEN'S UNIVERSITY OF BELFAST,
and
UNIVERSITY OF SASKATCHEWAN        CASE NI

CASE NUMBER  1:06CV00658

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 04/11/2006

TO: (Name and address of Defendant)

University of Saskatchewan
105 Administration Place
Saskatoon, Saskatchewan S7W 5A2
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Hutchins, Esq. (D.C. Bar # 456749)
KENYON & KENYON, LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
USA
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        APR 11 2006
CLERK                             DATE

_Maureen Higgins_
(By) DEPUTY CLERK

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    -- the (date) -- *le (date)* May 18, 2006
    -- at (place, street, number) -- *à (localité, rue, numéro)*
        107 Administration Place, Saskatoon, Saskatchewan, CANADA

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

        ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a) selon les formes légales (article 5. alinéa premier, lettre a)*

        ☐ (b) in accordance with the following particular method:
            *b) selon la forme particulière suivante:*

        ☒ (c) by delivery to the addressee, who accepted it voluntarily.*
            *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at *Saskatoon, Saskatchewan*, the 23 of May, 2006
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*
Jason H. Pendryko #30

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 18, 2006 |
| NAME OF SERVER *(PRINT)* Jason BENDERSKI | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 107 Administration Place

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL Flat fee $50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 23, 2006
           Date

*Signature of Server*

520 Spadina Crescent East, Saskatoon Saskatchewan
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.