**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

INTERVET, INC.,

                Plaintiff,

       v.

MERIAL LIMITED; MERIAL SAS;
THE QUEENS'S UNIVERSITY OF
BELFAST; and UNIVERSITY OF
SASKATCHEWAN,

              Defendants.

Civil Action No. 1:06-cv-00658 (HHK)

**AGREED MOTION FOR AN EXTENSION OF TIME FOR**
**DEFENDANT UNIVERSITY OF SASKATCHEWAN TO**
**RESPOND TO PLAINTIFF INTERVET'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant University of Saskatchewan ("Saskatchewan"), with the consent of Plaintiff Intervet Inc., hereby moves this Court for an extension of time for Saskatchewan to answer or otherwise respond to Intervet's Complaint. Saskatchewan's response to Intervet's Complaint is currently due Wednesday, June 7, 2006. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to an extension of the time for Saskatchewan to respond to Intervet's Complaint through and including Monday, June 26, 2006.

**WHEREFORE,** Defendant Saskatchewan respectfully requests that the Court grant this agreed motion permitting Saskatchewan through and including Monday, June 26, 2006 to respond to Intervet's Complaint.

A proposed order is attached for the Court's consideration.

Dated: June 6, 2006

Respectfully submitted,

/s/  Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Defendant University of
Saskatchewan

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK) |
| MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of June 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Intervet, Inc.**

John R. Hutchins
Kenyon & Kenyon
1500 K Street, N.W.
Suite 700
Washington, DC 20005-1257

/s/ Timothy A. Ngau___
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for the University of Saskatchewan