# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.<br><br>     *Plaintiff,*<br><br>  v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF<br>BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN<br><br>     *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

## MOTION FOR ADMISSION OF ATTORNEYS
## PRO HAC VICE

I, John R. Hutchins, a member of the Bar of the District Court for the District of

Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of attorneys

Richard L. DeLucia, Esq. and Michael D. Loughnane, Esq. of Kenyon & Kenyon LLP to

represent Plaintiff Intervet Inc. in the above-captioned action for all purposes. I certify that I find

the applicants to be reputable and competent attorneys, and that I am in a position to recommend

their admissions.

The declaration of each of these attorneys setting forth the information required by LCvR

83.2(d) accompanies this motion as exhibits.

Dated: June 19, 2006

                                        John R. Hutchins (D.C. Bar No. 456749)
                                        Attorneys for Plaintiff and
                                        Counter-Plaintiff