UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.<br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN<br><br>    *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

**DECLARATION OF RICHARD L. DELUCIA**

I, Richard L. DeLucia hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is Richard Louis DeLucia.

2. I am a partner in the law firm Kenyon & Kenyon LLP, located at One Broadway, New York, New York, 10004. My telephone number is (212) 425-7200.

3. I have been admitted to the bars of the State of New York and the State of Virginia. I have been admitted to practice in the following courts: the United States Court of Appeals for the Federal Circuit, U.S. District Court for the Eastern District of New York, U.S. District Court for the Eastern District of Virginia, U.S. District Court for the Southern District of New York and U.S. District Court for the Western District of Wisconsin.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

- 2 -

6. I do not engage in the practice of law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

_____
Richard L. DeLucia