UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF<br>BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

### DECLARATION OF MICHAEL D. LOUGHNANE

I, Michael D. Loughnane, hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is Michael Douglas Loughnane.

2. I am a partner in the law firm Kenyon & Kenyon LLP, located at One Broadway, New York, New York, 10004. My telephone number is (212) 425-7200.

3. I have been admitted to the bars of the State of New York, the State of New Jersey, and the United States Court of Appeals for the Federal Circuit.

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court one time within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

*Michael Loughnane*
Michael D. Loughnane