UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.<br><br>   *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF<br>BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN<br><br>   *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

**ORDER FOR ADMISSION *PRO HAC VICE* OF**
**RICHARD L. DeLUCIA**

  Upon the motion of John R. Hutchins, attorney for Plaintiff, Intervet Inc. for an Order admitting Richard L. DeLucia, Esq. *pro hac vice* in this action for all purposes; and upon the affirmation of John R. Hutchins, and the declaration attached hereto, it is hereby:

  ORDERED that Richard L. DeLucia, Esq. is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, Intervet Inc.


Dated:    .          _____
                     Judge Henry H. Kennedy, Jr.
                     United States District Court Judge