# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.<br><br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN<br><br>    *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

## ORDER FOR ADMISSION *PRO HAC VICE* OF MICHAEL D. LOUGHNANE

Upon the motion of John R. Hutchins, attorney for Plaintiff, Intervet Inc. for an Order admitting Michael D. Loughnane, Esq. *pro hac vice* in this action for all purposes; and upon the affirmation of John R. Hutchins, and the declaration attached hereto, it is hereby:

ORDERED that Michael D. Loughnane, Esq. is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, Intervet Inc.


Dated:        .                              _____
                                                          Judge Henry H. Kennedy, Jr.
                                                          United States District Court Judge