# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## CONSENT MOTION FOR A CONTINUANCE OF THE
## DATE FOR THE INITIAL SCHEDULING CONFERENCE

Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan ("Saskatchewan"), with the consent of Plaintiff Intervet, Inc., hereby request that this Court reschedule the Initial Scheduling Conference, currently set for July 18, 2006, to July 31, 2006. Defendants request this change to avoid a conflict in the schedule of one of their counsel and to accommodate the schedules of counsel for all of the parties.

**WHEREFORE,** Defendants respectfully request, with the Plaintiff's consent, that the Initial Scheduling Conference be rescheduled to July 31, 2006.

A proposed order is attached.

Dated: June 21, 2006

    Respectfully submitted,

/s/_Timothy A. Ngau___
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Defendant University of Saskatchewan

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## ORDER RESCHEDULING THE DATE FOR
## THE INITIAL SCHEDULING CONFERENCE

Upon the Consent Motion of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan to continue the date for the Initial Scheduling Conference, and good cause having been shown,

IT IS HEREBY ORDERED that the Initial Scheduling Conference is rescheduled from July 18, 2006 to July 31, 2006.

_____          _____
Date                             United States District Court Judge