UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**NOTICE OF APPEARANCE OF COUNSEL FOR MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST AND THE UNIVERSITY OF SASKATCHEWAN**

PLEASE TAKE NOTICE THAT Steven M. Amundson (D.C. Bar No. 412196) of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, NY NY 10151, tel 212-588-0800, fax 212-588-0500, and 1667 K Street NW, Suite 500, Washington, DC 20006, tel 202-292-1530, fax 202-292-1531, hereby enters his appearance, in the above-captioned Action, as counsel of record for Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan.

Respectfully submitted, this 26th day of June, 2006.

| | |
|---|---|
| | *Steven M. Amundson* <br> Steven M. Amundson <br> D.C. Bar No. 412196 <br> Frommer Lawrence & Haug LLP <br> 745 Fifth Avenue <br> New York, New York 10151 <br> Tel.: (212) 588-0800, Fax: (212) 588-0500 <br> 1667 K Street NW, Suite 500 <br> Washington, DC 20006 <br> Tel.: (202) 292-1530, Fax: (202) 292-1531 <br><br> Counsel for Merial Limited, Merial SAS, The Queen's University of Belfast and The University of Saskatchewan |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>      v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of June 2006, I served the forgoing NOTICE OF APPEARANCE by hand on the following attorneys of record:

**Counsel for Intervet, Inc.**

John R. Hutchins
Kenyon & Kenyon
1500 K Street, N.W.
Suite 700
Washington, DC 20005-1257

| | |
|---|---|
| | /s/ Timothy A. Ngau<br>ALSTON & BIRD, LLP<br>Timothy A. Ngau<br>DC Bar No. 339333<br>950 F Street, NW<br>Washington, DC 20004<br>Phone: 202-756-3300<br>Fax: 202-756-3333<br><br>Counsel for the Queen's University of Belfast and the University of Saskatchewan |

WDC01/246415v1