## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANTS THE QUEEN'S UNIVERSITY OF BELFAST AND THE UNIVERSITY OF SASKATCHEWAN WITH PREJUDICE

This case was brought by Plaintiff Intervet, Inc. seeking a declaratory judgment with respect to U.S. Patent No. 6,368,601. The case came before the Court on the motion of Defendants the Queen's University of Belfast and the University of Saskatchewan to dismiss for lack of subject matter jurisdiction on the grounds that there is no case or controversy with respect to them. Upon consideration of the motion, the opposition thereto, and the record,

IT IS HEREBY ORDERED that the motion to dismiss the Queen's University of Belfast and the University of Saskatchewan is hereby GRANTED. All claims against the Queen's University of Belfast and the University of Saskatchewan are hereby dismissed with prejudice.

_____                    _____
Date                                                                              United States District Court Judge

- 2 -

List of Persons to be Notified of Entry of Order:

John R. Hutchins
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257

Timothy A. Ngau
ALSTON & BIRD, LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004

- 2 -