UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>   Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**NOTICE REGARDING PAGE AND FOOTNOTE NUMBERING OF MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS THE QUEEN'S UNIVERSITY OF BELFAST'S AND THE UNIVERSITY OF SASKATCHEWAN'S MOTION TO DISMISS FOR LACK OF <u>SUBJECT MATTER JURISDICTION</u>**

Defendants the Queen's University of Belfast, and the University of Saskatchewan respectfully give notice to the Court that the Memorandum of Law in Support of Defendants the Queen's University of Belfast's and the University of Saskatchewan's Motion to Dismissed, filed June 26, 2006, inadvertently contained inaccurate page and footnote numbering.

Attached to this Notice as Exhibit 1 is a Corrected Memorandum of Law.  The Corrected Memorandum of Law is identical to the Memorandum filed and served June 26, 2006 except: 1) the page and footnote numbering has been corrected; and 2) the Tables of Contents and Authorities have been updated to reflect the corrected page numbering.

Respectfully submitted, this 28th day of June, 2006.

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for the Queen's University of Belfast and the University of Saskatchewan