UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN,<br><br>Defendants. | Civil Action No. 06-00658 (HHK) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR
PLAINTIFF INTERVET INC. TO RESPOND TO DEFENDANTS
THE QUEEN'S UNIVERSITY OF BELFAST AND UNIVERSITY OF
SASKATCHEWAN'S MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Intervet Inc. ("Intervet"), with the consent of Defendants The Queen's University of Belfast ("Belfast") and the University of Saskatchewan ("Saskatchewan"), hereby moves for an extension of time for Intervet to respond to Belfast and Saskatchewan's Motion to Dismiss. Intervet's response to Belfast and Saskatchewan's Motion is currently due July 7, 2006. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Belfast and Saskatchewan have agreed to an

extension of time for Intervet to respond to Belfast and Saskatchewan's Motion through and including Monday, July 24, 2006.

WHEREFORE, Plaintiff Intervet respectfully requests that the Court grant this agreed motion permitting Intervet through and including July 24, 2006 to respond to Belfast and Saskatchewan's Motion.

A proposed order is attached for the Court's consideration.

Dated: July 5, 2006

                                Respectfully submitted,

                                By: /s/ John R. Hutchins, Esq.

John R. Hutchins, Esq.
(D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005-1257
Tel: (202) 220-4200
Fax: (202) 220-4201

Michael D. Loughnane, Esq.
Richard L. DeLucia, Esq.
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Tel: (212) 425-7200
Fax: (212)425-5288

*Attorneys for INTERVET INC.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 06-00658 (HHK) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Counsels for Merial Limited, Merial SAS, The Queen's University of Belfast, and/or University of Saskatchewan.

    Timothy A. Ngau
    Jill Williamson
    Alston & Bird, LLP
    950 F Street, NW
    Washington, DC 20004
    Tel: (202) 756-3300
    Fax: (202) 756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

/s/ John R. Hutchins, Esq.
John R. Hutchins, Esq. (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005-1257
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.