UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF BELFAST; and<br>UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 06-00658 (HHK) |

### [PROPOSED] ORDER

The Motion of Plaintiff Intervet Inc. for an extension of time to answer or otherwise respond to Defendants The Queen's University of Belfast and the University of Saskatchewan's Motion to Dismiss, to which Defendants The Queen's University of Belfast and the University of Saskatchewan have consented, is hereby GRANTED. Intervet Inc. shall have up to and including July 24, 2006 to file a response to Defendants' Motion to Dismiss.

SO ORDERED, THIS _____ day of _____, 2006.

_____
**United States District Judge**