UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## [DEFENDANTS' PROPOSED] SCHEDULING ORDER

Pursuant to the agreements of the parties and the Court's oral orders issued during the scheduling conference held on July 31, 2006, it is hereby ordered:

1. Merial Limited, Merial SAS and Intervet, Inc. shall exchange initial disclosures by August 11, 2006. Discovery between Merial Limited, Merial SAS and Intervet, Inc. may commence on that date. There shall be no discovery requests of The Queen's University of Belfast and The University of Saskatchewan ("the Universities") before September 8, 2006, unless the Universities' Motion to Dismiss is decided prior thereto. Discovery of the Universities shall be consistent with the decision on that Motion. If the Universities remain as parties in this Action, the Universities and Intervet, Inc. shall exchange initial disclosures two (2) weeks after the decision on that Motion, and discovery of or by the Universities shall not commence prior to August 11, 2006.

2. Any amendment of the pleadings or joinder of additional parties shall occur by September 27, 2006.

3. Nothing in this Scheduling Order precludes any party from filing motions for a preliminary injunction, motions for summary judgment, or motions for partial summary judgment at any time.

4. The parties shall exchange their list of disputed claim terms and proposed constructions by November 13, 2006. Discovery on claim construction issues and of claim construction witnesses, including any expert witnesses, shall be concurrent with factual discovery and prior to each side's opening *Markman* brief.

5. The parties shall finalize their Joint Claim Construction Statement ("JCCS") by December 11, 2006. In the JCCS, the parties shall set forth their respective definitions of the claim terms that are in dispute. Briefing on claim construction issues shall be as follows:

>Each side's opening brief: January 8, 2007
>
>Each side's answering brief: January 29, 2007

A *Markman* hearing will be held on or about February 21, 2007.

6. Factual discovery shall close on May 25, 2007.

7. With the exception of expert testimony in connection with claim construction proceedings, the party bearing the burden of proof on an issue shall serve opening expert reports on June 22, 2007. Answering expert reports shall be served on July 20, 2007. Depositions of experts shall conclude by September 14, 2007.

8. The Court will hold a status conference on or about October 3, 2007, to address matters concerning any remaining dispositive motions, the final pretrial conference and the trial.

- 3 -

So ordered, this ___ day of _____, 2006.

_____
United States District Judge