**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

INTERVET, INC.,

     Plaintiff,

     v.

MERIAL LIMITED; MERIAL SAS; THE
QUEEN'S UNIVERSITY OF BELFAST;
and UNIVERSITY OF
SASKATCHEWAN,

     Defendants.

Civil Action No. 1:06-cv-00658 (HHK)

**[PLAINTIFF'S PROPOSED]**
**SCHEDULING ORDER**

Pursuant to the Court's oral orders issued during the scheduling conference held on July 31, 2006, it is hereby ordered:

1.    Merial Limited, Merial SAS and Intervet, Inc. shall exchange initial disclosures by August 11, 2006.  Discovery between Merial Limited, Merial SAS and Intervet, Inc. may commence on that date.  There shall be no discovery requests of The Queen's University of Belfast and The University of Saskatchewan ("the Universities") before September 8, 2006, unless the Universities' Motion to Dismiss is decided prior thereto.  Discovery of the Universities shall be consistent with the decision on that Motion.  If the Universities remain as parties in this Action, the Universities and Intervet, Inc. shall exchange initial disclosures two (2) weeks after the decision on that Motion, and discovery of or by the Universities shall not commence prior to August 11, 2006.

2.    Any amendment of the pleadings or joinder of additional parties shall occur by September 27, 2006.

3.　　　Factual discovery shall close on May 25, 2007.

4.　　　The party bearing the burden of proof on an issue shall serve opening expert reports on June 22, 2007.  Answering expert reports shall be served on July 20, 2007.  Depositions of experts shall conclude by September 14, 2007.

5.　　　The Court will hold a status conference on or about October 3, 2007, to address matters concerning a *Markman* hearing, dispositive motions, the final pretrial conference and the trial.

So ordered, this ___ day of _____, 2006.

_____
United States District Judge

LEGAL02/12256698v1