AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Intervet Inc.

        Plaintiff(s)        )  **APPEARANCE**

vs.        )  CASE NUMBER    1:06-cv-00658-HHK

Merial Limited, Merial SAS, The Queen's University of Belfast, and University of Saskatchewan

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Cedric C.Y. Tan** as counsel in this
(Attorney's Name)

case for: **Intervet Inc.**
(Name of party or parties)

July 20, 2006
Date

*[signature]*
Signature

464848
BAR IDENTIFICATION

Cedric C.Y. Tan
Print Name

Kenyon & Kenyon LLP
1500 K Street, NW, Suite 700
Address

Washington, D.C.    2005-1257
City    State    Zip Code

(202) 220-4200
Phone Number