# Exhibit C

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS, <br><br> Plaintiffs, <br><br> v. <br><br> INTERVET INC., <br><br> Defendant. | Civil Action No. 1:05CV3168-CAP |

## DECLARATION OF GORDON ALLAN OF QUB

I, Gordon Allan, declare as follows:

1. I am a named inventor on US Patent No. 6,368,601 ("the '601 patent"), a staff member of The Queen's University of Belfast ("QUB"), and the Group Leader of the inventors from QUB (Gordon Allan, Brian Meehan, Francis McNeilly) on the '601 patent; and, am speaking herein in these capacities. Each of the QUB inventors had an obligation to assign their rights in the '601 patent to QUB, and assignment(s) in favor of QUB was / were executed.

2. I have read and understood the Memorandum In Support Of Merial's Opposition To Intervet's Motion To Dismiss Or, In The Alternative, To Transfer, The Nalle Declaration and the Exclusive License. In the capacities in which I am appearing in this declaration, there is agreement with the positions asserted as to the rights transferred to Merial SAS and the role of Merial Limited.

3. In my capacities in which I am herein appearing, and especially from personal knowledge of activities in those capacities, QUB has been actively working directly with Merial Limited on procurement and enforcement of the patents under the Tripartite Agreement for many years, which is consistent with the effective date of the Exclusive License. Thus, I confirm that both Merial Limited and Merial SAS have and have had since before the December 15, 2005 filing date of this action the exclusive rights to enforce U.S. Patent No 6,368,601 (the '601 patent) which resulted from the research program of the Tripartite Agreement.

4. Merial SAS, the University of Saskatchewan ("USASK"), and QUB and are co-owners of the '601 patent, but enforcement of the '601 patent is solely with Merial Limited and Merial SAS.

5. In the capacities in which I am herein appearing, I understand that QUB will be bound by the decisions of the above-captioned Court in the above-captioned matter as to the '601 patent.

2

\* \* \*

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2006

_____
Gordon Allan