# Exhibit D

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MERIAL LIMITED and
MERIAL SAS,

    Plaintiffs,

v.

INTERVET INC.,

    Defendant.

Civil Action No. 1:05CV3168-CAP

## DECLARATION OF DOUGLAS S. GILL

I, DOUGLAS S. GILL, Managing Director of the Industry Liaison Office of the University of Saskatchewan, declare as follows:

1. I am authorized to speak on behalf of the University of Saskatchewan ("USASK").

2. I have read and understood the Memorandum In Support Of Merial's Opposition To Intervet's Motion To Dismiss Or, In The Alternative, To Transfer, The Nalle Declaration and the Exclusive License. USASK agrees with the

positions asserted as to the rights transferred to Merial SAS and the role of Merial Limited.

3. USASK has been actively working directly with Merial Limited on procurement and enforcement of the patents under the Tripartite Agreement for many years, which is consistent with the effective date of the Exclusive License. Thus, USASK confirms that both Merial Limited and Merial SAS have and have had since before the December 15, 2005 filing date of this action the exclusive rights to enforce U.S. Patent No 6,368,601 (the '601 patent) which resulted from the research program of the Tripartite Agreement.

4. USASK acknowledges USASK, Merial SAS and The Queen's University of Belfast ("QUB") and are co-owners of the '601 patent, but enforcement of the '601 patent is solely with Merial Limited and Merial SAS.

5. USASK agrees to be bound by the decisions of the Court.

* * *

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2006

_____
DOUGLAS S. GILL