## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

### [FIRST PROPOSED] ORDER DENYING
### DEFENDANTS THE QUEEN'S UNIVERSITY OF BELFAST'S AND
### THE UNIVERSITY OF SASKATCHEWAN'S MOTION TO DISMISS

Before the Court is the motion of Defendants The Queen's University of Belfast and the University of Saskatchewan to dismiss for lack of subject matter jurisdiction the complaint of Plaintiff Intervet Inc. Upon full consideration of the motion, the opposition thereto, and the record,

IT IS HEREBY ORDERED that Defendants' motion to dismiss The Queen's University of Belfast and the University of Saskatchewan is DENIED.

Date: _____                          _____

                                                                                             United States District Judge