# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

## [SECOND PROPOSED] ORDER

This case was brought by Plaintiff Intervet Inc. seeking a declaratory judgment with respect to U.S. Patent No. 6,368,601. Before the Court is the motion of Defendants The Queen's University of Belfast and the University of Saskatchewan to dismiss for lack of subject matter jurisdiction the Plaintiff's complaint against them. Upon fully considering the motion, the opposition thereto, the record, and also the potential discovery prejudice to Plaintiff in granting the Universities' motion to dismiss,

IT IS HEREBY ORDERED that because the Queen's University of Belfast, the University of Saskatchewan, and the inventors of U.S. Patent No. 6,368,601 are under the control of Merial Limited and Merial SAS under Fed. R. Civ. P. 34(a), Merial Limited and Merial SAS shall (1) make the inventors available for deposition, and (2) produce all of the inventors' and Universities' documents that are relevant and responsive to Plaintiff's discovery requests; and it is

2

FURTHER ORDERED that the motion to dismiss the Queen's University of Belfast and the University of Saskatchewan is GRANTED.

Date: _____  _____
United States District Judge