UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## THE DECLARATORY JUDGMENT DEFENDANTS' MOTION TO REALIGN THE PARTIES

Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan (collectively "Declaratory Judgment Defendants") hereby move this Court to realign the parties in this case, so that the Declaratory Judgment Defendants will be plaintiffs, and Intervet Inc. ("Intervet") will be the defendant.[1]  As set forth in the accompanying Memorandum of Points and Authorities, realignment of the parties in this case would make clear the true posture of the case, serve the interests of justice, and provide for the logical presentation of evidence at trial.  Accordingly, the Declaratory Judgment Defendants hereby request to be realigned as the plaintiffs in this case, with Intervet as the defendant.

Counsel for the Declaratory Judgment Defendants has conferred with counsel for Intervet regarding this motion as required by LCvR 7(m) and understands that Intervet opposes this motion.

---

[1] The Queen's University of Belfast and The University of Saskatchewan have filed a motion to dismiss Intervet's complaint against them and appear here subject to that motion and their defense of lack of subject matter jurisdiction over this dispute as it pertains to them.

1LEGAL02/30004512v1

Respectfully submitted, this 27th day of July, 2006.

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan*