UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## [PROPOSED] ORDER TO REALIGN THE PARTIES

This case was brought by Plaintiff Intervet, Inc. seeking a declaratory judgment with respect to U.S. Patent No. 6,368,601. The case came before the Court on the motion of the Defendants to realign the parties. Upon consideration of the motion, the opposition thereto, and the record,

IT IS HEREBY ORDERED that Defendants' motion to realign the parties is hereby GRANTED. The parties hereafter are realigned such that the Declaratory Judgment Defendants will proceed as plaintiffs (subject to the Universities' Motion to Dismiss) and Intervet will proceed as the defendant.

_____        _____
Date        United States District Court Judge