UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br>      Plaintiff, <br><br>      v. <br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br>      Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANT UNIVERSITY OF SASKATCHEWAN TO
FILE REPLY ON THEIR MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants The Queen's University of Belfast and The University of Saskatchewan (the "University Defendants"), with the consent of Plaintiff Intervet, Inc., hereby move this Court for an extension of time for them to file their reply brief on their motion to dismiss Intervet's Complaint. The University Defendants' reply is currently due Tuesday, August 1, 2006. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to an extension of the time for the University Defendants to file their reply through and including Tuesday, August 8, 2006.

**WHEREFORE,** the University Defendants respectfully request that the Court grant this consent motion permitting them through and including Tuesday, August 8, 2006 to file their reply on their motion to dismiss Intervet's Complaint.

A proposed order is attached for the Court's consideration.

- 2 -

Dated: July 27, 2006

                              Respectfully submitted,

                              /s/ Timothy A. Ngau
                              ALSTON & BIRD, LLP
                              Timothy A. Ngau
                              DC Bar No. 339333
                              Jill Williamson
                              DC Bar No. 487469
                              950 F Street, NW
                              Washington, DC 20004
                              Phone: 202-756-3300
                              Fax: 202-756-3333

                              Judy Jarecki-Black, Ph.D.
                              Merial Limited
                              3239 Satellite Blvd.
                              Duluth, GA 30096-4640
                              Tel.: (678) 638-3805
                              Fax: (678) 638-3350

                              Thomas J. Kowalski
                              Frommer Lawrence & Haug LLP
                              745 Fifth Avenue
                              New York, New York 10151
                              Tel.: (212) 588-0800
                              Fax: (212) 588-0500

                              Frank G. Smith, III
                              Robert L. Lee
                              J. Patrick Elsevier, Ph.D.
                              Elizabeth K. Haynes
                              Alston & Bird, LLP
                              1201 West Peachtree Street
                              Atlanta, Georgia 30309-3424
                              Tel.: (404) 881-7000
                              Fax: (404) 881-7777

                              Counsel for Defendants The Queen's
                              University of Belfast and The University of
                              Saskatchewan