# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## [PROPOSED] ORDER

The motion of Defendants The Queen's University of Belfast and The University of Saskatchewan for an extension of time to file a reply on their motion to dismiss the Complaint, to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED. The Queen's University of Belfast and The University of Saskatchewan shall have up to and including August 8, 2006 to file their reply.

SO ORDERED, THIS _____ day of _____, 2006.

_____
United States District Judge