IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.<br>      *Plaintiff*,<br><br>  v.<br><br>MERIAL LIMITED;<br>MERIAL SAS;<br>THE QUEEN'S UNIVERSITY OF<br>BELFAST; and<br>UNIVERSITY OF<br>SASKATCHEWAN<br><br>      *Defendants.* | Civil Action No. 06-00658 (HHK) |

**PARTIES' JOINT BRIEF STATEMENT OF THE CASE**

Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan (collectively the "Declaratory Judgment Defendants") hereby submit the following brief statement of the case, pursuant to the Court's June 13, 2006 order.

On April 11, 2006, Intervet brought the present action against the Declaratory Judgment Defendants seeking a declaratory judgment that Intervet's Porcine Circovirus Vaccine Type 2 does not infringe any valid claim of U.S. Patent No. 6,368,601 ("the '601 patent"). Intervet also seeks declaratory judgment of invalidity and/or unenforceability of the '601 patent. In response, Merial Limited and Merial SAS have answered and asserted counterclaims against Intervet alleging that Intervet has willfully infringed, contributed to the infringement of, and actively induced the infringement of claims of the '601 patent. The Queen's University of Belfast and The University of

Saskatchewan have moved to dismiss the declaratory judgment claims against them for lack of subject matter jurisdiction. Intervet is opposing this motion. The Declaratory Judgment Defendants have also moved to realign the parties. Intervet is opposing this motion as well.

Intervet's action for declaratory judgment and affirmative defenses arise under 28 U.S.C. §§ 2201 and 2202, and Title 35, United States Code, §§ 101 *et seq.* (the Patent Act), including more specifically, 35 U.S.C. §§ 102, 103 and 112. Merial Limited's and Merial SAS' counterclaims arise under §§ 1331 and 1338(a) and the Patent Act, including more specifically 35 U.S.C. §§ 271, 281-285.

This 27th day of July, 2006.

Respectfully submitted,

By: /s/ Timothy A. Ngau
    Timothy A. Ngau, Esq.
    Jill Williamson, Esq.
    ALSTON & BIRD, LLP
    950 F Street, NW
    Washington, DC 20004
    Tel: (202) 756-3300
    Fax: (202) 756-3333

    Judy Jarecki-Black, Ph.D., Esq.
    Merial Limited
    3239 Satellite Blvd.
    Duluth, GA 30096-4640
    Tel: (678) 638-3805
    Fax: (678) 638-3350

    Thomas J. Kowalski, Esq.
    Steven M. Amundson, Esq.
    Frommer Lawrence & Haug LLP
    745 Fifth Avenue
    New York, New York 10151
    Tel: (212) 588-0800
    Fax: (212) 588-0500

    Frank G. Smith, III, Esq.
    Robert L. Lee, Esq.
    J. Patrick Elsevier, Ph.D., Esq.
    Elizabeth K. Haynes, Esq.
    Alston & Bird, LLP
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel: (404) 881-7000
    Fax: (404) 881-7777

    *Attorneys for MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and THE UNIVERSITY OF SASKATCHEWAN*

Respectfully submitted,

By: /s/ John R. Hutchins
    John R. Hutchins, Esq.
    KENYON & KENYON, LLP
    1500 K Street, NW, Suite 700
    Washington, DC 20005-1257
    Tel: (202) 220-4200
    Fax: (202) 220-4201

    Michael D. Loughnane, Esq.
    Richard L. DeLucia, Esq.
    KENYON & KENYON, LLP
    One Broadway
    New York, NY, 10004
    Tel: (212) 425-7200
    Fax: (212) 425-5288

    *Attorneys for INTERVET INC.*