UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR WILLIAM G. JAMES, II

I, Cedric C. Tan, a member of the Bar of the District Court for the District of Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of William G. James, II, Esq. of Kenyon & Kenyon LLP to represent Plaintiff Intervet Inc. in the above-captioned action for all purposes. I certify that I find the applicant to be a reputable and competent attorney, and that I am in a position to recommend his admission.

The declaration of William G. James, II, setting forth the information required by LCvR 83.2(d) accompanies this motion as an exhibit.

Dated: July 28, 2006

Respectfully submitted,

/s/ Cedric Tan
_____
Cedric C. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.