UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff*,

v.

MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,

    *Defendants*.

Civil Action No. 1:06-cv-00658 (HHK)

## DECLARATION OF WILLIAM G. JAMES, II

I, William G. James, II, hereby declare, pursuant to LCvR 83.2(d), that:

1. My full name is William Gary James, II.

2. I am a partner in the law firm Kenyon & Kenyon LLP, located at 1500 K Street N.W., Suite 700, Washington, D.C. 20005. My telephone number is (202) 220-4200.

3. I have been admitted to the bar of the State of New York. I am also admitted to practice in the following courts: the United States Court of Appeals for the Federal Circuit, U.S. District Court for the Eastern District of New York and U.S. District Court for the Southern District of New York.

4. I have not been disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I have an application for membership pending with the District of Columbia Bar.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

Dated: July 28, 2006

_____
William G. James, II