UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br>  *Plaintiff*, <br><br> v. <br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST and UNIVERSITY OF SASKATCHEWAN, <br><br>  *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

**ERRATA NOTICE FOR CORRECTED
PROPOSED ORDER FOR ADMISSION *PRO HAC VICE* OF
<u>WILLIAM G. JAMES, II</u>**

  Notice is hereby respectfully given that the Proposed Order for Admission *Pro Hac Vice* of William G. James, II, filed earlier today on July 28, 2006, had inadvertently contained erroneous information. Attached to this Notice as Exhibit 1 is the Corrected Proposed Order for Admission *Pro Hac Vice* of William G. James, II.

Dated: July 28, 2006

                    Respectfully submitted,

                      /s/ Cedric Tan
                    Cedric C. Tan (D.C. Bar # 464848)
                    KENYON & KENYON LLP
                    1500 K Street N.W., Suite 700
                    Washington, D.C. 20005
                    (202) 220-4200 (telephone)
                    (202) 220-4201 (facsimile)
                    Attorneys for Plaintiff
                    Intervet Inc.