## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST and UNIVERSITY OF SASKATCHEWAN,<br><br>    *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

## CORRECTED PROPOSED ORDER FOR ADMISSION
## *PRO HAC VICE* OF WILLIAM G. JAMES, II

Upon the motion of Cedric C. Tan, attorney for Plaintiff, Intervet Inc., for an Order admitting William G. James, II, Esq. *pro hac vice* in this action for all purposes and in consideration of the declaration attached hereto, it is hereby:

ORDERED that William G. James, II, Esq. is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, Intervet Inc.


Dated: _____            _____
                                                United States District Court Judge