UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**DECLARATORY JUDGMENT DEFENDANTS'**
**MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c)(7), Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan (collectively "Declaratory Judgment Defendants")[1] hereby move this Court for entry of a protective order. The Declaratory Judgment Defendants' proposed protective order ("Protective Order") which describes the types of documents and information that they believe should be afforded treatment as "Confidential," "Attorneys' Eyes Only," and "Litigation Counsels' Eyes Only" is attached as Exhibit A. This motion is supported by the accompanying Memorandum of Points and Authorities and the Declaration of Judy Jarecki-Black, a copy of which is attached as Exhibit B. As set forth therein, entry of the Protective Order would serve the interests of justice and facilitate the discovery of confidential and proprietary documents and information.

---

[1] The Queen's University of Belfast and The University of Saskatchewan have filed a motion to dismiss Intervet's complaint against them and appear here subject to that motion and their defense of lack of subject matter jurisdiction over this dispute as it pertains to them.

Counsel for the Declaratory Judgment Defendants has conferred with counsel for Intervet Inc. regarding this motion as required by LCvR 7(m), and understands that Intervet opposes entry of a protective Order in the form proposed by the Declaratory Judgment Defendants.

Respectfully submitted, this 28th day of July, 2006.

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan*