UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and THE UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**[PROPOSED] ORDER ADOPTING
DECLARATORY JUDGMENT DEFENDANTS'
PROTECTIVE ORDER**

This case was brought by Plaintiff Intervet, Inc. seeking a declaratory judgment with respect to U.S. Patent No. 6,368,601. The case came before the Court on the motion of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan (the "Declaratory Judgment Defendants") for a protective order governing the treatment of confidential and sensitive information in this case. Upon consideration of the motion, the opposition thereto, and the record,

IT IS HEREBY ORDERED that the Declaratory Judgment Defendants' protective order, Exhibit A to their motion, is hereby adopted and ordered by this Court.

_____    _____
Date                                United States District Judge