## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

## [PROPOSED] ORDER DENYING
## DEFENDANTS' MOTION TO REALIGN THE PARTIES

Before the Court is the motion of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan to realign the parties in this case. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record,

IT IS HEREBY ORDERED that Defendants' motion to realign the parties is DENIED.

Date: _____                               _____

                                                                                                       United States District Judge