UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

### CONSENT MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF INTERVET INC. TO RESPOND TO DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Intervet Inc. ("Intervet"), with the consent of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan (collectively "Defendants"), hereby moves for an extension of time for Intervet to respond to Defendants' Motion for Entry of a Protective Order. Intervet's response is currently due Friday, August 11, 2006. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Defendants have agreed to an extension of time for Intervet to respond to Defendants' Motion through and including Friday, August 18, 2006.

WHEREFORE, Plaintiff Intervet respectfully requests that the Court grant this agreed motion permitting Intervet through and including August 18, 2006 to respond to Defendants' Motion.

A proposed order is attached for the Court's consideration.

Dated: August 10, 2006                                    Respectfully Submitted,


                                                        /s/ John Hutchins
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2006, I electronically filed Plaintiff Intervet's *Consent Motion For An Extension Of Time For Plaintiff Intervet Inc. To Respond To Defendants' Motion For Entry Of A Protective Order* with the Clerk of the Court using the CM/ECF system which will automatically e-mail notice of this filing to the following attorneys of record:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski, Esq.
Steven M. Admundson, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Elizabeth K. Haynes, Esq.
Robert L. Lee, Esq.
Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

_____
Thomas J. Terebesi
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

2