## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>  *Plaintiff*,<br><br>  v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>  *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

## [PROPOSED] ORDER

The Motion of Plaintiff Intervet Inc. ("Intervet") for an extension of time to answer or otherwise respond to Defendants Merial Limited's, Merial SAS's, The Queen's University of Belfast's, and the University of Saskatchewan's (collectively "Defendants") Motion for Entry of a Protective Order, to which Defendants have consented, is hereby GRANTED. Intervet shall have up to and including August 18, 2006 to file a response to Defendants' Motion for Entry of a Protective Order.

  SO ORDERED, THIS \_\_\_\_\_ day of _____, 2006.

_____
United States District Judge