UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

**DECLARATION OF PATRICE P. JEAN, PH.D.**

1. I am an associate of the law firm of Kenyon & Kenyon LLP located at One Broadway, NY, NY 10004.

2. Attached is a true and correct copy of excerpts from the Transcript of the Hearing on Various Motions, *Merial Ltd. v. Intervet, Inc.*, Case No. 05-CV-3168 (N. D. Ga. Apr. 24, 2006) (Exhibit 1).

3. Attached is a true and correct copy of Defendants Merial SAS' and Merial Limited's First Requests for the Production of Documents and Things to Plaintiff Intervet, Inc. (Exhibit 2).

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2006

/s/ Patrice P. Jean

Patrice P. Jean