UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER AND
<u>ADOPTING PLAINTIFF'S PROTECTIVE ORDER</u>**

Before the Court is the motion of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan for entry of a protective order that would allow in-house counsel for Merial Limited and Merial SAS, Dr. Judy Jarecki-Black, access to Intervet's highly confidential documents. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record,

IT IS HEREBY ORDERED that Defendants' motion for entry of a protective order is DENIED, and

IT IS FURTHER HEREBY ORDERED that Plaintiff Intervet's protective order, Exhibit A to its Opposition to Defendants' Motion for Entry of a Protective Order, is hereby adopted.

Date: _____                               _____
                                                  United States District Judge