UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC.,

    Plaintiff,

    v.

MERIAL LIMITED; MERIAL SAS;
THE QUEENS'S UNIVERSITY OF
BELFAST; and UNIVERSITY OF
SASKATCHEWAN,

    Defendants.

Civil Action No. 1:06-cv-00658 (HHK)

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANTS TO REPLY TO PLAINTIFF INTERVET'S OPPOSITION TO
DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan ("Defendants"), with the consent of Plaintiff Intervet Inc., hereby move this Court for an extension of time to reply to Plaintiff Intervet's Opposition to Defendant's Motion for Entry of a Protective Order. Defendants' reply is currently due Monday, August 28. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to an extension of the time for Defendants to reply to Intervet's Opposition through and including Friday, September 8, 2006.

**WHEREFORE,** Defendants respectfully request that the Court grant this agreed motion permitting Defendants through and including Friday, September 8, 2006 to reply to Intervet's Opposition to Defendant's Motion for Entry of a Protective Order.

A proposed order is attached for the Court's consideration.

- 2 -

Dated: August 21, 2006

                                                Respectfully submitted,

/s/ Timothy A. Ngau\_\_\_
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Defendants