UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### [PROPOSED] ORDER

The motion of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan for an extension of time to reply to Intervet's Opposition to Defendants' Motion for Entry of a Protective Order, to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED. The Defendants shall have up to and including September 8, 2006 to file a reply to Intervet's Opposition to Defendants' Motion for Entry of a Protective Order.

SO ORDERED, THIS _____ day of _____, 2006.

_____
United States District Judge