UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

**PLAINTIFF INTERVET'S MOTION FOR LEAVE TO FILE A RESPONSE
TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR
<u>MOTION FOR ENTRY OF A PROTECTIVE ORDER</u>**

Plaintiff Intervet Inc. ("Intervet") hereby moves for leave to file a response to the reply papers filed by Defendants in support of their Motion for Entry of a Protective Order. In their reply, Defendants propose a newly revised protective order, that has not previously been presented to, or discussed with, Intervet or the Court. *See* Fed. R. Civ. P. 26(c); LCvR 7(m). Defendants also claim that the newly revised protective order moots Intervet's objections to entry of such order. Since the newly proposed protective order and Defendants' arguments in support of it are being submitted for the first time in Defendants' reply papers, Intervet has not had an opportunity to respond. Accordingly, the Court should permit Intervet to file a response before it decides Defendants' motion. Intervet's proposed response is submitted contemporaneously with this motion.

Intervet has conferred with counsel for Defendants and they are not opposed to this motion.

A proposed form of "Order Granting Plaintiff Intervet's Motion for Leave to File a Response to Defendants' Reply Brief in Support of Their Motion for Entry of a Protective Order" is submitted herewith.

Dated: September 18, 2006                                  Respectfully Submitted,

/s/ John R. Hutchins
John R. Hutchins (D.C. Bar # 456749)
William G. James, II
Cedric C. Y. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

Richard L. DeLucia
Michael D. Loughnane
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (telephone)
(212) 425-5288 (facsimile)

*Attorneys for Plaintiff
Intervet Inc.*