UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br>   *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br>   *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

**[PROPOSED] ORDER GRANTING PLAINTIFF INTERVET'S MOTION
FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS'
REPLY BRIEF IN SUPPORT OF THEIR MOTION
FOR ENTRY OF A PROTECTIVE ORDER**

The Court having considered Plaintiff Intervet's Motion for Leave to File a Response to Defendants' Reply Brief in Support of Their Motion for Entry of a Protective Order, and good cause appearing,

IT IS HEREBY ORDERED that Intervet's motion for leave to file a response in the form annexed to its motion is GRANTED,

IT IS FURTHER ORDERED that Plaintiff Intervet's Surreply to Defendants' Motion for Entry of a Protective Order shall be deemed filed on the date of this Order.


Date: _____                                                    _____
                                                                             United States District Judge