UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**DEFENDANTS' REQUEST FOR HEARING
TO RESOLVE MOTION FOR PROTECTIVE ORDER**

Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan (collectively, "Defendants") respectfully request a hearing – either with the Court or, if the Court should so designate, with a Magistrate Judge – to resolve the dispute raised by Defendants' Motion for a Protective Order, filed on July 28, 2006. An opposition to that motion by Plaintiff Intervet, Inc. ("Intervet"), a reply by Defendants, and a sur-reply by Intervet have been filed in connection with that motion.

Defendants request a hearing because the dispute over the appropriate form of a protective order could have a significant impact upon their discovery and pre-trial preparation activities. The dispute primarily involves whether two of Defendants' counsel of record, in-house counsel for Merial Limited and one of Defendants' outside counsel, will be permitted to see documents designated "highly confidential" by Intervet.

Whether or not these two attorneys are permitted to review the entire discovery record and provide the benefit of their unique technical and legal expertise could have a major bearing upon Defendants' ability to prepare their case and be ready for the May 2007 *Markman* hearing that the Court has scheduled.  Defendants therefore believe that timely resolution of this dispute is essential.

Counsel for Defendants has conferred with counsel for Intervet about this request.  Counsel for Intervet advised that Intervet does not join in this request because they do not believe a hearing on the protective order motion is necessary.  Counsel for Intervet has stated that they would be willing to produce documents for review by Defendants' counsel other than the two attorneys in question, subject to any eventual ruling by the Court on the protective order motion.  Defendants submit, however, that an immediate resolution of the dispute is required so that they will have the benefit of the expertise of all of their attorneys from the outset, if the protective order is granted in the form that they have proposed, or will be able to take any necessary and appropriate steps in a timely manner, if the protective order is granted in the form proposed by Intervet.

**WHEREFORE**, Defendants respectfully request a hearing – either with the Court or, if the Court should so designate, with a Magistrate Judge – to resolve the dispute raised by Defendants' motion for a protective order.

Dated:  September 19, 2006

- 3 -

Respectfully submitted,

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Defendants Merial Limited, Merial SAS, The Queens' University of Belfast and the University of Saskatchewan