# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>                    **Plaintiff,**<br><br>**v.**<br><br>**MERIAL LIMITED, et al.,**<br><br>                    **Defendants.** | **Civil Action 06-00658 (HHK)** |

## ORDER REFERRING MOTIONS TO
## UNITED STATES MAGISTRATE  JUDGE JOHN M. FACCIOLA

It is this 20th day of September, 2006, hereby

**ORDERED** that defendants' motion for a protective order [#34] and

motion for hearing [#45] are referred pursuant to LCvR 72.2(a) to United States

Magistrate Judge John M. Facciola for his determination.

_____Henry H. Kennedy, Jr.
                    United States District Judge