UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO INTERVET'S SURREPLY TO DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**

    Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan ("Defendants") hereby move for leave to file a response to the surreply papers filed by Intervet in opposition to Defendants' Motion for Entry of a Protective Order. In their surreply, Intervet introduces new arguments in opposition to Defendants' Motion for Entry of a Protective Order and Defendants respectfully request that they be allowed to respond. Defendants' proposed response is submitted with this motion.

    Defendants have conferred with counsel for Intervet and they are not opposed to this motion.

    A proposed form of order accompanies this motion.

    Respectfully submitted, this 22nd day of September, 2006.

– 2 –

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan*

00399048