## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO INTERVET'S SURREPLY TO DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER

Upon the unopposed motion of Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan for leave to file a response to Plaintiff Intervet, Inc.'s Sur-reply to Defendants' motion for a protective order, and good cause having been shown,

IT IS HEREBY ORDERED THAT Defendants' motion for leave to file a response to Plaintiff's sur-reply is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants' response to Plaintiffs' sur-reply shall be deemed filed on the date of this Order.

_____                    _____
         Date                                                                                    United States District
                                                                                                         Court Judge