

Home / Equine / Diseases

## DISEASES

**Equine:**
Products
Diseases
Parasites
Related Links
Customers
Deworming
Vaccination
Guidelines

**Eastern & Western Encephalomyelitis**

**Equine Influenza**

**Equine Rhinopneumonitis (EHV-1 Abortion)**

**Equine Rhinopneumonitis (EHV-1 and EHV-4)**

**Potomac Horse Fever (PHF)**

**Rabies (equine)**

**Strangles (Streptococcus equi)**

**Tetanus (equine)**

**Venezuelan Encephalomyelitis**

Home    Webmaster    About Us    Contact Us    Employment    Bookmark this site



Home / Swine / Diseases

## DISEASES

**Swine:**
Products
Diseases
Parasites
Technical Info

*Bordetella bronchiseptica* (swine)
**Atrophic Rhinitis**
**Clostridium perfringens C**
**Colibacillosis**
**Enterotoxemia**
**Enzootic pneumonia**
**Erysipelas**
**Haemophilus parasuis**
**Leptospirosis(swine)**
**Mycoplasma Pneumonia**
**Pneumonia**
**Porcine parvovirus**
**Rotavirus Scours**
**Salmonella**
**Transmissible Gastroenteritis**