

Home / Equine / Diseases

## DISEASES

**Eastern & Western Encephalomyelitis**

**Equine Influenza**

**Equine Rhinopneumonitis (EHV-1 Abortion)**

**Equine Rhinopneumonitis (EHV-1 and EHV-4)**

**Potomac Horse Fever (PHF)**

**Rabies (equine)**

**Strangles (Streptococcus equi)**

**Tetanus (equine)**

**Venezuelan Encephalomyelitis**

Equine:
- Products
- Diseases
- Parasites
- Related Links
- Customers
- Deworming
- Vaccination Guidelines

Home   Webmaster   About Us   Contact Us   Employment   Bookmark this site



Home / Swine / Diseases

## DISEASES

**Swine:**
Products
Diseases
Parasites
Technical Info

*Bordetella bronchiseptica* (swine)
**Atrophic Rhinitis**
**Clostridium perfringens C**
**Colibacillosis**
**Enterotoxemia**
**Enzootic pneumonia**
**Erysipelas**
**Haemophilus parasuis**
**Leptospirosis(swine)**
**Mycoplasma Pneumonia**
**Pneumonia**
**Porcine parvovirus**
**Rotavirus Scours**
**Salmonella**
**Transmissible Gastroenteritis**

Home   Webmaster   About Us   Contact Us   Employment   Bookmark this site