UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER DENYING DEFENDANTS' REQUEST FOR HEARING
ON MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Before the Court is Defendants' motion for a hearing on its motion for entry of a protective order. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record,

IT IS HEREBY ORDERED that Defendants' request for a hearing on its motion for entry of a protective order is DENIED.

Date: _____

_____
United States District Judge