UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER FOR AN EVIDENTIARY HEARING
ON MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Before the Court is Defendants' motion for a hearing on its motion for entry of a protective order. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record,

IT IS HEREBY ORDERED that the Court will hold an evidentiary hearing to allow the Court and Intervet the opportunity to examine Dr. Judy Jarecki-Black.

Date: _____

_____
United States District Judge