UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF
THEIR MOTION FOR A HEARING ON THEIR
MOTION FOR ENTRY OF A PROTECTIVE ORDER**

As counsel of record, Dr. Judy Jarecki-Black will attend the hearing, should this Court hold one, on the Defendants' motion for entry of a protective order. At that hearing, she will be prepared to respond to questions the Court may have concerning her role in this litigation or, more generally, her role as intellectual property counsel to Merial. It is, however, unnecessary—indeed, unprofessional—for Intervet to insist on using that hearing as an opportunity to cross-examine her.

Intervet correctly asserts that Dr. Jarecki-Black has represented Merial in a number of prior intellectual property disputes with Intervet. But Intervet fails to mention that in none of those instances—in contrast to the situation here—did Intervet attempt to restrict Dr. Jarecki-Black's access to information or to cross-examine her about her role in those disputes or her position at Merial generally. Moreover, the internal inconsistencies of Intervet's current position—not simply between its position here and its position in prior intellectual property disputes with Merial—should be noted. On one hand, Intervet argues that no hearing is

necessary, implying that the Court can decide the issue without questioning Dr. Jarecki-Black. On the other hand, Intervet argues that if an (unnecessary in its view) hearing is conducted, the Court cannot decide the issue based on the record, and therefore Intervet must be permitted to cross-examine Dr. Jarecki-Black. Intervet's contradictory position lacks logic and reason.

Should this Court grant Defendants' request for a hearing on their motion for a protective order, Dr. Jarecki-Black will attend the hearing and respond to the Court's questions, if any, concerning her role in this litigation or position as intellectual property counsel to Merial.

Dated: October 3, 2006               Respectfully submitted,

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*