UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>   *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

## **PLAINTIFF INTERVET'S MOTION TO AMEND THE CASE SCHEDULE**

Pursuant to Fed. R. Civ. P. 26, Plaintiff Intervet Inc. ("Intervet") hereby moves for an order amending the August 4, 2006 scheduling order ("Scheduling Order") to extend the November 13, 2006 deadline for the parties to exchange disputed claim terms and proposed claim constructions until January 23, 2007. The reasons for granting this motion are set forth in the accompanying memorandum of law. A proposed order so amending the Scheduling Order is submitted herewith.

Pursuant to LCvR 7(m), counsel for Intervet has conferred via telephone with counsel for the defendants in an attempt to resolve this matter. Unfortunately, no resolution was achieved between the parties and Defendants have been unable to confirm whether they oppose this motion. Counsel for Defendants did suggest a conference call with the Court, however Intervet believed it best to submit this issue to the Court via written motion.

Dated: November 7, 2006                                         Respectfully Submitted,


                                                   /s/  John Hutchins
                              John R. Hutchins (D.C. Bar # 456749)
                              KENYON & KENYON LLP
                              1500 K Street N.W., Suite 700
                              Washington, DC 20005
                              (202) 220-4200 (telephone)
                              (202) 220-4201 (facsimile)
                              Attorneys for Plaintiff
                              Intervet Inc.