## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

### [PROPOSED] AMENDED SCHEDULING ORDER

Now before the Court is *Plaintiff Intervet's Motion to Amend the Case Schedule*. Upon consideration of the briefs and the parties' arguments, the court enters the following amended scheduling order this __ day of _____, 200_:

1. Discovery between Merial Limited, Merial SAS and Intervet Inc. shall commence on August 11, 2006. There shall be no discovery requests of The Queen's University of Belfast and The University of Saskatchewan ("the Universities") prior to September 8, 2006, unless the Universities' motion to dismiss is decided prior thereto (but in no case shall discovery of or by the Universities commence prior to August 11, 2006). Discovery of and by the Universities shall be consistent with the court's decision on the Universities' motion to dismiss.

2. Merial Limited, Merial SAS and Intervet, Inc. shall exchange initial disclosures by August 11, 2006. If the Universities remain as parties in this action, the Universities and Intervet Inc. shall exchange initial disclosures two weeks after the court's decision on the Universities' motion to dismiss.

3.  Any amendment of the pleadings or joinder of additional parties shall occur by September 27, 2006.

4.  The parties shall exchange their lists of disputed claim terms and proposed constructions by January 23, 2007. Discovery on claim construction issues and of claim construction witnesses, including any expert witnesses, shall be concurrent with factual discovery and prior to each side's opening *Markman* brief.

5.  The parties shall complete and file a Joint Claim Construction Statement ("JCCS") by February 23, 2007. In the JCCS, the parties shall set forth the construction of those claim terms, phrases, or clauses on which they agree as well as their respective definitions of the claim terms, phrases, or clauses that are disputed.

6.  Briefing on claim construction issues should be as follows:

    Each side's opening brief: April 2, 2007

    Each side's answering brief: April 23, 2007

7.  A *Markman* hearing will be held on May 18, 2007, at 9:45 AM.

8.  Factual discovery shall close on August 24, 2007.

9.  With the exception of expert testimony in connection with claim construction proceedings, the party bearing the burden of proof on an issue shall serve opening expert reports on September 21, 2007. Answering expert reports shall be served on October 19, 2007. Depositions of experts shall conclude by December 14, 2007.

10. The court will hold a status conference on January 14, 2008, at 9:45 AM.

**SO ORDERED**.

_____
Henry H. Kennedy, Jr.
United States District Judge