## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK) |

### ERRATA NOTICE FOR CORRECTED MEMORANDUM IN SUPPORT OF INTERVET'S MOTION TO AMEND THE CASE SCHEDULE

Notice is hereby respectfully given that an incorrect Memorandum in Support was filed earlier today as D.I. 53. Attached to this Notice is the correct *Plaintiff Intervet's Memorandum in Support of its Motion to Amend the Case Schedule*. Counsel for Plaintiff Intervet Inc. respectfully requests that the attached memorandum be substituted in place of the memorandum originally filed under D.I. 53.

Dated: November 7, 2006

Respectfully submitted,

/s/ John Hutchins
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.