UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

**PLAINTIFF INTERVET'S MOTION TO COMPEL DEFENDANTS THE UNIVERSITY OF SASKATCHEWAN AND THE QUEEN'S UNIVERSITY OF BELFAST TO RESPOND TO INTERVET'S DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff Intervet Inc. ("Intervet") hereby moves for an order compelling the University of Saskatchewan and The Queen's University of Belfast (collectively "Universities") to immediately and fully respond to *Plaintiff Intervet's First Set of Interrogatories to Defendants the University of Saskatchewan and The Queen's University of Belfast* and to fully produce all documents responsive to *Plaintiff Intervet's First Request for the Production of Documents and Things to Defendants the University of Saskatchewan and The Queen's University of Belfast*. The reasons for granting this motion are set forth in the accompanying memorandum of law. A proposed order is submitted herewith.

Pursuant to Fed. R. Civ. P. 37 and LCvR 7(m), counsel for Intervet has conferred in good faith via telephone with counsel for the Universities in an attempt to resolve this matter without intervention from the Court. Unfortunately, no resolution was achieved as counsel for the

2

Universities was unwilling to confirm whether they oppose this motion. Given the correspondence between counsel, it is Intervet's understanding that the Universities will oppose the relief sought in this motion.

Dated: November 7, 2006                                    Respectfully Submitted,


                                                              /s/  John Hutchins
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.