UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK) |

**DECLARATION OF CEDRIC TAN IN SUPPORT OF INTERVET'S MOTION TO COMPEL DEFENDANTS THE UNIVERSITY OF SASKATCHEWAN AND THE QUEEN'S UNIVERSITY OF BELFAST TO RESPOND TO <u>INTERVET'S DISCOVERY REQUESTS</u>**

I, Cedric C. Y. Tan, hereby declare as follows:

  1. I am an attorney at Kenyon & Kenyon LLP, counsel for plaintiff Intervet Inc. in the above-captioned action. I am a member of the District of Columbia Bar and have made an appearance as an attorney of record in this action.

  2. Attached as Exhibit A to this Declaration is a true and correct copy of *Plaintiff Intervet's First Set of Interrogatories to Defendants the University of Saskatchewan and The Queen's University of Belfast* ("First Set of Interrogatories"). These interrogatories were served on Defendants the University of Saskatchewan and The Queen's University of Belfast (collectively "Universities") on September 8, 2006.

  3. Attached as Exhibit B to this Declaration is a true and correct copy of *Plaintiff Intervet's First Request for the Production of Documents and Things to Defendants the*

1

*University of Saskatchewan and The Queen's University of Belfast* ("First Set of Document Requests"). These document requests were served on the Universities on September 8, 2006.

      4.      Attached as Exhibit C to this Declaration is a true and correct copy of a letter dated October 11, 2006 from Timothy A. Ngau to myself. This letter accompanied the Universities' responses to Intervet's First Set of Interrogatories and First Set of Document Requests.

      5.      Attached as Exhibit D to this Declaration is a true and correct copy of a representative excerpt of The Queen's University of Belfast's ("QUB") responses to Intervet's First Set of Interrogatories. The portion of the responses related to the QUB's objections to providing responses prior the Court ruling on the Universities' motion to dismiss appears in each and every one of the QUB's interrogatory responses. The University of Saskatchewan filed substantively identical interrogatory responses (not attached hereto).

      6.      Attached as Exhibit E to this Declaration is a true and correct copy of a representative excerpt of QUB's responses to Intervet's First Set of Document Requests. The portion of the responses related to the QUB's objections to providing responses prior the Court ruling on the Universities' motion to dismiss appears in each and every one of the QUB's document request responses. The University of Saskatchewan filed substantively identical document request responses (not attached hereto).

      7.      Attached as Exhibit F to this Declaration is a true and correct copy of a letter dated October 26, 2006 from Patrice P. Jean to Timothy A. Ngau.

      8.      Attached as Exhibit G to this Declaration is a true and correct copy of a letter dated November 1, 2006 from Frank G. Smith to myself.

9. Attached as Exhibit H to this Declaration is a true and correct copy of the transcript from the July 31, 2006 status conference before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2006

_____
Cedric C. Y. Tan