# DECLARATION OF CEDRIC TAN

# EXHIBIT F



Patrice P. Jean, Ph.D.
Direct 212.908.6849
pjean@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

October 26, 2006

**By Facsimile 404.881.7777**
**and Confirm by E-mail**

Timothy A. Ngau, III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

      Re:   *Intervet Inc. v. Merial Limited et al.*,
            Civil Action No. 1:06-cv-00658 (HHK) (D.D.C.)

Dear Tim:

    This letter responds further to your letter of October 11, 2006 to Cedric Tan, regarding the Universities' deficient Rule 33 and Rule 34 responses to Intervet's discovery requests. Presently, the Universities are properly named parties to this action and are required under the Federal Rules to respond formally, separately and fully to Intervet's discovery requests within 30 days after their service. Responding to each of Intervet's discovery requests by stating that the Universities object "to providing responses . . . until at least such time as the Court rules on Defendants The Queen's University of Belfast's and the University of Saskatchewan's Motion to Dismiss for Lack of Subject Matter Jurisdiction" does not satisfy this requirement. We would point out to you that despite the Universities' pending Motion to Dismiss, the Universities currently remain parties to this action and will remain parties until and only if dismissed by the Court. To date, however, there has been no such dismissal of the Universities from the case.

    Accordingly, we expect to receive supplemental responses from the Universities to Intervet's discovery requests before November 2, 2006 or we intend to file a motion to compel any and all such responses. Please also contact us immediately by telephone to meet and confer on this issue if you are unable to secure cooperation from the Universities to file supplemental responses to Intervet's discovery requests, so that we may take appropriate action with the Court.

Timothy A. Ngau, III, Esq.
October 26, 2006
Page 2



We look forward to hearing from you.

                                  Very truly yours,
                                  KENYON & KENYON LLP

                                  Patrice P. Jean

cc:    Attorneys of Record (via E-mail)