# DECLARATION OF CEDRIC TAN

# EXHIBIT G

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III                    Direct Dial: 404-881-7240                    E-mail: frank.smith@alston.com

November 1, 2006

**VIA E-MAIL AND FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC   20005

> Re:   *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658, United States
> District Court for the District of Columbia.
> Our File No. 047041/304818

Dear Cedric:

This letter is in response to your October 26, 2006 letter regarding the Universities' responses to Intervet's discovery requests.

The Universities properly objected to providing formal responses until the Court rules on their Motion to Dismiss. If you are aware of any authority that requires responses to written discovery while a Motion to Dismiss is pending (and before there has been an Answer), please let us know, and we will consider it.

Nonetheless, as previously explained, Merial is endeavoring to identify and produce to Intervet the Universities' documents that are related to this litigation under mutually agreed upon terms.

Sincerely,

Frank G. Smith, III

FGS:jrh
cc (via email): All Counsel of Record

Bank of America Plaza          90 Park Avenue          3201 Beechleaf Court, Suite 600          The Atlantic Building
101 South Tryon Street, Suite 4000     New York, NY 10016          Raleigh, NC 27604-1062          950 F Street, NW
Charlotte, NC 28280-4000          212-210-9400          919-862-2200          Washington, DC 20004-1404
704-444-1000          Fax: 212-210-9444          Fax: 919-862-2260          202-756-3300
Fax: 704-444-1111          Fax: 202-756-3333