## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

        *Plaintiff*,

    v.

MERIAL LIMITED, MERIAL SAS,
THE QUEEN'S UNIVERSITY OF
BELFAST, and UNIVERSITY OF
SASKATCHEWAN,

        *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK)

### [PROPOSED] ORDER

Now before the Court is *Plaintiff Intervet's Motion to Compel Defendants the University of Saskatchewan and The Queen's University of Belfast to Respond to Intervet's Discovery Requests* ("Motion"). Upon consideration of the briefs and the parties' arguments, Intervet's Motion is hereby GRANTED. The University of Saskatchewan and The Queen's University of Belfast are ordered to immediately and fully respond to Intervet's outstanding interrogatories and to immediately and fully respond to Intervet's outstanding document requests and produce all documents responsive to them.

        **SO ORDERED**.

Date: _____

                         _____
                         Henry H. Kennedy, Jr.
                         United States District Judge