UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED, et al.,<br><br>    Defendants. | Civil Action 06-00658<br>(HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE JOHN FACCIOLA

It is this 13th day of November, 2006, hereby

**ORDERED** that plaintiff's motion to amend the case schedule [#53] and all other discovery and discovery-related disputes that may arise in this case, are hereby referred to United States Magistrate Judge John Facciola for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, <u>all</u> filings in this case shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned Judge**.** *See* LCvR 5.1(f).

                    Henry H. Kennedy, Jr.
                    United States District Judge