AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Intervet Inc.

        Plaintiff(s)        )    **APPEARANCE**

        vs.        )    CASE NUMBER    1:06cv658-HHK/JMF

Merial Limited, et al.

        Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Patrice P. Jean  as counsel in this
                                     (Attorney's Name)

case for:  Intervet Inc.
              (Name of party or parties)

November 6, 2006
Date

*(signature)*
Signature

482968
BAR IDENTIFICATION

Patrice P. Jean
Print Name

Kenyon & Kenyon LLP, One Broadway
Address

New York, NY 10004
City      State      Zip Code

212-425-7200
Phone Number