# EXHIBIT A

Alston & Bird



**KENYON & KENYON LLP**
Intellectual Property Law

Cedric C.Y. Tan
Direct 202.220.4306
ctan@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

August 14, 2006

**By Facsimile 404.881.7777**
**and Confirm by U.S. Mail**

Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re: *Intervet Inc. v. Merial Limited et al.*,
Civil Action No. 1:06-cv-00658 (HHK) (D.D.C.)

Dear Mr. Smith:

This letter follows-up on your representations during the July 31, 2006, scheduling conference in the above-referenced matter in which you indicated on behalf of defendants Merial Limited, Merial SAS, The Queen's University of Belfast and the University of Saskatchewan a willingness to prevail on the inventors of U.S. Patent No. 6,368,601 to cooperate in discovery. In that vein, you indicated that you would check with the inventors regarding their availabilities for depositions. Accordingly, please let us know as soon as possible regarding the dates of availability this fall for depositions of the following inventors: Gordon Allan, Brian Meehan, Edward Clark, John Ellis, Deborah Haines, Lori Hassard, John Harding, Catherine Elisabeth Charreyre, Gilles Emile Chappuis and Francis McNeilly.

As you can undoubtedly appreciate, we are eager to schedule these depositions as soon as possible so that they can conclude reasonably in advance of November 13, 2006, which is when each side's opening claim constructions should be exchanged. We note through Merial Limited's and Merial SAS's Rule 26(a)(1) Initial Disclosures that you have indicated that the inventors of the patent-in-suit are to be contacted only through counsel for the defendants. Therefore, we request that you begin the necessary inquiries regarding the available dates of these inventors for depositions including the types of documents that these inventors may have in their respective possession relating to the patent-in-suit. To the extent that defendants are unable to secure the cooperation of any inventor for discovery purposes, including being available for a deposition, please let us know immediately.

Frank G. Smith III, Esq.
August 14, 2006
Page 2



    We look forward to hearing from you.

                              Very truly yours,
                              KENYON & KENYON LLP

                              Cedric C.Y. Tan

cc:    Attorneys of Record (via facsimile)

Frank G. Smith III, Esq.

TOTAL P.003

**KENYON & KENYON LLP**
Intellectual Property Law

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

# Fax Transmission

| From: | **Cedric C.Y. Tan** | Date: | August 14, 2006 |
| Direct Dial: | 202.220.4306 | Fax: | 202.220.4201 |
| Client/Matter: | 12003.41 | Total number of pages: (including cover) | 3 |

*Please deliver to:*

| Name | Company | Fax | Phone |
| --- | --- | --- | --- |
| Frank G. Smith III, Esq. Robert L. Lee, Esq. J. Patrick Elsevier, Ph.D. Elizabeth K. Haynes, Esq. | Alston & Bird LLP | 404.881.7777 | 404.881.7000 |
| Timothy Ngau, Esq. | Alston & Bird, LLP | 202.756.3333 | 202.756.3300 |
| Judy Jarecki-Black, Ph.D. | Merial Limited | 678.638.3350 | 678.638.3805 |
| Thomas J. Kowalski, Esq. Steven M. Amundson, Esq. | Frommer Lawrence & Haug LLP | 212.588.0500 | 212.588.0800 |

Message:
    Please see the attached

☐ Original will not follow   ☒ Original will follow by   ☒ Regular Mail   ☐ Overnight Delivery   ☐ Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   www.kenyon.com