# EXHIBIT B

Alston & Bird

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III        Direct Dial: 404-881-7240        E-mail: frank.smith@alston.com

August 17, 2006

**VIA FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC  20005

Re:  *Intervet v. Merial, et al.*

Dear Cedric:

This letter responds to your correspondence dated August 14, 2006.

Your letter indicates that Intervet wishes to conduct the depositions of all of the named inventors on the '601 patent prior to the parties' exchange of their lists of disputed terms and proposed constructions on November 13, 2006. We do not believe that the depositions of all (or indeed any) of the named inventors necessarily need to be conducted prior to that date. That said, we are in the process of attempting to facilitate the inventors' depositions prior to November 13, 2006. Without committing to the timing or location of these depositions (and without waiver of the rights of any entity or individual to insist upon adherence to Hague Convention formalities), we are inquiring into whether the inventors can be made available for their depositions in the United States, without resort to Hague Convention formalities, prior to November 13. Since this should result in substantial cost savings to all parties, we would expect, under such circumstances, to split the travel and hotel costs of the inventors in connection with conducting their depositions in this country.

Sincerely,

Frank G. Smith, III

FGS:jrh
Cc (via facsimile):    All Counsel of Record

Bank of America Plaza              90 Park Avenue              3201 Beechleaf Court, Suite 600      The Atlantic Building
101 South Tryon Street, Suite 4000  New York, NY 10016          Raleigh, NC 27604-1062               950 F Street, NW
Charlotte, NC 28280-4000            212-210-9400                919-862-2200                         Washington, DC 20004-1404
704-444-1000                        Fax: 212-210-9444           Fax: 919-862-2260                    202-756-3300
Fax: 704-444-1111                                                                                    Fax: 202-756-3333