# EXHIBIT C

Alston & Bird

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III                        Direct Dial: 404-881-7240                       E-mail: frank.smith@alston.com

September 12, 2006

**VIA FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC   20005

Re:   *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658, United States
District Court for the District of Columbia.
Our File No. 047041/304818

Dear Cedric:

Consistent with our prior communications, we are in the process of contacting the inventors of the '601 patent to accommodate Intervet's request that the inventors voluntarily make themselves available for their depositions in the United States and voluntarily produce any documents that they may have related to the above litigation. Of the ten inventors, only five are currently employed by the Defendants. Nonetheless, we have contacted all but one of the inventors regarding Intervet's request and are attempting to locate and contact the remaining inventor.

At this time, we believe that we will be able to make at least some of the inventors available for their depositions during the first two weeks of October at Alston & Bird's Atlanta office. Others may be available the week of October 30th and during the month of November. We are also working with the inventors to provide you with any relevant documents that they may have in advance of their depositions. So that we can try and arrange firm dates and travel plans with the inventors, we need to know as soon as possible, preferably by no later than this Friday, September 15th, whether there are any days during the first two weeks of October, the week of October 30th and the month of November that Intervet will *not* be able to take depositions of the inventors. Once we hear from you, we will try to arrange exact dates with the inventors and will then confirm those dates to you.

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333



As previously communicated, we also need Intervet to confirm that it agrees to split equally the inventors' travel costs to and from the U.S. and their lodging and related expenses incurred while they are in the U.S. for their depositions.

Sincerely,

Frank G. Smith, III

FGS:jrh
cc (via email): All Counsel of Record

LEGAL02/30076370v1

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

# Fax Transmission

| From: | **Cedric C.Y. Tan** | Date: | September 15, 2006 |
| Direct Dial: | 202.220.4306 | Fax: | 202.220.4201 |
| Client/Matter: | 12003.41 | Total number of pages: (including cover) | 3 |

*Please deliver to:*

| Name | Company | Fax | Phone |
| --- | --- | --- | --- |
| Frank G. Smith III, Esq. Robert L. Lee, Esq. J. Patrick Elsevier, Ph.D. Elizabeth K. Haynes, Esq. | Alston & Bird LLP | 404.881.7777 | 404.881.7000 |
| Timothy Ngau, Esq. | Alston & Bird, LLP | 202.756.3333 | 202.756.3300 |
| Judy Jarecki-Black, Ph.D. | Merial Limited | 678.638.3350 | 678.638.3805 |
| Thomas J. Kowalski, Esq. Steven M. Amundson, Esq. | Frommer Lawrence & Haug LLP | 212.588.0500 | 212.588.0800 |

Message:
   Please see the attached

☐ Original will not follow  ☒ Original will follow by  ☒ Regular Mail  ☐ Overnight Delivery  ☐ Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   www.kenyon.com