# EXHIBIT I

Case 1:06-cv-00658-HHK-JMF   Document 59-10   Filed 11/22/2006   Page 1 of 3

Alston & Bird

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III                    Direct Dial: 404-881-7240                    E-mail: frank.smith@alston.com

October 31, 2006

**VIA E-MAIL AND FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC   20005

      Re:    *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658, United States
              District Court for the District of Columbia.
              Our File No. 047041/304818

Dear Cedric:

      This letter is further to my September 26, 2006 letter and in response to your letter dated October 26, 2006.

      As an initial matter, we note that it took you a month to respond to my previous letter. We also note that you did not respond to our October 6, 2006 proposal regarding the scope of and process for electronic discovery until today. If Intervet was serious about obtaining discovery of the inventors before the November 13, 2006 deadline for the exchange of disputed claim terms and proposed constructions, we would expect that it would have acted promptly in these matters. Intervet has an equal responsibility to participate in the discovery process as the defendants.

      In any event, we do not believe that the depositions of any of the inventors need to be conducted before the exchange of disputed claim terms and proposed constructions. Indeed, under the Court's Scheduling Order, discovery on claim construction specifically extends well after the November 13th date. Accordingly, we intend to follow the Court's Scheduling Order and provide the required information on November 13th. We expect Intervet to do the same.

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

**ALSTON & BIRD LLP**

Cedric Tan, Esq.
October 31, 2006
Page 2

      Given that Intervet agrees, as set forth in your letter, to treat any documents produced by Merial as Attorneys' Eyes Only under Intervet's proposed protective order until the Court rules on the protective order issue, at which time we would redesignate the documents under the protective order that is entered, Merial will agree to begin producing its documents as well as any documents that it has obtained from the Universities and inventors on that basis. Merial expects that Intervet will also immediately begin producing its documents, and Merial agrees to accept Intervet's documents as Attorney's Eyes Only under Merial's proposed protective order.

      Of course the above temporary treatment of documents under the particular protective orders will be made without prejudice to each side's positions with respect to the currently pending motions for competing protective orders, and the temporary designation/production will not be used as a basis by either party for asserting that their proposed protective order should be adopted by the Court. Please let us know by Monday, November 6, 2006 whether Intervet agrees to the above proposal for the exchange of documents.

      We look forward to your prompt response on these issues.

      Sincerely,

      Frank G. Smith, III

FGS:jrh
cc (via email): All Counsel of Record

LEGAL02/30136783v1