# EXHIBIT L

Alston & Bird

## Elsevier, Patrick

| | |
|---|---|
| **From:** | James, William [WJames@kenyon.com] |
| **Sent:** | Thursday, November 16, 2006 5:06 PM |
| **To:** | Elsevier, Patrick |
| **Cc:** | samundson@flhlaw.com |
| **Subject:** | Re: Intervet v. Merial: Proposed Discovery Protocol |

We are in agreement on e-discovery. I do not have an answer to your first question yet. Please let me know when you will be available to discuss or exchange custodians.

Bill

-----Original Message-----
From: Elsevier, Patrick <Patrick.Elsevier@alston.com>
To: James, William
CC: Amundson, Steven <SAmundson@flhlaw.com>
Sent: Wed Nov 15 17:25:34 2006
Subject: RE: Intervet v. Merial: Proposed Discovery Protocol

Bill,

In addition to what is set forth below, we had also discussed with you on one of our calls Merial's proposal the parties agreeing to produce all their documents (both paper and electronic) in an electronic format, i.e., .tiff files (with load files for viewing in a document production database platform such as Summation or Concordance) rather than as paper copies. Please let us know whether Intervet will agree to this.

Also please confirm that we are in agreement on the protocol for e-discovery as set forth below.

Thank you,

Patrick

---

From:    Elsevier, Patrick
Sent:    Tuesday, November 14, 2006 5:50 PM
To:      William G. James II Esq. (wjames@kenyon.com)
Cc:      Amundson, Steven
Subject:   RE: Intervet v. Merial: Proposed Discovery Protocol

Bill,

Based on our call today, it appears that we are in agreement on the protocol for e-discovery as outlined in my email below. Specifically, the parties agreed that the additional keyword searching will be done on up to 20 custodians. We will get with you soon to set up a day for the parties to exchange a preliminary list of the names of the proposed custodians. The parties also agreed on the following search terms:

We understand that Intervet would like Merial to search the following 12 keywords:

1. circo* (which would capture circovirus and "circovirus porcin" and circovent)
2. PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
3. PMWS
4. "wasting syndrome"
5. "open reading frame"
6. ORF* (which would capture different ORFs)
7. "syndrome de dépérissement"
8. "cadre ouvert de lecture"

11/20/2006

9. Nayar
10. Hamel
11. Babiuk
12. Saskatchewan

Merial would like for Intervet to search the following 12 keywords:

1. circo* (which would capture circovirus and "circovirus porcin" and circovent)
2. PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
3. PMWS
4. "wasting syndrome"
5. "open reading frame"
6. ORF* (which would capture different ORFs)
7. meehan
8. allan
9. ellis
10. *601 (Note: if Intervet believes that the term *601 would identify too many irrelevant documents, then Merial would consent to searching the term *601 with an "and" connector in conjunction with each of the following terms separately (i) "patent", (ii) the Dutch word for patent, and (iii) "638")
11. *214 (Note: if Intervet believes that the term *214 would identify too many irrelevant documents, then Merial would consent to searching the term 214 with an "and" connector in conjunction with each of the following terms separately (i) "PCT" or (ii) "WO")
12. Saskatchewan

Where the "*" above indicates an appropriate wild card character that would capture the use of the term following or proceeding the wild card character in combination with none or more other alphanumeric characters in place of the wild card character.

Please confirm by reply email that we are in agreement on this protocol.
Regards,
J. Patrick Elsevier, Ph.D., Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7683
Fax: (404) 253-8285
patrick.elsevier@alston.com
http://www.alston.com <http://www.alston.com>

---

From:   Elsevier, Patrick
Sent:   Friday, October 06, 2006 12:13 PM
To:     William G. James II Esq. (wjames@kenyon.com)
Cc:     Amundson, Steven
Subject:   Intervet v. Merial: Proposed Discovery Protocol

Dear Bill:
To follow up on our telephone conference regarding the discovery protocol, Merial proposes that the parties engage in a traditional document collection process in which the parties will identify relevant persons and request that such persons identify and produce any relevant, responsive documents (both paper and electronic) in their possession, custody or control.

In addition, Merial proposes additional keyword searching of electronic documents for up to 20 specifically identified custodians. For these custodians, E-mails and other document types as agreed upon by the parties will be identified from servers and hard drives by keyword searching. The custodians would be the persons having the most relevance to the subject matter of the litigation. We envision that initially each side can identify the most relevant custodians within their own companies, but that the opposing party could also identify additional or other custodians based on their review of documents collected by the traditional document collection process. As we discussed, due to French privacy laws, it is our understanding that Merial will need to obtain the permission of each custodian before it can search that person's electronic files. To the extent that any custodian refuses to permit a search of their electronic files, then we would inform Intervet of such and attempt to work out a solution. Likewise, we would expect Intervet to do the same to the extent that there are similar issues

under Dutch law.

Also, we have confirmed that it is permissible to conduct keyword searching of the shared (i.e., public) company directories on servers without seeking the consent of each custodian who may have files on those servers. Thus, in addition to the above protocol for searching of private files, Merial can agree that the parties will also perform the keyword searching of relevant shared (i.e., public) directories on company servers if Intervet agrees to do likewise.

Each side will search using up to 12 keywords. The searches will cover the following file types: e-mails, text documents (e.g., .doc and .wpd), spreadsheets (e.g., .xls), and presentations (e.g., .ppt).

We understand that Intervet would like Merial to search the following 12 keywords:

1. circo* (which would capture circovirus and "circovirus porcin" and circovent)
2. PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
3. PMWS
4. "Post-weaning multisystemic wasting syndrome"
5. "open reading frame"
6. ORF* (which would capture different ORFs)
7. "Syndrome de dépérissement généralisé de post-sevrage"
8. Intervet
9. Nayar
10. Hamel
11. Babiuk
12. Saskatchewan

Merial would like for Intervet to search the following 12 keywords:

1. circo* (which would capture circovirus and "circovirus porcin" and circovent)
2. PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
3. PMWS
4. "wasting syndrome"
5. "open reading frame"
6. ORF* (which would capture different ORFs)
7. merial
8. allan
9. ellis
10. *601 (Note: if Intervet believes that the term *601 would identify too many irrelevant documents, then Merial would consent to searching the term *601 with an "and" connector in conjunction with each of the following terms separately (i) "patent", (ii) the Dutch word for patent, and (iii) "638")
11. *214 (Note: if Intervet believes that the term *214 would identify too many irrelevant documents, then Merial would consent to searching the term 214 with an "and" connector in conjunction with each of the following terms separately (i) "PCT" or (ii) "WO")
12. Merial will pick a twelfth search term after reviewing the documents collected by the traditional document collection process

Note: the "*" above indicates an appropriate wild card character that would capture the use of the term following or proceeding the wild card character in combination with none or more other alphanumeric characters in place of the wild card character.

Please let us know if the above proposal is acceptable to Intervet.

J. Patrick Elsevier, Ph.D., Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7683
Fax: (404) 253-8285
patrick.elsevier@alston.com
http://www.alston.com <http://www.alston.com>

11/20/2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

11/20/2006