# EXHIBIT B

Alston & Bird

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III          Direct Dial: 404-881-7240          E-mail: frank.smith@alston.com

August 17, 2006

**VIA FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC  20005

Re:   *Intervet v. Merial, et al.*

Dear Cedric:

This letter responds to your correspondence dated August 14, 2006.

Your letter indicates that Intervet wishes to conduct the depositions of all of the named inventors on the '601 patent prior to the parties' exchange of their lists of disputed terms and proposed constructions on November 13, 2006. We do not believe that the depositions of all (or indeed any) of the named inventors necessarily need to be conducted prior to that date. That said, we are in the process of attempting to facilitate the inventors' depositions prior to November 13, 2006. Without committing to the timing or location of these depositions (and without waiver of the rights of any entity or individual to insist upon adherence to Hague Convention formalities), we are inquiring into whether the inventors can be made available for their depositions in the United States, without resort to Hague Convention formalities, prior to November 13. Since this should result in substantial cost savings to all parties, we would expect, under such circumstances, to split the travel and hotel costs of the inventors in connection with conducting their depositions in this country.

Sincerely,

Frank G. Smith, III

FGS:jrh
Cc (via facsimile):   All Counsel of Record

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333