# EXHIBIT F

Case 1:06-cv-00658-HHK-JMF   Document 60-8   Filed 11/22/2006   Page 1 of 3

Alston & Bird

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III          Direct Dial: 404-881-7240          E-mail: frank.smith@alston.com

September 26, 2006

**VIA E-MAIL AND FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC   20005

Re:   *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658, United States
District Court for the District of Columbia.
Our File No. 047041/304818

Dear Cedric:

This letter is in further response to your letter dated September 15, 2006.

As referenced in my letter of September 19, we are in the process of attempting to schedule inventor depositions in late October and November. As matters now stand, we believe that we can make at least Edward Clark, Lori Hassard, and Brian Meehan available for their depositions in that time-frame and that we will be able to provide Intervet with their documents in advance of their depositions, provided that either (i) the Court enters a protective order in advance of the depositions or (ii) Intervet agrees to treat such documents as Attorneys' Eyes Only under Intervet's proposed protective order (since it is the more restrictive of the two proposals under consideration) until the Court rules on the protective order issue, at which time we would redesignate the documents under the protective order that is entered.

Because of issues associated with, among other things, the entry of a protective order and e-discovery, it is unlikely that we will be able to provide Intervet with all of the documents that are in the possession of all of the other inventors and the defendants before the end of October. Accordingly, please let us know whether Intervet would like for us to proceed with the scheduling of the above inventors' depositions or if Intervet

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

**ALSTON & BIRD LLP**
Cedric Tan, Esq.
September 26, 2006
Page 2

would prefer that we defer scheduling any inventor depositions until after the parties have completed their respective document productions.

Sincerely,

*Frank G. Smith*

Frank G. Smith, III

FGS:jrh
cc (via email): All Counsel of Record

LEGAL02/30095235v1