# EXHIBIT N

LEGAL02/30167304v1

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

**Elizabeth Kemmerer Haynes**          Direct Dial: 404-881-7248          E-mail: beth.haynes@alston.com

November 20, 2006

*VIA OVERNIGHT DELIVERY*

Cedric Tan Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257

    Re:    *Intervet v. Merial,* Civil Action No. 1:06-cv-658, United States District Court for the District of Columbia

Dear Cedric:

Please find enclosed one disk containing Merial's document production bearing Bates numbers:

MER0000001-MER00001758

This document production is based on information available to Merial at this time. Merial is currently processing more documents for production.

The inclusion of a document in Merial's production is not an admission by Merial that any document is admissible or relevant for any purpose. Merial's production is made without waiving any right to object to the use of any document or information on any ground.

These documents are being produced pursuant to Intervet's agreement to treat the documents as Highly Confidential – Attorney's Eyes Only under Intervet's proposed protective order until the Court rules on the protective order issue, at which time Merial will re-designate the documents under the protective order that is entered. This temporary treatment of documents under Intervet's proposed protective order is made without prejudice to Merial's positions with respect to the currently pending motions for competing protective orders and cannot be used as a basis by Intervet for asserting that its proposed protective order should be adopted by the Court.

---

Bank of America Plaza          90 Park Avenue          3201 Beechleaf Court, Suite 600          601 Pennsylvania Avenue, N.W.
101 South Tryon Street, Suite 4000          New York, NY 10016          Raleigh, NC 27604-1062          North Building, 10th Floor
Charlotte, NC 28280-4000          212-210-9400          919-862-2200          Washington, DC 20004-2601
704-444-1000          Fax: 212-210-9444          Fax: 919-862-2260          202-756-3300
Fax: 704-444-1111                                Fax: 202-756-3333

Cedric Tan Esq.
November 20, 2006
Page 2

                                  Sincerely,

                                  Elizabeth Kemmerer Haynes

Enclosures

cc:    All Counsel of Record via email w/o enclosures.

LEGAL02/30165023v1