UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC.,
    Plaintiff,

v.

MERIAL LIMITED; MERIAL SAS;
THE QUEEN'S UNIVERSITY OF
BELFAST; and UNIVERSITY OF
SASKATCHEWAN,
    Defendants.

Civil Action No. 1:06-cv-00658 (HHK-JMF)

## [PROPOSED] ORDER

Now Before the Court is *Intervet's Motion to Compel The University of Saskatchewan and the Queen's University of Belfast to Respond to Intervet's Discovery Requests* and *The University of Saskatchewan's and the Queens University of Belfast's Motion for a Protective Order*. It is hereby ordered by the undersigned, that Intervet's Motion to Compel The University of Saskatchewan and The Queen's University of Belfast to Respond to Intervet's Discovery Requests is DENIED. The University of Saskatchewan's and the Queen's University of Belfast's Motion for a Protective Order is hereby GRANTED, and it is ordered that discovery of the University of Saskatchewan and the Queens University of Belfast is stayed until a ruling is entered on their Motion to Dismiss for Lack of Subject Matter Jurisdiction (D.I. 21).

    **SO ORDERED.**

DATE: _____                                 _____
                                                                               John M. Facciola.
                                                                               United States Magistrate Judge