UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

INTERVET, INC.,

                Plaintiff,

      v.

MERIAL LIMITED, et al.,

                Defendants.

Civil Action 06-00658 (HHK)

---

## ORDER OF REFERRAL TO
## UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 1st day of December, 2006, hereby

**ORDERED** that the motion to dismiss of the Queen's University of Belfast and the University of Saskatchewan [#21], filed on June 26, 2006, is hereby referred to United States Magistrate Judge John M. Facciola for his Report and Recommendation pursuant to LCvR 72.3.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge