**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>　　　　*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR PLAINTIFF INTERVET TO FILE A REPLY BRIEF
IN SUPPORT OF ITS MOTION TO COMPEL**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Intervet Inc. ("Intervet") hereby moves for a three-day extension of time for it to file a reply brief in support of its *Motion to Compel Defendants the University of Saskatchewan and The Queen's University of Belfast to Respond to Intervet's Discovery Requests* (D.I. 55). Intervet's reply is currently due Monday, December 4, 2006. Defendants the University of Saskatchewan's and The Queen's University of Belfast's (collectively "Defendants") opposition to this motion to compel was a joint brief that also served to support their motion for a protective order. (*See* D.I. 59-60.) Intervet's opposition to Defendants' motion for a protective order is due Thursday, December 7, 2006. For simplicity, Intervet will respond to this joint brief with a brief that addresses both Intervet's motion to compel (a reply) and Defendants' motion for a protective order (an

opposition). Intervet will file this joint brief on Thursday, December 7, the date that the opposition is due.

Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Defendants has agreed to an extension of the time for Intervet to reply regarding Intervet's motion to compel through and including Thursday, December 7, 2006.

**WHEREFORE**, Intervet respectfully requests that this Court grant this agreed motion permitting Intervet through and including Thursday, December 7, 2006 to reply to Intervet's motion to compel.

A proposed order is attached for the Court's consideration.

Dated: December 1, 2006                               Respectfully Submitted,

                                                                                        /s/ Cedric Tan
Cedric Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS,<br>THE QUEEN'S UNIVERSITY OF<br>BELFAST, and UNIVERSITY OF<br>SASKATCHEWAN,<br><br>   *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, I electronically filed Intervet's *Consent Motion for an Extension of Time for Plaintiff Intervet to File a Reply Brief in Support of Its Motion to Compel* with the Clerk of the Court using the CM/ECF system which will automatically e-mail notice of this filing to the following attorneys of record:

> Judy Jarecki-Black, Ph.D.
> MERIAL LIMITED
> 3239 Satellite Blvd.
> Duluth, GA 30096-4640
> Tel: (678) 638-3805
> Fax: (678) 638-3350

Thomas J. Kowalski, Esq.
Steven M. Admundson, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Elizabeth K. Haynes, Esq.
Robert L. Lee, Esq.
Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Thomas J. Terebesi
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200