## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### [PROPOSED] ORDER

Now before the Court is the *Consent Motion for an Extension of Time for Plaintiff Intervet to File a Reply Brief in Support of Its Motion to Compel* ("Motion"). Upon consideration of the motion and the fact that it is agreed to by the parties, Intervet's Motion is hereby GRANTED. Intervet will have through and including Thursday, December 7, 2006 to file its reply brief in support of its *Motion to Compel Defendants the University of Saskatchewan and The Queen's University of Belfast to Respond to Intervet's Discovery Requests* (D.I. 55).

**SO ORDERED**.

Date: _____          _____
                                 John M. Facciola
                                 United States Magistrate Judge