UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**DECLARATION OF CEDRIC TAN IN SUPPORT OF PLAINTIFF INTERVET'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL AND OPPOSITION TO DEFENDANTS THE UNIVERSITY OF SASKATCHEWAN'S AND THE QUEEN'S UNIVERSITY OF BELFAST'S MOTION FOR A <u>PROTECTIVE ORDER</u>**

I, Cedric C. Y. Tan, hereby declare as follows:

1.  I am an attorney at Kenyon & Kenyon LLP, counsel for plaintiff Intervet Inc. in the above-captioned action. I am a member of the District of Columbia Bar and have made an appearance as an attorney of record in this action.

2.  Attached as Exhibit A to this Declaration is a true and correct copy of *Judicial Assistance in Canada*, an article put out by the United States Department of State and available at the Department of State's website at:

http://travel.state.gov/law/info/judicial/judicial_682.html.

3.  Attached as Exhibit B to this Declaration is a true and correct copy of *Judicial Assistance United Kingdom*, an article put out by the United States Department of State and

1

available at the Department of State's website at:

http://travel.state.gov/law/info/judicial/judicial_671.html.

4.  Attached as Exhibit C to this Declaration is a true and correct copy of a letter dated October 26, 2006 from myself to Timothy Ngau, counsel for defendants Merial Limited, Merial SAS, the University of Saskatchewan, and The Queen's University of Belfast (collectively "Defendants").

5.  Attached as Exhibit D to this Declaration is a true and correct copy of a letter dated October 31, 2006 from Frank G. Smith, counsel for Defendants, to myself.

6.  Attached as Exhibit E to this Declaration is a true and correct copy of a letter dated November 2, 2006 from myself to Frank G. Smith, counsel for Defendants.

7.  Attached as Exhibit F to this Declaration is a true and correct copy of a letter dated November 6, 2006 from Frank G. Smith, counsel for Defendants, to myself.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2006

_____
Cedric C. Y. Tan