# DECLARATION OF CEDRIC TAN

# EXHIBIT B

**Judicial Assistance United Kingdom**

DISCLAIMER: THE INFORMATION IN THIS CIRCULAR IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.

The following is taken in large part from the U.K. Evidence Act of 1975 (Proceedings in Other Jurisdictions) and U.K. Orders 39 and 70 of Rules of the Supreme Court (RSC). For procedures to follow in Scotland see part IV.

## I. SERVICE OF PROCESS

### A. CIVIL CASES

#### 1. PERSONAL SERVICE

The U.K. and the U.S. are parties to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters, 28 U.S.C.A. Appendix following Rule 4, F.R.CV.P.; VII Martindale Hubbell Law Directory, Volume VII (Selected International Conventions); 20 U.S.T. 361; T.I.A.S. 6638.

To obtain personal service in the U.K. under the Convention, the documents to be served should be appended to the Convention request form (See form following the Convention text). A preprinted request form is available from the U.S. Marshals Service. Ask for form No. USM 94. The British Central Authorities require that the court in the United States be the applicant for service under the Convention. Therefore, the court must be shown as the applicant and the requesting authority on the USM 94 and the clerk of court must sign the form. There is no fee required. Send form and documents (in duplicate) to the appropriate central authority:

*Central authority for England and Wales*

Senior Master of the Supreme Court
Queen"s Bench Division
Royal Courts of Justice
Strand London WC2A 2LL, England, U.K.

*Central Authority for Scotland*

By a Note of 21 March 2000, the British Government notified that, with effect from 1 April 2000, the designated authority for Scotland will be:

The Scottish Executive Justice Department
Civil Justice and International Division
Hayweight House
23 Lauriston Street
Edinburgh, EH3 9DQ
Telephone: +44.131.221.6815
Fax: +44.131.221.6894

*Central Authority for Northern Ireland*

By a Note of 10 June 1980, the British Government notified that instead of the Registrar of the Supreme Court of Northern Ireland, designated in 1967 as the additional authority for Northern Ireland in conformity with Article 18 of the Convention, the Master (Queen"s Bench and Appeals) is designated as the said additional authority. The address of the Master (Queen"s Bench and Appeals) is Royal Courts of Justice, Belfast 1.

ALTERNATIVE PERSONAL SERVICE

American Consular Officers are prohibited from serving judicial documents in civil cases. (22 C.F.R 92.85) However, the U.K. allows service of process by agent through solicitors and process servers. For more information and a list of process servers, please see the U.S. Embassy in London's website at http://london.usembassy.gov/cons_new/acs/uk/process-uk.html .

## 2. SERVICE BY MAIL

The U.K. has not declared that it objects to Article 10(a) of the Hague Service Convention. Therefore, service by international registered mail is permitted.

## B. CRIMINAL CASES

### 1. PERSONAL SERVICE

American Consular Officers will serve criminal subpoenas issued by Federal Courts only on American citizens. (22 CFR 92.85-92)

Otherwise, essentially the same options exist for personal service in criminal cases as in civil cases. However, because the aforementioned Hague Convention does not cover criminal cases, the Request form may not be used. Replace it with a letter rogatory (For a form and explanation, see Moore"s Federal Practice 28.05) Also, as no Convention covers criminal service requests, a deposit made payable to the American Embassy London for $32.00 must be submitted with the letter rogatory. The letter rogatory, check and documents to be served should be sent to CA/OCS/CCS/EUR (See I.A. for address). That office will transmit the documents through the diplomatic channel to the person authorized to serve them under British law.

As in civil cases, British solicitors may serve process in criminal cases. CA/OCS/ACS/WE maintains a list of British solicitors.

## 2. SERVICE BY MAIL

The U.K. permits service by international registered mail in criminal cases.

## II. OBTAINING EVIDENCE

## A. CIVIL CASES

### 1. VOLUNTARY WITNESSES

Attorneys from abroad are allowed to depose anyone in the U.K. provided they are willing witnesses. No commission from a court is necessary. The American Embassy in London or the consulates in Belfast or Edinburgh (See III) can render assistance in contracting with local stenographers. Attorneys should not bring court reporters or stenographers with them from the U.S. as the U.K. requires they have work permits. U.K. solicitors may also be retained to take voluntary depositions.

### 2. COMPULSION

When compulsion is needed to take testimony, two options exist in the U.K.

### a. HAGUE EVIDENCE CONVENTION

The U.S. and the U.K. are both parties to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters, 28 U.S.C.A. 1781 (1979 Supplement); Martindale-Hubbell Law Directory Volume VII (Selected International Conventions). Under this Convention, evidence is obtained pursuant to a letter of request transmitted through a central authority in the receiving country.

The Convention provides a model format for the request. The request should be accompanied by a

list of the questions to be posed to the witness by the British court. The request can also ask permission for the American attorney to ask questions of the witness.

It is at the discretion of the individual court whether to allow this. Each country which is party to the Convention had the opportunity to make reservations and declarations regarding the applicability of each article of the Convention to their country.

The U.K. has made a reservation regarding the pretrial discovery of documents. All the reservations can be found at the end of the Convention with the Central Authority information. The letter of request must be signed by the judge and sent to the appropriate central authority:

*Central Authority for England and Wales*

Foreign and Commonwealth Office
Clive House Petty France
London SW1, England, U.K.

*Central Authority for Scotland*

Crown Agent for Scotland
Lord Advocate"s Department
Crown Office
5/7 Regent Road
Edinburgh EH7 5BL Scotland, U.K.

*Central Authority for Northern Ireland*

The Registrar of the Supreme Court For Northern Ireland

**b. Alternative**

Foreign counsel may hire a British solicitor as his agent. In that case the solicitor should be sent the letter of request directly and may then apply for a commission from the British court to take the testimony of the witness.

**B. CRIMINAL CASES**

**1. VOLUNTARY WITNESSES**

American attorneys may take voluntary witness depositions in criminal cases. If the assistance of the U.S. Embassy is required in connection with the taking of a deposition you should contact the American Citizen Services Unit of the Consular Section in London at 44-71-499-9000 or by FAX at 44-71-495-5012.

**2. COMPULSION**

When compulsion is needed in a criminal case, evidence must be obtained pursuant to the letter rogatory procedure. (See 28 u.s.c. 1781(a)(2); 28 U.S.C. 1696; Rule 28(b) Fed. R.Civ.P.; Rule 4(i)(1)(B) FRCivP; 4 J. Moore, Moore"s Federal Practice 28.05) The letter rogatory procedure tends to be lengthy.

**III. SCOTLAND**

**A. SERVICE OF PROCESS**

Service may be effected in Scotland in the same manner as in the remainder of the U.K.

**B. OBTAINING EVIDENCE**

**1. VOLUNTARY WITNESS**

Attorneys or other individuals authorized by DoS may administer oaths and take depaositions in Scotland in civil cases. Voluntary depositions by American attorneys in criminal cases require the approval of the U.K. government. If you plan to conduct a deposition in a criminal case, please telephone the Department of State, CA/OCS/ACS/WE at (202) 647-6178.

## 2. INVOLUNTARY WITNESS

The most common method for obtaining evidence in civil cases in Scotland by compulsion is The Hague Evidence Convention. (See page 3) Evidence in criminal cases is usually obtained by the letter rogartory procedure.

Alternatively, whenever a witness must be compelled to testify or the case is criminal, a Scottish solicitor could be asked could be asked to present a petition to the Inner Court of the Court of Session. If a criminal proceeding is involved, the American court must assure in writing that it is not of a political nature. Usually the Scottish court will authorize the petitioning solicitor to take the requested evidence.

## IV. AMERICAN POSTS IN THE U.K.

*ENGLAND AND WALES*

American Embassy London
24/31 Grosvenor Sq., W1A 1AE
London

Telephone (31)556-8315

*SCOTLAND*

American Consulate General
3 Regent Terrace
Edinburgh EH7 5BW, Scotland

Telephone (71)499-9000

*NORTHERN IRELAND*

American Consulate General
14 Queen Street
Belfast BT1 6EQ, N. Ireland
Telephone (232)328-239

Return to Judicial Assistance Page



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not beconstrued as an endorsement of the views contained therein. Copyright Information   Disclaimers