## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### [PROPOSED] ORDER DENYING
### DEFENDANTS THE UNIVERSITY OF SASKATCHEWAN'S AND THE QUEEN'S UNIVERSITY OF BELFAST'S MOTION FOR A PROTECTIVE ORDER

Before the Court is the motion of Defendants the University of Saskatchewan and The Queen's University of Belfast (collectively "Universities") for a protective order (D.I. 60). Upon full consideration of the motion, the opposition thereto, and the record,

IT IS HEREBY ORDERED that the Universities' motion for a protective order is DENIED.

Date: _____                           _____

                                                                                                  United States Magistrate Judge