UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>       *Plaintiff*,<br><br>    v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN,<br><br>       *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PLAINTIFF INTERVET'S MOTION TO AMEND THE CASE SCHEDULING ORDER'S CLAIM CONSTRUCTION DEADLINES**

      Pursuant to Fed. R. Civ. P. 26, Plaintiff Intervet Inc. ("Intervet") hereby moves for an order amending the August 4, 2006 scheduling order ("Scheduling Order") to extend the claim construction deadlines by approximately two months as follows: (1) extend the deadline for submission of the Joint Claim Construction Statement from February 23 to April 23, 2007; (2) extend the deadline for opening claim construction briefs from April 2 to June 4, 2007; (3) extend the deadline for closing claim construction briefs from April 23 to June 25, 2007; and (4) move the *Markman* hearing from May 18 to sometime in mid-July as the Court's calendar permits. The reasons for granting this motion are set forth in the accompanying memorandum of law. A proposed order so amending the Scheduling Order is submitted herewith.

Pursuant to LCvR 7(m), counsel for Intervet has conferred via telephone with counsel for the defendants in an attempt to resolve this matter. Unfortunately, no resolution was achieved and it is Intervet's understanding that defendants will oppose this motion.

Dated: January 31, 2007          Respectfully Submitted,

           /s/ John Hutchins
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.