## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, and UNIVERSITY OF SASKATCHEWAN, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## DECLARATION OF CEDRIC TAN IN SUPPORT OF PLAINTIFF INTERVET'S MOTION TO AMEND THE CASE SCHEDULING ORDER'S CLAIM CONSTRUCTION DEADLINES

I, Cedric C. Y. Tan, hereby declare as follows:

1. I am an attorney at Kenyon & Kenyon LLP, counsel for plaintiff Intervet Inc. in the above-captioned action. I am a member of the District of Columbia Bar and have made an appearance as an attorney of record in this action.

2. Attached as Exhibit A to this Declaration is a true and correct copy of a letter dated September 12, 2006 that Frank Smith sent to me.

3. Attached as Exhibit B to this Declaration is a true and correct copy of a letter dated September 15, 2006 that I sent to Frank Smith.

4. Attached as Exhibit C to this Declaration is a true and correct copy of a letter dated September 19, 2006 that Frank Smith sent to me.

5. Attached as Exhibit D to this Declaration is a true and correct copy of a letter dated September 26, 2006 that Frank Smith sent to me.

6. Attached as Exhibit E to this Declaration is a true and correct copy of a letter dated October 11, 2006 that Timothy Ngau sent to me.

7. Attached as Exhibit F to this Declaration is a true and correct copy of a letter dated October 26, 2006 that I sent to Timothy Ngau.

8. Attached as Exhibit G to this Declaration is a true and correct copy of a letter dated October 31, 2006 that Frank Smith sent to me.

9. Attached as Exhibit H to this Declaration is a true and correct copy of a letter dated November 2, 2006 that I sent to Frank Smith.

10. Attached as Exhibit I to this Declaration is a true and correct copy of a letter dated November 6, 2006 that Frank Smith sent to me.

11. Attached as Exhibit J to this Declaration is a true and correct copy of a letter dated January 18, 2007 that I sent to Frank Smith.

12. Attached as Exhibit K to this Declaration is a true and correct copy of a letter dated January 25, 2007 that Frank Smith sent to me.

13. Attached as Exhibit L to this Declaration is a true and correct copy of a letter dated January 29, 2007 that I sent to Frank Smith.

14. Attached as Exhibit M to this Declaration is a true and correct copy of an excerpt from the transcript of the July 31, 2006 status conference before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2007

_____
Cedric C. Y. Tan