Exhibit B



Cedric C.Y. Tan
Direct 202.220.4306
ctan@kenyon.com

1500 K Street, NW
Washington, DC  20005-1257
202.220.4200
Fax 202.220.4201

September 15, 2006

**<u>By Facsimile 404.881.7777
and Confirm by U.S. Mail</u>**

Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

      Re:    *Intervet Inc. v. Merial Limited et al.,*
             Civil Action No. 1:06-cv-00658 (HHK) (D.D.C.)

Dear Frank:

      This letter responds to your letter of September 12, 2006, regarding the scheduling of depositions for the inventors of the '601 patent.  At this time, subject to any unforeseen changes in our schedule and with the exceptions of October 4-13, 25 and November 7, we confirm our general availability in the coming two months to take the inventors' depositions.

      Accordingly, please let us know as soon as possible the dates you are proposing so that we can confirm our availability.  In proposing dates, please take into account when the defendants will be finalizing their document productions.  We must receive all relevant documents that are not only in the possession of the inventors but those documents that are in the possession or custody of the defendants reasonably in advance of the depositions.

      We also reiterate our request that you let us know immediately if you are unable to secure the cooperation of any of the inventors for discovery purposes, including a deposition.  Please also identify the five inventors that are still employed by the defendants including the identity of the remaining inventor that has to be located by defendants.

      Regarding your proposal that we share equally in the inventors' travel and other related expenses incurred while they are in the U.S. for depositions, Intervet agrees to split such reasonable expenses only for the depositions of those inventors not currently employed by any defendant.  Specifically, Intervet will not cover any deposition-related expenses of inventors that are still employed by Merial Limited and/or Merial SAS.  With regard to inventors who are still employed by either The Queen's University of Belfast or the University of Saskatchewan, Intervet agrees to split their reasonable deposition-related expenses only if the respective

Frank G. Smith III, Esq.
September 15, 2006
Page 2



University is dismissed from the case pursuant to the pending motion to dismiss.

We look forward to hearing from you.

Very truly yours,
KENYON & KENYON LLP

Cedric C.Y. Tan

cc:    Attorneys of Record (via facsimile)