Exhibit C

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III                    Direct Dial: 404-881-7240                    E-mail: frank.smith@alston.com

September 19, 2006

**VIA E-MAIL AND FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC    20005

> Re:    *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658, United States
> District Court for the District of Columbia.
> Our File No. 047041/304818

Dear Cedric:

This letter responds to your correspondence dated September 15, 2006.

As matters have developed, only four of the inventors remain employed by the currently named defendants. They are Drs. Catherine Charreyre, John Ellis, Deborah Haines and John Harding. Dr. Charreyre is employed by Merial and the others are employed by the University of Saskatchewan. Given Intervet's unwillingness to split expenses with regard to inventors that remain employed by the currently named defendants, the defendants will not agree to bring the employees of the University of Saskatchewan to the United States for their depositions at the defendants' expense. Accordingly, those depositions will need to take place in Saskatchewan. Merial will, however, agree to bring Dr. Charreyre to the United States for her deposition. I understand that Intervet has agreed to split the expenses of the other six inventors, assuming they will agree to travel to the United States for their depositions.

With regard to timing, there is a conference in France that many of the inventors will be attending from, as I understand it, October 14 through October 19. We are in the process of attempting to determine dates on which the inventors can be deposed

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
202-756-3300
Fax: 202-756-3333

**ALSTON & BIRD LLP**
Cedric Tan, Esq.
September 19, 2006
Page 2

subsequent to the conclusion of the conference, understanding that Intervet's counsel is unavailable on October 25 and November 7.

You raise the issue of obtaining all relevant documents prior to deposing the inventors. As I am sure you understand, Intervet's unwillingness to voluntarily enter into a protective order will necessarily slow down the document production process. In addition, Intervet does not need to take the depositions of the inventors prior to the date on which the parties must exchange their list of disputed claim terms and proposed constructions, *i.e.*, November 13, 2006. Indeed, the scheduling order entered by Judge Kennedy on August 4, 2006, specifically contemplates (paragraph 4) that discovery with respect to claim construction issues is slated to take place through the date on which each side's opening *Markman* brief is submitted, *i.e.*, April 2, 2007. Accordingly, we do not expect that Intervet's failure to depose all (or indeed any) of the inventors prior to the identification of disputed claim terms and proposed constructions on November 13 or the filing of the Joint Claim Construction Statement on February 23, 2007, will (or can) be used as a pretext on which to argue that any dates in the *Markman* schedule should be extended.

Sincerely,

Frank G. Smith, III

FGS:jrh
cc (via email): All Counsel of Record

LEGAL02/30087062v1