# Exhibit E

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Timothy A. Ngau, III        Direct Dial: 202-756-3187        E-mail: timothy.ngau@alston.com

October 11, 2006

VIA E-MAIL AND FACSIMILE (202) 220-4201

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC   20005

    Re:    *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658, United States District Court for the District of Columbia.
          Our File No. 047041/304818

Dear Cedric:

    I am enclosing the Universities' Rule 33 and Rule 34 responses to Intervet's discovery requests. The Universities object to providing formal responses until the Court rules on their Motion to Dismiss because, as explained in that motion, the Court lacks subject matter jurisdiction over them. Nonetheless, as previously explained, Merial Limited and Merial SAS—proper parties to this action—are endeavoring to identify and produce documents of the Universities related to this litigation to Intervet under mutually agreed upon terms.

    On a related matter, because we have not heard from you in response to Frank Smith's September 26th letter, we presume that Intervet wants to defer scheduling any inventor depositions until after the parties have completed their respective document productions. Please let us know by October 16th if this is not the case.

                                Sincerely,

                                Timothy A. Ngau

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
202-756-3300
Fax: 202-756-3333

**ALSTON & BIRD LLP**
Cedric Tan, Esq.
October 11, 2006
Page 2


cc (via email w/enclosures):   All Counsel of Record

LEGAL02/30112223v1