# Exhibit J



**Cedric C.Y. Tan**
Direct 202.220.4306
ctan@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

January 18, 2007

**By Electronic Mail**

Frank G. Smith III
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree
Atlanta, GA 30309-3424

      Re: *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658,
          United States District Court for the District of Columbia

Dear Frank:

    Merial has made representations to both the Court and Intervet that you had contacted the named inventors of the '601 patent to obtain their voluntary cooperation in discovery in this matter. To date, however, Intervet has received no relevant inventor documents or any indication as to when such documents will be produced. Likewise, it appears in the productions received to date that we have not received any actual documents from Merial SAS or the Universities. Please let us know when we can expect to receive these documents.

    In addition, your prior correspondence has not clearly set forth which named inventors are still employed by the defendants and/or otherwise available for voluntary depositions. For each of the named inventors, we request that you clarify (1) whether he or she has been contacted, (2) his or her current contact information, (3) whether he or she is still affiliated with one of the Universities or Merial SAS, (4) whether he or she will be voluntarily producing documents and, if so, when, and (5) whether he or she is voluntarily willing to be deposed in this matter. This information is necessary to move discovery along in this case.

    Please provide us with a response on the above issues prior to January 23, 2007.

                                      Very truly yours,
                                      KENYON & KENYON LLP

                                      Cedric C. Y. Tan