# EXHIBIT F

Alston & Bird

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**DEFENDANTS' LIST OF DISPUTED CLAIM TERMS
AND PROPOSED CONSTRUCTIONS**

Without prejudice to the pending June 26, 2006 Motion To Dismiss For Lack of Subject Matter Jurisdiction of Defendants The Queen's University of Belfast and The University of Saskatchewan (collectively, "The Universities") (D.I. 21, 22), and without prejudice to the pending July 27, 2006 Motion To Realign The Parties of Defendants Merial Limited and Merial SAS (collectively, "Merial") and The Universities (D.I. 28), pursuant to the Court's Scheduling Order entered August 4, 2006, Defendants Merial and The Universities (individually and collectively, "The Defendants") provide the following list of disputed claim terms and proposed claim constructions.

| | Claim Term | Defendants' Proposed Claim Construction |
|---|---|---|
| 1. | Vector | An agent (virus or plasmid) used to transmit foreign genetic material to a cell or organism; used for the in vitro or in vivo expression of polypeptides. |
| 2. | ORF [Open Reading Frame] | A length of DNA or RNA sequence between an ATG (or AUG) translation start signal (initiation codon) and a termination codon, which can be potentially translated into a polypeptide sequence. |

| | Claim Term | Defendants' Proposed Claim Construction |
|---|---|---|
| 3. | Porcine Circovirus Type II | A porcine circovirus of type II that is pathogenic to pigs and a causative agent of Post Weaning Multisystemic Wasting Syndrome [PMWS]. |
| 4. | PCV-2 | A porcine circovirus of type II that is pathogenic to pigs and a causative agent of Post Weaning Multisystemic Wasting Syndrome [PMWS]. |
| 5. | PCV-1 [Porcine Circovirus Type I] | A non-pathogenic porcine circovirus that can be derived from PK/15 cells. |
| 6. | Epitope | An immunodominant region of a protein. |
| 7. | Epitope which is specific to PCV-2 | An immunodominant region of a protein encoded by DNA particular to PCV-2. |

The Defendants reserve the right to modify or supplement this list of disputed terms and proposed constructions.

Dated: November 13, 2006

*Timothy A. Ngau*

ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and The University of Saskatchewan*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing DEFENDANTS' LIST OF DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS to be served upon all counsel of record via email.

This 13th day of November 2006.

_____
Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333