## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

        *Plaintiff,*

      v.

MERIAL LIMITED, MERIAL SAS,
THE QUEEN'S UNIVERSITY OF
BELFAST, and UNIVERSITY OF
SASKATCHEWAN,

        *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

## DECLARATION OF PATRICE JEAN IN SUPPORT OF PLAINTIFF INTERVET'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO AMEND THE CASE SCHEDULING ORDER'S CLAIM CONSTRUCTION DEADLINES

I, Patrice P. Jean, Ph.D., hereby declare as follows:

    1.    I am an attorney at Kenyon & Kenyon LLP, counsel for plaintiff Intervet Inc. in the above-captioned action. I have made an appearance as an attorney of record in this action.

    2.    Attached as Exhibit A to this Declaration is a true and correct copy of an e-mail dated November 8, 2006 from Cedric Tan to Timothy Ngau.

    3.    Attached as Exhibit B to this Declaration is a true and correct copy of a letter dated February 19, 2007 from Frank Smith to Cedric Tan.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2007

                              Patrice P. Jean, Ph.D.

1