# EXHIBIT B

This facsimile message and its contents are legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this message and its contents is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone and return the original message to us at the address shown below via the Postal Service. Thank You.

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
404-881-7000
Fax: 404-881-4777

# TELECOPY

## PLEASE DELIVER AS SOON AS POSSIBLE

**Date:**
February 19, 2007

| | |
|---|---|
| **Recipient:** Cedric Tan, Esq. | **Company:** Kenyon & Kenyon, LLP |
| **Fax Number:** (202) 220-4201 | **Voice Number:** (202) 220-4200 |

**Sender:**
Frank Smith

**Message:**

**Number of Pages: (including cover page)** ✗ 3

**IF NOT RECEIVED PROPERLY, PLEASE NOTIFY US IMMEDIATELY AT (404) 881-7241.**

| USER CODE: | SMITF | REQUESTED BY: | Judy Howard |
|---|---|---|---|
| CLIENT/MATTER: | 047041/304818 | OPERATOR: | |

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III                    Direct Dial: 404-881-7240              E-mail: frank.smith@alston.com

February 19, 2007

**VIA E-MAIL AND FACSIMILE (202) 220-4201**

Cedric Tan, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington, DC    20005

> Re:   *Intervet v. Merial, et al.,* Civil Action No. 1:06-cv-00658, United States
> District Court for the District of Columbia.
> Our File No. 047041/304818

Dear Cedric:

This letter responds to your January 29 and February 8, 2007 letters.

As set forth in our January 25, 2007 letter, at Intervet's request we deferred attempting to schedule any of the inventor depositions until after the parties have completed their respective document productions. Unless Intervet has changed its position and is willing to begin taking depositions before document production is complete, and unless Intervet changes it position regarding sharing costs associated with bringing the inventors to the United States, it hardly makes sense for Merial to contact the inventors at this time to determine if they are willing to come to the United States for depositions at some unspecified time in the future. As you are aware, Merial has already gone through this process once -- only to have Intervet change its position and decline to take any of the depositions.

Several categories of documents referenced in your letters were produced to you in Merial's February 1 and February 9 productions. As Merial continues to locate documents that may be responsive to Intervet's document requests, they will be reviewed for production and produced if appropriate. As you are aware, we have been producing documents to you on a rolling basis, and we will continue to do so. We therefore consider a response to your letter on a category-by-category basis to be premature.

Bank of America Plaza          90 Park Avenue          3201 Beechleaf Court, Suite 600          The Atlantic Building
101 South Tryon Street, Suite 4000   New York, NY 10016          Raleigh, NC 27604-1062          950 F Street, NW
Charlotte, NC 28280-4000        212-210-9400            919-862-2200              Washington, DC 20004-1404
704-444-1000              Fax: 212-210-9444          Fax: 919-862-2260            202-756-3300
Fax: 704-444-1111                                                          Fax: 202-756-3333

**ALSTON & BIRD LLP**

Cedric Tan, Esq.
February 19, 2007
Page 2

The bates numbers of the documents collected from the inventors for purposes of this litigation are located in the following ranges:

Drs. Allan, McNeilly, Meehan: MER0006344-0007553;
Dr. Harding: MER0007554-0008095
Dr. Hassard: MER008096-008321
Dr. Clark: MER008322-8580

We expect to produce additional documents from Dr. Meehan in the next day or two. We do not expect to produce any additional documents from any of the other above listed inventors. As previously stated in our January 25 letter, we do not believe that Dr. Chappuis retained any relevant documents when he retired from Merial, and therefore we do not expect to receive any documents from him. We are still investigating to determine whether Dr. Haines has any documents that she is willing to provide to Merial for production to Intervet. Dr. Charreyre is still employed by Merial and thus any documents she has are Merial's and will be produced in its production. Dr. Ellis has informed us that he does not have any documents beyond what was provided by Dr. Hassard.

At this point, the Defendants have produced in excess of four banker's boxes of documents to Intervet while we have received less than two boxes of documents, which include many duplicates, from Intervet. Intervet has represented that this production includes all of the documents it intends to produce other than those which will be designated Highly Confidential – Attorneys' Eyes Only. Given the small size of Intervet's production, we doubt that this amounts to all of the responsive documents in Intervet's possession that should be designated anything other that Highly Confidential – Attorney's Eyes Only. Merial has already produced a significant volume of documents and continues to conduct diligent searches for relevant documents. We ask that Intervet do the same.

Sincerely,

Frank G. Smith, III

Enclosure
cc (via email): All Counsel of Record

LEGAL02/30261162v1