UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br>                **Plaintiff,**<br><br>          v.<br><br>MERIAL LIMITED, et al.,<br><br>                **Defendants.** | **Civil Action 06-00658 (HHK)** |

**ORDER REFERRING MOTION TO UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA**

It is this 22nd day of February, 2007, hereby

**ORDERED** that plaintiff's motion to amend the case scheduling order's claim construction deadlines [#67] is referred pursuant to LCvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge