UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**PLAINTIFF'S AND DEFENDANTS' JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling order, Plaintiff Intervet, Inc. ("Intervet") and Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University of Saskatchewan submit the following joint claim construction statement.[1]

The parties dispute several terms and phrases in U.S. Patent No. 6,368,601 ("the '601 patent"). The table below summarizes the claims that Merial Limited and Merial SAS (collectively and individually, "Merial") contend, at this time, Intervet infringes:[2]

| **Currently Asserted Claims** |
|---|
| 9. A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II. |
| 16. The vector [of claim …9] comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II wherein the |

---

[1] This joint claim construction statement is submitted without prejudice to the pending Defendants The Queen's University of Belfast's and The University of Saskatchewan's Motion To Dismiss For Lack of Subject Matter Jurisdiction of (D.I. 21, 22) or the pending Intervet motion to extend the case scheduling order's claim construction deadlines (D.I. 67).

[2] These claims are identified based on the information currently available to Merial. Merial reserves the right to assert different and/or additional claims based on the Court's claim construction ruling and/or information subsequently discovered.

| Currently Asserted Claims |
|---|
| vector is a virus. |
| 32. An isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1. |
| 33. A vector comprising an isolated DNA molecule [as in claim 32] comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1. |
| 35. The vector [according to claim 33] comprising an isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1 wherein the isolated DNA molecule is expressed in vitro. |

The table below identifies the terms or phrases within the Currently Asserted Claims that the parties dispute, and the parties' proposed constructions thereof:[3]

| | Disputed Term or Phrase | Found in Claims | Defendants' Proposed Construction | Plaintiff's Proposed Construction |
|---|---|---|---|---|
| 1. | Vector | 9, 16, 33, 35 | An agent (virus or plasmid) used to transmit foreign genetic material to a cell or organism; used for the in vitro or in vivo expression of polypeptides. | A live virus or plasmid DNA. |
| 2. | Porcine Circovirus Type 2; PCV-II | 9, 16, 32, 33, 35 | A porcine circovirus of type II that is pathogenic to pigs and a causative agent of Post Weaning Multisystemic Wasting Syndrome [PMWS]. | The five viral strains identified in the '601 patent. |
| 3. | ORFs 1 to 13 | 9,16 | A length of DNA sequence (or corresponding RNA sequence) from the genome of a PCV-2 circovirus between an ATG (or AUG) translation start signal | The specific DNA sequences defined as ORFs 1-13 in Example 13. |

---

[3] Intervet's constructions are preliminary and Intervet reserves the right to change or otherwise amend its claim constructions based on, *e.g.*, further discovery. Intervet also reserves the right to argue that the claim terms are indefinite as construed by Defendants.

|   | **Disputed Term or Phrase** | **Found in Claims** | **Defendants' Proposed Construction** | **Plaintiff's Proposed Construction** |
|---|---|---|---|---|
|   |   |   | (initiation codon) and a termination codon which can be potentially translated into a polypeptide sequence.<br><br>The specific DNA sequences identified in Example 13 are only representative examples. |   |
| 4. | Epitope | 32, 33, 35 | An imnmunodominant region of a protein. | An immunodominant region having at least 8-9 amino acids of a protein or peptide. |
| 5. | A nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1 | 32, 33, 35 | A DNA sequence which codes for an immunodominant region of a protein, wherein the sequence is from the genome of a PCV-2 circovirus and not from the genome of a PCV-1 circovirus. | At present, this term appears to be indefinite as the '601 patent does not provide a definition of "specific to PCV-2 and not specific to PCV-1." |
| 6. | PCV-1 [Porcine Circovirus Type-1] | 32, 33, 35 | A non-pathogenic porcine circovirus that can be derived from PK/15 cells. | The nonpathogenic porcine circovirus strains disclosed in the '601 patent. |

Respectfully submitted, this 23rd day of February, 2007.

| | |
|---|---|
| */s/ John R. Hutchins* | */s/ Timothy A. Ngau* |
| KENYON & KENYON LLP | ALSTON & BIRD, LLP |
| John R. Hutchins | Timothy Ngau |
| DC Bar No. 456749 | DC Bar No. 339333 |
| 1500 K Street, N.W., Suite 700 | 950 F Street, NW |
| Washington, DC 20005 | Washington, DC 20004 |
| Phone: 202-220-4200 | Phone: 202-756-3300 |
| Fax: 202-220-4201 | Fax: 202-756-3333 |
| | |
| | Judy Jarecki-Black, Ph.D. |
| | Merial Limited |
| | 3239 Satellite Blvd. |
| | Duluth, GA 30096-4640 |
| | Tel.: (678) 638-3805 |
| | Fax: (678) 638-3350 |
| | |
| | Thomas J. Kowalski |
| | Steven M. Amundson |
| | DC Bar No. 412196 |
| | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Elizabeth K. Haynes |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

LEGAL02/30238963v3