UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## JOINT MOTION FOR AMENDED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L.C.v.R. 16.4, the parties[1] jointly move the Court for an order amending certain of the dates set forth in the Court's Scheduling Order dated August 4, 2006. In support thereof, the parties show as follows:

On August 4, 2006, this Court entered its Scheduling Order in this case in which, *inter alia*, it ordered in paragraph 6 thereof that each side's opening claim construction brief should be filed on April 2, 2007, and each side's answering claim construction brief should be filed on April 23, 2007, with a *Markman* hearing to be held on May 18, 2007. On January 31, 2007 (DE#67), declaratory judgment plaintiff, Intervet, Inc. ("Intervet") moved to amend the Scheduling

---

[1] This motion is without prejudice to the pending motion to dismiss by The Queen's University of Belfast and the University of Saskatchewan.

Order to provide for an extension of time with respect to claim construction briefing. On February 15, 2007 (DE#68), the Defendants filed their opposition to Intervet's motion. On February 23, 2007, Magistrate Judge John Facciola, following a hearing on the Defendants' Motion for Entry of a Protective Order, directed the parties to confer with respect to Intervet's motion.

In compliance with the Magistrate Judge's directions, counsel for the parties have conferred and have agreed to a one month extension of the dates previously set forth for *Markman* briefing and for the subsequent *Markman* hearing. An Order in the form proposed by the parties is attached hereto as Exhibit A, and the parties respectfully request that this Court enter it. Entry of this Order will render Intervet's motion to amend the scheduling order (DE #67) moot.

Respectfully submitted, this 19th day of March, 2007.

/s/ John R. Hutchins  
KENYON & KENYON, LLP  
John R. Hutchins, Esq.  
DC Bar No. 456749  
1500 K Street, NW, Suite 700  
Washington, DC 20005-1257  
Tel: (202) 220-4200  
Fax: (202) 220-4201  

Michael D. Loughnane, Esq.  
Richard L. DeLucia, Esq.  
KENYON & KENYON, LLP  
One Broadway  
New York, NY, 10004  
Tel: (212) 425-7200  
Fax: (212) 425-5288  

Attorneys for Intervet, Inc.

/s/ Timothy Ngau  
ALSTON & BIRD, LLP  
Timothy Ngau  
DC Bar No. 339333  
950 F Street, NW  
Washington, DC 20004  
Phone: 202-756-3300  
Fax: 202-756-3333  

Judy Jarecki-Black, Ph.D.  
Merial Limited  
3239 Satellite Blvd.  
Duluth, GA 30096-4640  
Tel.: (678) 638-3805  
Fax: (678) 638-3350  

Thomas J. Kowalski  
Steven M. Amundson  
DC Bar No. 412196  
Frommer Lawrence & Haug LLP  
745 Fifth Avenue  
New York, New York 10151  
Tel.: (212) 588-0800  
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited, Merial SAS, The Queen's University of Belfast and University of Saskatchewan