# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## AMENDMENT TO SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L.C.v.R. 16.4. and on good cause shown and the joint motion of the parties, the Scheduling Order entered by this Court on August 4, 2006, is amended as follows:

. . .

6. Briefing on claim construction issues shall be as follows:

   Each side's opening brief: May 2, 2007

   Each side's answering brief: May 23, 2007

7. A *Markman* hearing shall be held as soon thereafter as practicable.

. . .

All other dates in the August 4, 2006, Scheduling Order shall remain unchanged.

So Ordered.

_____

Dated:_____