UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>                Plaintiff,<br><br>               v.<br><br>**MERIAL LIMITED, et al.,**<br><br>                Defendants. | Civil Action 06-00658 (HHK) |

**ORDER CANCELLING MARKMAN HEARING**

In light of recent alterations to the schedule in this case, it is this 23rd day of March, 2007, hereby

**ORDERED** that the Markman hearing scheduled for May 18, 2007, is cancelled. The hearing will be rescheduled after a teleconference with the parties.

                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge