UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MERIAL LIMITED, et al.,**<br>　　　　　　**Defendants.** | Civil Action 06-00658 (HHK) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is the report and recommendation [#74] by Magistrate Judge John M. Facciola, recommending that the motion of the Queen's University of Belfast and the University of Saskatchewan to dismiss for lack of subject matter jurisdiction be granted. For the reasons stated therein, the court provisionally adopts the report and recommendation, subject to modification or withdrawal of this order upon the filing of any objections by plaintiff.

Accordingly, it is this 30th day of March, 2007, hereby

**ORDERED** that the motion to dismiss [#21] is **GRANTED**, subject to the conditions stated above.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge