UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS<br><br>     Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

## SUBMISSION OF AMENDED PROTECTIVE ORDER AND NOTICE OF MOTION FOR CLARIFICATION

In compliance with Magistrate Judge Facciola's March 21, 2007 Order regarding the entry of a protective order in this case, Defendants Merial Limited and Merial SAS ("Merial") hereby submit to the Court the Protective Order attached hereto as Exhibit A.

Merial respectfully requests, however, this Court not enter the attached protective order in light of Merial's Motion to Clarify This Court's Order Regarding Entry of a Protective Order and Request for Expedited Treatment, filed contemporaneously herewith.

This 4th day of April, 2007.

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

LEGAL02/30317263v1

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS