UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

### MOTION TO CLARIFY THIS COURT'S ORDER REGARDING ENTRY OF A PROTECTIVE ORDER AND REQUEST FOR EXPEDITED TREATMENT

Pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure, Merial Limited and Merial SAS ( collectively "Merial") move the Court for an order clarifying the Court's March 21, 2007, Order directing entry of a protective order.  Specifically, Merial requests a clarification of the provision which requires that <u>any</u> person who violates the protective order pay a $250,000 fine.  Merial submits that such a provision will chill the parties' ability to secure the services of persons such as court reporters, videographers, witnesses (both lay and expert), and support staff who will need to see Confidential or Attorneys' Eyes Only documents during the course of this litigation.  Accordingly, Merial asks that the "fine" provision in the Court's Order be limited to counsel for the parties (without regard to their status as in-house or retained counsel and without regard to whether they are counsel of record) who are provided access to documents or information designated Attorneys' Eyes Only.

Because depositions at which confidential and Attorneys' Eyes Only documents are likely to be used are scheduled to begin on April 13, 2007, Merial asks that the Court give this motion expedited treatment.

LEGAL02/30305405v1

For the reasons set forth in the accompanying memorandum, Merial respectfully requests that the Court give its motion expedited treatment and grant it. A protective order in the form proposed by Merial is attached as Exhibit A. Counsel for Merial discussed this motion with counsel for Intervet but was unable to reach an agreement with respect to it.

This 4th day of April, 2007.

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS