UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED, et al., <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Cedric Tan, a member of the Bar of the District Court for the District of Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of Jerry Canada, Esq. of Kenyon & Kenyon LLP to represent Plaintiff Intervet Inc. in the above-captioned action for all purposes. I certify that I find the applicant to be a reputable and competent attorney, and that I am in a position to recommend the applicant's admission.

The declaration of the attorney applicant setting forth the information required by LCvR 83.2(d) accompanies this motion as an exhibit.


Dated: April 5, 2007                   /s/ Cedric Tan_____
                                       Cedric Tan (D.C. Bar No. 464848)
                                       Attorney for Plaintiff