UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED, et al., *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### DECLARATION OF JERRY CANADA

I, Jerry Canada, hereby declare that:

1. My full name is Jerry Canada.

2. I am a partner in the law firm Kenyon & Kenyon LLP, located at One Broadway, New York, New York, 10004. My telephone number is (212) 425-7200.

3. I have been admitted to the state bars of Massachusetts and New York. I have been admitted to practice in the courts of the Eastern District of Michigan and District of Massachusetts.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

                                                                                           /s/ Jerry Canada
                                                                                           Jerry Canada, Esq.