UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff*,

  v.

MERIAL LIMITED, et al.,

    *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

**ORDER FOR ADMISSION *PRO HAC VICE* OF JERRY CANADA**

Upon the motion of Cedric Tan, attorney for Plaintiff, Intervet Inc., for an Order admitting Jerry Canada, Esq. *pro hac vice* in this action for all purposes; and upon the affirmation of Cedric Tan, and the declaration attached hereto, it is hereby:

ORDERED that Jerry Canada, Esq. is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, Intervet Inc.

Dated: _____

                                                    Judge Henry H. Kennedy, Jr.
                                                    United States District Court Judge