UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.,<br><br>    Plaintiff,<br><br>        v.<br><br>Merial Limited,<br>Merial SAS,<br>The Queen's University of Belfast, and<br>The University of Saskatchewan<br><br>    Defendants. | Case No. 1:06CV00658<br>Judge: Henry H. Kennedy |

**DECLARATION OF VICKI FRANKS IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Vicki Franks, hereby declare as follows:

1. I am an associate at the law firm of Frommer Lawrence & Haug LLP located at 745 Fifth Ave., NY, NY 10151.

2. I am a member in good standing of Federal and State Court Bar, among which are the Bar of the States of New York, and the Bars of the United States District Court for the Eastern and Southern Districts of New York and the Federal Circuit.

3. I have never been held in contempt of any court or convicted of any crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

Dated: May 1, 2007

_____
VICKI FRANKS