UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

Intervet, Inc.                                :
                                              :
    Plaintiff,                            :
                                              :
               V.                      :   Case No. 1:06CV00658
                                              :   Judge: Henry H. Kennedy
Merial Limited,                               :
Merial SAS,                                   :
The Queen's University of Belfast, and        :
The University of Saskatchewan                :
                                              :
    Defendants.                           :

---

The undersigned hereby certifies that on this first day of May 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    John R. Hutchins, Esq.
    DC Bar # 456749
    Kenyon & Kenyon
    1500 K Street NW, Suite 700
    Washington, DC
    Tel 202-220-4200, fax 202-220-4201
    Attorneys for Plaintiff, Intervet, Inc.

                                                   /s/ Steven M. Amundson
                                                   Steven M. Amundson, Esq.
                                                   (SAmundson@FLHLaw.com) DC Bar # 412196
                                                 **FROMMER LAWRENCE & HAUG LLP**
                                                 745 Fifth Avenue
                                                 New York, New York 10151
                                                 Tel.: (212) 588-0800; Fax: (212) 588-0500