**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>      Defendants. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that Plaintiff Intervet's Opening Brief On Claim Construction Issues, the Declaration of Patrice Jean, Ph.D. in Support of Plaintiff Intervet's Opening Brief on Claim Construction Issues, and Exhibits in support thereof have been filed under seal pursuant to the Protective Order of April 24, 2007 (D.I. 87). The documents have been filed in paper format with the Court and are not available for public viewing.

Dated: May 2, 2007

                                         Respectfully Submitted,

                                         _____ /s/ __Cedric Tan_____
                                         John R. Hutchins (D.C. Bar # 456749)
                                         William G. James, II
                                         Cedric C. Y. Tan (D.C. Bar # 464848)
                                         KENYON & KENYON LLP
                                         1500 K Street N.W., Suite 700
                                         Washington, DC. 20005
                                         (202) 220-4200 (telephone)
                                         (202) 220-4201 (facsimile)

                                         Richard L. DeLucia
                                         Michael D. Loughnane
                                         KENYON & KENYON LLP

One Broadway
New York, NY 10004
(212) 425-7200 (telephone)
(212) 425-5288 (facsimile)

*Attorneys for Plaintiff*
*Intervet Inc.*