# Exhibit A

CURRICULUM VITAE
April 27, 2007

RAYMOND ROBERT R. ROWLAND, PH.D.
Department of Diagnostic Medicine/Pathobiology
1800 Denison Ave
College of Veterinary Medicine
Kansas State University
Manhattan, KS 66506
Office: 785-532-4631
Email  browland@vet.ksu.edu

**PROFESSIONAL HISTORY AND APPOINTMENTS**

July 2007: Professor, Department of Diagnostic Medicine/ Pathobiology, Kansas State University.
July 2001-June 2007: Associate Professor, Department of Diagnostic Medicine/ Pathobiology, Kansas State University.
August 1998-June, 2001: Associate Professor, Department of Biology-Microbiology, South Dakota State University.
August 1994-July 1998: Assistant Professor, Department of Biology-Microbiology, South Dakota State University.
November 1990-July 1994: Postdoctoral Fellow, Department of Microbiology, University of Minnesota.
October 1989-October 1990: Postdoctoral Fellow, Department of Pharmacology, University of Minnesota.
September 1985-September 1989: University of New Mexico (graduate school)
  Graduate Research Assistant, Department of Microbiology
  Graduate Teaching Assistant, Department of Biology
  Instructor, Department of Biology

**PROFESSIONAL ACTIVITIES-INCLUDING AWARDS, HONORS, FELLOWSHIPS**

2007  Pfizer Researcher of the Year Award, College of Veterinary Medicine
2007  Chair, planning committee, 2006 International PRRS Symposium
2007  Chair, USDA North Central Committee on PRRS, NC-229
2006  Planning committee, 5th International Symposium on Emerging Pig Diseases
2006  Project Director for USDA PRRS CAP renewal
2006  NIH study section IDM-G90 (viral diseases)
2006  Chair, planning committee, 2006 International PRRS Symposium
2005  Chair, USDA North Central Committee on PRRS, NC-229
2005  NIH study section IDM-G90 (viral diseases)
2003  Secretary USDA North Central Committee on PRRS, NC-229
2004  Guest Editor, special issue of Veterinary Immunology and Immunopathology
2004  USDA study panel on CAP funding
2004  Elected member of Phi Zeta Veterinary Research Honor Society
1999  Nominated, South Dakota Regents Young Investigator Award for Research Excellence,

1993   American Cancer Society Postdoctoral Fellow
1990   NIH National Cancer Institute Postdoctoral Training Fellowship, 1990-1993
1990   Member of the Board of Directors, New Mexico Public Health Research Foundation
1989   Phi Kappa Phi Honor Society member

1989-Present
**Ad Hoc Reviewer**: Brain, Behavior, and Immunity; Immunopharmacology; Journal of Neuroimmunology; Proceedings of the Society for Experimental Biology and Medicine; Swine Practitioner, Journal of Clinical Microbiology, Journal of Veterinary Diagnostics Investigation, National Pork Board PRRS Initiative, USDA NRI Competitive Grants Program, Arid Lands Consortium, Journal of General Virology, Journal of Viral Immunology, Virus Research, Immunology, Clinical and Experimental Immunology

## EDUCATION

December 1989: Ph.D., Microbiology, University of New Mexico School of Medicine. Title of dissertation: Effect of met-enkephalin on *in vitro* immunity.
June 1983: M.A., Microbiology, San Francisco State University. Title of thesis: Radioimmunoassay of porcine fibrinopeptide A.
June 1977: B.A., Biology, California State University, Fresno. Graduated Magna Cum Laude.

## TEACHING (1994-2001)

**Undergraduate Courses**
   Immunology- Lecture and Laboratory
   Molecular Microbial Genetics-Laboratory
   Medical Microbiology- Lecture and Laboratory
   Microbial Pathogenesis-Lecture and Laboratory
   Introductory Microbiology Laboratory

**Graduate Courses**
   Molecular Biology
   Immune Response to Viruses

## GRADUATE STUDENTS

**Masters Students**
   Paula Schneider, 2005-2007, Title of research: Genetic sequence analysis of North American Type 1 strains of porcine reproductive and respiratory syndrome virus.
   Luna Agurrie, 2003-2005, Title of research: Cloning and expression of porcine ISG-20.
   Elliot Stevens, 1999-2001, Title of research: Analysis of functional domains in PRRSV GP5.
   Ying Fang, 1997-1999, Title of research: Characterization of a nucleolar localization signal motif in PRRSV N protein.
   Rachel Farwell. 1998-2000. Title of research: The 2b protein of PRRSV.
   Taeg Su Kim, 1998-2000. Title of research: Cytokine production and apoptosis during PRRSV infection.

**Ph.D. Students**
    Dal-Young Kim, 2002-2007, Title of research: The application of a PRRSV reverse genetic system for the study of nonstructural protein (nsp) function.
    Vinita Chauhan, 2003-2006, Title of research: Localization properties of SARS CoV nucleocapsid protein.
    Ying Fang, 2001-2004. Title of research: Heterogeneity and evolution of PRRSV NSP2.
    Bobbi Kervin, 1995-1997. Title of research: Nucleolar localization of the PRRSV N protein.

**Undergraduate Students**
    Jill Haven, Brandon Warrick, Joseph Steffanick, Melissa Steffen, Ann Sperlich, Bridget Robinson, Jack Alexander, Toby Ackermann, Rachel Bierman, Scott Smit, Ryan Gruber, Karla Severson, Quincy Jones, Kristin Kallesen, Diane Stoick, Chris Kuckleburg, Penney Mairose, Marc Finley, Keith Reddy, Jill Iverson, Sarah Englebrecht, Mary Wendel, Heather Waxdahl

**Current Student**
    **Masters**-John Patton, 2005, Title of research: Cloning and expression of SARS-CoV proteins.

## RESEARCH FUNDING

**Pending**
Rowland et al., USDA NRI Coordinated Agricultural Program (CAP), 2008-2012. Control and elimination of PRRS.
AES minigrant (to be submitted 5/14/07), 2007-2008. Tools for the diagnosis of porcine circovirus associated disease.
Balasuriya and Rowland USDA NRI, 2007-2009. Development of Attenuated Marker Vaccines for Equine and Porcine Arteriviruses.

**Current Funding**

Rowland, Pfizer Animal Health. 2006-2007, Safety and attenuation evaluation of modified live strains of PRRSV in feeder pigs, approximately $50,000.
Rowland, NPB, 2006-2007, Identification of a peptide sequence in nsp2 that can function as a deletion marker for the differentiation of vaccinated from naturally infected pigs. $57,000.
Blecha, et al, USDA NRI, 2006-2009. Porcine antimicrobial peptides and Toll-like receptors in PRRS pathogenesis, $340,000.
Rowland and Nietfeld, 2006-2007, NPB, The "Kansas Cluster" of severe PMWS cases: characterization of a novel PCV2 as the possible etiological agent. $63,000
Rowland and Lunney, 2006-2007, USDA NRI CAP, The PRRSV infected population: The contribution of inflammatory cytokines to the appearance of light pigs. $86,000
Lunney and Rowland, 2006-2007, USDA NRI CAP, Long Term PRRS persistence: Understanding the mechanisms involved in controlling, regulating and predicting PRRSV persistence. $70,000
Wyatt and Rowland. 2005-2007, USDA NRI CAP. Characterization of PRRSV T cell epitopes. $200,000.
Rowland and Wyatt. 2003-2007, USDA-NRI , Mechanisms of Short- and long-term consequences of fetal PRRSV infection. $240,000.

3

Rowland and Pickrell, 2003-2007, USDA Challenge Grant, Student experiential learning in food animal infectious disease. $97,000.

**Completed Funding**
Fang et al. 2005-2006, National Pork Board, Accurate ELISA test development: Evaluation of cysteine protease domains of PRRSV non-structural protein 2 as a potential antigen, $10,000
Jessica Rowland, 2005-2006, K-INBRE NIH undergraduate fellowship $3,000
Rowland et al., 2006. USDA NRI-CAP, PRRSV diagnostics: creation of a sample resource for the research community and identification of diagnostic targets for the analysis of immune protection and viral persistence. $350,000
Rowland, 2005-2006, Midwest Research Center of Excellence in Biodefense and Emerging Diseases (MRCE), Preparation of antibody reagents against SARS N protein. $50,000
Rowland. 2003-2006, NIH Structure-Function COBRE. Nucleolar Function of SARSv N protein. $170,000.
Rowland, 2004-2005, Midwest Research Center of Excellence in Biodefense and Emerging Diseases (MRCE), SARS N protein association with nucleolar function. $40,000.
Nelson and Rowland, 2005, National Pork Board. Emerging European-like PRRSV in the U.S.: Implications for diagnostic and control strategies. $50,000
Jaxx and Rowland, 2004-2005, Battelle Rinderpest Monograph, $15,000
Francis and Rowland, 1999-2002, USDA NRI, Receptor binding specificity of K88 fimbriae in E.coli, USDA-NRI, $200,000
Rowland and Benfield, 2000-2002. USDA-NRI, Genomic quasispecies associated with PRRSV-Consistent with other RNA viruses.
Rowland and Benfield 2000-2002, Functional roles for an arterivirus N protein, NIH-R15, $106,000
Rowland, Benfield and Cafruny. 1997-2001. USDA-NRI, Virological, immunological and molecular components of reproductive. $168,000
Benfield and Rowland, 2000-2001, NPPC, Genomic quasispecies associated with persistent PRRSV, $20,000.
Benfield and Rowland. 2000-2001, NPPC, Determining pathogenesis of fetal PRRSV infection, $20,000.
Rowland, Chase and Duvall 1999-2000, USDA NRI Equipment Grant Acquisition of an ABI Automated DNA Sequencer, $63,000.
Benfield and Rowland, 1998-1999, NPPC, Macrophage attenuated PRRS virus, $17,000.
Rowland and Benfield. 1997-1998, NPPC, Antigenic drift during persistent infection with PRRS virus, $23,000.
Rowland. 1997-1998, South Dakota Pork Producers, Buffy coat RT-PCR: A sensitive diagnostic assay for the detection of PRRS virus infection., $3,000.
Rowland and Benfield, 1997-1998, NPPC, The importance of persistently-infected (PI) pigs in the epidemiology of PRRS virus. $17,400.
Benfield, Rowland, et al. 1996-1997, NPPC, Development of a quantitative PCR to evaluate the risk of boar semen as a source of PRRS virus. $18,000.
Benfield, Rowland and Collins, 1995-1998, USDA-NRI, Mechanisms of Persistence of Porcine Reproductive and Respiratory Syndrome Virus, $210,000.
Rowland, 1996-1998, NSF (EPSCoR), Membrane and signal transduction alterations as determinants of the permissiveness of macrophages for LDV replication. Approximately $100,000.

4

**South Dakota State University Institutional Funding (1994-2000)**
Clausen, A and RRR Rowland, Summer 2000, NSF Summer Undergraduate Research Fellowship.
Johnson, C and RRR Rowland, Summer 2000, Joseph Nelson Summer Undergraduate Research Mentorship Program.
Sperlich, A, and RRR Rowland, Summer 1999, NSF Summer Undergraduate Research Fellowship.
Warrick, B, and RRR Rowland, Summer 1999, Joseph Nelson Summer Undergraduate Research Mentorship Program.
Waxdahl, H, and RRR Rowland, Summer 1999, NSF Summer Undergraduate Research Fellowship.
Cheesbrough, T and RRR Rowland, 1999, Acquisition of computers and software for DNA and gene analyses, SDAES.
Sperlich, A and RRR Rowland1998, Joseph Nelson Summer Undergraduate Research Mentorship Program.
Bierman, R. and RRR Rowland, 1998, Joseph Nelson Summer Undergraduate Research Mentorship Program.
Robinson, B and RRR Rowland, 1998, NSF Undergraduate Summer research Fellowship.
Stefanick, J, and RRR Rowland, Summer 1997, Joseph Nelson Undergraduate Mentorship Program. Summer.
Rowland, R, M Hildreth, and T Cheesbrough. Micro Imaging Facility, South Dakota State University College of Agricultural and Biological Science and others. Purchased three research grade microscopes including digital imaging hardware. 1997. Total funding $79,000.

**REVIEW ARTICLES**
Plagemann, PGW, RRR Rowland, C Even, and KS Faaberg. 1995. Lactate dehydrogenase-elevating virus: an ideal persistent virus? Springer Seminars Immunopathol. 17: 167-186.
Rowland, RRR and D Yoo. 2003. Nucleolar-cytoplasmic shuttling of the PRRSV nucleocapsid protein: a simple case of molecular mimicry or the complex regulation by nuclear import, nucleolar localization and nuclear export signal sequences. Virus Res 95: 23-33.
Rowland,RR R, J Kastner, J Hauser, and M Kerrigan. Rinderpest virus-revised monograph.2005. Prepared for: Office of Counterproliferation Biological and Chemical Warfare Assessments Division Defense Intelligence Agency.


**PUBLICATIONS**
Horlen, K, P Schneider, J Anderson, JC Nietfeld, SC Henry, LB Tokach, and RRR Rowland. 2007. A cluster of farms experiencing severe porcine circovirus associated disease (PCVAD): Clinical features and association with the PCV2b genotype. Accepted for publication, J Swine Health and Prod.
Murtaugh MP, SA Dee, JJ Zimmerman, JK Lunney, and RRR Rowland. 2007. Recommendations for PRRS vaccine research. J. Swine Health and Production. In Press. (Letter to the Editor)
Kim, DY, JG Calvert, KO Chang, K Horlen, M Kerrigan, and RRR Rowland. 2007. Expression and stability of foreign tags inserted into nsp2 of porcine reproductive and respiratory syndrome virus (PRRSV). Accepted for publication, Virus Res.

5

Cheung, AK, LM Lager, OI Kohutyuk, AL Vincent, SC Henry SC, RB Baker, RRR Rowland, and AG Dunham. 2007. Detection of two porcine circovirus type 2 genotypic groups in United States swine herds. Arch. Virol. 152:1035-1044.


Fang, Y, P Schneider, W Zhang, KS Faaberg, EA Nelson, and RRR Rowland. 2007. Diversity and evolution of a newly emerged North American Type 1 porcine arterivirus: Analysis of isolates collected between 1999 and 2004. In press, Archiv Virol.

Cafruny, WA, RG Duman, G Wong, S Suleman, P Ward-Demo, RRR Rowland, and EA Nelson. 2006. Porcine reproductive and respiratory syndrome virus (PRRSV) infection spreads by cell-to-cell transfer in cultured MARC-145 cells, is dependent on an intact cytoskeleton, and is suppressed by drug-targeting of cell permissiveness to viral infection. In press, Virol J.

Fang, Y, RRR Rowland, M Roof, JK Lunney, J Christopher-Hennings, and EA Nelson. 2006. A Full-length cDNA Infectious Clone of North American Type 1 Porcine Reproductive and Respiratory Syndrome Virus: Expression of Green Fluorescent Protein in the Nsp2 Region. J Virol 80:11447-11455.

Christopher-Hennings J, M Dammen, E Nelson, RRR Rowland, and R Oberst. 2006. Comparison of RNA extraction methods for the detection of porcine reproductive and respiratory syndrome virus from boar semen. J Virol Meth 136:248-253.

Fang, Y, A Pekosz, L Haynes, EA Nelson, and RRR Rowland. 2006. Production and characterization of monoclonal antibodies against the nucleocapsid protein of Sars-CoV. Adv Exp Med Biol. In press

Plagemann, PGW, RRR Rowland, and WA Cafruny. 2005. Polyclonal hypergammaglobulinemia and formation of hydrophobic immune complexes in porcine reproductive and respiratory syndrome virus-infected and uninfected pigs. Viral Immunol 18: 138-147.

Wu, WH, Y Fang, RR Rowland, SR Lawson, J Christopher-Hennings, KJ Yoon, and EA Nelson. 2005. The 2b protein as a minor structural component of PRRSV. Virus Res 114:177-181.

Rowland, RRR, V Chauhan, Y Fang, A Pekosz, M Kerrigan, and MD Burton. 2005. Intracellular localization of the severe acute respiratory syndrome coronavirus nucleocapsid protein: absence of nucleolar accumulation during infection and after expression as a recombinant protein in vero cells. J Virol 79:11507-11512.

Fang Y, DY Kim, S Ropp, P Steen, J Christopher-Hennings, EA Nelson EA, and RRR Rowland. 2004. Heterogeneity in Nsp2 of European-like porcine reproductive and respiratory syndrome viruses isolated in the United States. Virus Res 100:229-235.

Rowland, RRR, S Lawson, K Rossow, and DA Benfield 2003. Lymphotropism of porcine reproductive and respiratory syndrome virus replication during persistent infection of pigs originally exposed to virus *in utero*. Vet Micro 96: 219-235.

Rowland, RRR, P Schneider, Y Fang, S Wootton, D Yoo, and DA Benfield. 2003. Peptide domains involved in the trafficking of the porcine reproductive and respiratory syndrome virus nucleocapsid protein. Virology 316:135-145

Dongwan Y, SK Wootton, G Li, C Song and RRR Rowland. 2003. Colocalization and interaction of the porcine arterivirus nucleocapsid protein with the small nucleolar RNA-associated protein fibrillarin. J Virol 77: 12173-12193.

Kim, TS, DA Benfield, and RRR Rowland. 2002. Porcine reproductive and respiratory syndrome virus-induced cell death exhibits features consistent with a non-typical form of apoptosis. Virus Res 85:133-140.

Wootton, SK, RR Rowland, and D Yoo, 2002, Phosphorylation of the Porcine Reproductive and Respiratory Syndrome Virus (PRRSV) Nucleocapsid Protein. J Virol. 76:10569-10576.

Plagemann, PGW, R Rowland, and K Faaberg. 2002. The primary neutralization epitope of porcine reproductive and respiratory syndrome virus strain VR-2332 is located in the middle of the GP5 ectodomain. Arch Virol 147:2327-2347.

Wu, W, Y Fang, R Farwell, M Steffen-Bien, RRR Rowland, J Christopher-Hennings, and EA Nelson. 2001. A 10 kDa structural protein of porcine reproductive and respiratory syndrome virus encoded by ORF2b. Virology 287:183-191.

Schlenker, EH, QA Jones, RR Rowland, M Steffen-Bien, and WA Cafruny. 2001. Age-dependent poliomyelitis in mice is associated with respiratory failure and viral replication in the central nervous system and lung. J Neurovirol 7:265-71.

Rowland, RRR, TS Kim, B Robinson, J Stefanick, L Guanghua, SR. Lawson, and DA Benfield. 2001. Inhibition of porcine reproductive and respiratory syndrome virus by interferon-gamma and recovery of virus replication with 2 aminopurine. Archiv Virol 146:539-555.

Shaw, AW, L Braun, T Frew, DJ Hurley, RRR Rowland, and CCL Chase. 2000. A role for bovine herpes virus 1 (BHV-1) glycoprotein E (gE) tyrosine phosphorylation in replication of BHV-1 wild-type virus but not BHV-1 gE deletion mutant virus. Virology 268:159-166.

Cafruny, W. SE Bradley, and RRR Rowland. 1999. Regulation of immune complexes during infection of mice with lactate dehydrogenase-elevating virus: Studies with interferon-g gene knockout and tolerant mice. Viral Immunol 12:163-173.

Chen, Z, K Li, RRR Rowland, and PGW Plagemann. 1999. Selective antibody neutralization prevents neuropathogenic lactate dehydrogenase-elevating virus from causing paralytic disease in immunocompetent mice. J Neurovirol 5:200-2008.

Rowland, RRR, R Kervin, C Kuckleburg, A Sperlich, and DA Benfield. 1999. The localization of porcine reproductive and respiratory syndrome virus nucleocapsid protein to the nucleolus of infected cells and identification of a potential nucleolar localization signal sequence. Virus Res 64:1-12.

Rowland, M Steffen, T Ackerman, and DA Benfield. 1999. The evolution of porcine reproductive and respiratory syndrome virus: quasispecies and emergence of a virus subpopulation during infection of pigs with VR-2332. Virology 259: 262-266.

Cafruny, WA, TR Haven, SR Lawson, GHW Wong, and RRR Rowland. 1998. Inhibition of virus-induced age-dependent poliomyelitis by interferon-γ. Antiviral Res 36:1-9.

Rossow, KD, JL Shivers, PE Yeske, DD Polson, RRR Rowland, SR Lawson, MP Murtaugh, EA Nelson and JE Collins. 1998. Porcine reproductive and respiratory syndrome virus in neonatal pigs characterized by marked neurovirulence. Vet Record 144:444-448.

Chen, Z, K Li RRR Rowland, GW Anderson, and PGW Plagemann. 1998. Lactate dehydrogenase-elevating virus variants: cosegregation of neuropathogenicity and impaired capability for high viremic persistent infection. J Neurovirol 4: 560-568.

Chen Z, K Li, RRR Rowland, and PGW Plagemann. 1998. Neuropathogenicity and susceptibility to immune response are interdependent properties of lactate dehydrogenase-elevating virus (LDV) and correlate with the number of N-linked polylactosaminoglycan chains on the ectodomain of the primary envelope glycoprotein. Adv Exp Med Biol 440:583-592.

Chen Z, RRR Rowland, GW Anderson, and PGW Plagemann. 1997. Coexistence in lactate dehydrogenase-elevating virus pools of variants that differ in neuropathogenecity and ability to establish a persistent infection. J. Virol 71:2913-2920.

Lawson, SR, KD Rossow, JE Collins, DA Benfield, and RRR Rowland. 1997. Porcine reproductive and respiratory syndrome virus infection of gnotobiotic pigs: sites of virus replication and co-localization with MAC387-positive cells 21 days post-infection. Virus Res 51:105-113.

Haven, TR, RRR Rowland, PGW Plagemann, GW Wong, SE Bradley, and WA Cafruny. 1996. Regulation of transplacental virus infection by developmental and immunological factors: studies with lactate dehydrogenase-elevating virus. Virus Res 41:153-161.

Even, C, RRR Rowland, and PGW Plagemann. 1995. Mouse hepatitis virus (MHV) infection of mice causes long-term depletion of lactate dehydrogenase-elevating virus (LDV)-permissive macrophages. Virus Res 39:355-364.

Even, C, RRR Rowland and PGW Plagemann. 1995. Antiviral cytotoxic T cells are generated transiently in lactate dehydrogenase-elevating virus-infected mice but do not affect virus replication or persistence. J Virol 69:5666-5676.

Anderson, GW, RRR Rowland, C Even, GA Palmer and PGW Plagemann. 1995. Lactate dehydrogenase-elevating virus persists in liver, spleen, lymph nodes and testis, and results in accumulation of viral RNA in germinal centers concomitant with the polyclonal activation of B cells. J Virol 69:5177-5185.

Anderson, GW, GA Palmer, RRR Rowland, C Even, and PGW Plagemann. 1995. Infection of CNS by ecotropic murine leukemia virus (MuLv) in C58 and AKR mice and in utero-infected CE/J mice predisposes mice to paralytic infection by lactate dehydrogenase-elevating virus (LDV). J Virol 69:308-314.

Anderson, GW, G Palmer, RRR Rowland, C Even, and PGW Plagemann. 1995. Lactate dehydrogenase-elevating virus entry into the central nervous system and replication in anterior horn neurons. J Gen Virol 76:581-592.

Rowland, RRR, E Butz, and PGW Plagemann. 1994. Is nitric oxide production by macrophages responsible for T cell suppression during acute infection with lactate dehydrogenase-elevating virus (LDV). J Immunol 152:5785-5795.

Rowland RRR, C Even, GW Anderson, Z Chen, B Hu, and PGW Plagemann. 1994. Neonatal infection of mice with lactate dehydrogenase-elevating virus (LDV) results in suppression of humoral antiviral immune response but does not alter the course of viremia, polyclonal activation of B cells and immune complex formation. J Gen Virol 75:1071-1079.

Chen, Z, L Kuo, RRR Rowland, C Even, KS Faaberg, and PGW Plagemann. 1993. Sequences of 3-end of genome and 5'-end of ORF 1a of lactate dehydrogenase-elevating virus (LDV) and common junction motifs between 5' leader and bodies of seven subgenomic mRNAs. J Gen Virol 74:643-660.

Cao, Y, RRR Rowland, and T Kogoma. 1993. DNA polymerase I and the bypassing of RecA dependence of constitutive stable DNA replication in Escherichia coli rnhA mutants. J Bact 175:7247-7253.

Kuo, L, Z Chen, RRR Rowland, KS Faaberg, and PGW Plagemann. 1992. Lactate dehydrogenase-elevating virus (LDV): subgenomic mRNAs, mRNA leader and comparison of 3'-terminal sequences of two LDV isolates. Virus Res 23:55-72.

Razani-Boroujerdi, S, RRR Rowland, K Ortiz, S Savage, and S Tokuda. 1992. Evidence of altered T-lymphocyte number and proliferative responses in genetically epilepsy-prone rats. J. Neuroimmunology 37:93-97.

Rowland, RRR, G Weiss, D Tso-Olivas, S Tokuda, K Ortiz, and D Savage. 1991 Evidence for immune suppression in the genetically epilepsy-prone rat. Life Sci 48:1821-1826.

Rowland, RRR, R Reyes, R Chuckwuocha, and S Tokuda. 1990. Corticosteroid and immune responses in mice following implantation of mini-osmotic pumps. Immunopharmacology. 20:187-190.

Rowland, RRR, and S Tokuda. 1989. Dual immunomodulation by met-enkephalin. Brain Behav Immun 3:177-179.

Rowland, RRR, R Chuckwuocha, and S Tokuda. 1987. Modulation of the murine immune response by met-enkephalin. Brain Behav Immun. 1:342-348.

Stewart, RJ, KT Yamaguchi, RRR Rowland, AS Santibanez, and J Rahimian. 1986. Early detection of extravascular lung water in an inhalation injury model. Burns Incl Ther Inj. 12:457-460.

Rowland, RRR, KT Yamaguchi, AS Santibanez, K Kodoma, VT Ness, et al. 1986 Smoke inhalation model for lung permeability studies. J Trauma 26: 153-156.

## MEETING ABSTRACTS AND PRESENTATIONS

Patton, J, RRR Rowland and KO Chang. 2007. The replication of porcine reproductive and respiratory syndrome virus in the association with CD163. submitted to meeting of American Society of Virology

Kaiser, TJ, KP Horlen, M Keith, R Jolie, LP Taylor, JG Calvert, RRR Rowland. 2007. Safety and attenuation of PRRSV strains genetically modified in the nsp2 region in young pigs. submitted to 5th International Symposium on Emerging and Re-Emerging Pig Diseases. Krakow, Poland

Rowland, RRR, Y Fang, P Schneider, W Zhang, K Faaberg, E Nelson. 2007. Diversity and pathogenesis of PRRSV Type 1 isolates in North America. Submitted to 5th International Symposium On Emerging and Re-Emerging Pig Diseases. Krakow, Poland.

Lunney, JK, D Petry, R Johnson, D Kuhar, J Christopher-Hennings, J Zimmerman, RRR Rowland. 2007. Swine immunity and genetic resistance to Porcine Reproductive and Respiratory Syndrome virus (PRRSV) infection. submitted to 8th International Veterinary Immunology Symposium, Ouro Preto, Brazil

Molina, RM, W Chittick, EA Nelson, J Christopher-Hennings, R Evans, R Hesse, RRR Rowland, JJ Zimmerman. 2007. Performance of PRRSV serologic assays using "Meat Juice" submitted to 46th North Central Conference of Veterinary Laboratory Diagnosticians, Ames IA

Molina, RM, RRR Rowland, J Christopher-Hennings, E Nelson, J Lunney, SH Cha, K-J Yoon, JJ Zimmerman. 2007. Improved Estimate of PRRSV Persistence in a Population of Pigs. submitted to 46th North Central Conference of Veterinary Laboratory Diagnosticians, Ames IA

Lunney J, RRR Rowland, R Molina, J Hermann, D Kuhar, J Christopher-Hennings, E Nelson, V Leathers, J Zimmerman. 2006. Do immune genes indicate which pigs will have persistent PRRSV infections? In: R. Ellis Ed., Proceedings of the Conference of Research Workers in Animal Diseases (CRWAD) meeting.

Nietfeld, JC, S Henry, L Tokach, RR Rowland. 2006. An Outbreak of Porcine Dermatitis and Nephropathy Syndrome: Pathology and Unanswered Questions. Annual AAVLD Meeting, Minneapolis, MN

Cafruny W, G Wong, P Ward-Demo, R Duman, S Said, R Rowland, E Nelson. 2006. Analysis of porcine reproductive and respiratory syndrome virus (PRRSV) infection of MARC-145 cells by flow cytometry and confocal microscopy. 2006 ASV

Rice AM, V Leathers, L Plourde, R Rowland, R Molina, J Hermann, J Zimmerman. 2006. Detection of PRRSV seroconversion and persisting antibody titers in swine following controlled infection during a long-term study. Proceedings of the 19th International Pig Veterinary Society Congress, 1:57.

Lunney, J, D Petry, DR Johnson, F Zuckermann, J Zimmerman, RRR Rowland. 2006. Understanding swine immunity to Porcine Reproductive and Respiratory Syndrome virus (PRRSV) infection – informing future vaccine design. International Veterinary Vaccines and Diagnostics Conference

Schneider, P, DY Kim, RRR Rowland. 2006. Genetic analysis of North American Type 1 PRRS viruses: A case for recombination as a source of genetic diversity. 2006, Kansas State Phi Zeta Research Day.

Rowland, JM and RRR Rowland. 2006. The unfolded protein response during PRRSV infection. 2006, Kansas State Phi Zeta Research Day. (first place for best poster presentation)

Kim, DY, M Kerrigan, JG Calvert, RRR Rowland . 2006. Localization properties of PRRSV nonstructural protein 2 (nsp2). 2006 International PRRS Symposium, Chicago.

Kim, DY, K Chang , JG Calvert, RRR Rowland. 2006. Deletions and heterologous gene expression in nsp2 of PRRSV. 2006 International PRRS Symposium, Chicago.

Schwartz, J, N Benson, B Neiger, HX Liu, RR Rowland, DA Benfield, J Christopher-Hennings, EA Nelson, Y Fang. 2006. Evaluation of the cysteine protease domain of PRRSV nsp2 as a potential new antigen for ELISA development. 2006 International PRRS Symposium, Chicago.

Lunney, L, RRR Rowland, R Molina, J Hermann, D Kuhar, J Christopher-Hennings, E Nelson, V Leathers, J Zimmerman. 2006. Do immune genes indicate which pigs will have persistent PRRSV infections? 2006 International PRRS Symposium, Chicago.

Wyatt, CR and RRR Rowland. 2006. Detection of T cell response after *in vitro* stimulation with GP5 peptides from PRRSV VR-23332. 2006 International PRRS Symposium, Chicago

Patton, JB, BA Kornilayev, D Robertson, RRR Rowland. 2006. Ubiquitin as a fusion partner for expression of recombinant SARS proteins in *E. coli*. University of Kansas COBRE on Protein Structure and Function, Lawrence.

Kornilayev, BA, JB Patton, RRR Rowland. 2006. Cloning, Expression, Purification and Characterization of SARS coronavirus nucleocapsid protein. 2006 ABRF meeting, San Diego

Wyatt, C and RRR Rowland. 2005. Mapping PRRSV T cell epitopes. International PRRS Symposium, St. Louis.

Rowland, RRR, R Molina, J Hermann, J Christopher-Hennings, E Nelson, J Lunney, V Leathers, J Zimmerman. 2005. Management of PRRS Persistence: Studies at the population level. PRRS International Symposium and Conference of Research Workers in Animal Diseases, St. Louis.

Gaudreault, N, C Wyatt, RRR Rowland. 2005. Permissiveness of porcine alveolar macrophages for PRRS virus replication in culture is dependent on culture conditions. PRRS International Symposium and Conference of Research Workers in Animal Diseases, St. Louis.

Rowland, RRR, J Nietfeld, R Molina, J Hermann, J Zimmerman. 2005. The effect of PRRS virus infection on growth performance. International PRRS Symposium and Conference of Research Workers in Animal Diseases, St. Louis.

Rowland, JM and RRR Rowland. 2005. The PRRS virus N protein possesses a non-classical nuclear export signal sequence. International PRRS Symposium, St. Louis.

Rowland, JM, and RRR Rowland. 2005. PRRS virus fails to activate the unfolded protein response. International PRRS Symposium and Conference of Research Workers in Animal Diseases, St. Louis.

Rowland, JM, M Kerrigan, M Burton, RRR Rowland. 2005. Identification of an export signal sequence in the PRRS virus N protein. 2005 ASM, Missouri Valley Branch Meeting.

Kim, DY and RR Rowland. 2005. The construction of Infectious full-length cDNA clone of Type I PRRSV. 2005 ASM Missouri Valley Branch Meeting.

Aguirre, L, P Schneider, RR Rowland. 2005. Cloning of a 20-kDa interferon-stimulated gene (ISG20) from porcine cells. ASM Missouri Valley Branch Meeting.

Gaudreault, N, C Wyatt, RRR Rowland. 2005. Permissiveness of porcine alveolar macrophages for PRRS virus replication. 2005 ASM Missouri Valley Branch Meeting.

Aguirre, L, and RRR Rowland. 2005. Expression of a 20-kDa Interferon-Stimulated Gene in Porcine Cell Lines Infected with Porcine Reproductive and Respiratory Syndrome Virus Kansas State Phi Zeta Research Day (second place for best oral presentation)

Rowland, RRR and J Nietfeld. 2005. Antiviral cytokine response in the PRRS virus-infected fetus. International Nidovirus Meeting, Colorado Springs.

Fang, Y, K Faaberg, A Pattnaik, R Rowland, F Osorio, J Christopher-Hennings, EA Nelson. 2005. Construction of a full-length cDNA infectious clone of a European-like Type 1 PRRSV Isolated in the U.S. International Nidovirus Meeting, Colorado Springs.

Rowland, RRR, V Chahaun, Y Fang, A Pekosz. 2005. Intracellular localization properties of the SARS-CoV nucleocapsid protein. 2005 RCE National Meeting, Galveston.

Chauhan, V, JM Rowland, RRR Rowland. 2005. Absence of nuclear targeting activity within the lysine-rich domain of the SARS-CoV N protein is the result of an aspartic acid residue at position 372. Conference of Research Workers in Animal Diseases, St. Louis. (first place award for best graduate student presentation).

Chauhan, V, J Patton, RRR Rowland. 2005. Does SARS-CoV nucleocapsid protein traffic to the nucleus? 2005 ASM, Missouri Valley Branch Meeting.

Chauhan, VS, Y Fang, A Pekosz, RRR Rowland. 2005. Unique localization properties of SARS-CoV Nucleocapsid protein. Kansas State Phi Zeta Research Day (first place award for best presentation)

Fang, Y, A Pekosz, R Rowland. 2005. Production and characterization of monoclonal antibodies against the nucleocapsid protein of severe acute respiratory syndrome coronavirus (SARS-CoV). 2005 Nidovirus Meeting, Colorado Springs

Rowland, RRR, V Chauhan, Y Fang, A Pekosz, RRR Rowland. 2005. Does SARS-CoV N traffic to the nucleolus? 2005 Nidovirus Meeting, Colorado Springs

Kim, D-Y, and RRR Rowland. 2005. Subcellular localization of the non-structural proteins of PRRS virus. 2005 Nidovirus Meeting, Colorado Springs

Fang, B Neiger, T Hawkins, J Christopher-Hennings, RR Rowland, EA Nelson. 2004. Preparation of monoclonal antibodies against the NSP2 protein of North American European-like Type 1 isolate. Conference of Research Workers in Animal Diseases , Chicago.

Wyatt, CR, and RRR Rowland. 2004. In utero PRRS virus infection results in alterations in lymph node T and B lymphocyte proportions. Conference of Research Workers in Animal Diseases, Chicago.

Fang, Y, D Kim, RRR Rowland, S Ropp, P Steen, J Christopher-Hennings, EA Nelson. 2003. Heterogeneity in the NSP2 Gene of European-like PRRSV Isolated in the United States. Conference of Research Workers in Animal Diseases, Chicago.

Fang, Y, WP Zhang, RRR Rowland, J Christopher-Hennings, EA Nelson. 2003. Phylogeny of European-like PRRSV Isolates in North America. Conference of Research Workers in Animal Diseases, Chicago.

Rowland, RRR, P. Schneider, M. Siepel, J Rowland, DA Benfield. 2003. Virus replication and induction of antiviral immunity in fetuses infected with PRRS virus. Conference of Research Workers In Animal Diseases, Chicago.

Ropp, SL, DA Benfield, M Boddicker, M Bien, RRR Rowland. 2001. Effects of cell passage on the nucleotide sequence of PRRSV strain 23983. 20th Meeting American Society of Virology, Madison, Wisconsin.

Rowland, RRR, R Farwell, M Steffen-Bien, W Wu, E Nelson DA Benfield. 2001. The use of EGFP for the study of the bicistronic expression of PRRS virus ORF2. 20th Meeting American Society of Virology, Madison, Wisconsin.

Nelson, C, D Waldner, M Rice, R Rowland, D Zeman, D Benfield. 2001 Evaluation of a macrophage attenuated isolates of PRRS virus as a vaccine for PRRS. Conference of Research Workers in Animal Diseases, St. Louis, MO.

Rowland, RRR, EA Nelson, MS Steffen-Bien and DA Benfield. 2001. Congenital PRRSV: the role of fetal infection. Conference of Research Workers in Animal Diseases, St. Louis, MO.

Nelson, C, M. Rice, D Waldner, R Rowland, D Zemam, D Benfield. 2001. Comparison of the virulence of two macrophage attenuated isolates of PRRS virus to the virulent parental isolate and the commercial RespPRRS® and PrimePac PRRS® modified-live vaccine viruses in gnotobiotic pigs. Conference of Research Workers in Animal Diseases, St. Louis, MO.

Steffen-Bien, MS, YFang, DA Benfield, RRR Rowland. 2001. Intracellular localization of PRRS virus N protein. Conference of Research Workers in Animal Diseases, St. Louis, MO.

Ropp, S, D Benfield, M Boddicker, M Steffen-Bien, RRR Rowland. 2001. Effects of cell passage on the nucleotide sequence of the PRRS virus strain 23983: genetic analysis of a macrophage attenuated PRRS virus isolate. Conference of Research Workers in Animal Diseases, St. Louis, MO.

Wu, W, Y Fang, RRR Rowland, M Steffen-Bien, EA Nelson. 2001. The ORF2b protein of PRRSV. Conference of Research Workers in Animal Diseases, St. Louis, MO.

Stevens, E, TS Kim, DA Benfield, RRR Rowland. 2000. Induction of apoptosis by PRRSV. Conference of Research Workers in Animal Diseases, Chicago IL.

Wu, W, Y Fang, E Stevens, RRR Rowland, EA Nelson. 2000. A 70 kDa heat shock protein co-localizes with the nucleocapsid protein of PRRSV in the cell nucleolus. Conference of Research Workers in Animal Diseases, Chicago IL.

Fang, Y, B Warrick A Sperlich, RRR Rowland. 2000. Sequence requirement for nucleolar localization of PRRS virus nucleocapsid protein. VIIIth International Symposium on Nidovirales.

Stevens, E., TS Kim, DA Benfield, RRR Rowland. 2000. Induction of apoptosis by PRRSV. Conference of Research Workers in Infectious Disease, Chicago.

Sara Engelbrecht, S and R Rowland. 2000. Methods of PRRS virus culture. Undergraduate Research Day, Pierre, SD.

Sperlich, A and R Rowland. Expression of PRRS genes. 2000. Undergraduate Research Day, Pierre

Warrick, B and R Rowland. 2000. Nuclear localization of the N protein of the PRRS virus. Undegraduate Research Day, Pierre, SD.

Sperlich, A, R Kervin, DA Benfield, RRR Rowland. 1998. Stable expression of porcine reproductive and respiratory syndrome virus n protein in marc-145 cells. Third Annual Ray Moore Research Conference, Brookings.

Bierman, R, N Talbot, J Stefanick, DA Benfield, RRR. Rowland. 1998. A method for deriving porcine peripheral blood macrophages for the study of porcine reproductive and respiratory syndrome virus. Third Annual Ray Moore Research Conference, Brookings.

Gruber, R, M Steffen, DA Benfield, RRR Rowland. 1998. Sequence differences between passage 136 and a parental strain of PRRSV. Third Annual Ray Moore Research Conference, Brookings

Ackerman, TC, MS Steffen, DA Benfield, RR Rowland. 1998. Mutation in the ectodomain region of gp5 with persistence of porcine reproductive and respiratory syndrome virus. Third Annual Ray Moore Research Conference, Brookings

Kauers, KL, MS Steffen, D Shah, DA Benfield, RRR Rowland. 1998. Analysis of the structural genes in macrophage attenuated strains of porcine reproductive and respiratory syndrome virus. Third Annual Ray Moore Research Conference, Brookings

Robinson, B, J Stefanick, DA Benfield, RRR Rowland. 1998. Inhibition of porcine reproductive and respiratory syndrome virus (PRRSV) by interferon-α and recovery with 2-aminopurine. Third Annual Ray Moore Research Conference, Brookings.

Kauers, KL, D Shaw, M Steffen DA Benfield, RRR Rowland. 1998. Analysis of the structural genes of a PRRSV strain that grows poorly on macrophages. American Society of Virology, Vancover.

Lawson, SR, J Nelson, DA Benfield, RRR Rowland. 1998. Congenital PRRS: sites of virus replication during acute and persistent infection. American Society of Virology, Vancover

Kervin, R, C Kuckleburg, DA Benfield and RRR Rowland. 1998. Nucleolar localization of PRRSV N protein. American Society of Virology, Vancover.

Steffen, MS, DA Benfield, RRR Rowland. 1997. The nucleocapsid protein of porcine reproductive and respiratory syndrome virus localizes to the nucleolus. 1997 Ray Moore Research Conference on Biostress Research.

Robison, DJ, C Kuckleburg, RRR Rowland, EA Nelson, DA Benfield. 1997. Intracellular localization of PRRS virus structural proteins. CRWAD Chicago.

Christopher J Kuckleburg, David A Benfield, Raymond RR Rowland. 1997. The nucleocapsid protein of PRRS virus localizes to the nucleolus. South Dakota North Dakota EPSCoR Conference, Brookings.

Lawson, SR, J Nelson, J Niger, DA Benfield, RRR Rowland. 1997. Porcine reproductive and respiratory syndrome virus establishes a persistent infection supported by cells within lymphoid organs. 1997 Ray Moore Research Conference on Biostress Research.

Rowland, RRR, J Stefanick, DA Benfield. 1997. Interferon-gamma inhibits PRRS virus replication in MARC-145 cells. VII International Symposium on Coronaviruses and Arteriviruses, Segovia, Spain.

Lawson, SR, KD Rossow, JE Collins, J Christopher-Hennings, EA Nelson, DA Benfield, RRR Rowland. 1996. Detection of PRRS virus replication in cell cultures and formalin-fixed tissues using in situ hybridization. Ray Moore Biostress Research, South Dakota State University.

Diggins, M, MD Johansen, RRR Rowland, N Granholm. 1996. Agouti gene expression in adipocytes of mice and agouti gene identification in Cattle. 16th International Pigment Cell Conference, Anahiem, CA.

Johansen, MD, RRR Rowland, N Granholm. 1996. Identification and characterization of the agouti gene in livestock. South Dakota Academy of Sciences.

Benfield, DA, JK Nelson, J Neiger, EA Nelson, RRR Rowland. 1996. A model for the study of persistent PRRS virus infection. Conference of Research Workers in Animal Diseases, Chicago.

Rowland, RRR., KD Rossow, JE Collins, J Christopher-Hennings, EA Nelson, DA Benfield. 1996. Persistence of PRRS virus replication in lung and lymph nodes. Fifteenth Annual Meeting of the American Society of Virology, London, Ontario, Abstract W 14-4.

Rowland, RRR, DA Benfield M Steffen. 1996. PRRS virus in peripheral blood mononuclear cells during persistent infection. Conference of Research Workers in Animal Diseases, Chicago.

Stefanick, JR, DA Benfield, RRR Rowland. 1996. Human interferon-gamma inhibits PRRS virus replication in MARC-145 cells. Conference of Research Workers in Animal Diseases, Chicago.

Stefanick, J, L Guanghua, D A Benfield, RRR Rowland. 1996. Human interferon-gamma inhibits PRRS virus replication in MARC-145 cells. Ray Moore Biostress Research South Dakota State University.

Cafruny, WA, TR Haven, GHW Wong, RRR Rowland. 1996. Inhibition of virus-induced age-dependent poliomyelitis by interferon-gamma. J Allerg Clin Immunol 99:5456.

Rowland, RRR, KD Rossow, JE Collins, J Christopher-Hennings, EA Nelson, DA Benfield. 1995. Localization of PRRSV replication in the lung and other tissues using in situ hybridization. Conference of Research Workers in Animal Diseases, Chicago.

Hurley, DJ, RRR Rowland, J Christopher-Hennings, EA Nelson, DA Benfield. 1995. In vitro evidence that the PRRS virus interferes with normal lymphocyte activation. Conference of Research Workers in Animal Diseases, Chicago.

Cafruny, W, G Wong, RRR Rowland, PGW Plagemann, T Haven. 1995. Antibody and cytokine-mediated virus protection in a murine model. 9th International Congress of Immunology.

Even, C, RRR Rowland, GW Anderson, G Palmer, PGW Plagemann. 1995. Persistent asymptomatic infection of mice with lactate dehydrogenase-elevating virus (LDV) and escape from host immune responses. J Cell Biochem 19A: 284.

Rowland, RRR, PGW Plagemann, R Jemmerson. 1995. Loss of memory B cells to cytochrome C during LDV infection correlates with the presence of virus in spleen follicles. J Cell Biochem 19A: 286.

Rowland, RRR, and PGW Plagemann. 1993. Polyclonal activation and suppression of lymphocytes during LDV infection. J Cell Biochem Supl 17D: 55.

Rowland, RRR, C Even, PGW Plagemann. 1993. Detection of cytotoxic T lymphocytes in mice infected with lactate dehydrogenase-elevating virus. J Cell Biochem Supl 17D: 60.

Rowland, RRR, D Tso-Olivas, S Tokuda, K Ortiz, G Weiss, D Savage. 1989. Immunological dysfunction in rats selectively bred for seizures. Neuroscience 15:720.

Rowland, RRR, and T Kogoma. 1989. rip, a gene that substitutes for RecA in stable DNA replication in E. coli rnhA- mutants. J Cell Biochem Supl 13D:141.

Rowland, RRR, and S Tokuda. 1989. Dual immunomodulation by met-enkephalin. FASEB J 3:1476.

Rowland, RRR, R Reyes, R Chuckwuocha, S Tokuda. 1988. Modulation of the in vitro murine immune response by met-enkephalin. FASEB J. 2:4521.

Rowland, RRR, R Carmona, S Miller, et al. 1983. Effects of low-molecular weight dextran on the coagulation activity of trauma patients. J Trauma 23:559.

**INVITED PRESENTATIONS**

2006- AASV World Pork Exposition. The role of university research in the road map towards PRRS elimination
2005-Rinderpest. Kansas State Food Safety Biosecurity Forum
2005-SARS-CoV nucleocapsid protein. Regional MRCE Meeting, St Louis
2004- University of Minesota- Antiviral immunity in the PRRSV-infected fetus.
1998-Is persistence during PRRSV infection through antigenic drift?. North Central ASM Conference, Vermillion.
1997- Eli Lilly Research Conference on PRRSV. Invited to present research and participate in a round table discussion.
1995- USD Department of Microbiology. Macrophage tropism and persistent infection caused by Arterivuses.
1995- National EPSCoR-NSF Conference. Invited presentation on PRRSV research and related technology transfer. Jackson Hole, Wyoming.
1995- Augastana College, Pathogenesis and persistence: two sides of the same coin. Sioux Falls.