# Exhibit C

**Exhibit C**

1. U.S. Patent 6,368,601, the references cited in the patent and the correspondence between the patent applicants and the Patent Office related to this patent.

2. Plaintiff's and Defendant's Joint Claim Construction Statement.

3. Daft et al., *"Interstitial Pneumonia And Lymphadenopathy Associated With Circoviral Infection In a Six-Week-Old Pig"*.

4. English translation of French Patent Application FR 97 12382

5. English translation of French Patent Application FR 98 00873

6. English translation of French Patent Application FR 98 03707

7. Genbank Acc No: 027217, September 26, 1997.