# Exhibit D

# The Canadian Veterinary Journal



# La Revue vétérinaire canadienne

Canine scabies                                    Hépatite chronique — chiens
Multisystemic wasting syndrome — pigs             Anesthésie — cervidés



**The Canadian Veterinary Journal**
*La Revue vétérinaire canadienne*

339 rue Booth Street
Ottawa, Ontario K1R 7K1
Telephone: (613) 236-1162
Fax: (613) 236-9681
e-mail: jnlscvma@magi.com

© Canadian Veterinary Medical Association 1997
L'Association canadienne des médecins vétérinaires 1997

The *Canadian Veterinary Journal* is indexed or abstracted in:
La *Revue vétérinaire canadienne* est indexée ou ses articles sont résumés dans :
AGRICOL, *Biological Abstracts, Capsule Report, Current Contents — Agriculture, EMBASE, Index Veterinarius, Index Medicus, Quarterly Index, Science Citation Index, Small Animal Practice, Veterinary Bulletin, Veterinary Reference Service, Veterinary Update*.

Cover photo:/Photo de la couverture : Llamas/Lamas
*Photo by/Photo par* : Moira Drosdovech, DVM, Kelowna, British Columbia

*Typesetting/ Typographie*
Aubut & Nadeau Services Inc.

*Printed by/Imprimé par*
Mutual/Hadwen Imaging Technologies Inc.



ISSN 0008-5286

Publications Mail Registration No. 5167/
Courrier de publications
Enregistrement n° 5167

Subscriptions (1997). Annual: Canada $110 + $7.70 GST; foreign $120 US. Single issue/back issue: $12 each + $.84 GST if applicable (postpaid if payment accompanies order). (All prices subject to change.) Missing issues will be replaced if the Subscriptions Office is notified within 6 months (for requests within Canada) and 1 year (for requests from abroad) of the issue date. The publisher expects to supply missing issues only when losses have been sustained in transit and when the reserve stock will permit. Telephone (613-236-1162) and fax (613-236-9681) orders accepted with a valid Visa or MasterCard number. Please advise the CVMA of address changes promptly.

Abonnements (1997). Annuel : Canada 110 $ + 7,70 $ TPS; pays étranger 120 $ É-U. À la copie ou vieux numéros (chaque): 12 $ + 0.84 $ TPS (le cas échéant) — inclut la poste si le paiement est envoyé avec la commande. Les prix sont sujets à changement sans préavis. Les numéros qui ne sont pas reçus seront remplacés si l'ACMV en est informée dans les 6 mois (pour les demandes venant du Canada) et 1 an (pour les demandes venant de l'étranger) suivant la date de parution. L'éditeur s'engage à remplacer les numéros manquants seulement lorsque les pertes ont été subies en transit et lorsque ses réserves le permettent. On peut payer son abonnement, par téléphone (613-236-1162), par télécopieur (613-236-9681) à l'aide d'une carte de crédit (Visa ou MasterCard). Veuillez aviser le bureau de l'ACMV de tout changement d'adresse.

Editorial policy: All published articles including editorials and letters reflect the opinions of the authors and do not necessarily reflect the opinion of the Canadian Veterinary Medical Association.
Publication of an advertisement does not necessarily imply that the Canadian Veterinary Medical Association agrees with or supports the claims therein.
Politique de la Rédaction : Tous les articles publiés, y compris les éditoriaux et les lettres, représentent l'opinion de l'auteur et non pas nécessairement la position de l'Association canadienne des médecins vétérinaires.
La publication d'une annonce ne signifie pas nécessairement que l'Association canadienne des médecins vétérinaires est d'accord avec son contenu ou qu'elle l'appuie.

*Editor-in-Chief/Rédacteur-en-chef*
W.C.D. (Doug) Hare, Ottawa, Ontario
*Associate Editor/Rédacteur adjoint*
André Blouin, Saint-Hyacinthe (Québec)
*Feature Editor/Rédacteur des chroniques*
Janet Shapiro, Kemptville, Ontario
*Assistant Editors/Rédacteurs associés*
Michael Livesey, Guelph, Ontario
Avery C. Gillick, Scarborough, Ontario
Art Ortenburger, Charlottetown, P.E.I.
Alice Bouffard, Ottawa, Ontario
W.D.G. Yates, Lethbridge, Alberta
Bruce Grahn, Saskatoon, Saskatchewan
*Managing Editor/Directrice de la réduction*
Kimberley Allen-McGill, Ottawa, Ontario
*Editorial Assistant/Adjoint à la rédaction*
Angela Muir, Ottawa, Ontario
*Circulation/Tirage*
Natalie Savard, Ottawa, Ontario
*Advertising Manager/Gérante de la publicité*
Laima Laffitte, Wendover, Ontario

Published monthly by/
Publication mensuelle de

Canadian Veterinary Medical Association/
L'Association canadienne des médecins vétérinaires
*President/Président*
André Cécyre, Saint-Hyacinthe (Québec)
*President-elect/Président élu*
Ed J. McCall, Whitewood, Saskatchewan
*Vice-president/Vice-président*
Peter Fretz, Saskatoon, Saskatchewan
*Treasurer/Trésorier*
Robert R. Miller, Ottawa, Ontario
*Executive Director/Directeur général*
Claude Paul Boivin, Ottawa, Ontario
*Chairman, CVMA Editorial Committee/
Président du Comité de rédaction de l'ACMV*
M. Grant Maxie, Guelph, Ontario

### INDEX OF ADVERTISERS
### INDEX DES ANNONCEURS

| | |
|---|---|
| 3M Animal Care Products ............ 322 | Midland Walwyn Capital Inc. & |
| Astrid Lakats Chartered Accountant ............ 400 | Fidelity Investments Canada ............ 336 |
| Ayerst Veterinary Laboratories ............ 329 | Novartis Animal Health Canada Inc. ......... IFC, 321, OBC |
| Bayer, Inc. ............ 323 | Novopharm Limited ............ 324 |
| Benson Medical Industries, Inc. ............ 370 | Palliser Animal Health Laboratories Ltd. ............ 399 |
| Best Read Books Limited ............ 332 | Pet Recipes ............ 400 |
| Biostar Inc./Biowest Inc. ............ 322 | Pet Plan Insurance ............ 323 |
| C.D.M.V. ............ 362 | Pfizer Animal Health ............ 322, 380 |
| Clark Cages Inc. ............ 374 | Potruff & Smith Insurance Brokers Inc. ............ 324, 399 |
| Crowne Rock Publishing ............ 399 | Protronics Professional Electronics ............ 400 |
| Daniels Pharmaceuticals ............ 399 | Raytech International Inc. ............ 399 |
| Galliant Custom Laboratories Inc. ............ 325, 400 | Respircare ............ 400 |
| GRB Software Solutions Plus Inc. ............ 323 | Schering-Plough Animal Health ............ 333, IBC |
| Hill's Pet Nutrition, Inc. ............ 322 | Sole Source ............ 400 |
| Hoptech Inc. ............ 399 | The St. George Company Ltd. ............ 399 |
| I.V.M. ............ 322 | University of Montreal ............ 396, 398 |
| Ideal Instrument ............ 400 | University of Guelph ............ 395, 396, 397, 398 |
| IDEXX Laboratories Inc. ............ 326 | Vet-Link Limited ............ 400 |
| Invisible Fencing Company, Inc. ............ 399 | Vet-On-Call ............ 322 |
| Lifelearn V Inc. ............ 325, 376 | Veterinary Alternatives ............ 323 |
| Merck Agvet ............ 324 | Wilson, Jack & Grant ............ 399 |

The participation of advertisers in the CVJ is an indication of their commitment to the advancement of veterinary medicine in Canada. We encourage our readers to give their products and services appropriate consideration. — Ed.

Le support des annonceurs démontre leur engagement pour l'avancement de la médecine vétérinaire au Canada. Nous vous encourageons à prendre connaissance de leurs services et produits. — NDLR

This material may be protected by Copyright law (Title 17 U.S. Code)

| CROSS-CANADA DISEASE REPORT |  | RAPPORT DES MALADIES DIAGNOSTIQUÉES AU CANADA |
|---|---|---|

## Quebec

### Salmonella infection in wild birds from Quebec

An adult house sparrow (*Passer domesticus*) with severe bilateral conjunctival swelling was admitted to a rehabilitation center. The bird received topical antibiotic therapy but died within 36 h. Necropsy revealed severe bilateral distension of the infraorbital sinuses, with exudate consisting of fibrin, a moderate number of necrotic macrophages, a few heterophils, and colonies of gram-negative bacilli. *Salmonella typhimurium* were isolated in pure culture from the infraorbital sinuses; they were identified using the API 2OE system (Bio-Mérieux Vitek, Hazelwood, Missouri, USA). Results from cultures for *Mycoplasma* spp. were negative.

From 1992 to 1997, 6 cases of *Salmonella typhimurium* infection have been diagnosed by the Quebec branch of the Canadian Cooperative Wildlife Health Centre from a total of 632 submissions of wild birds. Salmonellosis was diagnosed 3 times in individual birds (this sparrow, a great horned owl (*Bubo virginianus*), and a black-legged kitiwake (*Rissa tridactyla*), and in 3 die-offs, 1 involving 38 ring-billed gulls (*Larus delawarensis*) and 2 involving 30 and 8 house sparrows, respectively. The case anamneses were sudden death (3/6), lethargy (3/6), eye swelling (2/6), or diarrhea (1/6). Necropsy findings were poor body condition (6/6), multifocal necrotizing to pyogranulomatous hepatitis (3/6), fibrinopurulent typhlitis (1/6), ingluvitis (1/6), and infra-orbital air-sacculitis (1/6). Concomitant air-sacculitis with intralesional *Aspergillus* spp. was diagnosed in 2/6 cases.

Wild birds are often asymptomatic carriers of *Salmonella* spp. The prevalence of infection ranges from 1.9% in falconiform birds (1) to 8.7% in ring-billed gulls (2). However, clinical avian salmonellosis is seldom reported, except for outbreaks in passerine birds at backyard bird feeding stations and in aquatic birds.

In acute salmonellosis, death can occur without causing gross lesions. In subacute and chronic infections, gross lesions are highly variable and may consist of necrotizing to pyogranulomatous hepatitis, and fibrinopurulent enteritis and arthritis. The diagnosis is confirmed by laboratory isolation and identification of salmonellae. Isolation of *Salmonella* spp. only from the intestine of birds with no lesions generally indicates that the bird was an asymptomatic carrier (3).

It is generally believed that wild birds do not play a major role in the epidemiology of human salmonellosis (2–4). However, when a large number of birds roost at the same site, they may represent a potential health hazard to humans and other animals (4). Birds suspected of having salmonellosis and any material contaminated by their feces should be handled carefully to prevent human exposure.

### References

1. Kirkpatrick CE, Trexler-Myren VP. A survey of free-living falconiform birds for *Salmonella*. J Am Vet Med Assoc 1986; 189: 997–998.
2. Quessy S, Messier S. Prevalence of *Salmonella* spp., *Campylobacter* spp. and *Listeria* spp. in ring-billed gulls (*Larus delawarensis*). J Wildl Dis 1992; 28: 526–531.
3. Stroud RK, Friend M. Avian salmonellosis. In: Friend M, Laitman CJ, eds. Field Guide to Wildlife Diseases. vol 1. General Field Procedures and Diseases of Migratory Birds. Washington, DC: US Department of the Interior, Fish and Wildlife Service, 1987: 101–106.
4. Wilson JE, MacDonald JW. *Salmonella* infection in wild birds. Br Vet J 1967; 123: 212–219.

*Igor Mikaelian, Canadian Cooperative Wildlife Health Centre and Centre Québécois sur la Santé des Animaux Sauvages; Danielle Daignault, Département de pathologie et de microbiologie; Marie-Claude Duval, Clinique des Oiseaux de Proie; Daniel Martineau, Canadian Cooperative Wildlife Health Centre and Centre Québécois sur la Santé des Animaux Sauvages; Faculté de médecine vétérinaire, Université de Montréal, Saint-Hyacinthe (Québec) J2S 7C6.*

◇◇◇

## Manitoba

### Detection and characterization of porcine circovirus associated with postweaning multisystemic wasting syndrome in pigs

Postweaning multisystemic wasting syndrome (PMWS) is a recently recognized disease of pigs. The typical clinical signs and pathology have been published (1,2). The disease has been diagnosed in Alberta, Saskatchewan, and Manitoba. An etiologic association of porcine circovirus (PCV) with PMWS has been questioned by some workers, due to the ubiquitous presence of this virus in the pig population. The virus has also been recognized as a natural inhabitant of PK-15 cell lines.

Publications on this virus primarily address the characteristics of PCV isolated from PK-15 cell lines. In 1 of

the original studies, Tischer et al (3) reported that PCV was not pathogenic for experimentally infected pigs. In a recent study (4), the PCV antigen was demonstrated in the spleen from stillborn piglets, but the authors concluded that the virus was not a significant cause of reproductive disorders in Northern Ireland. The virus also appears to be common in the Canadian swine population, as indicated by the previously reported prevalence of PCV antibodies (5).

Recently, we tested approximately 100 pigs with clinical signs and pathology consistent with PMWS for porcine circovirus using a polymerase chain reaction (PCR) test. The test was developed at the Virology Laboratory of the Veterinary Services Branch of Manitoba Agriculture (6) and modified for the detection of PCV DNA. The tissues assayed were lung, tonsil, spleen, or intestines. Porcine circovirus DNA was detected in 15 cases. Three of the 15 cases that were positive for PVC DNA were also positive for porcine respiratory and reproductive syndrome virus (PCR test). Two of 15 were positive for *Mycoplasma hyopneumoniae* (PCR test), and all were negative for swine influenza virus (PCR test).

The DNA products of PCR amplification from the 15 cases that were positive for PCV DNA were then subjected to restriction enzyme (RE) cleavage map analysis. At least 3 RE types of PCV were identified from pigs with PMWS. Five of the 15 cases had more than 1 RE type of PCV. We are continuing our efforts to characterize more RE types by RE mapping and to determine the complete nucleotide sequence of the PCV genome obtained from clinical PMWS cases.

Using RE mapping results, the nucleotide sequence of PCV from pigs with PMWS was also compared with that of PCV from PK-15 cell lines and from a PCV isolate reported by Irish workers (7). We concluded that the RE types of PCV from pigs with PMWS were different from the RE types of PCV isolated from other sources and which were not considered pathogenic. We further concluded that specific strains or variants of PCV can be pathogenic and may be associated with PMWS.

### References

1. Harding JC. Post-weaning multisystemic wasting syndrome (PMWS): Preliminary epidemiology and clinical presentation. Proc Am Assoc Swine Pract 1997: 503.
2. Clark EG. Post-weaning multisystemic wasting syndrome. Proc Am Assoc Swine Pract 1997: 499–501.
3. Tischer I, Mields W, Wolff D, Vagt M, Griem W. Studies on the pathogenicity of porcine circovirus. Arch Virol 1986; 91: 271–276.
4. Allan GM, McNeilly F, Cassidy JP, et al. Pathogenesis of porcine circovirus: Experimental infections of colostrum deprived piglets and examination of pig foetal material. Vet Microbiol 1995; 44: 49–64.
5. Dulac GC, Afshar A. Porcine circovirus antigens in PK-15 cell line (ATCC CCL-33) and evidence of antibodies to circovirus in Canadian pigs. Can J Vet Res 1989; 53: 431–433.
6. Hamel AL, Wasylyshen MD, Nayar GPS. Rapid detection of bovine viral diarrhea virus by using RNA extracted directly from assorted specimens and a one-tube reverse transcription PCR assay. J Clin Microbiol 1995: 33: 287–291.
7. Meehan BM, Creelan JL, McNulty MS, Todd D. Sequence of porcine circovirus DNA: Affinities with plant circoviruses. J Gen Virol 1997; 78: 221–227.

*Gopi P.S. Nayar, André Hamel, Lihua Lin, Virology Laboratory, Veterinary Services Branch, Manitoba Agriculture, 545 University Crescent, Winnipeg, Manitoba R3T 5S6.*

◇◇◇

# British Columbia

## Protozoal dermatitis of farmed Atlantic salmon in British Columbia

In April 1995, protozoal dermatitis due to a *Kudoa* sp. was diagnosed in farmed Atlantic salmon in British Columbia. The affected site, located in the coastal waters of British Columbia, contained 450 000 Atlantic salmon (*Salmo salar*), weighing an average of 1.5 kg. The salmon were distributed evenly amongst 40 seacages, which measured 15 m at the surface and extended to a depth of 17 m. Depth from the bottom of the seacages to the ocean floor averaged 380 m. The ambient water temperature, recorded 3 m below the surface, was 9.8°C. The fish were fed an adequate diet, which was commercially prepared.

Fish in 6 cages located at 1 end of the netpen system were observed to have areas of skin discoloration. Affected salmon (Figure 1) had randomly distributed, metallic blue, foci or larger irregular patches on the skin of the dorsal surface of the fish and the pectoral, pelvic, dorsal, adipose, and tail fins. Affected salmon were not sexually mature or "grilse." The fish had no prior history of disease and had not been treated within the past year with a systemic therapeutic agent.



**Figure 1.** Dorsal view of Atlantic salmon (*Salmo salar*) showing metallic blue foci and patches on skin of fish infected with a *Kudoa* sp.

Based on clinical observation of fish at rest and while feeding and observations from the "mort" divers, the morbidity rate for each cage of affected salmon with skin lesions varied from 5% to 10%. The total mortality rate for the site was 0.01% per month, which was within the acceptable range of production loss for this size of fish for this fish farm company. Salmon with skin