# Exhibit E



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/082,558 | 05/21/98 | ALLAN | G | 454313-2180 |

HM12/0602

WILLIAM S FROMER
C/O FROMMER LAWRENCE & HAUG LLP
745 FIFTH AVENUE
NEW YORK NY 10151

| EXAMINER |
|---|
| ZEMAN, M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1631 | 28 |

DATE MAILED: 06/02/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)    1- File Copy

File Copy

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/082,558 | ALLAN ET AL. |
| | Examiner | Art Unit |
| | Mary K Zeman | 1631 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

1)☒ Responsive to communication(s) filed on _1/24/00, 3/10/00 and 4/4/00_ .

2a)☐ This action is FINAL.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _38-86_ is/are pending in the application.

    4a) Of the above claim(s) _70-86_ is/are withdrawn from consideration.

5)☒ Claim(s) _38, 40-44, 48-52, 59, 61-65 and 69_ is/are allowed.

6)☒ Claim(s) _39, 45-47, 53, 60, and 66-68_ is/are rejected.

7)☒ Claim(s) _54-58_ is/are objected to.

8)☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13)☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a)☒ All b)☐ Some * c)☐ None of the CERTIFIED copies of the priority documents have been:

      1.☒ received.

      2.☐ received in Application No. (Series Code / Serial Number) _____ .

      3.☐ received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

15)☒ Notice of References Cited (PTO-892)    18)☐ Interview Summary (PTO-413) Paper No(s). _____ .
16)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    19)☐ Notice of Informal Patent Application (PTO-152)
17)☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _6_ .    20)☐ Other: _____

Application/Control Number: 09/082,558                                           Page 2
Art Unit: 1631

## DETAILED ACTION

The Group and/or Art Unit location of your application in the PTO has changed. To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 1631.

Claims 38-86 are pending in this application.

Applicant's election with traverse of Group III in Paper No. 12 is acknowledged. The traversal is on the ground(s) that it would not place an undue burden upon the examiner to search all the groups, and that all the groups are related by sequence of the virus. This is not found persuasive because each Group outlined in the restriction requirement is a separate and distinct invention requiring separate and non-overlapping searches in differing art areas. For example, a search of polypeptides and methods of provoking a protective immune response would not be searched in the same manner, and places as the polynucleotide vectors of the invention. However, Applicant's arguments regarding the vectors comprising the nucleotides, and the vectors for gene therapy are persuasive, and claims drawn to both will be examined.

The requirement is still deemed proper and is therefore made FINAL.

Claims 38-69 are drawn to the elected invention: polynucleotides of Porcine Circovirus, vectors comprising those polynucleotides, and immunogenic compositions comprising the polynucleotides. New claims 70-86 are drawn to one or more inventions not elected: antigens, immunogenic compositions comprising polypeptides, and methods of raising and immune response using an antigen. As set forth in the previous restriction requirement the inventions are directed to different chemical types regarding the critical limitations therein. For the elected invention, the critical feature is a polypeptide whereas for claims 70-86 the critical feature is a

Application/Control Number: 09/082,558  Page 3
Art Unit: 1631

polynucleotide. It is acknowledged that various processing steps may cause a polypeptide of to be directed as to its synthesis by a polynucleotide of claims 38-69, however, the completely separate chemical types of the inventions of Groups I and II supports the undue search burden if both were examined together. Additionally, polypeptides have been most commonly, albeit not always, separately characterized and published in the Biochemical literature, thus significantly adding to the search burden if examiner together, as compared to being searched separately. Also, it is pointed out that processing that may connect two groups does not prevent them from being viewed as distinct, because enough processing can result in producing any composition from any other composition if the processing is not so limited to additions, subtractions, enzyme actions, etc.

Claims 70-86 are withdrawn from further consideration pursuant to 37 CFR 1.142(b), as being drawn to a nonelected Invention, there being no allowable generic or linking claim. Applicant timely traversed the restriction (election) requirement in Paper No. 12.

*Priority*

Receipt is acknowledged of papers submitted under 35 U.S.C. 119(a)-(d), which papers have been placed of record in the file. Further, the certified translations of said priority documents have been received, and placed of record in the file.

*Information Disclosure Statement*

The information disclosure statement filed 9/21/98 fails to comply with 37 CFR 1.98(a)(3) because it does not include a concise explanation of the relevance, as it is presently

Application/Control Number: 09/082,558                                   Page 4
Art Unit: 1631

understood by the individual designated in 37 CFR 1.56(c) most knowledgeable about the content of the information, of each document listed that is <u>not in the English language</u>. The references not in the English language whose relevance is not explained are: Reference 8: Albina et al. 1996, and Reference 9: V. Dedet, 1997. These documents have been considered to the extent the Examiner understands the language in which they are written.

*Drawings*

Applicant is required to submit a proposed drawing correction in reply to this Office action. However, formal correction of the noted defect <u>can be deferred</u> until the application is allowed by the examiner. Figures 1-6 generally have type that is hard to read. If Applicant submits further Formal Drawings, a more clear representation of the sequences is requested. Further, each of the figures appears to be more than one page. Each page should be discussed in the "Brief Description of the Figures" section in the specification. For example, Figure 1 should be identified as Figures 1A and 1B both on the drawing itself, and in the specification. The specification should be amended to clearly refer to each page of the figures.

*Claim Objections*

Claims 54-58 are objected to because of the following informalities: Claims 54-58 recite the term "immunological composition". Applicant appears to intend an "immunogenic composition" which is the more accepted term in the art. Appropriate correction is required.

Application/Control Number: 09/082,558  
Art Unit: 1631

Page 5

*Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for a patent.

Claims 39, 45-47, 53, 60, and 66-68 are rejected under 35 U.S.C. 102(a) as being anticipated by Hamel et al. (GENBANK ACC NO: 027217 PTO-1449 26 September 1997).

The above recited claims are drawn to isolated polynucleotides comprising one of ORFs 1-13, as well as vectors comprising the same. The ORFs are not selected from any particular SEQ ID NO, or viral isolate, so each of isolates 1-4 and 6 were searched. SEQ ID NO: 5 was identified in the specification as being PCV I, isolate PK-15, and not the claimed invention.

Hamel et al. (GENBANK ACC NO: 027217 PTO-1449 26 September 1997) sets forth a PCV polynucleotide, and a vector comprising the polynucleotides (used for cloning and sequencing). The sequence was publicly available as of 26 September 1997. Applicant has priority under 35 U.S.C. 119 only to 3 October 1997. The polynucleotide of Hamel anticipates the claims as follows: (See attached alignments for details)

027217 is 100% identical to SEQ ID NO: 1 in ORF 6

027217 is 100% identical to SEQ ID NO: 2 in ORF 6

027217 is 100% identical to SEQ ID NO: 3 in ORF 2, 4, 5, 6, 7, 10, and 12

027217 is 100% identical to SEQ ID NO: 4 in ORF 2, 5, 6, 7, 10 and 12

027217 is 100% identical to SEQ ID NO: 6 in ORF 2, 5, 6, 7, 10, and 12

Application/Control Number: 09/082,558                                    Page 6
Art Unit: 1631

Therefore, 027217 provides polynucleotides comprising any one of ORFs 2, 4-7, 10 and 12, as well as vectors comprising those polynucleotides.

### Conclusion

Claims 38, 40-44, 48-52, 59, 61-65 and 69 are allowed.

Claims 54-58 are objected to for informalities, and are free of the art of record.

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. WO 99/29717 University of Saskatchewan, Wang et al. disclose polynucleotides of PCVII, vectors comprising those polynucleotides, and methods for their use. Wang claims priority to two US Provisional Applications.

FR 2772047 A1 (In French only, no translation) 1999 Andre et al. disclose novel porcine Circovirus polynucleotides.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Mary K Zeman whose telephone number is (703) 305-7133. The examiner can be reached between the hours of 7:30 am and 5:00 pm Monday through Thursday, and on alternate Fridays.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Michael Woodward, can be reached at (703) 308 4028.

The fax number for this Art Unit is (703) 305-7401.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Tech Center receptionist whose telephone number is (703) 308-0196.

*Mary Zeman*
*Examiner, 1631*

mkz
May 31, 2000

| | | Application/Control No | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | **Notice of References Cited** | 09/082,558 | ALLAN ET AL. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Mary K Zeman | 1631 | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE APS | OTHER |
|---|---|---|---|---|---|---|---|---|
| ☐ | A | | | | | | ☐ | ☐ |
| ☐ | B | | | | | | ☐ | ☐ |
| ☐ | C | | | | | | ☐ | ☐ |
| ☐ | D | | | | | | ☐ | ☐ |
| ☐ | E | | | | | | ☐ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE APS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | N | 99/29717 | Jun. 1999 | WO | Wang et al | -- | -- | ☐ | ☐ |
| ☐ | O | 2772047 | Jun. 1999 | FR | Andre et al | -- | -- | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE APS | OTHER |
|---|---|---|---|---|
| ☐ | U | Sequence Alignments, for SEQ ID NO:s 1-4 and 6 with Genbank Acc No: 027217, 27 September 1997 (Hamel et al.) | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

*A copy of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a).)
**APS encompasses any electronic search i.e. text, image, and Commercial Databases.

U.S. Patent and Trademark Office
PTO-892 (Rev. 03-98)                       Notice of References Cited                       Part of Paper No. 20