# Exhibit H





**Fig. 2** Serial paraffin sections from a 7-week-old human embryo. *a*, Haematoxylin–eosin stain of a rib and adjacent intercostal nerve (arrow), ×100. *b*, Immunoperoxidase reaction for S-100 protein, ×100. Reaction product is present in chondrocytes of rib and Schwann cells of intercostal nerve. The adjacent fibrous connective tissue and skeletal muscle are unstained.

S-100 (isolated as described previously[7,23]), mixed with complete Freund's adjuvant. As control sera we used anti-S-100 antiserum absorbed with S-100 until it no longer reacted with human brain, and serum from a rabbit which had been immunized with complete Freund's adjuvant alone. The anti-S-100 antiserum and the control sera were used at dilutions containing the same concentration of immunoglobulins. Tissues studied were from human fetuses of various ages and included cranium, larynx, trachea, vertebrae, ribs and lower and upper extremities. Xiphoid processes and laryngeal cartilage of adults were also examined. All tissues were fixed in formalin, embedded in paraffin and cut into 6-μm sections.

Chrondrocytes in all tissues examined were stained with anti-S-100 antiserum. Staining was both cytoplasmic and nuclear; the extracellular matrix was unstained. Control sera did not stain any of the tissues (Figs 1, 2).

Chondrocytes which form the fetal skull as well as the visceral cartilage are said to be of neural crest origin[1] and those found elsewhere are considered to be derived from mesoderm[2,3]. Nevertheless, it is accepted that tissues of neuroectodermal origin can exert a considerable influence on differentiation of mesodermal chondrocytes[3]. Extirpation of the neural tube from chick embryos inhibits formation of axial cartilage, and grafting of spinal cord with or without notochord and neural crest into any region of the somite of tail-bud embryos results in formation of a complete secondary vertebral column[2]. The standard interpretation of these phenomena has been that the spinal cord induces formation of cartilage in the somites[3].

Type II collagen was originally thought to be unique to cartilage but recently it has been demonstrated that neural retina[6] and probably spinal cord[5] of chick embryos also produce type II collagen. In addition, nerve growth factor inhibits chondromucoprotein synthesis by cartilage of pelvic rudiments from chick embryos[4]. Mesodermal chondrocytes are the only cells known to respond to nerve growth factor but not thought to be of neuroectodermal origin.

We have shown that S-100 is present in both mesodermal and neural crest chondrocytes of man. The presence of S-100 in chondrocytes of skull, larynx and trachea is perhaps not unexpected, but the fact that we have found S-100 in chondrocytes of vertebrae, ribs, xiphoid processes and extremities suggests that mesodermal chondrocytes may be developmentally closer to neuroectoderm than was previously believed.

*Note added in proof*: The S-100 protein has recently also been identified in melanocytes and Langerhans cells of normal human skin by D. Cocchia, F. Michetti and R. Donato (*Nature* **294,** 85–87 (1981)).

Received 20 August; accepted 5 November 1981.


1. LeLivre, C. *J. embryol. exp. Morph.* **31,** 453–477 (1974).
2. Holzer, H. & Detwiler, S. R. *J. exp. Zool.* **123,** 335–369 (1953).
3. Hall, B. K. *Adv. Anat. Embryol. Cell Biol.* **53,** 1–49 (1978).
4. Eisenbarth, G. S., Drezner, M. K. & Lebovitz, H. E. *J. Pharmac. exp. Ther.* **192,** 630–634 (1975).
5. Trelstad, R. L., Kang, A. H., Cohen, A. M. & Hay, E. D. *Science* **179,** 295–297 (1973).
6. Smith, G. N., Leisenmayer, T. F. & Newsome, D. A. *Proc. natn. Acad. Sci. U.S.A.* **73,** 4420–4423 (1976).
7. Moore, B. W. & Perez, V. J. in *Physiological and Biochemical Aspects of Nervous Integration* (ed. Carlson, F. D.) 343–368 (Prentice-Hall, Englewood Cliffs, New Jersey, 1968).
8. Moore, B. W. *Biochem. biophys. Res. Commun.* **19,** 739–744 (1965); *Int. Rev. Neurobiol.* **15,** 215–255 (1972).
9. Dannies, P. S. & Levine, L. *J. biol. Chem.* **246,** 6276–6283 (1971).
10. Donato, R. & Michetti, F. *Experientia* **30,** 511–512 (1974).
11. Miani, N., Michette, F., DeRenzi, G. & Ganiglia, A. *Experientia* **29,** 1499–1501 (1973).
12. Hyden, H., Lange, P. W. & Larson, S. *J. neurol. Sci.* **45,** 303–316 (1980).
13. Miani, N., DeRenzi, G., Michette, F., Sangiacomo, C. O. & Ganiglia, A. *J. Neurochem.* **19,** 1387–1394 (1972).
14. Zuckerman, J. E., Herschmann, H. R. & Levine, L. *J. Neurochem.* **17,** 247–251 (1970).
15. Perez, V. J., Olney, J. W., Cicero, T. J., Moore, B. W. & Bahn, B. A. *J. Neurochem.* **17,** 511–519 (1970).
16. Ludwin, S. K., Kosek, J. C. & Eng, L. F. *J. comp. Neurol.* **165,** 197–208 (1976).
17. Matus, A. & Mughals, S. *Nature* **258,** 746–748 (1975).
18. Sviridou, S. M., Korochkin, L. I., Ivanov, V. N., Maletskaya, E. I. & Bakhtina, T. K. *J. Neurochem.* **19,** 713–718 (1972).
19. Hansson, H. A., Persson, L., Rönnbäck, L. & Haglid, K. G. *Cytobios* **15,** 45–48 (1976).
20. Hyden, H. & McEwen, B. S. *Proc. natn. Acad. Sci. U.S.A.* **55,** 354–358 (1966).
21. Stefansson, K., Wollman, R. L. & Moore, B. W. *Brain Res.* (in the press).
22. Stefansson, K. & Wollmann, R. L. *Acta neuropath.* **52,** 135–140 (1980).
23. Levine, L. & Moore, B. W. *Neurosci. Res. Prog. Bull.* **3,** 18–22 (1965).


# A very small porcine virus with circular single-stranded DNA

**I. Tischer, H. Gelderblom, W. Vettermann & M. A. Koch**

Robert Koch-Institute of the Federal Health Office, Nordufer 20, 1000 Berlin 65, FRG

**It was reported previously that cultures of the porcine PK-15 cell line (ATCC-CCL31) were chronically infected with a small virus, supposedly containing RNA[1]. No gross cytopathic effect was seen in these cultures. During the search for an *in vitro* model of persistent virus infections the agent was studied in more detail. These studies showed the virus to have a diameter of 17 nm, and to contain a covalently closed circular single-stranded DNA with a molecular weight of $0.58 \times 10^6$ and a main capsid polypeptide with a molecular weight of 36,000. Of the animals tested, only pigs were found to have antibodies. On the basis of these properties the virus appears to be a member of a family of animal viruses so far not encountered. We have named the virus porcine circovirus (PCV).**

The virus was obtained from PK-15 cells. It can be propagated in selected PK-15 clones which are free of porcine parvovirus, porcine papovavirus, mycoplasmas and of PCV. Virus was concentrated by ultracentrifugation of Freon-treated cells and supernatants and then purified by two cycles of CsCl-gradient centrifugation. Sucrose gradient centrifugation yielded a sedimentation coefficient for the virion of 52S. On isopycnic centrifugation in CsCl virus particles banded exclusively at a density of 1.37 g $cm^{-3}$. Electron micrographs (Fig. 1) confirmed that the

0028–0836/82/010064—03$01.00 © 1982 Macmillan Journals Ltd



**Fig. 1** Electron micrograph of purified PCV particles negatively stained with 1% aqueous uranyl acetate. Scale bar, 100 nm.

virus is an isometric particle with a diameter of 17 ± 1.3 nm. No stain-filled particles were observed.

Purified $^3$H-leucine-labelled virus was disrupted at 100 °C for 1 min with SDS (1%) and mercaptoethanol and the protein moiety was analysed by polyacrylamide gel electrophoresis[2]. Only a single band containing radioactivity was found. Its position corresponded to that of a polypeptide of molecular weight 36,000 ± 2,300, using bovine serum albumin, ovalbumin and chymotrypsinogen as references.

For isolation and characterization of the nucleic acid, [*Me*-$^3$H]thymidine-labelled virus was lysed with SDS (0.5%) and sodium *N*-lauroyl sarcosinate (1%) for 15 min at room temperature, followed by a digestion with proteinase K (500 μg ml$^{-1}$) for 4 h at 37 °C. Nucleic acid was purified by centrifugation in a neutral sucrose gradient (5–20% wt/wt; rotor SW 40; 33,000 r.p.m.: 7.5 h; 20 °C), and by precipitation with two parts of ice cold ethanol containing 0.4 M lithium chloride. The pellet was washed with 75% ethanol and then resuspended in 0.1 × SSC. The incorporation of $^3$H via [*Me*-$^3$H]thymidine, the buoyant densities and the alkali stability demonstrated that the nucleic acid of PCV is DNA. The buoyant densities were found to be 1.718 g cm$^{-3}$ in CsCl using adeno 2 $^{14}$C-DNA (1.715 g cm$^{-3}$) and DNA from *Micrococcus lysodeikticus* (1.731 g cm$^{-3}$) as markers, and in $Cs_2SO_4$ to be 1.45 g cm$^{-3}$. Purified tritium-labelled PCV DNA was kept in 0.3 M NaOH for 20 h at room temperature[3]. The radioactivity in trichloroacetic acid precipitates of treated and untreated nucleic acids was then assayed. While an untreated control yielded of the order of 5,500 c.p.m. the treated sample contained 5,750 c.p.m. The efficacy of this treatment on RNA was tested using 16S and 23S ribosomal RNA.

In transfection experiments[4] native PCV DNA purified as above was shown to be infective (~0.04 μg PCV DNA per 1.5 × 10$^6$ cells). This infectivity was abolished completely by DNase 1—that is, using DNase-treated PCV DNA for transfection, cells producing virus, as revealed by staining with fluorescein-labelled specific antibodies, were not detectable even after two passages of the cells. In control experiments with untreated PCV DNA, more than 1,000 specifically stained cells per 1.5-cm diameter coverslips with about 2.5 × 10$^5$ cells were seen.

The sedimentation behaviour of native PCV DNA and of heat- or alkali-treated PCV DNA in neutral sucrose gradients as well as in alkaline gradients (Fig. 2) revealed that the DNA is single stranded[5]. The degradation of PCV DNA by the single-strand-specific nuclease $S_1$ confirmed this conclusion (Fig. 3). The sedimentation coefficient of PCV DNA determined in 1 M NaCl at *p*H 7.2 was 12.7S, and about 9S at *p*H 12.7. In 1.5% agarose gels the PCV DNA migrated about 2.3 times further than ΦX174 virion DNA.

When PCV DNA was examined by electron microscopy more than 85% of the molecules seen were circular (Fig. 4). To determine the size of the circular DNA, contour length measurements were performed using ΦX174-am-3 virion DNA[6] as an internal marker. From the data for ΦX174




**Fig. 2** Sedimentation profiles of [*Me*-$^3$H]thymidine-labelled native, heated and alkali treated PCV DNA in sucrose gradients (5–20% wt/wt). *a*, Native DNA; *b*, heated DNA (10 min; 100 °C) *c*, alkali treated (0.1 M NaOH; 5 min; 22 °C) and subsequently neutralized (with 0.1 M HCl) DNA in neutral gradients (1 M NaCl; 0.01 M Tris; 0.001 M EDTA; *p*H 7.2); *d*, alkali-treated DNA in an alkaline gradient (0.9 M NaCl; 0.1 M NaOH; 0.001 M EDTA; *p*H 12.7). Beckman rotor SW 40; 33,000 r.p.m.; 7.5 h; 20 °C. The sedimentation coefficients of PCV DNA were determined on the basis of the sedimentation of the markers (RNA) in the neutral gradient. For comparison virion fd-DNA was included.




**Fig. 3** Degradation of PCV DNA by single-strand-specific nuclease $S_1$. PCV DNA was treated with nuclease $S_1$ (buffer: 0.1 M Na-acetate; 0.1 mM $ZnSO_4$; *p*H 4.5) in parallel with the double-stranded $^{14}$C-adeno 2-DNA and $^3$H-Celo-DNA as well as with the single-stranded $^3$H-DNA from porcine parvovirus (PPV) and denatured (95 °C, 10 min) $^3$H-Celo DNA. DNA was incubated with nuclease $S_1$ for 30 min at 37 °C and DNA was precipitated with trichloroacetic acid at a final concentration of 5% in the presence of 100 μg carrier RNA. Degradation is expressed as the relative loss of acid-precipitable radioactivity by increasing amounts of enzyme.

©1982 Nature Publishing Group



**Fig. 4** Electron micrograph of PCV DNA (top) and ΦX174 virion DNA (bottom). A mixture of both species was spread from a hyperphase (carbonate buffer *p*H 10, 0.01% cytochrome *c*, 40% formamide) at room temperature. The specimen was rotary shadowed with Pt/Pd. Scale bar, 1 μm.

($n = 198$, $1.94 \pm 0.12$ μm) and for PCV ($n = 212$, $0.633 \pm 0.05$ μm) a genome size of 1.76 kilobases, corresponding to a molecular weight of $0.58 \times 10^6$, was calculated for PCV.

The sedimentation behaviour described above (Fig. 2) shows that the configuration of the molecule is unaffected by denaturing conditions, that is, after renaturation molecules of multiple unit length were never detected. This indicates that PCV DNA is a covalently closed circular molecule rather than a closed circle due to self-complementing cohesive ends. This interpretation is supported by the fact that no linearization of PCV DNA was detected when DNA was spread under heat denaturation. As internal controls *Hin*dII, *Hin*dIII restriction fragments of fd-DNA carrying the transposon Tn*5* (ref. 7) were included. These restriction fragments consist of DNA molecules which are circular due to self-complementary ends of 190 and 340 bases respectively which readily opened in the conditions used.

Purified virus was used to raise specific antibodies in rabbits. Such antibodies aggregated PCV, neutralized infectivity and, using indirect immunofluorescence, detected virus producing cells. It was found that in chronically infected cultures only a small, but varying proportion of cells expressed virus antigens. PCV antisera did not inhibit agglutination of human red blood cells by porcine parvovirus. Attempts to demonstrate agglutination by PCV or RBC from man, rhesus monkey, pig, rabbit, guinea pig, mouse and chicken were unsuccessful.

Most probably the agent has its origin in pigs. A serological survey showed that 20 out of 22 randomly collected pig sera contained specific antibodies. Sera from rabbits, mice, calves and man, including sera from laboratory staff working with the agent, were negative. The physicochemical properties of this agent set it apart from all known animal viruses[8]. Similarities exist only with several plant pathogens comprising the group of geminiviruses[9,10].

We thank Renate Rasch, Doris Peters, S. Pociuli, H. Reupke and D. Elsen for technical assistance. Helpful suggestions were made by Professor H. Ludwig, Professor H. Köhler, and Drs Giovanna Morelli, G. Pauli, E. Werner and especially by Professor H. Schaller who also donated the fd derivative fd Km-30 and its restriction fragments.

Received 11 September; accepted 12 November 1981.

1. Tischer, I., Rasch, R. & Tochtermann, G. *Zbl. Bakt. Hyg., I. Abt. Orig.* **A226**, 153–167 (1974).
2. Laemmli, U.K. *Nature* **227**, 680–685 (1970).
3. Munro, H. N. *Meth. biochem. Anal.* **14**, 113–176 (1966).
4. Graham, F. L. & Van der Eb, A. J. *Virology* **52**, 456–467 (1973).
5. Studier, F. W. *J. molec. Biol.* **11**, 373–390 (1965).
6. Sanger, F. *et al. Nature* **265**, 687–696 (1977).
7. Herrmann, R., Neugebauer, K., Zentgraf, H. & Schaller, H. *Molec. gen. Genet.* **159**, 171–178 (1978).
8. *Classification and Nomenclature of Viruses: 3rd Rep. int. Committee on Taxonomy of Viruses* (ed. Matthews, R. E. F.) (Karger, Basle, 1979).
9. Goodman, R. M. *Virology* **83**, 171–179 (1977).
10. Harrison, B. D., Barker, H., Bock, K. R., Guthrie, E. J. & Meredith, G. *Nature* **270**, 760–762 (1977).

# A monoclonal antibody against human T suppressor lymphocytes binds specifically to the surface of cultured oligodendrocytes

**Joel Oger**

INSERM U-49, 35043 Rennes, France

**Sara Szuchet, Jack Antel & Barry G. W. Arnason**

Department of Neurology and the Brain Research Institute, University of Chicago, Chicago, Illinois 60637, USA

**The cardinal pathological feature of multiple sclerosis (MS) is the presence within brain and spinal cord of regions called plaques, from which myelin has been lost[1]. It has been proposed that autoimmunity may be involved in MS and that oligodendrocytes, the cells responsible for the formation and maintenance of central nervous system myelin, may provide a target for immune attack in this disease. The fact that oligodendrocytes are reduced in number in MS plaques[2] is consistent with this hypothesis. MS is characterized by attacks and remissions. During attacks, a subset of T lymphocytes, known as T suppressor cells, is depleted from the circulation[3–5]. The reason for this depletion is unknown, but the suppressor cells could be destroyed, sequestered, for example in brain, or modulated so that they are no longer detectable by the assays which enumerate them or which measure their functional capacities. Were suppressor cells and oligodendrocytes to share a determinant relevant to MS, both cell types could be targets for immune-mediated killing by the same autoimmune response. Recently, monoclonal antibodies which recognize human monocytes, T lymphocytes and T-cell subsets have become available. We have tested cultured ovine oligodendrocytes with a battery of monoclonal antibodies directed against human lymphocyte and monocyte antigens, seeking evidence for shared determinants, and present here data suggesting that shared determinants exist.**

All antibody clones were produced by hybridization of spleen cells from mice sensitized to human T lymphocytes with P3 mouse myeloma. Antibodies were generated by intraperitoneal passage of cloned hybrid cells in mice[6]. Oligodendrocytes were isolated from the white matter of 4–6-month-old lambs as described previously[7,8]. Trypsin was used in the isolation procedure. Cells were plated on glass chamber slides and maintained in culture for up to 40 days (for details see Fig. 1 legend); medium was changed twice weekly. Cultured cells were identified as oligodendrocytes by ultrastructural, biochemical and immunological criteria[9]. Cultured oligodendrocytes were washed free of medium and pre-reacted with normal sheep serum (NSS) as a source of excess sheep IgG. All monoclonal antibodies were screened at a concentration of 5 μg IgG per ml, the cultures were washed, and binding of the monoclonal antibodies was assessed by adding goat anti-mouse IgG labelled with fluorescein isothiocyanate (FITC).

As shown in Fig. 1, cultured oligodendrocytes pretreated with 1:500 NSS, exposed to OKT8 and then to 1:10 goat anti-mouse IgG–FITC, gave distinct membrane-bound fluorescence with scattered irregular dots outlining the cell cytoplasm and processes. This pattern of fluorescence resembles that seen when human suppressor lymphocytes are reacted with OKT8. A similar fluorescence pattern was obtained with OKT3 and OKM1. In contrast, OKT4, OKT5, OKT6, OKT10 or OKI1 showed no fluorescence. Control cultures incubated with goat anti-mouse IgG–FITC alone were negative, as was ascitic fluid (produced by injecting P3 mouse myeloma cells into mice), even at 2 mg $ml^{-1}$ IgG. In dilution experiments, using the same 1:10 dilution of goat anti-mouse FITC, OKT3 became negative at concentrations below 2.5 μg $ml^{-1}$ IgG, but OKT8 and OKM1 remained positive at 1.25 μg $ml^{-1}$ IgG. Table 1 gives the IgG subclasses of the monoclonal antibodies used, their specificities for human cell types, and summarizes the data on membrane-bound fluorescence.

As immunoglobulins can bind nonspecifically to Fc receptors on cells or specifically through their Fab portion, it was possible that monoclonal antibody binding was occurring through the Fc

0028–0836/82/010066—03$01.00 © 1982 Macmillan Journals Ltd