UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>  Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### DECLARATION OF VICKI FRANKS IN SUPPORT OF MERIAL'S PRINCIPAL CLAIM CONSTRUCTION BRIEF

1. My name is Vicki Franks. I am an attorney admitted to practice in the state of New York.

2. I submit this declaration in support of Defendants' Principal Claim Construction Brief.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1:   U.S. Patent No. 6,368,601 B1

Exhibit 2:   Select pages from Molecular Biology of the Cell (Alberts, B et. al. ed. 1994)

Exhibit 3:   Miles MA, Wallace GR, Clarke JL, *Multiple peptide synthesis (Pepscan method) for the systematic analysis of B- and T-cell epitopes: Application to parasite proteins*, Parasitol Today. 1989 Dec;5(12):397-400

Exhibit 4:   Meehan et al., *Sequence of porcine circovirus DNA: affinities with plant circoviruses*, J. Gen. Virol. (78) 221-227 (1997)

— 1 —

| | |
|---|---|
| Exhibit 5: | Meehan et al., *Characterization of novel circovirus DNAs associated with wasting syndromes in pigs,* J. Gen. Virol. (79) 2171-79 (1998) |
| Exhibit 6: | Select pages from the U.S. Patent and Trademark Office's File History for U.S. Patent No. 6,368,601 B1 |
| Exhibit 7: | Table of Specification Support |
| Exhibit 8: | Select pages from *The Encyclopedia of Molecular Biology* (Kendrew, Sir John ed. 1994) |
| Exhibit 9: | 2/23/2007 Jt. Claim Statement |
| Exhibit 10: | Allan ,et. al., *Novel porcine circoviruses from pigs with wating disease syndromes,* (letter) The Veterinary Record, April 25, 1998 at 467-68 (bearing Merial production nos. MER0011276-11277) |
| Exhibit 11: | *Inside the Cell,* U.S. Dept. of Health and Human Services, September 2005 |
| Exhibit 12: | http://en.wikipedia.org/wiki/Amino_acid |
| Exhibit 13: | Janeway, Charles, et. al., *Immuno Biology: The immune system in health and disease,* Garland Science, 6th ed. (2005) |
| Exhibit 14: | http://en.wikipedia.org/wiki/Capsid |
| Exhibit 15: | http://en.wikipedia.org/wiki/CELL |
| Exhibit 16: | http://en.wikipedia.org/wiki/Codon |
| Exhibit 17: | http://en.wikipedia.org/wiki/DNA |
| Exhibit 18: | http://en.wikipedia.org/wiki/Enzyme-linked_immunosorbent_assay |
| Exhibit 19: | http://en.wikipedia.org/wiki/Gene |
| Exhibit 20: | http://en.wikipedia.org/wiki/Genome |
| Exhibit 21: | http://en.wikipedia.org/wiki/Genetic_code |
| Exhibit 22: | http://en.wikipedia.org/wiki/Homology_%28biology%29 |
| Exhibit 23: | http://en.wikipedia.org/wiki/In_vitro |
| Exhibit 24: | http://en.wikipedia.org/wiki/In_vivo |
| Exhibit 25: | http://en.wikipedia.org/wiki/Nucleotide |
| Exhibit 26: | http://en.wikipedia.org/wiki/Open_reading_frame |

Exhibit 27:   http://en.wikipedia.org/wiki/Peptide

Exhibit 28:   http://en.wikipedia.org/wiki/Polypeptide

Exhibit 29:   http://en.wikipedia.org/wiki/Protein

Exhibit 30:   http://en.wikipedia.org/wiki/RNA

Exhibit 31:   http://en.wikipedia.org/wiki/Serology

Exhibit 32:   http://en.wikipedia.org/wiki/Transcription

Exhibit 33:   http://en.wikipedia.org/wiki/Translation

Exhibit 34:   http://en.wikipedia.org/wiki/Vaccine

Exhibit 35:   http://en.wikipedia.org/wiki/Vector

Exhibit 36:   http://en.wikipedia.org/wiki/Virus

Exhibit 37:   4/30/2007 Ltr. from William James to Merial's Counsel

Exhibit 38:   Inner Textbook Cover from Molecular Biology of the Cell (Alberts, B et. al. ed. 1994)

Exhibit 39:   Geysen, et. al., *Use of peptide synthesis to probe viral antigens for epitopes to a resolution of a single amino acids*, Proc. Natl. Acad. Sci. USA, Vol. 81, pp. 3998-4002 (1984)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2007

_____
Vicki Franks