# EXHIBIT 2

# MOLECULAR BIOLOGY OF THE CELL

## THIRD EDITION

Bruce Alberts • Dennis Bray
Julian Lewis • Martin Raff • Keith Roberts
James D. Watson



Garland Publishing, Inc.
New York & London

GARLAND STAFF
Text Editor: Miranda Robertson
Managing Editor: Ruth Adams
Illustrator: Nigel Orme
Molecular Model Drawings: Kate Hesketh-Moore
Director of Electronic Publishing: John M-Roblin
Computer Specialist: Chuck Bartelt
Disk Preparation: Carol Winter
Copy Editor: Shirley M. Cobert
Production Editor: Douglas Goertzen
Production Coordinator: Perry Bessas
Indexer: Maija Hinkle

*Bruce Alberts* received his Ph.D. from Harvard University and is currently President of the National Academy of Sciences and Professor of Biochemistry and Biophysics at the University of California, San Francisco. *Dennis Bray* received his Ph.D. from the Massachusetts Institute of Technology and is currently a Medical Research Council Fellow in the Department of Zoology, University of Cambridge. *Julian Lewis* received his D.Phil. from the University of Oxford and is currently a Senior Scientist in the Imperial Cancer Research Fund Developmental Biology Unit, University of Oxford. *Martin Raff* received his M.D. from McGill University and is currently a Professor in the MRC Laboratory for Molecular Cell Biology and the Biology Department, University College, London. *Keith Roberts* received his Ph.D. from the University of Cambridge and is currently Head of the Department of Cell Biology, the John Innes Institute, Norwich. *James D. Watson* received his Ph.D. from Indiana University and is currently Director of the Cold Spring Harbor Laboratory. He is the author of *Molecular Biology of the Gene* and, with Francis Crick and Maurice Wilkins, won the Nobel Prize in Medicine and Physiology in 1962.

© 1983, 1989, 1994 by Bruce Alberts, Dennis Bray, Julian Lewis, Martin Raff, Keith Roberts, and James D. Watson.

All rights reserved. No part of this book covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Molecular biology of the cell / Bruce Alberts ... [et al.].—3rd ed.
    p. cm.
  Includes bibliographical references and index.
  ISBN 0-8153-1619-4 (hard cover).—ISBN 0-8153-1620-8 (pbk.)
  1. Cytology. 2. Molecular biology. I. Alberts, Bruce.
  [DNLM: 1. Cells. 2. Molecular Biology.   QH 581.2 M718 1994]
QH581.2.M64  1994
574.87—dc20
DNLM/DLC
for Library of Congress                          93-45907
                                                        CIP

Published by Garland Publishing, Inc.
717 Fifth Avenue, New York, NY 10022

Printed in the United States of America
15 14 13 12 10 9 8 7 6 5 4 3 2 1

**Front cover:** The photograph shows a rat nerve cell in culture. It is labeled with a fluorescent antibody that stains its cell body and dendritic processes (*yellow*). Nerve terminals (*green*) from other neurons (not visible), which have made synapses on the cell, are labeled with a different antibody. (Courtesy of Olaf Mundigl and Pietro de Camilli.)

**Dedication page:** Gavin Borden, late president of Garland Publishing, weathered in during his mid-1980s climb near Mount McKinley with MBoC author Bruce Alberts and famous mountaineer guide Mugs Stump (1940–1992).

**Back cover:** The authors, in alphabetical order, crossing Abbey Road in London on their way to lunch. Much of this third edition was written in a house just around the corner. (Photograph by Richard Olivier.)

## NOMENCLATURE   The names can be confusing, but the abbreviations are clear.

| BASE | NUCLEOSIDE | ABBR. |
|---|---|---|
| adenine | adenosine | A |
| guanine | guanosine | G |
| cytosine | cytidine | C |
| uracil | uridine | U |
| thymine | thymidine | T |

Nucleotides are abbreviated by three capital letters. Some examples follow:

AMP  = adenosine monophosphate
dAMP = deoxyadenosine monophosphate
UDP  = uridine diphosphate
ATP  = adenosine triphosphate



BASE + SUGAR = NUCLEOSIDE



BASE + SUGAR + PHOSPHATE = NUCLEOTIDE

## NUCLEIC ACIDS

Nucleotides are joined together by a phosphodiester linkage between 5' and 3' carbon atoms to form nucleic acids. The linear sequence of nucleotides in a nucleic acid chain is commonly abbreviated by a one-letter code, A—G—C—T—T—A—C—A, with the 5' end of the chain at the left.



phosphodiester linkage

example: DNA

## NUCLEOTIDES HAVE MANY OTHER FUNCTIONS

• They carry chemical energy in their easily hydrolyzed acid-anhydride bonds.



example: ATP (or ATP)

• They combine with other groups to form enzymes.

example: coenzyme A (CoA)

• They are used as specific signaling molecules in the cell.

example: cyclic AMP (cAMP)

a specific amino acid that is covalently attached to the transfer RNA molecule.

**antigen**
Molecule that provokes an immune response.

**antigenic determinant (epitope)**
Specific region of an antigenic molecule that binds to an antibody or a T cell receptor.

**antiport**
Membrane carrier protein that transports two different ions or small molecules across a membrane in opposite directions, either simultaneously or in sequence.

**antisense RNA**
RNA complementary to a specific RNA transcript of a gene that can hybridize to the specific RNA and block its function.

**apical**
Describes the tip of a cell, a structure, or an organ. The apical surface of an epithelial cell is the exposed free surface, opposite to the basal surface. The basal surface rests on the basal lamina that separates the epithelium from other tissue.

***Aplysia* (sea hare)**
Marine mollusk that is much used in studies of learning mechanisms.

**apolar molecule**—*see* **nonpolar molecule**

**apoptosis**
Programmed cell death.

**aqueous**
Pertaining to water, as in an aqueous solution.

**aromatic**
Refers to a molecule that contains carbon atoms in a ring, linked through alternating single and double bonds. Often a molecule related to benzene.

**association constant ($K_a$)**
Measure of the association of a complex. For the binding equilibrium $A + B \rightleftharpoons AB$, the association constant is given by $[AB]/[A][B]$, and it is larger the tighter the binding between A and B. (*See also* **dissociation constant**.)

**aster**
Star-shaped system of microtubules emanating from a centrosome or from a pole of a mitotic spindle.

**astrocyte**
Category of glial cell in the central nervous system that typically possesses long radial processes. Provides structural support to nerve cells and helps control their chemical and ionic extracellular environment.

**ATP (adenosine 5′-triphosphate)**
Nucleoside triphosphate composed of adenine, ribose, and three phosphate groups that is the principal carrier of chemical energy in cells. The terminal phosphate groups are highly reactive in the sense that their hydrolysis, or transfer to another molecule, takes place with release of a large amount of free energy. (*See* Figure 2–18.)

**ATP synthase**
Enzyme complex in the inner membrane of the mitochondrion and the thylakoid membrane of a chloroplast that catalyzes the formation of ATP from ADP and inorganic phosphate during oxidative phosphorylation and photosynthesis, respectively. Also present in the plasma membrane of bacteria.

**ATPase**
One of a large class of enzymes that catalyze a process that involves the hydrolysis of ATP.

**autoantibody**
Antibody that reacts with a molecule in the animal that produced the antibody; can cause autoimmune disease.

**autocatalysis**
Reaction that is catalyzed by one of its products, creating a positive feedback (self-amplifying) effect on the reaction rate.

**autoradiography (radioautography)**
Technique in which a radioactive object produces an image of itself on a photographic film. The image is called an autoradiograph or autoradiogram.

**autosome**
Any chromosome other than a sex chromosome.

**auxin**
Class of plant hormones.

**axon**
Long nerve cell process that is capable of rapidly conducting nerve impulses over long distances so as to deliver signals to other cells.

**axonal transport**
Directed transport of organelles and molecules along a nerve cell axon; can be anterograde (outward from the cell body) or retrograde (back toward the cell body).

**axoneme**
Bundle of microtubules and associated proteins that forms the core of cilia and flagella in a eucaryotic cell and is responsible for their movements.

**axoplasm**
Cytoplasm of the axon of a nerve cell, especially after it has been extruded from the axon.

**B lymphocyte (B cell)**
Type of lymphocyte that makes antibodies.

**bacterium (plural bacteria)**
Common name for any member of the diverse group of procaryotic organisms. Most are single cells, but multicellular forms also exist.

**bacteriophage (phage)**
Any virus that infects bacteria. They were the first organisms used for the study of molecular genetics and are now widely used as cloning vectors. (From Greek *phagein*, to eat.)

**bacteriorhodopsin**
Pigmented protein found in the plasma membrane of a salt-loving bacterium, *Halobacterium halobium*; it pumps protons out of the cell in response to light.

**basal**
Situated near the base. The basal surface of a cell is opposite the apical surface.

**basal body**
Short cylindrical array of microtubules plus their associated proteins found at the base of a eucaryotic cell cilium or flagellum. Serves as a nucleation site for the growth of the axoneme. Closely similar in structure to a centriole.

**basal lamina (plural basal laminae)**
Thin mat of extracellular matrix that separates epithelial sheets, and many types of cells such as muscle cells or fat

**endothelium**
Single sheet of highly flattened cells (endothelial cells) that forms the lining of all blood vessels. Regulates exchanges between the bloodstream and surrounding tissues and is usually surrounded by a basal lamina.

**enhancer**
Regulatory DNA sequence to which gene regulatory proteins bind, influencing the rate of transcription of a structural gene that can be many thousands of base pairs away.

**entropy**
Thermodynamic quantity that measures the degree of disorder in a system; the higher the entropy, the more the disorder.

**enzyme**
Protein that catalyzes a specific chemical reaction.

**epimerization**
Reaction that alters the steric arrangement around one atom, as in a sugar molecule.

**epinephrine**—*see* **adrenaline**

**epithelium**
Coherent cell sheet formed from one or more layers of cells covering an external surface or lining a cavity.

**epitope**—*see* **antigenic determinant**

**equilibrium constant ($K$)**
Ratio of forward and reverse rate constants for a reaction and equal to the association constant. (*See* Figure 3-9.)

**erythrocyte (red blood cell)**
Small, hemoglobin-containing blood cell of vertebrates that transports oxygen and carbon dioxide to and from tissues. (From Greek *eruthros*, red.)

**ER**—*see* **endoplasmic reticulum**

***Escherichia coli* (*E. coli*)**
Rodlike bacterium normally found in the colon of humans and other mammals and widely used in biomedical research.

**ester**
Molecule formed by the condensation reaction of an alcohol group with an acidic group. Most phosphate groups are esters. (*See* Panel 2-2, pp. 50–51.)

**ethyl ($-CH_2CH_3$)**
Hydrophobic chemical group derived from ethane ($CH_3CH_3$).

**eucaryote (eukaryote)**
Living organism composed of one or more cells with a distinct nucleus and cytoplasm. Includes all forms of life except viruses and bacteria (procaryotes).

**euchromatin**
Region of an interphase chromosome that stains diffusely; "normal" chromatin, as opposed to the more condensed heterochromatin.

**exocytosis**
Process by which most molecules are secreted from a eucaryotic cell. These molecules are packaged in membrane-bounded vesicles that fuse with the plasma membrane, releasing their contents to the outside.

**exon**
Segment of a eucaryotic gene that consists of DNA coding for a sequence of nucleotides in mRNA; an exon can encode amino acids in a protein. Usually adjacent to a noncoding DNA segment called an intron.

**expression**
Production of an observable phenotype by a gene—usually by the synthesis of a protein.

**expression vector**
A virus or plasmid that carries a DNA sequence into a suitable host cell and there directs the synthesis of a specific protein.

**extracellular matrix (ECM)**
Complex network of polysaccharides (such as glycosaminoglycans or cellulose) and proteins (such as collagen) secreted by cells. Serves as a structural element in tissues and also influences their development and physiology.

**fatty acid**
Compound such as palmitic acid that has a carboxylic acid attached to a long hydrocarbon chain. Used as a major source of energy during metabolism and as a starting point for the synthesis of phospholipids. (*See* Panel 2-4, pp. 54–55.)

**fertilization**
Fusion of a male and a female gamete (both haploid) to form a diploid zygote, which develops into a new individual.

**fibroblast**
Common cell type found in connective tissue. Secretes an extracellular matrix rich in collagen and other extracellular matrix macromolecules. Migrates and proliferates readily in wounded tissue and in tissue culture.

**fixative**
Chemical reagent such as formaldehyde or osmium tetroxide used to preserve cells for microscropy. Samples treated with these reagents are said to be "fixed," and the process is called fixation.

**flagellum (plural flagella)**
Long, whiplike protrusion whose undulations drive a cell through a fluid medium. Eucaryotic flagella are longer versions of cilia; bacterial flagella are completely different, being smaller and simpler in construction.

**fluorescein**
Fluorescent dye that fluoresces green when illuminated with blue light or ultraviolet light.

**fluorescent dye**
Molecule that absorbs light at one wavelength and responds by emitting light at another wavelength; the emitted light is of longer wavelength (and hence of lower energy) than the light absorbed.

**focal contact (adhesion plaque)**
Small region on the surface of a fibroblast or other cell that is anchored to the extracellular matrix. The attachment is mediated by transmembrane proteins such as integrins, which are linked, through other proteins, to actin filaments in the cytoplasm.

**follicle cell**
One of the cell types that surround a developing oocyte or egg.

**free energy ($G$)**
Energy that can be extracted from a system to drive reactions. Takes into account changes in both energy and entropy.

Glossary

G–9

**transgenic**
Describes a plant or animal that has stably incorporated one or more genes from another cell or organism and can pass them on to successive generations.

**transition state**
Structure that forms transiently in the course of a chemical reaction and has the highest free energy of any reaction intermediate; a rate-limiting step in the reaction.

**translation (RNA translation)**
Process by which the sequence of nucleotides in a messenger RNA molecule directs the incorporation of amino acids into protein; occurs on a ribosome.

**transposable element**
Segment of DNA that can move from one position in a genome to another.

**triglyceride**
Glycerol ester of fatty acids. The main constituent of fat droplets in animal tissues (where the fatty acids are saturated) and of vegetable oil (where the fatty acids are mainly unsaturated).

**tRNA (transfer ribonucleic acid)**
Set of small RNA molecules used in protein synthesis as an interface (adaptor) between mRNA and amino acids. Each type of tRNA molecule is covalently linked to a particular amino acid.

**tyrosine kinase**
Enzyme that transfers the terminal phosphate of ATP to a specific tyrosine residue on its target protein.

**ubiquitin**
Small, highly conserved protein present in all eucaryotic cells that becomes covalently attached to lysines of other proteins. Attachment of a chain of ubiquitins tags a protein for intracellular proteolytic destruction in a proteasome.

**unsaturated**
Describes a molecule that contains one or more double or triple carbon-carbon bonds, such as isoprene or benzene.

**vector**
In cell biology, an agent (virus or plasmid) used to transmit genetic material to a cell or organism. (See also cloning vector.)

**vegetal pole**
The end at which most of the yolk is located in an animal egg. The end opposite the animal pole.

**ventral**
Situated toward the belly surface of an animal.

**vesicle**
Small, membrane-bounded, spherical organelle in the cytoplasm of a eucaryotic cell.

**virus**
Particle consisting of nucleic acid (RNA or DNA) enclosed in a protein coat and capable of replicating within a host cell and spreading from cell to cell. Often the cause of disease.

**$V_{max}$**
Maximum rate of an enzymatic reaction when a substrate is present at saturation levels.

**Western blotting**
Technique by which proteins are separated and immobilized on a paper sheet and then analyzed, usually by means of a labeled antibody.

**white blood cell (leucocyte)**
Nucleated blood cell lacking hemoglobin; includes lymphocytes, neutrophils, eosinophils, basophils, and monocytes.

**wild-type**
Normal, nonmutant form of an organism; the form found in nature (in the wild).

**x-ray crystallography**
Technique for determining the three-dimensional arrangement of atoms in a molecule based on the diffraction pattern of x-rays passing through a crystal of the molecule.

**Xenopus laevis (South African clawed toad)**
Species of frog (not a toad) frequently used in studies of early vertebrate development.

**yeast**
Common term for several families of unicellular fungi. Includes species used for brewing beer and making bread, as well as pathogenic species (that is, species that cause disease).

**Z disc (Z line)**
Platelike region of a muscle sarcomere to which the plus ends of actin filaments are attached. Seen as a dark transverse line in micrographs.

**zinc finger**
Structural motif seen in many DNA-binding proteins, composed of a loop of polypeptide chain held in a hairpin bend bound to a zinc atom.

**zonula adherens**—see **adhesion belt**

**zygote**
Diploid cell produced by fusion of a male and female gamete. A fertilized egg.