# EXHIBIT 3

*Parasitology Today, vol. 5, no. 12, 1989*                                                                397

# HiTech... Multiple Peptide Synthesis (Pepscan Method) for the Systematic Analysis of B- and T-cell Epitopes: Application to Parasite Proteins

M.A. Miles, G.R. Wallace and J.L. Clarke

*In 1984 Mario Geysen and his colleagues[1] described a technique for the simultaneous synthesis of hundreds of peptides on polyethylene rods. The peptides, still on the rods, could be used directly in enzyme-linked immunosorbent assays (ELISAs) and in this way linear parts of B-cell epitopes could be mapped. For the analysis of T-cell epitopes, peptides can be cleaved from the rods and incorporated into proliferation assays. This method, called the 'Pepscan' procedure, has been used for the detailed characterization of epitopes of viruses, Chlamydia and Mycobacteria: it is a powerful new approach to the epitope mapping of parasite proteins.*

Advances in techniques of molecular biology, including the introduction of the polymerase chain reaction (PCR) have accelerated the ability to clone and analyse DNA[2]. Amino acid sequence can often be deduced reliably from DNA sequence, except where phenomena such as RNA editing occur[3], but there is no such absolute method to identify those parts of the protein that can elicit an immune response in the host.

## Predicting and Selecting B-Cell Epitopes

A broad indication of where linear (continuous) parts of B-cell epitopes may lie can be obtained from (1) the location of hydrophilic amino acid residues or repetitive hydrophilic peptides, (2) flexibility or protrusion indices, or (3) the probability of turns within the peptide structure[4–6]. As it is still difficult to predict the native structure of proteins from DNA sequence data alone, there are no predictive models for discontinuous B-cell epitopes, except when high-resolution molecular structures of similar proteins are available for comparison; the emphasis has remained on the use of differential antibody screening techniques[7] rather than predictive models. After antibody screening of expression libraries, if recombinant DNA can be obtained that includes the entire gene encoding the protein of interest, then topographic epitopes can be reconstructed by sub-cloning into specialized expression systems in *E. coli*, yeast, mammalian cells or baculovirus.

One approach to the mapping of peptide epitopes is the genetic manipulation of recombinants to produce deletion constructs that express fusion proteins; immunological screening determines which constructs still encode the epitope[8].

## Predicting and Selecting T-Cell Epitopes

There are fundamental differences between the recognition of B- and T-cell epitopes. Recognition by T-cells requires the presentation of peptide fragments bound to major histocompatibility (MHC) proteins on the surface of antigen-presenting cells such as macrophages, dendritic cells and B-cells[9]. This suggests that first, many T-cell epitopes should be linear and, second, that there may be structural constraints governing

**a**



| 1 | : | 2 | : | 3 | : | 4 | |
|---|---|---|---|---|---|---|---|
| Charged or glycine | | Hydrophobic | | Hydrophobic | | Polar or glycine | |

| 1 | : | 2 | : | 3 | : | 4 | : | 5 |
|---|---|---|---|---|---|---|---|---|
| Charged or glycine | | Hydrophobic | | Hydrophobic | | Hydrophobic or proline | | Polar or glycine |

**b**



Fig. 1.(a) Two Rothbard motifs for patterns in primary amino acid sequences that correlate with T-cell epitopes[10]. (b) A summary of the properties of amino acids used in finding motifs in the primary amino acid sequence that predict T-cell epitopes, and in constructing putative secondary peptide structures that might correlate with such epitopes. Residues with a polar or polarizable group (POLAR) that overlap with HYDROPHOBIC residues may be ambivalent to water. Proline has a unique position because, although hydrophobic, it is usually associated with structural turns[12]. (Cys.s refers to cystine; Cys refers to cysteine.)

© 1989, Elsevier Science Publishers Ltd. (UK) 0169–4707/89/\$02.00

*Parasitology Today, vol. 5, no. 12, 1989*



Fig. 2. (a) Preparation of polyethylene pins to support peptide syntheses (available from Cambridge Research Biochemicals, Button End, Harston, Cambridge CB2 5NX, UK). (b) Pin array and ELISA plate.

which peptides can interact with MHC proteins. This in turn implies that it might be possible to predict T-cell epitopes from DNA sequence data alone.

Rothbard[10] has proposed a predictive model for T-cell epitopes based only on patterns that occur within linear amino acid sequence. A highly significant correlation was found: in 64 known T-cell epitopes with the predictive motifs (Fig. 1), 53 had charged residues at position I and the remaining 11 had glycine, and 64 out of 64 had hydrophobic residues at positions 2 and 3[11,12].

The DeLisi and Berzofsky model[13] predicts that immunodominant helper T-cell epitopes are carried by processed peptides that can form amphipathic structures. It is proposed that the hydrophobic face of the amphipathic structure binds to the MHC protein and that the hydrophilic face is presented for binding to the T-cell receptor (TCR)[14]. This model arose from the demonstration that some immunodominant T-cell epitopes form amphipathic α-helical structures[15]. While all appropriate amphipathic structures need not be exclusively α-helical (some may be β-pleated sheets), Berzofsky and others found a highly significant correlation between algorithms predicting amphipathic helices and T-cell epitopes[14–16]. The Rothbard model agrees with that of Berzofsky in that most of the T-cell epitopes analysed were thought to be in the form of a helical structure[11].

Selection for T-cell epitopes from expression libraries currently requires that fusion proteins from vast numbers of recombinant clones are incorporated into T-cell proliferation assays in the presence of appropriate antigen-presenting cells[17]. This task is further complicated by the need to resolve the heterogeneity of responsive T-cell populations by the preparation and testing of clonal T-cell lines[18].

## Epitope Mapping with Synthetic Peptides

Limited numbers of synthetic peptides can be made by bulk column synthesis[19] and individual peptides can be purified by high performance liquid chromatography (HPLC) before testing for immunological activity[20]. This approach, in conjunction with the Berzofsky and Rothbard predictive models, has been successfully used for the identification of T-cell epitopes within candidate *Plasmodium* vaccine antigens[21,22].

To test the antigenicity of synthetic peptides, only nanogram to microgram quantities are required, and because of the intrinsic specificity of the immunological assays, it is not necessary to have highly purified peptides. Thus, methods of multiple peptide synthesis, such as the 'tea-bag' method[23], the RaMPS™ system (Dupont, Stevenage, UK) or the Geysen pin method[1], described here, can afford to sacrifice purity to reduce the cost, and increase the number of simultaneous syntheses. However, epitope mapping with these peptides will be restricted to reactive linear parts of epitopes.

## Multiple Peptide Synthesis on Polyethylene Pins

Polyacrylic acid-coated polyethylene pins are derivatized to provide a coating of amino groups (Fig. 2). Amino acids are added to the pins by deprotection and washing steps, coupling of the next protected amino acid, further washing and then repetition of the cycle until the synthesis is complete[24]. A different peptide can be constructed on each pin. The polyethylene pins are supported in a 96-well standard microtitre plate format in which the ELISA is then performed. Peptides bound to pins are apparently re-usable for 30–60 times if antibodies



Fig. 3. Tripeptide spacer and formic acid cleavage allowing recovery of synthetic peptides for testing in T-cell proliferation assays[27].

*Parasitology Today, vol. 5, no. 12, 1989*

bound in the first ELISA are removed in a sonication water bath[24].

Geysen et al.[1,25] used this technique to synthesize all the 208 possible overlapping hexapeptides of the VP1 protein of foot and mouth disease virus as deduced from its DNA sequence, and identified an immunogenic epitope that was seven amino acids long. By substitution of each amino acid within the identified epitope they showed that two leucine residues were essential for immunoreactivity.

It appears that five to eight amino acid residues form most experimentally determined linear epitopes and therefore synthesis of all possible octapeptides may adequately scan an entire sequence of interest. Aligning peptides that differ by single residues can identify those that form the amino-terminal and carboxy-terminal boundaries of minimal antibody-binding peptides[24]. Replacement in turn of each residue of the parent peptide epitope by all possible 19 genetically encoded amino acid alternatives can lead to synthetic epitopes with enhanced binding capacities. Such replacement set analysis[24] requires the synthesis of 120 peptides for each epitope of six amino acids: in addition, it is possible to incorporate amino acids that are not genetically encoded, for example D-optical isomers, to increase resistance to proteolytic degradation[24].

The work of Conlan and his colleagues[26], who have resolved genus-specific, species-specific, subspecies-specific and serovar reactive epitopes of *Chlamydia* is an impressive example of the information that can be generated by Pepscan. Furthermore, for some of the epitopes there was good agreement between their epitope locations by Pepscan and predictions based on hydrophobicity and the probability of turns along the primary amino acid sequence[4].

## Detection of T-Cell Epitopes

Van der Zee et al.[27] modified the Pepscan system in order to release the linked synthetic peptides (Fig. 3). Approximately 10 μg of peptide, about 10% of the total present on the pins, was released by cleavage with formic acid and was sufficient for 10–12 T-cell assays involving T-cell clones.

Using this method, the Dutch group identified a T-cell epitope of a mycobacterial 65 kDa heat-shock protein, involved in the induction of adjuvant-induced arthritis[28]. The minimal length of the T-cell epitope was resolved to seven residues (180–186): deletions and substitutions revealed which amino acids

were essential to retain the epitope. Although the heptapeptide epitope did not display amphipathicity from α-helical structure, alternate hydrophobic and hydrophilic residues and β-sheet conformation gave very high amphipathic values.

## Pepscan for Parasite Proteins

Will this technique be applicable to the mapping of the B- and T-cell epitopes of parasite proteins? Although problems of inappropriate conformation will preclude the recognition of some synthetic peptides, we anticipate that many parasitologists will use this novel means of epitope mapping. There are, as yet, few examples of the use of Pepscan with parasite proteins and, as far as we are aware, all published examples concern malaria antigens. In collaboration with Geysen, B-cell epitopes on 51 kDa and 83 kDa merozoite antigens of *Plasmodium falciparum* have been identified[29,30]. Amerongen et al.[31] have determined a B-cell epitope on the 25 kDa surface protein of *P. falciparum* by mapping with transmission-blocking

monoclonal antibodies. In our laboratory we have had very encouraging results with amino acid repeat sequences of *Trypanosoma cruzi* (J.L. Clarke et al., unpublished; Fig. 4).

## Additional Applications of Pepscan

Using a specific monoclonal antibody to a given antigen it is possible to mimic an unknown epitope of a known antigen by systematic synthesis and analysis of peptides, starting at a dipeptide level. This approach circumvents the restriction of using linear stretches of amino acids in the conventional Pepscan method[32], and it may be possible to construct such 'mimotopes' that represent the three-dimensional assembled epitopes of native proteins. For parasite proteins, if effective synthetic peptide vaccines are to be achieved, it is important to identify both B- and T-cell epitopes so that peptide analogues containing both types of epitope can be constructed[33]. Pepscan may accelerate attainment of the elusive ideal that single synthetic peptides or mixtures of syn-



Fig. 4. *ELISA using serum (1/100) from a patient with Trypanosoma cruzi infection and ten-residue peptides synthesized on polyethylene/polyacrylic acid pins. Peptides were based on amino acid sequence deduced from the analysis of T. cruzi cDNA clones': (1) correct reading frame; (2,3) alternative reading frames; (4) degenerate repeat with threonine codon insertion; (5) positive control; (6) negative control. Amino acids are shown in the single letter code (J.L. Clarke et al., unpublished).*

*Parasitology Today, vol. 5, no. 12, 1989*

thetic peptides should provide the diagnostics and vaccines of the future. It may also encourage technical progress by producing assay formats for clinical and field use with synthetic peptides at a much lower cost. It is conceivable that multiple peptide synthesis might be used to study binding reactions of hormone receptors, transport proteins, enzymes and DNA but this has yet to be explored[34].

**Acknowledgements**

Particular thanks go to Michael Ward and Ruurd Van der Zee for encouraging MAM's interest in Pepscan. The authors' relevant research is supported by the Wellcome Trust, the WHO/UNDP/World Bank/Special Programme for Research and Training in Tropical Diseases and a Science Engineering Research Council studentship to the Department of Biochemistry, Charing Cross and Westminster Hospital Medical School, London, UK.

**References**

1 Geysen, H.M. et al. (1984) *Proc. Natl Acad. Sci. USA* 81, 3998–4002
2 de Bruijn, M.H.L. (1988) *Parasitology Today* 4, 293–295
3 Stuart, K. (1989) *Parasitology Today* 5, 5–8
4 Krchnak, V. et al. (1987) *Anal. Biochem.* 165, 200–207
5 Westhof, E. et al. (1984) *Nature* 274, 92–94
6 Thornton, J.M. et al. (1986) *EMBO J.* 5, 409–413
7 Miles, M.A. and Clarke, J.L. (1989) *Parasitology Today* 5, 25–27
8 Thole, J.E.R. et al. (1988) *Infect. Immun.* 56, 1633–1640
9 Chain, B. et al. (1988) *Immunol. Rev.* 106, 33–58
10 Rothbard, J.B. (1986) *Ann. Inst. Pasteur* 137E, 518–526
11 Rothbard, J.B. and Taylor, W.R. (1988) *EMBO J.* 7, 93–100
12 Taylor, W.R. (1986) *J. Mol. Biol.* 188, 233–258
13 DeLisi, C. and Berzofsky, J.A. (1985) *Proc. Natl Acad. Sci. USA* 82, 7048–7052
14 Margalit, H. et al. (1987) *J. Immunol.* 138, 2213–2229
15 Stille, C.J. et al. (1987) *Mol. Immunol.* 24, 1021–1027
16 Streicher, H.J. et al. (1984) *Proc. Natl Acad. Sci. USA* 81, 6831–6835
17 Mustafa, A.S. et al. (1988) *J. Immunol.* 141, 2729–2733
18 Heinzel, F.P. et al. (1989) *J. Exp. Med.* 169, 59–72
19 Merrifield, R.B. (1963) *J. Am. Chem. Soc.* 85, 2149–2154
20 Strynadka, N.C.J. et al. (1988) *J. Virol.* 62, 3474–3483
21 Rzepczyk, C.M. et al. (1988) *J. Immunol.* 141, 3197–3202
22 Sinigaglia, F. et al. (1988) *Nature* 336, 778–780
23 Houghten, R.A. (1985) *Proc. Natl Acad. Sci. USA* 82, 5131–5135
24 Geysen, H.M. et al. (1987) *J. Immunol. Methods* 102, 259–274
25 Geysen, H.M. et al. (1985) *Proc. Natl Acad. Sci. USA* 82, 178–182
26 Conlan, J.W. et al. (1988) *Mol. Microbiol.* 2, 673–679
27 Van der Zee, R. et al. (1989) *Eur. J. Immunol.* 19, 43–47
28 Cohen, I.R. (1988) *Sci. Am.* 258, 34–42
29 Epping, R.J. et al. (1988) *Mol. Biochem. Parasitol.* 28, 1–10
30 Lew, A.M. et al. (1989) *Proc. Natl Acad. Sci. USA* 86, 3768–3772
31 van Amerongen, A. et al. (1989) *Parasite Immunol.* 11, 425–428
32 Geysen, H.M. et al. (1986) *Mol. Immunol.* 23, 709–715
33 Good, M.F. et al. (1987) *Science* 235, 1059–1062
34 Geysen, H.M. (1985) *Immunol. Today* 6, 364–369

*Michael Miles, Graham Wallace and Louise Clarke are at the Department of Medical Parasitology, London School of Hygiene and Tropical Medicine, Keppel Street, London WC1E 7HT, UK, where Michael Miles is a Wellcome Trust Senior Lecturer and Louise Clarke is a visiting research student.*

# BOOKS

## Computer-Aided Identification of Phlebotomines of French Guiana

*by J. Lebbe, R. Vignes and J. P. Dedet, Institut Pasteur de la Guyane Française, 1988. Distributed free by the Institut Pasteur (165 pages) ISBN 2 9502480 0 4*

Now that the first euphoria is over regarding the potential applications of expert system technology, it is appropriate to look critically at the first products that are available. Lebbe et al. are to be congratulated on the production of this one. It is concerned with the perennial entomological problem of species identification and uses a specialized software referred to as computer-aided identification. Over a period of more than three years they have, first, recognized the potential of the technology, second, acquired the resources to undertake a major project using the technology, and third, produced a completed product.

The documentation consists of a 165-page manual accompanied by a single IBM-compatible diskette. The computer program is not self-explanatory and can only be used as an adjunct of the manual.

Similarly, the manual cannot be used as a taxonomic key without the software.

The manual appears to be clearly written to a high scientific standard. It includes versions in both French and English, though a number of terms have not been translated very well. For example, the term 'modality' meaning 'possible values of a variable' is not commonly used in English. It includes a section on the basic biology of phlebotomines and the diseases that they may transmit. There are statistical summaries of species prevalence and full references to sources and notes on each species.

This review focuses on the implementation of the technology and leaves the question of the scientific quality of the key to other users.

The software consists of a database containing morphological information about 74 phlebotomines, a knowledge base containing information about relationships between variables and an inference processor, or expert system shell, called XPER. The authors state that the software is extremely simple to use and needs no competence in data processing. Unfortunately, they overestimate the degree of computer literacy among students of phlebotomines.

The user interface to this expert system can only be categorized as unfriendly. There are no menus, graphics, windows or selection of options by cursor movement. This will certainly deter many potential users. In order to

use the software it is necessary to keep the manual at hand and refer to pages 11–22.

During operation, the program asks questions such as: 'Number of STYLE spines?' and provides a choice of answers. There is no accompanying explanation of such morphological features. In order to determine what a style spine is the user must consult page 45 of the manual and be referred to items 16–21 under the subsection 'Male Genitalia'. The definition of the style and a diagram are located under item 16 on page 60.

A user-friendly system, in contrast, would respond to a request for help by printing to the screen a definition of specialist words and a diagram that clearly identified the morphological feature. If the software were designed to run on a computer without graphics, it would refer the user to the appropriate page in the manual. Also, a user-friendly system would not use abbreviations like D-ir to signal its system state. Instead it would write in full 'Number of species remaining'.

Unfortunately, the manual does not spell out the advantages of using the computer-based identification system clearly enough to interest the computer-illiterate user. On page 3 of the manual we read that the audience for this package consists of 'the non-specialist with only a general knowledge of entomology who wishes to identify rapidly and reliably the phlebotomines of French

EXHIBIT 4

*Journal of General Virology* (1997), **78**, 221–227.   Printed in Great Britain

# Sequence of porcine circovirus DNA: affinities with plant circoviruses

Brian M. Meehan,[1] Julie L. Creelan,[2] M. Stewart McNulty[2] and Daniel Todd[2]

[1] Department of Veterinary Science, The Queen's University of Belfast, and [2] Veterinary Sciences Division, Department of Agriculture for Northern Ireland, Stormont, Belfast BT4 3SD, UK

The complete nucleotide sequence (1759 nt) of the ssDNA genome of porcine circovirus (PCV) was determined from a cloned dsDNA replicative form isolated from PCV-infected cells. Sequence analysis detected no significant nucleic acid or protein similarity with another animal circovirus, chicken anaemia virus (CAV) but, surprisingly, the highest protein similarity was obtained between the product of the largest predicted PCV ORF (ORF1; encoding a potential protein of 35·7 kDa) and a putative protein encoded by the plant circovirus banana bunchy top virus (BBTV). High protein similarity was also detected with the other plant circoviruses subterranean clover stunt virus (SCSV) and coconut foliar decay virus (CFDV). This region of protein identity corresponds with the putative plant circovirus replication-associated protein (Rep). The presence of a nonanucleotide sequence at the apex of a potential-stem loop structure, identical to that found in the plant circoviruses CFDV and SCSV and similar (one mismatch) to that found in the plant circovirus BBTV and in the geminiviruses, suggests that rolling-circle replication may operate during PCV DNA replication. These findings show that PCV is unique in that it bridges the gap between animal and plant circoviruses. The taxonomic relationship of PCV with other members of the *Circoviridae* is discussed.

## Introduction

Since the first isolation of porcine circovirus (PCV), a small isometric virus 17 nm in diameter with a monopartite circular ssDNA genome (Tischer *et al.*, 1982), similar viruses have been identified in a range of animal (Ritchie *et al.*, 1989; Todd *et al.*, 1990) and plant species (Rohde *et al.*, 1990; Chu *et al.*, 1990; Harding *et al.*, 1993). Their unrelatedness to other ssDNA viruses has led to their classification in a new virus family, the *Circoviridae* (Lukert *et al.*, 1995). Although limited protein similarity exists between plant circoviruses (Harding *et al.*, 1993; Burns *et al.*, 1995) no significant physico-chemical, nucleotide sequence or protein similarity has yet been demonstrated within the animal circoviruses (Allan *et al.*, 1994 b; Todd *et al.*, 1991 b, 1993) or between the animal and plant circoviruses. Although tentatively placed within the *Circoviridae* (Lukert *et al.*, 1995) the only characteristics that the

multipartite plant circoviruses, banana bunchy top virus (BBTV), subterranean clover stunt virus (SCSV) and coconut foliar decay virus (CFDV), share with the monopartite animal circoviruses, PCV, chicken anaemia virus (CAV) and psittacine beak and feather disease virus (BFDV), are that all have small isometric virions and a circular ssDNA genome. This has led to the proposal that they should either be classified separately or that the plant circoviruses should be placed in a separate genus within the *Circoviridae* (Burns *et al.*, 1995) or more closely associated with the geminiviruses (Boevink *et al.*, 1995).

Previous work in this laboratory on a comparative study of animal circoviruses (Todd *et al.*, 1991 b) showed that PCV resembled BFDV in both particle and genome size but differed in these characteristics from CAV, and recommended that it would be inadvisable to place CAV in the same family as either or both of the other viruses. Subsequent physico-chemical characterization (Allan *et al.*, 1994 b) has further described differences between CAV and PCV. Investigation of the genomic organization of both PCV (Mankertz *et al.*, 1990, 1993; Todd *et al.*, 1993) and CAV (Meehan *et al.*, 1992; Todd *et al.*, 1993) highlighted differing genomic organization and gene expression strategies and revealed very little nucleic acid

Author for correspondence: Daniel Todd.
Fax +44 1232 525773. e-mail Daniel.Todd@qub.ac.uk

The GenBank accession number of the sequence reported in this paper is U49186.

or protein similarity between the two viruses (Todd *et al.*, 1993). Although a poster presentation describing the cloning and sequencing of the PCV genome has been abstracted (Buhk *et al.*, 1985) no published information or database submission pertaining to the nucleotide sequence of PCV is available.

In this paper we report the nucleotide sequence of a cloned PCV replicative form (RF) shown to produce infectious virus following transfection, identify a sequence motif thought to play a role in virus DNA replication and discuss the sequence of the largest potential protein in relation to the taxonomic classification of circoviruses.

## Methods

■ **Cell and virus growth.** A continuous pig kidney (PK-15) cell line persistently infected with PCV was obtained from the Central Veterinary Laboratory, Weybridge, UK. Virus growth was monitored by immunofluorescence as described by Todd *et al.* (1991*b*) using both a rabbit antiserum to purified PCV (kindly provided by I. Tischer, Robert Koch Institute, Berlin, Germany) and monoclonal antibodies to PCV (Allan *et al.*, 1994*a*). A PK-15 cell line shown to be free of PCV infection was used as a control. For the purposes of virus and viral DNA purification the yield was improved by treating the cells with glucosamine (Tischer *et al.*, 1987). PCV virions were partially purified by differential centrifugation and equilibrium sucrose density centrifugation as described by Todd *et al.* (1991*b*).

■ **Cloning of PCV-specific DNA.** PCV RF DNA was recovered from persistently infected PK-15 cells ($10 \times 75$ cm² tissue culture flasks) harvested 72–76 h after glucosamine treatment essentially as described for the cloning of the circovirus CAV RF (Todd *et al.*, 1991*a*) employing a modification of the Hirt procedure (Hirt, 1967) as described by Molitor *et al.* (1984). Briefly, DNA (1–5 µg) extracted by the Hirt procedure was treated with S1 nuclease (Amersham) in accordance with the manufacturer's instructions, digested with *Pst*I and fractionated by electrophoresis in 1% (w/v) agarose gels in the presence of ethidium bromide as described previously (Todd *et al.*, 1990). A gel slice corresponding to the predicted position of the linearized 1·7 kbp dsDNA RF of PCV (Tischer *et al.*, 1982; Tischer & Buhk, 1988) was excised and the DNAs were recovered by electroelution (Sambrook *et al.*, 1989). PCV-specific RF DNA which had been digested with *Pst*I was ligated as a single fragment into the vector pGEM-1 (Promega) that had been cut with *Pst*I and alkaline phosphatase treated. *Escherichia coli* ED8767 transformed with recombinant plasmids were identified by the colony hybridization technique using a randomly primed radiolabelled DNA probe (Feinberg & Vogelstein, 1984) generated using purified virus genomic ssDNA as described by Todd *et al.* (1991*b*).

■ **Transfection capabilities of cloned PCV DNA.** Transfection was carried out essentially as described by Todd *et al.* (1991*a*) using the DEAE-dextran method of Sompayrac & Danna (1981). Briefly, 0·1–0·5 µg of *Pst*I digested PCV cloned DNA in pGEM-1 was added to 350 µl RPMI containing 200 µg/ml DEAE-dextran, applied to a semi-confluent monolayer of PK-15 cells and incubated for 4–6 h before washing the cell surface with fresh medium. Virus infection was detected 48 h post-transfection and following passage by indirect immunofluorescence using acetone-fixed cells dried on multispot slides as described previously (Todd *et al.*, 1991*b*). For the generation of virus pools the transfected monolayer was incubated with fresh medium for 72 h prior to subculturing.

■ **Nucleic acid sequence determination.** The nucleic acid sequence of a selected cloned PCV RF (pPCV1) was determined by dideoxy chemistry using a dye terminator ready reaction cycle sequencing kit utilizing AmpliTaq DNA polymerase FS (Perkin Elmer) on an Applied Biosystems ABI 373A automated DNA sequencer in accordance with the manufacturer's instructions. Initial sequencing reactions were carried out using the T7 and SP6 primers of pGEM-1. The remaining sequence data was generated using a primer walking strategy. The nucleotide sequence of a PCV clone (pPCV1) was determined in each direction in at least duplicate. Nucleic acid sequence data were assembled and edited using a combination of the Applied Biosystems 373A DNA Sequencer Data Analysis Program and Sequence Navigator software.

■ **Genomic organization of PCV and relationship to other circoviruses.** The nucleotide sequence of the PCV genome was analysed using the MacDNASIS sequence analysis software (Hitachi). Putative PCV ORFs were further analysed using the Blast algorithm (Altschul *et al.*, 1990) using the non-redundant nucleic acid sequence database at the National Centre for Biotechnology Information (NCBI, USA).

## Results and Discussion

### Transfection capabilities of cloned PCV RF

Colony hybridization using a PCV-specific probe successfully identified a number of PCV clones for further characterization. One PCV-specific clone (pPCV1) was shown by restriction endonuclease digestion with *Pst*I to contain an insert of approximately 1·7 kbp (Fig. 1). The 1·7 kbp cloned PCV fragment, when released by *Pst*I digestion, was shown by immunofluorescence to represent a functional PCV RF capable of producing infectious virus following transfection (Fig. 2). These results are in agreement with previous studies involving the selection and cloning of circovirus genomes in this laboratory (Meehan *et al.*, 1992; Todd *et al.*, 1995).

### Nucleotide sequence analysis of the PCV genome

The nucleotide sequence of the 1759 bp cloned PCV RF (pPCV1) contained as a *Pst*I insert in pGEM-1 is given in Fig. 3. By analogy with plant circoviruses and geminiviruses the strand presented is thought to represent the encapsidated virus strand ssDNA. Potential polyadenylation addition signals (AATAAA; Nevins, 1983) are present on both strands of the PCV RF, in the putative virus strand (two possible sites at nt positions 314–319, 973–978) and in the complementary strand (a cluster of three potential sites encompassing positions 730–745, and a single site at nt position 571–576). This arrangement of polyadenylation signals is consistent with the observation that both strands of the PCV genome are transcribed and encode proteins (Mankertz & Buhk, 1990; Mankertz *et al.*, 1993). Unpublished Northern blot analysis of PCV-infected cells (Mankertz & Buhk, 1990; Mankertz *et al.*, 1993) has indicated that, in contrast to CAV (Kato *et al.*, 1995; Noteborn *et al.*, 1991; Phenix *et al.*, 1993, 1994), transcription takes place on both DNA strands to generate three distinct





Fig. 1. Gel showing the cloned 1·7 kbp PCV RF present in pPCV1. Lane 1, size markers (*Hind*III digest of λ DNA); lane 2, 100 bp ladder (Promega); lane 3, the 1·7 kbp fragment released from the plasmid pPCV1 following *Pst*I digestion.

Fig. 2. Light micrograph showing typical immunofluoresence in PCV-infected PK-15 cells following transfection and passage. Bar represents 10 μm.

Fig. 1                              Fig. 2

PCV-specific RNA transcripts (Mankertz *et al.*, 1993; Todd *et al.*, 1993). The PCV genome does not, however, have a distinctive non-coding region and shares little nucleotide sequence homology with CAV (Meehan *et al.*, 1992; Todd *et al.*, 1991 *b*, 1993). A sequence with the potential to form a distinctive stem-loop structure is present in the putative virus strand of the PCV genome (nt position 1739–13) and encompasses the nonanucleotide TAGTATTAC (nt position 1753–2). The position of this stem-loop structure in relation to the major ORFs present within the PCV RF is shown in Fig. 3. The convention used for numbering the geminivirus sequences has been adopted, with the 'A' residue immediately downstream of the putative nick site in the nonanucleotide given as nucleotide position 1 (Tan *et al.*, 1995). By analogy with geminiviruses (Lazarowitz, 1987; Laufs *et al.*, 1995; Stanley, 1995), this stem-loop structure and nonanucleotide motif may represent a putative origin of rolling-circle replication (RCR; Gilbert & Dressler, 1968) in PCV DNA. This hypothesis is further supported by the close similarity demonstrated with the nonanucleotide motifs present in the plant circoviruses BBTV (Harding *et al.*, 1993), CFDV (Rohde *et al.*, 1995) and SCSV (Boevink *et al.*, 1995), which are also thought to replicate using RCR. The position of the PCV nonanucleotide motif on the potential stem-loop structure and its relationship to the putative nonanucleotide motif present in other circoviruses and geminiviruses are given in Fig. 4 (*a, b*). Although RCR has been investigated in the replication of CAV DNA, no direct

evidence for RCR was observed (Todd *et al.*, 1996) and the highly conserved nonanucleotide sequence at the apex of a potential stem-loop sequence, typified by that found in the plant circoviruses and geminiviruses, was not present in the genome of CAV. This observation highlights the greater similarity between PCV and the plant circoviruses than between PCV and CAV.

## Genomic organization of the PCV genome

The orientation and positions of the seven ORFs with the potential to encode proteins > 5 kDa encoded on either strand of the PCV RF are given in Fig. 5. The molecular mass values of each of the seven predicted proteins in descending order are as follows: ORF1, 35·7 kDa (nt 47–983); ORF2, 27·8 kDa (nt 1723–1024); ORF3, 23·2 kDa (nt 658–40); ORF4, 13·3 kDa (nt 552–207); ORF5, 9·8 kDa (nt 1163–1448); ORF6, 6·7 kDa (nt 1518–1332); ORF7, 6·0 kDa (nt 1670–79). The largest PCV ORF (ORF1) is the only ORF identified in the PCV RF large enough to encode the PCV major structural protein of 36 kDa (Tischer *et al.*, 1982) and accordingly ORF1 may represent the major PCV structural protein gene. However, since splicing of a major RNA species thought to encode the PCV structural protein has been observed (Mankertz & Buhk, 1990), conclusive identification of the ORF encoding the PCV major structural protein awaits further transcript mapping and protein sequence investigation.

223

```
   1  ACCAGCGCACTTCGGCAGCGGCAGCACCTCGGCAGCGTCAGTGAAAATGCCAAGCAAGAA
                                                     M  P  S  K  K
  61  AAGCGGCCCGCAACCCCATAAGAGGTGGGTGTTCACCCTTAATAATCCTTCCGAGGAGGA
       S  G  P  Q  P  H  K  R  W  V  F  T  L  N  N  P  S  E  E
 121  GAAAAACAAAATACGGGAGCTTCCAATCTCCCTTTTTGATTATTTTGTTTGCGGAGAGGA
       K  N  K  I  R  E  L  P  I  S  L  F  D  Y  F  V  C  G  E  E
 181  AGGTTTGGAAGAGGGTAGAACTCCTCACCTCCAGGGGTTTGCGAATTTTGCTAAGAAGCA
       G  L  E  E  G  R  T  P  H  L  Q  G  F  A  N  F  A  K  K  Q
 241  GACTTTTAACAAGGTGAAGTGGTATTTTGGTGCCCGCTGCCACATCGAGAAAGCGAAAGG
       T  F  N  K  V  K  W  Y  F  G  A  R  C  H  I  E  K  A  K  G
 301  AACCGACCAGCAGAATAAAGAATACTGCAGTAAAGAAGGCCACATACTTATCGAGTGTGG
       T  D  Q  Q  N  K  E  Y  C  S  K  E  G  H  I  L  I  E  C  G
 361  AGCTCCGCGGAACCAGGGGAAGCGCAGCGACCTGTCTACTGCTGTGAGTACCCTTTTGGA
       A  P  R  N  Q  G  K  R  S  D  L  S  T  A  V  S  T  L  L  E
 421  GACGGGGTCTTTGGTGACTGTAGCCGAGCAGTTCCCTGTAACGTATGTGAGAAATTTCCG
       T  G  S  L  V  T  V  A  E  Q  F  P  V  T  Y  V  R  N  F  R
 481  CGGGCTGGCTGAACTTTTGAAAGTGAGCGGGAAGATGCAGCAGCGTGATTGGAAGACAGC
       G  L  A  E  L  L  K  V  S  G  K  M  Q  Q  R  D  W  K  T  A
 541  TGTACACGTCATAGTGGGCCCGCCCGGTTGTGGGAAGAGCCAGTGGGCCCGTAATTTTGC
       V  H  V  I  V  G  P  P  G  C  G  K  S  Q  W  A  R  N  F  A
 601  TGAGCCTAGGGACACCTACTGGAAGCCTAGTAGAAATAAGTGGTGGGATGGATATCATGG
       E  P  R  D  T  Y  W  K  P  S  R  N  K  W  W  D  G  Y  H  G
 661  AGAAGAAGTTGTTGTTTTGGATGATTTTTATGGCTGGTTACCTTGGGATGATCTACTGAG
       E  E  V  V  L  D  D  F  Y  G  W  L  P  W  D  D  L  L  R
 721  ACTGTGTGACCGGTATCCATTGACTGTAGAGACTAAAGGGGGTACTGTTCCTTTTTTGGC
       L  C  D  R  Y  P  L  T  V  E  T  K  G  G  T  V  P  F  L  A
 781  CCGCAGTATTTTGATTACCAGCAATCAGGCCCCCCAGGAATGGTACTCCTCAACTGCTGT
       R  S  I  L  I  T  S  N  Q  A  P  Q  E  W  Y  S  S  T  A  V
 841  CCCAGCTGTAGAAGCTCTCTATCGGAGGATTACTACTTTGCAATTTTGGAAGACTGCTGG
       P  A  V  E  A  L  Y  R  R  I  T  T  L  Q  F  W  K  T  A  G
 901  AGAACAATCCACGGAGGTACCCGAAGGCCGATTTGAAGCAGTGGACCCACCCTGTGCCCT
       E  Q  S  T  E  V  P  E  G  R  F  E  A  V  D  P  P  C  A  L
 961  TTTCCCATATAAAAATAAATTACTGAGTCTTTTTTGTTATCACATCGTAATGGTTTTTATT
       F  P  Y  K  I  N  Y  *
1021  TTTATTTATTTAGAGGGTCTTTTAGGATAAATTCTCTGAATTGTACATAAATAGTCAGCC
1081  TTACCACATAATTTTGGGCTGTGGCTGCATTTTGGAGCGCATAGCCGAGGCCTGTGTGCT
1141  CGACATTGGTGTGGGTATTTAAATGGAGCCACAGCTGGTTTCTTTTATTATTTGGGTGGA
1201  ACCAATCAATTGTTTGGTCCAGCTCAGGTTTGGGGGTGAAGTACCTGGAGTGGTAGGTAA
1261  AGGGCTGCCTTATGGTGTGGCGGGAGGAGTAGTTAATATAGGGGTCATAGGCCAAGTTGG
1321  TGGAGGGGGTTACAAAGTTGGCATCCAAGATAACAACAGTGGACCCAACACCTCTTTGAT
1381  TAGAGGTGATGGGGTCTCTGGGGTAAAATTCATATTTAGCCTTTCTAATACGGTAGTATT
1441  GGAAAGGTAGGGTAGGGGGTTGGTGCCGCCTGAGGGGGGAGGAACTGGCCGATGTTGA
1501  ATTTGAGGTAGTTAACATTCCAAGATGGCTGCGAGTATCCTCCTTTTATGGTGAGTACAA
1561  ATTCTGTAGAAAGGCGGGAATTGAAGATACCCGTCTTTCGGCGCCATCTGTAACGGTTTC
1621  TGAAGGCGGGGTGTGCCAAATATGGTCTTCTCCGGAGGATGTTTCCAAGATGGCTGCGGG
1681  GGCGGGTCCTTCTTCTGCGGTAACGCCTCCTTGGCCACGTCATCCTATAAAAGTGAAAGA
1741  AGTGCGCTGCTGTAGTATT
```

Fig. 3. Nucleotide sequence of the PCV genome. The amino acid sequence of the largest ORF encoding the putative PCV Rep is given. By analogy with plant geminiviruses the 'A' residue immediately downstream of the putative nick site in the nonanucleotide motif is given as nucleotide position 1. The potential stem-loop sequence encompassing the putative nonanucleotide sequence is underlined and the potential polyadenylation signals on the putative encapsidated strand are double underlined.



Sequence analysis of PCV

Fig. 4. (a) Stem-loop sequence present in the putative encapsidated strand of the PCV genome; the nonanucleotide motif is in bold. (b) Alignment showing the relationship between the PCV nonanucleotide motif and that present in both plant circoviruses and geminiviruses. Bases that differ from the PCV nonanucleotide motif are underlined. 1, Banana bunchy top virus (Harding *et al.*, 1993); 2, coconut foliar decay virus (Rohde *et al.*, 1995); 3, subterranean clover stunt virus (Boevink *et al.*, 1995); 4, geminivirus consensus motif (Lazarowitz, 1987).

Fig. 5. Schematic representation of the PCV genome showing the largest open reading frame ORF1 (hatched) encoding the putative PCV Rep in relation to the *Pst*I site used in the cloning of the PCV RF. The stem-loop region (SL) encompassing the nonanucleotide motif is also shown. The positions of ORFs with the potential to encode proteins > 5 kDa on both DNA strands of the PCV RF are shown by arrows.

```
PCV     MPSKKSGPQPHKRWVFTLNNPSEEEKNKIRELPISLFDYFVCGEEGLEEGRTPHLQGFANF
BBTV¹           P   +W FTLN   S EE+N +  L        Y V G+E      HLQG+ +
BBTV²             +W FTLN   S  E+         +Y V G+E      HLQG+ +
SCSV³            +R+ FTLN  +E E+       L            HLQGF +F
BBTV⁴             +W FTLN   S  E+         +Y V G+E      HLQG+ +
CFDV⁵            +RW FTLN  +EEE N +R +       Y + G+E      HLQGF +

PCV     AKKQTFNKVKWYFGARCHIEKAKGTDQQNKEYCSKEGHILIECGAPRNQGKRSDLSTAVST
BBTV¹   K+      +K   +G+R H E A+GTD++N +YC
BBTV²   K       +K   +G+R H E  AKG+D+QN+  YC
SCSV³   K       +K   FG R H E A+G+D QN++YC
BBTV⁴   K       +K   + +R H E+A+G+D+  N +YC
CFDV⁵   +       +K    G R H+E  +G+D+QN++YC

        LLETGSLVTVAEQFPVTYVRNFRGLAELLKVSGKMQQRDWKTAVHVIVGPPGCGKSQWARN
        FAEPRDTYWKPSRNKWWDGYHGEEVVVLDDFYGWLPWDDLLRLCDRYPLTVETKGGTVPFL
        ARSILITSNQAPQEWYSSTAVPAVEALYRRITTLQFWKTAGEQSTEVPEGRFEAVDPCALF
        PYKINY*
```

Fig. 6. Protein sequence homology at the N-terminal region of the putative PCV Rep corresponding to the high-scoring pairs detected by BlastX analysis of the nucleotide sequence of the PCV genome. Homologous amino acids are indicated by a ' + '. 1, BBTV V1 gene product (accession no. L32166), $P(N)$ $1.0 \times 10^{-6}$; 2, BBTV V2 gene product (accession no. L32167), $P(N)$ $7.0 \times 10^{-6}$; 3, SCSV gene product (accession no. U16713), $P(N)$ $2.4 \times 10^{-5}$; 4, BBTV DNA III ORF VI and ORF CI (accession no. U12586), $P(N)$ $6.5 \times 10^{-5}$; 5, CFDV ORF1 gene product (accession no. A46353, $P(N)$ $1.3 \times 10^{-4}$. [$P(N)$ = smallest sum probability.]

## Analysis of protein sequences predicted from the PCV genome

Analysis of the protein sequence encoded by ORF1 revealed some surprising relationships. When the entire PCV genome was analysed for protein similarity with the non-redundant protein database (NCBI, USA) using the Blast algorithm (Altschul *et al.*, 1990) the highest levels of homology detected were between the PCV ORF1 and the putative replication-associated proteins (Reps) of the plant circovirus BBTV with high levels of homology also being detected with the other plant circoviruses CFDV and SCSV. The regions of homology between the putative product of PCV ORF1 and the putative plant circovirus Reps are shown in Fig. 6. The putative plant circovirus Reps have been shown to contain dNTP binding motifs (Harding *et al.*, 1993; Surin *et al.*, 1993) and are thought to play roles in virus DNA replication. The homology between the PCV ORF1 product and the putative plant circovirus Rep genes highlights PCV as being unique in that it bridges the gap between animal and plant circoviruses, possibly indicating a common evolutionary pathway. On the basis of the striking homology between PCV and the plant circoviruses BBTV, CFDV and SCSV, PCV may eventually be assigned to a new genus containing the plant circoviruses. The determination of the nucleotide sequence, genomic organization and sequence relationships of other animal circoviruses such as BFDV will be required before the definitive taxonomic relationship between the animal and plant circo-viruses can be established.

The additional similarities between PCV and both plant circoviruses and geminiviruses deserve further comment. The presence of a nonanucleotide sequence at the apex of a potential stem-loop structure, identical to that found in the plant circovirus CFDV (Rohde *et al.*, 1995) and homologous to that found in the geminivirus nonanucleotide motif (Laufs *et al.*, 1995; Lazarowitz, 1987, 1992; Stanley, 1995) suggests that RCR may operate during circovirus DNA replication. This, in conjunction with the homology to putative plant circovirus Reps (Fig. 6), highlights PCV as the smallest and possibly the most ancient mammalian replicon yet encountered and warrants further investigation into both its replication and gene function. The further characterization of the putative PCV Rep in relation to plant circovirus and geminivirus Reps and to bacterial phage (Baas & Jansz, 1988) and plasmid proteins (Gros *et al.*, 1987), may further aid the identification and characterization of conserved sequence motifs (Ilyina & Koonin, 1992) necessary for RCR.

## References

**Allan, G. M., Mackie, D. P., McNair, J., Adair, B. M. & McNulty, M. S. (1994a).** Production, preliminary characterization and applications of monoclonal-antibodies to porcine circovirus. *Veterinary Immunology and Immunopathology* **43**, 357–371.

**Allan, G. M., Phenix, K. V., Todd, D. & McNulty, M. S. (1994b).** Some biological and physico-chemical properties of porcine circovirus. *Journal of Veterinary Medicine* **B41**, 17–26.

**Altschul, S. F., Gish, W., Miller, W., Myers, E. W. & Lipman, D. J. (1990).** Basic logical alignment search tool. *Journal of Molecular Biology* **215**, 403–410.

**Baas, P. D. & Jansz, H. S. (1988).** Single-stranded phage DNA origins. *Current Topics in Microbiology and Immunology* **136**, 31–70.

**Boevink, P., Chu, P. W. G. & Keese, P. (1995).** Sequence of subterranean clover stunt virus DNA: affinities with the geminiviruses. *Virology* **207**, 354–361.

**Buhk, H.-J., Tischer, I., Koch, M. A. (1985).** Cloning and sequencing of the porcine circovirus (PCV) genome. *Zentralblatt für Bakteriologie Mikrobiologie und Hygiene series A*, Meeting Abstract **260**, 465.

**Burns, T. M., Harding, R. M. & Dale, J. L. (1994).** Evidence that banana bunchy top virus has a multiple component genome. *Archives of Virology* **137**, 371–380.

**Burns, T. M., Harding, R. M. & Dale, J. L. (1995).** The genome organization of banana bunchy top virus: analysis of six ssDNA components. *Journal of General Virology* **76**, 1471–1482.

**Chu, P. G. W., Keese, P., Qiu, B. S., Waterhouse, P. M. & Gerlach, W. L. (1990).** Novel ssDNA genome organization of a new plant virus. *VIIIth International Congress of Virology Abstracts*, p. 125, abstract W82–001.

**Chu, P. G. W., Keese, P., Qiu, B. S., Waterhouse, P. M. & Gerlach, W. L. (1993).** Putative full-length clones of the genomic DNA segments of subterranean clover stunt virus and identification of the segment coding for the viral coat protein. *Virus Research* **27**, 161–171.

**Feinberg, A. & Vogelstein, B. (1984).** A technique for radiolabeling DNA restriction endonuclease fragments to high specific activity. *Analytical Biochemistry* **137**, 266–267.

**Gilbert, W. & Dressler, D. (1968).** The rolling circle model. *Cold Spring Harbor Symposia on Quantitative Biology* **33**, 473–484.

**Gros, M. F., te Riele, H. & Ehrlich, S. D. (1987).** Rolling circle replication of single-stranded DNA plasmid pC194. *EMBO Journal* **6**, 3863–3869.

**Harding, R. M., Burns, T. M., Hafner, G., Dietzgen, R. G. & Dale, J. L. (1993).** Nucleotide sequence of one component of the banana bunchy top virus genome contains a putative replicase gene. *Journal of General Virology* **74**, 323–328.

**Hirt, B. (1967).** Selective extraction of polyoma virus DNA from infected cell cultures. *Journal of Molecular Biology* **36**, 365–369.

**Ilyina, T. V. & Koonin, E. V. (1992).** Conserved sequence motifs in the initiator proteins for rolling circle DNA replication encoded by diverse replicons from eubacteria, eukaryotes and archaebacteria. *Nucleic Acid Research* **20**, 3279–3285.

**Kato, A., Fujino, F., Nakamura, T., Ishihama, A. & Otaki, Y. (1995).** Gene organization of chicken anemia virus. *Virology* **209**, 480–488.

**Laufs, J., Traut, W., Heyraud, F., Matzeit, V., Rogers, S. G., Schell, J. & Gronenborn, B. (1995).** *In vitro* cleavage and joining at the viral origin of replication by the replication initiator protein of tomato yellow leaf curl virus. *Proceedings of the National Academy of Sciences, USA* **92**, 3879–3883.

**Lazarowitz, S. G. (1987).** The molecular characterization of gemini-viruses. *Plant Molecular Biology Reporter* **4**, 177–192.

**Lazarowitz, S. G. (1992).** Geminiviruses: genome structure and gene function. *Critical Reviews in Plant Science* **11**, 327–349.

**Lukert, P., de Boer, G. F., Dale, J. L., Keese, P., McNulty, M. S., Randles, J. W. & Tischer, I. (1995).** The *Circoviridae*. In *Virus Taxonomy. Sixth Report of the International Committee on Taxonomy of Viruses*, pp. 166–168. Edited by F. A. Murphy, C. M. Fauquet, D. H. L. Bishop, S. A.

Ghabrial, A. W. Jarvis, G. P. Martelli, M. A. Mayo & M. D. Summers. Vienna & New York: Springer-Verlag.

**Mankertz, J. & Buhk, H.-J. (1990).** Transcriptional analysis of porcine circovirus (PCV). *VIIIth International Congress of Virology Abstracts*, p. 380, abstract P54–008.

**Mankertz, A., Bläß, G., Mankertz, J., Walter, A. & Buhk, H.-J. (1993).** Analysis of transcription and replication of porcine circovirus (PCV). *IXth International Congress of Virology Abstracts*, p. 76, abstract W45–8.

**Meehan, B. M., Todd, D., Creelan, J. L., Earle, J. A. P., Hoey, E. M. & McNulty, M. S. (1992).** Characterization of viral DNAs from cells infected with chicken anaemia agent: sequence analysis of the cloned replicative form and transfection capabilities of cloned genome fragments. *Archives of Virology* **124**, 301–319.

**Molitor, T. W., Joo, H. S. & Collet, M. S. (1984).** Porcine parvovirus DNA: characterization of the genomic and replicative form DNA of two virus isolates. *Virology* **137**, 241–254.

**Nevins, J. R. (1983).** The pathway of eukaryotic mRNA formation. *Annual Review of Biochemistry* **52**, 441–466.

**Noteborn, M. H. M., de Boer, G. F., van Roozelaar, D. J., Karreman, C., Kranenburg, O., Vos, J. G., Jeurissen, S. H. M., Hoeben, R. C., Zantema, A., Koch, G., van Ormondt, H. & van der Eb, A. J. (1991).** Characterization of cloned chicken anemia virus DNA that contains all the elements for the infectious replication cycle. *Journal of Virology* **65**, 3131–3139.

**Phenix, K. V., Meehan, B. M., Todd, D. & McNulty, M. S. (1993).** Genomic organisation of chicken anaemia virus (CAV). *IXth International Congress of Virology Abstracts*, p. 282, abstract P45–3.

**Phenix, K. V., Meehan, B. M., Todd, D. & McNulty, M. S. (1994).** Transcriptional analysis and genome expression of chicken anaemia virus. *Journal of General Virology* **75**, 905–909.

**Ritchie, B. W., Niagro, F. D., Lukert, P. D., Steffens, W. L., III & Latimer, K. S. (1989).** Characterization of a new virus from cockatoos with psittacine beak and feather disease virus. *Virology* **171**, 83–88.

**Rohde, W., Randles, J. W., Langridge, P. & Hanold, D. (1990).** Nucleotide sequence of a circular single-stranded DNA associated with coconut foliar decay virus. *Virology* **176**, 648–651.

**Rohde, W., Becker, D. & Randles, J. W. (1995).** The promoter of coconut foliar decay-associated circular single-stranded DNA directs the phloem-specific reporter gene expression in transgenic tobacco. *Plant Molecular Biology* **27**, 623–628.

**Sambrook, J., Maniatis, T. & Fritsch, E. F. (1989).** *Molecular Cloning: A Laboratory Manual*. Cold Spring Harbor, NY: Cold Spring Harbor Laboratory.

**Sompayrac, L. M. & Danna, K. J. (1981).** Efficient infection of monkey cells with DNA of simian virus 40. *Proceedings of the National Academy of Sciences, USA* **78**, 7575–7578.

**Stanley, J. (1995).** Analysis of Africa cassava mosaic-virus recombinants suggests strand nicking occurs within conserved nonanucleotide motif during initiation of rolling circle DNA-replication. *Virology* **206**, 707–712.

**Surin, B., Larkin, P., Boevink, P., Chu, P. & Keese, P. (1993).** The subterranean clover stunt virus genome consists of microchromosomes encoding single ORFs. *IXth International Congress of Virology Abstracts*, p. 333, abstract P62–1.

**Tan, P. H. N., Wong, S. M., Wu, M., Bedford, I. D., Saunders, K. & Stanley, J. (1995).** Genome organization of ageratum yellow vein virus, a monopartite whitefly-transmitted geminivirus isolated from a common weed. *Journal of General Virology* **76**, 2915–2922.

**Tischer, I. & Buhk, H.-J. (1988).** Viral DNA from cells infected with porcine circovirus. *Zentralblatt für Bakteriologie Mikrobiologie und Hygiene series A* **270**, 280–287.

**Tischer, I., Gelderblom, H., Vettermann, W. & Koch, M. A. (1982).** A very small porcine virus with a circular single-stranded DNA. *Nature* **295**, 64–66.

**Tischer, I., Peters, D., Rasch, R. & Pociuli, S. (1987).** Replication of porcine circovirus - induction by glucosamine and cell-cycle dependence. *Archives of Virology* **96**, 39–57.

**Todd, D., Creelan, J. L., Mackie, D. P., Rixon, F. & McNulty, M. S. (1990).** Purification and biochemical characterization of chicken anaemia agent. *Journal of General Virology* **71**, 819–823.

**Todd, D., Creelan, J. L. & McNulty, M. S. (1991*a*).** Dot blot hybridization assay for chicken anaemia agent using a cloned DNA probe. *Journal of Clinical Microbiology* **29**, 933–939.

**Todd, D., Niagro, F. D., Ritchie, B. W., Curran, W., Allan, G. M., Lukert, P. D., Latimer, K. S., Steffens, W. L., III & McNulty, M. S. (1991*b*).** Comparison of three animal viruses with circular single-stranded DNA genomes. *Archives of Virology* **117**, 129–135.

**Todd, D., Phenix, K. V., Allan, G. M., McNulty, M. S., Buhk, H.-J. & Tischer, I. (1993).** Comparison of chicken anaemia virus and porcine circovirus, members of the vertebrate family *Circoviridae*. *IXth International Congress of Virology Abstracts*, p. 367, abstract P76–2.

**Todd, D., Connor, T. J., Calvert, V. M., Creelan, J. L., Meehan, B. M. & McNulty, M. S. (1995).** Molecular cloning of an attenuated chicken anaemia virus isolate following repeated cell culture passage. *Avian Pathology* **24**, 171–187.

**Todd, D., Creelan, J. L., Meehan, B. M. & McNulty, M. S. (1996).** Investigation of the transfection capability of cloned tandemly-repeated chicken anaemia virus DNA fragments. *Archives of Virology* **141**, 1523–1534.

Received 12 June 1996; Accepted 23 September 1996

EXHIBIT 5

Volume 79 Part 9

September 1998

Univ. of Minn.
Bio-Medical
Library



Herpesviral thymidine kinase

*Journal of General Virology* (1998), **79**, 2171–2179. Printed in Great Britain

# Characterization of novel circovirus DNAs associated with wasting syndromes in pigs

Brian M. Meehan,[1] Francis McNeilly,[2] Daniel Todd,[2] Seamus Kennedy,[2] Victoria A. Jewhurst,[1] John A. Ellis,[3] Lori E. Hassard,[3] Edward G. Clark,[3] Deborah M. Haines[3] and Gordon M. Allan[2]

[1] Department of Veterinary Science, The Queen's University of Belfast, Stormont, Belfast BT4 3SD, UK

[2] Veterinary Sciences Division, Virology Section, Department of Agriculture for Northern Ireland, Stormont, Belfast BT4 3SD, UK

[3] Western College of Veterinary Medicine, University of Saskatchewan, Saskatoon, Canada S7N 5BR

Porcine circovirus (PCV) was initially recognized as a contaminant of continuous pig kidney cell lines and was not thought to be pathogenic. Antibodies reactive to the cell culture isolate of PCV (PCV PK-15) are prevalent in the swine population worldwide. Recently, PCV PK-15-like antigen and nucleic acid were demonstrated in lesions associated with wasting syndromes in pigs in North America and Europe. Monoclonal antibodies raised to circoviruses isolated from pigs with wasting syndromes highlighted differences between these circoviruses and the PCV PK-15 cell culture isolate. This has led to speculation that a new pathogenic PCV may have emerged in the swine populations of several countries. We report the cloning and characterization of novel circovirus DNAs purified from virus isolates made from tissues of North American and European pigs with wasting syndromes. These North American and European circoviruses form a closely related group at the nucleotide sequence level (> 96% intra-group nucleotide sequence identity) but exhibit < 80% nucleotide sequence identity with the PCV PK-15 cell culture isolate. This report provides evidence for a new type of possibly pathogenic PCV. We propose that these new circoviruses should be referred to as PCV2 as opposed to the original PK-15 cell culture isolate, which should be referred to as PCV1.

## Introduction

Porcine circovirus (PCV) was first detected as a contaminant of a continuous pig kidney cell line (PK-15) (Tischer *et al.*, 1974). This cell culture isolate (PCV PK-15) was shown to possess a circular ssDNA genome of 1·76 kb (Tischer *et al.*, 1982; Buhk *et al.*, 1985; Meehan *et al.*, 1997). On the basis of its morphology and circular ssDNA genome, PCV PK-15 was classified in a newly recognized animal virus family, the *Circoviridae* (Lukert *et al.*, 1995). Although circoviruses have been identified in a range of animal species (Todd *et al.*, 1990, 1991b; Ritchie *et al.*, 1989), PCV PK-15 is the only mammalian circovirus yet encountered.

Serum antibody to PCV PK-15 has been demonstrated in pigs from Germany (Tischer *et al.*, 1982, 1986), Canada (Dulac & Afshar, 1989), Great Britain (Edwards & Sands, 1994) and Northern Ireland (Allan *et al.*, 1994). Experimental infection of pigs with PCV PK-15, however, did not produce clinical disease (Tischer *et al.*, 1986; Allan *et al.*, 1995).

Post-weaning multisystemic wasting syndrome in pigs (PMWS), first identified in Western Canada in 1991 (Clark, 1997; Harding, 1997), is characterized by progressive weight loss, respiratory signs and jaundice. Macroscopic lesions include granulomatous interstitial pneumonia, lymphadenopathy and lymphocytic granulomatous hepatitis and nephritis. Similar syndromes have been described in pigs in California (Daft *et al.*, 1996), France (LeCann *et al.*, 1997) and Spain (Segalés *et al.*, 1997).

PCV PK-15-like antigen and nucleic acid were demonstrated in tissues of pigs with PMWS in Canada (Ellis *et al.*, 1998), and in tissues from pigs exhibiting similar syndromes in California (Daft *et al.*, 1996), France (LeCann *et al.*, 1997) and Spain (Segalés *et al.*, 1997).

The demonstration of PCV PK-15-like antigen and nucleic acid, closely associated with lesions in a range of tissues from diseased pigs, led to speculation that a new or modified pathogenic PCV may have emerged in the pig populations of several countries (Allan *et al.*, 1998; LeCann *et al.*, 1997; Ellis *et al.*, 1998).

Author for correspondence: Gordon Allan.

Fax +44 1232 525773. e-mail Gordon.Allan@dani.gov.uk

The GenBank accession numbers of the sequences reported in this paper are AF055391, AF055392, AF055393 and AF055394.

2171

In this study, we have characterized the genomes of novel circoviruses isolated from North American and European pigs exhibiting wasting syndromes and compare their nucleotide sequences with that of the non-pathogenic PCV PK-15 cell culture isolate.

## Methods

■ **Virus isolates and cells.** Tissue samples were obtained from pigs exhibiting clinical signs typical of PMWS (Clark, 1997; Harding, 1997). A sample of lung was obtained from a diseased Californian pig (USA; designated Imp.999, kindly supplied by B. Daft, UCLA, Davis, CA, USA). Mesenteric lymph nodes were collected from diseased pigs originating from Brittany, France (designated Imp.1011-48121 and Imp.1011-48285, each from different farms) and Saskatoon, Canada (designated Imp.1010-Stoon). All samples were examined for the presence of PCV PK-15-like virus by *in situ* hybridization (ISH).

Tissue samples shown to contain abundant PCV PK-15-like nucleic acid were subsequently used for virus isolation as described previously (Allan *et al.*, 1998). Briefly, lung tissue from Imp.999 and mesenteric lymph node tissues from Imp.1010-Stoon, Imp.1011-48121 and Imp.1011-48285 were frozen at − 70 °C immediately after necropsy. All virus isolations were carried out in PK-15A cell cultures, shown previously to be free of contaminating PCV PK-15, and also other common pig viruses such as porcine pestivirus, adenovirus and parvovirus, transmissible gastroenteritis virus and porcine reproductive and respiratory syndrome virus (Allan *et al.*, 1995, 1998).

A continuous pig kidney cell line persistently infected with PCV PK-15 (PK-15W), obtained from the Central Veterinary Laboratory (Weybridge, UK), was used as a PCV PK-15 positive control. Virus growth was monitored by immunofluorescence as described by Allan *et al.* (1994) using monoclonal antibodies specific to the PCV PK-15 isolate and circoviruses associated with wasting syndromes (Allan *et al.*, 1994, 1998). For the purposes of virus and viral DNA purification, virus yield was improved by treating the cells with glucosamine (Tischer *et al.*, 1987).

■ **In situ hybridization (ISH).** ISH was carried out on formalin-fixed tissues from diseased pigs and also on formalin-fixed cover-slip cell culture preparations that had been inoculated for virus isolation as described previously (Allan *et al.*, 1998). Genomic probes for both PCV PK-15 and the avian circovirus chicken anaemia virus (CAV) were used (Allan *et al.*, 1998). Both of these cloned circovirus replicative forms (RFs) were shown previously to represent functional RFs, capable of producing infectious virus following transfection (Meehan *et al.*, 1997; Todd *et al.*, 1995, 1996).

The bacterial plasmid pPCV1, containing an RF of the non-cytopathic PCV PK-15 cell culture isolate (Meehan *et al.*, 1997) was used as a source of PCV PK-15-specific viral DNA for probe production. An analogous bacterial plasmid, pCAA-1, containing an RF of CAV (Todd *et al.*, 1991*a*) was used as a negative control. ISH was carried out as described previously (Allan *et al.*, 1998).

■ **Analyses and cloning of circovirus DNA.** Circovirus RF DNA was purified from infected PK-15A cells (6 × 75 cm³ cell culture flasks) harvested 24–76 h after glucosamine treatment, essentially as described for the cloning of the circovirus CAV RF (Todd *et al.*, 1991*a*) using a modification of the Hirt procedure (Hirt, 1967) as described by Molitor *et al.* (1984). The numbers of cell culture passages for each virus isolate prior to DNA extraction using the Hirt procedure were as follows: Imp.999, nine passages; Imp.1010-Stoon, twenty passages; Imp.1011-48121, two passages; Imp.1011-48285, three passages.

Hirt DNA extracts from circovirus-infected PK-15A cells were analysed by agarose gel electrophoresis following digestion with a range of common restriction endonucleases (RE; Boehringer) and S1 nuclease (Amersham) using standard techniques (Todd *et al.*, 1990; Sambrook *et al.*, 1989). Circovirus RF DNAs, linearized following digestion with *Eco*RI, were gel-purified and subsequently cloned into the bacterial plasmid pGem-7Z (Promega) using standard techniques (Sambrook *et al.*, 1989). Circovirus clones were checked by RE digestion prior to plasmid purification using a Qiagen Maxi Plasmid kit in accordance with the manufacturer's instructions.

■ **Transfection capabilities of cloned circovirus DNAs.** Transfection was carried out as described previously (Meehan *et al.*, 1997) using the DEAE–dextran method of Sompayrac & Danna (1981). Briefly, 0·1–0·5 µg *Eco*RI-digested cloned circovirus DNA in pGem-7Z was added to 350 µl RPMI 1640 medium containing 200 µg/ml DEAE-dextran; this mixture was applied to a semi-confluent monolayer of PK-15A cells and incubated for 4–6 h before washing the cell surface with fresh medium. Virus infection was detected by indirect immunofluorescence following transfection and passage in cell culture (acetone-fixed cells dried on multispot slides as described previously) using monoclonal and polyclonal antibodies to both the PCV PK-15 isolate and the circoviruses associated with wasting syndromes (Allan *et al.*, 1998). For the generation of virus pools, the transfected monolayer was incubated with fresh medium for 72 h prior to subculturing and 'superinfecting' as described previously (Allan *et al.*, 1998).

■ **Nucleic acid sequence determination.** Only those cloned circovirus RFs that were shown to be capable of producing infectious virus following transfection were selected for nucleotide sequence determination. The nucleotide sequences of selected cloned circovirus RFs (Imp.999 *Eco*RI no. 8; Imp.1010-Stoon *Eco*RI no. 14; Imp.1011-48121 *Eco*RI no. 17; and Imp.1011-48285 *Eco*RI no. 12) were determined by dideoxy chemistry. Reactions were carried out using a Dye Terminator Ready Reaction Cycle Sequencing kit utilizing AmpliTaq DNA polymerase FS (Perkin Elmer) on an Applied Biosystems ABI 373A automated DNA sequencer in accordance with the manufacturer's instructions. Initial sequencing reactions were carried out using the M13 forward and reverse primers of pGem-7Z. The remaining sequence data were generated with a primer walking strategy. The nucleotide sequence of each circovirus clone was determined in each direction in at least duplicate. Nucleic acid sequence data were assembled and edited using a combination of the Applied Biosystems 373A DNA Sequencer Data Analysis Program and Sequence Navigator software.

■ **Genomic analyses of cloned circovirus DNAs.** The nucleotide sequences of cloned circovirus genomes were analysed using a combination of the MacDNASIS sequence analysis software (Hitachi) and the GCG sequence analysis software (Wisconsin Package, version 8.0). Putative circovirus ORFs were further analysed with the Blast algorithm (Altschul *et al.*, 1990) using the non-redundant nucleic acid sequence database at the National Centre for Biotechnology Information (NCBI, USA).

## Results and Discussion

This study was designed to characterize the DNAs of circoviruses that were associated with emerging wasting syndromes, such as PMWS, in pigs from North America and Europe. This paper contains the first published nucleotide sequences of circoviruses associated with wasting syndromes in pigs. Comparison of their nucleotide sequences with that of the PCV PK-15 cell culture isolate identified these circoviruses as a new type of porcine circovirus.





Fig. 1. (a) Gel showing RE profile of PCV strain Imp.1010-Stoon Hirt preparation, typical of that encountered with the other PCV isolates investigated. The positions and approximate sizes of the putative open-circular (OC), closed-circular (CC) and single-stranded (SS) forms of the circovirus DNA genome are shown by arrows. (b) Gel showing the RE profile and S1 nuclease sensitivity of PCV Imp.1011-48285 Hirt preparation. This profile is typical of that encountered with the other PCV isolates investigated. The positions and approximate sizes of the putative OC, CC and SS forms of the circovirus genome are shown by arrows.

### Isolation of circoviruses associated with wasting syndromes in pigs

No cytopathic effect was observed in cell cultures inoculated with specimens from pigs that had symptoms of wasting disease. No immunostaining was observed using an FITC-conjugated antiserum to porcine parvovirus, porcine adenovirus, classical swine fever virus, transmissible gastroenteritis virus or porcine reproductive and respiratory syndrome virus (Allan et al., 1998). PCV PK-15-like viruses were isolated from all of the cell cultures inoculated. The differential reactivities of these circovirus isolates to a panel of monoclonal antibodies prepared to PCV PK-15 and circovirus associated with wasting syndromes in pigs was described previously (Allan et al., 1998).

### Analyses of circovirus DNAs in infected cells

The DNA profile of Hirt-extracted low-molecular-mass DNAs obtained from cells infected with the Imp.1010-Stoon isolate is shown in Fig. 1(a). This pattern of DNAs is representative of that observed with the other circovirus isolates associated with wasting syndromes in pigs that were investigated.

Three low-molecular-mass DNA species were detected in gels. The levels of these DNAs were higher than those observed in our laboratory using the PCV PK-15 cell culture isolate from the persistently infected PK-15W cell line (data not shown).

RE digestion was used to further characterize the candidate circovirus DNA species observed directly in the crude Hirt preparations. Changes in migration patterns following RE and S1 digestion suggest that these DNA bands correspond with the various forms of circovirus DNA species encountered in infected cell extracts (Fig. 1 b). For example, the linearization of the possible open-circular (OC) form of the virus RF was accompanied by the concomitant disappearance of the possible closed-circular (CC) form. In addition, the S1 nuclease sensitivity exhibited by the lowest molecular mass band (Fig. 1 b), which migrated to a position expected for other circovirus genomic ssDNA (Meehan et al., 1992; Todd et al., 1990), strongly suggests that the DNA species present in the crude Hirt preparations corresponds with high levels of circovirus DNA species in infected cell extracts. Small changes in the migration pattern of circovirus DNA species following RE digestion, such as the increase in the migration of the largest DNA species following conversion to the linearized OC form, were not observed when the migration of circovirus DNA species was monitored by Southern blot hybridization using a virus-specific probe (Meehan et al., 1992; Todd et al., 1990, 1996).

In earlier papers on the PCV PK-15 cell culture isolate (Tischer et al., 1987; Tischer & Buhk, 1988), the presence of OC, CC and single-stranded (SS) forms of the viral DNAs was reported. However, the results of the present study differ from

B. M. Meehan and others

Fig. 2. For legend see facing page.

those obtained by Tischer *et al.* (1987) and Tischer & Buhk (1988) in so much as characterization of the PCV PK-15 DNA species was carried out following radiolabelling of viral DNAs *in vivo*. The results of the present study also contrast with those obtained by Tischer & Buhk (1988) where high levels of an additional PCV-specific subgenomic fraction of small ssDNA molecules with a sedimentation coefficient of about 5S were observed. This 5S ssDNA species, also detected encapsidated in purified virion preparations (Tischer & Buhk, 1988), has since been shown to represent a discrete population of defective PCV PK-15 genomes (Mankertz *et al.*, 1997). Such high levels of the 5S defective ssDNA species may have arisen as a result of the continuous passage that the persistently infected PK-15 cell line (PK-15W) has undergone. No such small defective genome was observed in any of the Hirt preparations from circoviruses associated with wasting syndromes in pigs. Such high levels of circovirus DNA species in the cells of infected animals may have a contributory role in the pathogenesis of wasting syndromes in pigs.

Although changes in the mobility of contaminating high-molecular-mass cellular DNAs were also observed following RE digestion of the crude circovirus Hirt preparations, giving rise to background detail in the RE profiles, it was apparent that the circovirus RF DNA species had different RE patterns to that predicted for the PCV PK-15 cell culture isolate (Meehan *et al.*, 1997; Mankertz *et al.*, 1997). Although slight differences in the RE digestion profile were observed between the Hirt preparations from individual isolates, e.g. the Imp.999 and Imp.1010-Stoon isolates lacked the unique *Pst*I site found in both Imp.1011 isolates (data not shown), the predominant species were all unique in possessing a single *Eco*RI restriction site not found in the genome of the PCV PK-15 tissue culture isolate (Meehan *et al.*, 1997; Mankertz *et al.*, 1997). The RE profiles obtained from direct analyses of the crude Hirt DNA extracts from virus isolates associated with wasting syndromes in pigs should be regarded as representative of the population as a whole and not as the definitive RE profile of individual small subpopulations.

## Cloning of circovirus RF DNAs

Circovirus RF DNAs, linearized following digestion with *Eco*RI, were gel-purified from *Eco*RI-digested Hirt preparations and cloned into the bacterial plasmid pGem-7Z. Plasmids containing individual cloned circovirus RFs ($\sim$ 1·8 kbp) were selected following RE analysis (data not shown). In all cases, > 80% of the molecularly cloned virus RFs were shown to be capable of producing infectious virus following transfection. One cloned virus RF (Imp.999 *Eco*RI no. 2) that failed to produce infectious virus following transfection was shown to contain a small ($\sim$ 7 nt) deletion (data not shown). It is

possible that these defective virus RFs may occur naturally. Such defective RFs may undergo reduction in size following repeated passage and evolve into much smaller ssDNA species similar to the distinctive 5S ssDNA species observed in continuously passaged cells infected with the PCV PK-15 isolate as described previously (Tischer & Buhk, 1988).

## Sequence analyses of cloned circovirus RF DNAs

Only cloned circovirus RFs that contained functional genomes, as demonstrated by their ability to produce infectious virus following transfection, were selected for nucleic acid sequence determination. One such cloned RF from each isolate investigated was selected at random. The nucleotide sequences of the respective cloned circovirus RFs (Imp.999 *Eco*RI no. 8; Imp.1010-Stoon *Eco*RI no. 14; Imp.1011-48121 *Eco*RI no. 17; and Imp.1011-48285 *Eco*RI no. 12) are shown in Fig. 2.

The molecularly cloned circovirus isolates associated with wasting syndromes in pigs form a closely related group with > 96% intra-group nucleotide sequence identity. Higher levels of nucleotide sequence identity were observed between the individual European (99·8%) and North American (99·5%) isolates than within the group as a whole. All of these circoviruses exhibit < 80% nucleotide sequence identity with the PCV PK-15 cell culture isolates (Meehan *et al.*, 1997; Mankertz *et al.*, 1997).

In all of the circoviruses investigated, a number of deletions were present, dispersed throughout the genome, compared to the PCV PK-15 isolate. The positions of these deletions in relation to the genome of the PCV PK-15 isolate are shown in Fig. 2.

The nucleotide sequence comparisons confirm earlier findings from ISH that the porcine circoviruses associated with wasting syndromes in pigs have regions of nucleotide sequence homology with the PCV PK-15 cell culture isolate (Allan *et al.*, 1998). However, these results contrast with those obtained by other workers investigating circoviruses associated with wasting syndromes in pigs (LeCann *et al.*, 1997) in which a circovirus that exhibited $\sim$ 98% nucleotide sequence identity with the PCV PK-15 cell culture isolate was isolated. This finding suggests that viruses very similar to the PCV PK-15 isolate may also be found in the field (LeCann *et al.*, 1997).

In an earlier report, at least three circovirus RE types were identified by PCR from Canadian pigs affected with PMWS (Nayar *et al.*, 1997). Given that the North American and European circoviruses which we have characterized form closely related groups, the result obtained by Nayar *et al.* (1997) could perhaps be accounted for by the amplification of DNAs specified by viruses similar to both the PCV PK-15 isolate and the circoviruses associated with PMWS DNAs

Fig. 2. Nucleotide sequence of PCV isolates associated with wasting syndromes in pigs. Nucleotide sequence identities between the PCV PK-15 isolate are shown as asterisks. Nucleotide sequence insertions or deletions are shown by dots.

B. M. Meehan and others



(a)

```
        T  A
      G    T
     A      T
     A      T
     T      A
        G:C
        T:A
        C:G
        G:C
        C:G
        G:C
        T:A
        G:C
        A:T
        A:T
        G:C
   329-      -360
```

(b)

```
Imp1010 Stoon   AAGTATTAC
PCV PK-15ᵃ       TAGTATTAC
BBTVᵇ            TATTATTAC
CFDVᶜ            TAGTATTAC
SCSVᵈ            TAGTATTAC
Geminivirusᵉ     TAATATTAC
```

Fig. 3. (a) A stem–loop structure present at the origin of DNA replication in the putative encapsidated strand of the PCV Imp.1010-Stoon genome. The nonanucleotide sequence is in bold. (b) Alignment showing the relationship between PCV Imp.1010-Stoon nonanucleotide motif and that present in other eukaryotic circular ssDNA viruses. Bases that differ from the PCV Imp.1010-Stoon nonanucleotide motif are underlined. a, Porcine circovirus PK-15 isolate (Meehan et al., 1997; Mankertz et al., 1997); b, banana bunchy top virus (Harding et al., 1993); c, coconut foliar decay virus (Rohde et al., 1995); d, subterranean clover stunt virus (Boevink et al., 1995); e, geminivirus consensus motif (Lazarowitz, 1987).



Fig. 4. Schematic representation of PCV Imp.1010-Stoon genome showing the largest open reading frame ORF1 (hatched) encoding the Rep in relation to the EcoRI site used in the cloning of the viral RF. The stem–loop region (SL) encompassing the nonanucleotide motif is also shown. The positions of major ORFs on both strands of the RF are indicated (arrows).

from diseased pigs. The presence of distinct populations of defective virus genomes may also account for the number of circovirus RE types identified in PCR-amplified DNAs from diseased pigs (Nayar et al., 1997).

A sequence with the potential to form a distinctive stem–loop structure, similar to that encountered in the genome of the PCV PK-15 isolate, was also observed in the putative virus strand of the Imp.1010-Stoon EcoRI no. 14 RF (nt position 329–360) and encompasses the nonanucleotide AAG-TATTAC (nt position 341–349). By analogy with the PCV PK-15 isolate (Meehan et al., 1997; Mankertz et al., 1997, 1998), geminiviruses (Lazarowitz, 1987) and other unassigned plant circular ssDNA viruses (Harding et al., 1993; Boevink et al., 1995; Rohde et al., 1995), this stem–loop structure and nonanucleotide motif is thought to represent the origin of rolling-circle DNA replication (Gilbert & Dressler, 1968). The position of the nonanucleotide motif found in the putative virus strand of the genome of the cloned Imp.1010-Stoon EcoRI no. 14 RF and its relationship to other nonanucleotide motifs are given in Fig. 3(a, b). A virus-specified replication-associated protein (Rep) is thought to be involved in the nicking and joining reaction at the nonanucleotide motif present at the origin of replication (Meehan et al., 1997; Mankertz et al., 1998).

## Protein sequence analyses

The nucleotide sequence of Imp.1010-Stoon EcoRI no. 14, taken as representative of the other circoviruses associated with wasting syndromes in pigs, was further analysed using the Blastx algorithm (Altschul et al., 1990) and a combination of programs from the Genetics Computer Group package (Wisconsin Package).

There were six ORFs encoding putative proteins of > 6 kDa in the genome of the Imp.1010-Stoon EcoRI no. 14 cloned virus isolate. Of these, four ORFs shared significant homology with analogous ORFs present in the genome of the cloned PCV PK-15 genome (Meehan et al., 1997). Each of these four ORFs was present in the genomes of all of the circoviruses associated with wasting syndromes in pigs that were investigated. The molecular masses of each of the four predicted proteins, in descending order, were as follows: ORF1, 37·7 kDa (nt 398–1342); ORF2, 27·8 kDa (nt 1381–314); ORF3, 11·8 kDa (nt 1018–704); and ORF4, 6·5 kDa (nt 912–733). The nucleotide positions refer to those on the putative virus encapsidated genomic ssDNA. A schematic representation of the positions of these ORFs on the cloned circular Imp.1010-Stoon EcoRI no. 14 RF is shown in Fig. 4.

The individual ORFs correspond directly to, and possess significant protein sequence homologies with, analogous ORFs present in the genome of the cloned PCV PK-15 cell culture isolate. The relationship between the four major ORFs present

**ORF1 86% amino-acid identity**

```
PK-15    1 MPSKK...SGPQPHKRWVFTLNNPSEEEKNKIRELPISLFDYFVCGEEGL
Stoon    1 MPSKKNGRSGPQPHKRWVFTLNNPSEDERKKIRELPISLFDYFIVGEEGN
           *****  ********************* *****************  ****

PK-15   51 EEGRTPHLQGFANFAKKQTFNKVKWYFGARCHIEKAKGTDQQNKEYCSKE
Stoon   51 EEGRTPHLQGFANFVKKQTFNKVKWYLGARCHIEKAKGTDQQNKEYCSKE
           ************** *********** ***********************

PK-15  101 GHILIECGAPRNQGKRSDLSTAVSTLLETGSLVTVAEQHFVTVRNFNGL
Stoon  101 GNLLIECGAPRSGQGRSDLSTAVSTLLSSGSLVTVAEQHFVTVRNFNGL
           * ********* ** ************ *******************

PK-15  151 AELLKVSGKMQQRDWKTAVHVIVGPPGCGKSQNARNFAEPBDTYWKPSRN
Stoon  151 AELLKVSGKMQKRDWKTHVHVIVGPPGCGKSKNAANFADPETTYWKPPRN
           *********** ***** ************* *** **  *** ** ***

PK-15  201 KHWDGYHGEEVVVLDDFYGWLPWDDLLRLCDRYPLTVETKGGTVPFLARS
Stoon  201 KHWDGYHGEEVVVLDDFYGWLPWDDLLRLCDRYPLTVETKGGTVPFLARS
           *************************************************

PK-15  251 ILITSNQAPQEWYSSTAVPAVEALYRRITTLQFWKTAGEQSTEVPEGBFE
Stoon  251 ILITSNQTPLEWYSSTAVPAVEALYRRITSLVFWKNATEQSTE-EGGQFV
           *******  * ****************** * ***  *  ****   *

PK-15  301 AVDPPCALFPYKINY
Stoon  301 TLSPPCPEFPPYEINY
           ***  ***  *** ***
```

**ORF2 66.4% amino-acid identity**

```
PK-15    1 MTWPRRRYRRRRTRPRSHLGNILRRRPYLAHPAFRNRYRWRRKTGIFNSR
Stoon    1 MTYPRRRYRRRRRPRSELGQILRRRPWLVHP--RRRYRRRKNGIFNTR
           ** ********  **  **  *****  * * *** ******

PK-15   51 LSTEFVLTIK-GGYSQPSWNVNYLKFNIGQFLPPSGNTNPLPLPFQYYRI
Stoon   51 LSRTFGYTVKRTTVTTPSWAVDWGRFKIDDYVPPGGQTNKISIPFEYYRI
           **  * *     *     *  *    **  * *  *   **  *****

PK-15  101 RKAKYEFYPRDPITSHQRGVGSTVVILDANFVTPSTNLAYDFYYNYSSRH
Stoon  101 RKVKVEEWFCSPITQGDRGVGSTAVILDDNFVTKATALTYDFYVNYSSRH
           ** ** *  * *  *  ******  **** ** *  *  ********

PK-15  151 TIRQPFTYHSRYFTPKPRLDQTIDWFHPNNKRNQLWLHLNTHTNVENTGL
Stoon  151 TIPQPFSYHSRYFTPKPVLDSTIDYFQPNNKRNQLWLRLQTSGNVDHVGL
           ** ***  ********** ** *** * *******  *   * ** * **

PK-15  201 GYALQNAATAQNYYVVRLTIYVQFREFILKDP-LNK
Stoon  201 GAAFENSKYDQDYNIRVTMYVQFREFNLKDPPLKP
           *   *     *  *  * ******** ****   *
```

**ORF3 61.5% amino-acid identity over area of overlap.**

```
PK-15    1 MISIPPLISTRLPVGVSRKISKITGPLALPTTGRARYDVYSCLPITLLHLP
Stoon    1 MVTIPPLVSRWPVCGFRVCKISSPFAFTTPRWPBHDVYIGLPITLLHFP
           *  ****   ** * **** ***  ** * **  *** ***  ******** **

PK-15   51 AHFQKFSQPAEISHIRYRBLLGYSHQRPRLQKGTHSSRQVAALPLVPRSS
Stoon   51 AHFQKFSQPAEISDKRYRVLLCNGHQTPALQQGTHSSRQVTPLSLRSRSS
           ************* **** ** * **  *** ** ***** *  * *  ***

PK-15  101 TLDKYVAFFTAVFFILLVGSPRFLDVAAGTKIPLHLVKSLLLSKIRKPLE
Stoon  101 TFNK-----------------------------------------

PK-15  151 VRSSTLFQTFLSANKIIKKGDWKLPYFVFLLLGRIIKGEHPFLMGLRAAF
Stoon  151 -----

PK-15  201 LAHRFH
Stoon  201 ------
```

**ORF4 83% amino-acid identity over area of overlap.**

```
PK-15    1 MTCTAVFQSRCCIFPLTFKSSASPRKFLTYVTGNCSATVTKDFVSKRVLT
Stoon    1 MTCTLVFQSRFCIFPLTFKSSASPRKFLTNVTGCCSATVTRLPLSNRVLT
           **** ****  ***************** *** ** ******     ******

PK-15   51 AVDRSLRFPWFRGAPHSISMMPSLLQYSLFCWSVPFAFSMHQRAPKYHFT
Stoon   51 AVDRSLRCP-----------------------------------------
           ******* *

PK-15  101 LLKVCFLAKFANPWR
Stoon  101 ---------------
```

Fig. 5. Protein sequence of products of the major ORFs present in the genome of the PCV Imp.1010-Stoon isolate compared with those of the corresponding ORFs present in the genome of the PCV PK-15 isolate. Amino acid sequence identity is shown as an asterisk. Insertions or deletions are shown by dashes. The figures quoted in the text refer to the percentage amino acid identity over the maximum region of overlap. The GKS box (double underlined) and other motifs characteristic of proteins involved in rolling-circle DNA replication (Mankertz *et al.*, 1998) are underlined.

in the genome of the Imp.1010-Stoon *Eco*RI no. 14 and the PCV PK-15 isolate is shown in Fig. 5.

Comparison of the genome organization of the Imp.1010-Stoon *Eco*RI no. 14 RF DNA and PCV PK-15 isolates has allowed the identification of four conserved ORFs present in the genome of both viruses. The greatest protein sequence identity was observed between the respective ORF1s (86%). This was expected as this protein has been shown to be essential for virus replication (Meehan *et al.*, 1997; Mankertz *et al.*, 1997, 1998). The functional motifs present in the PCV PK-15 isolate ORF1 (Mankertz *et al.*, 1998) were also present in the ORF1s of all the circoviruses associated with wasting syndromes in pigs. The positions of these motifs are shown in Fig. 5.

The largest potential ORF (ORF1) is the only putative protein encoded by the PCV PK-15 cell culture isolate that has been characterized (Meehan *et al.*, 1997; Mankertz *et al.*, 1997, 1998). The PCV PK-15 ORF1 contains motifs characteristic of proteins involved in rolling-circle DNA replication (Ilyina & Koonin, 1992) and has been shown to be essential for virus replication (Mankertz *et al.*, 1998). No other encoded proteins have been characterized.

Protein sequence identity between the respective ORF2s was lower (66·4% identity) than that of the ORF1s but each of the ORF2s shared a highly conserved basic N-terminal region, similar to that observed in the N-terminal region of the major structural protein of the avian circovirus CAV (Meehan *et al.*, 1992). Greater differences were observed between the respective ORF3s and ORF4s. In each case, there was a deletion of the C-terminal region of Imp.1010-Stoon *Eco*RI no. 14 ORF4 and ORF3 (56 and 102 aa, respectively) compared to the corresponding ORFs present in the genome of the PCV PK-15 isolate. The highest protein sequence homology was observed at the N-terminal regions of both ORF3 (61·5% identity over area of overlap) and ORF4 (83% identity over area of overlap).

ORF1 is the only ORF identified in the PCV PK-15 RF large enough to encode the PCV major structural protein of 36 kDa (Tischer *et al.*, 1982). As there are no examples of circular ssDNA viruses where the Rep is also the structural protein (Meehan *et al.*, 1997; Mankertz *et al.*, 1997), the major structural protein of the PCV PK-15 isolate is thought to arise as a result of splicing (Mankertz & Buhk, 1990; Mankertz *et al.*, 1993). This is substantiated by unpublished Northern blot analysis of PCV PK-15-infected cells (Mankertz & Buhk, 1990; Mankertz *et al.*, 1993) which has suggested that transcription takes place on both DNA strands to generate three distinct PCV PK-15-specific RNA transcripts (Mankertz *et al.*, 1993; Mankertz & Buhk, 1990).

The nucleotide sequence differences observed between these circovirus isolates highlights conserved regions at the N-terminal regions of the respective ORF2s and ORF4s. This may provide an insight into the origins of the major structural protein. Splicing that facilitates the joining of coding regions within ORF2 and ORF4 could produce a potential ORF of

34·3 kDa, a size similar to that necessary for the coding of the major structural protein of the PCV PK-15 isolate (Tischer *et al.*, 1982). Conclusive identification of the ORF encoding the major structural protein of both isolates awaits further transcript mapping and protein sequence investigation.

The striking differences in the protein sequence encoded by putative ORFs present in the PCV PK-15 and Imp.1010-Stoon *Eco*RI no. 14 circovirus isolates are consistent with the finding that the porcine circoviruses associated with wasting syndromes in pigs were antigenically distinct from the PCV PK-15 cell culture isolate (Allan *et al.*, 1998).

Given the extensive nucleotide and protein sequence differences, we suggest that the circoviruses associated with cases of wasting syndromes in pigs in North America and Europe represent a new type of PCV. We propose that these new circoviruses should be referred to as PCV2 as opposed to the original PK-15 cell culture isolate which should be referred to as PCV1. The aetiological role of PCV2 in wasting syndromes in pigs is currently under investigation.

The authors would like to acknowledge the contribution made to this work by Drs Catherine Charreyre and Jean-Christophe Audonnet. The authors are grateful to Mr Cliff Mason for the production of photographs. The authors would like to acknowledge the use of the Seqnet facility at the Daresbury Laboratory, Warrington, UK. We would like to thank Merial S.A.S. for financial support.

## References

**Allan, G. M., Mackie, D. P., McNair, J., Adair, B. M. & McNulty, M. S. (1994).** Production, preliminary characterization and applications of monoclonal-antibodies to porcine circovirus. *Veterinary Immunology and Immunopathology* **43**, 357–371.

**Allan, G. M., McNeilly, F., Cassidy, J. P., Reilly, G. A. C., Adair, B. M., Ellis, W. A. & McNulty, M. S. (1995).** Pathogenesis of porcine circovirus – experimental infections of colostrum deprived piglets and examination of pig foetal material. *Veterinary Microbiology* **44**, 49–64.

**Allan, G. M., McNeilly, F., Kennedy, S., Daft, B., Clark, E. D., Ellis, J. A., Haines, D. M., Meehan, B. M. & Adair, B. M. (1998).** Isolation of porcine circovirus-like viruses from pigs with a wasting disease in the United States of America and Europe. *Journal of Veterinary Diagnostic Investigation* **10**, 3–10.

**Altschul, S. F., Gish, W., Miller, W., Myersand, E. W. & Lipman, D. J. (1990).** Basic logical alignment search tool. *Journal of Molecular Biology* **215**, 403–410.

**Boevink, P., Chu, P. W. G. & Keese, P. (1995).** Sequence of subterranean clover stunt virus DNA: affinities with the geminiviruses. *Virology* **207**, 354–361.

**Buhk, H.-J., Tischer, I. & Koch, M. A. (1985).** Cloning and sequencing of the porcine circovirus PCV genome. *Zentralblatt fuer Bakteriologie Mikrobiologie und Hygiene series A*, Meeting Abstract **260**, 465.

**Clark, E. G. (1997).** Post-weaning multisystemic wasting syndrome. *Proceedings of the American Association of Swine Practitioners, 28th Annual Meeting*, Quebec City, Canada, pp. 499–501.

**Daft, B., Nordhausen, R. W., Latimer, K. S. & Niagro, F. D. (1996).** Interstitial pneumonia and lymphadenopathy associated with circoviral infection in a six week-old pig. *39th Meeting of the American Association of Veterinary Laboratory Diagnosticians*, Little Rock, AR, USA, p. 32.

**Dulac, G. C. & Afshar, A. (1989).** Porcine circovirus antigens in PK-15 cell line (ATCC CCL-33) and evidence of antibodies to circovirus in Canadian pigs. *Canadian Journal of Veterinary Research* **53**, 431–433.

**Edwards, S. & Sands, J. J. (1994).** Evidence of circovirus infection in British pigs. *Veterinary Record* **134**, 680–681.

**Ellis, J., Hassard, L., Clark, E., Harding, J., Allan, G., Wilson, P., Strokappe, J., Martin, K., McNeilly, F., Meehan, B., Todd, D. & Haines, D. (1998).** Isolation of circovirus from lesions of pigs with postweaning multisystemic wasting syndrome. *Canadian Veterinary Journal* **39**, 44–51.

**Gilbert, W. & Dressler, D. (1968).** The rolling circle model. *Cold Spring Harbor Symposia on Quantitative Biology* **33**, 473–484.

**Harding, J. C. (1997).** Post-weaning multisystemic wasting syndrome (PMWS): preliminary epidemiology and clinical presentation. *Proceedings of the American Association of Swine Practitioners, 28th Annual Meeting*, Quebec City, Canada, p. 503.

**Harding, R. M., Burns, T. M., Hafner, G., Dietzgen, R. G. & Dale, J. L. (1993).** Nucleotide sequence of one component of the banana bunchy top virus genome contains a putative replicase gene. *Journal of General Virology* **74**, 323–328.

**Hirt, B. (1967).** Selective extraction of polyoma virus DNA from infected cell cultures. *Journal of Molecular Biology* **36**, 365–369.

**Ilyina, T. V. & Koonin, E. V. (1992).** Conserved sequence motifs in the initiator proteins for rolling circle DNA replication encoded by diverse replicons·from eubacteria, eukaryotes and archaebacteria. *Nucleic Acids Research* **20**, 3279–3285.

**Lazarowitz, S. G. (1987).** The molecular characterization of gemini-viruses. *Plant Molecular Biology Reporter* **4**, 177–192.

**LeCann, P., Albina, E., Madec, F., Cariolet, R. & Jestin, A. (1997).** Piglet wasting disease. *Veterinary Record* **141**, 660.

**Lukert, P., de Boer, G. F., Dale, J. L., Keese, P., McNulty, M. S., Randles, J. W. & Tischer, I. (1995).** The *Circoviridae*. In *Virus Taxonomy. Sixth Report of the International Committee on Taxonomy of Viruses*, pp. 166–168. Edited by F. A. Murphy, C. M. Fauquet; D. H. L. Bishop, S. A. Ghabrial, A. W. Jarvis, G. P. Martelli, M. A. Mayo & M. D. Summers. Vienna & New York: Springer-Verlag.

**Mankertz, J. & Buhk, H.-J. (1990).** Transcriptional analysis of porcine circovirus PCV. *VIIIth International Congress of Virology Abstracts*, p. 380, abstract P54-008.

**Mankertz, A., Blaess, G., Mankertz, J., Walter, A. & Buhk, H.-J. (1993).** Analysis of transcription and replication of porcine circovirus PCV. *IXth International Congress of Virology Abstracts*, p. 76, abstract W45-8.

**Mankertz, A., Persson, F., Mankertz, J., Blaess, G. & Buhk, H.-J. (1997).** Mapping and characterization of the origin of DNA replication of porcine circovirus. *Journal of Virology* **71**, 2562–2566.

**Mankertz, A., Mankertz, J., Wolf, K. & Buhk, H.-J. (1998).** Identification of a protein essential for replication of porcine circovirus. *Journal of General Virology* **79**, 381–384.

**Meehan, B. M., Todd, D., Creelan, J. L., Earle, J. A. P., Hoey, E. M. & McNulty, M. S. (1992).** Characterization of viral DNAs from cells infected with chicken anaemia agent: sequence analysis of the cloned replicative form and transfection capabilities of cloned genome fragments. *Archives of Virology* **124**, 301–319.

**Meehan, B. M., Creelan, J. L., McNulty, M. S. & Todd, D. (1997).** Sequence of porcine circovirus DNA: affinities with plant circoviruses. *Journal of General Virology* **78**, 221–227.

**Molitor, T. W., Joo, H. S. & Collet, M. S. (1984).** Porcine parvovirus DNA: characterisation of the genomic and replicative form DNA of two virus isolates. *Virology* **137**, 241–254.

**Nayar, G. P. S., Hamel, A. & Lin, L. (1997).** Detection and charac-

terization of porcine circovirus associated with postweaning multi-systemic wasting syndrome in pigs. *Canadian Veterinary Journal* 38, 385–386.

**Ritchie, B. W., Niagro, F. D., Lukert, P. D., Steffens, W. L., III & Latimer, K. S. (1989).** Characterization of a new virus from cockatoos with psittacine beak and feather disease virus. *Virology* 171, 83–88.

**Rohde, W., Randles, J. W., Langridge, P. & Hanold, D. (1990).** Nucleotide sequence of a circular single-stranded DNA associated with coconut foliar decay virus. *Virology* 176, 648–651.

**Sambrook, J., Fritsch, E. F. & Maniatis, T. (1989).** *Molecular Cloning: A Laboratory Manual.* Cold Spring Harbor Laboratory, NY: Cold Spring Harbor Laboratory.

**Sanger, F., Nicklen, S. & Coulson, A. R. (1977).** DNA sequencing with chain-terminating inhibitors. *Proceedings of the National Academy of Sciences, USA* 74, 5463–5467.

**Segalés, J., Sitjar, M., Domingo, M., Dee, S., DelPozo, M., Noval, R., Sacristan, C., DeLasHeras, A., Ferro, A. & Latimer, K. S. (1997).** First report of post-weaning multisystemic wasting syndrome in pigs in Spain. *Veterinary Record* 141, 600–601.

**Sompayrac, L. M. & Danna, K. J. (1981).** Efficient infection of monkey cells with DNA of simian virus 40. *Proceedings of the National Academy of Sciences, USA* 78, 7575–7578.

**Tischer, I. & Buhk, H.-J. (1988).** Viral DNA from cells infected with porcine circovirus. *Zentralblatt fuer Bakteriologie Mikrobiologie und Hygiene series A* 270, 280–287.

**Tischer, I., Rasch, R. & Tochtermann, G. (1974).** Characterization of papovavirus- and picornavirus-like particles in permanent pig kidney cell lines. *Zentralblatt fuer Bakteriologie Mikrobiologie und Hygiene series A* 226, 153–167.

**Tischer, I., Gelderblom, H., Vettermann, W. & Koch, M. A. (1982).** A very small porcine virus with a circular single-stranded DNA. *Nature* 295, 64–66.

**Tischer, I., Mields, W., Wolff, D., Vagt, M. & Griem, W. (1986).** Studies on the pathogenicity of porcine circovirus. *Archives of Virology* 91, 271–276.

**Tischer, I., Peters, D., Rasch, R. & Pociuli, S. (1987).** Replication of porcine circovirus – induction by glucosamine and cell-cycle dependence. *Archives of Virology* 96, 39–57.

**Todd, D., Creelan, J. L., Mackie, D. P., Rixon, F. & McNulty, M. S. (1990).** Purification and biochemical characterisation of chicken anaemia agent. *Journal of General Virology* 71, 819–823.

**Todd, D., Creelan, J. L. & McNulty, M. S. (1991 a).** Dot blot hybridization assay for chicken anemia agent using a cloned DNA probe. *Journal of Clinical Microbiology* 29, 933–939.

**Todd, D., Niagro, F. D., Ritchie, B. W., Curran, W., Allan, G. M., Lukert, P. D., Latimer, K. S., Steffens, W. L., III & McNulty, M. S. (1991 b).** Comparison of three animal viruses with circular single-stranded DNA genomes. *Archives of Virology* 117, 129–135.

**Todd, D., Connor, T. J., Calvert, V. M., Creelan, J. L., Meehan, B. M. & McNulty, M. S. (1995).** Molecular cloning of an attenuated chicken anaemia virus isolate following repeated cell culture passage. *Avian Pathology* 24, 171–187.

**Todd, D., Creelan, J. L., Meehan, B. M. & McNulty, M. S. (1996).** Investigation of the transfection capability of cloned tandemly-repeated chicken anaemia virus DNA fragments. *Archives of Virology* 141, 1523–1534.

Received 7 April 1998; Accepted 28 May 1998