# EXHIBIT 6



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/082,558 | 05/21/98 | ALLAN | G | 454313-2180 |

HM22/0126

WILLIAM S FROMER
C/O FROMMER LAWRENCE & HAUG LLP
745 FIFTH AVERNUE
NEW YORK NY 10151

| EXAMINER |
|---|
| FOLEY,S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1648 | 23 |

DATE MAILED:
01/26/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

(Rev. 2/95)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/082,558 | ALLAN ET AL. |
| | Examiner | Art Unit | |
| | Shanon A. Foley | 1648 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>11/29/00 in paper No. 21</u> .
2a) ☐ This action is FINAL.      2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>38-69 and 87-91</u> is/are pending in the application.
   4a) Of the above claim(s) <u>70-86</u> is/are withdrawn from consideration.
5) ☒ Claim(s) <u>38, 40-44, 59, 61-65</u> is/are allowed.
6) ☒ Claim(s) <u>39,45-58,60,66-69,87-90,</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.
11) ☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved.
12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13) ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
  a) ☒ All  b)☐ Some * c)☐ None of:
    1. ☒ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
  * See the attached detailed Office action for a list of the certified copies not received.
14) ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

15) ☐ Notice of References Cited (PTO-892)
16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
17) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
18) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
19) ☐ Notice of Informal Patent Application (PTO-152)
20) ☐ Other:

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-00)          Office Action Summary          Part of Paper No. 23

Application/Control Number: 09/082,558                    Page 2
Art Unit: 1648

## DETAILED ACTION

The Group and/or Art Unit of your application has changed. To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 1648, Examiner, Foley.

### *Response to Amendment*

Acknowledgement is made of the withdrawal and cancellation of claims 70-86 in paper number 21 of 11/29/00. New claims 87-90 are added and do not raise new matter rejections. In summary, claims 38-69 and 87-90 are being considered.

The indicated allowability of claims 48-52 and 69 is withdrawn in view of a newly discovered reference(s). Rejections based on the newly cited reference(s) follow. Also, additional new grounds of rejection are now applied.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claims 39, 45-58, 60, 66-69, 89, and 90 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

The claims are drawn to DNA and vectors that comprise "ORFs 1-13". The ORFs are assumed to be derived from porcine circovirus, but as written, the claims could encompass ORFs from any organism.

Application/Control Number: 09/082,558                                    Page 3
Art Unit: 1648

## Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless —

(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for a patent.

Claims 60, 66-69 are rejected under 35 U.S.C. 102(a) as being clearly anticipated by Meehan et al.

The claims are drawn to an isolated DNA molecule comprising ORFs 1-13, 4, 7, 10, or 13. Meehan et al. teaches the claimed limitations, see "Genomic organization…" on page 223-226 and figures 3 and 5.

## Claim Rejections - 35 USC § 103

Claims 39, 45-58, and 87-90 are rejected under 35 U.S.C. 103(a) as being unpatentable over Meehan et al.

The claims are drawn to a vector comprising an isolated DNA comprising ORFs 1-13, 4, and 7. Meehan et al. teaches the ORFs limitations in the claims, see above. The reference does not teach these ORFs in a vector. However, one of ordinary skill in the art at the time the invention was made would have been motivated to put these ORFs in an expression vector in order to perform functional recombinant assays. Claims 50-53 recite conventional vectors, which would have been obvious choices. Claims 54-58 do not require any components other than the conventional vectors. Claims 87-90 recite conventional vector properties and therefore the same reference renders the claims obvious, even though it does not discuss the same intended use.

Application/Control Number: 09/082,558                                    Page 4
Art Unit: 1648

therefore, based on the teachings of the reference, the invention as whole is prima facie obvious

to one of ordinary skill in the art the time the invention was made, absent unexpected results.

### Allowable Subject Matter

Claims 38, 40-44, 59, and 61-65 are allowable.

### Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Shanon A. Foley whose telephone number is (703) 308-3983.

The examiner can normally be reached on 7:30-4:30 M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, James Housel can be reached on (703) 308-4027. The fax phone numbers for the

organization where this application or proceeding is assigned are (703) 308-4242 for regular

communications and (703) 308-4426 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-0196.


Shanon Foley
January 25, 2001

**MARY E. MOSHER
PRIMARY EXAMINER
GROUP 1800**
1600

FROMMER LAWRENCE & HAUG                                    @002

PATENT
454313-2180

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Applicant(s) | : | Allan et al. |
| Serial No. | : | 09/082,558 |
| For | : | **NEW PORCINE CIRCOVIRUSES, VACCINES AND DIAGNOSTIC REAGENTS** |
| Filed | : | May 21, 1998 |
| Examiner | : | Shanon A. Foley |
| Art Unit | : | 1631 |

FAX RECEIVED
APR 24 2001
GROUP 1600

745 Fifth Avenue,
New York, NY 10151

**FACSIMILE**
I hereby certify that this paper is being facsimile transmitted to the
Patent and Trademark Office on the date shown below.

SAMUEL H. MEGERDITCHIAN, REG. NO. 45,678
Type or print name of
Person signing certification

_____
Signature

April 23, 2001
Date of Signature

**AMENDMENT WITH REQUEST FOR INTERVIEW**

Assistant Commissioner for Patents
Washington, D.C. 20231
Dear Sir:

    This is in response to the Office Action mailed on January 26, 2001, setting a three-month term for reply.  Kindly amend the application without prejudice, without admission, without surrender of subject matter and without any intention of creating any estoppel as to equivalents.  Any fee occasioned by this paper may be charged, or overpayment credited to, Deposit Account No. 50-0320.

1

shm0334

FROMMER LAWRENCE & HAUG

PATENT
454313-2180

## AMENDMENT

Kindly amend the application, without prejudice, without admission, without surrender of subject matter, and without any intention of creating any estoppel as to equivalents as follows:

## IN THE CLAIMS:

Please amend the claims without prejudice, without admission, without surrender of subject matter and without any intention of creating any estoppel as to equivalents. Appended hereto is the required "Version With Markings To Show Changes Made." Please substitute claim 39 to read as follows:

39. (Amended)    A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II.

Please cancel claims 60 and 66-69 without prejudice, without admission, without surrender of subject matter and without any intention of creating any estoppel as to equivalents.

Please add the following new claims:

92. (New)    An isolated DNA molecule comprising a nucleotide sequence encoding a PCV-2 epitope.

93. (New)    An isolated DNA molecule encoding a protein or polypeptide comprising PCV-2 epitope.

94. (New)    A vector comprising an isolated DNA molecule as claimed in claims 92 or

95. (New)    The vector according to claim 94, wherein the isolated DNA molecule is expressed *in vivo*.

2

shm0334

PATENT
454313-2180

96.  (New)    The vector according to claim 94, wherein the isolated DNA molecule is expressed *in vitro*.

97.  (New)    An immunogenic composition comprising a vector as claimed in claims 92 or 93.

98.  (New)    An isolated PCV-2 epitope, or an isolated protein or polypeptide comprising a PCV-2 epitope, from expression of the isolated nucleic acid molecule of claims 92 or 93.

99.  (New)    An immunogenic composition comprising an isolated PCV-2 epitope, or an isolated protein or polypeptide comprising a PCV-2 epitope, from expression of the isolated nucleic acid molecule of claims 92 or 95.

3

shm0334

PATENT
454313-2180

## REMARKS

Reconsideration and withdrawal of the rejections of and objections to the application are respectfully requested in view of the amendments and remarks herewith which place the application in condition for allowance.

The Examiner is thanked for allowing claims 38, 40-44, 59, and 61-65 of this application.

## I.  STATUS OF CLAIMS AND FORMAL MATTERS

Claims 38-59, 61-65 and 87-99 are pending.  Claim 39 is amended; claims 60 and 66-69 cancelled; and new claims 92-99 added, without prejudice, without admission, without surrender of subject matter, and without any intention of creating any estoppel as to equivalents .

No new matter is added.

It is submitted that the claims, herewith and as originally presented, are patentably distinct over the prior art cited by the Examiner, and that these claims were in full compliance with the requirements of 35 U.S.C. §112.  The amendments of and additions to the claims, as presented herein, are not made for purposes of patentability within the meaning of 35 U.S.C. §§§§ 101, 102, 103 or 112.  Rather, these amendments and additions are made simply for clarification and to round out the scope of protection to which Applicants are entitled.  Support is found throughout the specification, and on page 11, line 26, to page 12, line 5.

## II.  THE REJECTIONS UNDER §112, SECOND PARAGRAPH, ARE OVERCOME

Claims 39, 45-58, 60, 66-69, 89 and 90 stand rejected under 35 U.S.C. §112, second paragraph, as allegedly indefinite.  The rejection is traversed.

The amendment to claim 39 and the cancellation of claims 60 and 66-69, without prejudice, without admission, without surrender of subject matter, and without any intention of creating any estoppel as to equivalents, has rendered this rejection moot.

Thus, reconsideration and withdrawal of the rejections of the application are respectfully requested.

4

shm0334

PATENT
454313-2180

### III.  THE ART REJECTIONS UNDER §102 AND §103 ARE OVERCOME

Claims 60 and 66-69 stand rejected under 35 U.S.C. §102(a) as allegedly anticipated by Meehan et al.. Claims 39, 45-58 and 87-90 stand rejected under 35 U.S.C. §103(a) as allegedly unpatentable over Meehan et al.. The rejections are respectfully traversed.

The claims pertain to PCV-2. Meehan et al. does not.

Consequently, reconsideration and withdrawal of the art rejections (the rejections under Section 102(a) and 103(a)) of the application are respectfully requested.

### REQUEST FOR INTERVIEW

If any issue remains as an impediment to allowance, an interview with the Examiner, and with her Primary, and their supervisor, and their Group Director if necessary, is respectfully requested, prior to issuance of any paper other than a Notice of Allowance; and, the Examiner is respectfully requested to contact the undersigned to arrange a mutually convenient time and manner for such an interview.

### CONCLUSION

In view of the amendments and remarks and the attachment herewith, the application is in condition for allowance.

As this Amendment is being filed within the term set by the Office Action, no fee is believed to be due. In the event that any fee is occasioned by this paper, the fee may be charged, or overpayment credited to, Deposit Account No. 50-0320.

5

shm0334

PATENT
454313-2180

Favorable reconsideration of the application and prompt issuance of a Notice of Allowance, or an interview at a very early date with supervisory review if necessary, with a view to placing the application in condition for allowance, are earnestly solicited. The undersigned looks forward to hearing favorably from the Examiner at an early date.

Respectfully submitted,

FROMMER LAWRENCE & HAUG LLP

By:

THOMAS J. KOWALSKI
Reg. No. 32,147
SAMUEL H. MEGERDITCHIAN
Reg. No. 45,678
Tel (212) 588-0800
Fax (212) 588-0500

6

shm0334

2001 16:49 FAX 2125880800          FROMMER LAWRENCE & HAUG                    ☒008

PATENT
454313-2180

# VERSION WITH MARKINGS TO SHOW CHANGES MADE

39.   (Amended)   A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 <u>of porcine circovirus type II</u>.

shm0334

# EXHIBIT 7

| TERM | DEFENDANTS' PROPOSED CONSTRUCTION | SPECIFICATION SUPPORT |
|---|---|---|
| vector | an agent (virus or plasmid) used to transmit foreign genetic material to a cell or organism; used for the *in vitro* or *in vivo* expression of polypeptides | **Abstract:** [The invention] relates to the DNA fragments which can be used for the production of subunits in an in vitro expression vector or as sequences to be integrated into a virus or plasmid type in vivo expression vector. <br><br>**col. 4, ll. 11-13:** These sequences and their fragments can be advantageously used for the in vitro or in vivo expression of polypeptides with the aid of appropriate vectors <br><br>**col. 4, ll. 22-31:** For the expression of subunits in vitro, as a means of expression, *E. coli* or a baculovirus will be preferably used.... The coding sequence(s) or their fragments are integrated into the baculovirus genome ... and the latter is then propagated on insect cells.... The subunits can also be produced in eukaryotic cells such as yeasts ... or mammalian cells.... <br><br>**col. 4, ll. 40-55:** For the expression in vivo for the purpose of producing recombinant live vaccines, the coding sequence(s) or their fragments are inserted into an appropriate expression vector under conditions allowing the expression of the polypeptide(s). As appropriate vectors, there may be used live viruses, preferably capable of multiplying in pigs, nonpathogenic for pigs (naturally nonpathogenic or rendered as such), according to techniques well known to persons skilled in the art. There may be used in particular pig herpesviruses such as Aujeszky's disease virus, porcine adenovirus, poxviruses, especially vaccinia virus, avipox virus, canarypox virus, swinepox virus. Plasmid DNAs can also be used as vectors.... The subject of the invention is therefore also the vectors and the recombinant live vaccines or plasmid vaccines.... |
| PCV-1 [Porcine Circovirus Type-1] | a non-pathogenic porcine circovirus that can be derived from PK/15 cells | **col. 1, ll. 10-14:** PCV was originally detected as a noncytopathogenic contaminant in pig kidney cell lines PK/15. This virus was classified among the Circoviridae with the chicken anaemia virus ... and the PBFDV virus (Psittacine Beak and Feather Disease Virus). <br><br>**col. 1, ll. 25-27:** The PCV derived from the PK/15 cells is considered not to be pathogenic. Its sequence is known from B.M. Meehan et al., J. Gen. Virol 1997 (78) 221-227. <br><br>**col. 1, ll. 59-62:** The new strains can thus be considered as being representative of a new type of porcine circovirus, called here type II, type I being represented by PK/15. |

| TERM | DEFENDANTS' PROPOSED CONSTRUCTION | SPECIFICATION SUPPORT |
|---|---|---|
| Porcine Circovirus Type 2 [PCV 2] | a porcine circovirus type II that is pathogenic to pigs and a causative agent of Post Weaning Multisystemic Wasting Syndrome [PMWS] | **col. 13, ll. 6-14:** The homology between all these [PCVII] strains and PK/15 falls at a value between 75 and 76%. It is deduced therefrom that the strains according to the invention are representative of a new type of porcine circovirus, distinct from the type represented by the PK/15 strain. This new type, isolated from pigs exhibiting the PMWS syndrome, is called type II porcine circovirus, PK/15 representing type I. **col. 1, ll. 4-8:** The present invention relates to new porcine circovirus (PCV...) strains responsible for the PMWS syndrome (...Post-Weaning Multisystemic Wasting Syndrome).... **col. 1, ll. 48-62:** The applicant has succeeded in isolating five new PCV strains from pulmonary or ganglionic samples obtained from farms situated in Canada, the United States (California) and France (Brittany), hereinafter called circoviruses according to the invention. These viruses have been detected in lesions in pigs with the PMWS syndrome, but not in healthy pigs. The applicant has, in addition, sequenced the genome of four of these strains, namely the strains obtained from Canada and the United States as well as two French strains. The strains exhibit a very strong homology with each other at the nucleotide level, exceeding 96% and much weaker with the PK/15 strain, about 76%. The new strains can thus be considered as being representative of a new type of porcine circovirus, called here type II, type I being represented by PK/15. **col. 1, l. 66 to col. 2, l. 3:** The invention relates to any porcine circovirus capable of being isolated from a physiological sample or from a tissue sample, especially lesions, from a diseased pig having the PMWS syndrome..., in particular type II circovirus. **col. 2, ll. 20-26:** The invention aims to consider the porcine circoviruses isolated from a diseased pig and/or the circoviruses having a significant serological similarity with the strains of the invention and/or the circoviruses having cross-hybridization with the strains of the invention under stringency conditions such that there is no hybridization with the PCV PK/15 strain. |

| TERM | DEFENDANTS' PROPOSED CONSTRUCTION | SPECIFICATION SUPPORT |
|---|---|---|
| ORFs 1 to 13 | a length of DNA sequence (or corresponding RNA sequence) from the genome of a PCV-2 circovirus between an ATG (or AUG) translation start signal (initiation codon) and a termination codon which can be potentially translated into a polypeptide sequence | **col. 3, l. 63 to col. 4, l. 10:** The applicant has, in addition, obtained the genome of four of the isolates, identified SEQ ID NO: 1 to 4 and optionally 6. The subject of the present invention is therefore a DNA fragment containing all or part of one of these sequences. It goes without saying that the invention automatically covers the equivalent sequences, that is to say the sequences which do not change the functionality or the strain-specificity of the sequence described or of the polypeptides encoded by this sequence. There will be included the sequences differing by degeneracy of the code. The invention also covers the equivalent sequences in the sense that they are capable of hybridizing with the above sequence under high stringency conditions and/or have a high homology with the strains of the invention and belong to group II defined above. **col. 13, ll. 24-26:** The nucleotide sequence of the Imp. 1010 isolate was considered to be a representative of other circovirus strains associated with the multi-systemic wasting syndrome. **col. 3, l. 63 to col. 4, l. 21:** The applicant has, in addition, obtained the genome of four of the isolates, identified SEQ ID NO: 1 to 4 and optionally 6. The subject of the present invention is therefore a DNA fragment containing all or part of one of these sequences. It goes without saying that the invention automatically covers the equivalent sequences, that is to say the sequences which do not change the functionality or the strain-specificity of the sequence described or of the polypeptides encoded by this sequence. There will be included the sequences differing by degeneracy of the code. The invention also covers the equivalent sequences in the sense that they are capable of hybridizing with the above sequence under high stringency conditions and/or have a high homology with the strains of the invention and belong to group II defined above. ... In particular, the open reading frames, forming DNA fragments according to the invention ... have been identified on the genomic sequence of the type II circoviruses. The invention relates to any polypeptide containing at least one of these open reading frames (corresponding amino acid sequence). Preferably, the invention relates to a protein essentially consisting of ORF4, ORF7, ORF10 or ORF13. |

| TERM | DEFENDANTS' PROPOSED CONSTRUCTION | SPECIFICATION SUPPORT |
|------|-----------------------------------|------------------------|
| epitope | an immunodominant region of a protein | **col. 13, ll. 24-33:** The nucleotide sequence of the Imp. 1010 isolate was considered to be a representative of other circovirus strains associated with the multi-systemic wasting syndrome. This sequence was analysed in greater detail with the aid of the BLASTX algorithm … and of a combination of programs from the set of MacVector 6.0 software…. It was possible to detect 13 open reading frames (or ORFs) of a size greater than 20 amino acids on this sequence (circular genome). |
| | | **col. 13, ll. 53-57:** The positions of the start and end of each ORF refer to the sequence presented in FIG. No. 4 (SEQ ID No. 4) of the genome of strain 1010. The limits of ORFs 1 to 13 are identical for strain 999. They are also identical for strains 1011-48121 and 1011-48285, except for the ORFs 3 and 13…. |
| | | **col. 13, ll. 64-66:** Each of the open reading frames present on the genome of all the circovirus isolates associated with the multisystemic wasting syndrome was analysed. |
| | | **col. 6, ll. 44-50:** Epitopes are immunodominant regions of proteins and are as such regions exposed at the surface of the proteins. They can therefore be recognized by antibodies and thus be particularly used in the field of diagnosis either for the preparation of antibodies for diagnostic purposes or for the production of corresponding peptides which can be used as diagnostic reagents. |
| | | **col. 6, ll. 36-43:** The present invention also makes it possible to determine epitopes of interest especially on the basis of the DNA sequences described here, whether epitopes of vaccinal interest or epitopes of interest in diagnosis. From the DNA sequence of the genome of the circovirus according to the invention, person skilled in the art are in a position to determine epitopes according to known methods, for example an appropriate computer program or PEPSCAN. |
| | | **col. 6, ll. 54-57:** Persons skilled in the art are therefore in a position, using one or more of these techniques as well as the other available techniques, to find epitopes or using peptides or antibodies for diagnostic purposes. |
| | | **col. 6, l. 51-l. 53:** At the very least, an epitope is a peptide having from 8 to 9 amino acids. A minimum of 13 to 25 amino acids is generally preferred. |

| TERM | DEFENDANTS' PROPOSED CONSTRUCTION | SPECIFICATION SUPPORT |
|---|---|---|
| a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1 | a DNA sequence which codes for an immunodominant region of a protein, wherein the sequence is from the genome of a PCV-2 circovirus and not from the genome of a PCV-1 circovirus | **col. 1, ll. 48-62:** The applicant has succeeded in isolating five new PCV strains from pulmonary or ganglionic samples obtained from farms situated in Canada, the United States (California) and France (Brittany), hereinafter called circoviruses according to the invention. These viruses have been detected in lesions in pigs with the PMWS syndrome, but not in healthy pigs.<br><br>The applicant has, in addition, sequenced the genome of four of these strains, namely the strains obtained from Canada and the United States as well as two French strains. The strains exhibit a very strong homology with each other at the nucleotide level, exceeding 96% and much weaker with the PK/15 strain, about 76%. The new strains can thus be considered as being representative of a new type of porcine circovirus, called here type II, type I being represented by PK/15.<br><br>**col. 5, ll. 10-19:** Knowledge of the sequences of the different circoviruses makes it possible to define common sequences which make it possible to produce reagents capable of recognizing all the porcine circoviruses known. Persons skilled in the art will also be able to select fragments of the sequences corresponding to regions exhibiting little or no homology with the corresponding PK/15 circovirus sequence in order to carry out a specific diagnosis. Sequence alignments make it possible for persons skilled in the art to select a reagent in accordance with their wishes.<br><br>**col. 5, ll. 33-40:** These ... reagents may be used in a diagnostic method, a subject of the invention, in which a test is carried out, on a sample of physiological fluid (blood, plasma, serum and the like) or a sample of tissue (ganglia, liver, lungs, kidneys and the like) obtained from a pig to be tested, for the presence of an antigen specific for a circovirus according to the invention, by seeking to detect either the antigen itself, or antibodies directed against this antigen.<br><br>**col. 5, l. 64 to col. 6, l. 18:** Accordingly, it is preferably sought to detect specific antibodies in the sample by an indirect test, by competition or by displacement. To do this, the antigen itself is used as diagnostic reagent, or a fragment of this antigen, conserving recognition of the antibodies....<br><br>By antibody specific for the antigen which can be used in particular in competition or |

| TERM | DEFENDANTS' PROPOSED CONSTRUCTION | SPECIFICATION SUPPORT |
|------|-----------------------------------|------------------------|
| | | displacement or for the detection of the antigen itself, there is understood monoclonal or polyclonal antibodies specific for the antigen.... Another feature of the invention is the [p]roduction of polyclonal or monoclonal antibodies specific for the antigen in accordance with the invention, it being possible for these antibodies to then be used in particular as diagnostic reagent for the detection of the antigen in a sample of physiological fluid or in a tissue sample, or even for the detection of antibodies present in such a sample or specimen. |
| | | **col. 6, ll. 36-45:** The present invention also makes it possible to determine epitopes of interest especially on the basis of the DNA sequences described here.... From the DNA sequence of the genome of the circovirus according to the invention, persons skilled in the art are in a position to determine epitopes according to known methods, for example an appropriate computer program or PEPSCAN. Epitopes are immunodominant regions of proteins and are as such regions exposed at the surface of the proteins. |
| | | **col. 12, ll. 22-38:** When the sequence generated from the Imp.999 strain was used to test for homology with respect to the sequences contained in the GenBank databank, the only significant homology which was detected is a homology of about 76% (at nucleic acid level) with the sequence of the PK/15 strain.... No other sequence contained in the databanks show significant homology with the sequence generated from the PCV Imp.999 strain. |
| | | **col. 12, l. 46 to col. 13, l. 11:** The alignment of the nucleotide sequences of the 4 new PCV strains was made with the sequence of the PCV PK/15 strain (FIG. 5). A homology matrix taking into account the four new strains and the previous PK/15 strain was established.... The homology between the two French strains ... is greater than 99% (0.9977). The homology between the two North American strains ... is also greater than 99% (0.9949). The homology between the French strains and the North American strains is slightly greater than 96%. The homology between all these strains and PK/15 falls at a value between 75 and 76%. It is deduced there from that the strains according to the invention are representative of a new type of porcine circovirus, distinct from the type represented by the PK/15 strain. |

Specification Support Chart w-ACY revisions (00438902) (2).DOC

# EXHIBIT 8

# THE ENCYCLOPEDIA OF
# Molecular Biology

EDITOR IN CHIEF
## SIR JOHN KENDREW

EXECUTIVE EDITOR
## ELEANOR LAWRENCE

*b*

**Blackwell
Science**

© 1994 by
Blackwell Science Ltd
Editorial Offices:
Osney Mead, Oxford OX2 0EL
25 John Street, London WC1N 2BL
23 Ainslie Place, Edinburgh EH3 6AJ
238 Main Street, Cambridge
  Massachusetts 02142, USA
54 University Street, Carlton
  Victoria 3053, Australia

Other Editorial Offices:
Arnette Blackwell SA
1, rue de Lille, 75007 Paris
France

Blackwell Wissenschafts-Verlag GmbH
Kurfürstendamm 57
10707 Berlin, Germany

Blackwell MZV
Feldgasse 13, A-1238 Wien
Austria

All rights reserved. No part of this
publication may be reproduced, stored
in a retrieval system, or transmitted,
in any form or by any means, electronic,
mechanical, photocopying, recording
or otherwise, except as permitted by the
UK Copyright, Designs and Patents Act
1988, without the prior permission of
the copyright owner.

First published 1994

Set by Semantic Graphics, Singapore
Printed in Great Britain at the Alden Press Limited
Oxford and Northampton
Bound by Hartnolls Ltd, Bodmin, Cornwall

DISTRIBUTORS

Marston Book Services Ltd
  PO Box 87
  Oxford OX2 0DT
  (*Orders*: Tel: 01865 791155
             Fax: 01865 791927
             Telex: 837515)

USA
  Blackwell Science, Inc.
  238 Main Street
  Cambridge, MA 02142
  (*Orders*: Tel: 800 759-6102
             617 876-7000)

Canada
  Oxford University Press
  70 Wynford Drive
  Don Mills
  Ontario M3C 1J9
  (*Orders*: Tel: 416 441-2941)

Australia
  Blackwell Science Pty Ltd
  54 University Street
  Carlton, Victoria 3053
  (*Orders*: Tel: 03 347-5552)

A catalogue record for this title
is available from both the British Library
and the Library of Congress

ISBN 0-632-02182-9

772  oogonia

The primary oocyte is a large cell with a large nucleus (germinal vesicle) which enters a phase of growth and assembly of intracellular components. Primary oocytes remain arrested in prophase of the first meiosis for periods of from a few months to up to many years (in humans). DNA replicates, yielding two chromatids from each homologous paired chromosome. This is the growth phase of oogenesis, and primary oocytes acquire their external coats and cortical granules, and accumulate ribosomes, mRNA, mitochondria, tRNA, yolk, glycogen, and lipid. These components can be synthesized endogenously by the oocyte (in some species intense RNA synthesis is associated with decondensation of the still-paired chromosomes and formation of lateral loop 'lampbrush chromosomes'). Other components may be synthesized outside the oocyte in accessory cells of the ovary (follicle cells, NURSE CELLS) and transferred directly into the oocyte, or synthesized in other organs (e.g. liver), carried to the ovary by the bloodstream and transported into the oocyte by receptor-mediated ENDOCYTOSIS.

Maturation is the transformation of the oocyte into an egg which is capable of being fertilized. This process is triggered by a hormone from the soma, such as progesterone in frogs, or luteinizing hormone in mammals, and only occurs once the animal has become sexually mature. Oocytes are arrested at prophase I of meiosis, but at maturation the envelope surrounding the large oocyte nucleus breaks down and the chromosomes proceed to metaphase II of meiosis. Completion of this first meitoic division generates a secondary oocyte and a (much smaller) first polar body. Chromosomes recondense, the nuclear membrane breaks down and the replicated homologous chromosomes separate or are allocated to either the secondary oocyte or the first polar body. The second meiotic division is also asymmetric and produces the mature haploid ovum and a (smaller) second polar body. The stage at which the egg is released from the ovary (ovulation) and fertilized varies between species.

**oogonia** See: OOGENESIS.

**ooplasm** See: OOCYTE.

**opa genes** Genes encoding the opacity polypeptides of the BACTERIAL ENVELOPE of Neisseria gonorrhoea. See: BACTERIAL PATHOGENICITY.

**opal codon** The TERMINATION CODON UGA.

**open circles** A form of PLASMID circular DNA in which the supercoils have been released by the nicking of one of the strands of the duplex. See also: DNA SUPERCOILING.

**open reading frame (ORF)** A length of DNA or RNA sequence between an ATG (or AUG) translation start signal (INITIATION CODON) and a TERMINATION CODON, which can be potentially translated into a polypeptide sequence. The existence of an ORF in a region of DNA, however, does not constitute proof that the sequence is part of a GENE.

**operator** A region upstream of a bacterial gene (or operon) to

which a REPRESSOR protein binds to modulate expression of that gene (or operon). See: BACTERIAL GENE EXPRESSION.

**operon** Unit of gene expression in bacteria in which a set of structural genes are transcribed as a single transcript under the control of a neighbouring regulatory gene. See: BACTERIAL GENE EXPRESSION; BACTERIAL GENE ORGANIZATION.

**opiate receptors** G PROTEIN-COUPLED RECEPTORS for opiate drugs, found in the central nervous system and on peripheral tissues. Their endogenous ligands are the opioid peptides. See: OPIOID PEPTIDES AND THEIR RECEPTORS.

**opines** Generic name for a diverse group of molecules synthesized in CROWN GALL cells. The genes for their synthesis in plants are derived from pathogenic bacteria of the genus Agrobacterium, which can also utilize the molecules as a sole source of carbon and nitrogen. With the exception of the AGROCINOPINES, all opines identified to date are imino acids formed by reactions on Schiff bases formed between amino acids and sugars or keto acids. See: AGROPINE; CUCUMOPINE; LEUCINOPINE; LYSOPINE; MANNOPINE; NOPALINE; OCTOPINE; SUCCINAMOPINE. See also: Ti PLASMID.

# Opioid peptides and their receptors

THE mammalian opioid peptides were discovered and first isolated in 1975 as endogenous ligands of the opiate receptors in the central and peripheral nervous systems [1]. The three major classes of mammalian opioid peptides so far identified are the endorphins, the enkephalins, and the dynorphins, each class being liberated from a separate inactive precursor polypeptide by post-translational processing enzymes [2–4]. Opioid peptides are present in both brain and peripheral tissues and have been implicated in the control of pain, responses to stress, and numerous other functions (see below).

The polypeptide precursors of the endorphins, enkephalins, and dynorphins are the products of three distinct genes, preproopiomelanocortin (POMC), preproenkephalin A (PENK), and pre-proenkephalin B (more commonly known as preprodynorphin, PDYN), respectively. Each precursor contains a short 20–25 residue hydrophobic SIGNAL PEPTIDE at the N terminus which, when cleaved by a signal peptidase in the endoplasmic reticulum (see PROTEIN TRANSLOCATION), results in the liberation of the prohormone containing the biologically active opioid peptides (Fig. O4) [5]. Opioid peptide sequences are located primarily between pairs of dibasic amino acids (e.g. Lys-Arg or Lys-Lys) which allows them to be generated through enzymatic digestion of the precursor at these recognition sites by intracellular endopeptidases, which appear to be either aspartyl or serine proteinases [5,6]. The propeptide convertases PC1 (also known as PC3), PC2, PC4, PC5, furin, and PACE4 are members of a family of SERINE PROTEINASES homologous to the yeast Kex2 proteinase

EXHIBIT 9

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |
| MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, | |
| Defendants. | |

**PLAINTIFF'S AND DEFENDANTS' JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling order, Plaintiff Intervet, Inc. ("Intervet") and

Defendants Merial Limited, Merial SAS, The Queen's University of Belfast, and the University

of Saskatchewan submit the following joint claim construction statement.[1]

The parties dispute several terms and phrases in U.S. Patent No. 6,368,601 ("the '601

patent"). The table below summarizes the claims that Merial Limited and Merial SAS

(collectively and individually, "Merial") contend, at this time, Intervet infringes:[2]

| **Currently Asserted Claims** |
|---|
| 9. A vector comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II. |
| 16. The vector [of claim ...9] comprising an isolated DNA molecule comprising a sequence selected from the group consisting of ORFs 1 to 13 of porcine circovirus type II wherein the |

---

[1] This joint claim construction statement is submitted without prejudice to the pending Defendants The Queen's University of Belfast's and The University of Saskatchewan's Motion To Dismiss For Lack of Subject Matter Jurisdiction of (D.I. 21, 22) or the pending Intervet motion to extend the case scheduling order's claim construction deadlines (D.I. 67).

[2] These claims are identified based on the information currently available to Merial. Merial reserves the right to assert different and/or additional claims based on the Court's claim construction ruling and/or information subsequently discovered.

| Currently Asserted Claims |
|---|
| vector is a virus. |
| 32.  An isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1. |
| 33.  A vector comprising an isolated DNA molecule [as in claim 32] comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1. |
| 35.  The vector [according to claim 33] comprising an isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1 wherein the isolated DNA molecule is expressed in vitro. |

The table below identifies the terms or phrases within the Currently Asserted Claims that the parties dispute, and the parties' proposed constructions thereof:[3]

| | Disputed Term or Phrase | Found in Claims | Defendants' Proposed Construction | Plaintiff's Proposed Construction |
|---|---|---|---|---|
| 1. | Vector | 9, 16, 33, 35 | An agent (virus or plasmid) used to transmit foreign genetic material to a cell or organism; used for the in vitro or in vivo expression of polypeptides. | A live virus or plasmid DNA. |
| 2. | Porcine Circovirus Type 2; PCV-II | 9, 16, 32, 33, 35 | A porcine circovirus of type II that is pathogenic to pigs and a causative agent of Post Weaning Multisystemic Wasting Syndrome [PMWS]. | The five viral strains identified in the '601 patent. |
| 3. | ORFs 1 to 13 | 9,16 | A length of DNA sequence (or corresponding RNA sequence) from the genome of a PCV-2 circovirus between an ATG (or AUG) translation start signal | The specific DNA sequences defined as ORFs 1-13 in Example 13. |

---

[3] Intervet's constructions are preliminary and Intervet reserves the right to change or otherwise amend its claim constructions based on, *e.g.*, further discovery.  Intervet also reserves the right to argue that the claim terms are indefinite as construed by Defendants.

|   | Disputed Term or Phrase | Found in Claims | Defendants' Proposed Construction | Plaintiff's Proposed Construction |
|---|---|---|---|---|
|   |   |   | (initiation codon) and a termination codon which can be potentially translated into a polypeptide sequence.<br><br>The specific DNA sequences identified in Example 13 are only representative examples. |   |
| 4. | Epitope | 32, 33, 35 | An imnmunodominant region of a protein. | An immunodominant region having at least 8-9 amino acids of a protein or peptide. |
| 5. | A nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1 | 32, 33, 35 | A DNA sequence which codes for an immunodominant region of a protein, wherein the sequence is from the genome of a PCV-2 circovirus and not from the genome of a PCV-1 circovirus. | At present, this term appears to be indefinite as the '601 patent does not provide a definition of "specific to PCV-2 and not specific to PCV-1." |
| 6. | PCV-1 [Porcine Circovirus Type-1] | 32, 33, 35 | A non-pathogenic porcine circovirus that can be derived from PK/15 cells. | The nonpathogenic porcine circovirus strains disclosed in the '601 patent. |

Respectfully submitted, this 23rd day of February, 2007.

/s/ John R. Hutchins                              /s/ Timothy A. Ngau
KENYON & KENYON LLP                    ALSTON & BIRD, LLP
John R. Hutchins                                  Timothy Ngau
DC Bar No. 456749                              DC Bar No. 339333
1500 K Street, N.W., Suite 700            950 F Street, NW
Washington, DC 20005                        Washington, DC 20004
Phone: 202-220-4200                          Phone: 202-756-3300
Fax: 202-220-4201                              Fax: 202-756-3333

                                                        Judy Jarecki-Black, Ph.D.
                                                        Merial Limited
                                                        3239 Satellite Blvd.
                                                        Duluth, GA 30096-4640
                                                        Tel.: (678) 638-3805
                                                        Fax: (678) 638-3350

                                                        Thomas J. Kowalski
                                                        Steven M. Amundson
                                                        DC Bar No. 412196
                                                        Frommer Lawrence & Haug LLP
                                                        745 Fifth Avenue
                                                        New York, New York 10151
                                                        Tel.: (212) 588-0800
                                                        Fax: (212) 588-0500

                                                        Frank G. Smith, III
                                                        J. Patrick Elsevier, Ph.D.
                                                        Elizabeth K. Haynes
                                                        Alston & Bird LLP
                                                        1201 West Peachtree Street
                                                        Atlanta, Georgia 30309-3424
                                                        Tel.: (404) 881-7000
                                                        Fax: (404) 881-7777

*Counsel for Plaintiff*                          *Counsel for Defendants*

EXHIBIT 10

The Veterinary Record, April 25, 1998
467

30 (Thurs) Royal Counties Veterinary Association Meeting, Leo Animal Health, Princes Risborough, 19.30.

## Conferences, lectures, meetings

**Small animal radiology** Course, at Glasgow veterinary school, May 30 to 31. Details from Mrs B. Gibbons, CPD Unit, University of Glasgow Veterinary School, Bearsden Road, Glasgow G61 1QH, telephone 0141 330 4995, fax 0141 942 7215.

**Diagnostic imaging** Advanced course, organised by the European School for Advanced Veterinary Studies, in Luxembourg, June 1 to 6. Details from the ESAVS Office Birkenfeld, Am Kirchplatz 2, D-55765 Birkenfeld, Germany, fax 00 49 6782 4314.

**Feline endocrinology** Continuing education day, organised by Bristol University, to be held at Sheffield University, June 2. Details from the Langford Continuing Education Unit, Langford House, Langford, North Somerset BS40 5DU, telephone 0117 928 9502.

### Welfare of the competition horse

A ONE-DAY symposium on equine welfare will be held at the Royal Society, London, on April 28. To be opened by HRH the Princess Royal, the meeting has been organised jointly by the Animal Health Trust, the BVA Animal Welfare Foundation and the RSPCA and is the fourth in a series of symposia held by these three organisations over the past few years focusing on particular animal welfare issues.

The theme of this year's symposium is 'The welfare of the competition horse' and the aim will be to identify areas of concern to veterinarians, equestrian organisations and the horse owning/riding public; to describe initiatives already taken to meet such concerns; and to discuss ways of ensuring that equestrian sports do not compromise the welfare of the horses involved. Presentations will include:

'Welfare issues facing the Fédération Equestre Internationale', by Professor Leo Jeffcott;
'Doping and medication control', by Dr Roland Devolz;
'Three-day eventing – a realistic appraisal', by Dr Sue Dyson;
'Polo – particular problems?', by Lord Patrick Beresford;
'Welfare issues facing racing', by Dr Peter Webbon;
'Two year old racing', by Mr David Ellis;
'Welfare aspects of training', by Professor Sandy Love;
'Abuse of riding sides', by Lord Oaksey;
'Retirement of competition horses', by Sir Peter O'Sullevan.

The registration fee is £30, including lunch. Tickets and further information can be obtained from Mrs Jan Wade, R&W Publications, 5 Kings Court, Willie Snaith Road, Newmarket, Suffolk CB8 7SG, telephone 01638 667600, fax 01638 667229.

# Letters

## Novel porcine circoviruses from pigs with wasting disease syndromes

SIR, – Further to the letter from LeCann and others (1997) describing a piglet wasting disease syndrome in France, we would like to report our findings on the characterisation of novel porcine circoviruses isolated from pigs with similar wasting disease syndromes in Canada, the USA, France, Spain, Denmark and Northern Ireland.

Wasting disease syndromes in young pigs have been described in Canada (Harding 1997), the USA (Daft and others 1996), Spain (Segalés and others 1997) and France (LeCann and others 1997). In all of these reports, a strong association has been inferred between this disease syndrome and porcine circovirus (PCV) infection.

We have isolated and characterised novel porcine circoviruses from pigs with wasting disease syndromes in Canada, the USA, France, Spain, Denmark and Northern Ireland. All of these viruses were isolated in pig kidney cell cultures, which were free of contaminating PCV (Allan and others 1998). Polyclonal antisera and a panel of monoclonal antibodies were prepared against a PCV isolated from pigs exhibiting a wasting disease syndrome. In addition, a panel of monoclonal antibodies was prepared against the non-pathogenic PCV, originally identified as a contaminant of continuous pig kidney cell cultures (Allan and others 1994). Circovirus DNA was cloned from low-passage tissue culture isolates obtained from clinical material from pigs with wasting disease, originating from Canada, France and the USA. The nucleotide sequences of these isolates were determined.

Using these antibodies, all of the PCV isolates from diseased pigs were shown to be antigenically similar to each other, but antigenically distinct from the PCV-contaminant of continuous pig kidney cell cultures. Genomic analysis of the Canadian, US and French isolates of PCV have shown that these porcine circoviruses form a closely related group at the nucleotide sequence level (more than 96 per cent intra-group nucleotide sequence homology). These viruses are, however, distinct from the PCV contaminant of continuous pig kidney cell cultures (Meehan and others 1997) and the isolate of PCV described by LeCann and others (1997), in that they exhibit less than 80 per cent nucleotide sequence homology.

Given the antigenic and nucleotide sequence differences, we propose that these novel PCVs represent a different type of PCV, and should be designated Type II porcine circoviruses. The original PCV contaminant of continuous pig kidney cell cultures and the isolates described by LeCann and others (1997) and Allan and others (1995) should be designated Type I porcine circovirus.

Serological evidence supports the ubiquitous presence of Type I porcine circovirus in the pig population and we believe that mixed infections comprising both non-pathogenic Type I and potentially pathogenic Type II porcine circoviruses could occur. Care should therefore be taken when interpreting PCR results from diseased pigs. In addition, there is now an urgent need for type-specific sero-diagnostics.

Further experiments are underway to investigate the role of Type II porcine circoviruses in the pathogenesis of wasting disease syndromes.

G. Allan, B. Meehan, D. Todd,
S. Kennedy, F. McNeilly, *Veterinary Sciences Division, Department of Agriculture for Northern Ireland, Belfast BT4 3SD*
J. Ellis, E. G. Clark, J. Harding, *Western College of Veterinary Medicine, University of Saskatchewan, Saskatoon, Canada S7N 5B4*
E. Espuna, *Laboratorios Hipra, 17170, Amer (Girona), Spain*
A. Botner, *Danish Veterinary Institute for Virus Research, Lindholm, DK-4771 Kalvehase, Denmark*
C. Charreyre, *Merial, 254 rue Marcel Merieux, Lyon, France*

**References**
ALLAN, G. M., MACKIE, D., McNAIR, J., ADAIR, B. M. & McNULTY, M. S. (1994) *Veterinary Immunology and Immunopathology* 43, 357
J. ELLIS, G. M., McNEILLY, F., CASSIDY, J. P., REILLY, G. A. C., ADAIR, B., ELLIS, W. A. & McNULTY, M. S. (1995) *Veterinary Microbiology* 44, 49
ALLAN, G. M., McNEILLY, F., KENNEDY, S., DAFT, B., CLARK, E. D., ELLIS, J. A., HAINES,



MER0011276

The Veterinary Record, April 25, 1998

D. M., MEEHAN, B. M. & ADAIR. B. M. (1998) *Journal of Veterinary Diagnostic Investigation* 10 (1), 3
DAFT, B., NORDHAUSEN, R. W., LATIMER, K. S. & NIAGRO, F. D. (1996) *Proceedings of the American Association of Veterinary Laboratory Diagnosticians* 39, 32
HARDING, J. C. (1997) Proceedings of the annual meeting of the American Association of Swine Practitioners. p 503
LECANN, P., ALBINA, B., MADEC, F., CARIOLET, R. & JESTIN, A. (1997) *Veterinary Record* 141, 660
MEEHAN, B. M., CREELAN, J. L., McNULTY, M. S. & TODD, D. (1997) *Journal of General Virology* 78, 221
SEGALES, J., STIJAR, M.. DOMINGO, M., DEE, S., DEL POZO, M., NOVAL, R., SACRISTAN, C., DE LAS HERAS, A., FERRO, A. & LATIMER, K. S. (1997) *Veterinary Record* 141, 600

## Population density and infectious disease at bird tables

SIR, – Mortality incidents due to *Salmonella typhimurium* and other infectious agents are well-recognised in wild birds fed at bird tables, feeders and elsewhere in gardens (Wilson and Macdonald 1967, Kirkwood and others 1995). These incidents frequently involve ground-feeding finches, notably greenfinches (*Carduelis chloris*), house sparrows (*Passer domesticus*) and chaffinches (*Fringilla coelebs*), but a range of other species, including tree sparrow (*Passer montanus*), siskin (*Carduelis spinus*) and bullfinch (*Pyrrhula pyrrhula*) may also be affected. There is a marked seasonal pattern, with incidents being most frequent between December and May.

Attention has been drawn to the possibility of increased risk of such infections to birds where they gather in large numbers and at high densities in gardens (Stroud and Friend 1987). However, lacking information on the prevalence of these diseases in non-provisioned populations, it has not been possible to judge if there is a real basis for the concern that disease incidence may correlate with intensity of provisioning. It could be, for example, that the numbers of reports of disease outbreaks in provisioned birds are not a reflection of a greater prevalence of diseases in this group versus unprovisioned populations, but of the greater likelihood that diseased birds will be observed and reported in provisioned populations. This bias might be expected since, among garden bird enthusiasts, intensity of provisioning, closeness of observation, and motivation to report disease outbreaks, probably correlate.

During the past two years, as part of a longer term study of causes of disease in garden birds, persons reporting disease outbreaks have been asked to estimate the total volume of food (mostly peanuts, various seeds and scraps) they put out for their garden birds each day. These data allow a preliminary test of the hypothesis that the risk of mortality incidents due to infectious disease is related to the amount of food provided daily and thus to population density (the number of birds using the feeding station), in a way which avoids the possible sources of bias mentioned above.

Of 143 disease or mortality incidents reported since January last year, estimates of the intensity of provisioning (in pints per day) were obtained for 60. In 50 of these cases (in which mortality varied from a few individuals to many tens of birds), the cause was attributed to infectious disease in provisioned birds on the basis of postmortem investigations, or history and clinical signs. The other 10 reports were of incidents other than deaths due to infectious disease in provisioned birds. These included, for example, reports of deaths due to flying into windows, reports of plumage loss or leg lesions in otherwise healthy birds, or reports of deaths in species (for example, swallow) that do not feed at bird tables.

The mean estimated amount of food provided daily in the infectious causes of mortality group was significantly more (3·6 ± 3·68 pints per day, n=50) than the mean for the other group (0·6 ± 0·87 pints per day, n=10) (P<0·01, one-tailed *t* test). It appears, from this, that the type of disease observed in garden birds is related to intensity of provisioning.

Among the 18 incidents reported in which the daily food provision was estimated to be 1 pint or less, 10 (55 per cent of cases) were of mortality incidents attributed to infections in provisioned birds. However, of the 42 incidents in which the estimated daily food provision was greater than 1 pint, 40 (95 per cent) were mortality incidents attributed to infections. The difference in these proportions was significant at the 0·1 per cent level (one-tailed chi-squared test).

Although some caution is appropriate in interpreting results from questionnaire-type studies like this, these observations support the hypothesis that the risk of infectious disease incidents is related, in part, to the intensity of provisioning and thus population density of birds at the feeding site. This is no great surprise (it is, for example, entirely consistent with our knowledge of the epidemiology of salmonellosis in other species) but, as far as I am aware, it has not been demonstrated before.

Garden birds are fed on a surprisingly large scale in Britain. It has been estimated recently, for example, that 15,000 tons of peanuts are used yearly (Moss and Cottridge 1998). This, alone, is more than enough to meet the annual energy requirements of the entire breeding population of British greenfinches (about 550,000 pairs). That there may be disease risks associated with provisioning on a large scale is not widely known among garden bird enthusiasts. Various measures have been suggested for minimising the risk of infectious diseases at bird tables and feeders (Kirkwood and Macgregor 1997), but avoiding very high population densities is likely to be a key factor in both prevention and control.

We may, in feeding wild birds, be influencing their lives and biology more than we think. There is a case for further study of the impact of provisioning on population dynamics, welfare, and other aspects of their biology.

**James K. Kirkwood**, *Universities Federation for Animal Welfare, The Old School, Brewhouse Hill, Wheathampstead, Hertfordshire AL4 8AN*

References
KIRKWOOD, J. K., HOLMES, J. P. & MACGREGOR, S. K. (1995) *Veterinary Record* 136, 372

KIRKWOOD, J. K. & MACGREGOR, S. K. (1997) Infectious diseases of garden birds: minimising the risks. UFAW, The Old School, Brewhouse Hill, Wheathampstead, Hertfordshire AL4 8NA, UK
MOSS, S. & COTTRIDGE, D. (1998) Attracting birds to your garden. London, New Holland
STROUD, R. K. & FRIEND, M. (1987) In: Field guide to wildlife diseases. Ed M. Friend. US Department of Interior Fish and Wildlife Service Publication 167. p 101
WILSON, J. E. &. MACDONALD, J. W. (1967) *British Veterinary Journal* 123, 212

## Tail-biting and tail-docking in pigs

SIR, – We agree with both the letter of Smith and Penny and the letter of Williams and White (*VR*, April 11, pp 407-408) that animal well-being must remain the priority when considering the issue of tail-biting and tail-docking in pigs. Both letters, however, expressed concerns over two areas of our earlier communication (*VR*, April 4, p 375).

First, we claimed that the recent Cambac survey of tail-biting did not prove that docking pigs' tails helped to control severe tail-biting. The Pig Veterinary Society, represented by Williams and White, should not be 'surprised' or 'confused' by our comments. Scientists are in the business of ensuring that research is of the highest quality when important welfare issues are at stake. Any claims released into the public domain must be based both on a firm scientific foundation and peer review. We believe that more research is needed before any definitive conclusions can be drawn, and hope that the funding bodies also view this as a priority.

Secondly, we claimed that 'mild' tail-biting was of little consequence to the farmer, veterinarian or the concerned welfare lobby. We accept the comment of Smith and Penny that tail-biting can lead to pyaemia and carcase condemnation, and the comment of Williams and White that we should also consider how the pig may perceive such behaviour. However, we must return to the fact that any conclusions on the causes of tail-biting should be specific with respect to the degree of damage caused. There is no data currently available showing the link between the severity of tail-damage and the incidence of pyaemia. While Huey (1996) found that 175 of the 75,130 bacon weight pigs (0·23 per cent) surveyed had abscesses both on the tail and one other site, there was no indication given of the severity of tail damage as suggested by Smith and Penny. This is of course the critical issue. Unless indicated otherwise we maintain that 'mild' tail damage may not cause significant deficits in either health status or psychological well-being compared to the tail-docking procedure which could itself lead to pain, pyaemia (see Huey 1996) and secondary abscesses.

**Jon E. L. Day**, *Institute of Food Research, Reading Laboratory, Earley Gate, Reading RG6 6BZ*
**Stephen D. Webster**, *Animal Behaviour Research Group, Department of Zoology, University of Oxford, South Parks Road, Oxford OX1 3PS*

Reference
HUEY, R. J. (1996) *Veterinary Record* 138, 511

