

▲ In these cells, actin filaments appear light purple, microtubules yellow, and nuclei greenish blue. This image, which has been digitally colored, won first place in the 2003 Nikon Small World Competition.

physical labor of separating duplicate **chromosomes** when cells copy themselves and serve as sturdy railway tracks on which countless molecules and materials shuttle to and fro. They also hold the ER and Golgi neatly in stacks and form the main component of flagella and cilia.

Grab one of those inch-thick ropes. Yeah, you can swing on it—it won't snap. These strands, called intermediate filaments, are unusual because they vary greatly according to their location and function in the body. For example, some intermediate filaments form tough coverings, such as in nails, hair, and the outer layer of skin (not to mention animal claws and scales). Others are found in nerve cells, muscle cells, the heart, and internal organs. In each of these **tissues**, the filaments are made of different proteins. So if doctors analyze intermediate filaments in tumors, they can determine the origin of—and possible treatments for—some kinds of cancer.

See that bundle of long rods near the edge of the cell? You can touch it, but don't try to bend the rods. They shatter easily. These rods, slightly thinner than intermediate filaments, are actin filaments. They are made up of two chains of the protein actin twisted together. Although actin filaments are the most brittle of the cytoskeletal fibers, they are also the most versatile in terms of the shapes they can take. They can gather together into bundles, weblike networks, or even three-dimensional gels. They shorten or lengthen to allow cells to move and change shape. Together with a protein partner called myosin, actin filaments make possible the muscle contractions necessary for everything from your action on a sports field to the automatic beating of your heart.

14 | National Institute of General Medical Sciences

### The Tour Ends Here

You've seen quite a bit of the cell in a short time. However, this tour covered only the highlights; there are many other fascinating processes that occur within cells. Every day, cell biologists learn more, but much remains unexplained.

You will now regain your normal size. There should be no lasting side effects of the miniaturization, except, I hope, a slight tingling sensation caused by new knowledge and a growing excitement about what scientists know—and still don't know—about cells.

### Cool Tools for Studying Cells

Cell biologists would love to do what you just did—shrink down and actually see, touch, and hear the inner workings of cells. Because that's impossible, they've developed an ever-growing collection of approaches to study cellular innards from the outside. Among them are biochemistry, physical analysis, microscopy, computer analysis, and molecular genetics. Using these techniques, researchers can exhaustively inventory the individual molecular bits and pieces that make up cells, eavesdrop on cellular communication, and spy on cells as they adapt to changing environments. Together, the approaches provide vivid details about how cells work together in the body's organs and tissues. We'll start by discussing the traditional tools of the trade—microscopes—then touch on the new frontiers of quantum dots and **computational biology**.



▲ In this fruit fly cell, mitochondria (in red) form a web throughout the cell. Microtubules are labeled in green.

### Morphing Mitochondria

Scientists such as Michael P. Yaffe of the University of California, San Diego, study what mitochondria look like and how they change throughout a cell's life. To approach this research problem, Yaffe uses simple organisms—such as yeast or fruit fly cells—which, like your own cells, have membranes, a nucleus, and other organelles. This similarity makes these organisms important models for understanding human biology.

Yaffe's work helped change the textbook depiction of mitochondria as kidney bean-shaped organelles. Using advanced microscopy, Yaffe and others have unveiled many different shapes for mitochondria, ranging from the classic beans to long snakes and weblike structures, all of which are thought to change on a constant basis. Researchers are discovering that the different mitochondrial shapes accompany changes in cellular needs, such as when growing cells mature into specific types or when a cell responds to disease.

Many scientists believe that mitochondria—which divide on their own, have their own **genome** and protein-making machinery, and resemble prokaryotes in many ways—are descendents of oxygen-loving microorganisms that were taken in by primitive cells. This historical event set the stage for advanced life forms like plants and animals. —A.D.

## Light Microscopes: The First Windows Into Cells

Scientists first saw cells by using traditional light microscopes. In fact, it was Robert Hooke (1635–1703), looking through a microscope at a thin slice of cork, who coined the word "cell." He chose the word to describe the boxlike holes in the plant cells because they reminded him of the cells of a monastery.

Scientists gradually got better at grinding glass into lenses and at whipping up chemicals to selectively stain cellular parts so they could see them better. By the late 1800s, biologists already had identified some of the largest organelles (the nucleus, mitochondria, and Golgi).

Researchers using high-tech light microscopes and glowing molecular labels can now watch biological processes in real time. The scientists start by chemically attaching a fluorescent dye or protein to a molecule that interests them. The colored glow then allows the scientists to locate the molecules in living cells and to track processes—such as cell movement, division, or infection—that involve the molecules.



▲ This fireworks explosion of color is a dividing newt lung cell seen under a light microscope and colored using fluorescent dyes: chromosomes in blue, intermediate filaments in red, and spindle fibers (bundled microtubules assembled for cell division) in green.

◀ Robert Hooke, the British scientist who coined the word "cell," probably used this microscope when he prepared *Micrographia*. Published in 1665, *Micrographia* was the first book describing observations made through a microscope. It was a best-seller.

IMAGE COURTESY OF THE NATIONAL MUSEUM OF HEALTH AND MEDICINE, ARMED FORCES INSTITUTE OF PATHOLOGY, WASHINGTON, DC

Fluorescent labels come in many colors, including brilliant red, magenta, yellow, green, and blue. By using a collection of them at the same time, researchers can label multiple structures inside a cell and can track several processes at once. The technicolor result provides great insight into living cells—and is stunning cellular art.

## Electron Microscopes: The Most Powerful of All

In the 1930s, scientists developed a new type of microscope, an **electron microscope** that allowed them to see beyond what some ever dreamed possible. The revolutionary concept behind the machine grew out of physicists' insights into the nature of electrons.

As its name implies, the electron microscope depends not on light, but on electrons. The microscopes accelerate electrons in a vacuum, shoot them out of an electron gun, and focus them

with doughnut-shaped magnets. As the electrons bombard the sample, they are absorbed or scattered by different cell parts, forming an image on a detection plate.

Although electron microscopes enable scientists to see things hundreds of times smaller than anything visible through light microscopes, they have a serious drawback: They can't be used to study living cells. Biological tissues don't survive the technique's harsh chemicals, deadly vacuum, and powerful blast of electrons.

Electron microscopes come in two main flavors: transmission and scanning. Some transmission electron microscopes can magnify objects up to 1 million times, enabling scientists to see **viruses** and even some large molecules. To obtain this level of detail, however, the samples usually must be sliced so thin that they yield only flat, two-dimensional images. Photos from transmission electron microscopes are typically viewed in black and white.

Scanning electron microscopes cannot magnify samples as powerfully as transmission scopes, but they allow scientists to study the often intricate surface features of larger samples. This provides a window to see up close the three-dimensional terrain of intact cells, material surfaces, microscopic organisms, and insects. Scientists sometimes use computer drawing programs to highlight parts of these images with color.



▲ Scanning electron microscopes allow scientists to see the three-dimensional surface of their samples.

## Studying Single Molecules: Connecting the Quantum Dots

Whether they use microscopes, genetic methods, or any other technique to observe specific molecules, scientists typically flag every molecule of a certain type, then study these molecules as a group. It's rather like trying to understand a profession—say, teaching, architecture, or medicine—by tagging and observing all the workers in that profession simultaneously. Although these global approaches have taught us a lot, many scientists long to examine individual molecules in real time—the equivalent of following individual teachers as they go about their daily routines.

Now, new techniques are beginning to allow scientists to do just that. One technology, called quantum dots, uses microscopic semiconductor crystals to label specific proteins and genes. The crystals, each far less than a millionth of an inch in diameter, radiate brilliant colors when exposed to ultraviolet light. Dots of slightly different sizes glow in different fluorescent colors—larger dots shine red, while smaller dots shine blue, with a rainbow of colors in between. Researchers can create up to 40,000 different labels by mixing quantum dots of different colors and intensities as an artist would mix paint. In addition to coming in a vast array of colors, the dots also are brighter and more versatile than more traditional fluorescent dyes: They can be used to visualize individual molecules or, like the older labeling techniques, to visualize every molecule of a given type.

Quantum dots promise to advance not only cell biology but also a host of other areas. Someday, the



◀ Dyes called quantum dots can simultaneously reveal the fine details of many cell structures. Here, the nucleus is blue, a specific protein within the nucleus is pink, mitochondria look yellow, microtubules are green, and actin filaments are red. Someday, the technique may be used for speedy disease diagnosis, DNA testing, or analysis of biological samples.

technology may allow doctors to rapidly analyze thousands of genes and proteins from cancer patients and tailor treatments to each person's molecular profile. These bright dots also could help improve the speed, accuracy, and affordability of diagnostic tests for everything from HIV infection to allergies. And, when hitched to medicines, quantum dots might deliver a specific dose of a drug directly to a certain type of cell.

**Computers Clarify Complexity**

Say you're hungry and stranded in a blizzard: If you eat before you seek shelter, you might freeze to death, but if you don't eat first, you might not have the strength to get yourself out of the storm. That's analogous to the decisions cells have to make every day to survive.

For years, scientists have examined cell behaviors—like the response to cold or hunger—one at a time. And even that they did bit by bit, laboriously hammering out the specific roles of certain molecules. This approach made it difficult or impossible to study the relative contributions of—and the interplay between—genes that share responsibility for cell behaviors, such as the 100 or so genes involved in the control of blood pressure.

Now, computers are allowing scientists to examine many factors involved in cellular behaviors and decisions all at the same time. The field of computational biology blossomed with the advent of high-end computers. For example, sequencing the 3.2 billion base pairs of the human genome, which was completed in 2003, depended on computers advanced enough to tackle the challenge. Now, state-of-the-art equipment and a wealth of biological data from genome projects and other technologies are opening up many new research opportunities in computer analysis and modeling. So, much as microscopes and biochemical techniques revolutionized cell biology centuries ago, computers promise to advance the field just as dramatically in this new century.

# Science Schisms

One great thing about science is that you're allowed to argue about your work.

To gain new information, scientists ask a lot of questions. Often, the answers spur more questions. The never-ending circle not only feeds curiosity; it also can lead to important and sometimes unexpected breakthroughs. Sometimes, scientists studying the same topic but using different experimental approaches come up with different conclusions.

Take the Golgi, for example. Think it's non-controversial? The details of how this organelle forms inside your cells have kept two camps of researchers in a lively battle.

On one side of the debate is Graham Warren of Yale University School of Medicine in New Haven, Connecticut, who argues that the Golgi is an architectural structure that cannot be made from scratch. He believes that newly made proteins are packaged in the rough ER and are sent for further processing to a pre-existing structure (the Golgi) that is made up of different compartments. This is called the vesicular shuttle model.

▶ In living cells, material moves both forward (green arrows) and backward (blue arrows) from each tip of the Golgi. For simplicity, we have illustrated forward movement only on the top and backward movement only on the bottom of the Golgi cartoon.



Vesicular Shuttle Model



**Cisternae Maturation Model**



**Got It?**

What are cells, and why is it important to study them?

List five different organelles and describe what they do.

Name three techniques that scientists use to study cells.

What are the differences between prokaryotic and eukaryotic cells?

On the other side is Jennifer Lippincott-Schwartz of the National Institute of Child Health and Human Development (part of the National Institutes of Health) in Bethesda, Maryland. She says that the Golgi makes itself from scratch. According to her theory, packages of processing enzymes and newly made proteins that originate in the ER fuse together to form the Golgi. As the proteins are processed and mature, they create the next Golgi compartment. This is called the cisternae maturation model. You can see animations of the two different models at http://publications.nigms.gov/insidethecell.

Intriguing new data suggest that perhaps neither model is completely correct. This will likely lead to yet another model. You may not see what all the fuss is about, but the differing Golgi theories say very different things about how cells function. Understanding basic cellular processes, such as how the Golgi works, ultimately can have a profound impact on the development of methods to diagnose, treat, and prevent diseases that involve those processes.

**CHAPTER 2**   BY ALISON DAVIS

# Cells 101: Business Basics

Performing as key actors in all living things, cells play an essential set of roles in your body. They roam around in your blood, come together to make organs and tissues, help you adjust to changes in your environment, and do any number of other important jobs. Far from being static structures, cells are constantly working, changing, sending and responding to chemical cues, even correcting their mistakes when possible—all to keep your body healthy and running smoothly.

This frenzied activity takes place with an intricacy and accuracy that nearly defies imagination. In this chapter, we'll focus on several of the basic functions that cells have in common: creating fuel, manufacturing proteins, transporting materials, and disposing of wastes.

## Got Energy?

When you think about food, protein, and energy, what may come to mind is the quick meal you squeeze in before racing off to your next activity. But while you move on, your cells are transforming the food into fuel (ATP in this case) for energy and growth.

As your digestive system works on an apple or a turkey sandwich, it breaks the food down into different parts, including molecules of a sugar called glucose. Through a series of chemical reactions, mitochondria transfer energy in conveniently sized packets from glucose into ATP. All that's left are carbon dioxide and water, which are discarded as wastes.

◀ The largest human cell (by volume) is the egg. Human eggs are 150 micrometers in diameter and you can just barely see one with a naked eye. In comparison, consider the eggs of chickens...or ostriches!

— Human
— Hummingbird
— Chicken
— Ostrich



**Digestion**

**Glucose**



$O_2$

$CO_2$

ATP   $H_2O$

◀ Energy from the food you eat is converted in mitochondria into ATP. Cells use ATP to power their chemical reactions. For example, muscle cells convert ATP energy into physical work, allowing you to lift weights, jog, or simply move your eyeballs from side to side.

This process is extremely efficient. Cells convert nearly 50 percent of the energy stored in glucose into ATP. The remaining energy is released and used to keep our bodies warm. In contrast, a typical car converts no more than 20 percent of its fuel energy into useful work.

Your body uses ATP by breaking it apart. ATP stores energy in its chemical bonds. When one of these bonds is broken, loosing a chemical group called a phosphate, energy is released.

ATP is plentifully produced and used in virtually every type of cell. A typical cell contains about 1 billion molecules of ATP at any given time. In many cells, all of this ATP is used up and replaced every 1 to 2 minutes!

### Priority: Proteins

Along with the fuel you need to keep moving, eating, thinking, and even sleeping, cells make other important products, including proteins. Scientists estimate that each of your cells contains about 10 billion protein molecules of approximately 10,000 different varieties.

The workhorse molecules of your cells, proteins are responsible for a wide range of tasks, including carrying oxygen in your blood (a protein called hemoglobin), digesting your food (enzymes like amylase, pepsin, and lactase), defending your body from invading microorganisms (antibodies), and speeding up chemical reactions inside your body (enzymes again—they're not all for digesting food). Specially designed proteins even give elasticity to your skin (elastin) and strength to your hair and fingernails (keratin).



▲ Because proteins have diverse roles in the body, they come in many shapes and sizes.

IMAGE COURTESY OF DAVID S. GOODSELL

### Code Reading

The first step in building proteins is reading the genetic code contained in your DNA. This process is called **transcription**. Inside the cell nucleus, where your DNA is safely packaged in chromosomes, are miniature protein machines called **RNA polymerases**. Composed of a dozen different small proteins, these molecular machines first pull apart the two strands of stringy DNA, then transcribe the DNA into a closely related molecule called RNA.

Researchers have used a technique called X-ray crystallography to help unravel just how transcription occurs. As one example, Roger Kornberg of the Stanford University School of Medicine in California, used this tool to obtain a detailed, three-dimensional image of RNA polymerase. The image suggests that the RNA polymerase enzyme uses a pair of jaws to grip DNA, a clamp to hold it in place, a pore through which RNA components enter, and grooves for the completed RNA strand to thread out of the enzyme.

Helper molecules may then cut and fuse together pieces of RNA and make a few chemical modifications to yield the finished products—correctly sized and processed strands of messenger

Protein production starts in the cell's command center, the nucleus. Your genes, which are made of DNA, contain the instructions for making proteins in your body, although many other factors—such as your diet, activity level, and environment—also can affect when and how your body will use these genes.

▸ The units that make up DNA and RNA differ only slightly.



DNA Subunit    RNA Subunit



▲ The structure of RNA polymerase suggests, at the molecular level, how it reads DNA (blue and green) and makes a complementary strand of RNA (red, with the next building block in orange).

IMAGE COURTESY OF ROGER KORNBERG

RNA (mRNA). Completed mRNA molecules carry genetic messages to the cytoplasm, where they are used as instructions to make proteins.

Specialized proteins and small RNA molecules escort the mRNA out of the nucleus through pores in the nuclear envelope. A sequence of chemical reactions that burn ATP drives this export process.

### Translation, Please

Once in the cell's cytoplasm, each mRNA molecule serves as a template to make a single type of protein. A single mRNA message can be used over and over again to create thousands of identical proteins.

This process, called **translation**, is carried out by ribosomes, which move along the mRNA and follow its instructions. The mRNA instructions are a string of units that, in groups of three, code for specific protein building blocks called **amino acids**. Ribosomes read the mRNA units in sequence and string together the corresponding amino acids in the proper order.

Where do ribosomes get the amino acids? From matchmaker molecules called transfer RNAs (tRNAs) that bring amino acids from the cytosol to the

---

### RNA's Many Talents

RNA—it's not just for making proteins anymore. In the last few years, scientists have unearthed several previously unknown functions for the molecule that was regarded mostly as the molecular go-between in the synthesis of proteins from genes. It's not that RNA suddenly has developed any new talents. All of these tasks probably have been going on for millions of years, but researchers are just now discovering them.

In particular, certain types of small RNAs seem to be critical for carrying out important work inside cells. In addition to helping make proteins, small RNA molecules help cells grow and divide, guide developing organ and tissue formation, edit the "spellings" of genes, and control gene activity. This last ability, more generally referred to as gene expression, is key to how cells mature into so many different cell types throughout the body.

One of the most intriguing discoveries is RNA interference (**RNAi**), a mechanism that organisms use to silence genes when their protein products are no longer needed. The silencing happens when short RNA molecules bind to stretches of mRNA, preventing translation of the mRNA (see main text).

Scientists have found RNAi at work in almost every living thing examined, from worms to people. Researchers are learning that RNAi gone wrong may even contribute to certain diseases. Using experimental fruit flies, Gregory Hannon of Cold Spring Harbor Laboratory on Long Island, New York, has uncovered a link between RNAi and a disorder called Fragile X syndrome, which is one of the most common inherited forms of mental retardation.

Researchers also believe RNAi holds promise for future molecule-based therapies. For example, in lab tests, scientists have recently succeeded in killing HIV, the virus that causes AIDS, by wielding an RNAi-based molecular weapon. If the technique works equally well in people, it could lead to an entirely new class of anti-AIDS drugs.



▲ Scientists first discovered RNA interference while puzzling over an unexpected color in petunia petals. Now they know that this process, which may eventually be used to help treat certain diseases, occurs in almost all living organisms.



▲ Ribosomes manufacture proteins based on mRNA instructions. Each ribosome reads mRNA, recruits tRNA molecules to fetch amino acids, and assembles the amino acids in the proper order.

ribosome. One end of the L-shaped tRNA matches up with a three-unit mRNA sequence while the other end carries the appropriate amino acid. One at a time, the tRNAs clip onto the mRNA in a cavern deep within the ribosome, allowing the ribosome to stitch together the amino acids in the right order. A finished amino acid chain can range in length from a few dozen to several thousand amino acids. Some proteins are made up of only one amino acid chain. Others, especially large proteins, contain two or more chains.

Translation consumes lots of energy, but it happens very fast. In bacteria, for example, ribosomes can stitch together 20 amino acids in 1 second.

Some three-unit sequences in the mRNA message can immediately halt protein production. Reading one of these mRNA stop signs indicates to the ribosome that the new protein has all the amino acids it needs, and translation ends.

At this point, most proteins made by free-floating ribosomes are essentially complete. They will remain in the cytosol, where they conduct business—such as passing chemical messages in the cell.

### A Sweet Finish

The story is different for proteins made by ribosomes on the rough ER. Inside the rough ER, enzymes add specialized chains of sugar molecules (**carbohydrates**) to proteins in a process called **glycosylation**. Next, the proteins traverse the Golgi, where the sugar groups may be trimmed or modified in other ways to create



### Protein Origami

Proteins come in virtually every imaginable shape, each containing a sophisticated array of bends and folds that allow them to do their jobs. Further proving that a protein's proper three-dimensional shape is critical to its function, scientists have linked misfolded proteins to several diseases, including Alzheimer's, Huntington's, Parkinson's, amyotrophic lateral sclerosis (Lou Gehrig's disease), and cystic fibrosis.

But proteins don't always accomplish their acrobatic folding feats by themselves. Other molecules often help them along. These molecules, which are also proteins, are aptly named chaperones. Like their human namesakes, chaperone proteins work around the clock to prevent inappropriate interactions (molecular ones, in this case) and to foster appropriate bonding.

the final protein. Unlike genes and proteins, carbohydrates are not based on a genetic template. As a result, they are more difficult to study because researchers cannot easily determine the sequence or arrangement of their components. Scientists are only just beginning to learn about the critical roles carbohydrates play in many life processes.

For example, without the carbohydrates on its outer surface, a fertilized egg would never implant into a woman's uterus, meaning it would never develop into a baby. Also, without sticky sugar molecules to slow down your immune cells, they would fly right by the cut on your hand without stopping to help fight infection. Sugars attached to lipids on the surface of red blood cells define a person's blood type (A, B, AB, or O). Carbohydrates even help proteins fold up into their proper shape and dictate where proteins go and which other molecules they can interact with.

In extremely rare cases, children are born without the ability to properly glycosylate their proteins, a disorder called carbohydrate deficiency glycoprotein syndrome. As you might imagine, this disease affects virtually every part of the body, causing symptoms like mental retardation, neurological defects, and digestive problems.

Glycosylation, then, does more than just add a sugar coating. It's an essential process that gets proteins ready for action.

▲ About half of all human proteins include chains of sugar molecules that are critical for the proteins to function properly.

Chaperones are so important in protein folding that some researchers believe that supplying them to cells may someday help treat devastating health problems caused by misfolded proteins.

Of course, it would help if scientists also could understand just how protein folding takes place. But it can happen so fast—small proteins can fold in a few millionths of a second—that researchers have had a difficult time understanding the process in detail.

Enter Stanford University scientist Vijay Pande, who decided to couple the power of computers with the help of the public. Computers are adept at simulating biological processes, but it would take a single personal computer a century to simulate the entire folding pathway of a single protein. Pande initiated a project called Folding@Home, a so-called distributed computing project in which anyone who wants to can download a screensaver that performs protein-folding calculations when a computer is not in use. Folding@Home is modeled on a similar project called SETI@Home, which is used to search for extraterrestrial intelligence.

Pande recruited tens of thousands of personal-computer owners who have Internet connectivity. Each idle computer was assigned a different job to help simulate the folding process of a test protein at several different temperatures. With so many computers employed, the simulation was complete in a matter of days. The scientists used data gathered from the screensavers to come up with a folding-time prediction, which was confirmed by lab tests to be correct. You can learn more about this project at http://folding.stanford.edu.

**Cellular Rush Hour**

To reach its destination, a newly created protein must toil through the cytosol, moving past obstacles, such as organelles, cytoskeletal fibers, and countless molecules. Luckily, the cell has well-organized systems to shepherd proteins to the places where they are needed.

**Vesicle Taxis**

Perhaps the most challenging obstacle is membranes. It's essentially an oil-and-water problem. The cell's cytosol, the insides of organelles, and many proteins are water-soluble, but the insides of membranes are fat-soluble (oily). As you know, oil and water don't mix. So how do water-loving proteins headed for lysosomes, the ER, or the Golgi cross the fatty membranes surrounding those organelles to get inside them? The cell chauffeurs them around in **vesicles**, membrane bubbles that essentially solve the problem by eliminating it. Proteins carried in these protective bubbles never really have to "cross" any membranes.

Take, for example, the journey of proteins from the ER to the Golgi. A small portion of the ER membrane pinches off, enveloping exiting proteins in a vesicle that has a special molecular

### Vesicle Research Venerated



The discovery of specialized vesicles called secretory vesicles earned two cell biologists a prestigious prize, the 2002 Albert Lasker Award for Basic Medical Research, an award often known as "America's Nobel Prize." James Rothman of Memorial Sloan-Kettering Cancer Center in New York City, and Randy Schekman of the University of California, Berkeley, shared the prize for figuring out that cells use secretory vesicles to organize their activities and communicate with their environment.

◀ A technique devised by basic researchers to study cell secretion is now used to produce many medications.

How these two scientists made their discovery is an interesting story itself. Despite skepticism from their peers, Rothman and Schekman pursued an unproven research method: using genetically altered yeast cells to study cell secretion. Working independently, the two discovered, in great detail, how cells use vesicles to direct proteins and other molecules to their proper destinations.

The fundamental research of Rothman and Schekman taught scientists that vesicles are vital to the livelihood of cells. Vesicle transport underlies countless processes, such as the secretion of insulin to control blood sugar, nerve cell communication, and the proper development of organs. The work also helped scientists learn to use yeast cells as protein factories. As a result, genetically altered yeast cells now pump out many important products, including approximately one-quarter of the world's insulin supply and a key ingredient in hepatitis B vaccines.



coat. This vesicle then travels to the Golgi. Strategically located docking sites on the Golgi permit vesicles to latch onto and fuse with its outer membrane to release their contents inside. The same process takes proteins in vesicles from the Golgi to lysosomes or to the cell's surface.

Cells also use vesicles to carry nutrients and other materials into the cell in a process called **endocytosis**. White blood cells use endocytosis to fight infection. They swallow bacteria whole, engulfing them in large vesicles. The vesicles then fuse with lysosomes, which break down the bacteria into molecular bits and pieces the cell can use.

Endocytosis occurs continuously, and cells essentially eat their entire skin every 30 minutes. So why don't cells continually shrink? Because there is a mirror-image process, called **exocytosis**, that counterbalances endocytosis. Cells use this process to dump wastes out of the cell and to replace membrane lost at the cell surface through endocytosis.