### Molecular Motors

Vesicles don't just wander around aimlessly. Like many other materials inside the cell, including some organelles, they often are carried by small molecular motors along tracks formed by the cytoskeleton. Your body uses motors to get all sorts of things done—copying DNA (and fixing it when a "typo" slips in), making ATP and proteins, and putting molecules in the correct places during development to make sure the body is assembled correctly.

In recent years, scientists have discovered that the workings of every motor they examined hinge on the same two ingredients: an energy source (usually ATP) and chemical reactions. Ronald Vale of the University of California, San Francisco, has found that molecular motors function sort of like a falling row of dominoes. Chemical reactions driven by ATP cause small shape changes in parts of the motor proteins, which then alter the shape of other parts of the proteins, eventually causing a forward (or sometimes backward) movement of the motor along its track.

### Tiny Tunnels

While vesicles are ideal for handling large molecules and bulky material, cells have a different way to transport smaller molecules, like water and charged particles (ions), across membranes. These molecules travel through hollow or gated proteins that form channels through membranes.



Lipid Raft
Glycosphingolipids
Cholesterol



The body uses a variety of ion channels to transport small molecules across cell membranes.

**Channel proteins** are just one family of proteins that function within the cell's surface membrane. They transport ions like sodium and potassium that are critical to many biological processes, such as the beating of the heart, nerve impulses, digestion, and insulin release. Unfortunately, channel proteins are tough to study because they cannot easily be isolated from the membrane in either their natural or active states.

Yet with new and improved laboratory techniques and good old-fashioned tenacity, researchers are learning fascinating new things about membrane proteins. One example is work by Roderick MacKinnon of Rockefeller University in New York City, that showed what potassium channel proteins look like at the atomic level. This revealed how these channels precisely control which ions they transmit, why they sometimes conduct ions only in one direction, and how they open and close under different conditions. Just 5 years later, in 2003, MacKinnon received science's highest honor, the Nobel Prize.

## Mystery Membrane Rafts

Cellular membranes are sort of like a layer of half-gelled Jell-O® studded with fruit. The Jell-O® portion is made up of lipids, and the pieces of fruit are proteins that float around within it. Of course, cell membranes are much more complex than that. Depending on which organelle a membrane encases and where in the body it is located, its proteins (and to a lesser extent, its lipids) can vary widely in type and amount. This allows different processes to be performed in each membrane.

Until recently, scientists thought that individual lipids and proteins floated around independently. New data indicate that certain proteins tend to group together, as if, in the Jell-O® analogy, all the peaches and pears clustered together while the pineapple floated around by itself.

Researchers have learned much of what they know about membranes by constructing artificial membranes in the laboratory. In artificial membranes, different lipids separate from each other based on their physical properties, forming small islands called lipid rafts. These rafts have a higher concentration of certain specialized lipids, called glycosphingolipids, and cholesterol than do non-raft parts of the membrane. Rafts also are distinguished by a different assortment of proteins. Certain types of proteins cluster together in rafts, while others remain mostly outside of rafts. The big question is, to what extent do these rafts, seen readily in artificial membranes, actually exist in living cells?

Using advanced laboratory methods and imaging techniques, some researchers found evidence that rafts, indeed, do form in living cellular membranes, but these rafts may be small and transitory. Although the existence of lipid rafts in cellular membranes remains controversial, many scientists believe they serve as communication hubs by recruiting proteins that need to come together in order to transmit a signal. Researchers are beginning to link lipid rafts with a variety of diseases, including AIDS, Alzheimer's, anthrax, and atherosclerosis. —*A.Z.M.*

# The Mark of Death

As cells acquire and make the things they need, including nutrients, RNA, proteins, and energy, it's clear that something's got to give when it comes to space management.

One way cells clear out waste is by attaching a "death tag" to proteins they no longer need. Recognizing this tag, called **ubiquitin**, a cellular disposal machine called the **proteasome** begins digesting the proteins.

Researchers have known about the existence of ubiquitin for a long time. However, in recent years, they have come to appreciate the fact that cells use ubiquitin-targeted destruction for much more than simply getting rid of debris. As it turns out, cells fine-tune many critical processes by using ubiquitin and the proteasome disposal system.

One example is the **cell cycle**, the recurring sequence of phases the cell goes through that culminates in cell division. Specific enzymes control the cell's entry into each phase of the cell cycle. After a phase is complete, its associated enzymes are tagged with ubiquitin and chewed up by the proteasome. Once that happens, the cell knows to move on to the next phase of the cycle. (For more information about the cell cycle, see *The Cycling Cell* in Chapter 4.)

Researchers also are discovering that ubiquitin appears to participate in numerous other cell processes, including protein traffic control, DNA



▲ Basic research on the proteasome led to the discovery of a drug to treat multiple myeloma, a deadly form of blood cancer that originates in bone marrow.

repair, organelle synthesis, cellular responses to stress, regulation of the immune system, and long-term memory. Originally, ubiquitin was so named because it is found in all higher organisms, making it ubiquitous, or everywhere. As scientists continue to learn of its myriad roles in cells, ubiquitin's name is taking on a new shade of meaning.

The significance of ubiquitin and the proteasome was recognized with the 2004 Nobel Prize in chemistry. Three researchers, Irwin Rose of the University of California, Irvine; and Aaron

Ciechanover and Avram Hershko of Technion-Israel Institute of Technology in Haifa, shared the award for discovering ubiquitin-mediated protein degradation. In announcing the prize, the Royal Swedish Academy of Sciences pointed out that cervical cancer and cystic fibrosis are two examples of diseases caused by faulty protein degradation. Deeper knowledge of ubiquitin-mediated protein degradation may advance the development of drugs against these diseases and others.

Basic research on the proteasome already has led to an important new anticancer drug. Scientists led by Alfred Goldberg of Harvard Medical School in Boston, Massachusetts, discovered the proteasome in the 1970s as they tried to figure out how and why the body sometimes destroys its own proteins. They created compounds to clog proteasomes, thinking that these substances might curb the excessive protein breakdown and subsequent muscle wasting associated with diseases like kidney and liver failure, AIDS, and cancer. To their surprise, they noticed that one of their substances had anticancer properties. This substance, later dubbed Velcade®, was approved by the U.S. Food and Drug Administration in 2003 and is used to treat multiple myeloma, the second most common blood cancer.



### Got It?

What is cellular fuel called?

What is the name of the cell's transcription machine?

Describe the process of translating messenger RNA into a protein.

What is glycosylation, and why is it important?

What do cells use vesicles for?

List three functions of ubiquitin.

**CHAPTER 3** BY ALISON DAVIS

# On the Job: Cellular Specialties

Liver cells look almost nothing like nerve cells. Muscle cells bear little physical resemblance to white blood cells. Yet every cell (with just a few exceptions) is encased in a membrane, contains a nucleus full of genes, and has ribosomes, mitochondria, ER, and Golgi. How can cells be so similar, yet so different?

Despite decades of hard work, cell biologists still don't fully understand how developing cells turn into all the different types in your body. But, they do know that this process, called **differentiation**, is governed by genes. Your body "tunes" the genes of each cell type differently. Depending on where in the body it is located, a given gene can be turned off, weakly on, or strongly on. For example, the gene for globin, which composes hemoglobin, is strongly on in cells that will mature into red blood cells and off in every other cell type.

Cells control the tuning, or expression, of genes by keeping a tight rein on RNA polymerase. For genes that are strongly on, cells use special molecular tags to lure in RNA polymerase and to ensure that the machine works overtime transcribing those genes. For genes that are off, cells use different tags to repel RNA polymerase.

Nerve Cell



▶ Each cell is genetically customized to do its unique job in the body. Red blood cells are shaped like lozenges so they can float easily through the bloodstream. Nerve cells have long, invisibly thin fibers that carry electrical impulses throughout the body. Some of these fibers extend about 3 feet—from the spinal cord to the toes! Also shown here, sized proportionately, are a human egg cell, sperm cell, and cone cell of the eye (which allows you to see in color).

## Fit for the Job

The tuning of a cell's genes determines which products it can make. Liver cells make loads of enzymes to break down drugs and toxins. Certain immune cells produce antibodies to help fight infections. Cells in a variety of organs—including the pancreas, brain, ovary, and testes—whip up hormones that are secreted into the bloodstream. Many of these substances are produced throughout life in response to the body's need for them. Others are made only at specific times, like the milk proteins produced in a woman's breasts after she gives birth.

The pattern of gene expression also determines a cell's shape, allowing it to perform its job. For example, cells lining your small intestine express genes needed to form hundreds of miniature extensions (microvilli) used to absorb nutrients. Each sperm cell turns on genes needed to develop its wagging flagellum. Rod and cone cells in your eye express genes needed to form their characteristic shapes (cylindrical and cone-shaped respectively).

The body even alters the balance of organelles in different tissues. Take your heart, for example. This incredibly durable machine is designed to produce the extraordinary amount of ATP energy required for nonstop pumping—it pumps 100,000 times a day, every day, for your whole life. To do this, it is made up of specialized muscle cells jam-packed with mitochondria. A human heart cell contains several thousand mitochondria—around 25 percent of the cell's volume. Cells that don't need much energy, like skin cells, contain only a few hundred mitochondria.



Sperm

Muscle Fiber

Cone Cell

Embryonic Stem Cells

Hair Cell

Nerve Cell

### All-In-One Stem Cells

There is only one type of cell that is completely generic—its gene expression is tuned so broadly that it has unlimited career potential to become any kind of cell in the body. These undifferentiated cells cease to exist a few days after conception. They are **embryonic stem cells**.

Each of us was once a hollow ball of 100 or so identical embryonic stem cells. Then, as dozens of hormones, sugars, growth-promoting substances, and other unknown

## Tissues From Scratch

Within cells, much of the action takes place in organelles. Similarly, but on a larger scale, most bodily functions occur in compartments—our organs and tissues. Each compartment contains a number of different cell types that work together to accomplish a unique function.

Despite years of effort, scientists have had a frustrating time making tissues and organs in the lab from scratch. Researchers desperately want to succeed in this endeavor to develop more natural replacements for body parts that are destroyed or damaged by disease or injury. Lab-made tissues also might be useful as research tools and in developing and testing new medicines.

So, how do scientists make a tissue? Many are going about it by thinking like engineers. Just as a civil engineer designs and builds a bridge, bioengineers figure out how to combine biological molecules into three-dimensional structures. After all, that's what a tissue is: a sophisticated "apartment building" of cells joined together, nourished by fluid byways, and wired with nerves.

As you already know, the cytoskeleton serves as internal scaffolding to give cells their shape and to provide railways for molecules and organelles. Cells also have building materials on their outsides, coatings of special proteins that make up what's called the **extracellular matrix**. The molecular arrangement of the extracellular matrix is extremely complex, and scientists are still struggling to understand exactly how it is put together and how it works. They do know, however, that the matrix not only helps cells stick together, but also contributes to the overall texture and physical properties of tissues. It is firm in bones to give rigidity and elastic in ligaments so you can move your joints.

Mechanical engineer Andrés García of the Georgia Institute of Technology in Atlanta, is working toward building new tissues by measuring the forces that cells use to stick to the extracellular matrix. García does this by growing living cells in arrays of tiny wells coated with extracellular matrix components. He then spins the arrays at a high speed to see how many cells fly off. This shows

chemical cues washed over us, we began to change. Certain cells grew long and thin, forming nerve cells. Others flattened into skin cells. Still others balled up into blood cells or bunched together to create internal organs.

Now, long after our embryonic stem cells have differentiated, we all still harbor other types of multitalented cells, called **adult stem cells**. These cells are found throughout the body, including in bone marrow, brain, muscle, skin, and liver. They are a source of new cells that replace tissue damaged by disease, injury, or age. Researchers believe that adult stem cells lie dormant and largely undifferentiated until the body sends signals that they are needed. Then selected cells morph into just the type of cells required. Pretty cool, huh?

Like embryonic stem cells, adult stem cells have the capacity to make identical copies of themselves, a property known as self-renewal. But they differ from embryonic stem cells in a few important ways. For one, adult stem cells are quite rare. For example, only 1 in 10,000 to 15,000 cells in bone marrow is capable of

him how much force is required to dislodge cells from the extracellular matrix—in other words, how tightly the cells are stuck to the matrix. García also studies how cells change when they are grown on different surfaces. Based on his findings, he is tailoring artificial surfaces to be ideal materials on which to grow tissues.

The work of García and other researchers studying the extracellular matrix may have important and unforeseen applications, as the extracellular matrix influences almost every aspect of a cell's life, including its development, function, shape, and survival.

▶ Your cells function within organs and tissues, such as the lungs, heart, intestines, and kidney. Scientists seek to create artificial tissues to use for research and, in the future, for transplantation.



becoming a new blood cell. In addition, adult stem cells appear to be slightly more "educated" than their embryonic predecessors, and as such, they do not appear to be quite as flexible in their fate. However, adult stem cells already play a key role in therapies for certain cancers of the blood, such as lymphoma and leukemia. Doctors can isolate from a patient's blood the stem cells that will mature into immune cells and can grow these to maturity in a laboratory. After the patient undergoes high-dose chemotherapy, doctors can transplant the new infection-fighting white blood cells back into the patient, helping to replace those wiped out by the treatment.

Although researchers have been studying stem cells from mouse embryos for more than 20 years, only recently have they been able to isolate stem cells from human embryos and grow them in a laboratory. In 1998, James A. Thomson of the University of Wisconsin, Madison, became the first scientist to do this. He is now at the forefront of stem cell research, searching for answers to the most basic questions about what makes these remarkable cells so versatile. Although scientists envision many possible future uses of stem cells for treating Parkinson's disease, heart disease, and many other disorders affected by damaged or dying cells, Thomson predicts that the earliest fruits of stem cell research will be the development of powerful **model systems** for finding and testing new medicines, as well as for unlocking the deepest secrets of what keeps us healthy and makes us sick.

## Growing It Back

▲ If scientists could figure out how salamanders regrow their legs and tails, they might be a step closer to helping people who have lost limbs.

If a salamander or newt loses a limb, the creature can simply grow a new one. The process is complicated—cells must multiply, morph into all the different cell types present in a mature limb (such as skin, muscle, bone, blood vessel, and nerve), and migrate to the right location. Scientists know that special growth factors and hormones are involved, but no one knows exactly how regeneration happens. Some believe that understanding how amphibians regenerate their tissues might one day enable doctors to restore human limbs that have been amputated or seriously injured.

It may seem a distant goal, but researchers like Alejandro Sánchez Alvarado are fascinated with this challenge. Several years ago, Sánchez Alvarado, a biologist at the University of Utah School of Medicine in Salt Lake City, set out to

## You've Got Nerve(s)!

What happens when you walk barefoot from the swimming pool onto a section of sun-baked pavement? Ouch! The soles of your feet burn, and you might start to hop up and down and then quickly scamper away to a cooler, shaded spot of ground. What happened?

Thank specialized cells again. Networks of connected cells called **neurons** make up your body's electrical, or nervous, system. This system works to communicate messages, such as, "Quick, move off the hot pavement!" Cells of the nervous system (specifically neurons) possess special features and a unique shape, both of which suit them for their job in communication. Or, as scientists like to put it, structure determines function.

Neurons have long, spindly extensions called axons that carry electrical and chemical messages.



▲ A scanning electron microscope picture of a nerve ending. It has been broken open to reveal vesicles (orange and blue) containing chemicals used to pass messages in the nervous system.

find a way to help solve the regeneration mystery. After reading scientific texts about this centuries-old biological riddle, Sánchez Alvarado chose to study the problem using a type of flatworm called a planarian. This animal, the size of toenail clippings, is truly amazing. You can slice off a piece only 1/300th the size of the original animal, and it will grow into a whole new worm.

To understand the molecular signals that can make this feat possible, Sánchez Alvarado is reading the worm's genetic code. So far, he and his coworkers have used DNA sequencing machines and computers to read the spellings of over 4,000 of the worm's genes.

To focus in on the genes that enable planarians to regenerate, Sánchez Alvarado and his coworkers are using RNA interference (RNAi). As we discussed in the previous chapter (*RNA's Many Talents* section), RNAi is a natural process that organisms use to silence certain genes. Sánchez Alvarado's group harnesses RNAi to intentionally interfere with the function of selected genes. The researchers hope that by shutting down genes in a systematic way, they'll be able to identify which genes are responsible for regeneration.

The researchers are hoping that their work in planarians will provide genetic clues to help explain how amphibians regenerate limbs after an injury. Finding the crucial genes and understanding how they allow regeneration in planarians and amphibians could take us closer to potentially promoting regeneration in humans.

These messages convey information to your brain—"The ground is burning hot!"—and responses back from the brain—"Pick up your foot!"

To transmit these messages, charged particles (primarily sodium ions) jet across a nerve cell membrane, creating an electrical impulse that speeds down the axon. When the electrical impulse reaches the end of the axon, it triggers the neuron to release a chemical messenger (called a **neurotransmitter**) that passes the signal to a neighboring nerve cell. This continues until the message reaches its destination, usually in the brain, spinal cord, or muscle.

Most neurons can convey messages very fast because they are electrically insulated with a fatty covering called **myelin**. Myelin is formed by Schwann cells—one of the many types of **glial cells** that supply support and nutrition to nerve cells.

Nerves coated with myelin transmit messages at a speed of about 250 miles per hour, plenty of time for the message to get to your brain to warn you to lift your foot before it burns.

One reason young children are at a higher risk for burning themselves is because the neurons in children's bodies do not become fully coated with myelin until they are about 10 years old. That

### Hitching a Ride



▲ Squid nerve cells often are used in research because they are large and easy to work with. About the size of small, straightened-out paperclips, squid nerve cells are a thousand times fatter than human nerve cells.

Although many of our nerve cells are designed to convey electrical messages to and from our brains, they also can be co-opted for more nefarious purposes. For example, the herpes virus enters through the mucous lining of the lip, eye, or nose, then hitches a ride in a nerve cell to the brain. There, the virus copies itself and takes up long-term residence, often undetected for years.

Researchers had thought that herpes made its way toward the brain by successively infecting other nerve cells along the way. However, Elaine Bearer of Brown University in Providence, Rhode Island, recently learned something different. Bearer recreated the virus transport process in nerve axons from squid found off the coast of Massachusetts. While human nerve cells are difficult to grow in the lab and their axons are too small to inject with test transport proteins, squid axons are long and fat.

Bearer and her coworkers at the Marine Biological Laboratory in Woods Hole, Massachusetts, injected the huge squid axons with a modified form of the human herpes virus. The researchers were amazed to measure its travel speed at 2.2 micrometers per second. This speed can only be achieved, Bearer concluded, by a virus particle powered by a protein motor whipping down a cytoskeletal track. Apparently, the virus exploits the cytoskeleton and molecular motors in our nerve cells for its own use.

Oocyte

Nurse Cells

▸ Studies of fruit fly oocytes, which are each served by 15 nurse cells, are shedding light on how human eggs mature.

IMAGE COURTESY OF LYNN COOLEY

means it takes dangerously long for a message like, "The stove is hot!" to reach young children's brains to tell them to pull their hands away.

Myelin formation (and consequently the conduction of nervous system messages) can be disrupted by certain diseases, such as multiple sclerosis. Symptoms such as numbness, double vision, and muscle paralysis all result from faulty nerve conduction that ultimately impairs muscle cell function.

## Nursing Baby Eggs

As we saw from examining the dependent relationship between nerve and glial cells, bodily tissues often contain different cell types in close association. Another example of such pairing is between **oocytes** (immature eggs) and nurse cells.

A distinguishing feature of being female is the ability to form eggs. Halfway through pregnancy, a baby girl growing inside her mother's uterus already contains an astonishing 6 to 7 million oocytes. By birth, however, 80 percent of these oocytes have died off naturally. By the time the girl reaches puberty, only a few hundred thousand are left, and over her lifetime, fewer than 1 percent of these oocytes will travel through her Fallopian tubes in a hormone-triggered process called ovulation. If an oocyte is then fertilized by a sperm cell, it becomes a **zygote**, the first cell of a new baby.

For the most part, scientists are baffled by how the body determines which oocytes make it to maturity and which don't. Researchers do know that one key to surviving and becoming a mature oocyte is getting the right molecular signal from your cellular neighbors. Lynn Cooley of Yale University is studying how the cytoskeleton in certain ovarian cells orchestrates this. To do so, she is using fruit flies, since, believe it or not, fly oocytes develop in much the same way as human oocytes.

A growing oocyte is surrounded and protected by several nurse cells, which deliver RNA, organelles, and other substances to their oocyte. To deliver these important materials, the nurse cells actually donate their own cytoplasm to oocytes. The cytoskeleton enables the giving of this gift. As Cooley's studies show, molecular signals prod the cytoskeleton to form specialized structures called ring canals that serve as nozzles to connect oocytes directly to their nurse cells. In a final act of self-sacrifice, the nurse cells contract their cytoskeletons to squeeze their cytoplasm into the oocyte, then die. Cooley's research in this area should help scientists better understand some of the mysteries of how oocytes mature—knowledge that may unravel fertility problems and the root causes of some birth defects.

40 National Institute of General Medical Sciences





Nerve Cells

### The Science of Senses

What about your ears, your nose, and your tongue? Each of these sensory organs has cells equipped for detecting signals from the environment, such as sound waves, odors, and tastes. You can hear the phone ring because sound waves vibrate hairlike projections (called stereocilia) that extend from cells in your inner ear. This sends a message to your



Odor Molecule
Receptor
Cell Membrane
G Protein
Cytoplasm

Cascade of Chemical Reactions

## Cell Connections

The human body operates by many of the same molecular mechanisms as a mouse, a frog, or a worm. For example, human and mouse genes are about 86 percent identical. That may be humbling to us, but researchers are thrilled about the similarities because it means they can use these simpler creatures as experimental, "model" organisms to help them understand human health. Often, scientists choose model organisms that will make their experiments easier or more revealing. Some of the most popular model organisms in biology include bacteria, yeast cells, roundworms, fruit flies, frogs, rats, and mice.

Barry Gumbiner of the University of Virginia in Charlottesville, performs experiments with frogs to help clarify how body tissues form during development. Gumbiner studies proteins called cadherins that help cells stick together (adhere) and a protein (beta-catenin) that works alongside cadherins.

Scientists know that beta-catenin is critical for establishing the physical structure of a tadpole as it matures from a spherical fertilized egg. Specifically, beta-catenin helps cadherin proteins act as molecular tethers to grip onto cell partners. This function is critical because cell movement

brain that says, "The phone is ringing." Researchers have discovered that what's sending that signal is a channel protein jutting through a cell membrane, through which charged particles (primarily potassium ions) pass, triggering the release of neurotransmitters. The message is then communicated through the nervous system.

Similarly, for you to see and smell the world around you and taste its variety of flavors, your body must convey molecular signals from the environment into your sensory cells. Highly specialized molecules called **G proteins** are key players in this transmission process.

Imagine yourself walking down a sidewalk and catching the whiff of something delicious. When odor molecules hit the inside of your nose, they are received by receptor molecules on the surfaces of nerve cells. The odor message fits into a specially shaped site on the receptors, nudging the receptors to interact with G proteins on the inner surface of the nerve cell membrane. The G proteins then change their own shape and split in two, which sets off a cascade of chemical reactions inside the cell. This results in an electrical message that travels from your nose to your brain, and evokes your response—"Yummm…fresh baked bread," in this case.

Figuring out the molecular details of this process led to the 2004 Nobel Prize in physiology or medicine for two researchers, Richard Axel of Columbia University in New York, and Linda B. Buck of the University of Washington and Fred Hutchinson Cancer Research Center in Seattle.



and adhesion must be carefully choreographed and controlled for the organism to achieve a proper three-dimensional form.

While cell adhesion is a fundamental aspect of development, the process also can be a double-edged sword. Cell attraction is critical for forming tissues in developing humans and frogs, but improper contacts can lead to disaster.

### Cells on the Move

Although many types of cells move in some way, the most well-traveled ones are blood cells. Every drop of blood contains millions of cells—red blood cells, which carry oxygen to your tissues; platelets, which are cell fragments that control clotting; and a variety of different types of white blood cells. Red blood cells, which get their deep color from rich stores of iron-containing hemoglobin protein, are carried along passively by—and normally retained within—the bloodstream. In contrast, other blood cells can move quickly out of the bloodstream when they're needed to help heal an injury or fight an infection.

### Infection Protectors

White blood cells serve many functions, but their primary job is protecting the body from infection. Therefore, they need to move quickly to an injury or infection site. These soldiers of the immune system fight infection in many ways: producing antibodies, engulfing bacteria, or waging chemical warfare on invaders. In fact, feeling sick is often the result of chemicals spilt by white blood cells as they are defending you. Likewise, the pain of inflammation, like that caused by sunburn or a sprained ankle, is a consequence of white cells moving into injured tissue.

How do white blood cells rush to heal a wound? Remarkably, they use the same basic process that primitive organisms, such as ameobae, use to move around.

▲ White blood cells protect us from viruses, bacteria, and other invaders.

IMAGE COURTESY OF JIM EHRMAN, DIGITAL MICROSCOPY FACILITY, MOUNT ALLISON UNIVERSITY

### Shape-Shifting Amoebae

In a remarkable example of cell movement, single-celled organisms called amoebae inch toward a food source in a process called **chemotaxis**. Because they live, eat, and die so fast, amoebae are excellent model systems for studying cell movement. They are eukaryotic cells like the ones in your body, and they use many of the same message systems your own cells use.

Peter Devreotes of Johns Hopkins University School of Medicine in Baltimore, Maryland, studies the molecular triggers for chemotaxis using bacteria-eating amoebae named *Dictyostelia* that undergo dramatic changes over the course of their short lifespans.

Individual *Dictyostelia* gorge themselves on bacteria, and then, when the food is all eaten up, an amazing thing happens. Tens of thousands of them come together to build a tower called a fruiting body, which looks sort of like a bean sprout stuck in a small mound of clay.

Devreotes and other biologists have learned that *Dictyostelia* and white blood cells move by first stretching out a piece of themselves, sort of like a little foot. This "pseudopod" then senses its environment for the highest concentration of a local chemical attractant—for the amoebae, this is often food, and for the white blood cell, it is the scent of an invader. The pseudopod, followed by the entire cell, moves toward the attractant by alternately sticking and unsticking to the surface along which it moves. The whole process, Devreotes