# EXHIBIT 12

# Amino acid

From Wikipedia, the free encyclopedia

In chemistry, an **amino acid** is a molecule that contains both amine and carboxyl functional groups. In biochemistry, this term refers to alpha-amino acids with the general formula $NH_2CHRCOOH$.[1] These are molecules where the amino and carboxylate groups are attached to the same carbon, which is called the α–carbon. The various alpha amino acids differ in which side chain (R group) is attached to their alpha carbon. This can vary in size from just a hydrogen atom in glycine, through a methyl group in alanine, to a large heterocyclic group in tryptophan.



Phenylalanine is one of the standard amino acids.

Alpha-amino acids are the building blocks of proteins. Proteins form via the condensation of amino acids to form a chain of amino acid "residues" linked by peptide bonds. Each different protein has a unique sequence of amino acid residues; this sequence is the primary structure of the protein. Just as the letters of the alphabet can be combined to form an almost endless variety of words, amino acids can be linked in varying sequences to form a huge variety of proteins.

There are twenty standard amino acids used by cells in protein biosynthesis, and these are specified by the general genetic code. These twenty amino acids are biosynthesized from other molecules, but organisms differ in which ones they can synthesize and which ones must be provided in their diet. The ones that cannot be synthesized by an organism are called essential amino acids.

## Contents

- 1 Overview
    - 1.1 Functions in proteins
    - 1.2 Non-protein functions
- 2 General structure
    - 2.1 Isomerism
- 3 Reactions
    - 3.1 Peptide bond formation
    - 3.2 Zwitterions
- 4 Hydrophilic and hydrophobic amino acids
- 5 Table of standard amino acid abbreviations and side chain properties
- 6 Nonstandard amino acids
- 7 Uses in technology
- 8 Nutritional importance
- 9 See also
- 10 References and notes
- 11 Further reading
- 12 External links

## Overview

## Functions in proteins

*See also: Primary structure and Posttranslational modification*

Amino acids are the basic structural building units of proteins. They form short polymer chains called peptides or longer chains either called polypeptides or proteins. The process of such formation from an mRNA template is known as translation which is part of protein biosynthesis. Twenty amino acids are encoded by the standard genetic code and are called proteinogenic or **standard amino acids**. Other amino acids contained in proteins are usually formed by post-translational modification, which is modification after translation in protein synthesis. These modifications are often essential for the function or regulation of a protein; for example, the carboxylation of glutamate allows for better binding of calcium cations, and the hydroxylation of proline is critical for maintaining connective tissues and responding to oxygen starvation. Such modifications can also determine the localization of the protein, e.g., the addition of long hydrophobic groups can cause a protein to bind to a phospholipid membrane.



A polypeptide is a chain of amino acids.

## Non-protein functions

The twenty standard amino acids are either used to synthesize proteins and other biomolecules, or oxidized to urea and carbon dioxide as a source of energy.[2] The oxidation pathway starts with the removal of the amino group by a transaminase, the amino group is then fed into the urea cycle. The other product of transamidation is a keto acid that enters the citric acid cycle.[3] Glucogenic amino acids can also be converted into glucose, through gluconeogenesis.[4]

Hundreds of types of non-protein amino acids have been found in nature and they have multiple functions in living organisms. Microorganisms and plants can produce uncommon amino acids. In microbes, examples include 2-aminoisobutyric acid and lanthionine, which is a sulfide-bridged alanine dimer. Both these amino acids are both found in peptidic lantibiotics such as alamethicin.[5] While in plants, 1-Aminocyclopropane-1-carboxylic acid is a small disubstituted cyclic amino acid that is a key intermediate in the production of the plant hormone ethylene.[6]

In humans, non-protein amino acids also have biologically-important roles. Glycine, gamma-aminobutyric acid and glutamate are neurotransmitters and many amino acids are used to synthesize other molecules, for example:

- Tryptophan is a precursor of the neurotransmitter serotonin
- Glycine is a precursor of porphyrins such as heme
- Arginine is a precursor of the hormone nitric oxide
- Carnitine is used in lipid transport within a cell,
- Ornithine and S-adenosylmethionine are precursors of polyamines,
- Homocysteine is an intermediate in S-adenosylmethionine recycling

Also present are hydroxyproline, hydroxylysine, and sarcosine. The thyroid hormones are also alpha-amino acids.

Some amino acids have even been detected in meteorites, especially in a type known as carbonaceous chondrites.[7] This observation has prompted the suggestion that life may have arrived on earth from an extraterrestrial source.

# General structure

*Further information: List of standard amino acids*

In the structure shown to the right, the *R* represents a side chain specific to each amino acid. The central carbon atom called $C_\alpha$ is a chiral central carbon atom (with the exception of glycine) to which the two termini and the R-group are attached. Amino acids are usually classified by the properties of the side chain into four groups. The side chain can make them behave like a weak acid, a weak base, a hydrophile if they are polar, and hydrophobe if they are nonpolar. The chemical structures of the 20 standard amino acids, along with their chemical properties, are cataloged in the list of standard amino acids.



The general structure of an α-amino acid, with the amino group on the left and the carboxyl group on the right.

The phrase "branched-chain amino acids" or BCAA is sometimes used to refer to the amino acids having aliphatic side-chains that are non-linear, these are leucine, isoleucine and valine. Proline is the only proteinogenic amino acid whose side group links to the α-amino group, and thus is also the only proteinogenic amino acid containing a secondary amine at this position. Proline has sometimes been termed an imino acid, but this is not correct in the current nomenclature.[8]



The two optical isomers of alanine.

## Isomerism

Most amino acids can exist in either of two optical isomers, called D and L. The L-amino acids represent the vast majority of amino acids found in proteins. D-amino acids are found in some proteins produced by exotic sea-dwelling organisms, such as cone snails.[9] They are also abundant components of the peptidoglycan cell walls of bacteria.[10]

The L and D conventions for amino acid configuration do not refer to the optical activity, but rather to the optical activity of the isomer of glyceraldehyde having the same stereochemistry as the amino acid. *S*-Glyceraldehyde is levorotary, and *R*-glyceraldehyde is dexterorotary, and so *S*-amino acids are called L- even if they are not levorotary, and *R*-amino acids are likewise called D- even if they are not dexterorotary.

There are two exceptions to these general rules of amino acid isomerism. Firstly, glycine, where *R* = H, no isomerism is possible because the alpha-carbon bears two identical groups (hydrogen). Secondly, in cysteine, the L = *S* and D = *R* assignment is reversed to L = *R* and D = *S*. Cysteine is structured similarly

(with respect to glyceraldehyde) to the other amino acids but the sulfur atom alters the interpretation of the Cahn-Ingold-Prelog priority rule.

# Reactions

As amino acids have both a primary amine group and a primary carboxyl group, these chemicals can undergo most of the reactions associated with these functional groups. These include nucleophilic addition, amide bond formation and imine formation for the amine group and esterification, amide bond formation and decarboxylation for the carboxylic acid group. The multiple side chains of amino acids can also undergo chemical reactions. The types of these reactions are determined by the groups on these side chains and are discussed in the articles dealing with each specific type of amino acid.

### Peptide bond formation

*For more details on this topic, see Peptide bond.*

As both the amine and carboxylic acid groups of amino acids can react to form amide bonds, one amino acid molecule can react with another and become joined through an amide linkage. This polymerization of amino acids is what creates proteins.

The condensation of two amino acids to form a peptide bond.

This condensation reaction yields the newly formed peptide bond and a molecule of water. In cells, this reaction does not occur directly, instead the amino acid is activated by attachment to a transfer RNA molecule through an ester bond. This aminoacyl-tRNA is produced in an ATP-dependent reaction carried out by an aminoacyl tRNA synthetase.[11] This aminoacyl-tRNA is then a substrate for the ribosome, which catalyzes the attack of the amino group of the elongating protein chain on the ester bond.[12] As a result of this mechanism, all proteins are synthesized starting at their N-terminus and moving towards their C-terminus.

However, not all peptide bonds are formed in this way. In a few cases peptides are synthesized by specific enzymes. For example, the tripeptide glutathione is an essential part of the defenses of cells against oxidative stress. This peptide is synthesized in two steps from free amino acids.[13] In the first step gamma-glutamylcysteine synthetase condenses cysteine and glutamic acid through a peptide bond formed between the side-chain carboxyl of the glutamate (the gamma carbon of this side chain) and the amino group of the cysteine. This dipeptide is then condensed with glycine by glutathione synthetase to form glutathione.[14]

In chemistry, peptides are synthesized by a variety of reactions. One of the most used in solid-phase peptide synthesis, which uses the aromatic oxime derivatives of amino acids as activated units. These are added in sequence onto the growing peptide chain, which is attached to a solid resin support.[15]

### Zwitterions

As amino acids have both the active

groups of an amine and a carboxylic acid they can be considered both acid and base (though their natural pH is usually influenced by the R group). At a certain pH known as the isoelectric point, the amine group gains a positive charge (is protonated) and the acid group a negative charge (is deprotonated). The exact value is specific to each different amino acid. This ion is known as a *zwitterion*. A zwitterion can be extracted from the solution as a white crystalline structure with a very high melting point, due to its dipolar nature. Near-neutral physiological pH allows most free amino acids to exist as zwitterions.



An amino acid, in its (1) unionized and (2) zwitterionic forms.

## Hydrophilic and hydrophobic amino acids

Depending on the polarity of the side chain, amino acids vary in their hydrophilic or hydrophobic character. These properties are important in protein structure and protein-protein interactions. The importance of the physical properties of the side chains comes from the influence this has on the amino acid residues' interactions with other structures, both within a single protein and between proteins. The distribution of hydrophilic and hydrophobic amino acids determines the tertiary structure of the protein, and their physical location on the outside structure of the proteins influences their quaternary structure. For example, soluble proteins have surfaces rich with polar amino acids like serine and threonine, while integral membrane proteins tend to have outer ring of hydrophobic amino acids that anchors them into the lipid bilayer, and proteins anchored to the membrane have a hydrophobic end that locks into the membrane. Similarly, proteins that have to bind to positively-charged molecules have surfaces rich with negatively charged amino acids like glutamate and aspartate, while proteins binding to negatively-charged molecules have surfaces rich with positively charged chains like lysine and arginine. Recently a new scale of hydrophobicity based on the free energy of hydrophobic association has been proposed[16]

Hydrophilic and hydrophobic interactions of the proteins do not have to rely only on the sidechains of amino acids themselves. By various posttranslational modifications other chains can be attached to the proteins, forming hydrophobic lipoproteins or hydrophilic glycoproteins.

## Table of standard amino acid abbreviations and side chain properties

| Amino Acid | 3-Letter | 1-Letter | Side chain polarity | Side chain acidity or basicity | Hydropathy index [17] |
|---|---|---|---|---|---|
| Alanine | Ala | A | nonpolar | neutral | 1.8 |
| Arginine | Arg | R | polar | strongly basic | -4.5 |
| Asparagine | Asn | N | polar | neutral | -3.5 |
| Aspartic acid | Asp | D | polar | acidic | -3.5 |

| Cysteine | Cys | C | polar | neutral | 2.5 |
| Glutamic acid | Glu | E | polar | acidic | -3.5 |
| Glutamine | Gln | Q | polar | neutral | -3.5 |
| Glycine | Gly | G | nonpolar | neutral | -0.4 |
| Histidine | His | H | polar | weakly basic | -3.2 |
| Isoleucine | Ile | I | nonpolar | neutral | 4.5 |
| Leucine | Leu | L | nonpolar | neutral | 3.8 |
| Lysine | Lys | K | polar | basic | -3.9 |
| Methionine | Met | M | nonpolar | neutral | 1.9 |
| Phenylalanine | Phe | F | nonpolar | neutral | 2.8 |
| Proline | Pro | P | nonpolar | neutral | |
| Serine | Ser | S | polar | neutral | -0.8 |
| Threonine | Thr | T | polar | neutral | -0.7 |
| Tryptophan | Trp | W | nonpolar | neutral | -0.9 |
| Tyrosine | Tyr | Y | polar | neutral | -1.3 |
| Valine | Val | V | nonpolar | neutral | 4.2 |

In addition to the normal amino acid codes, placeholders were used historically in cases where chemical or crystallographic analysis of a peptide or protein could not completely establish the identity of a certain residue in a structure. The ones they could not resolve between are these pairs of amino-acids:

| **Ambiguous Amino Acids** | 3-Letter | 1-Letter |
| --- | --- | --- |
| Asparagine or aspartic acid | Asx | B |
| Glutamine or glutamic acid | Glx | Z |
| Leucine or Isoleucine | Xle | J |
| Unspecified or unknown amino acid | Xaa | X |

**Unk** is sometimes used instead of **Xaa**, but is less standard.

## Nonstandard amino acids

Aside from the twenty standard amino acids, there are a vast number of "nonstandard amino acids". Two of these can be encoded in the genetic code, but are rather rare in proteins. Selenocysteine is incorporated into some proteins at a UGA codon, which is normally a stop codon.[18] Pyrrolysine is used by some methanogenic bacteria in enzymes that they use to produce methane. It is coded for with the codon UAG.[19]

Examples of nonstandard amino acids that are not found in proteins include lanthionine, 2-aminoisobutyric acid, dehydroalanine and the neurotransmitter gamma-aminobutyric acid. Nonstandard amino acids often occur as intermediates in the metabolic pathways for standard amino acids - for

example ornithine and citrulline occur in the urea cycle, part of amino acid catabolism.[20]

Nonstandard amino acids are usually formed through modifications to standard amino acids. For example, homocysteine is formed by the transsulfuration pathway from cysteine or as an intermediate in S-adenosyl methionine metabolism,[21] while dopamine is synthesized from tyrosine, and hydroxyproline is made by a posttranslational modification of proline.[22]

The amino acid selenocysteine.

## Uses in technology

| Amino acid derivative | Use in industry |
|---|---|
| Aspartame (aspartyl-phenylalanine-1-methyl ester) | Low-calorie artificial sweetener |
| 5-HTP (5-hydroxytryptophan) | Treatment for depression and the neurological problems of phenylketonuria. |
| L-DOPA (L-dihydroxyphenylalanine) | Treatment for Parkinsonism. |
| Monosodium glutamate | Food additive that enhances flavor. Confers the taste umami. |

## Nutritional importance

*Further information: Protein in nutrition*

Of the 20 standard proteinogenic amino acids, 10 are called essential amino acids because the human body cannot synthesize them from other compounds through chemical reactions, and they therefore must be obtained from food. Cysteine, tyrosine, histidine and arginine are considered as semiessential amino acids in children, because the metabolic pathways that synthesize these amino acids are not fully developed.[23]

| Essential | Nonessential |
|---|---|
| Isoleucine | Alanine |
| Leucine | Asparagine |
| Lysine | Aspartate |
| Methionine | Cysteine |
| Phenylalanine | Glutamate |
| Threonine | Glutamine |
| Tryptophan | Glycine |
| Valine | Proline |
| Arginine* | Serine |

| Histidine* | Tyrosine |
|---|---|

(*) Essential only in certain cases

Several common mnemonics have evolved for remembering the essential amino acids. PVT TIM HALL ("Private Tim Hall") uses the first letter of each essential amino acid, including arginine.[24] Another mnemonic that frequently occurs in student practice materials is "**These ten valuable amino acids have long preserved life in man**".[25]

# See also

- Beta amino acid
- Strecker amino acid synthesis
- Glucogenic amino acid
- Murchison meteorite, an extraterrestrial source of amino acids.
- Table of codons, 3-nucleotide sequences that encode each amino acid
- List of standard amino acids

# References and notes

1. ^ Proline is an exception to this general formula. It lacks the $NH_2$ group because of the cyclization of the side chain.
2. ^ Sakami W, Harrington H. "Amino acid metabolism". *Annu Rev Biochem* **32**: 355-98. PMID 14144484 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14144484).
3. ^ Brosnan J (2000). "Glutamate, at the interface between amino acid and carbohydrate metabolism (http://jn.nutrition.org/cgi/content/full/130/4/988S)". *J Nutr* **130** (4S Suppl): 988S-90S. PMID 10736367 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=10736367).
4. ^ Young V, Ajami A (2001). "Glutamine: the emperor or his clothes? (http://jn.nutrition.org/cgi/content/full/131/9/2449S)". *J Nutr* **131** (9 Suppl): 2449S-59S; discussion 2486S-7S. PMID 11533293 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=11533293).
5. ^ Whitmore L, Wallace B (2004). "Analysis of peptaibol sequence composition: implications for *in vivo* synthesis and channel formation.". *Eur Biophys J* **33** (3): 233-7. PMID 14534753 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14534753).
6. ^ Alexander L, Grierson D (2002). "Ethylene biosynthesis and action in tomato: a model for climacteric fruit ripening (http://jxb.oxfordjournals.org/cgi/content/full/53/377/2039)". *J Exp Bot* **53** (377): 2039-55. PMID 12324528 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=12324528).
7. ^ Llorca J (2004). "Organic matter in meteorites. (http://www.im.microbios.org/0704/0704239.pdf)". *Int Microbiol* **7** (4): 239-48. PMID 15666244 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15666244).
8. ^ Claude Liebecq (Ed) *Biochemical Nomenclature and Related Documents*, 2nd edition, Portland Press, 1992, pages 39-69 ISBN 978-1855780057
9. ^ Pisarewicz K, Mora D, Pflueger F, Fields G, Marí F (2005). "Polypeptide chains containing D-gamma-hydroxyvaline.". *J Am Chem Soc* **127** (17): 6207-15. PMID 15853325 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15853325).
10. ^ van Heijenoort J (2001). "Formation of the glycan chains in the synthesis of bacterial peptidoglycan.

(http://glycob.oxfordjournals.org/cgi/content/full/11/3/25R)". *Glycobiology* **11** (3): 25R-36R. PMID 11320055 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=11320055).

11. ^ Ibba M, Söll D (2001). "The renaissance of aminoacyl-tRNA synthesis (http://www.molcells.org/home/journal/include/downloadPdf.asp?articleuid={A158E3B4-2423-4806-9A30-4B93CDA76DA0})". *EMBO Rep* **2** (5): 382-7. PMID 11375928 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=11375928).
12. ^ Lengyel P, Söll D (1969). "Mechanism of protein biosynthesis (http://www.pubmedcentral.nih.gov/picrender.fcgi?artid=378322&blobtype=pdf)". *Bacteriol Rev* **33** (2): 264-301. PMID 4896351 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=4896351).
13. ^ Wu G, Fang Y, Yang S, Lupton J, Turner N (2004). "Glutathione metabolism and its implications for health (http://jn.nutrition.org/cgi/content/full/134/3/489)". *J Nutr* **134** (3): 489-92. PMID 14988435 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14988435).
14. ^ Meister A (1988). "Glutathione metabolism and its selective modification (http://www.jbc.org/cgi/reprint/263/33/17205.pdf)". *J Biol Chem* **263** (33): 17205–8. PMID 3053703 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=3053703).
15. ^ Carpino, L. A. (1992) 1-Hydroxy-7-azabenzotriazole. An efficient Peptide Coupling Additive. *J. Am. Chem. Soc.* 115, 4397-4398.
16. ^ Urry, D. W. (2004). "The change in Gibbs free energy for hydrophobic association - Derivation and evaluation by means of inverse temperature transitions". *Chemical Physics Letters* **399** (1-3): 177-183.
17. ^ Kyte J & RF Doolittle (1982). "A simple method for displaying the hydropathic character of a protein". *J. Mol. Biol.* (157): 105-132. PMID 7108955 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=7108955).
18. ^ Driscoll D, Copeland P. "Mechanism and regulation of selenoprotein synthesis.". *Annu Rev Nutr* **23**: 17-40. PMID 12524431 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=12524431).
19. ^ Krzycki J (2005). "The direct genetic encoding of pyrrolysine.". *Curr Opin Microbiol* **8** (6): 706-12. PMID 16256420 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16256420).
20. ^ Curis E, Nicolis I, Moinard C, Osowska S, Zerrouk N, Bénazeth S, Cynober L (2005). "Almost all about citrulline in mammals". *Amino Acids* **29** (3): 177-205. PMID 16082501 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16082501).
21. ^ Brosnan J, Brosnan M (2006). "The sulfur-containing amino acids: an overview". *J Nutr* **136** (6 Suppl): 1636S-1640S. PMID 16702333 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16702333).
22. ^ Kivirikko K, Pihlajaniemi T. "Collagen hydroxylases and the protein disulfide isomerase subunit of prolyl 4-hydroxylases". *Adv Enzymol Relat Areas Mol Biol* **72**: 325-98. PMID 9559057 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=9559057).
23. ^ Imura K, Okada A (1998). "Amino acid metabolism in pediatric patients". *Nutrition* **14** (1): 143-8. PMID 9437700 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=9437700).
24. ^ Distance Medical Biochemistry course from the University of New England. http://www.faculty.une.edu/com/courses/bionut/distbio/obj-512/Chap39-pvttimhall.htm Access date 25 February 2006
25. ^ Memory aids for medical biochemistry. http://mednote.co.kr/Yellownote/BIOCHMNEMON.htm Access date 25 February 2006

# Further reading

- Doolittle, R.F. (1989) Redundancies in protein sequences. In *Predictions of Protein Structure and*

*the Principles of Protein Conformation* (Fasman, G.D. ed) Plenum Press, New York, pp. 599-623
- David L. Nelson and Michael M. Cox, *Lehninger Principles of Biochemistry*, 3rd edition, 2000, Worth Publishers, ISBN 1-57259-153-6

# External links

- Nomenclature and Symbolism for Amino Acids and Peptides (http://www.chem.qmul.ac.uk/iupac/AminoAcid/) International Union of Pure and Applied Chemistry and The International Union of Biochemistry and Molecular Biology. IUPAC-IUB Joint Commission on Biochemical Nomenclature (JCBN)
- Molecular Expressions: The Amino Acid Collection (http://micro.magnet.fsu.edu/aminoacids/index.html) - Has detailed information and microscopy photographs of each amino acid.
- 22nd amino acid (http://researchnews.osu.edu/archive/aminoacd.htm) - Press release from Ohio State claiming discovery of a 22nd amino acid.
- Amino acid properties (http://www.russell.embl.de/aas/) - Properties of the amino acids (a tool aimed mostly at molecular geneticists trying to understand the meaning of mutations)
- Synthesis of Amino Acids and Derivatives (http://www.organic-chemistry.org/synthesis/C1C/nitrogen/alpha-amino-acids2.shtm)
- Right-handed amino acids were left behind (http://www.newscientist.com/article.ns?id=mg19025545.200&feedId=online-news_rss20)
- Amino acid solutions pH, titration curves and distribution diagrams - freeware (http://www2.iq.usp.br/docente/gutz/Curtipot_.html)

| Major Families of Biochemicals |
|---|
| Peptides \| **Amino acids** \| Nucleic acids \| Carbohydrates \| Lipids \| Terpenes \| Carotenoids \| Tetrapyrroles \| Enzyme cofactors \| Steroids \| Flavonoids \| Alkaloids \| Polyketides \| Glycosides |
| Analogues of nucleic acids:       The 20 Common Amino Acids       Analogues of nucleic acids: |
| Alanine (dp) \| Arginine (dp) \| Asparagine (dp) \| Aspartic acid (dp) \| Cysteine (dp) \| Glutamic acid (dp) \| Glutamine (dp) \| Glycine (dp) \| Histidine (dp) \| Isoleucine (dp) \| Leucine (dp) \| Lysine (dp) \| Methionine (dp) \| Phenylalanine (dp) \| Proline (dp) \| Serine (dp) \| Threonine (dp) \| Tryptophan (dp) \| Tyrosine (dp) \| Valine (dp) |

| Protein primary structure and posttranslational modifications | |
|---|---|
| General: | Protein biosynthesis \| Peptide bond \| Proteolysis \| Racemization \| N-O acyl shift |
| N-terminus: | Acetylation \| Formylation \| Myristoylation \| Pyroglutamate \| methylation \| glycation \| myristoylation (Gly) \| carbamylation |
| C-terminus: | Amidation \| Glycosyl phosphatidylinositol (GPI) \| O-methylation \| glypiation \| ubiquitination \| sumoylation |
| Lysine: | Methylation \| Acetylation \| Acylation \| Hydroxylation \| Ubiquitination \| SUMOylation \| Desmosine \| deamination and oxidation to aldehyde\| O-glycosylation \| imine formation \| glycation \| carbamylation |
| Cysteine: | Disulfide bond \| Prenylation \| Palmitoylation |
| Serine/Threonine: | Phosphorylation \| Glycosylation |
| Tyrosine: | Phosphorylation \| Sulfation \| porphyrin ring linkage \| flavin linkage \| GFP prosthetic group (Thr-Tyr-Gly sequence) formation \| Lysine tyrosine quinone (LTQ) formation \| Topaquinone (TPQ) formation |
| Asparagine: | Deamidation \| Glycosylation |

     **Aspartate:** Succinimide formation
     **Glutamine:** Transglutamination
     **Glutamate:** Carboxylation | polyglutamylation | polyglycylation
     **Arginine:** Citrullination | Methylation
     **Proline:** Hydroxylation

←Amino acids            Secondary structure→

Retrieved from "http://en.wikipedia.org/wiki/Amino_acid"

Categories: Amino acids | Nitrogen metabolism | Biochemistry

- This page was last modified 15:03, 30 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

EXHIBIT 13



# IMMUNO BIOLOGY
## the immune system in health and disease
### 6th EDITION

**Charles A. Janeway, Jr.**
Yale University School of Medicine

**Paul Travers**
Anthony Nolan Research Institute, London

**Mark Walport**
Wellcome Trust, London

**Mark J. Shlomchik**
Yale University School of Medicine

Garland Science
Taylor & Francis Group
NEW YORK AND LONDON

| | |
|---|---|
| Vice President: | Denise Schanck |
| Text Editor: | Eleanor Lawrence |
| Senior Publisher: | Jackie Harbor |
| Editorial Assistants: | Emma Catherall & Sbita Reandi |
| Production Editor: | Georgia Bushell |
| New Media Editor: | Michael Morales |
| Copyeditor: | Bruce Goatly |
| Indexer: | Merrall-Ross International Ltd |
| Illustration and Layout: | Matthew McClements, Blink Studio Ltd |
| Manufacturing: | Andrea Bosher & Georgia Bushell |

*Immunobiology Interactive*:

| | |
|---|---|
| Storyboards by: | Paul Travers |
| Narrated by: | Julie Theriot |
| Animations, Interface Design & Programming: | Matthew McClements & Tom McElderry, Blink Studio Ltd |

© 2005 by Garland Science Publishing.
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without the prior written permission of the copyright holder.

**Distributors:**
*Inside North America*: Garland Science Publishing, 270 Madison Avenue, New York, NY 10016, USA.
*Inside Japan*: Nankodo Co. Ltd., 42-6, Hongo 3-Chrome, Bunkyo-ku, Tokyo, 113-8410, Japan.
*Outside North America and Japan*: Elsevier Ltd, Books Customer Services, Linacre House, Jordan Hill, Oxford, OX2 8DP, UK.

ISBN 0 8153 4101 6 (paperback) Garland Science Publishing
ISBN 0 4430 7310 4 (paperback) Churchill Livingstone
ISBN 0 4430 7309 0 (paperback) Churchill Livingstone International Student Edition

**Library of Congress Cataloging-in-Publication Data**
Immunobiology : the immune system in health and disease / Charles A. Janeway, Jr. ... [et al.].-- 6th ed.
     p. cm.
  Includes bibliographical references and index.
  ISBN 0-8153-4101-6 (pbk.) -- ISBN 0-443-07310-4 (pbk.) -- ISBN 0-443-07309-0 (pbk.)
  1. Immunology. 2. Immunity. I. Janeway, Charles.
  QR181.I397 2005
  616.07'9--dc22
                          2004007144

Published by Garland Science Publishing, a member of the Taylor & Francis Group, 270 Madison Avenue, New York, NY 10016, USA and
4 Park Square, Milton Park, Abingdon, Oxon, OX14 4RN, UK.

Printed in the United States of America by RR Donnelley, Ohio.
15  14  13  12  11  10  9  8  7  6  5  4  3  2

**Agonist peptides** are peptide antigens that activate their specific T cells, inducing them to make cytokines and to proliferate. They are thought to differ from antagonist peptides by their ability to induce T-cell receptor dimerization.

**AID**: see **activation-induced cytidine deaminase**.

**AIDS**: see **acquired immune deficiency syndrome**.

**Alleles** are variants of a single genetic locus.

**Allelic exclusion** refers to the fact that in a heterozygous individual, only one of the alternative C-region alleles of the heavy or light chain is expressed in a single B cell and in an immunoglobulin molecule. The term has come to be used more generally to describe the expression of a single receptor specificity in cells with the potential to express two or more receptors.

**Allergens** are antigens that elicit hypersensitivity or allergic reactions.

**Allergic asthma** is constriction of the bronchial tree due to an allergic reaction to inhaled antigen.

The lining of the eye, called the conjunctiva, manifests **allergic conjunctivitis** in sensitized individuals exposed to allergens.

An **allergic reaction** is a response to innocuous environmental antigens, or allergens, due to preexisting antibody or primed T cells. There are various immune mechanisms of allergic reactions, but the most common is the binding of allergen to IgE antibody on mast cells, which causes asthma, hay fever, and other common allergic reactions.

**Allergic rhinitis** is an allergic reaction in the nasal mucosa, also known as hay fever, that causes runny nose, sneezing, and tears.

**Allergy** is a symptomatic reaction to a normally innocuous environmental antigen. It results from the interaction between the antigen and antibody or primed T cells produced by earlier exposure to the same antigen.

**Alloantigens** are classically defined as polymorphisms at the MHC locus, and are the nonself MHC antigens on an allografted tissue. They stimulate an intense immune reaction.

Two individuals or two mouse strains that differ at the MHC are said to be **allogeneic**. The term can also be used for allelic differences at other loci. Rejection of grafted tissues from unrelated donors usually results from T-cell responses to allogeneic MHC molecules expressed by the grafted tissues. See also **syngeneic**, **xenogeneic**.

An **allograft** is a graft of tissue from an allogeneic or nonself donor of the same species; such grafts are invariably rejected unless the recipient is immunosuppressed.

**Alloreactivity** describes the stimulation of T cells by MHC molecules other than self; it marks the recognition of allogeneic MHC molecules. Such responses are also called **alloreactions** or **alloreactive** responses.

**Allotypes** are allelic polymorphisms that can be detected by antibodies specific for the polymorphic gene products. In immunology, **allotypic** differences in immunoglobulin molecules were important in deciphering the genetics of antibodies.

An **altered peptide ligand**, or partial agonist, is a peptide, usually closely related to an agonist peptide in amino acid sequence, that induces only a partial response from T cells specific for the agonist peptide.

The **alternative pathway** of complement activation is not triggered by antibody, as is the classical pathway of complement activation, but by the binding of complement protein C3b to the surface of a pathogen; it is therefore a feature of innate immunity. The alternative pathway also amplifies the classical pathway of complement activation.

**Anaphylactic shock** or systemic anaphylaxis is an allergic reaction to systemically administered antigen that causes circulatory collapse and suffocation due to tracheal swelling. It results from binding of antigen to IgE antibody on connective tissue mast cells throughout the body, leading to the disseminated release of inflammatory mediators.

**Anaphylatoxins** are small fragments of complement proteins, released by cleavage during complement activation. These small fragments are recognized by specific receptors, and they recruit fluid and inflammatory cells to sites of their release. The fragments C5a, C3a, and C4a are all anaphylatoxins, listed in order of decreasing potency *in vivo*.

Peptide fragments of antigens are bound to specific MHC class I molecules by **anchor residues**. These are residues of the peptide that have amino acid side chains that bind into pockets lining the peptide-binding groove of the MHC class I molecule. Each MHC class I molecule binds different patterns of anchor residues, called anchor motifs, giving some specificity to peptide binding. Anchor residues exist but are less obvious for peptides that bind to MHC class II molecules.

**Anergy** is a state of nonresponsiveness to antigen. People are said to be **anergic** when they cannot mount delayed-type hypersensitivity reactions to challenge antigens, whereas T cells and B cells are said to be **anergic** when they cannot respond to their specific antigen under optimal conditions of stimulation.

**Antagonist peptides** are peptides, usually closely related in sequence to an agonist peptide, that inhibit the response of a cloned T-cell line specific for the agonist peptide.

An **antibody** is a protein that binds specifically to a particular substance—its antigen. Each antibody molecule has a unique structure that enables it to bind specifically to its corresponding antigen, but all antibodies have the same overall structure and are known collectively as immunoglobulins or Igs. Antibodies are produced by plasma cells in response to infection or immunization, and bind to and neutralize pathogens or prepare them for uptake and destruction by phagocytes.

**Antibody combining site**: see **antigen-binding site**.

**Antibody-dependent cell-mediated cytotoxicity (ADCC)** is the killing of antibody-coated target cells by cells with Fc receptors that recognize the constant region of the bound antibody. Most ADCC is mediated by NK cells that have the Fc receptor FcγRIII or CD16 on their surface.

The **antibody repertoire** or immunoglobulin repertoire describes the total variety of antibodies in the body of an individual.

An **antigen** is any molecule that can bind specifically to an antibody. Their name arises from their ability to **gen**erate **anti**bodies. However, some antigens do not, by themselves, elicit antibody production; those antigens that can induce antibody production are called immunogens.

**Antigen:antibody complexes** are noncovalently associated groups of antigen and antibody molecules that can vary in size from small soluble complexes to large insoluble complexes that precipitate out of solution; they are also known as immune complexes.

The **antigen-binding site** of an antibody, or **antibody combining site**, is found at the surface of the antibody molecule that makes physical contact with the antigen. Antigen-binding sites are made up of six hypervariable loops, three from the light-chain V region and three from the heavy-chain V region.

In an **antigen-capture assay**, the antigen binds to a specific antibody, and its presence is detected by a second antibody that must be labeled and directed at a different epitope.

Both libraries of cDNA clones in expression vectors and bacteriophage libraries encoding random peptide sequences have been used to identify the targets of specific antibodies and, in some cases, of T cells. Such libraries are termed **antigen display libraries**.

An **antigenic determinant** is the portion of an antigenic molecule that is bound by a given antibody or antigen receptor; it is also known as an epitope.

Influenza virus varies from year to year by a process of **antigenic drift** in which point mutations of viral genes cause small differences in the structure of viral surface antigens. Periodically, influenza viruses undergo an **antigenic shift** through reassortment of their segmented genome with another influenza virus, changing their surface antigens radically. Such antigenic shift variants are not recognized by individuals immune to influenza, so when antigenic shift variants arise, there is widespread and serious disease.

# EXHIBIT 14

# Capsid

From Wikipedia, the free encyclopedia

*A capsid is also a leaf bug of the family Miridae.*

A **capsid** is the outer shell of a virus. It consists of several monomeric subunits made of protein. The capsid serves three main purposes :

- It protects the genetic material of the virus.
- It determines if a cell is suitable for infection.
- It starts the actual infection by attaching and "opening" the target cell and injecting the genetic material of the virus into the cell.

Once the virus has infected the cell, it will sooner or later start replicating itself, using the "infrastructure" of the infected cell. During this process, the capsid subunits are synthesized according to the genetic material of the virus, using the protein biosynthesis mechanism of the cell. Some viruses will also take a portion of the host cell's cell membrane with them when they depart, enclosing the proteinaceous capsid with viral proteins projecting through it.

The majority of viruses come in three different structures; helical capsids, icosahedral (isometric) capsids, or enveloped. In helical symmetry, the protein subunits are arranged around the circumference of a circle to form a disk. In icosahedral symmetry, the subunits form a quasi-spherical structure. In enveloped viruses, the protein subunits are exposed to the external environment.

Structural analyses of major capsid protein (MCP) architectures have been used to categorise viruses into families. For example, the bacteriophage PRD1, Paramecium bursaria Chlorella algal virus, and mammalian adenovirus have been placed in the same family. Khayat et al. classified Sulfolobus turreted icosahedral virus (STIV) and Laurinmäki et al. classified bacteriophage Bam35 - Proc. Natl. Acad. Sci. U.S.A. 103, 3669 (2006); 102, 18944 (2005); Structure 13, 1819 (2005)

## External links

- [1] (http://www.virology.net/garryfavweb.html) from the *All the virology on the www* website.

Retrieved from "http://en.wikipedia.org/wiki/Capsid"

Category: Virology

- This page was last modified 18:05, 15 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.