# EXHIBIT 15

# Cell microprocessor

From Wikipedia, the free encyclopedia
(Redirected from CELL)

**Cell** is a microprocessor architecture jointly developed by a Sony, Toshiba, and IBM, an alliance known as "STI." The architectural design and first implementation were carried out at the STI Design Center over a four-year period beginning March 2001 on a budget reported by IBM as approaching US$400 million.[1]

Cell is shorthand for **Cell Broadband Engine Architecture**, commonly abbreviated *CBEA* in full or *Cell BE* in part. Cell combines a general-purpose Power Architecture core of modest performance with streamlined coprocessing elements[2] which greatly accelerate multimedia and vector processing applications, as well as many other forms of dedicated computation.[2]

The first major commercial application of Cell was in Sony's PlayStation 3 game console. Mercury Computer Systems has a dual Cell server, a dual Cell blade configuration, a rugged computer, and a PCI Express accelerator board available in different stages of production. Toshiba has announced plans to incorporate Cell in high definition television sets. Exotic features such as the XDR memory subsystem and coherent EIB interconnect[3] appear to position Cell for future applications in the supercomputing space to exploit the Cell processor's prowess in floating point kernels. IBM has announced plans to incorporate Cell processors as add-on cards into IBM mainframes, to enable them to be used as servers for MMORPGs[4]

| Power Architecture |
|---|
|  |
| **CPU architecture** |
| **Historical** |
| POWER • PPC6xx • PowerPC-AS • POWER2 • POWER3 • POWER4 |
| **Current** |
| PowerPC • e200 • e600 • PA6T • POWER5 • PPC970 • Cell PPE |
| **Future** |
| POWER6 • POWER7 • e700 |
| **Related Links** |
| RISC • AltiVec • IBM System p • IBM System i • Playstation 3 • Xbox 360 |

The Cell architecture includes a novel memory coherence architecture for which IBM received many patents. The architecture emphasizes efficiency/watt, prioritizes bandwidth over latency, and favors peak computational throughput over simplicity of program code. For these reasons, Cell is widely regarded as a challenging environment for software development.[5] IBM provides a comprehensive Linux-based Cell development platform to assist developers in confronting these challenges.[6] Software adoption remains a key issue in whether Cell ultimately delivers on its performance potential.

Despite those challenges, research has indicated that Cell excels at several types of scientific computation.[7]

In November 2006, David A. Bader at Georgia Tech was selected by Sony, Toshiba, and IBM from more than a dozen universities[8] to direct the first STI Center of Competence for the Cell Processor.[9] [10] This partnership is designed to build a community of programmers and broaden industry support for the Cell processor.[8][9] There is a Cell Programming tutorial video available.[11]

# Contents



Layout of the IBM Cell die

# Contents

- 1 History
  - 1.1 Commercialization
- 2 Overview
  - 2.1 Influence and contrast
- 3 Architecture
  - 3.1 Power Processor Element
  - 3.2 Synergistic Processing Elements (SPE)
  - 3.3 Element Interconnect Bus (EIB)
    - 3.3.1 Bandwidth assessment
    - 3.3.2 Optical Interconnect
  - 3.4 Memory controller and I/O
  - 3.5 Broadband engine
- 4 Possible applications
  - 4.1 Blade server
  - 4.2 Console videogames
  - 4.3 Home cinema
  - 4.4 Super computing
- 5 Software engineering
  - 5.1 Job queue
  - 5.2 Self-multitasking of SPEs
  - 5.3 Stream processing
  - 5.4 Open source software development
- 6 Abbreviations
- 7 See also
- 8 References
- 9 External links
  - 9.1 News
  - 9.2 Articles
  - 9.3 Technical documentation

# History

In 2000, Sony Computer Entertainment, Toshiba Corporation, and IBM formed an alliance ("STI") to design and manufacture the processor.

**Cell BE**

architecture

software development

fabrication

The STI Design Center in Austin, Texas opened in March 2001.[12] The Cell was designed over a period of four years, using enhanced versions of the design tools for the POWER4 processor. Over 400 engineers from the three companies worked together in Austin, with critical support from eleven of IBM's design centers.[12]

During this period, IBM filed many patents pertaining to the Cell architecture, manufacturing process, and software environment. An early patent version of the Broadband Engine was shown to be a chip package comprising four "Processing Elements," which was the patent's description for what is now known as the "Power Processing Element." Each Processing Element contained 8 "APUs," which are now referred to as SPEs on the current Broadband Engine chip. Said chip package was widely regarded to run at a clock speed of 4 GHz and with 32 APUs providing 32 GFLOPS each, the Broadband Engine was shown to have a teraflops of raw computing power.

In March 2007 IBM announced that the 65 nm version of Cell BE is in production at its plant in East Fishkill, New York.[13]

## Commercialization

On May 17, 2005, Sony Computer Entertainment confirmed some specifications of the Cell processor that would be shipping in the forthcoming PlayStation 3 console.[14][15] This Cell configuration will have one Power processing element (PPE) on the core, with eight physical SPEs in silicon.[15] In the PlayStation 3, one SPE is locked-out during the test process, a practice which helps to improve manufacturing yields. The target clock-frequency at introduction is 3.2 GHz.[14] The introductory design is fabricated using a 90-nanometre SOI process, with initial volume production slated for IBM's facility in East Fishkill, New York.[13]

Note that the relationship between cores and threads is a common source of confusion. The PPE core is dual threaded and manifests in software as two independent threads of execution while each active SPE manifests as a single thread. In the PlayStation 3 configuration as described by Sony, the Cell processor provides nine independent threads of execution.

On June 28, 2005, IBM and Mercury Computer Systems announced a partnership agreement to build Cell-based computer systems for embedded applications such as medical imaging, industrial inspection, aerospace and defense, seismic processing, and telecommunications. Mercury has since then released blades, conventional rack servers and PCI Express accelerator boards with Cell processors.

In the fall of 2006 IBM released the QS20 blade module using double Cell BE processors for tremendous performance in certain applications, reaching a peak of 410 gigaFLOPS per module. These modules are expected to be a part of the IBM Roadrunner supercomputer that will be operational in 2008. Mercury and IBM uses the fully utilized Cell processor with 8 active SPEs.

# Overview

The **Cell Broadband Engine**—or *Cell* as it is more commonly known—is a microprocessor designed to bridge the gap between conventional desktop processors (such as the well known Pentium and PowerPC families) and more specialized high-performance processors, such as nVIDIA and ATI graphics-processors (GPUs). The name indicates its intended use, namely as a component in current and future digital distribution systems; as such it may be utilized in high-definition displays and recording equipment, as well as computer entertainment systems for the HDTV era. Additionally the processor should be well suited to digital imaging systems (medical, scientific, etc.) as well as physical simulation (e.g. scientific and structural engineering modeling).



A Cell Processor

In a simple analysis the Cell processor can be split into four components: external input and output structures, the main processor called the *Power Processing Element* (PPE) (a two-way

SMT Power 970 architecture compliant core), eight fully-functional co-processors called the *Synergistic Processing Elements* or SPEs and a specialized high-bandwidth circular data bus connecting the PPE, input/output elements and the SPEs, called the *Element Interconnect Bus* or EIB.

To achieve the high performance needed for mathematically intensive tasks, such as decoding/encoding MPEG streams, generating or transforming three dimensional data, or undertaking Fourier analysis of data, the Cell processor simply marries the SPEs and the PPE via the EIB to give both access to main memory or other external data storage. The PPE which is capable of running a conventional operating system has control over the SPEs and can start, stop, interrupt and schedule processes running on the SPEs. To this end the PPE has additional instructions relating to control of the SPEs. Despite having Turing complete architectures the SPEs are not fully autonomous and require the PPE to initiate them before they can do any useful work. Most of the "horsepower" of the system comes from the synergistic processing elements.

The PPE and bus architecture includes various modes of operation giving different levels of memory protection, allowing areas of memory to be protected from access by specific processes running on the SPEs or PPE.

Both the PPE and SPE are RISC architectures with a fixed-width 32-bit instruction format. The PPE contains a 64-bit general purpose register set (GPR), a 64-bit floating point register set (FPR), and a 128-bit Altivec register set. The SPE contains 128-bit registers only. These can be used for scalar data types ranging from 8-bits to 128-bits in size or for SIMD computations on a variety of integer and floating point formats. System memory addresses for both the PPE and SPE are expressed as 64-bit values for a theoretic address range of $2^{64}$ bytes. In practice, not all of these bits are implemented in hardware; the address space is extremely large nevertheless. Local store addresses internal to the SPU processor are expressed as a 32-bit word. In documentation relating to Cell a word is always taken to mean 32 bits, a doubleword means 64 bits, and a quadword means 128 bits.

**Influence and contrast**

In some ways the Cell system resembles early Seymour Cray designs in reverse. The famed CDC 6600 used a single very fast processor to handle the mathematical calculations, while a series of ten slower systems were given smaller programs to keep the main memory fed with data. In the Cell the problem has been reversed: reading the data is no longer the difficult problem due to the complex encodings used in industry; today the problem is efficiently decoding that data into an ever-less-compressed version as quickly as possible.

Modern graphics cards have multiple elements very similar to the SPE's, known as shader units, with an attached high speed memory. Programs, known as *shaders*, are loaded onto the units to process the input data streams fed from the previous stages (possibly the CPU), according to the required operations.

The main differences are that the Cell's SPEs are much more general purpose than shader units, and the ability to chain the SPEs under program control offers considerably more flexibility, allowing the Cell to handle graphics, sound, or anything else...

# Architecture

While the Cell chip can have a number of different configurations, the basic configuration is composed

of one "Power Processor Element" ("PPE") (sometimes called "Processing Element", or "PE"), and multiple "Synergistic Processing Elements" ("SPE").[16] The PPE and SPEs are linked together by an internal high speed bus dubbed "Element Interconnect Bus" ("EIB"). Due to the nature of its applications, Cell is optimized towards single precision floating point computation. The SPEs are capable of performing double precision calculations, albeit with an order of magnitude performance penalty. However, there are ways to circumvent this in software using iterative refinement, which means only the values are calculated in double precision where it actually makes sense. Jack Dongarra and his team demonstrated (http://www.netlib.org/lapack/lawnspdf/lawn175.pdf) a 3.2 GHz Cell with 8 SPUs delivering a performance equal to 100 GFLOPS on an average double precision Linpack 4096x4096 matrix.

## Power Processor Element

The 'PPE is the Power Architecture based, two-way multithreaded core acting as the controller for the eight SPEs, which handle most of the computational workload. The PPE will work with conventional operating systems due to its similarity to other 64-bit PowerPC processors, while the SPEs are designed for vectorized floating point code execution. The PPE contains a 32 KiB instruction and a 32 KiB data Level 1 cache and a 512 KiB Level 2 cache. Additionally, IBM has included an AltiVec unit[17] which is fully pipelined for double precision floating point and each SPU can complete two double precision operations per clock cycle, which translates to 6.4 GFLOPS at 3.2 GHz; or eight single precision operations per clock cycle, which translates to 25.6 GFLOPS at 3.2 GHz.[18]

## Synergistic Processing Elements (SPE)

Each SPE is composed of a "Synergistic Processing Unit", SPU, and a "Memory Flow Controller", MFC (DMA, MMU, and bus interface).[19] An SPE is a RISC processor with 128-bit SIMD organization[17][20][21] for single and double precision instructions. With the current generation of the Cell, each SPE contains a 256 KiB instruction and data local memory area (called "local store") which is visible to the PPE and can be addressed directly by software. Each SPE can support up to 4 GiB of local store memory. The local store does not operate like a conventional CPU cache since it is neither transparent to software nor does it contain hardware structures that predict which data to load. The SPEs contain a 128 × 128 register file and measure 14.5 mm² on a 90 nm process. An SPE can operate on 16 8-bit integers, 8 16-bit integers, 4 32-bit integers, or 4 single precision floating-point numbers in a single clock cycle. It can also do a memory operation in the same clock cycle. Note that the SPU processor cannot directly access system memory; the 64-bit memory addresses formed by the SPU must be passed from the SPU processor to the SPE memory flow controller (MFC) to set up a DMA operation within the system address space.

In one typical usage scenario, the system will load the SPEs with small programs (similar to threads), chaining the SPEs together to handle each step in a complex operation. For instance, a set-top box might load programs for reading a DVD, video and audio decoding, and display, and the data would be passed off from SPE to SPE until finally ending up on the TV. Another possibility is to partition the input data set and have several SPEs performing the same kind of operation in parallel. At 3.2 GHz, each SPU gives a theoretical 25.6 GFLOPS of single precision performance.

Compared to a modern personal computer, the relatively high overall floating point performance of a Cell processor seemingly dwarfs the abilities of the SIMD unit in desktop CPUs like the Pentium 4 and the Athlon 64. However, comparing only floating point abilities of a system is a one-dimensional and

application-specific metric. Unlike a Cell processor, such desktop CPUs are more suited to the general purpose software usually run on personal computers. In addition to executing multiple instructions per clock, processors from Intel and AMD feature branch predictors. The Cell is designed to compensate for this with compiler assistance, in which prepare-to-branch instructions are created. For double-precision, as used in personal computers, Cell performance drops by an order of magnitude, but still reaches 14 GFLOPS.

Recent tests by IBM show that the SPEs can reach 98% of their theoretical peak performance using optimized parallel Matrix Multiplication.[18]

## Element Interconnect Bus (EIB)

The EIB is a communication bus internal to the Cell processor which connects the various on-chip system elements: the PPE processor, the memory controller (MIC), the eight SPE coprocessors, and two off-chip I/O interfaces, for a total of 12 participants. The EIB also includes an arbitration unit which functions as a set of traffic lights. In some documents IBM refers to EIB bus participants as 'units'.

The EIB is presently implemented as a circular ring comprised of four 16B-wide unidirectional channels which counter-rotate in pairs. When traffic patterns permit, each channel can convey up to three transactions concurrently. As the EIB runs at half the system clock rate the effective channel rate is 16 bytes every two system clocks. At maximum concurrency, with three active transactions on each of the four rings, the peak *instantaneous* EIB bandwidth is 96B per clock (12 concurrent transactions * 16 bytes wide / 2 system clocks per transfer). While this figure is often quoted in IBM literature it is unrealistic to simply scale this number by processor clock speed. The arbitration unit imposes additional constraints which are discussed in the **Bandwidth Assessment** section below.

IBM Senior Engineer David Krolak, EIB lead designer, explains the concurrency model:

> *A ring can start a new op every three cycles. Each transfer always takes eight beats. That was one of the simplifications we made, it's optimized for streaming a lot of data. If you do small ops, it does not work quite as well. If you think of eight-car trains running around this track, as long as the trains aren't running into each other, they can coexist on the track.*[22]

Each participant on the EIB has one 16B read port and one 16B write port. The limit for a single participant is to read and write at a rate of 16B per EIB clock (for simplicity often regarded 8B per system clock). Note that each SPU processor contains a dedicated DMA management queue capable of scheduling long sequences of transactions to various endpoints without interfering with the SPU's ongoing computations; these DMA queues can be managed locally or remotely as well, providing additional flexibility in the control model.

Data flows on an EIB channel stepwise around the ring. Since there are twelve participants, the total number of steps around the channel back to the point of origin is twelve. Six steps is the longest distance between any pair of participants. An EIB channel is not permitted to convey data requiring more than six steps; such data must take the shorter route around the circle in the other direction. The number of steps involved in sending the packet has very little impact on transfer latency: the clock speed driving the steps is very fast relative to other considerations. However, longer communication distances *are* detrimental to the overall performance of the EIB as they reduce available concurrency.

Despite IBM's original desire to implement the EIB as a more powerful cross-bar, the circular configuration they adopted to spare resources rarely represents a limiting factor on the performance of the Cell chip as a whole. In the worst case, the programmer must take extra care to schedule communication patterns where the EIB is able to function at high concurrency levels.

David Krolak explains:

> *Well, in the beginning, early in the development process, several people were pushing for a crossbar switch, and the way the bus is architected, you could actually pull out the EIB and put in a crossbar switch if you were willing to devote more silicon space on the chip to wiring. We had to find a balance between connectivity and area, and there just was not enough room to put a full crossbar switch in. So we came up with this ring structure which we think is very interesting. It fits within the area constraints and still has very impressive bandwidth.*[22]

**Bandwidth assessment**

For the sake of quoting performance numbers, we will assume a Cell processor running at 3.2 GHz, the clock speed most often cited.

At this clock frequency each channel flows at a rate of 25.6 GB/s. Viewing the EIB in isolation from the system elements it connects, achieving twelve concurrent transactions at this flow rate works out to an abstract EIB bandwidth of 307.2 GB/s. Based on this view many IBM publications depict available EIB bandwidth as "greater than 300 GB/s". This number reflects the peak *instantaneous* EIB bandwidth scaled by processor frequency.[23]

However, other technical restrictions are involved in the arbitration mechanism for packets accepted onto the bus. The IBM Systems Performance group explains:

> *Each unit on the EIB can simultaneously send and receive 16B of data every bus cycle. The maximum data bandwidth of the entire EIB is limited by the maximum rate at which addresses are snooped across all units in the system, which is one per bus cycle. Since each snooped address request can potentially transfer up to 128B, the theoretical peak data bandwidth on the EIB at 3.2 GHz is 128Bx1.6 GHz = 204.8 GB/s.*[18]

This quote apparently represents the full extent of IBM's public disclosure of this mechanism and its impact. The EIB arbitration unit, the snooping mechanism, and interrupt generation on segment or page translation faults are not well described in the documentation set as yet made public by IBM.

In practice effective EIB bandwidth can also be limited by the ring participants involved. While each of the nine processing cores can sustain 25.6 GB/s read and write concurrently, the memory interface controller (MIC) is tied to a pair of XDR memory channels permitting a maximum flow of 25.6 GB/s for reads and writes **combined** and the two IO controllers are documented as supporting a peak combined input speed of 25.6 GB/s and a peak combined output speed of 35 GB/s.

To add further to the confusion, some older publications cite EIB bandwidth assuming a 4 GHz system clock. This reference frame results in an instantaneous EIB bandwidth figure of 384 GB/s and an arbitration-limited bandwidth figure of 256 GB/s.

All things considered the theoretic 204.8 GB/s number most often cited is the best one to bear in mind. The *IBM Systems Performance* group has demonstrated SPU-centric data flows achieving 197 GB/s on a Cell processor running at 3.2 GHz so this number is a fair reflection on practice as well.

**Optical Interconnect**

Sony is currently working on the development of an optical interconnection technology for use in the device-to-device or internal interface of various types of cell-based digital consumer electronics and game systems.

**Memory controller and I/O**

Cell contains a dual channel next-generation Rambus XIO macro which interfaces to Rambus XDR memory. The memory interface controller (MIC) is separate from the XIO macro and is designed by IBM. The XIO-XDR link runs at 3.2 Gbit/s per pin. Two 32 bit channels can provide a theoretical maximum of 25.6 GB/s.

The system interface used in Cell, also a Rambus design, is known as FlexIO. The FlexIO interface is organized into 12 "lanes," each lane being a unidirectional 8-bit wide point-to-point path. Five 8-bit wide point-to-point paths are inbound lanes to Cell, while the remaining seven are outbound. This provides a theoretical peak bandwidth of 62.4 GB/s (36.4 GB/s outbound, 26 GB/s inbound) at 2.6 GHz. The FlexIO interface can be clocked independently, typ. at 3.2 GHz. 4 inbound + 4 outbound lanes are supporting memory coherency.

**Broadband engine**

Much less information is available about the 'broadband engine', most coming from patent applications. It is believed that Cell allows for multiple processing cores to be put onto one die, and the patent shows four cores on one die. Sony, Toshiba, and IBM have claimed that they intend to scale the processor for various uses, both low-end and high-end, by varying the number of cores on the chip, the number of units in a single core, and by linking multiple chips to each other via network or memory bus.

# Possible applications

**Blade server**

IBM has presented the QS20 blade server based on two Cell processors, originally running the 2.6.11 Linux kernel.[24] The prototypes ran at 2.4 GHz. Current systems run at 3.2 GHz, providing 205 GFLOPS single-precision floating point performance per CPU (or 410 GFLOPS per board). IBM also expects to arrange seven blades in a single rackmount chassis (similar to their BladeCenter product line) for a total performance of 2.8 TFLOPS (or 284 GFLOPS in double precision) per chassis. However, the performance numbers released by IBM are still theoretical, and the real-world performance could be significantly different from theoretical expectations.

Mercury Computer Systems, Inc. has released blades, conventional rack servers and PCI Express accelerator boards with Cell processors.

**Console videogames**

Sony's PlayStation 3 video game console contains the first production application of the Cell processor, clocked at 3.2 GHz and containing seven out of eight operational SPEs, to allow Sony to increase the yield on the processor manufacture. Only six of the seven SPEs are accessible to developers as one is reserved by the OS.[25]

**Home cinema**

Reportedly, Toshiba is considering producing HDTVs using Cell. They have already presented a system to decode 48 MPEG-2 streams simultaneously on a 1920×1080 screen.[26][27] This can enable a viewer to choose a channel based on dozens of thumbnail videos displayed simultaneously on the screen.

**Super computing**

IBM's new planned supercomputer, IBM Roadrunner, will be a hybrid of General Purpose RISC as well as Cell processors. It is reported that this combination will produce the first computer to run at petaflop speeds. It will use an updated version of the Cell processor, manufactured using 65 nm technology and enhanced SPUs that can handle double precision calculations in the 128 bit registers, reaching double precision 100 GFLOPs.[28][29]

# Software engineering

Due to the flexible nature of the Cell, there are several possibilities for the utilization of its resources:[30]

**Job queue**

The PPE maintains a job queue, schedules jobs in SPEs, and monitors progress. Each SPE runs a "mini kernel" whose role is to fetch a job, execute it, and synchronize with the PPE.

**Self-multitasking of SPEs**

The kernel and scheduling is distributed across the SPEs. Tasks are synchronized using mutexes or semaphores as in a conventional operating system. Ready-to-run tasks wait in a queue for a SPE to execute them. The SPEs use shared memory for all tasks in this configuration.

**Stream processing**

Each SPE runs a distinct program. Data comes from an input stream, and is sent to SPEs. When an SPE has terminated the processing, the output data is sent to output stream.

This provides a flexible and powerful architecture for stream processing, and allows explicit scheduling for each SPE separately. Other processors are also able to perform streaming tasks, but are limited by the kernel loaded.

**Open source software development**

In 2005, patches enabling Cell support in the Linux kernel were submitted for inclusion by IBM developers.[31] Arnd Bergmann (one of the developers of the aforementioned patches) also described the Linux-based Cell architecture at LinuxTag 2005.[32]

Both PPE and SPEs are programmable in C/C++ using a common API provided by libraries. According to Sony, a compiler, debugger, IDE, performance analyzer, and Cell emulator should be made available soon.[30] IBM has developed a pseudo-filesystem for Linux coined "Spufs" that simplifies access to and use of the SPE resources. IBM is currently maintaining the Linux kernel and GDB ports, while Sony maintains the GNU toolchain (GCC, binutils).[33]

In November 2005, IBM released a "Cell Broadband Engine (CBE) Software Development Kit Version 1.0", consisting of a simulator and assorted tools, to its web site. Development versions of the latest kernel and tools for Fedora Core 4 are maintained at the Barcelona Supercomputing Center website.[34]

With the release of kernel version 2.6.16 on March 20, 2006, the Linux kernel officially supports the Cell processor.[35]

# Abbreviations

EIB
    Element Interconnect Bus[36]
LS
    Local Storage (SPE's local memory)[37]
MIC
    Memory Interface Controller[36]
PPE
    Power Processor Element[36]
SMF
    Synergistic Memory Flow Controller
SPE
    Synergistic Processing Element[36]
SPU
    Streaming Processor Unit[38]
STI
    Sony Computer Entertainment Inc., Toshiba Corp., IBM

# See also

- IBM POWER
- Other MIMD-on-a-chip processors ( Multi-core processors) include
  - TMS320C80 MVP (multimedia video processor)
  - Kilocore
  - Emotion Engine
  - graphics processing unit
  - the Parallax Propeller
  - sometimes multiple CPUs are placed on a single FPGA

- Apulet

# References

1. ^ Cell Designer talks about PS3 and IBM Cell Processors (http://ps3.qj.net/Cell-Designer-talks-about-PS3-and-IBM-Cell-Processors/pg/49/aid/14805). Retrieved on 2007-03-22.
2. ^ *a b* Synergistic Processing in Cell's Multicore Architecture (http://www.research.ibm.com/people/m/mikeg/papers/2006_ieeemicro.pdf). IEEE. Retrieved on 2007-03-22.
3. ^ Cell Broadband Engine Interconnect and Memory Interface (http://www.hotchips.org/archives/hc17/2_Mon/HC17.S1/HC17.S1T2.pdf). IBM. Retrieved on 2007-03-22.
4. ^ Cell Broadband Engine Project Aims to Supercharge IBM Mainframe for Virtual Worlds (http://www-03.ibm.com/press/us/en/pressrelease/21433.wss). IBM (2007-04-26).
5. ^ Shankland, Stephen. "Octopiler seeks to arm Cell programmers (http://news.com.com/Octopiler+seeks+to+arm+Cell+programmers/2100-1007_3-6042132.html)", *CNET*, 2006-02-22. Retrieved on 2007-03-22.
6. ^ "Cell Broadband Engine Software Development Kit Version 1.0 (http://lwn.net/Articles/159564/)", *LWN*, 2005-11-10. Retrieved on 2007-03-22.
7. ^ The Potential of the Cell Processor for Scientific Computing (http://www.cs.berkeley.edu/~samw/projects/cell/CF06.pdf). Computational Research Division, Lawrence Berkeley National Laboratory. Retrieved on 2007-03-18.
8. ^ *a b* Goettling, Gary. "Power Cell (http://gtalumni.org/Publications/magazine/win07/research.html)", *Georgia Tech Alumni Magazine Online, Georgia Tech Alumni Association*, Winter 2007. Retrieved on 2007-03-22.
9. ^ *a b* IBM (2006-11-05). *College of computing at Georgia tech selected as the first Sony-Toshiba-IBM center of competence focused on the cell processor (http://www-03.ibm.com/industries/media/doc/content/news/pressrelease/1875614111.html)*. Press release. Retrieved on 2007-03-22.
10. ^ Keefe, Bob. "Georgia, not Austin, gets chip center (http://www.cc.gatech.edu/~bader/news/AustinAmericanStatesman-061114.pdf)", *Austin American Statesman*, 2006-11-14. Retrieved on 2007-03-22.
11. ^ One-Day IBM Cell Programming Workshop at Georgia Tech: Streaming Presentation of the full-day workshop (http://www.cc.gatech.edu/~bader/CellProgramming.html). Georgia Tech College of Computing. Retrieved on 2007-03-22.
12. ^ *a b* "Introduction to the Cell multiprocessor (http://researchweb.watson.ibm.com/journal/rd/494/kahle.html)", *IBM Journal of Research and Development*, 2005-08-07. Retrieved on 2007-03-22.
13. ^ *a b* IBM Produces Cell Processor Using New Fabrication Technology. (http://www.xbitlabs.com/news/cpu/display/20070312121941.html). X-bit labs. Retrieved on March 12, 2007.
14. ^ *a b* Thurrott, Paul. "Sony Ups the Ante with PlayStation 3 (http://www.windowsitpro.com/Articles/ArticleID/46431/46431.html?Ad=1)", *WindowsITPro*, 2005-05-17. Retrieved on 2007-03-22.
15. ^ *a b* Roper, Chris. "E3 2005: Cell Processor Technology Demos (http://gear.ign.com/articles/615/615521p1.html)", *IGN*, 2005-05-17. Retrieved on 2007-03-22.
16. ^ "Cell Microprocessor Briefing (http://pc.watch.impress.co.jp/docs/2005/0208/kaigai153.htm)", *IBM, Sony Computer Entertainment Inc., Toshiba Corp.*, 7 February 2005.
17. ^ *a b* "Power Efficient Processor Design and the Cell Processor (http://www.cerc.utexas.edu/vlsi-seminar/spring05/slides/2005.02.16.hph.pdf)", *IBM*, 16 February 2005.
18. ^ *a b c* Cell Broadband Engine Architecture and its first implementation (http://www-128.ibm.com/developerworks/power/library/pa-cellperf/). IBM developerWorks (Nov 29, 2005). Retrieved on 6 April 2006.
19. ^ IBM Research - Cell (http://www.research.ibm.com/cell/). *IBM*. Retrieved on 11 June 2005.
20. ^ Synergistic Processing in Cell's Multicore Architecture

(http://citeseer.ist.psu.edu/cache/papers/cs2/624/http:zSzzSzwww.research.ibm.comzSzpeoplezSzmzSzmikeg
IEEE Micro (Mar 2006). Retrieved on 1 Nov 2006.

21. ^ A novel SIMD architecture for the Cell heterogeneous chip-multiprocessor
(http://www.hotchips.org/archives/hc17/2_Mon/HC17.S1/HC17.S1T1.pdf). Hot Chips 17 (Aug 15, 2005).
Retrieved on 1 Jan 2006.

22. ^ *a* *b* Meet the experts: David Krolak on the Cell Broadband Engine EIB bus (http://www-
128.ibm.com/developerworks/power/library/pa-expert9/). IBM (2005-12-06). Retrieved on 2007-03-18.

23. ^ Cell Multiprocessor Communication Network: Built for Speed
(http://hpc.pnl.gov/people/fabrizio/papers/ieeemicro-cell.pdf). IEEE. Retrieved on 2007-03-22.

24. ^ "IBM Discloses Cell Based Blade Server Board Prototype
(http://techon.nikkeibp.co.jp/english/NEWS_EN/20050525/105050/?ST=english)", *Tech-On!*, May 25,
2005.

25. ^ Martin Linklater. "Optimizing Cell Core", *Game Developer Magazine, April 2007*, pp. 15-18. (in
english) "To increase fabrication yields, Sony ships PlayStation 3 Cell processors with only seven working
SPEs. And from those seven, one SPE will be used by the operating system for various tasks, This leaves six
SPEs for game programmer to use."

26. ^ "Toshiba Demonstrates Cell Microprocessor Simultaneously Decoding 48 MPEG-2 Streams
(http://techon.nikkeibp.co.jp/english/NEWS_EN/20050425/104149/?ST=english)", *Tech-On!*, April 25,
2005.

27. ^ "Winner: Multimedia Monster (http://www.spectrum.ieee.org/jan06/2609)", *IEEE Spectrum*, 1 January
2006.

28. ^ Beyond a Single Cell (http://www.cs.utk.edu/~dongarra/cell2006/cell-slides/04-Ken-Koch.pdf). Los
Alamos National Laboratory. Retrieved on October 25, 2006.

29. ^ The Potential of the Cell Processor for Scientific Computing
(http://repositories.cdlib.org/cgi/viewcontent.cgi?article=4262&context=lbnl). ACM Computing Frontiers.
Retrieved on October, 2006.

30. ^ *a* *b* "CELL: A New Platform for Digital Entertainment
(http://www.research.scea.com/research/html/CellGDC05/)", *Sony Computer Entertainment Inc.*, March 9,
2005.

31. ^ Bergmann, Arnd (2005-06-21). ppc64: Introduce Cell/BPA platform, v3
(http://lkml.org/lkml/2005/6/21/390). Retrieved on 2007-03-22.

32. ^ The Cell Processor Programming Model (http://www.linuxtag.org/typo3site/freecongress-details.html?
talkid=156). *LinuxTag 2005*. Retrieved on 11 June 2005.

33. ^ "Arnd Bergmann on Cell (http://www-128.ibm.com/developerworks/power/library/pa-expert4/)", *IBM
developerWorks*, 2005-06-25.

34. ^ Linux on Cell BE-based Systems (http://www.bsc.es/projects/deepcomputing/linuxoncell/). Barcelona
Supercomputing Center. Retrieved on 2007-03-22.

35. ^ Shankland, Stephen. "Linux gets built-in Cell processor support (http://news.com.com/2100-7344_3-
6052314.html)", *CNET*, 2006-03-21. Retrieved on 2007-03-22.

36. ^ *a* *b* *c* *d* "The Design and Implementation of a First-Generation CELL Processor
(http://www.ibm.com/chips/techlib/techlib.nsf/techdocs/7FB9EC5D5BBF51ED87256FC000742186/
$file/ISSCC-10.2-Cell_Design.PDF)", *Sony Computer Entertainment Inc., Toshiba Corp., IBM*, 8 February
2005.

37. ^ "ISSCC 2005: The CELL Microprocessor (http://www.realworldtech.com/page.cfm?
ArticleID=RWT021005084318)", *Real World Technologies*, 10 February 2005.

38. ^ "A 4.8 GHz Fully Pipelined Embedded SRAM in the Streaming Processor of a CELL Processor
(http://www.ibm.com/chips/techlib/techlib.nsf/techdocs/372E2BE9229AC34987256FC00074A13A/
$file/ISSCC-26.7-Cell_SRAM.PDF)", *Sony Computer Entertainment Inc., Toshiba Corp., IBM*, 9 February
2005.

# External links

- The Cell BE Processor Security Architecture
(http://www.ibm.com/developerworks/power/library/pa-cellsecurity/?ca=dgr-wikiaCellSecurity)
- Upgrade your Cell BE SDK Components (http://www.ibm.com/developerworks/power/library/pa-

nl28-downloads/?S_TACT=105AGX59&S_CMP=GR&ca=dgr-wikiaUpgradeCell)
- Sony Computer Entertainment International's CELL resource page (http://cell.scei.co.jp/)
- Site offering news and info on the Cell processor (http://www.cell-processor.net/)
- Cell Broadband Engine resource center (http://www-128.ibm.com/developerworks/power/cell/)
- 60 page Cell intro presentation (http://research.scea.com/research/html/CellGDC05/index.html) from Sony Computer Entertainment US Research and Development
- Hardware and Software Architectures for the CELL BROADBAND ENGINE processor (http://www.casesconference.org/cases2005/pdf/Cell-tutorial.pdf)
- Barcelona Supercomputing Center - Linux/Cell SDK + Source (http://www.bsc.es/projects/deepcomputing/linuxoncell/)
- Cell Performance - Cell development tips (http://www.cellperformance.com/articles/)
- Cell Code Snippets showing Matrix-Vector Multiply, with Performance (http://brandon-merkl.blogspot.com/2007/03/cell-processor-matrix-vector-multiply.html)

## News

- Sony, IBM, and Toshiba announces Cell development (http://www-306.ibm.com/chips/news/2001/0312_sony-toshiba.html) (2001-03-12)
- Sony/Toshiba Press Release on Cell Production (http://www.scei.co.jp/corporate/release/pdf/041129ae.pdf) (2004-11-29)
- Sony PR on one-rack 16 TFLOP workstation (http://www.scei.co.jp/corporate/release/pdf/041129be.pdf) (2004-11-29)
- IBM/Sony/Toshiba PR on key details of the Cell Chip (http://www.ibm.com/press/us/en/pressrelease/7502.wss) (2005-02-07)
- IBM/Sony/Toshiba PR on the release of the Cell SDK (http://www-03.ibm.com/press/us/en/pressrelease/7964.wss) (2005-11-09)

## Articles

- Winner: Multimedia Monster (http://www.spectrum.ieee.org/jan06/2609)
- Military to Begin Using Cell Processor Technology (http://www.cotsjournalonline.com/home/article.php?id=100412)
- "PlayStation 3 chip has split personality" (http://news.com.com/PlayStation+3+chip+has+split+personality/2100-1043_3-5566340.html?tag=nl) — By David Becker, CNET News.com, 7 February 2005
- "It's the Software, Stupid! (http://www.pbs.org/cringely/pulpit/2005/pulpit_20050217_000843.html)" — Robert X. Cringely piece about why software is key to the Cell success.
- "Because It's an Once in a Lifetime Challenge (http://techon.nikkeibp.co.jp/english/NEWS_EN/20050407/103542)" — Ken Kutaragi
- "Introducing the IBM/Sony/Toshiba Cell Processor" — Jon "Hannibal" Stokes
  - Part I: the SIMD processing units (http://arstechnica.com/articles/paedia/cpu/cell-1.ars)
  - Part II: The Cell Architecture (http://arstechnica.com/articles/paedia/cpu/cell-2.ars)
- Link to image of ISSCC presentation abstract for 90 nm process (http://pcweb.mycom.co.jp/news/2004/11/29/011bl.jpg)
- Cell Architecture Explained (http://www.blachford.info/computer/Cell/Cell0_v2.html)
- "The Soul of Cell (http://www.gamezero.com/team-0/articles/interviews/dr_h_peter_hofstee/)" Interview with Dr. H. Peter Hofstee, Cell Chief Scientist and Cell Synergistic Processor Chief Architect, with the IBM Systems and Technology Group

## Technical documentation

- Standards and documentation (http://www-128.ibm.com/developerworks/power/cell/docs_documentation.html)

---

**IBM**                                                                          [hide]

**Corporate Directors:** Cathleen Black, Kenneth I. Chenault, Juergen Dormann, Michael L. Eskew, Shirley Ann Jackson, Minoru Makihara, Lucio A. Noto, James W. Owens, Samuel J. Palmisano, Joan E. Spero, Sidney Taurel, Lorenzo H. Zambrano

**Hardware Products: Cell microprocessor** | Mainframe | PC | POWER

**Software Products:** AIX | DB2 | Lotus Notes | OS/2 | WebSphere | Cloudscape | Workplace

**Consulting and IT Services:** IBM Global Services

**See also:** IBM India | IBM PC compatible | IBM Public License | List of IBM acquisitions and spinoffs | List of IBM products

**Annual Revenue:** ▲$91.4 billion USD (FY 2006) | **Employees:** 329,373 (2005) | **Stock Symbol:** NYSE: IBM (http://www.nyse.com/about/listed/lcddata.html?ticker=IBM) | **Website:** www.ibm.com (http://www.ibm.com/)

---

Retrieved from "http://en.wikipedia.org/wiki/Cell_microprocessor"

Categories: Power Architecture | Articles to be expanded since January 2007 | All articles to be expanded | Articles with unsourced statements since March 2007 | All articles with unsourced statements | Cleanup from March 2007 | Microprocessors | PowerPC microprocessors | Cell BE architecture

- This page was last modified 02:08, 28 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 16

# Genetic code

From Wikipedia, the free encyclopedia
(Redirected from Codon)

The **genetic code** is the set of rules by which information encoded in genetic material (DNA or RNA sequences) is translated into proteins (amino acid sequences) by living cells. Specifically, the code defines a mapping between tri-nucleotide sequences called **codons** and amino acids; every triplet of nucleotides in a nucleic acid sequence specifies a single amino acid. Because the vast majority of genes are encoded with exactly the same code (see #RNA codon table), this particular code is often referred to as the **canonical** or **standard** genetic code, or simply **the** genetic code, though in fact there are many variant codes (thus, the canonical genetic code is not **universal**). For example, in humans, protein synthesis in mitochondria relies on a genetic code that varies from the canonical code.



A series of codons in a short RNA molecule. Each codon consists of three nucleotides, representing a single amino acid.

## Contents

- 1 Cracking the genetic code
- 2 Transfer of information via the genetic code
- 3 RNA codon table
- 4 Salient features
  - 4.1 Reading frame of a sequence
  - 4.2 Start/stop codons
  - 4.3 Degeneracy of the genetic code
- 5 Variations to the Standard Genetic Code
- 6 Theories on the origin of the genetic code
- 7 References
- 8 See also
- 9 Further reading
- 10 External links

## Cracking the genetic code

After the structure of DNA was deciphered by James Watson, Francis Crick, Maurice Wilkins and Rosalind Franklin, serious efforts to understand the nature of the encoding of proteins began. George Gamov postulated that a three-letter code must be employed to encode the 20 different amino acids used by living cells to encode proteins (since 3 is the smallest n such that $4^n$ is at least 20). The first elucidation of a codon was done by Marshall Nirenberg and Heinrich J. Matthaei in 1961 at the National Institutes of Health. They used a cell-free system to translate a poly-uracil RNA sequence (or UUUUU... in biochemical terms) and discovered that the polypeptide they had synthesized consisted of only the amino acid phenylalanine. They thereby deduced from this poly-phenylalanine that the codon UUU specified the amino-acid phenylalanine. Extending this work, Nirenberg and his coworkers were able to determine the nucleotide makeup of each codon. In order to determine the order of the sequence, trinucleotides were bound to ribosomes and radioactively labeled aminoacyl-tRNA was used to

determine which amino acid corresponded to the codon. Nirenberg's group was able to determine the sequences of 54 out of 64 codons. Subsequent work by Har Gobind Khorana identified the rest of the code, and shortly thereafter Robert W. Holley determined the structure of transfer RNA, the adapter molecule that facilitates translation. In 1968, Khorana, Holley and Nirenberg shared the Nobel Prize in Physiology or Medicine for their work.

## Transfer of information via the genetic code

The genome of an organism is inscribed in DNA, or in some viruses RNA. The portion of the genome that codes for a protein or an RNA is referred to as a gene. Those genes that code for proteins are composed of tri-nucleotide units called **codons**, each coding for a single amino acid. Each nucleotide sub-unit consists of a phosphate, deoxyribose sugar and one of the 4 nitrogenous nucleotide bases. The purine bases adenine (**A**) and guanine (**G**) are larger and consist of two aromatic rings. The pyrimidine bases cytosine (**C**) and thymine (**T**) are smaller and consist of only one aromatic ring. In the double-helix configuration, two strands of DNA are joined to each other by hydrogen bonds in an arrangement known as base pairing. These bonds almost always form between an adenine base on one strand and a thymine on the other strand and between a cytosine base on one strand and a guanine base on the other. This means that the number of A and T residues will be the same in a given double helix as will the number of G and C residues. In RNA, thymine (**T**) is replaced by uracil (**U**), and the deoxyribose is substituted by ribose.

Each protein-coding gene is transcribed into a template molecule of the related polymer RNA, known as messenger RNA or mRNA. This in turn is translated on the ribosome into an amino acid chain or polypeptide. The process of translation requires transfer RNAs specific for individual amino acids with the amino acids covalently attached to them, guanosine triphosphate as an energy source, and a number of translation factors. tRNAs have anticodons complementary to the codons in mRNA and can be "charged" covalently with amino acids at their 3' terminal CCA ends. Individual tRNAs are charged with specific amino acids by enzymes known as aminoacyl tRNA synthetases which have high specificity for both their cognate amino acids and tRNAs. The high specificity of these enzymes is a major reason why the fidelity of protein translation is maintained.

There are $4^3 = 64$ different codon combinations possible with a triplet codon of three nucleotides. In reality, all 64 codons of the standard genetic code are assigned for either amino acids or stop signals during translation. If, for example, an RNA sequence, UUUAAACCC is considered and the **reading-frame** starts with the first U (by convention, 5' to 3'), there are three codons, namely, UUU, AAA and CCC, each of which specifies one amino acid. This RNA sequence will be translated into an amino acid sequence, three amino acids long.

The standard genetic code is shown in the following tables. Table 1 shows what amino acid each of the 64 codons specifies. Table 2 shows what codons specify each of the 20 standard amino acids involved in translation. These are called forward and reverse codon tables, respectively. For example, the codon AAU represents the amino acid asparagine, and UGU and UGC represent cysteine (standard three-letter designations, Asn and Cys respectively).

## RNA codon table

This table shows the 64 codons and the amino acid each codon codes for. The direction is 5' to 3'.

| | | 2nd base | | | |
|---|---|---|---|---|---|
| | | **U** | **C** | **A** | **G** |
| **1st base** | **U** | UUU (Phe/F) Phenylalanine UUC (Phe/F) Phenylalanine UUA (Leu/L)Leucine UUG (Leu/L)Leucine | UCU (Ser/S) Serine UCC (Ser/S) Serine UCA (Ser/S) Serine UCG (Ser/S) Serine | UAU (Tyr/Y)Tyrosine UAC (Tyr/Y)Tyrosine UAA Ochre (*Stop*) UAG Amber (*Stop*) | UGU (Cys/C) Cysteine UGC (Cys/C) Cysteine UGA Opal (*Stop*) UGG (Trp/W) Tryptophan |
| | **C** | CUU (Leu/L)Leucine CUC (Leu/L)Leucine CUA (Leu/L)Leucine CUG (Leu/L)Leucine | CCU (Pro/P) Proline CCC (Pro/P) Proline CCA (Pro/P) Proline CCG (Pro/P) Proline | CAU (His/H)Histidine CAC (His/H)Histidine CAA (Gln/Q) Glutamine CAG (Gln/Q) Glutamine | CGU (Arg/R) Arginine CGC (Arg/R) Arginine CGA (Arg/R) Arginine CGG (Arg/R) Arginine |
| | **A** | AUU (Ile/I)Isoleucine AUC (Ile/I)Isoleucine AUA (Ile/I)Isoleucine AUG (Met/M) Methionine, *Start*[1] | ACU (Thr/T) Threonine ACC (Thr/T) Threonine ACA (Thr/T) Threonine ACG (Thr/T) Threonine | AAU (Asn/N) Asparagine AAC (Asn/N) Asparagine AAA (Lys/K)Lysine AAG (Lys/K)Lysine | AGU (Ser/S)Serine AGC (Ser/S)Serine AGA (Arg/R) Arginine AGG (Arg/R) Arginine |
| | **G** | GUU (Val/V)Valine GUC (Val/V)Valine GUA (Val/V)Valine GUG (Val/V)Valine | GCU (Ala/A) Alanine GCC (Ala/A) Alanine GCA (Ala/A) Alanine GCG (Ala/A) Alanine | GAU (Asp/D) Aspartic acid GAC (Asp/D) Aspartic acid GAA (Glu/E) Glutamic acid GAG (Glu/E) Glutamic acid | GGU (Gly/G) Glycine GGC (Gly/G)Glycine GGA (Gly/G) Glycine GGG (Gly/G) Glycine |

**Inverse table**

| | | | |
|---|---|---|---|
| **Ala** | GCU, GCC, GCA, GCG | **Leu** | UUA, UUG, CUU, CUC, CUA, CUG |
| **Arg** | CGU, CGC, CGA, CGG, AGA, AGG | **Lys** | AAA, AAG |
| **Asn** | AAU, AAC | **Met** | AUG |
| **Asp** | GAU, GAC | **Phe** | UUU, UUC |

| Cys | UGU, UGC | Pro | CCU, CCC, CCA, CCG |
|-------|-----------------|-------|----------------------------------|
| Gln | CAA, CAG | Ser | UCU, UCC, UCA, UCG, AGU, AGC |
| Glu | GAA, GAG | Thr | ACU, ACC, ACA, ACG |
| Gly | GGU, GGC, GGA, GGG | Trp | UGG |
| His | CAU, CAC | Tyr | UAU, UAC |
| Ile | AUU, AUC, AUA | Val | GUU, GUC, GUA, GUG |
| START | AUG | STOP | UAG, UGA, UAA |

# Salient features

## Reading frame of a sequence

Note that a codon is defined by the initial nucleotide from which translation starts. For example, the string GGGAAACCC, if read from the first position, contains the codons GGG, AAA and CCC; and if read from the second position, it contains the codons GGA and AAC; if read starting from the third position, GAA and ACC. Partial codons have been ignored in this example. Every sequence can thus be read in three **reading frames**, each of which will produce a different amino acid sequence (in the given example, Gly-Lys-Pro, Gly-Asp, or Glu-Thr, respectively). With double-stranded DNA there are six possible reading frames, three in the forward orientation on one strand and three reverse (on the opposite strand).

The actual frame a protein sequence is translated in is defined by a **start codon**, usually the first AUG codon in the mRNA sequence. Mutations that disrupt the reading frame by insertions or deletions of a non-multiple of 3 nucleotide bases are known as frameshift mutations. These mutations may impair the function of the resulting protein, if it is formed, and are thus rare in *in vivo* protein-coding sequences. Often such misformed proteins are targeted for proteolytic degradation. In addition, a frame shift mutation is very likely to cause a stop codon to be read which truncates the creation of the protein (example [2] (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=PubMed&list_uids=8723688&dopt=Abstract)). One reason for the rareness of frame-shifted mutations being inherited is that if the protein being translated is essential for growth under the selective pressures the organism faces, absence of a functional protein may cause lethality before the organism is viable.

## Start/stop codons

Translation starts with a chain initiation codon (start codon). Unlike stop codons, the codon alone is not sufficient to begin the process. Nearby sequences and initiation factors are also required to start translation. There is only one start codon: AUG, which codes for methionine, so every amino acid chain must start with methionine.

The three stop codons have been given names: UAG is *amber*, UGA is *opal* (sometimes also called *umber*), and UAA is *ochre*. "Amber" was named by discoverers Dick Epstein and Charley Steinberg after their friend Harris Bernstein, whose last name means "amber" in German. The other two stop codons were named 'ochre' and 'opal' in order to keep the "color names" theme. Stop codons are also

called termination codons and they signal release of the nascent polypeptide from the ribosome due to binding of release factors in the absence of cognate tRNAs with anticodons complementary to these stop signals.[2]

## Degeneracy of the genetic code

Notice that there is redundancy in the genetic code, but no ambiguity. For example, although codons GAA and GAG both specify glutamic acid (redundancy), neither of them specifies any other amino acid (no ambiguity). Degenerate codons may differ in their third positions; e.g., both GAA and GAG code for the amino acid glutamic acid. A codon is said to be **fourfold degenerate** if any nucleotide at its third position specifies the same amino acid; it is said to be **twofold degenerate** if only two of four possible nucleotides at its third position specify the same amino acid. In twofold degenerate codons, the equivalent third position nucleotides are always either two purines (A/G) or two pyrimidines (C/T). Only two amino acids are specified by a single codon; one of these is the amino-acid methionine, specified by the codon AUG, which also specifies the start of translation; the other is tryptophan, specified by the codon UGG. The degeneracy of the genetic code is what accounts for the existence of silent mutations.

Degeneracy results because a triplet code designates 20 amino acids and a stop codon. Because there are four bases, triplet codons are required to produce at least 21 different codes. For example, if there were two bases per codon, then only 16 amino acids could be coded for ($4^2=16$). Because at least 21 codes are required, then $4^3$ gives 64 possible codons, meaning that some degeneracy must exist.

These properties of the genetic code make it more fault-tolerant for point mutations. For example, in theory, fourfold degenerate codons can tolerate any point mutation at the third position, although codon usage bias restricts this in practice in many organisms; twofold degenerate codons can tolerate one out of the three possible point mutations at the third position. Since transition mutations (purine to purine or pyrimidine to pyrimidine mutations) are more likely than transversion (purine to pyrimidine or vice-versa) mutations, the equivalence of purines or that of pyrimidines at twofold degenerate sites adds a further fault-tolerance.

A practical consequence of redundancy is that some errors in the genetic code only cause a silent mutation or an error that would not affect the protein because the hydrophilicity or hydrophobicity is maintained by equivalent substitution of amino acids; for example, a codon of NUN (where N = any nucleotide) tends to code for hydrophobic amino acids. Even so, it is a single point mutation that causes a modified hemoglobin molecule in sickle-cell disease. The hydrophilic glutamate (Glu) is substituted by the hydrophobic valine (Val), which reduces the solubility of ß-globin. In this case, this mutation causes hemoglobin to form linear polymers linked by the hydrophobic interaction between the valine groups causing sickle-cell deformation of erythrocytes. Sickle-cell disease is generally not caused by a *de novo* mutation. Rather it is selected for in malarial regions (in a way similar to thalassemia), as heterozygous people have some resistance to the malarial *Plasmodium* parasite (heterozygote advantage).

These variable codes for amino acids are allowed because of modified bases in the first base of the anticodon of the tRNA, and the base-pair formed is called a wobble base pair. The modified bases include inosine and the Non-Watson-Crick U-G basepair.

# Variations to the Standard Genetic Code

While slight variations on the standard code had been predicted earlier,[3] none were discovered until 1979, when researchers studying human mitochondrial genes discovered they used an alternate code. Many slight variants have been discovered since,[4] including various alternative mitochondrial codes,[5] as well as small variants such as *mycoplasma* translating the codon UGA as tryptophan. In bacteria and archaea, GUG and UUG are common start codons. However, in rare cases, certain specific proteins may use alternate initiation (start) codons not normally used by that species.[6]

In certain proteins, non-standard amino acids are substituted for standard stop codons, depending upon associated signal sequences in the messenger RNA: UGA can code for selenocysteine and UAG can code for pyrrolysine as discussed in the relevant articles. Selenocysteine is now viewed as the 21st amino acid, and pyrrolysine is viewed as the 22nd. A detailed description of variations in the genetic code can be found at the NCBI web site (http://www.ncbi.nlm.nih.gov/Taxonomy/Utils/wprintgc.cgi?mode=c).

However, all known codes have strong similarities to each other, and the coding mechanism is the same for all organisms: three-base codons, tRNA, and ribosomes, reading the code in the same direction, translating the code three letters at a time into sequences of amino acids.

## Theories on the origin of the genetic code

Despite the variations that exist, the genetic codes used by all known forms of life on Earth are very similar. Since there are many possible genetic codes that are thought to have similar utility to the one used by Earth life, the theory of evolution suggests that the genetic code was established very early in the history of life and meta-analysis of transfer RNA suggest it was established soon after the formation of earth.

One can ask the question: is the genetic code completely random, just one set of codon-amino acid correspondences that happened to establish itself and be "frozen in" early in evolution, although *functionally* any of the many other possible transcription tables would have done just as well? Already a cursory look at the table shows patterns that suggest that this is not the case.

There are three themes running through the many theories that seek to explain the evolution of the genetic code (and hence the origin of these patterns).[7] One is illustrated by recent aptamer experiments which show that some amino acids have a selective chemical affinity for the base triplets that code for them.[8] This suggests that the current, complex translation mechanism involving tRNA and associated enzymes may be a later development, and that originally, protein sequences were directly templated on base sequences. Another is that the standard genetic code that we see today grew from a simpler, earlier code through a process of "biosynthetic expansion". Here the idea is that primordial life 'discovered' new amino acids (e.g. as by-products of metabolism) and later back-incorporated some of these into the machinery of genetic coding. Although much circumstantial evidence has been found to suggest that fewer different amino acids were used in the past than today,[9] precise and detailed hypotheses about exactly which amino acids entered the code in exactly what order has proved far more controversial.[10] [11] A third theory is that natural selection has led to codon assignments of the genetic code that minimize the effects of mutations.[12]

## References

1. ^ The codon AUG both codes for methionine and serves as an initiation site: the first AUG in an mRNA's coding region is where translation into protein begins.
2. ^ http://www.sci.sdsu.edu/~smaloy/MicrobialGenetics/topics/rev-sup/amber-name.html
3. ^ Crick, F. H. C. and Orgel, L. E. (1973) "Directed panspermia." Icarus 19:341-346. p. 344: "It is a little surprising that organisms with somewhat different codes do not coexist." (Further discussion at [1] (http://www.talkorigins.org/faqs/comdesc/section1.html))
4. ^ NCBI: "The Genetic Codes", Compiled by Andrzej (Anjay) Elzanowski and Jim Ostell (http://130.14.29.110/Taxonomy/Utils/wprintgc.cgi?mode=c)
5. ^ Jukes TH, Osawa S, *The genetic code in mitochondria and chloroplasts.*, Experientia. 1990 Dec 1;46(11-12):1117-26. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&list_uids=2253709&dopt=Abstract)
6. ^ Genetic Code page in the NCBI Taxonomy section (http://www.ncbi.nlm.nih.gov/Taxonomy/Utils/wprintgc.cgi?mode=c) (Downloaded 27 April 2007.)
7. ^ Knight, R.D.; Freeland S. J. and Landweber, L.F. (1999) The 3 Faces of the Genetic Code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=10366854) *Trends in the Biochemical Sciences* **24** (6), 241-247.
8. ^ Knight, R.D. and Landweber, L.F. (1998). Rhyme or reason: RNA-arginine interactions and the genetic code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=9751648) *Chemistry & Biology* **5**(9), R215-R220. PDF version of manuscript (http://bayes.colorado.edu/Papers/chmbio98.pdf)
9. ^ Brooks, Dawn J.; Fresco, Jacques R.; Lesk, Arthur M.; and Singh, Mona. (2002). Evolution of Amino Acid Frequencies in Proteins Over Deep Time: Inferred Order of Introduction of Amino Acids into the Genetic Code (http://mbe.oupjournals.org/cgi/content/full/19/10/1645). *Molecular Biology and Evolution* **19**, 1645-1655.
10. ^ Amirnovin R. (1997) An analysis of the metabolic theory of the origin of the genetic code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=9115171) *Journal of Molecular Evolution* **44**(5), 473-6.
11. ^ Ronneberg T.A.; Landweber L.F. and Freeland S.J. (2000) Testing a biosynthetic theory of the genetic code: Fact or artifact? (http://www.pnas.org/cgi/content/full/97/25/13690) *Proceedings of the National Academy of Sciences, USA* **97**(25), 13690-13695.
12. ^ Freeland S.J.; Wu T. and Keulmann N. (2003) The Case for an Error Minimizing Genetic Code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14604186) *Orig Life Evol Biosph.* **33**(4-5), 457-77.

## See also

- Anticodon
- Protein biosynthesis
- Operon
- Lac operon
- Epigenetic code
- Har Gobind Khorana

## Further reading

- Griffiths, Anthony J.F.; Miller, Jeffrey H.; Suzuki, David T.; Lewontin, Richard C.; Gelbart, William M. (1999). *Introduction to Genetic Analysis* (7th ed.) (http://www.ncbi.nlm.nih.gov/books/bv.fcgi?call=bv.View..ShowTOC&rid=iga.TOC). New York: W. H. Freeman & Co. ISBN 0-7167-3771-X
- Alberts, Bruce; Johnson, Alexander; Lewis, Julian; Raff, Martin; Roberts, Keith; Walter, Peter. (2002). *Molecular Biology of the Cell* (4th ed.) (http://www.ncbi.nlm.nih.gov/books/bv.fcgi?

call=bv.View..ShowTOC&rid=mboc4.TOC&depth=2). New York: Garland Publishing. ISBN 0-
8153-3218-1
- Lodish, Harvey; Berk, Arnold; Zipursky, S. Lawrence; Matsudaira, Paul; Baltimore, David;
Darnell, James E. (1999). *Molecular Cell Biology* (4th ed.)
(http://www.ncbi.nlm.nih.gov/books/bv.fcgi?call=bv.View..ShowTOC&rid=mcb.TOC). New
York: W. H. Freeman & Co. ISBN 0-7167-3706-X

# External links

- Online DNA → Amino Acid Converter (http://www.geneseo.edu/~eshamb/php/dna.php)
- DNA Sequence → Protein Sequence converter
(http://bioinformatics.picr.man.ac.uk/bioinf/tyates.jsp?page=3)
- DNA to protein translation (6 frames/13 genetic codes) (http://insilico.ehu.es/translate/)
- The Codon Usage Database (http://www.kazusa.or.jp/codon/) → Codon frequency tables for many
organisms
- Evolving Code (http://www.evolvingcode.net/) - a themed wiki devoted to the topic of how the
genetic code evolved, and its effects on the subsequent evolution of the genome.

Retrieved from "http://en.wikipedia.org/wiki/Genetic_code"

Categories: Molecular genetics | Gene expression | Protein biosynthesis

- This page was last modified 15:55, 29 April 2007.
- All text is available under the terms of the GNU Free
Documentation License. (See **Copyrights** for details.)
Wikipedia® is a registered trademark of the Wikimedia
Foundation, Inc., a US-registered 501(c)(3) tax-deductible
nonprofit charity.