109. ^ Jeffreys A, Wilson V, Thein S. "Individual-specific 'fingerprints' of human DNA.". *Nature* **316** (6023): 76 – 9. PMID 2989708 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=2989708).

110. ^ Colin Pitchfork — first murder conviction on DNA evidence also clears the prime suspect (http://www.forensic.gov.uk/forensic_t/inside/news/list_casefiles.php?case=1) Forensic Science Service Accessed 23 Dec 2006

111. ^ DNA Identification in Mass Fatality Incidents (http://massfatality.dna.gov/Introduction/). National Institute of Justice (September 2006).

112. ^ Baldi, Pierre. Brunak, Soren. *Bioinformatics: The Machine Learning Approach* MIT Press (2001) ISBN 978-0-262-02506-5

113. ^ Gusfield, Dan. *Algorithms on Strings, Trees, and Sequences: Computer Science and Computational Biology*. Cambridge University Press, 15 January 1997. ISBN 978-0-521-58519-4.

114. ^ Sjölander K (2004). "Phylogenomic inference of protein molecular function: advances and challenges (http://bioinformatics.oxfordjournals.org/cgi/reprint/20/2/170)". *Bioinformatics* **20** (2): 170-9. PMID 14734307 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14734307).

115. ^ Mount DM (2004). *Bioinformatics: Sequence and Genome Analysis*, 2, Cold Spring Harbor Laboratory Press. ISBN 0879697121.

116. ^ Adleman L (1994). "Molecular computation of solutions to combinatorial problems". *Science* **266** (5187): 1021 – 4. PMID 7973651 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=7973651).

117. ^ Parker J (2003). "Computing with DNA. (http://www.pubmedcentral.nih.gov/articlerender.fcgi? tool=pubmed&pubmedid=12524509)". *EMBO Rep* **4** (1): 7 – 10. PMID 12524509 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=12524509).

118. ^ Ashish Gehani, Thomas LaBean and John Reif. DNA-Based Cryptography (http://citeseer.ist.psu.edu/gehani99dnabased.html). Proceedings of the 5th DIMACS Workshop on DNA Based Computers, Cambridge, MA, USA, 14 – 15 June 1999.

119. ^ Wray G (2002). "Dating branches on the tree of life using DNA (http://www.pubmedcentral.nih.gov/articlerender.fcgi?tool=pubmed&pubmedid=11806830)". *Genome Biol* **3** (1): REVIEWS0001. PMID 11806830 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=11806830).

120. ^ *Lost Tribes of Israel*, NOVA, PBS airdate: 22 February 2000. Transcript available from PBS.org, (http://www.pbs.org/wgbh/nova/transcripts/2706israel.html) (last accessed on 4 March 2006)

121. ^ Kleiman, Yaakov. "The Cohanim/DNA Connection: The fascinating story of how DNA studies confirm an ancient biblical tradition". (http://www.aish.com/societywork/sciencenature/the_cohanim_-_dna_connection.asp) *aish.com* (January 13, 2000). Accessed 4 March 2006.

122. ^ Bhattacharya, Shaoni. "Killer convicted thanks to relative's DNA". (http://www.newscientist.com/article.ns?id=dn4908) *newscientist.com* (20 April 2004). Accessed 22 Dec 06

123. ^ Dahm R (2005). "Friedrich Miescher and the discovery of DNA". *Dev Biol* **278** (2): 274 – 88. PMID 15680349 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15680349).

124. ^ Levene P, (1919). "The structure of yeast nucleic acid (http://www.jbc.org/cgi/reprint/40/2/415)". *J Biol Chem* **40** (2): 415 – 24.

125. ^ Astbury W, (1947). "Nucleic acid". *Symp. SOC. Exp. Bbl* **1** (66).

126. ^ Avery O, MacLeod C, McCarty M (1944). "Studies on the chemical nature of the substance inducing transformation of pneumococcal types. Inductions of transformation by a desoxyribonucleic acid fraction isolated from pneumococcus type III (http://www.jem.org/cgi/reprint/149/2/297)". *J Exp Med* **79** (2): 137 – 158.

127. ^ Hershey A, Chase M (1952). "Independent functions of viral protein and nucleic acid in growth of bacteriophage (http://www.jgp.org/cgi/reprint/36/1/39.pdf)". *J Gen Physiol* **36** (1): 39 – 56. PMID 12981234 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=12981234).

128. ^ *a b* Watson J.D. and Crick F.H.C. "A Structure for Deoxyribose Nucleic Acid". (http://www.nature.com/nature/dna50/watsoncrick.pdf) (PDF) *Nature* **171**, 737 – 738 (1953). Accessed 13 Feb 2007.

129.  ^ Nature Archives Double Helix of DNA: 50 Years (http://www.nature.com/nature/dna50/archive.html)
130.  ^ Molecular Configuration in Sodium Thymonucleate. Franklin R. and Gosling R.G.Nature 171, 740 – 741 (1953)Nature Archives Full Text (PDF) (http://www.nature.com/nature/dna50/franklingosling.pdf)
131.  ^ Molecular Structure of Deoxypentose Nucleic Acids. Wilkins M.H.F., A.R. Stokes A.R. & Wilson, H.R. Nature 171, 738 – 740 (1953)Nature Archives (PDF) (http://www.nature.com/nature/dna50/wilkins.pdf)
132.  ^ Evidence for 2-Chain Helix in Crystalline Structure of Sodium Deoxyribonucleate. Franklin R. and Gosling R.G. Nature 172, 156 – 157 (1953)Nature Archives,full text (PDF) (http://www.nature.com/nature/dna50/franklingosling2.pdf)
133.  ^ The Nobel Prize in Physiology or Medicine 1962 (http://nobelprize.org/nobel_prizes/medicine/laureates/1962/) Nobelprize .org Accessed 22 Dec 06
134.  ^ Crick, F.H.C. On degenerate templates and the adaptor hypothesis (PDF). (http://genome.wellcome.ac.uk/assets/wtx030893.pdf) genome.wellcome.ac.uk (Lecture, 1955). Accessed 22 Dec 2006
135.  ^ Meselson M, Stahl F (1958). "The replication of DNA in *Escherichia coli*". *Proc Natl Acad Sci U S A* **44** (7): 671 – 82. PMID 16590258 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16590258).
136.  ^ The Nobel Prize in Physiology or Medicine 1968 (http://nobelprize.org/nobel_prizes/medicine/laureates/1968/) Nobelprize.org Accessed 22 Dec 06

# Further reading

- Clayton, Julie. (Ed.). *50 Years of DNA*, Palgrave MacMillan Press, 2003. ISBN 978-1-40-391479-8
- Judson, Horace Freeland. *The Eighth Day of Creation: Makers of the Revolution in Biology*, Cold Spring Harbor Laboratory Press, 1996. ISBN 978-0-87-969478-4
- Olby, Robert. *The Path to The Double Helix: Discovery of DNA*, first published in October 1974 by MacMillan, with foreword by Francis Crick; ISBN 978-0-48-668117-7; the definitive DNA textbook, revised in 1994, with a 9 page postscript.
- Ridley, Matt. *Francis Crick: Discoverer of the Genetic Code (Eminent Lives)* HarperCollins Publishers; 192 pp, ISBN 978-0-06-082333-7 2006
- Rose, Steven. *The Chemistry of Life*, Penguin, ISBN 978-0-14-027273-4.
- Watson, James D. and Francis H.C. Crick. A structure for Deoxyribose Nucleic Acid (http://www.nature.com/nature/dna50/watsoncrick.pdf) (PDF). *Nature* 171, 737 – 738, 25 April 1953.
- Watson, James D. *DNA: The Secret of Life* ISBN 978-0-375-41546-3.
- Watson, James D. *The Double Helix: A Personal Account of the Discovery of the Structure of DNA (Norton Critical Editions)*. ISBN 978-0-393-95075-5
- Watson, James D. "Avoid boring people and other lessons from a life in science" New York: Random House. ISBN 978-0-375-421844 (0-375-41284-0)366pp 2007
- Calladine, Chris R.; Drew, Horace R.; Luisi, Ben F. and Travers, Andrew A. *Understanding DNA*, Elsevier Academic Press, 2003. ISBN 978-0-12155089-9

# DVD

- *DNA — The Story of the Pioneers who Changed the World, (http://www.windfallfilms.com/html/productions/DNA.htm)* Windfall Films Production for Channel Four Television (http://www.channel4.com/science/microsites/D/dna_thestoryoflife/) & PBS Thirteen-WNET (http://www.pbs.org/wnet/dna/) — 2003, PAL [1] (http://www.ncbe.reading.ac.uk/DNA50/documentaries.html), NTSC PBS Shop (http://www.shoppbs.org/searchHandler/index.jsp?searchId=20744726972&keywords=dna&view=all)

- *DNA interactive (http://www.dnai.org/feature/dnai_dvd.html)* PAL [2] (http://www.ncbe.reading.ac.uk/DNA50/interactivepal.html), NTSC [3] (http://www.ncbe.reading.ac.uk/DNA50/interactivensc.html), [4] (http://www.scienceinschool.org/2006/issue1/dnainteractive/)
- *DNA: The Secret of Life (http://www.carolina.com/biotech/DNA_secret.asp)* Carolina Biological
- *DNA — Secret of Photo 51 (http://shop.wgbh.org/webapp/wcs/stores/servlet/ProductDisplay? productId=51808&storeId=11051&catalogId=10051&langId=-1)* Rosalind Franklin — NOVA documentary (NTSC — Region 1?)
- *Cracking the Code of Life (http://shop.wgbh.org/webapp/wcs/stores/servlet/ProductDisplay? productId=18308&storeId=11051&catalogId=10051&langId=-1)* NOVA documentary (NTSC — All Regions)

# External links

- [5] (http://orpheus.ucsd.edu/speccoll/testing/html/mss0660a.html#abstract) Crick's personal papers at Mandeville Special Collections Library, Geisel Library, University of California, San Diego
- DNA Interactive (http://www.dnai.org/) (requires Adobe Flash)
- DNA from the beginning (http://www.dnaftb.org/dnaftb/)
- Double Helix 1953 – 2003 (http://www.ncbe.reading.ac.uk/DNA50/) National Centre for Biotechnology Education
- Double helix: 50 years of DNA (http://www.nature.com/nature/dna50/archive.html), *Nature*
- Rosalind Franklin's contributions to the study of DNA (http://mason.gmu.edu/~emoody/rfranklin.html)
- U.S. National DNA Day (http://www.genome.gov/10506367) –– watch videos and participate in real-time chat with top scientists
- Genetic Education Modules for Teachers (http://www.genome.gov/10506718) — *DNA from the Beginning* Study Guide
- Listen to Francis Crick and James Watson talking on the BBC in 1962, 1972, and 1974 (http://www.bbc.co.uk/bbcfour/audiointerviews/profilepages/crickwatson1.shtml)
- PDB Molecule of the Month *pdb23_1 (http://www.rcsb.org/pdb/static.do? p=education_discussion/molecule_of_the_month/pdb23_1.html)*
- DNA under electron microscope (http://www.fidelitysystems.com/Unlinked_DNA.html)
- DNA (http://dmoz.org/Science/Biology/Biochemistry_and_Molecular_Biology/Biomolecules/Nucleic_A at the Open Directory Project
- DNA Articles (http://dnawiz.com/) — articles and information collected from various sources
- DNA coiling to form chromosomes (http://biostudio.com/c_%20education%20mac.htm)
- DISPLAR: DNA binding site prediction on protein (http://pipe.scs.fsu.edu/displar.html)
- Dolan DNA Learning Center (http://www.dnalc.org/)
- Olby, R. (2003) "Quiet debut for the double helix" (http://chem-faculty.ucsd.edu/joseph/CHEM13/DNA1.pdf) *Nature* **421** (January 23): 402 – 405.
- Basic animated guide to DNA cloning (http://www.blackwellpublishing.com/trun/artwork/Animations/cloningexp/cloningexp.html)

---

**Major Families of Biochemicals**

Peptides | Amino acids | Nucleic acids | Carbohydrates | Lipids | Terpenes | Carotenoids | Tetrapyrroles | Enzyme cofactors | Steroids | Flavonoids | Alkaloids | Polyketides | Glycosides

| Analogues of nucleic acids: | Types of Nucleic Acids | Analogues of nucleic acids: |
|---|---|---|
| **Nucleobases:** | Adenine \| Thymine \| Uracil \| Guanine \| Cytosine \| Purine \| Pyrimidine | |
| **Nucleosides:** | Adenosine \| Uridine \| Guanosine \| Cytidine \| Deoxyadenosine \| Thymidine \| Deoxyguanosine \| Deoxycytidine | |
| **Nucleotides:** | AMP \| UMP \| GMP \| CMP \| ADP \| UDP \| GDP \| CDP \| ATP \| UTP \| GTP \| CTP \| cAMP \| cGMP \| cADPR | |
| **Deoxynucleotides:** | dAMP \| TMP \| dGMP \| dCMP \| dADP \| TDP \| dGDP \| dCDP \| dATP \| TTP \| dGTP \| dCTP | |
| **Ribonucleic acids:** | RNA \| mRNA \| piRNA \| tRNA \| rRNA \| ncRNA \| sgRNA \| shRNA \| siRNA \| snRNA \| miRNA \| snoRNA \| LNA | |
| **Deoxyribonucleic acids:** | **DNA** \| mtDNA \| cDNA \| plasmid \| Cosmid \| BAC \| YAC \| HAC | |
| **Analogues of nucleic acids:** | GNA \| PNA \| TNA \| morpholino | |

Retrieved from "http://en.wikipedia.org/wiki/DNA"

 *MCB Portal*

Categories: Spoken articles | DNA | Genetics

- This page was last modified 17:31, 30 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.