# EXHIBIT 18

# ELISA

From Wikipedia, the free encyclopedia
(Redirected from Enzyme-linked immunosorbent assay)

The **Enzyme-Linked ImmunoSorbent Assay**, or **ELISA**, is a biochemical technique used mainly in immunology to detect the presence of an antibody or an antigen in a sample. The ELISA has been used as a diagnostic tool in medicine, as well as a quality control check in various industries.

Performing an ELISA involves at least one antibody with specificity for a particular antigen. The sample with an unknown amount of antigen is immobilized on a solid support (usually a polystyrene microtiter plate) either non-specifically (via adsorption to the surface) or specifically (via capture by another antibody specific to the same antigen, in a "sandwich" ELISA). After the antigen is immobilized the detection antibody is added, forming a complex with the antigen. The detection antibody can be covalently linked to an enzyme, or can itself be detected by a secondary antibody which is linked to an enzyme through bioconjugation. Between each step the plate is typically washed with a mild detergent solution to remove any proteins or antibodies that are not specifically bound. After the final wash step the plate is developed by adding a enzymatic substrate to produce a visible signal, which indicates the quantity of antigen in the sample. Older ELISAs utilize chromogenic substrates, though newer assays employ fluorogenic substrates with much higher sensitivity.

The **Enzyme ImmunoAssay (EIA)** is a synonym for the ELISA.

## Contents

- 1 Applications
- 2 History
- 3 Methods
  - 3.1 Sandwich ELISA
  - 3.2 Competitive ELISA
- 4 See also
- 5 External links
- 6 References

## Applications

Because the ELISA can be performed to evaluate either the presence of antigen or the presence of antibody in a sample, it is a useful tool both for determining serum antibody concentrations (such as with the Human Immunodeficiency Virus, HIV test[1] or West Nile Virus) and also for detecting the presence of antigen. It has also found applications in the food industry in detecting potential food allergens such as milk, peanuts, walnuts, almonds, and eggs.[2]

## History

Prior to the development of the EIA/ELISA, immunoassays were conducted using radioactively-labeled antigens or antibodies in a technique called radioimmunoassay. The radioactivity provides the signal

which indicates whether a specific antigen or antibody is present in the sample. Radioimmunoassay was first described in a paper by Rosalyn Sussman Yalow and Solomon Berson published in 1960[3].

Because radioactivity poses a health threat, a safer alternative was sought. A suitable alternative to radioimmunoassay would substitute a non-radioactive signal in place of the radioactive signal. When certain enzymes (such as peroxidase) react with appropriate substrates (such as ABTS or 3,3',5,5'-Tetramethylbenzidine), they can result in changes in color, which can be used as a signal. However, the signal has to be associated with the presence of antibody or antigen, which is why the enzyme has to be linked to an appropriate antibody. This linking process was independently developed by Stratis Avrameas and G.B. Pierce[4]. Since it is necessary to remove any unbound antibody or antigen by washing, the antibody or antigen has to be fixed to the surface of the container, i.e. the *immunosorbent* has to be prepared. A technique to accomplish this was published by Wide and Porath in 1966[5]

In 1971, Peter Perlmann and Eva Engvall at Stockholm University in Sweden, as well as Anton Schuurs and Bauke van Weemen in The Netherlands, independently published papers which synthesized this knowledge into methods to perform EIA/ELISA[6][7]

# Methods

The steps of the general, "indirect," ELISA for determining serum antigen concentrations are:

1. Apply a sample of known antigen to a surface, often the well of a microtiter plate. The antigen is fixed to the surface to render it immobile. Simple adsorption of the protein to the plastic surface is usually sufficient. These samples of known antigen concentrations will constitute a standard curve used to calculate antigen concentrations of unknown samples. Note that the antigen itself may be an antibody.
2. The plate wells or other surface are then coated with serum samples of unknown antigen concentration, diluted into the same buffer used for the antigen standards. Since antigen immobilization in this step is due to non-specific adsorption, it is important for the total protein concentration to be similar to that of the antigen standards.
3. A concentrated solution of non-interacting protein, such as Bovine Serum Albumin (BSA) or casein, is added to all plate wells. This step is known as blocking, because the serum proteins block non-specific adsorption of other proteins to the plate.
4. The plate is washed, and a detection antibody specific to the antigen of interest is applied to all plate wells. This antibody will only bind to immobilized antigen on the well surface, not to other serum proteins or the blocking proteins.
5. The plate is washed to remove any unbound detection antibody. After this wash, only the antibody-antigen complexes remain attached to the well.
6. Secondary antibodies, which will bind to any remaining detection antibodies, are added to the wells. These secondary antibodies are conjugated to the substrate-specific enzyme. This step may be skipped if the detection antibody is conjugated to an enzyme.
7. Wash the plate, so that excess unbound enzyme-antibody conjugates are removed.
8. Apply a substrate which is converted by the enzyme to elicit a chromogenic or fluorogenic signal.
9. View/quantify the result using a spectrophotometer, spectrofluorometer, or other optical device.

The enzyme acts as an amplifier; even if only few enzyme-linked antibodies remain bound, the enzyme molecules will produce many signal molecules. A major disadvantage of the indirect ELISA is that the method of antigen immobilization is non-specific; any proteins in the sample will stick to the microtiter plate well, so small concentrations of analyte in serum must compete with other serum proteins when

binding to the well surface. The sandwich ELISA provides a solution to this problem.

ELISA may be run in a qualitative or quantitative format. Qualitative results provide a simple positive or negative result for a sample. The cutoff between positive and negative is determined by the analyst and may be statistical. Two or three times the standard deviation is often used to distinguish positive and negative samples. In quantitative ELISA, the optical density or fluorescent units of the sample is interpolated into a standard curve, which is typically a serial dilution of the target.

## Sandwich ELISA

A less-common variant of this technique, called "sandwich" ELISA, is used to detect sample antigen. The steps are as follows:

1. Prepare a surface to which a known quantity of capture antibody is bound.
2. Apply the antigen-containing sample to the plate.
3. Wash the plate, so that unbound antigen is removed.
4. Apply a detection antibody, with the same antigen specificity as the immobilized capture antibody.
5. Apply enzyme-linked secondary antibodies which are specific to the detection antibodies.
6. Wash the plate, so that the unbound antibody-enzyme conjugates are removed.
7. Apply a chemical which is converted by the enzyme into a color or fluorescent signal.
8. Measure the absorbance or fluorescence of the plate wells to determine the presence and quantity of antigen.



**A sandwich *ELISA*.** (1) Plate is coated with a capture antibody; (2) sample is added, and any antigen present binds to capture antibody; (3) detecting antibody is added, and binds to antigen; (4) enzyme-linked secondary antibody is added, and binds to detecting antibody; (5) substrate is added, and is converted by enzyme to detectable form.

The image to the right includes the use of a secondary antibody conjugated to an enzyme, though technically this is not necessary if the detection antibody is conjugated to an enzyme. However, use of a secondary-antibody conjugate avoids the expensive process of creating enzyme-linked antibodies for every antigen one might want to detect. By using an enzyme-linked antibody that binds the Fc region of other antibodies, this same enzyme-linked antibody can be used in a variety of situations. The major advantage of a sandwich ELISA is the ability to use crude or impure samples and still selectively bind any antigen that may be present. Without the first layer of "capture" antibody, any proteins in the sample (including serum proteins) may competitively adsorb to the plate surface, lowering the quantity of antigen immobilized.

## Competitive ELISA

A third use of ELISA is through competitive binding. The steps for this ELISA are somewhat different than the first two examples:

1. Unlabeled antibody is incubated in the presence of its antigen.
2. These bound antibody/antigen complexes are then added to an antigen coated well.

3. The plate is washed, so that unbound antibody is removed. (The more antigen in the sample, the less antibody will be able to bind to the antigen in the well, hence "competition.")
4. The secondary antibody, specific to the primary antibody is added. This second antibody is coupled to the enzyme.
5. A substrate is added, and remaining enzymes elicit a chromogenic or fluorescent signal.

For competitive ELISA, the higher the original antigen concentration, the weaker the eventual signal.

## See also

- Assay
- ELISPOT
- Radioimmunoassay
- Secretion assay

## External links

- An animated illustration of an ELISA assay (http://www.elispot-analyzers.de/english/elisa-animation.html)
- An animated tutorial comparing the direct and indirect ELISA methods (http://www.sumanasinc.com/webcontent/anisamples/molecularbiology/ELISA.html)
- Online bookshelf from NCBI: searchable text books in molecular biology and related fields (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=Books)
- "Introduction to ELISA Activity - beginner walkthrough of ELISA used for detecting HIV, including animations (http://www.biology.arizona.edu/immunology/activities/elisa/main.html)
- ELISA "The Standard Food Allergy Panel" has been adapted by some labs for use in detecting food allergies, especially for treatment of (http://www.ibstreatmentcenter.com/3_a_3.htm) Irritable Bowel Syndrome (IBS)

## References

1. ^ MedLinePlus. "HIV ELISA/western blot." U.S. National Library of Medicine. Last accessed April 16, 2007. http://www.nlm.nih.gov/medlineplus/ency/article/003538.htm
2. ^ U. S. Food and Drug Administration. "Food Allergen Partnership." Last accessed April 16, 2007. http://www.cfsan.fda.gov/~dms/alrgpart.html
3. ^ YALOW R, BERSON S (1960). "Immunoassay of endogenous plasma insulin in man". *J. Clin. Invest.* **39**: 1157-75. PMID 13846364 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=13846364).
4. ^ Lequin R (2005). "Enzyme immunoassay (EIA)/enzyme-linked immunosorbent assay (ELISA).". *Clin. Chem.* **51** (12): 2415-8. PMID 16179424 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16179424).
5. ^ Wide L, Porath J. Radioimmunoassay of proteins with the use of Sephadex-coupled antibodies. Biochem Biophys Acta 1966;30:257-260.
6. ^ Engvall E, Perlman P (1971). "Enzyme-linked immunosorbent assay (ELISA). Quantitative assay of immunoglobulin G". *Immunochemistry* **8** (9): 871-4. PMID 5135623 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=5135623).
7. ^ Van Weemen BK, Schuurs AH (1971). "Immunoassay using antigen-enzyme conjugates.".

*FEBS Letters* **15** (3): 232-6. PMID 11945853 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=11945853).

- Engvall E, Perlman P. "Enzyme-linked immunosorbent assay (ELISA). Quantitative assay of immunoglobulin G", *Immunochemistry*, 1971 Sep;8(9):871-4 PMID: 5135623 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=5135623)
- Goldsby, R.A., Kindt, T.J., Osborne, B.A. & Kuby, J. Enzyme-Linked Immunosorbent Assay. In: Immunology, 5th ed.(2003), pp. 148-150. W. H. Freeman, New York.

Retrieved from "http://en.wikipedia.org/wiki/ELISA"

Categories: Articles lacking sources from April 2007 | All articles lacking sources | Immunology | Acronyms

- This page was last modified 05:23, 26 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 19

# Gene

From Wikipedia, the free encyclopedia

A **gene** is a segment of nucleic acid that contains the information necessary to produce a functional product, usually a protein. Genes correspond to units of inheritance. They contain regulatory regions dictating under what conditions the product is produced, transcribed regions dictating the structure of the product, and/or other functional sequence regions.[1] Genes interact with each other to influence physical development and behavior. Genes consist of a long strand of DNA (RNA in some viruses) that contains a promoter, which controls the activity of a gene, and a coding sequence, which determines what the gene produces. When a gene is active, the coding sequence is copied in a process called transcription, producing an RNA copy of the gene's information. This RNA can then direct the synthesis of proteins via the genetic code. However, RNAs can also be used directly, for example as part of the ribosome. These molecules resulting from gene expression, whether RNA or protein, are known as gene products.



This stylistic schematic diagram shows a gene in relation to the double helix structure of DNA and to a chromosome (right). Introns are regions often found in eukaryote genes which are removed in the splicing process: only the exons encode the protein. This diagram labels a region of only 40 or so bases as a gene. In reality most genes are hundreds of times larger.

Most genes contain non-coding regions that do not code for the gene products, but regulate gene expression. The genes of eukaryotic organisms can contain non-coding regions called introns that are removed from the messenger RNA in a process known as splicing. The regions that actually encode the gene product, which can be much smaller than the introns, are known as exons. One single gene can lead to the synthesis of multiple proteins through the different arrangements of exons produced by alternative splicings.

| Genetics glossary ||
|---|---|
| A-F | [show] |
| G-Z | [show] |

The total complement of genes in an organism or cell is known as its genome. The genome size of an organism is loosely dependent on its complexity; prokaryotes such as bacteria and archaea have generally smaller genomes, both in number of base pairs and number of genes, than even single-celled eukaryotes. However, the largest known genome belongs to the single-celled amoeba *Amoeba dubia*, with over 6 billion base pairs.[2] The estimated number of genes in the human genome has been repeatedly revised downward since the completion of the Human Genome Project; current estimates place the human genome at just under 3 billion base pairs and about 20,000-25,000 genes.[3] The gene density of a genome is a measure of the number of genes per million base pairs (called a megabase, Mb); prokaryotic genomes have much higher gene densities than eukaryotes. The gene density of the human genome is roughly 12-15 genes/Mb.[4]

# Contents

- 1 Mendelian inheritance and classical genetics
- 2 Physical definitions
    - 2.1 RNA genes
    - 2.2 Functional structure of a gene
    - 2.3 Chromosomes
- 3 Gene expression
    - 3.1 Genetic code
    - 3.2 Transcription
    - 3.3 Translation
- 4 DNA replication and inheritance
    - 4.1 Molecular inheritance
    - 4.2 Mutation
- 5 The genome
    - 5.1 Chromosomal organization
    - 5.2 Composition of the genome
    - 5.3 Genetic and genomic nomenclature
- 6 Evolutionary concept of a gene
- 7 History
- 8 See also
- 9 References
- 10 Further reading
- 11 External links
    - 11.1 Tutorial and news
    - 11.2 References and databases

## Mendelian inheritance and classical genetics

The modern conception of the gene originated with work by Gregor Mendel, a 19th century Augustinian monk who systematically studied heredity in pea plants. Mendel's work was the first to illustrate particulate inheritance, or the theory that inherited traits are passed from one generation to the next in discrete units that interact in well-defined ways. Danish botanist Wilhelm Johannsen coined the word "gene" in 1909 to describe these fundamental physical and functional units of heredity.[5] The word was derived from Hugo De Vries' 1889 term *pangen* for the same concept [6], itself a derivative of the word *pangenesis* coined by Darwin (1868).[7] The word pangenesis is made from the Greek words *pan* (a prefix meaning "whole", "encompassing") and *genesis* ("birth") or *genos* ("origin").

According to the theory of Mendelian inheritance, variations in phenotype - the observable physical and behavioral characteristics of an organism - are due to variations in genotype, or the organism's particular set of genes, each of which specifies a particular trait. Different genes for the same trait, which give rise to different phenotypes, are known as alleles. Organisms such as the pea plants Mendel worked on, along with many plants and animals, have two alleles for each trait, one inherited from each parent. Alleles may be dominant or recessive; dominant alleles give rise to their corresponding phenotypes when paired with any other allele for the same trait, while recessive alleles give rise to their corresponding phenotype only when paired with another copy of the same allele. For example, if the allele specifying tall stems in pea plants is dominant over the allele specifying short stems, then pea plants that inherit one tall allele from one parent and one short allele from the other parent will also have tall stems. Mendel's work found that alleles assort independently in the production of gametes, or germ cells, ensuring variation in the next generation.

Prior to Mendel's work, the dominant theory of heredity was one of blending inheritance, which proposes that the traits of the parents blend or mix in a smooth, continuous gradient in the offspring. Although Mendel's work was largely unrecognized after its first publication in 1866, it was rediscovered in 1900 by three European scientists, Hugo de Vries, Carl Correns, and Erich von Tschermak, who had reached similar conclusions from their own research. However, these scientists were not yet aware of the identity of the 'discrete units' on which genetic material resides.

A series of subsequent discoveries led to the realization decades later that chromosomes within cells are the carriers of genetic material, and that they are made of DNA (deoxyribonucleic acid), a polymeric molecule found in all cells on which the 'discrete units' of Mendelian inheritance are encoded. The modern study of genetics at the level of DNA is known as molecular genetics and the synthesis of molecular genetics with traditional Darwinian evolution is known as the modern evolutionary synthesis.

## Physical definitions

The vast majority of living organisms encode their genes in long strands of DNA. DNA consists of a chain made from four types of nucleotide subunits: adenosine, cytosine, guanosine, and thymidine. Each nucleotide subunit consists of three components: a phosphate group, a deoxyribose sugar ring, and a nucleobase. Thus, nucleotides in DNA or RNA are typically called 'bases'; consequently they are commonly referred to simply by their purine or pyrimidine original base components adenine, cytidine, guanine, thymine. Adenine and guanine are purines and cytosine and thymine are pyrimidines. The most common form of DNA in a cell is in a double helix structure, in which two individual DNA strands twist around each other in a right-handed spiral. In this structure, the base pairing rules specify that guanine pairs with cytosine and adenine pairs with thymine (each pair contains one purine and one pyrimidine). The two strands in a double helix must therefore be *complementary*, that is, their bases must align such that the adenines of one strand are paired with the thymines of the other strand, and so on.



The chemical structure of a four-base fragment of a DNA double helix.

Due to the chemical composition of the pentose residues of the bases, DNA strands have directionality. One end of a DNA polymer contains an exposed hydroxyl group on the deoxyribose, this is known as the 3' end of the molecule. The other end contains an exposed phosphate group, this is the 5' end. The directionality of DNA is vitally important to many cellular processes, since double helices are necessarily directional (a strand running 5'-3' pairs with a complementary strand running 3'-5') and processes such as DNA replication occur in only one direction. All nucleic acid synthesis in a cell occurs in the 5'-3' direction, because new monomers are added via a dehydration reaction that uses the exposed 3' hydroxyl as a nucleophile.

The expression of genes encoded in DNA begins by transcribing the gene into RNA, a second type of nucleic acid that is very similar to DNA, but whose monomers contain the sugar ribose rather than deoxyribose. RNA also contains the base uracil in place of thymine. RNA molecules are less stable than DNA and are typically single-stranded. Genes that encode proteins are composed of a series of three-nucleotide sequences called codons, which serve as the "words" in the genetic "language". The genetic code specifies the correspondence during protein translation between codons and amino acids. The genetic code is nearly the same for all known organisms.

## RNA genes

In most cases, RNA is an intermediate product in the process of manufacturing proteins from genes. However, for some gene sequences, the RNA molecules are the actual functional products. For example, RNAs known as ribozymes are capable of enzymatic function, and miRNAs have a regulatory role. The DNA sequences from which such RNAs are transcribed are known as non-coding DNA, or RNA genes.

Some viruses store their entire genomes in the form of RNA, and contain no DNA at all. Because they use RNA to store genes, their cellular hosts may synthesize their proteins as soon as they are infected and without the delay in waiting for transcription. On the other hand, RNA retroviruses, such as HIV, require the reverse transcription of their genome from RNA into DNA before their proteins can be synthesized. In 2006, French researchers came across a puzzling example of RNA-mediated inheritance in mouse. Mice with a loss-of-function mutation in the gene Kit have white tails. Offspring of these mutants can have white tails despite having only normal Kit genes. The research team traced this effect back to mutated Kit RNA.[8] While RNA is common as genetic storage material in viruses, in mammals in particular RNA inheritance has been observed very rarely.

## Functional structure of a gene

All genes have regulatory regions in addition to regions that explicitly code for a protein or RNA product. A universal regulatory region shared by all genes is known as the promoter, which provides a position that is recognized by the transcription machinery when a gene is about to be transcribed and expressed. Although promoter regions have a consensus sequence that is the most common sequence at this position, some genes have "strong" promoters that bind the transcription machinery well, and others have "weak" promoters that bind poorly. These weak promoters usually permit a lower rate of transcription than the strong promoters, because the transcription machinery binds to them and initiates transcription less frequently. Other possible regulatory regions include enhancers, which can compensate for a weak promoter. Most regulatory regions are "upstream"—that is, before or toward the 5' end of the transcription initiation site. Eukaryotic promoter regions are much more complex and difficult to identify than prokaryotic promoters.

Many prokaryotic genes are organized into operons, or groups of genes whose products have related functions and which are transcribed as a unit. By contrast, eukaryotic genes are transcribed only one at a time, but may include long stretches of DNA called introns which are transcribed but never translated into protein.

## Chromosomes

The total complement of genes in an organism or cell is known as its genome, which may be stored on

one or more chromosomes; the region of the chromosome at which a particular gene is located is called its locus. A chromosome consists of a single, very long DNA helix on which thousands of genes are encoded. Prokaryotes - bacteria and archaea - typically store their genomes on a single large, circular chromosome, sometimes supplemented by additional small circles of DNA called plasmids, which usually encode only a few genes and are easily transferable between individuals. For example, the genes for antibiotic resistance are usually encoded on bacterial plasmids and can be passed between individual cells, even those of different species, via horizontal gene transfer. Although some simple eukaryotes also possess plasmids with small numbers of genes, the majority of eukaryotic genes are stored on multiple linear chromosomes, which are packed within the nucleus in complex with storage proteins called histones. The manner in which DNA is stored on the histone, as well as chemical modifications of the histone itself, are regulatory mechanisms governing whether a particular region of DNA is accessible for gene expression. The ends of eukaryotic chromosomes are capped by long stretches of repetitive sequences called telomeres, which do not code for any gene product but are present to prevent degradation of coding and regulatory regions during DNA replication. The length of the telomeres tends to decrease each time the genome is replicated in preparation for cell division; the loss of telomeres has been proposed as an explanation for cellular senescence, or the loss of the ability to divide, and by extension for the aging process in organisms.[9]

While the chromosomes of prokaryotes are relatively gene-dense, those of eukaryotes often contain so-called "junk DNA", or regions of DNA that serve no obvious function. Simple single-celled eukaryotes have relatively small amounts of such DNA, while the genomes of complex multicellular organisms, including humans, contain an absolute majority of DNA without an identified function.[3]

# Gene expression

In all organisms, there are two major steps separating a protein-coding gene from its protein: first, the DNA on which the gene resides must be *transcribed* from DNA to messenger RNA (mRNA), and second, it must be *translated* from mRNA to protein. RNA-coding genes must still go through the first step, but are not translated into protein. The process of producing a biologically functional molecule of either RNA or protein is called gene expression, and the resulting molecule itself is called a gene product.

### Genetic code

The genetic code is the set of rules by which a gene is translated into a functional protein. Each gene consists of a specific sequence of nucleotides encoded in a DNA (or sometimes RNA) strand; a correspondence between nucleotides, the basic building blocks of genetic material, and amino acids, the basic building blocks of proteins, must be established for genes to be successfully translated into functional proteins. Sets of three nucleotides, known as codons, each correspond to a specific amino acid or to a signal; three codons are known as "stop codons" and, instead of specifying a new amino acid, alert the translation machinery that the end of the gene has been reached. There are 64 possible codons (four possible nucleotides at each of three positions, hence $4^3$ possible codons) and only 20 standard amino acids; hence the code is redundant and multiple codons can specify the same amino acid. The correspondence between codons and amino acids is nearly universal among all known living organisms.

### Transcription

The process of genetic transcription produces a single-stranded RNA molecule known as messenger RNA, whose nucleotide sequence is complementary to the DNA from which it was transcribed. The DNA strand whose sequence matches that of the RNA is known as the coding strand and the strand from which the RNA was synthesized is the template strand. Transcription is performed by an enzyme called an RNA polymerase, which reads the template strand in the 3' to 5' direction and synthesizes the RNA from 5' to 3'. To initiate transcription, the polymerase first recognizes and binds a promoter region of the gene. Thus a major mechanism of gene regulation is the blocking or sequestering of the promoter region, either by tight binding by repressor molecules that physically block the polymerase, or by organizing the DNA so that the promoter region is not accessible.

Schematic diagram of a single-stranded RNA molecule illustrating the position of three-base codons.

In prokaryotes, transcription occurs in the cytoplasm; for very long transcripts, translation may begin at the 5' end of the RNA while the 3' end is still being transcribed. In eukaryotes, transcription necessarily occurs in the nucleus, where the cell's DNA is sequestered; the RNA molecule produced by the polymerase is known as the primary transcript and must undergo post-transcriptional modifications before being exported to the cytoplasm for translation. The splicing of introns present within the transcribed region is a modification unique to eukaryotes; alternative splicing mechanisms can result in mature transcripts from the same gene having different sequences and thus coding for different proteins. This is a major form of regulation in eukaryotic cells.

**Translation**

Translation is the process by which a mature mRNA molecule is used as a template for synthesizing a new protein. Translation is carried out by ribosomes, large complexes of RNA and protein responsible for carrying out the chemical reactions to add new amino acids to a growing polypeptide chain by the formation of peptide bonds. The genetic code is read three nucleotides at a time, in units called codons, via interactions with specialized RNA molecules called transfer RNA (tRNA). Each tRNA has three unpaired bases known as the anticodon that are complementary to the codon it reads; the tRNA is also covalently attached to the amino acid specified by the complementary codon. When the tRNA binds to its complementary codon in an mRNA strand, the ribosome ligates its amino acid cargo to the new polypeptide chain, which is synthesized from amino terminus to carboxyl terminus. During and after its synthesis, the new protein must fold to its active three-dimensional structure before it can carry out its cellular function.

# DNA replication and inheritance

The growth, development, and reproduction of organisms relies on cell division, or the process by which a single cell divides into two usually identical daughter cells. This requires first making a duplicate copy of every gene in the genome in a process called DNA replication. The copies are made by specialized enzymes known as DNA polymerases, which "read" one strand of the double-helical DNA, known as

the template strand, and synthesize a new complementary strand. Because the DNA double helix is held together by base pairing, the sequence of one strand completely specifies the sequence of its complement; hence only one strand needs to be read by the enzyme to produce a faithful copy. The process of DNA replication is semiconservative; that is, the copy of the genome inherited by each daughter cell contains one original and one newly synthesized strand of DNA.[4]

After DNA replication is complete, the cell must physically separate the two copies of the genome and divide into two distinct membrane-bound cells. In prokaryotes - bacteria and archaea - this usually occurs via a relatively simple process called binary fission, in which each circular genome attaches to the cell membrane and is separated into the daughter cells as the membrane invaginates to split the cytoplasm into two membrane-bound portions. Binary fission is extremely fast compared to the rates of cell division in eukaryotes. Eukaryotic cell division is a more complex process known as the cell cycle; DNA replication occurs during a phase of this cycle known as S phase, while the process of segregating chromosomes and splitting the cytoplasm occurs during M phase. In many single-celled eukaryotes such as yeast, reproduction by budding is common, which results in asymmetrical portions of cytoplasm in the two daughter cells.

## Molecular inheritance

The duplication and transmission of genetic material from one generation of cells to the next is the basis for molecular inheritance, and the link between the classical and molecular pictures of genes. Organisms inherit the characteristics of their parents because the cells of the offspring contain copies of the genes in their parents' cells. In asexually reproducing organisms, the offspring will be a genetic copy or clone of the parent organism. In sexually reproducing organisms, a specialized form of cell division called meiosis produces cells called gametes or germ cells that are haploid, or contain only one copy of each gene. The gametes produced by females are called eggs or ova, and those produced by males are called sperm. Two gametes fuse to form a fertilized egg, a single cell that once again has a diploid number of genes - each with one copy from the mother and one copy from the father.

During the process of meiotic cell division, an event called genetic recombination or *crossing-over* can sometimes occur, in which a length of DNA on one chromatid is swapped with a length of DNA on the corresponding sister chromatid. This has no effect if the alleles on the chromatids are the same, but results in reassortment of otherwise linked alleles if they are different. The Mendelian principle of independent assortment asserts that each of a parent's two genes for each trait will sort independently into gametes; which allele an organism inherits for one trait is unrelated to which allele it inherits for another trait. This is in fact only true for genes that do not reside on the same chromosome, or are located very far from one another on the same chromosome. The closer two genes lie on the same chromosome, the more closely they will be associated in gametes and the more often they will appear together; genes that are very close are essentially never separated because it is extremely unlikely that a crossover point will occur between them. This is known as genetic linkage.

## Mutation

DNA replication is for the most part extremely accurate, with an error rate per site of around $10^{-6}$ to $10^{-10}$ in eukaryotes.[4] Rare, spontaneous alterations in the base sequence of a particular gene arise from a number of sources, such as errors in DNA replication and the aftermath of DNA damage. These errors are called mutations. The cell contains many DNA repair mechanisms for preventing mutations and maintaining the integrity of the genome; however, in some cases—such as breaks in both DNA strands

of a chromosome—repairing the physical damage to the molecule is a higher priority than producing an exact copy. Due to the degeneracy of the genetic code, some mutations in protein-coding genes are *silent*, or produce no change in the amino acid sequence of the protein for which they code; for example, the codons UCU and UUC both code for serine, so the U↔C mutation has no effect on the protein. Mutations that do have phenotypic effects are most often neutral or deleterious to the organism, but sometimes they confer benefits to the organism's fitness.

Mutations propagated to the next generation lead to variations within a species' population. Variants of a single gene are known as alleles, and differences in alleles may give rise to differences in traits. Although it is rare for the variants in a single gene to have clearly distinguishable phenotypic effects, certain well-defined traits are in fact controlled by single genetic loci. A gene's most common allele is called the wild type allele, and rare alleles are called mutants. However, this does not imply that the wild-type allele is the ancestor from which the mutants are descended.

# The genome

## Chromosomal organization

The total complement of genes in an organism or cell is known as its genome. In prokaryotes, the vast majority of genes are located on a single chromosome of circular DNA, while eukaryotes usually possess multiple individual linear DNA helices packed into dense DNA-protein complexes called chromosomes. Extrachromosomal DNA is present in many prokaryotes and some simple eukaryotes as small, circular pieces of DNA called plasmids, which usually contain only a few genes each. Generally, regulatory regions and junk DNA are considered to be part of an organism's genome, but structural regions such as telomeres are not. The location (or locus) of a gene and the chromosome on which it is situated is in a sense arbitrary. Genes that appear together on the chromosomes of one species, such as humans, may appear on separate chromosomes in another species, such as mice. Two genes positioned near one another on a chromosome may encode proteins that figure in the same cellular process or in completely unrelated processes. As an example of the former, many of the genes involved in spermatogenesis reside together on the Y chromosome.

Many species carry more than one copy of their genome within each of their somatic cells. Cells or organisms with only one copy of each gene are called haploid; those with two copies are called diploid; and those with more than two copies are called polyploid. When more than one copy is present, the two copies are not necessarily identical; in sexually reproducing organisms, one copy is normally inherited from each parent. The copies may contain distinct DNA sequences encoding distinct alleles.

## Composition of the genome

| +Gene content and genome size of various organisms[4] | | |
|---|---|---|
| **Species** | **Genome size (Mb)** | **Number of genes** |
| *Mycoplasma genitalium* | 0.58 | 500 |
| *Streptococcus pneumoniae* | 2.2 | 2300 |
| *Escherichia coli* | 4.6 | 4400 |
| *Saccharomyces cerevisiae* | 12 | 5800 |

| | | |
|---|---|---|
| *Arabidopsis thaliana* | 125 | 25,500 |
| *Caenorhabditis elegans* | 97 | 19,000 |
| *Sea urchin* | 814 | 23,300 |
| *Drosophila melanogaster* | 180 | 13,700 |
| *Mus musculus* | 2500 | 29,000 |
| *Homo sapiens* | 2900 | 27,000 |
| *Oryza sativa* | 466 | 45-55,000 |

Typical numbers of genes and size of genomes vary widely among organisms, even those that are fairly closely evolutionarily related. Although it was believed before the completion of the Human Genome Project that the human genome would contain many more genes than simpler animals such as mice or fruit flies, the completion of the project has revealed that the human genome has an unexpectedly low gene density.[3] Estimates of the number of genes in a genome are difficult to compile because they depend on gene finding algorithms that search for patterns resembling those present in known genes, such as open reading frames, promoter regions with sequences resembling the consensus promoter sequence, and related regulatory regions such as TATA boxes in eukaryotes. Gene finding is less reliable in eukaryotic than in prokaryotic genomes due to the presence of non-coding DNA such as introns and pseudogenes.[10] Computational gene finding methods are still significantly more reliable than earlier techniques that required mapping the locations of specific mutations that gave rise to distinguishable alleles.[4]

In most eukaryotic species, very little of the DNA in the genome encodes proteins, and the genes may be separated by vast regions of non-coding DNA, much of which has been labeled "junk DNA" due to its apparent lack of function in the modern organism. A commonly studied type of "junk DNA" is the pseudogenes, or region of non-coding DNA that resembles expressed genes but usually lacks appropriate promoters and other control sequences; such regions are hypothesized to be the results of gene duplication events in a lineage's evolutionary past.[11] Moreover, the genes are often fragmented internally by non-coding sequences called introns, which can be many times longer than the coding sequence but are spliced during post-transcriptional modification of pre-mRNA.

### Genetic and genomic nomenclature

Gene nomenclature has been established by the HUGO Gene Nomenclature Committee (HGNC) for each known human gene in the form of an approve a gene name and symbol (short-form abbreviation). All approved symbols are stored in the HGNC Database (http://www.gene.ucl.ac.uk/cgi-bin/nomenclature/searchgenes.pl). Each symbol is unique and each gene is only given one approved gene symbol. It is necessary to provide a unique symbol for each gene so that people can talk about them. This also facilitates electronic data retrieval from publications. In preference each symbol maintains parallel construction in different members of a gene family and can be used in other species, especially the mouse.

# Evolutionary concept of a gene

George C. Williams first explicitly advocated the gene-centric view of evolution in his 1966 book *Adaptation and Natural Selection*. He proposed an evolutionary concept of gene to be used when we are

talking about natural selection favoring some genes. The definition is: "that which segregates and recombines with appreciable frequency." According to this definition, even an asexual genome could be considered a gene, insofar it have an appreciable permanency through many generations.

The difference is: the molecular gene *transcribes* as a unit, and the evolutionary gene *inherits* as a unit.

Richard Dawkins' *The Selfish Gene* and *The Extended Phenotype* defended the idea that the gene is the only replicator in living systems. This means that only genes transmit their structure largely intact and are potentially immortal in the form of copies. So, genes should be the unit of selection. In *The Selfish Gene* Dawkins attempts to redefine the word 'gene' to mean "an inheritable unit" instead of the generally accepted definition of "a section of DNA coding for a particular protein". In River Out of Eden, Dawkins further refined the idea of gene-centric selection by describing life as a river of compatible genes flowing through geological time. Scoop up a bucket of genes from the river of genes, and we have an organism serving as temporary bodies or survival machines. A river of genes may fork into two branches representing two non-interbreeding species as a result of geographical separation.

# History

The existence of genes was first suggested by Gregor Mendel (1822-1884), who, in the 1860s, studied inheritance in pea plants and hypothesized a factor that conveys traits from parent to offspring. He spent over 10 years of his life on one experiment. Although he did not use the term *gene*, he explained his results in terms of inherited characteristics. Mendel was also the first to hypothesize independent assortment, the distinction between dominant and recessive traits, the distinction between a heterozygote and homozygote, and the difference between what would later be described as genotype and phenotype. Mendel's concept was given a name by Hugo de Vries in 1889, who, at that time probably unaware of Mendel's work, in his book *Intracellular Pangenesis* coined the term "pangen" for "the smallest particle [representing] one hereditary characteristic"[6]. Wilhelm Johannsen abbreviated this term to "gene" ("gen" in Danish and German) two decades later.

In the early 1900s, Mendel's work received renewed attention from scientists. In 1910, Thomas Hunt Morgan showed that genes reside on specific chromosomes. He later showed that genes occupy specific locations on the chromosome. With this knowledge, Morgan and his students began the first chromosomal map of the fruit fly *Drosophila*. In 1928, Frederick Griffith showed that genes could be transferred. In what is now known as Griffith's experiment, injections into a mouse of a deadly strain of bacteria that had been heat-killed transferred genetic information to a safe strain of the same bacteria, killing the mouse.

In 1941, George Wells Beadle and Edward Lawrie Tatum showed that mutations in genes caused errors in certain steps in metabolic pathways. This showed that specific genes code for specific proteins, leading to the "one gene, one enzyme" hypothesis. Oswald Avery, Collin Macleod, and Maclyn McCarty showed in 1944 that DNA holds the gene's information. In 1953, James D. Watson and Francis Crick demonstrated the molecular structure of DNA. Together, these discoveries established the central dogma of molecular biology, which states that proteins are translated from RNA which is transcribed from DNA. This dogma has since been shown to have exceptions, such as reverse transcription in retroviruses.

In 1972, Walter Fiers and his team at the Laboratory of Molecular Biology of the University of Ghent (Ghent, Belgium) were the first to determine the sequence of a gene: the gene for Bacteriophage MS2

coat protein.[12] Richard Roberts and Phillip Sharp discovered in 1977 that genes can be split into segments. This leads to the idea that one gene can make several proteins. Recently (as of 2003-2006), biological results let the notion of gene appear more slippery. In particular, genes do not seem to sit side by side on DNA like discrete beads. Instead, regions of the DNA producing distinct proteins may overlap, so that the idea emerges that "genes are one long continuum".[1]

## See also

- DNA
- Epigenetics
- Gene-centric view of evolution
- Gene expression
- Gene family
- Gene pool
- Gene therapy
- Genetic algorithm
- Genetic programming
- Gene regulatory network
- Genetics
- Genomes
- Genomics
- Homeobox
- Human Genome Project
- List of notable genes
- Meme
- Memetics
- Protein
- Pseudogene
- Regulation of gene expression
- RNA
- Smart gene

## References

1. ^ [a] [b] Pearson H (2006). "Genetics: what is a gene?". *Nature* **441** (7092): 398-401. PMID 16724031 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16724031).
2. ^ Cavalier-Smith T. (1985). Eukaryotic gene numbers, non-coding DNA, and genome size. In Cavalier-Smith T, ed. *The Evolution of Genome Size* Chichester: John Wiley.
3. ^ [a] [b] [c] International Human Genome Sequencing Consortium (2004). "Finishing the euchromatic sequence of the human genome. (http://www.nature.com/nature/journal/v431/n7011/full/nature03001.html)". *Nature* **431** (7011): 931-45. PMID 15496913 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15496913).
4. ^ [a] [b] [c] [d] [e] Watson JD, Baker TA, Bell SP, Gann A, Levine M, Losick R (2004). *Molecular Biology of the Gene*, 5th ed., Peason Benjamin Cummings (Cold Spring Harbor Laboratory Press). ISBN 080534635X.
5. ^ The Human Genome Project Timeline (http://www.genome.gov/Pages/Education/Kit/main.cfm?pageid=24). Retrieved on 2006-09-13.
6. ^ [a] [b] Vries, H. de (1889) *Intracellular Pangenesis* [1] (http://www.esp.org/books/devries/pangenesis/facsimile/) ("pangen" definition on page 7 and 40 of this 1910 translation in English)

7. ^ Darwin C. (1868). Animals and Plants under Domestication (1868).
8. ^ Rassoulzadegan M, Grandjean V, Gounon P, Vincent S, Gillot I, Cuzin F (2006). "RNA-mediated non-mendelian inheritance of an epigenetic change in the mouse". *Nature* **441** (7092): 469-74. PMID 16724059 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16724059).
9. ^ Braig M, Schmitt C (2006). "Oncogene-induced senescence: putting the brakes on tumor development". *Cancer Res* **66** (6): 2881-4. PMID 16540631 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16540631).
10. ^ Mount, DW (2004). *Bioinformatics: Sequence and genome analysis*, 2nd ed., Cold Spring Harbor Laboratory Press: Cold Spring Harbor, New York. ISBN 0879697121.
11. ^ Lodish, H, Berk A, Matsudaira P, Kaiser CA, Krieger M, Scott MP, Zipursky SL, Darnell J. (2004). *Molecular Cell Biology*, 5th, New York: WH Freeman.
12. ^ Min Jou W, Haegeman G, Ysebaert M, Fiers W (1972). "Nucleotide sequence of the gene coding for the bacteriophage MS2 coat protein". *Nature* **237** (5350): 82-8. PMID 4555447 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=4555447).

# Further reading

- Dawkins, Richard (1990). *The Selfish Gene*. Oxford University Press. ISBN 0-19-286092-5. Google Book Search (http://print.google.com/print?id=WkHO9HI7koEC); first published 1976.
- Dawkins, Richard (1995). *River Out of Eden*. Basic Books. ISBN 0-465-06990-8.

# External links

- The Dolan DNA Learning Center (http://www.dnalc.org/)
- DNA Interactive (http://www.dnai.org/)
- DNA From The Beginning (http://www.dnaftb.org/)

## Tutorial and news

- Science aid: Genetics (http://www.scienceaid.co.uk/biology/genetics) for beginners
- Recount slashes number of human genes (http://www.newscientist.com/news/news.jsp?id=ns99996561) (from New Scientist magazine)
- National Human Genome Research Institute — News Release (http://www.genome.gov/12513430)
- (2004) "Finishing the euchromatic sequence of the human genome". *Nature* **431** (7011): 931-45. PMID 15496913 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15496913).

## References and databases

- HUGO Gene Nomenclature Committee, HGNC (http://www.gene.ucl.ac.uk/nomenclature)
- OMIM (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=OMIM) NIH's National Library of Medicine NCBI website link to Online Mendelian Inheritance in Man.
- Human Genome Organisation, HUGO (http://www.hugo-international.org/)
- iHOP - Information Hyperlinked over Proteins (http://www.ihop-net.org/UniPub/iHOP/)
- UniProt (http://www.pir.uniprot.org/)
- Entrez Gene - A searchable database of genes (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=gene)
- IDconverter - Map your ids to other known public DBs (http://idconverter.bioinfo.cnio.es/)

Retrieved from "http://en.wikipedia.org/wiki/Gene"

Categories: Spoken articles | Cloning | Genetics | Molecular biology

- This page was last modified 15:10, 30 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.