EXHIBIT 20

# Genome

From Wikipedia, the free encyclopedia

In biology the **genome** of an organism is its whole hereditary information and is encoded in the DNA (or, for some viruses, RNA). This includes both the genes and the non-coding sequences of the DNA. The term was coined in 1920 by Hans Winkler, Professor of Botany at the University of Hamburg, Germany, as a portmanteau of the words *gene* and *chromosome*.[1]

More precisely, the genome of an organism is a complete DNA sequence of one set of chromosomes; for example, one of the two sets that a diploid individual carries in every somatic cell. The term genome can be applied specifically to mean the complete set of *nuclear DNA* (i.e., the "nuclear genome") but can also be applied to organelles that contain their own DNA, as with the mitochondrial genome or the chloroplast genome. When people say that the genome of a sexually reproducing species has been "sequenced," typically they are referring to a determination of the sequences of one set of autosomes and one of each type of sex chromosome, which together represent both of the possible sexes. Even in species that exist in only one sex, what is described as "a genome sequence" may be a composite from the chromosomes of various individuals. In general use, the phrase "genetic makeup" is sometimes used conversationally to mean the genome of a particular individual or organism. The study of the global properties of genomes of related organisms is usually referred to as genomics, which distinguishes it from genetics which generally studies the properties of single genes or groups of genes.

## Contents

- 1 Types
- 2 Genomes and genetic variation
- 3 Genome projects
- 4 Comparison of different genome sizes
- 5 Genome evolution
- 6 See also
- 7 References
- 8 External links

# Types

Most biological entities more complex than a virus sometimes or always carry additional genetic material besides that which resides in their chromosomes. In some contexts, such as sequencing the genome of a pathogenic microbe, "genome" is meant to include this auxiliary material, which is carried in plasmids. In such circumstances then, "genomeey" describes all of the genes and non-coding DNA that have the potential to be present.

In vertebrates such as sheep and other various animals however, "genome" carries the typical connotation of only chromosomal DNA. So although human mitochondria contain genes, these genes are not considered part of the genome. In fact, mitochondria are sometimes said to have their own genome, often referred to as the "mitochondrial genome".

# Genomes and genetic variation

Note that a genome does not capture the genetic diversity or the genetic polymorphism of a species. For example, the human genome sequence in principle could be determined from just half the DNA of one cell from one individual. To learn what variations in DNA underline particular traits or diseases requires comparisons across individuals. This point explains the common usage of "genome" (which parallels a common usage of "gene") to refer not to any particular DNA sequence, but to a whole family of sequences that share a biological context.

Although this concept may seem counter intuitive, it is the same concept that says there is no particular shape that is the shape of a cheetah. Cheetahs vary, and so do the sequences of their genomes. Yet both the individual animals and their sequences share commonalities, so one can learn something about cheetahs and "cheetah-ness" from a single example of either.

# Genome projects

*For more details on this topic, see Genome project.*

The Human Genome Project was organized to map and to sequence the human genome. Other genome projects include mouse, rice, the plant *Arabidopsis thaliana*, the puffer fish, bacteria like E. coli, etc. In 1976, Walter Fiers at the University of Ghent (Belgium) was the first to establish the complete nucleotide sequence of a viral RNA-genome (bacteriophage MS2). The first DNA-genome project to be completed was the Phage Φ-X174, with only 5368 base pairs, which was sequenced by Fred Sanger in 1977. The first bacterial genome to be completed was that of Haemophilus influenzae, completed by a team at The Institute for Genomic Research in 1995. Many genomes have been sequenced by various genome projects. The cost of sequencing continues to drop, and it is possible that eventually an individual human genome could be sequenced for around several thousand dollars (US).

# Comparison of different genome sizes

| Organism | Genome size (base pairs) |
|---|---|
| Virus, Bacteriophage MS2 | 3569 - First sequenced RNA-genome[2] |
| Virus, SV40 | 5224[3] |
| Virus, Phage Φ-X174; | 5386 - First sequenced DNA-genome[4] |
| Virus, Phage λ | $5 \times 10^4$ |
| Bacterium, *Carsonella ruddii* | $1.6 \times 10^5$ - Smallest non-viral genome, Feb 2007 |
| Bacterium, *Buchnera aphidicola* | $6 \times 10^5$ |
| Bacterium, *Wigglesworthia glossinidia* | $7 \times 10^5$ |
| Bacterium, *Escherichia coli* | $4 \times 10^6$ |
| Amoeba, *Amoeba dubia* | $6.7 \times 10^{11}$ - Largest known genome, Dec 2005 |
|  |  |

| | |
|---|---|
| Plant, *Arabidopsis thaliana* | $1.2 \times 10^8$ - First plant genome sequenced, Dec 2000 |
| Plant, *Genlisea margaretae* | $6.34 \times 10^7$ - Smallest recorded flowering plant genome, 2006.[5] |
| Plant, *Fritillaria assyrica* | $1.3 \times 10^{11}$ |
| Plant, *Populus trichocarpa* | $4.8 \times 10^8$ - First tree genome, Sept 2006 |
| Fungus,*Saccharomyces cerevisiae* | $2 \times 10^7$ |
| Nematode, *Caenorhabditis elegans* | $8 \times 10^7$ |
| Insect, *Drosophila melanogaster* aka Fruit Fly | $1.3 \times 10^8$ |
| Insect, *Bombyx mori* aka Silk Moth | $5.30 \times 10^8$ |
| Insect, *Apis mellifera* aka Honey Bee | $1.77 \times 10^9$ |
| Mammal, *Homo sapiens* | $3 \times 10^9$ |

*Note:* The DNA from a single human cell has a length of ~1.8m.

Since genomes and their organisms are very complex, one research strategy is to reduce the number of genes in a genome to the bare minimum and still have the organism in question survive. There is experimental work being done on minimal genomes for single cell organisms as well as minimal genomes for multicellular organisms (see Developmental biology). The work is both *in vivo* and *in silico*.

# Genome evolution

Genomes are more than the sum of an organism's genes and have traits that may be measured and studied without reference to the details of any particular genes and their products. Researchers compare traits such as *chromosome number* (karyotype), genome size, gene order, codon usage bias, and GC-content to determine what mechanisms could have produced the great variety of genomes that exist today (for recent overviews, see Brown 2002; Saccone and Pesole 2003; Benfey and Protopapas 2004; Gibson and Muse 2004; Reese 2004; Gregory 2005).

Duplications play a major role in shaping the genome. Duplications may range from extension of short tandem repeats, to duplication of a cluster of genes, and all the way to duplications of entire chromosomes or even entire genomes. Such duplications are probably fundamental to the creation of genetic novelty.

Horizontal gene transfer is invoked to explain how there is often extreme similarity between small portions of the genomes of two organisms that are otherwise very distantly related. Horizontal gene transfer seems to be common among many microbes. Also, eukaryotic cells seem to have experienced a transfer of some genetic material from their chloroplast and mitochondrial genomes to their nuclear chromosomes.

# See also

- gene
- gene family
- Genome Comparison
- Genome project
- Human genome
- List of omics topics in biology
- List of sequenced eukaryotic genomes
- List of sequenced prokaryotic genomes
- List of sequenced archeal genomes
- Mitochondrial genome
- molecular systematics
- molecular evolution
- Honey Bee Genome Sequencing Consortium
- National Human Genome Research Institute

# References

1. ^ Joshua Lederberg and Alexa T. McCray (2001). "'Ome Sweet 'Omics -- A Genealogical Treasury of Words". *The Scientist* **15** (7).
   An online copy is available here: [1] (http://lhncbc.nlm.nih.gov/lhc/docs/published/2001/pub2001047.pdf)
2. ^ Fiers W, *et al.* (1976). "Complete nucleotide-sequence of bacteriophage MS2-RNA - primary and secondary structure of replicase gene". *Nature* **260**: 500-507.
3. ^ Fiers W, Contreras R, Haegemann G, Rogiers R, Van de Voorde A, Van Heuverswyn H, Van Herreweghe J, Volckaert G, Ysebaert M (1978). "Complete nucleotide sequence of SV40 DNA". *Nature* **273** (5658): 113-120.
4. ^ Sanger F, Air GM, Barrell BG, Brown NL, Coulson AR, Fiddes CA, Hutchison CA, Slocombe PM, Smith M (1977). "Nucleotide sequence of bacteriophage phi X174 DNA". *Nature* **265** (5596): 687-695.
5. ^ Greilhuber, J., Borsch, T., Müller, K., Worberg, A., Porembski, S., and Barthlott, W. (2006). Smallest angiosperm genomes found in Lentibulariaceae, with chromosomes of bacterial size. *Plant Biology*, 8: 770-777.

- Benfey, P and Protopapas, AD (2004). Essentials of Genomics. Prentice Hall.
- Brown, TA (2002). Genomes 2. Bios Scientific Publishers.
- Gibson, G and Muse, SV (2004). A Primer of Genome Science (Second Edition). Sinauer Assoc.
- Gregory, TR (ed) (2005). The Evolution of the Genome. Elsevier.
- Reece, RJ (2004). Analysis of Genes and Genomes. John Wiley & Sons.
- Saccone, C and Pesole, G (2003). Handbook of Comparative Genomics. John Wiley & Sons.
- Werner, E. In silico multicellular systems biology and minimal genomes, Drug Discov Today. 2003 Dec 15;8 (24):1121-7. PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14678738&query_hl=3)

# External links

- DNA Interactive: The History of DNA Science (http://www.dnai.org/)
- DNA From The Beginning (http://www.dnaftb.org/)
- All About The Human Genome Project from Genome.gov (http://www.genome.gov/10001772)
- Animal genome size database (http://www.genomesize.com/)
- Plant genome size database (http://www.rbgkew.org.uk/cval/homepage.html)
- GOLD:Genomes OnLine Database (http://www.genomesonline.org/)
- The Genome News Network (http://www.genomenewsnetwork.org/)

- NCBI Entrez Genome Project database (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=genomeprj)
- NCBI Genome Primer (http://www.ncbi.nlm.nih.gov/About/primer/genetics_genome.html)
- BBC News - Final genome 'chapter' published (http://news.bbc.co.uk/1/hi/sci/tech/4994088.stm)
- Software that maps an Artificial Genome sequence to a Network and to a Lineage tree (http://www.skyjuicesoftware.com/3models/?wiki)
- IMG (http://img.jgi.doe.gov/) The Integrated Microbial Genomes system, for genome analysis by the DOE-JGI.

Retrieved from "http://en.wikipedia.org/wiki/Genome"

Category: Genomics

- This page was last modified 12:19, 13 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 21

# Genetic code

From Wikipedia, the free encyclopedia

The **genetic code** is the set of rules by which information encoded in genetic material (DNA or RNA sequences) is translated into proteins (amino acid sequences) by living cells. Specifically, the code defines a mapping between tri-nucleotide sequences called **codons** and amino acids; every triplet of nucleotides in a nucleic acid sequence specifies a single amino acid. Because the vast majority of genes are encoded with exactly the same code (see #RNA codon table), this particular code is often referred to as the **canonical** or **standard** genetic code, or simply **the** genetic code, though in fact there are many variant codes (thus, the canonical genetic code is not **universal**). For example, in humans, protein synthesis in mitochondria relies on a genetic code that varies from the canonical code.



**RNA**
Ribonucleic acid

A series of codons in a short RNA molecule. Each codon consists of three nucleotides, representing a single amino acid.

## Contents

- 1 Cracking the genetic code
- 2 Transfer of information via the genetic code
- 3 RNA codon table
- 4 Salient features
    - 4.1 Reading frame of a sequence
    - 4.2 Start/stop codons
    - 4.3 Degeneracy of the genetic code
- 5 Variations to the Standard Genetic Code
- 6 Theories on the origin of the genetic code
- 7 References
- 8 See also
- 9 Further reading
- 10 External links

# Cracking the genetic code

After the structure of DNA was deciphered by James Watson, Francis Crick, Maurice Wilkins and Rosalind Franklin, serious efforts to understand the nature of the encoding of proteins began. George Gamov postulated that a three-letter code must be employed to encode the 20 different amino acids used by living cells to encode proteins (since 3 is the smallest n such that $4^n$ is at least 20). The first elucidation of a codon was done by Marshall Nirenberg and Heinrich J. Matthaei in 1961 at the National Institutes of Health. They used a cell-free system to translate a poly-uracil RNA sequence (or UUUUU... in biochemical terms) and discovered that the polypeptide they had synthesized consisted of only the amino acid phenylalanine. They thereby deduced from this poly-phenylalanine that the codon UUU specified the amino-acid phenylalanine. Extending this work, Nirenberg and his coworkers were able to determine the nucleotide makeup of each codon. In order to determine the order of the sequence, trinucleotides were bound to ribosomes and radioactively labeled aminoacyl-tRNA was used to determine which amino acid corresponded to the codon. Nirenberg's group was able to determine the

sequences of 54 out of 64 codons. Subsequent work by Har Gobind Khorana identified the rest of the code, and shortly thereafter Robert W. Holley determined the structure of transfer RNA, the adapter molecule that facilitates translation. In 1968, Khorana, Holley and Nirenberg shared the Nobel Prize in Physiology or Medicine for their work.

## Transfer of information via the genetic code

The genome of an organism is inscribed in DNA, or in some viruses RNA. The portion of the genome that codes for a protein or an RNA is referred to as a gene. Those genes that code for proteins are composed of tri-nucleotide units called **codons**, each coding for a single amino acid. Each nucleotide sub-unit consists of a phosphate, deoxyribose sugar and one of the 4 nitrogenous nucleotide bases. The purine bases adenine (**A**) and guanine (**G**) are larger and consist of two aromatic rings. The pyrimidine bases cytosine (**C**) and thymine (**T**) are smaller and consist of only one aromatic ring. In the double-helix configuration, two strands of DNA are joined to each other by hydrogen bonds in an arrangement known as base pairing. These bonds almost always form between an adenine base on one strand and a thymine on the other strand and between a cytosine base on one strand and a guanine base on the other. This means that the number of A and T residues will be the same in a given double helix as will the number of G and C residues. In RNA, thymine (**T**) is replaced by uracil (**U**), and the deoxyribose is substituted by ribose.

Each protein-coding gene is transcribed into a template molecule of the related polymer RNA, known as messenger RNA or mRNA. This in turn is translated on the ribosome into an amino acid chain or polypeptide. The process of translation requires transfer RNAs specific for individual amino acids with the amino acids covalently attached to them, guanosine triphosphate as an energy source, and a number of translation factors. tRNAs have anticodons complementary to the codons in mRNA and can be "charged" covalently with amino acids at their 3' terminal CCA ends. Individual tRNAs are charged with specific amino acids by enzymes known as aminoacyl tRNA synthetases which have high specificity for both their cognate amino acids and tRNAs. The high specificity of these enzymes is a major reason why the fidelity of protein translation is maintained.

There are $4^3$ = 64 different codon combinations possible with a triplet codon of three nucleotides. In reality, all 64 codons of the standard genetic code are assigned for either amino acids or stop signals during translation. If, for example, an RNA sequence, UUUAAACCC is considered and the **reading-frame** starts with the first U (by convention, 5' to 3'), there are three codons, namely, UUU, AAA and CCC, each of which specifies one amino acid. This RNA sequence will be translated into an amino acid sequence, three amino acids long.

The standard genetic code is shown in the following tables. Table 1 shows what amino acid each of the 64 codons specifies. Table 2 shows what codons specify each of the 20 standard amino acids involved in translation. These are called forward and reverse codon tables, respectively. For example, the codon AAU represents the amino acid asparagine, and UGU and UGC represent cysteine (standard three-letter designations, Asn and Cys respectively).

## RNA codon table

   This table shows the 64 codons and the amino acid each codon codes for. The direction is 5' to 3'.

| 2nd base | | | |
|---|---|---|---|
| **U** | **C** | **A** | **G** |

| 1st base | | U | UUU (Phe/F) Phenylalanine<br>UUC (Phe/F) Phenylalanine<br>UUA (Leu/L)Leucine<br>UUG (Leu/L)Leucine | UCU (Ser/S) Serine<br>UCC (Ser/S) Serine<br>UCA (Ser/S) Serine<br>UCG (Ser/S) Serine | UAU (Tyr/Y)Tyrosine<br>UAC (Tyr/Y)Tyrosine<br>UAA Ochre (*Stop*)<br>UAG Amber (*Stop*) | UGU (Cys/C) Cysteine<br>UGC (Cys/C) Cysteine<br>UGA Opal (*Stop*)<br>UGG (Trp/W) Tryptophan |
|---|---|---|---|---|---|---|
| | | C | CUU (Leu/L)Leucine<br>CUC (Leu/L)Leucine<br>CUA (Leu/L)Leucine<br>CUG (Leu/L)Leucine | CCU (Pro/P) Proline<br>CCC (Pro/P) Proline<br>CCA (Pro/P) Proline<br>CCG (Pro/P) Proline | CAU (His/H)Histidine<br>CAC (His/H)Histidine<br>CAA (Gln/Q) Glutamine<br>CAG (Gln/Q) Glutamine | CGU (Arg/R) Arginine<br>CGC (Arg/R) Arginine<br>CGA (Arg/R) Arginine<br>CGG (Arg/R) Arginine |
| | | A | AUU (Ile/I)Isoleucine<br>AUC (Ile/I)Isoleucine<br>AUA (Ile/I)Isoleucine<br>AUG (Met/M) Methionine, *Start*[1] | ACU (Thr/T) Threonine<br>ACC (Thr/T) Threonine<br>ACA (Thr/T) Threonine<br>ACG (Thr/T) Threonine | AAU (Asn/N) Asparagine<br>AAC (Asn/N) Asparagine<br>AAA (Lys/K)Lysine<br>AAG (Lys/K)Lysine | AGU (Ser/S)Serine<br>AGC (Ser/S)Serine<br>AGA (Arg/R) Arginine<br>AGG (Arg/R) Arginine |
| | | G | GUU (Val/V)Valine<br>GUC (Val/V)Valine<br>GUA (Val/V)Valine<br>GUG (Val/V)Valine | GCU (Ala/A) Alanine<br>GCC (Ala/A) Alanine<br>GCA (Ala/A) Alanine<br>GCG (Ala/A) Alanine | GAU (Asp/D) Aspartic acid<br>GAC (Asp/D) Aspartic acid<br>GAA (Glu/E) Glutamic acid<br>GAG (Glu/E) Glutamic acid | GGU (Gly/G) Glycine<br>GGC (Gly/G)Glycine<br>GGA (Gly/G) Glycine<br>GGG (Gly/G) Glycine |

### Inverse table

| Ala | GCU, GCC, GCA, GCG | Leu | UUA, UUG, CUU, CUC, CUA, CUG |
|---|---|---|---|
| **Arg** | CGU, CGC, CGA, CGG, AGA, AGG | **Lys** | AAA, AAG |
| **Asn** | AAU, AAC | **Met** | AUG |
| **Asp** | GAU, GAC | **Phe** | UUU, UUC |

| Cys | UGU, UGC | Pro | CCU, CCC, CCA, CCG |
|---|---|---|---|
| Gln | CAA, CAG | Ser | UCU, UCC, UCA, UCG, AGU, AGC |
| Glu | GAA, GAG | Thr | ACU, ACC, ACA, ACG |
| Gly | GGU, GGC, GGA, GGG | Trp | UGG |
| His | CAU, CAC | Tyr | UAU, UAC |
| Ile | AUU, AUC, AUA | Val | GUU, GUC, GUA, GUG |
| START | AUG | STOP | UAG, UGA, UAA |

# Salient features

## Reading frame of a sequence

Note that a codon is defined by the initial nucleotide from which translation starts. For example, the string GGGAAACCC, if read from the first position, contains the codons GGG, AAA and CCC; and if read from the second position, it contains the codons GGA and AAC; if read starting from the third position, GAA and ACC. Partial codons have been ignored in this example. Every sequence can thus be read in three **reading frames**, each of which will produce a different amino acid sequence (in the given example, Gly-Lys-Pro, Gly-Asp, or Glu-Thr, respectively). With double-stranded DNA there are six possible reading frames, three in the forward orientation on one strand and three reverse (on the opposite strand).

The actual frame a protein sequence is translated in is defined by a **start codon**, usually the first AUG codon in the mRNA sequence. Mutations that disrupt the reading frame by insertions or deletions of a non-multiple of 3 nucleotide bases are known as frameshift mutations. These mutations may impair the function of the resulting protein, if it is formed, and are thus rare in *in vivo* protein-coding sequences. Often such misformed proteins are targeted for proteolytic degradation. In addition, a frame shift mutation is very likely to cause a stop codon to be read which truncates the creation of the protein (example [2] (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=PubMed&list_uids=8723688&dopt=Abstract)). One reason for the rareness of frame-shifted mutations being inherited is that if the protein being translated is essential for growth under the selective pressures the organism faces, absence of a functional protein may cause lethality before the organism is viable.

## Start/stop codons

Translation starts with a chain initiation codon (start codon). Unlike stop codons, the codon alone is not sufficient to begin the process. Nearby sequences and initiation factors are also required to start translation. There is only one start codon: AUG, which codes for methionine, so every amino acid chain must start with methionine.

The three stop codons have been given names: UAG is *amber*, UGA is *opal* (sometimes also called *umber*), and UAA is *ochre*. "Amber" was named by discoverers Dick Epstein and Charley Steinberg after their friend Harris Bernstein, whose last name means "amber" in German. The other two stop codons were named 'ochre' and 'opal' in order to keep the "color names" theme. Stop codons are also

called termination codons and they signal release of the nascent polypeptide from the ribosome due to binding of release factors in the absence of cognate tRNAs with anticodons complementary to these stop signals.[2]

## Degeneracy of the genetic code

Notice that there is redundancy in the genetic code, but no ambiguity. For example, although codons GAA and GAG both specify glutamic acid (redundancy), neither of them specifies any other amino acid (no ambiguity). Degenerate codons may differ in their third positions; e.g., both GAA and GAG code for the amino acid glutamic acid. A codon is said to be **fourfold degenerate** if any nucleotide at its third position specifies the same amino acid; it is said to be **twofold degenerate** if only two of four possible nucleotides at its third position specify the same amino acid. In twofold degenerate codons, the equivalent third position nucleotides are always either two purines (A/G) or two pyrimidines (C/T). Only two amino acids are specified by a single codon; one of these is the amino-acid methionine, specified by the codon AUG, which also specifies the start of translation; the other is tryptophan, specified by the codon UGG. The degeneracy of the genetic code is what accounts for the existence of silent mutations.

Degeneracy results because a triplet code designates 20 amino acids and a stop codon. Because there are four bases, triplet codons are required to produce at least 21 different codes. For example, if there were two bases per codon, then only 16 amino acids could be coded for ($4^2$=16). Because at least 21 codes are required, then $4^3$ gives 64 possible codons, meaning that some degeneracy must exist.

These properties of the genetic code make it more fault-tolerant for point mutations. For example, in theory, fourfold degenerate codons can tolerate any point mutation at the third position, although codon usage bias restricts this in practice in many organisms; twofold degenerate codons can tolerate one out of the three possible point mutations at the third position. Since transition mutations (purine to purine or pyrimidine to pyrimidine mutations) are more likely than transversion (purine to pyrimidine or vice-versa) mutations, the equivalence of purines or that of pyrimidines at twofold degenerate sites adds a further fault-tolerance.

A practical consequence of redundancy is that some errors in the genetic code only cause a silent mutation or an error that would not affect the protein because the hydrophilicity or hydrophobicity is maintained by equivalent substitution of amino acids; for example, a codon of NUN (where N = any nucleotide) tends to code for hydrophobic amino acids. Even so, it is a single point mutation that causes a modified hemoglobin molecule in sickle-cell disease. The hydrophilic glutamate (Glu) is substituted by the hydrophobic valine (Val), which reduces the solubility of ß-globin. In this case, this mutation causes hemoglobin to form linear polymers linked by the hydrophobic interaction between the valine groups causing sickle-cell deformation of erythrocytes. Sickle-cell disease is generally not caused by a *de novo* mutation. Rather it is selected for in malarial regions (in a way similar to thalassemia), as heterozygous people have some resistance to the malarial *Plasmodium* parasite (heterozygote advantage).

These variable codes for amino acids are allowed because of modified bases in the first base of the anticodon of the tRNA, and the base-pair formed is called a wobble base pair. The modified bases include inosine and the Non-Watson-Crick U-G basepair.

# Variations to the Standard Genetic Code

While slight variations on the standard code had been predicted earlier,[3] none were discovered until 1979, when researchers studying human mitochondrial genes discovered they used an alternate code. Many slight variants have been discovered since,[4] including various alternative mitochondrial codes,[5] as well as small variants such as *mycoplasma* translating the codon UGA as tryptophan. In bacteria and archaea, GUG and UUG are common start codons. However, in rare cases, certain specific proteins may use alternate initiation (start) codons not normally used by that species.[6]

In certain proteins, non-standard amino acids are substituted for standard stop codons, depending upon associated signal sequences in the messenger RNA: UGA can code for selenocysteine and UAG can code for pyrrolysine as discussed in the relevant articles. Selenocysteine is now viewed as the 21st amino acid, and pyrrolysine is viewed as the 22nd. A detailed description of variations in the genetic code can be found at the NCBI web site (http://www.ncbi.nlm.nih.gov/Taxonomy/Utils/wprintgc.cgi? mode=c).

However, all known codes have strong similarities to each other, and the coding mechanism is the same for all organisms: three-base codons, tRNA, and ribosomes, reading the code in the same direction, translating the code three letters at a time into sequences of amino acids.

## Theories on the origin of the genetic code

Despite the variations that exist, the genetic codes used by all known forms of life on Earth are very similar. Since there are many possible genetic codes that are thought to have similar utility to the one used by Earth life, the theory of evolution suggests that the genetic code was established very early in the history of life and meta-analysis of transfer RNA suggest it was established soon after the formation of earth.

One can ask the question: is the genetic code completely random, just one set of codon-amino acid correspondences that happened to establish itself and be "frozen in" early in evolution, although *functionally* any of the many other possible transcription tables would have done just as well? Already a cursory look at the table shows patterns that suggest that this is not the case.

There are three themes running through the many theories that seek to explain the evolution of the genetic code (and hence the origin of these patterns).[7] One is illustrated by recent aptamer experiments which show that some amino acids have a selective chemical affinity for the base triplets that code for them.[8] This suggests that the current, complex translation mechanism involving tRNA and associated enzymes may be a later development, and that originally, protein sequences were directly templated on base sequences. Another is that the standard genetic code that we see today grew from a simpler, earlier code through a process of "biosynthetic expansion". Here the idea is that primordial life 'discovered' new amino acids (e.g. as by-products of metabolism) and later back-incorporated some of these into the machinery of genetic coding. Although much circumstantial evidence has been found to suggest that fewer different amino acids were used in the past than today,[9] precise and detailed hypotheses about exactly which amino acids entered the code in exactly what order has proved far more controversial.[10] [11] A third theory is that natural selection has led to codon assignments of the genetic code that minimize the effects of mutations.[12].

## References

1. ^ The codon AUG both codes for methionine and serves as an initiation site: the first AUG in an mRNA's coding region is where translation into protein begins.
2. ^ http://www.sci.sdsu.edu/~smaloy/MicrobialGenetics/topics/rev-sup/amber-name.html
3. ^ Crick, F. H. C. and Orgel, L. E. (1973) "Directed panspermia." Icarus 19:341-346. p. 344: "It is a little surprising that organisms with somewhat different codes do not coexist." (Further discussion at [1] (http://www.talkorigins.org/faqs/comdesc/section1.html))
4. ^ NCBI: "The Genetic Codes", Compiled by Andrzej (Anjay) Elzanowski and Jim Ostell (http://130.14.29.110/Taxonomy/Utils/wprintgc.cgi?mode=c)
5. ^ Jukes TH, Osawa S, *The genetic code in mitochondria and chloroplasts.*, Experientia. 1990 Dec 1;46(11-12):1117-26. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&list_uids=2253709&dopt=Abstract)
6. ^ Genetic Code page in the NCBI Taxonomy section (http://www.ncbi.nlm.nih.gov/Taxonomy/Utils/wprintgc.cgi?mode=c) (Downloaded 27 April 2007.)
7. ^ Knight, R.D.; Freeland S. J. and Landweber, L.F. (1999) The 3 Faces of the Genetic Code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=10366854) *Trends in the Biochemical Sciences* **24** (6), 241-247.
8. ^ Knight, R.D. and Landweber, L.F. (1998). Rhyme or reason: RNA-arginine interactions and the genetic code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=9751648) *Chemistry & Biology* **5**(9), R215-R220. PDF version of manuscript (http://bayes.colorado.edu/Papers/chmbio98.pdf)
9. ^ Brooks, Dawn J.; Fresco, Jacques R.; Lesk, Arthur M.; and Singh, Mona. (2002). Evolution of Amino Acid Frequencies in Proteins Over Deep Time: Inferred Order of Introduction of Amino Acids into the Genetic Code (http://mbe.oupjournals.org/cgi/content/full/19/10/1645). *Molecular Biology and Evolution* **19**, 1645-1655.
10. ^ Amirnovin R. (1997) An analysis of the metabolic theory of the origin of the genetic code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=9115171) *Journal of Molecular Evolution* **44**(5), 473-6.
11. ^ Ronneberg T.A.; Landweber L.F. and Freeland S.J. (2000) Testing a biosynthetic theory of the genetic code: Fact or artifact? (http://www.pnas.org/cgi/content/full/97/25/13690) *Proceedings of the National Academy of Sciences, USA* **97**(25), 13690-13695.
12. ^ Freeland S.J.; Wu T. and Keulmann N. (2003) The Case for an Error Minimizing Genetic Code. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14604186) *Orig Life Evol Biosph.* **33**(4-5), 457-77.

# See also

- Anticodon
- Protein biosynthesis
- Operon
- Lac operon
- Epigenetic code
- Har Gobind Khorana

# Further reading

- Griffiths, Anthony J.F.; Miller, Jeffrey H.; Suzuki, David T.; Lewontin, Richard C.; Gelbart, William M. (1999). *Introduction to Genetic Analysis* (7th ed.) (http://www.ncbi.nlm.nih.gov/books/bv.fcgi?call=bv.View..ShowTOC&rid=iga.TOC). New York: W. H. Freeman & Co. ISBN 0-7167-3771-X
- Alberts, Bruce; Johnson, Alexander; Lewis, Julian; Raff, Martin; Roberts, Keith; Walter, Peter. (2002). *Molecular Biology of the Cell* (4th ed.) (http://www.ncbi.nlm.nih.gov/books/bv.fcgi?

call=bv.View..ShowTOC&rid=mboc4.TOC&depth=2). New York: Garland Publishing. ISBN 0-8153-3218-1

- Lodish, Harvey; Berk, Arnold; Zipursky, S. Lawrence; Matsudaira, Paul; Baltimore, David; Darnell, James E. (1999). *Molecular Cell Biology* (4th ed.) (http://www.ncbi.nlm.nih.gov/books/bv.fcgi?call=bv.View..ShowTOC&rid=mcb.TOC). New York: W. H. Freeman & Co. ISBN 0-7167-3706-X

## External links

- Online DNA → Amino Acid Converter (http://www.geneseo.edu/~eshamb/php/dna.php)
- DNA Sequence → Protein Sequence converter (http://bioinformatics.picr.man.ac.uk/bioinf/tyates.jsp?page=3)
- DNA to protein translation (6 frames/13 genetic codes) (http://insilico.ehu.es/translate/)
- The Codon Usage Database (http://www.kazusa.or.jp/codon/) → Codon frequency tables for many organisms
- Evolving Code (http://www.evolvingcode.net/) - a themed wiki devoted to the topic of how the genetic code evolved, and its effects on the subsequent evolution of the genome.

Retrieved from "http://en.wikipedia.org/wiki/Genetic_code"

Categories: Molecular genetics | Gene expression | Protein biosynthesis

- This page was last modified 15:55, 29 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

EXHIBIT 22

# Homology (biology)

From Wikipedia, the free encyclopedia

In biology, **homology** is any similarity between structures that is due to their shared ancestry. There are examples in different branches of biology. Anatomical structures that perform the same function in different biological species and evolved from the same structure in some ancestor species are homologous. In genetics, homology is measured by comparing protein or DNA sequences, and homologous genes share a high sequence identity or similarity, supporting the hypothesis that they share a common ancestor. Sequence homology may also indicate common function. Homologous chromosomes are non-identical chromosomes that can pair (synapse) during meiosis, and are believed to share common ancestry.

The word *homologous* derives from the ancient Greek ομολογειν, 'to agree'.

## Contents

- 1 Homology of structures in evolution
- 2 Homology of sequences in genetics
    - 2.1 Orthology
    - 2.2 Paralogy
    - 2.3 Ohnology
    - 2.4 Xenology
    - 2.5 Gametology
- 3 Homologous chromosome sets
- 4 References
- 5 Notes
- 6 See also

## Homology of structures in evolution

Shared ancestry can be evolutionary or developmental. Evolutionary ancestry means that structures evolved from some structure in a common ancestor; for example, the wings of bats and the arms of humans are homologous in this sense. Developmental ancestry means that structures arose from the same tissue in embryonal development; the ovaries of female humans and the testicles of male humans are homologous in this sense.

Homology is different from analogy. For example, the wings of insects, the wings of bats and the wings of birds are analogous but not homologous; this phenomenon is called "homoplasy". These similar structures evolved through different developmental pathways, in a process known as convergent evolution.

## Homology of sequences in genetics

Homology among proteins and DNA is often concluded on the basis of sequence similarity, especially in bioinformatics. For example, in general, if two genes have an almost identical DNA sequence, it is likely that they are homologous. But sequence similarity may arise from different ancestors: short

sequences may be similar by chance, and sequences may be similar because both were selected to bind to a particular protein, such as a transcription factor. Such sequences are similar but not homologous. Sequence regions that are homologous are also called **conserved**.

The phrase "percent homology", is sometimes used but is incorrect. "Percent identity" or "percent similarity" should be used to quantify the similarity between the biomolecule sequences. For two naturally occurring sequences, percent identity is a factual measurement, whereas homology is a hypothesis supported by evidence. One can, however, refer to partial homology where a fraction of the sequences compared (are presumed to) share descent, while the rest does not.

Many algorithms exist to cluster protein sequences into sequence families, which are sets of mutually homologous sequences. (See sequence clustering and sequence alignment.)

Homology of sequences are of two types: orthologous and paralogous.

## Orthology

**Orthologs**, or orthologous genes, are any genes in different species, that are similar to each other and originated from a common ancestor, regardless of their functions. Thus orthologs are separated by an evolutionary speciation event: if a gene exists in a species, and that species diverges into two species, then the divergent copies of this gene in the resulting species are orthologous. The term "ortholog" was coined in 1970.

A second definition of *orthologous* has arisen to describe any genes with very similar functions in different species. This differs from the original definition in that there is no statement about evolutionary relation, or similarity in sequence or structure.

Orthologous sequences provide useful information in taxonomic classification studies of organisms. The pattern of genetic divergence can be used to trace the relatedness of organisms. Two organisms that are very closely related are likely to display very similar DNA sequences between two orthologs. Conversely, an organism that is further removed evolutionarily from another organism is likely to display a greater divergence in the sequence of the orthologs being studied.

## Paralogy

Homologous sequences are **paralogous** if they were separated by a gene duplication event: if a gene in an organism is duplicated to occupy two different positions in the same genome, then the two copies are paralogous.

A set of sequences that are paralogous are called **paralogs** of each other. Paralogs typically have the same or similar function, but sometimes do not: due to lack of the original selective pressure upon one copy of the duplicated gene, this copy is free to mutate and acquire new functions.

Paralogous sequences provide useful insight to the way genomes evolve. The genes encoding myoglobin and hemoglobin are considered to be ancient paralogs. Similarly, the four known classes of hemoglobins (hemoglobin A, hemoglobin A2, hemoglobin S, and hemoglobin F) are paralogs of each other. While each of these genes serve the same basic function of oxygen transport, they have already diverged slightly in function: fetal hemoglobin (hemoglobin F) has a higher affinity to oxygen than adult

hemoglobin.

Another example can be found in rodents such as rats and mice. Rodents have a pair of paralogous insulin genes, although it is unclear if any divergence in function has occurred.

Paralogous genes often belong to the same species, but this is not necessary: for example, the hemoglobin gene of humans and the myoglobin gene of chimpanzees are paralogs. This is a common problem in bioinformatics: when genomes of different species have been sequenced and homologous genes have been found, one can not immediately conclude that these genes have the same or similar function, as they could be paralogs whose function has diverged.

### Ohnology

**Ohnologous** genes are paralogous genes that have originated by a process of whole-genome duplication (WGD). The name was first given in honour of Susumu Ohno by Ken Wolfe [1]. Ohnologs are interesting for evolutionary analysis because they all have been diverging for the same length of time since their common origin.

### Xenology

Homologs resulting from horizontal gene transfer between two organisms are termed xenologs. Xenologs can have different functions, if the new environment is vastly different for the horizontally moving gene. In general, though, xenologs typically have similar function in both organisms.[2]

### Gametology

Gametology denotes the relationship between homologous genes on nonrecombining, opposite sex chromosomes. Gametologs result from the origination of genetic sex determination and barriers to recombination between sex chromosomes. Examples of gametologs include CHDW and CHDZ in birds.

## Homologous chromosome sets

Homologous chromosomes are non-identical chromosomes that can pair (synapse) during meiosis.[3] Except for the sex chromosomes, homologous chromosomes share significant sequence similarity across their entire length, typically contain the same sequence of genes, and pair up to allow for proper disjunction during meiosis. The chromosomes can also undergo cross-over at this stage. There may be some variations between genes on homologs giving rise to alternate forms or alleles. Sex chromosomes have a shorter region of sequence similarity. Based on the sequence similarity and our knowledge of biology, it is believed that they are paralogous.

## References

- Fitch, W.M. 2000. Homology: a personal view on some of the problems. (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=pubmed&cmd=Retrieve&dopt=AbstractPlus&list_uids=10782117) Trends Genet. 16(5):227-31.
- Dewey, C and Pachter L. "Evolution at the Nucleotide Level: The Problem of Whole-Genome

Multiple Alignment" Human Molecular Genetics 15:R51-R56
(http://hmg.oxfordjournals.org/cgi/content/abstract/15/suppl_1/R51?
ijkey=wGrptPhAQdD87An&keytype=ref).
- Haeckel, E. *Generelle Morphologie der Organismen*. Bd 1-2. Berlin, 1866.
- Gegenbaur, G. *Vergleichende Anatomie der Wirbelthiere...* Leipzig, 1898.
- Owen, R. *On the archetype and homologies of the vertebrate skeleton*. London, 1847.
- DePinna, M.C.C. 1991. "Concepts and tests of homology in the cladistic paradigm." Cladistics 7:
  367-394.
- Mindell, D.P. and A. Meyer. 2001. "Homology evolving." Trends in Ecology and Evolution
  16:434-440.

# Notes

1. ^ Ken Wolfe (2000) Robustness—it's not where you think it is. Nature Genetics May;25(1):3-4.
   [1] (http://www.nature.com/ng/journal/v25/n1/full/ng0500_3.html)
2. ^ NCBI Phylogenetics Factsheet (http://www.ncbi.nlm.nih.gov/About/primer/phylo.html)
3. ^ RC King and WD Stansfield (1997). *A Dictionary of Genetics*, 5th Edition, Oxford University
   Press.

# See also

- Cladistics
- List of Homologues of the Reproductive System
- Sexual homology

Retrieved from "http://en.wikipedia.org/wiki/Homology_%28biology%29"

Categories: Evolutionary biology | Phylogenetics | Comparative anatomy | Biology | Genetics

- This page was last modified 20:52, 30 April 2007.
- All text is available under the terms of the GNU Free
  Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia
  Foundation, Inc., a US-registered 501(c)(3) tax-deductible
  nonprofit charity.

EXHIBIT 23

# In vitro

From Wikipedia, the free encyclopedia

*In vitro* (Latin: (with)in the glass) refers to the technique of performing a given experiment in a test tube, or, generally, in a controlled environment outside a living organism. In vitro fertilization is a well-known example of this. Many experiments in cellular biology are conducted outside organisms or cells; thus, the conditions and, therefore, results may not correspond to those inside. Consequently, experimental results are often annotated with *in vitro* or its opposite *in vivo* as it applies.

## *In vitro* research

This type of research aims at describing the effects of an experimental variable on a subset of an organism's constituent parts. It tends to focus on organs, tissues, cells, cellular components, proteins, and/or biomolecules. Overall, it is better suited for deducing the mechanisms of action (See *in vivo* for its description and respective merits). With fewer variables and perceptually amplified reactions to subtle causes, results are, generally, more discernible.

The massive adoption of low-cost *in vitro* molecular biology techniques has caused a shift away from *in vivo* research which is more idiosyncratic and expensive in comparison to its molecular counterpart. Currently, *in vitro* research is both vital and highly productive.

# See also

- Animal testing
- Ex vivo
- In situ
- In utero
- In vivo
- In silico

Retrieved from "http://en.wikipedia.org/wiki/In_vitro"

Categories: Articles lacking sources from April 2007 | All articles lacking sources | Latin biological phrases

- This page was last modified 13:25, 8 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

EXHIBIT 24

# In vivo

From Wikipedia, the free encyclopedia

**In vivo** (Latin: (with)in the living) means *that which takes place inside an organism*. In science, *in vivo* refers to experimentation done in or on the living tissue of a whole, living organism as opposed to a partial or dead one. Animal testing and clinical trials are forms of *in vivo* research.

## *in vivo* research

This type of research approaches subject experimentation holistically. It is, often, better suited for observing the overall effects of an experiment on its living subject (see *in vitro* for its description and respective merits).

According to Christopher Lipinksi and Andrew Hopkins, fellows with Pfizer Global Research and Development, *in vivo* research has an advantage in that: *Whether the aim is to discover drugs or to gain knowledge of biological systems, the nature and properties of a chemical tool cannot be considered independently of the system it is to be tested in. Compounds that bind to isolated recombinant proteins are one thing; chemical tools that can perturb cell function another; and pharmacological agents that can be tolerated by a live organism and perturb its systems are yet another. If it were simple to ascertain the properties required to develop a lead discovered in vitro to one that is active in vivo, drug discovery would be as reliable as drug manufacturing.*[1]

In the past, the guinea pig was such a commonly used *in vivo* experimental subject that they became part of idiomatic English: "to be a guinea pig for someone/something". However, they have largely been replaced by smaller, cheaper, and faster breeding rats and mice.

## References

1. ^ Lipinski C, Hopkins A (2004). "Navigating chemical space for biology and medicine". *Nature* **432** (7019): 855-61. PMID 15602551 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=15602551) DOI:10.1038/nature03193 (http://dx.doi.org/10.1038/nature03193).

## See also

- animal testing
- ex vivo
- in situ
- in utero
- in vitro
- in silico

Retrieved from "http://en.wikipedia.org/wiki/In_vivo"

Category: Latin biological phrases

- This page was last modified 13:49, 27 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

EXHIBIT 25

# Nucleotide

From Wikipedia, the free encyclopedia

A **nucleotide** is a chemical compound that consists of 3 portions: a heterocyclic base, a sugar, and one or more phosphate groups. In the most common nucleotides the base is a derivative of purine or pyrimidine, and the sugar is the pentose (five-carbon sugar) deoxyribose or ribose. Nucleotides are the monomers of nucleic acids, with three or more bonding together in order to form a nucleic acid.

Nucleotides are the structural units of RNA, DNA, and several cofactors - CoA, FAD, FMN, NAD, and NADP. In the cell they have important roles in energy production, metabolism, and signaling.



The structure elements of the most common nucleotides

## Contents

- 1 Nucleotides
- 2 Deoxynucleotides
- 3 Synthesis
    - 3.1 Natural
        - 3.1.1 Purine ribonucleotides
        - 3.1.2 Pyrimidine ribonucleotides
- 4 See also
- 5 External links

**Nucleotides**

Adenosine monophosphate
AMP

Adenosine diphosphate
ADP

Adenosine triphosphate
ATP

Guanosine monophosphate
GMP

Guanosine diphosphate
GDP

Guanosine triphosphate
GTP

Thymidine monophosphate
TMP

Thymidine diphosphate
TDP

Thymidine triphosphate
TTP

Uridine monophosphate
UMP

Uridine diphosphate
UDP

Uridine triphosphate
UTP

Cytidine monophosphate
CMP

Cytidine diphosphate
CDP

Cytidine triphosphate
CTP

## Deoxynucleotides

Deoxyadenosine monophosphate
dAMP

Deoxyadenosine diphosphate
dADP

Deoxyadenosine triphosphate
dATP

Deoxyguanosine monophosphate
dGMP

Deoxyguanosine diphosphate
dGDP

Deoxyguanosine triphosphate
dGTP

Deoxythymidine monophosphate
dTMP

Deoxythymidine diphosphate
dTDP

Deoxythymidine triphosphate
dTTP

Deoxyuridine monophosphate
dUMP

Deoxyuridine diphosphate
dUDP

Deoxyuridine triphosphate
dUTP

Deoxycytidine monophosphate
dCMP

Deoxycytidine diphosphate
dCDP

Deoxycytidine triphosphate
dCTP

# Synthesis

*Salvage synthesis* refers to the reuse of parts of nucleotides in resynthesizing new nucleotides. Salvage synthesis requires both breakdown and synthesis reactions in order to exchange the useful parts.

## Natural

### Purine ribonucleotides

By using a variety of isotopically labeled compounds it was demonstrated that N1 of purines arises from the amine group of Asp; C2 and C8 originate from formate; N3 and N9 are contributed by the amide group of Gln; C4, C5 and N7 are derived from Gly; and C6 comes from $HCO_3^-$ ($CO_2$).

The de novo synthesis of purine nucleotides by which these precursors are incorporated into the purine ring, proceeds by a 10 step pathway to the branch point intermediate IMP, the nucleotide of the base



**The biosynthetic origins of purine ring atoms**

hypoxanthine. AMP and GMP are subsequently synthesized from this intermediate via separate, two step each, pathways. Thus purine moieties are initially formed as part of the ribonucleotides rather than as free bases. Six enzymes take part in IMP synthesis. Three of them are multifunctional - GART (reactions 2, 3, and 5), PAICS (reactions 6, and 7) and ATIC (reactions 9, and 10).



**The synthesis of IMP.**

The color scheme is as follows: **enzymes, coenzymes, substrate names, metal ions, inorganic molecules**

**Reaction 1.** The pathway starts with the formation of PRPP. PRPS1 is the enzyme that activates R5P, which is primarily formed by the pentose phosphate pathway, to PRPP by reacting it with ATP. The reaction is unusual in that a pyrophosphoryl group is directly transferred from ATP to C1 of R5P and that the product has the $\alpha$ configuration about C1. This reaction is also shared with the pathways for the synthesis of the pyrimidine nucleotides, Trp, and His. As a result of being on (a) such (a) major metabolic crossroad and the use of energy, this reaction is highly regulated.

**Reaction 2.** In the first reaction unique to purine nucleotide biosynthesis, PPAT catalyzes the displacement of PRPP's pyrophosphate group ($PP_i$) by Gln's amide nitrogen. The reaction occurs with the inversion of configuration about ribose C1, thereby forming $\beta$-5-phosphorybosylamine (5-PRA) and establishsing the anomeric form of the future nucleotide. This reaction which is driven to completion by the subsequent hydrolysis of the released $PP_i$, is the pathway's flux generating step and is therefore regulated too.

**Reaction 3.**

**Pyrimidine ribonucleotides**

# See also

- Gene
- Genetics
- Chromosome

# External links

- Abbreviations and Symbols for Nucleic Acids, Polynucleotides and their Constituents (http://www.chem.qmul.ac.uk/iupac/misc/naabb.html) (IUPAC)
- Provisional Recommendations 2004 (http://www.iupac.org/reports/provisional/abstract04/BB-



**The synthesis of UMP.**

The color scheme is as follows:

prs310305/Chapter10.pdf) (IUPAC)
- Chemistry explanation of nucleotide structure
  (http://dl.clackamas.cc.or.us/ch106-09/nucleoti.htm)

**enzymes, coenzymes, substrate
names, inorganic molecules**

| Major Families of Biochemicals | | |
|---|---|---|
| Peptides \| Amino acids \| Nucleic acids \| Carbohydrates \| Lipids \| Terpenes \| Carotenoids \| Tetrapyrroles \| Enzyme cofactors \| Steroids \| Flavonoids \| Alkaloids \| Polyketides \| Glycosides | | |
| **Analogues of nucleic acids:** | **Types of Nucleic Acids** | **Analogues of nucleic acids:** |
| **Nucleobases:** | Adenine \| Thymine \| Uracil \| Guanine \| Cytosine \| Purine \| Pyrimidine | |
| **Nucleosides:** | Adenosine \| Uridine \| Guanosine \| Cytidine \| Deoxyadenosine \| Thymidine \| Deoxyguanosine \| Deoxycytidine | |
| **Nucleotides:** | AMP \| UMP \| GMP \| CMP \| ADP \| UDP \| GDP \| CDP \| ATP \| UTP \| GTP \| CTP \| cAMP \| cGMP \| cADPR | |
| **Deoxynucleotides:** | dAMP \| TMP \| dGMP \| dCMP \| dADP \| TDP \| dGDP \| dCDP \| dATP \| TTP \| dGTP \| dCTP | |
| **Ribonucleic acids:** | RNA \| mRNA \| piRNA \| tRNA \| rRNA \| ncRNA \| sgRNA \| shRNA \| siRNA \| snRNA \| miRNA \| snoRNA \| LNA | |
| **Deoxyribonucleic acids:** | DNA \| mtDNA \| cDNA \| plasmid \| Cosmid \| BAC \| YAC \| HAC | |
| **Analogues of nucleic acids:** | GNA \| PNA \| TNA \| morpholino | |

Retrieved from "http://en.wikipedia.org/wiki/Nucleotide"

Categories: Nucleic acids | Nucleotides

- This page was last modified 09:11, 23 April 2007.
- All text is available under the terms of the GNU Free
  Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia
  Foundation, Inc., a US-registered 501(c)(3) tax-deductible
  nonprofit charity.