# EXHIBIT 26

# Open reading frame

From Wikipedia, the free encyclopedia

An **open reading frame** or **ORF** is a portion of an organism's genome which contains a sequence of bases that could potentially encode a protein. The start and stop ends of the ORF are not equivalent to the ends of the mRNA, but they are usually contained within the mRNA. In a gene, ORFs are located between the start-code sequence (initiation codon) and the stop-code sequence (termination codon). ORFs are usually encountered when sifting through pieces of DNA while trying to locate a gene. Since there exist variations in the start-code sequence of organisms with altered genetic code, the ORF will be identified differently. A typical ORF finder will employ algorithms based on existing genetic codes (including the altered ones) and all possible reading frames.

In fact, the existence of an ORF, especially a long one, is usually a good indication of the presence of a gene in the surrounding sequence. In this case, the ORF is part of the sequence that will be translated by the ribosomes, it will be long, and if the DNA is eukaryotic, the ORF may continue over gaps called introns. However, short ORFs can also occur by chance outside of genes. Usually ORFs outside genes are not very long and terminate after a few codons.

Once a gene has been sequenced it is important to determine the correct open reading frame (ORF). Theoretically, the DNA sequence can be read in six reading frames in organisms with double-stranded DNA; three in the forward and three in the reverse direction. The longest sequence without a stop codon usually determines the open reading frame. That is the case with prokaryotes. Eukaryotic mRNA is typically monocistronic and therefore only contain a single ORF. A problem arises when working with eukaryotic pre-mRNA long parts of the DNA within an ORF are not translated (introns). When the aim is to find eukaryotic open reading frames it is necessary to have a look at the spliced messenger RNA mRNA.

For example, if you have 5'-UCUAAAGGUCCA-3' it has 2 out of 3 reading frames possible. This is one of the 2 possible mRNA sequences of the transcript, and we see that it can be reading in the 3 possible ways: 1. UCU AAA GGU CCA 2. CUA AAG GUC etc 3. **UAA** AGG UCA etc As you can see, the 3rd possibility has a stop codon, thus only 2 out of the 3 reading frames are open (aka have no stop codons).

## External links

- Translation and Open Reading Frames (http://bioweb.uwlax.edu/GenWeb/Molecular/Seq_Anal/Translation/translation.html) - A Site explaining Open Reading Frames
- NCBI ORF finder (http://www.ncbi.nlm.nih.gov/projects/gorf/) - A web based interactive tool for predicting and analysing ORFs from nucleotide sequences.
- ORF finder (http://bioinformatics.org/sms/orf_find.html) - A web based interactive tool for predicting and analysing ORFs from nucleotide sequences - hosted at bioinformatics.org
- Sequerome - A Sequence profiling tool that links each BLAST record to the NCBI ORF enabling complete ORF analysis of a BLAST report

Retrieved from "http://en.wikipedia.org/wiki/Open_reading_frame"

Category: Molecular genetics

- This page was last modified 20:42, 11 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

EXHIBIT 27

# Peptide

From Wikipedia, the free encyclopedia
(Redirected from Polypeptide)

**Peptides** (from the Greek πεπτος, "digestible") are the family of short molecules formed from the linking, in a defined order, of various α-amino acids. The link between one amino acid residue and the next is an amide bond and is sometimes referred to as a peptide bond.

Proteins are **polypeptide** molecules (or consist of multiple polypeptide subunits). The distinction is that peptides are short and polypeptides proteins are long. There are several different conventions to determine these, all of which have flaws.

One convention is that those peptide chains that are short enough to be made synthetically from the constituent amino acids are called peptides rather than proteins. However, with the advent of better synthetic techniques, peptides as long as hundreds of amino acids can be made, including full proteins like ubiquitin. Native chemical ligation has given access to even longer proteins, so this convention seems to be outdated.

Another convention places an informal dividing line at approximately 50 amino acids in length (some people claim shorter lengths). However, this definition is somewhat arbitrary. Long peptides, such as the amyloid beta peptide linked to Alzheimer's disease, can be considered proteins; and small proteins, such as insulin, can be considered peptides. Because of the arbitrary nature of this definition, there is considerable movement within the scientific community to ascribe the more-specific definition that "a peptide is an amino acid molecule without secondary structure; on gaining defined structure, it is a protein." Thus the same molecule can be either a peptide or a protein depending on its environment, though there are peptides that cannot be proteins.

## Contents

- 1 Peptide classes
- 2 Peptides in Molecular Biology
- 3 Well-known peptide families
    - 3.1 The Tachykinin peptides
    - 3.2 Vasoactive intestinal peptides
    - 3.3 Pancreatic polypeptide-related peptides
    - 3.4 Opioid peptides
    - 3.5 Calcitonin peptides
- 4 Notes on terminology
- 5 See also

# Peptide classes

Here are the major classes of peptides, according to how they are produced:

Ribosomal peptides
    Are synthesized by translation of mRNA. They are often subjected to proteolysis to generate the

mature form. These function, typically in higher organisms, as hormones and signaling molecules. Some lower organisms produce peptides as antibiotics, such as microcin J25. Since they are translated, the amino acid residues involved are restricted to those utilized by the ribosome, and posttranslational modifications thereof, such as phosphorylation, hydroxylation, sulfonation, disulfide formation, etc. In general, they are linear, although lariat structures are common. More exotic manipulations do occur, however, such as racemization (as in platypus venom) or usage of nonribosmal peptide modules (see below) (as in bistratamide a).

Nonribosomal peptides
Are synthesized using a modular enzyme complex (which functions much like a conveyor belt on a factory). Nonribosomal peptides are confined primarily to unicellular organisms, plants, and fungi. All of these complexes are laid out in a similar fashion, and they can contain many different modules to perform a diverse set of chemical manipulations on the developing product. In general, these peptides are cyclic (often with highly-complex cyclic structures), although linear nonribosomal peptides are common. Since the system is modular and closely related to the machinery for building fatty acids and polyketides, hybrid compounds are often found. Oxazoles, thiazoles, and their reduced counterparts often indicate that the compound was synthesized in this fashion.

Digested peptides
Are the result of nonspecific proteolysis as part of the digestive cycle. It has also been documented that, when certain food proteins such as gluten, casein, egg protein, and spinach protein are broken down, opioid peptides are formed. These peptides mimic the effects of morphine, and those individuals that are unable to break them down will experience mental illness. These peptides are quite short and are given names such as casomorphine, gluten exorphine, and dermorphine. Ultimately digested peptides are ribosomal peptides, although they aren't made on the ribosome of the organism that contains them.

Peptones
Are derived from animal meat digested by proteolases. The resulting material is used as a source of proteins in nutrient media for growing bacteria and fungi.

Peptide Fragments
Refer to fragments of proteins which used to identify or quantify the source protein. Often these are the products of enzymatic degradation performed in the laboratory on a controlled sample, but can also be forensic or paleontological samples which have been degraded by natural effects.

# Peptides in Molecular Biology

Peptides have received prominence in molecular biology in recent times for several reasons. The first and most important is that peptides allow the creation of antibodies in animals without the need to purify the protein of interest. One can simply make antigenic peptides of sections of the protein of interest. These will suffice in making antibodies in a rabbit or mouse against the protein.

Another reason is that peptides have become instrumental in mass spectrometry, allowing the identification of proteins of interest based on peptide masses and sequence.

Peptides have recently been used in the study of protein [structure] and function. For example, synthetic peptides can be used as probes to see where protein-peptide interactions occur.

Inhibitory peptides are also used in clinical research to examine the effects of peptides on the inhibition of cancer proteins and other diseases.

# Well-known peptide families

The peptide families in this section are all ribosomal peptides, usually with hormonal activity. All of these peptides are synthesized by cells as longer "propeptides" or "proproteins" and truncated prior to exiting the cell. They are released into the bloodstream where they perform their signalling functions.

## The Tachykinin peptides

- Substance P
- Kassinin
- Neurokinin A
- Eledoisin
- Neurokinin B

## Vasoactive intestinal peptides

- VIP *Vasoactive intestinal peptide*
- PACAP *Pituitary adenylate cyclase activating peptide*
- PHI 27
- PHM 27
- GHRH 1-24 *Growth hormone releasing hormone 1-24*
- Glucagon
- Secretin

## Pancreatic polypeptide-related peptides

- NPY
- PYY *Peptide YY*
- APP *Avian pancreatic polypeptide*
- HPP *Human pancreatic polypeptide*

## Opioid peptides

- Proopiomelanocortin (POMC) Peptides
- The Enkephalin pentapeptides
- The Prodynorphin peptides

## Calcitonin peptides

- Calcitonin
- Amylin
- AGG01

## Notes on terminology

- A *polypeptide* is a single linear chain of amino acids.
- A *protein* are one or more polypeptides more than about 50 amino acids long.
- An *oligopeptide* or (simply) a *peptide* is a polypeptide less than 30-50 amino acids long.
- A *dipeptide* has two amino acids.
- A *tripeptide* has three amino acids.
- A *pentapeptide* has five amino acids.
- A *neuropeptide* is a peptide that is active in association with neural tissue.
- A *peptide hormone* is a peptide that acts as a hormone.

## See also

- Peptidomimetics (such as peptoids and β-peptides) are molecules related to peptides, but with different properties.
- Peptide synthesis
- Translation
- Ribosome

| Major Families of Biochemicals | | |
|---|---|---|
| Peptides | Amino acids | Nucleic acids | Carbohydrates | Lipids | Terpenes | Carotenoids | Tetrapyrroles | Enzyme cofactors | Steroids | Flavonoids | Alkaloids | Polyketides | Glycosides | | |
| **Analogues of nucleic acids:** | **Types of Peptides** | **Analogues of nucleic acids:** |
| **General:** | Genetic code | Protein | Dipeptide | Tripeptide | Tetrapeptide | |
| | Oxytocin | Vasopressin | |
| | Calcitonin | Amylin | |
| | HPP | NPY | PYY | |
| | Glucagon | Secretin | VIP | |
| | Substance P | Kassinin | Eledoisin | |
| | Bradykinin | Adrenocorticotrophic hormone | |
| **MSHs:** | Proopiomelanocortin | Melanotan | |
| **Others:** | Endorphin | Lipotropin | Glutathione | Thyrotropin-releasing hormone | |
| | Carnosine | Anserine | Kyotorphin | |
| | Tentoxin | Tuftsin | Corticotropin-releasing hormone | |

Retrieved from "http://en.wikipedia.org/wiki/Peptide"

Categories: Biochemicals | Peptides

- This page was last modified 00:02, 27 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 28

# Peptide

From Wikipedia, the free encyclopedia
(Redirected from Polypeptide)

**Peptides** (from the Greek πεπτος, "digestible") are the family of short molecules formed from the linking, in a defined order, of various α-amino acids. The link between one amino acid residue and the next is an amide bond and is sometimes referred to as a peptide bond.

Proteins are **polypeptide** molecules (or consist of multiple polypeptide subunits). The distinction is that peptides are short and polypeptides proteins are long. There are several different conventions to determine these, all of which have flaws.

One convention is that those peptide chains that are short enough to be made synthetically from the constituent amino acids are called peptides rather than proteins. However, with the advent of better synthetic techniques, peptides as long as hundreds of amino acids can be made, including full proteins like ubiquitin. Native chemical ligation has given access to even longer proteins, so this convention seems to be outdated.

Another convention places an informal dividing line at approximately 50 amino acids in length (some people claim shorter lengths). However, this definition is somewhat arbitrary. Long peptides, such as the amyloid beta peptide linked to Alzheimer's disease, can be considered proteins; and small proteins, such as insulin, can be considered peptides. Because of the arbitrary nature of this definition, there is considerable movement within the scientific community to ascribe the more-specific definition that "a peptide is an amino acid molecule without secondary structure; on gaining defined structure, it is a protein." Thus the same molecule can be either a peptide or a protein depending on its environment, though there are peptides that cannot be proteins.

## Contents

- 1 Peptide classes
- 2 Peptides in Molecular Biology
- 3 Well-known peptide families
    - 3.1 The Tachykinin peptides
    - 3.2 Vasoactive intestinal peptides
    - 3.3 Pancreatic polypeptide-related peptides
    - 3.4 Opioid peptides
    - 3.5 Calcitonin peptides
- 4 Notes on terminology
- 5 See also

## Peptide classes

Here are the major classes of peptides, according to how they are produced:

Ribosomal peptides
    Are synthesized by translation of mRNA. They are often subjected to proteolysis to generate the

mature form. These function, typically in higher organisms, as hormones and signaling molecules. Some lower organisms produce peptides as antibiotics, such as microcin J25. Since they are translated, the amino acid residues involved are restricted to those utilized by the ribosome, and posttranslational modifications thereof, such as phosphorylation, hydroxylation, sulfonation, disulfide formation, etc. In general, they are linear, although lariat structures are common. More exotic manipulations do occur, however, such as racemization (as in platypus venom) or usage of nonribosmal peptide modules (see below) (as in bistratamide a).

Nonribosomal peptides
    Are synthesized using a modular enzyme complex (which functions much like a conveyor belt on a factory). Nonribosomal peptides are confined primarily to unicellular organisms, plants, and fungi. All of these complexes are laid out in a similar fashion, and they can contain many different modules to perform a diverse set of chemical manipulations on the developing product. In general, these peptides are cyclic (often with highly-complex cyclic structures), although linear nonribosomal peptides are common. Since the system is modular and closely related to the machinery for building fatty acids and polyketides, hybrid compounds are often found. Oxazoles, thiazoles, and their reduced counterparts often indicate that the compound was synthesized in this fashion.

Digested peptides
    Are the result of nonspecific proteolysis as part of the digestive cycle. It has also been documented that, when certain food proteins such as gluten, casein, egg protein, and spinach protein are broken down, opioid peptides are formed. These peptides mimic the effects of morphine, and those individuals that are unable to break them down will experience mental illness. These peptides are quite short and are given names such as casomorphine, gluten exorphine, and dermorphine. Ultimately digested peptides are ribosomal peptides, although they aren't made on the ribosome of the organism that contains them.

Peptones
    Are derived from animal meat digested by proteolases. The resulting material is used as a source of proteins in nutrient media for growing bacteria and fungi.

Peptide Fragments
    Refer to fragments of proteins which used to identify or quantify the source protein. Often these are the products of enzymatic degradation performed in the laboratory on a controlled sample, but can also be forensic or paleontological samples which have been degraded by natural effects.

# Peptides in Molecular Biology

Peptides have received prominence in molecular biology in recent times for several reasons. The first and most important is that peptides allow the creation of antibodies in animals without the need to purify the protein of interest. One can simply make antigenic peptides of sections of the protein of interest. These will suffice in making antibodies in a rabbit or mouse against the protein.

Another reason is that peptides have become instrumental in mass spectrometry, allowing the identification of proteins of interest based on peptide masses and sequence.

Peptides have recently been used in the study of protein [structure] and function. For example, synthetic peptides can be used as probes to see where protein-peptide interactions occur.

Inhibitory peptides are also used in clinical research to examine the effects of peptides on the inhibition of cancer proteins and other diseases.

# Well-known peptide families

The peptide families in this section are all ribosomal peptides, usually with hormonal activity. All of these peptides are synthesized by cells as longer "propeptides" or "proproteins" and truncated prior to exiting the cell. They are released into the bloodstream where they perform their signalling functions.

## The Tachykinin peptides

- Substance P
- Kassinin
- Neurokinin A
- Eledoisin
- Neurokinin B

## Vasoactive intestinal peptides

- VIP *Vasoactive intestinal peptide*
- PACAP *Pituitary adenylate cyclase activating peptide*
- PHI 27
- PHM 27
- GHRH 1-24 *Growth hormone releasing hormone 1-24*
- Glucagon
- Secretin

## Pancreatic polypeptide-related peptides

- NPY
- PYY *Peptide YY*
- APP *Avian pancreatic polypeptide*
- HPP *Human pancreatic polypeptide*

## Opioid peptides

- Proopiomelanocortin (POMC) Peptides
- The Enkephalin pentapeptides
- The Prodynorphin peptides

## Calcitonin peptides

- Calcitonin
- Amylin
- AGG01

## Notes on terminology

- A *polypeptide* is a single linear chain of amino acids.
- A *protein* are one or more polypeptides more than about 50 amino acids long.
- An *oligopeptide* or (simply) a *peptide* is a polypeptide less than 30-50 amino acids long.
- A *dipeptide* has two amino acids.
- A *tripeptide* has three amino acids.
- A *pentapeptide* has five amino acids.
- A *neuropeptide* is a peptide that is active in association with neural tissue.
- A *peptide hormone* is a peptide that acts as a hormone.

## See also

- Peptidomimetics (such as peptoids and β-peptides) are molecules related to peptides, but with different properties.
- Peptide synthesis
- Translation
- Ribosome

| Major Families of Biochemicals | | |
|---|---|---|
| **Peptides** \| Amino acids \| Nucleic acids \| Carbohydrates \| Lipids \| Terpenes \| Carotenoids \| Tetrapyrroles \| Enzyme cofactors \| Steroids \| Flavonoids \| Alkaloids \| Polyketides \| Glycosides | | |
| **Analogues of nucleic acids:** | **Types of Peptides** | **Analogues of nucleic acids:** |
| | **General:** Genetic code \| Protein \| Dipeptide \| Tripeptide \| Tetrapeptide | |
| | Oxytocin \| Vasopressin | |
| | Calcitonin \| Amylin | |
| | HPP \| NPY \| PYY | |
| | Glucagon \| Secretin \| VIP | |
| | Substance P \| Kassinin \| Eledoisin | |
| | Bradykinin \| Adrenocorticotrophic hormone | |
| | **MSHs:** Proopiomelanocortin \| Melanotan | |
| | **Others:** Endorphin \| Lipotropin \| Glutathione \| Thyrotropin-releasing hormone | |
| | Carnosine \| Anserine \| Kyotorphin | |
| | Tentoxin \| Tuftsin \| Corticotropin-releasing hormone | |

Retrieved from "http://en.wikipedia.org/wiki/Peptide"

Categories: Biochemicals | Peptides

- This page was last modified 00:02, 27 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

EXHIBIT 29

# Protein

From Wikipedia, the free encyclopedia
(Redirected from Protien)

**Proteins** are large organic compounds made of amino acids arranged in a linear chain and joined together by peptide bonds between the carboxyl and amino groups of adjacent amino acid residues. The sequence of amino acids in a protein is defined by a gene and encoded in the genetic code. Although this genetic code specifies 20 "standard" amino acids, the residues in a protein are often chemically altered in post-translational modification: either before the protein can function in the cell, or as part of control mechanisms. Proteins can also work together to achieve a particular function, and they often associate to form stable complexes.



A representation of the 3D structure of myoglobin, showing coloured alpha helices. This protein was the first to have its structure solved by X-ray crystallography.

Like other biological macromolecules such as polysaccharides and nucleic acids, proteins are essential parts of all living organisms and participate in every process within cells. Many proteins are enzymes that catalyze biochemical reactions, and are vital to metabolism. Other proteins have structural or mechanical functions, such as the proteins in the cytoskeleton, which forms a system of scaffolding that maintains cell shape. Proteins are also important in cell signaling, immune responses, cell adhesion, and the cell cycle. Protein is also a necessary component in our diet, since animals cannot synthesise all the amino acids and must obtain essential amino acids from food. Through the process of digestion, animals break down ingested protein into free amino acids that can be used for protein synthesis.

The word *protein* comes from the Greek πρώτα ("prota"), meaning "*of primary importance*" and these molecules were first described and named by Jöns Jakob Berzelius in 1838. However, proteins' central role in living organisms was not fully appreciated until 1926, when James B. Sumner showed that the enzyme urease was a protein.[1] The first protein to be sequenced was insulin, by Frederick Sanger, who won the Nobel Prize for this achievement in 1958. The first protein structures to be solved included haemoglobin and myoglobin, by Max Perutz and Sir John Cowdery Kendrew, respectively, in 1958.[2] [3] Both proteins' three-dimensional structures were first determined by x-ray diffraction analysis; the structures of myoglobin and haemoglobin won the 1962 Nobel Prize in Chemistry for their discoverers.

# Contents

- 1 Biochemistry
- 2 Synthesis
    - 2.1 Chemical synthesis
- 3 Structure of proteins
    - 3.1 Structure determination
- 4 Cellular functions
    - 4.1 Enzymes
    - 4.2 Cell signalling and ligand transport

- - 4.3 Structural proteins
- 5 Methods of study
  - 5.1 Protein purification
  - 5.2 Cellular localization
  - 5.3 Proteomics and bioinformatics
  - 5.4 Structure prediction and simulation
- 6 Visualization
- 7 Nutrition
- 8 History
- 9 See also
- 10 References
- 11 External links
  - 11.1 Databases and projects
  - 11.2 Tutorials and educational websites

# Biochemistry

Proteins are linear polymers built from 20 different L-α-amino acids. All amino acids share common structural features including an α carbon to which an amino group, a carboxyl group, and a variable side chain are bonded. Only proline differs from this basic structure, as it contains an unusual ring to the N-end amine group, which forces the CO-NH amide moiety into a fixed conformation.[4] The side chains of the standard amino acids, detailed in the list of standard amino acids, have different chemical properties that produce proteins' three-dimensional structure and are therefore critical to protein function. The amino acids in a polypeptide chain are linked by peptide bonds formed in a dehydration reaction. Once linked in the protein chain, an individual amino acid is called a *residue* and the linked series of carbon, nitrogen, and oxygen atoms are known as the *main chain* or *protein backbone*. The peptide bond has two resonance forms that contribute some double bond character and inhibit rotation around its axis, so that the alpha carbons are roughly coplanar. The other two dihedral angles in the peptide bond determine the local shape assumed by the protein backbone.



Resonance structures of the peptide bond that links individual amino acids to form a protein polymer.



Section of a protein structure showing serine and alanine residues linked together by peptide bonds. Carbons are shown in white and hydrogens are omitted for clarity.

Due to the chemical structure of the individual amino acids, the protein chain has directionality. The end of the protein with a free carboxyl group is known as the C-terminus or carboxy terminus, while the end with a free amino group is known as the N-terminus or amino terminus.

There is some ambiguity between the usage of the words *protein*, *polypeptide*, and *peptide*. *Protein* is generally used to refer to the complete biological molecule in a stable conformation, while *peptide* is

generally reserved for a short amino acid oligomers often lacking a stable 3-dimensional structure. However, the boundary between the two is ill-defined and usually lies near 20-30 residues.[5] *Polypeptide* can refer to any single linear chain of amino acids, usually regardless of length, but often implies an absence of a single defined conformation.

# Synthesis



Proteins are assembled from amino acids using information encoded in genes. Each protein has its own unique amino acid sequence that is specified by the nucleotide sequence of the gene encoding this protein. The genetic code is a set of three-nucleotide sets called codons and each three-nucleotide combination stands for an amino acid, for example AUG stands for methionine. Because DNA contains four nucleotides, the total number of possible codons is 64; hence, there is some redundancy in the genetic code and some amino acids are specified by more than one codon. Genes encoded in DNA are first transcribed into pre-messenger RNA (mRNA) by proteins such as RNA polymerase. Most organisms then process the pre-mRNA (also known as a *primary transcript*) using various forms of post-transcriptional modification to form the mature mRNA, which is then used as a template for protein synthesis by the ribosome. In prokaryotes the mRNA may either be used as soon as it is produced, or be bound by a ribosome after having moved away from the nucleoid. In contrast, eukaryotes make mRNA in the cell nucleus and then translocate it across the nuclear membrane into the cytoplasm, where protein synthesis then takes place. The rate of protein synthesis is higher in prokaryotes than eukaryotes and can reach up to 20 amino acids per second.[6]

The process of synthesizing a protein from an mRNA template is known as translation. The mRNA is loaded onto the ribosome and is read three nucleotides at a time by matching each codon to its base pairing anticodon located on a transfer RNA molecule, which carries the amino acid corresponding to the codon it recognizes. The enzyme aminoacyl tRNA synthetase "charges" the tRNA molecules with the correct amino acids. The growing polypeptide is often termed the *nascent chain*. Proteins are always biosynthesized from N-terminus to C-terminus.

The size of a synthesized protein can be measured by the number of amino acids it contains and by its total molecular mass, which is normally reported in units of *daltons* (synonymous with atomic mass units), or the derivative unit kilodalton (kDa). Yeast proteins are on average 466 amino acids long and 53 kDa in mass.[5] The largest known proteins are the titins, a component of the muscle sarcomere, with a molecular mass of almost 3,000 kDa and a total length of almost 27,000 amino acids.[7]

## Chemical synthesis

Short proteins can also be synthesized chemically by a family of methods known as peptide synthesis, which rely on organic synthesis techniques such as chemical ligation to produce peptides in high yield. [8] Chemical synthesis allows for the introduction of non-natural amino acids into polypeptide chains, such as attachment of fluorescent probes to amino acid side chains.[9] These methods are useful in laboratory biochemistry and cell biology, though generally not for commercial applications. Chemical synthesis is inefficient for polypeptides longer than about 300 amino acids, and the synthesized proteins may not readily assume their native tertiary structure. Most chemical synthesis methods proceed from C-terminus to N-terminus, opposite the biological reaction.

# Structure of proteins

Most proteins fold into unique 3-dimensional structures. The shape into which a protein naturally folds is known as its native state. Although many proteins can fold unassisted simply through the structural propensities of their component amino acids, others require the aid of molecular chaperones to efficiently fold to their native states.



Three possible representations of the three-dimensional structure of the protein triose phosphate isomerase. Left: all-atom representation colored by atom type. Middle: simplified representation illustrating the backbone conformation, colored by secondary structure. Right: Solvent-accessible surface representation colored by residue type (acidic residues red, basic residues blue, polar residues green, nonpolar residues white).

Biochemists often refer to four distinct aspects of a protein's structure:

- *Primary structure*: the amino acid sequence
- *Secondary structure*: regularly repeating local structures stabilized by hydrogen bonds. The most common examples are the alpha helix and beta sheet.[10] Because secondary structures are local, many regions of different secondary structure can be present in the same protein molecule.
- *Tertiary structure*: the overall shape of a single protein molecule; the spatial relationship of the secondary structures to one another. Tertiary structure is generally stabilized by nonlocal interactions, most commonly the formation of a hydrophobic core, but also through salt bridges, hydrogen bonds, disulfide bonds, and even post-translational modifications. The term "tertiary structure" is often used as synonymous with the term *fold*.
- *Quaternary structure*: the shape or structure that results from the interaction of more than one protein molecule, usually called *protein subunits* in this context, which function as part of the larger assembly or protein complex.

Proteins are not entirely rigid molecules. In addition to these levels of structure, proteins may shift between several related structures in performing their biological function. In the context of these functional rearrangements, these tertiary or quaternary structures are usually referred to as "conformations," and transitions between them are called *conformational changes.* Such changes are often induced by the binding of a substrate molecule to an enzyme's active site, or the physical region of the protein that participates in chemical catalysis. In solution all proteins also undergo variation in structure through thermal vibration and the collision with other molecules, see the animation on the right.



NMR structures of the protein cytochrome c in solution show the constantly shifting

Proteins can be inforn
with typical tertiary st
membrane proteins. A
enzymes. Fibrous prot
serve as receptors or p
membrane.

A special case of intra
hence promoting their

n dehydration, are called dehydrons.



Molecular surface of several proteins showing their comparative sizes. From left to right are: Antibody (IgG), Hemoglobin, Insulin (a hormone), Adenylate kinase (an enzyme), and Glutamine synthetase (an enzyme).

**Structure determi** ion

Discovering the tertiary structure of a protein, or the quaternary structure of its complexes, can provide important clues about how the protein performs its function. Common experimental methods of structure determination include X-ray crystallography and NMR spectroscopy, both of which can produce information at atomic resolution. Cryoelectron microscopy is used to produce lower-resolution structural information about very large protein complexes, including assembled viruses;[10] a variant known as electron crystallography can also produce high-resolution information in some cases, especially for two-dimensional crystals of membrane proteins.[11] Solved structures are usually deposited in the Protein Data Bank (PDB), a freely available resource from which structural data about thousands of proteins can be obtained in the form of Cartesian coordinates for each atom in the protein.

There are many more known gene sequences than there are solved protein structures. Further, the set of solved structures is biased toward those proteins that can be easily subjected to the experimental conditions required by one of the major structure determination methods. In particular, globular proteins are comparatively easy to crystallize in preparation for X-ray crystallography, which remains the oldest and most common structure determination technique. Membrane proteins, by contrast, are difficult to crystallize and are underrepresented in the PDB.[12] Structural genomics initiatives have attempted to remedy these deficiencies by systematically solving representative structures of major fold classes. Protein structure prediction methods attempt to provide a means of generating a plausible structure for proteins whose structures have not been experimentally determined.

# Cellular functions

Proteins are the chief actors within the cell, said to be carrying out the duties specified by the information encoded in genes.[5] With the exception of certain types of RNA, most other biological molecules are relatively inert elements upon which proteins act. Proteins make up half the dry weight of an *Escherichia coli* cell, while other macromolecules such as DNA and RNA make up only 3% and 20% respectively.[13] The set of proteins expressed in a particular cell or cell type is known as its proteome.

The chief characteristic of proteins that enables them to carry out their diverse cellular functions is their ability to bind other molecules specifically and tightly. The region of the protein responsible for binding another molecule is known as the binding site and is often a depression or "pocket" on the molecular surface. This binding ability is mediated by the tertiary structure of the protein, which defines the binding site pocket, and by the chemical properties of the surrounding amino acids' side chains. Protein binding can be extraordinarily tight and specific; for example, the

ribonuclease inhibitor protein binds to human angiogenin with a sub-femtomolar dissociation constant (<$10^{-15}$ M) but does not bind at all to its amphibian homolog onconase (>1 M). Extremely minor chemical changes such as the addition of a single methyl group to a binding partner can sometimes suffice to nearly eliminate binding; for example, the aminoacyl tRNA synthetase specific to the amino acid valine discriminates against the very similar side chain of the amino acid isoleucine.

Proteins can bind to other proteins as well as to small-molecule substrates. When proteins bind specifically to other copies of the same molecule, they can oligomerize to form fibrils; this process occurs often in structural proteins that consist of globular monomers



The enzyme hexokinase is shown as a simple ball-and-stick molecular model. To scale in the top right-hand corner are its two substrates, ATP and glucose.

that self-associate to form rigid fibers. Protein-protein interactions also regulate enzymatic activity, control progression through the cell cycle, and allow the assembly of large protein complexes that carry out many closely related reactions with a common biological function. Proteins can also bind to, or even be integrated into, cell membranes. The ability of binding partners to induce conformational changes in proteins allows the construction of enormously complex signaling networks.

## Enzymes

The best-known role of proteins in the cell is their duty as enzymes, which catalyze chemical reactions. Enzymes are usually highly specific catalysts that accelerate only one or a few chemical reactions. Enzymes effect most of the reactions involved in metabolism and catabolism as well as DNA replication, DNA repair, and RNA synthesis. Some enzymes act on other proteins to add or remove chemical groups in a process known as post-translational modification. About 4,000 reactions are known to be catalyzed by enzymes.[14] The rate acceleration conferred by enzymatic catalysis is often enormous - as much as $10^{17}$-fold increase in rate over the uncatalyzed reaction in the case of orotate decarboxylase (78 million years without the enzyme, 18 milliseconds with the enzyme).[15]

The molecules bound and acted upon by enzymes are known as substrates. Although enzymes can consist of hundreds of amino acids, it is usually only a small fraction of the residues that come in contact with the substrate and an even smaller fraction - 3-4 residues on average - that are directly involved in catalysis.[16] The region of the enzyme that binds the substrate and contains the catalytic residues is known as the active site.

## Cell signalling and ligand transport

Many proteins are involved in the process of cell signaling and signal transduction. Some proteins, such as insulin, are extracellular proteins that transmit a signal from the cell in which they were synthesized to other cells in distant tissues. Others are membrane proteins that act as receptors whose main function is to bind a signaling molecule and induce

a biochemical response in the cell. Many receptors have a binding site exposed on the cell surface and an effector domain within the cell, which may have enzymatic activity or may undergo a conformational change detected by other proteins within the cell.



Antibodies are protein components of adaptive immune system whose main function is to bind antigens, or foreign substances in the body, and target them for destruction. Antibodies can be secreted into the extracellular environment or anchored in the membranes of specialized B cells known as plasma cells. While enzymes are limited in their binding affinity for their substrates by the necessity of conducting their reaction, antibodies have no such constraints. An antibody's binding affinity to its target is extraordinarily high.

A mouse antibody
against cholera that binds
a carbohydrate antigen.

Many ligand transport proteins bind particular small biomolecules and transport them to other locations in the body of a multicellular organism. These proteins must have a high binding affinity when their ligand is present in high concentrations but must also release the ligand when it is present at low concentrations in the target tissues. The canonical example of a ligand-binding protein is haemoglobin, which transports oxygen from the lungs to other organs and tissues in all vertebrates and has close homologs in every biological kingdom.

Transmembrane proteins can also serve as ligand transport proteins that alter the permeability of the cell's membrane to small molecules and ions. The membrane alone has a hydrophobic core through which polar or charged molecules cannot diffuse. Membrane proteins contain internal channels that allow such molecules to enter and exit the cell. Many ion channel proteins are specialized to select for only a particular ion; for example, potassium and sodium channels often discriminate for only one of the two ions.

### Structural proteins

Structural proteins confer stiffness and rigidity to otherwise fluid biological components. Most structural proteins are fibrous proteins; for example, actin and tubulin are globular and soluble as monomers but polymerize to form long, stiff fibers that comprise the cytoskeleton, which allows the cell to maintain its shape and size. Collagen and elastin are critical components of connective tissue such as cartilage, and keratin is found in hard or filamentous structures such as hair, nails, feathers, hooves, and some animal shells.

Other proteins that serve structural functions are motor proteins such as myosin, kinesin, and dynein, which are capable of generating mechanical forces. These proteins are crucial for cellular motility of single-celled organisms and the sperm of many sexually reproducing multicellular organisms. They also generate the forces exerted by contracting muscles.

# Methods of study

As some of the most commonly studied biological molecules, the activities and structures of proteins are examined both *in vitro* and *in vivo*. *In vitro* studies of purified proteins in controlled environments are useful for learning how a protein carries out its function: for example, enzyme kinetics studies explore

the chemical mechanism of an enzyme's catalytic activity and its relative affinity for various possible substrate molecules. By contrast, *in vivo* experiments on proteins' activities within cells or even within whole organisms can provide complementary information about where a protein functions and how it is regulated.

## Protein purification

In order to perform *in vitro* analyses, a protein must be purified away from other cellular components. This process usually begins with cell lysis, in which a cell's membrane is disrupted and its internal contents released into a solution known as a crude lysate. The resulting mixture can be purified using ultracentrifugation, which fractionates the various cellular components into fractions containing soluble proteins; membrane lipids and proteins; cellular organelles, and nucleic acids. Precipitation by a method known as salting out can concentrate the proteins from this lysate. Various types of chromatography are then used to isolate the protein or proteins of interest based on properties such as molecular weight, net charge and binding affinity. The level of purification can be monitored using gel electrophoresis if the desired protein's molecular weight is known, by spectroscopy if the protein has distinguishable spectroscopic features, or by enzyme assays if the protein has enzymatic activity.

For natural proteins, a series of purification steps may be necessary to obtain protein sufficiently pure for laboratory applications. To simplify this process, genetic engineering is often used to add chemical features to proteins that make them easier to purify without affecting their structure or activity. Here, a "tag" consisting of a specific amino acid sequence, often a series of histidine residues (a "His-tag"), is attached to one terminus of the protein. As a result, when the lysate is passed over a chromatography column containing nickel, the histidine residues ligate the nickel and attach to the column while the untagged components of the lysate pass unimpeded.

## Cellular localization

The study of proteins *in vivo* is often concerned with the synthesis and localization of the protein within the cell. Although many intracellular proteins are synthesized in the cytoplasm and membrane-bound or secreted proteins in the endoplasmic reticulum, the specifics of how proteins are targeted to specific organelles or cellular structures is often unclear. A useful technique for assessing cellular localization uses genetic engineering to express in a cell a fusion protein or chimera consisting of the natural protein of interest linked to a "reporter" such as green fluorescent protein (GFP). The fused protein's position within the cell can be cleanly and efficiently visualized using microscopy, as shown in the figure opposite.

Through another genetic engineering application known as site-directed mutagenesis, researchers can alter the protein sequence and hence its structure, cellular localization, and susceptibility to regulation, which can be followed *in vivo* by GFP tagging or *in vitro* by enzyme kinetics and binding studies.

## Proteomics and bioinformatics

The total complement of proteins present at a time in a cell or cell type is known as its proteome, and the study of such large-scale data sets defines the field of proteomics, named by analogy to the related field of genomics. Key experimental techniques in proteomics include protein microarrays, which allow the detection of the relative levels of a large number of proteins present in a cell, and two-hybrid screening,

which allows the systematic exploration of protein-protein interactions. The total complement of biologically possible such interactions is known as the interactome. A systematic attempt to determine the structures of proteins representing every possible fold is known as structural genomics.

The large amount of genomic and proteomic data available for a variety of organisms, including the human genome, allows researchers to efficiently identify homologous proteins in distantly related organisms by sequence alignment. Sequence profiling tools can perform more specific sequence manipulations such as restriction enzyme maps, open reading frame analyses for nucleotide sequences, and secondary structure prediction. From this data phylogenetic trees can be constructed and evolutionary hypotheses developed using special software like ClustalW regarding the ancestry of modern organisms and the genes they express. The field of bioinformatics seeks to assemble, annotate, and analyze genomic and proteomic data, applying computational techniques to biological problems such as gene finding and cladistics.



Proteins in different cellular compartments and structures tagged with green fluorescent protein (here, white).

## Structure prediction and simulation

Complementary to the field of structural genomics, protein structure prediction seeks to develop efficient ways to provide plausible models for proteins whose structures have not yet been determined experimentally. The most successful type of structure prediction, known as homology modeling, relies on the existence of a "template" structure with sequence similarity to the protein being modeled; structural genomics' goal is to provide sufficient representation in solved structures to model most of those that remain. Although producing accurate models remains a challenge when only distantly related template structures are available, it has been suggested that sequence alignment is the bottleneck in this process, as quite accurate models can be produced if a "perfect" sequence alignment is known.[17] Many structure prediction methods have served to inform the emerging field of protein engineering, in which novel protein folds have already been designed.[18] A more complex computational problem is the prediction of intermolecular interactions, such as in molecular docking and protein-protein interaction prediction.

The processes of protein folding and binding can be simulated using techniques derived from molecular dynamics, which increasingly take advantage of distributed computing as in the Folding@Home project. The folding of small alpha-helical protein domains such as the villin headpiece[19] and the HIV accessory protein[20] have been successfully simulated in silico, and hybrid methods that combine standard molecular dynamics with quantum mechanics calculations have allowed exploration of the electronic states of rhodopsins.[21]

# Visualization

- PyMOL
- Rasmol
- Visual molecular dynamics

# Nutrition

*Further information: Protein in nutrition*

Most microorganisms and plants can biosynthesize all 20 standard amino acids, while animals must obtain some of the amino acids from the diet.[13] Key enzymes in the biosynthetic pathways that synthesize certain amino acids - such as aspartokinase, which catalyzes the first step in the synthesis of lysine, methionine, and threonine from aspartate - are not present in animals. The amino acids that an organism cannot synthesize on its own are referred to as essential amino acids. (This designation is often used to specifically identify those essential to humans.) If amino acids are present in the environment, most microorganisms can conserve energy by taking up the amino acids from the environment and downregulating their own biosynthetic pathways. Bacteria are often engineered in the laboratory to lack the genes necessary for synthesizing a particular amino acid, providing a selectable marker for the success of transfection, or the introduction of foreign DNA.

In animals, amino acids are obtained through the consumption of foods containing protein. Ingested proteins are broken down through digestion, which typically involves denaturation of the protein through exposure to acid and degradation by the action of enzymes called proteases. Ingestion of essential amino acids is critical to the health of the organism, since the biosynthesis of proteins that include these amino acids is inhibited by their low concentration. Amino acids are also an important dietary source of nitrogen. Some ingested amino acids, especially those that are not essential, are not used directly for protein biosynthesis. Instead, they are converted to carbohydrates through gluconeogenesis, which is also used under starvation conditions to generate glucose from the body's own proteins, particularly those found in muscle.

# History

*Further information: History of molecular biology*

Proteins were recognized as a distinct class of biological molecules in the eighteenth century by Antoine Fourcroy and others, distinguished by the molecules' ability to coagulate or flocculate under treatments with heat or acid. Noted examples at the time included albumen from egg whites, blood, serum albumin, fibrin, and wheat gluten. Dutch chemist Gerhardus Johannes Mulder carried out elemental analysis of common proteins and found that nearly all proteins had the same empirical formula. The term "protein" to describe these molecules was proposed in 1838 by Mulder's associate Jöns Jakob Berzelius. Mulder went on to identify the products of protein degradation such as the amino acid leucine for which he found a (nearly correct) molecular weight of 131 Da.

The difficulty in purifying proteins in large quantities made them very difficult for early protein biochemists to study. Hence, early studies focused on proteins that could be purified in large quantities,

e.g., those of blood, egg white, various toxins, and digestive/metabolic enzymes obtained from slaughterhouses. In the late 1950s, the Armour Hot Dog Co. purified 1 kg (= one million milligrams) of pure bovine pancreatic ribonuclease A and made it freely available to scientists around the world.

Linus Pauling is credited with the successful prediction of regular protein secondary structures based on hydrogen bonding, an idea first put forth by William Astbury in 1933. Later work by Walter Kauzman on denaturation, based partly on previous studies by Kaj Linderstrom-Lang, contributed an understanding of protein folding and structure mediated by hydrophobic interactions. In 1949 Fred Sanger correctly determined the amino acid sequence of insulin, thus conclusively demonstrating that proteins consisted of linear polymers of amino acids rather than branched chains, colloids, or cyclols. The first atomic-resolution structures of proteins were solved by X-ray crystallography in the 1960s and by NMR in the 1980s. As of 2006, the Protein Data Bank has nearly 40,000 atomic-resolution structures of proteins. In more recent times, cryo-electron microscopy of large macromolecular assemblies and computational protein structure prediction of small protein domains are two methods approaching atomic resolution.

# See also

- Amino acid
- Essential amino acid
- Protein design
- Intein
- List of recombinant proteins
- List of proteins
- Prion
- Edible protein per unit area of land
- Expression cloning

# References

1. ^ Sumner, JB (1926). "The Isolation and Crystallization of the Enzyme Urease. Preliminary Paper (http://www.jbc.org/cgi/reprint/69/2/435.pdf?ijkey=028d5e540dab50accbf86e01be08db51ef49008f)". *J Biol Chem* **69**: 435-41.
2. ^ Muirhead H, Perutz M (1963). "Structure of haemoglobin. A three-dimensional fourier synthesis of reduced human haemoglobin at 5.5 A resolution". *Nature* **199** (4894): 633-8. PMID 14074546 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14074546).
3. ^ Kendrew J, Bodo G, Dintzis H, Parrish R, Wyckoff H, Phillips D (1958). "A three-dimensional model of the myoglobin molecule obtained by x-ray analysis". *Nature* **181** (4610): 662-6. PMID 13517261 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=13517261).
4. ^ Nelson, D. L. and Cox, M. M. (2005) Lehninger's Principles of Biochemistry, 4th Edition, W. H. Freeman and Company, New York.
5. ^ *a b c* Lodish H, Berk A, Matsudaira P, Kaiser CA, Krieger M, Scott MP, Zipurksy SL, Darnell J. (2004). *Molecular Cell Biology* 5th ed. WH Freeman and Company: New York, NY.
6. ^ Dobson CM. (2000). The nature and significance of protein folding. In *Mechanisms of Protein Folding* 2nd ed. Ed. RH Pain. *Frontiers in Molecular Biology* series. Oxford University Press: New York, NY.
7. ^ Fulton A, Isaacs W (1991). "Titin, a huge, elastic sarcomeric protein with a probable role in morphogenesis". *Bioessays* **13** (4): 157-61. PMID 1859393 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=1859393).
8. ^ Bruckdorfer T, Marder O, Albericio F (2004). "From production of peptides in milligram amounts for

research to multi-tons quantities for drugs of the future". *Curr Pharm Biotechnol* **5** (1): 29-43. PMID 14965208 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=14965208).

9.  ^ Schwarzer D, Cole P (2005). "Protein semisynthesis and expressed protein ligation: chasing a protein's tail". *Curr Opin Chem Biol* **9** (6): 561-9. PMID 16226484 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=16226484).

10. ^ *a b* Branden C, Tooze J. (1999). *Introduction to Protein Structure* 2nd ed. Garland Publishing: New York, NY

11. ^ Gonen T, Cheng Y, Sliz P, Hiroaki Y, Fujiyoshi Y, Harrison SC, Walz T. (2005). Lipid-protein interactions in double-layered two-dimensional AQP0 crystals. *Nature* 438(7068):633-8.

12. ^ Walian P, Cross TA, Jap BK. (2004). Structural genomics of membrane proteins *Genome Biol* 5(4): 215.

13. ^ *a b* Voet D, Voet JG. (2004). *Biochemistry* Vol 1 3rd ed. Wiley: Hoboken, NJ.

14. ^ Bairoch A. (2000). "The ENZYME database in 2000 (http://www.expasy.org/NAR/enz00.pdf)". *Nucleic Acids Res* **28**: 304-305. PMID 10592255 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=10592255).

15. ^ Radzicka A, Wolfenden R. (1995). "A proficient enzyme.". *Science* **6** (267): 90-931. PMID 7809611 (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi? cmd=Retrieve&db=pubmed&dopt=Abstract&list_uids=7809611).

16. ^ The Catalytic Site Atlas at The European Bioinformatics Institute (http://www.ebi.ac.uk/thornton-srv/databases/CSA/)

17. ^ Zhang Y, Skolnick J. (2005). The protein structure prediction problem could be solved using the current PDB library. *Proc Natl Acad Sci USA* 102(4):1029-34.

18. ^ Kuhlman B, Dantas G, Ireton GC, Varani G, Stoddard BL, Baker D. (2003). Design of a novel globular protein fold with atomic-level accuracy. *Science* 302(5649):1364-8.

19. ^ Zagrovic B, Snow CD, Shirts MR, Pande VS. (2002). Simulation of folding of a small alpha-helical protein in atomistic detail using worldwide-distributed computing. *J Mol Biol* 323(5):927-37.

20. ^ Herges T, Wenzel W. (2005). In silico folding of a three helix protein and characterization of its free-energy landscape in an all-atom force field. *Phys Rev Let* 94(1):018101.

21. ^ Hoffmann M, Wanko M, Strodel P, Konig PH, Frauenheim T, Schulten K, Thiel W, Tajkhorshid E, Elstner M. (2006). Color tuning in rhodopsins: the mechanism for the spectral shift between bacteriorhodopsin and sensory rhodopsin II. *J Am Chem Soc* 128(33):10808-18.

# External links

- Proteins (the journal) (http://www3.interscience.wiley.com/cgi-bin/jhome/36176? CRETRY=1&SRETRY=0), also called "Proteins: Structure, Function, and Bioinformatics" and previously "Proteins: Structure, Function, and Genetics" (1986-1995).

## Databases and projects

- The Protein Databank (http://www.rcsb.org/) (see also PDB Molecule of the Month (http://www.rcsb.org/pdb/static.do?p=education_discussion/molecule_of_the_month/index.html), presenting short accounts on selected proteins from the PDB)
- UniProt the Universal Protein Resource (http://www.expasy.uniprot.org/)
- Human Protein Atlas (http://www.proteinatlas.org/)
- iHOP - Information Hyperlinked over Proteins (http://www.ihop-net.org/UniPub/iHOP/)
- MIT's Laboratory for Protein Molecular Self-Assembly (http://web.mit.edu/lms/www/)
- NCBI Entrez Protein database (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=Protein)
- NCBI Protein Structure database (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=Structure)
- Human Protein Reference Database (http://www.hprd.org/)
- Human Proteinpedia (http://www.humanproteinpedia.org/)
- Folding@Home (Stanford University) (http://folding.stanford.edu/)

## Tutorials and educational websites

- Proteins: Biogenesis to Degradation - The Virtual Library of Biochemistry and Cell Biology (http://www.biochemweb.org/proteins.shtml)
- Amino acid metabolism (http://web.indstate.edu/thcme/mwking/amino-acid-metabolism.html)
- Data Book of Molecules (http://www.ecosci.jp/ec.html) - Home Page for Learning Environmental Chemistry

| | |
|---|---|
| **Proteins** | [show] |
| **Proteins: key methods of study** | [show] |
| **Proteins: enzymes** | [show] |
| **Proteins: coagulation** | [show] |
| **Proteins: carrier proteins** | [show] |
| **Food chemistry** | [show] |
| **Protein metabolism: protein metabolism** | [show] |

Retrieved from "http://en.wikipedia.org/wiki/Protein"

Categories: Biochemistry | Molecular biology | Nutrition | Proteins | Proteomics

- This page was last modified 23:39, 30 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT 30

# RNA

From Wikipedia, the free encyclopedia

*For other uses, see RNA (disambiguation).*

**Ribonucleic acid (RNA)** is a nucleic acid polymer consisting of nucleotide monomers, that acts as a messenger between DNA and ribosomes, and that is also responsible for making proteins out of amino acids.[1] RNA polynucleotides contain ribose sugars and predominantly uracil unlike deoxyribonucleic acid (DNA), which contains deoxyribose and predominantly thymine. It is transcribed (synthesized) from DNA by enzymes called RNA polymerases and further processed by other enzymes. RNA serves as the template for translation of genes into proteins, transferring amino acids to the ribosome to form proteins, and also translating the transcript into proteins.

Nucleic acids were discovered in 1868 (some sources indicate 1869) by Johann Friedrich Miescher (1844-1895), who called the material 'nuclein' since it was found in the nucleus. It was later discovered that prokaryotic cells, which do not have a nucleus, also contain nucleic acids. The role of RNA in protein synthesis had been suspected since 1939, based on experiments carried out by Torbjörn Caspersson, Jean Brachet and Jack Schultz. Hubert Chantrenne elucidated the messenger role played by RNA in the synthesis of proteins in ribosome. The sequence of the 77 nucleotides of a yeast RNA was found by Robert W. Holley in 1964, winning Holley the 1968 Nobel Prize for Medicine. In 1976, Walter Fiers and his team at the University of Ghent determined the complete nucleotide sequence of bacteriophage MS2-RNA.[1]

# Contents

- 1 Chemical and Stereochemical structure
- 2 Comparison with DNA
- 3 Synthesis
- 4 Biological roles
  - 4.1 Messenger RNA (mRNA)
  - 4.2 Transfer RNA (tRNA)
  - 4.3 Ribosomal RNA (rRNA)
  - 4.4 Non-coding RNA or "RNA genes"
  - 4.5 Catalytic RNA
  - 4.6 Double-stranded RNA
- 5 RNA world hypothesis
- 6 RNA secondary structures
- 7 References
- 8 External links
- 9 See also

# Chemical and Stereochemical structure

RNA is a polymer with a ribose and phosphate backbone and four different bases: adenine, guanine, cytosine, and uracil. The first three are the same as those found in DNA, but in RNA thymine is replaced

by uracil as the base complementary to adenine. This base is also a pyrimidine and is very similar to thymine. Uracil is energetically less expensive to produce than thymine, which may account for its use in RNA. In DNA, however, uracil is readily produced by chemical degradation of cytosine, so having thymine as the normal base makes detection and repair of such incipient mutations more efficient. Thus, uracil is appropriate for RNA, where quantity is important but lifespan is not, whereas thymine is appropriate for DNA where maintaining sequence with high fidelity is more critical.



RNA with its nitrogenous bases to the left and DNA to the right.

However, there are also numerous modified bases and sugars found in RNA that serve many different roles. Pseudouridine (Ψ) and the DNA nucleoside thymidine are found in various places (most notably in the TΨC loop of every tRNA). Thus, it is not technically correct to say that uracil is found in RNA in place of thymine. Another notable modified base is hypoxanthine (a deaminated Guanine base whose nucleotide is called Inosine). Inosine plays a key role in the Wobble Hypothesis of the Genetic Code. There are nearly 100 other naturally occurring modified bases, of which pseudouridine and 2'-O-methylribose are by far the most common. The specific roles of many of these modifications in RNA are not fully understood. However, it is notable that in ribosomal RNA, many of the post-translational modifications occur in highly functional regions, such as the peptidyl transferase center and the subunit interface, inferring that they are important for normal function.

Single stranded RNA exhibits a right handed stacking pattern that is stabilized by base stacking.

The most important structural feature of RNA, indeed the only consistent difference between the two nucleic acids, that distinguishes it from DNA is the presence of a hydroxyl group at the 2'-position of the ribose sugar. The presence of this functional group enforces the C3'-endo sugar conformation (as opposed to the C2'-endo conformation of the deoxyribose sugar in DNA) that causes the helix to adopt the A-form geometry rather than the B-form most commonly observed in DNA. This result in a very deep and narrow major groove and a shallow and wide minor groove. A second consequence of the presence of the 2'-hydroxyl group is that in conformationally flexible regions of an RNA molecule (that is, not involved in formation of a double helix), it can chemically attack the adjacent phosphodiester bond to cleave the backbone.

## Comparison with DNA

Unlike DNA, RNA is almost always a single-stranded molecule and has a much shorter chain of nucleotides. RNA contains ribose, rather than the deoxyribose found in DNA (there is no hydroxyl group attached to the pentose ring in the 2' position whereas RNA has two hydroxyl groups). These hydroxyl groups make RNA less stable than DNA because it is more prone to hydrolysis. Several types of RNA (tRNA, rRNA) contain a great deal of secondary structure, which help promote stability.

Like DNA, most biologically active RNAs including tRNA, rRNA, snRNAs and other non-coding RNAs (such as the SRP RNAs) are extensively base paired to form double stranded helices. Structural analysis of these RNAs have revealed that they are not, "single-stranded" but rather highly structured. Unlike DNA, this structure is not just limited to long double-stranded helices but rather collections of short helices packed together into structures akin to proteins. In this fashion, RNAs can achieve chemical catalysis, like enzymes. For instance, determination of the structure of the ribosome in 2000 revealed that the active site of this enzyme that catalyzes peptide bond formation is composed entirely of RNA.

## Synthesis

Synthesis of RNA is usually catalyzed by an enzyme - RNA polymerase, using DNA as a template. Initiation of synthesis begins with the binding of the enzyme to a promoter sequence in the DNA (usually found "upstream" of a gene). The DNA double helix is unwound by the helicase activity of the enzyme. The enzyme then progresses along the template strand in the 3' -> 5' direction, synthesizing a complementary RNA molecule with elongation occurring in the 5' -> 3' direction. The DNA sequence also dictates where termination of RNA synthesis will occur.

There are also a number of RNA-dependent RNA polymerases as well that use RNA as their template for synthesis of a new strand of RNA. For instance, a number of RNA viruses (such as poliovirus) use this type of enzyme to replicate their genetic material. Also, it is known that RNA-dependent RNA polymerases are required for the RNA interference pathway in many organisms.

## Biological roles

### Messenger RNA (mRNA)

Messenger RNA is RNA that carries information from DNA to the ribosome sites of protein synthesis in the cell. Once mRNA has been transcribed from DNA, it is exported from the nucleus into the cytoplasm (in eukaryotes mRNA is "processed" before being exported), where it is bound to ribosomes and translated into its corresponding protein form with the help of tRNA. After a certain amount of time the message degrades into its component nucleotides, usually with the assistance of RNA polymerases.

### Transfer RNA (tRNA)

Transfer RNA is a small RNA chain of about 74-95 nucleotides that transfers a specific amino acid to a growing polypeptide chain at the ribosomal site of protein synthesis during translation. It has sites for amino-acid attachment and an anticodon region for codon recognition that binds to a specific sequence on the messenger RNA chain through hydrogen bonding. It is a type of non-coding RNA.

### Ribosomal RNA (rRNA)

**Ribosomal RNA** is a component of the ribosomes, the protein synthetic factories in the cell. Eukaryotic ribosomes contain four different rRNA molecules: 18S, 5.8S, 28S, and 5S rRNA. Three of the rRNA molecules are synthesized in the nucleolus, and one is synthesized elsewhere. rRNA molecules are extremely abundant and make up at least 80% of the RNA molecules found in a typical eukaryotic cell.

In the cytoplasm, ribosomal RNA and protein combine to form a nucleoprotein called a ribosome. The ribosome binds mRNA and carries out protein synthesis. Several ribosomes may be attached to a single mRNA at any time.

## Non-coding RNA or "RNA genes"

RNA genes (sometimes referred to as non-coding RNA or small RNA) are genes that encode RNA that is not translated into a protein. The most prominent examples of RNA genes are transfer RNA (tRNA) and ribosomal RNA (rRNA), both of which are involved in the process of translation. However, since the late 1990s, many new RNA genes have been found, and thus RNA genes may play a much more significant role than previously thought.

In the late 1990s and early 2000, there has been persistent evidence of more complex transcription occurring in mammalian cells (and possibly others). This could point towards a more widespread use of RNA in biology, particularly in gene regulation. A particular class of non-coding RNA, micro RNA, has been found in many metazoans (from *Caenorhabditis elegans* to *Homo sapiens*) and clearly plays an important role in regulating other genes.

First proposed in 2004 by Rassoulzadegan and published in Nature 2006,[2] RNA is implicated as being part of the germline. If confirmed, this result would significantly alter the present understanding of genetics and lead to many question on DNA-RNA roles and interactions.

## Catalytic RNA

Although RNA contains only four bases, in comparison to the twenty amino acids commonly found in proteins, some RNAs are still able to catalyse chemical reactions. These include cutting and ligating other RNA molecules and also the catalysis of peptide bond formation in the ribosome.

## Double-stranded RNA

Double-stranded RNA (or dsRNA) is RNA with two complementary strands, similar to the DNA found in all "higher" cells. dsRNA forms the genetic material of some viruses. In eukaryotes, it acts as a trigger to initiate the process of RNA interference and is present as an intermediate step in the formation of siRNAs (small interfering RNAs). siRNAs are often confused with miRNAs; siRNAs are double-stranded, whereas miRNAs are single-stranded. Although initially single stranded there are regions of intra-molecular association causing hairpin structures in pre-miRNAs; immature miRNAs. Very recently, dsRNA has been found to induce gene expression at transcriptional level, a phenomenon named "small RNA induced gene activation RNAa". Such dsRNA is called "small activating RNA (saRNA)".

# RNA world hypothesis

The RNA world hypothesis proposes that the earliest forms of life relied on RNA both to carry genetic information (like DNA does now) and to catalyze biochemical reactions like an enzyme. According to this hypothesis, descendants of these early lifeforms gradually integrated DNA and proteins into their metabolism.

# RNA secondary structures

The functional form of single stranded RNA molecules (like proteins) frequently requires a specific tertiary structure. The scaffold for this structure is provided by secondary structural elements which are hydrogen bonds within the molecule. This leads to several recognizable "domains" of secondary structure like hairpin loops, bulges and internal loops. The secondary structure of RNA molecules can be predicted computationally by calculating the minimum free energies (MFE) structure for all different combinations of hydrogen bondings and domains. There has been a significant amount of research directed at the RNA structure prediction problem.

Online tools for MFE structure prediction from single sequences are provided by MFOLD (http://www.bioinfo.rpi.edu/applications/mfold/) and RNAfold (http://rna.tbi.univie.ac.at/cgi-bin/RNAfold.cgi).

Comparative studies of conserved RNA structures are significantly more accurate and provide evolutionary information. Computationally reasonable and accurate online tools for alignment folding are provided by KNetFold (http://knetfold.abcc.ncifcrf.gov/), RNAalifold (http://rna.tbi.univie.ac.at/cgi-bin/alifold.cgi) and Pfold (http://www.daimi.au.dk/~compbio/rnafold/).

A package of RNA structure prediction programs is also available for Windows: RNAstructure (http://rna.urmc.rochester.edu/rnastructure.html).

A database of RNA sequences and secondary structures is available from Rfam (http://www.sanger.ac.uk/Software/Rfam/index.shtml), analyses and links to RNA analysis tools are available from Wikiomics (http://wikiomics.org/wiki/List_of_articles#RNA).

# References

1. ^ Fiers W et al., Complete nucleotide-sequence of bacteriophage MS2-RNA - primary and secondary structure of replicase gene, Nature, 260, 500-507, 1976
2. ^ Rassoulzadegan M., et al. Nature, doi:10.1038/nature04674 , 2006

# External links

- RNA@IGIB (http://miracle.igib.res.in/)group at the Institute of Genomics and Integrative Biology working on RNA biology
- [1] (http://www.imb-jena.de/RNA.html) RNA World website
- [2] (http://ndbserver.rutgers.edu/atlas/xray/index.html) Images of DNA, RNA (eg tRNA) and complexes.

# See also

- Antisense mRNA
- Genetics
- Molecular biology
- RNAi
- RNAa

- RNA interference
- RNA Ontology Consortium
- RNA world hypothesis
- Severo Ochoa
- Sequence profiling tool
- Phosphoramidite
- Quantification of nucleic acids

| Major Families of Biochemicals | |
|---|---|
| Peptides \| Amino acids \| Nucleic acids \| Carbohydrates \| Lipids \| Terpenes \| Carotenoids \| Tetrapyrroles \| Enzyme cofactors \| Steroids \| Flavonoids \| Alkaloids \| Polyketides \| Glycosides | |

| Analogues of nucleic acids: | Types of Nucleic Acids | Analogues of nucleic acids: |
|---|---|---|
| **Nucleobases:** | Adenine \| Thymine \| Uracil \| Guanine \| Cytosine \| Purine \| Pyrimidine | |
| **Nucleosides:** | Adenosine \| Uridine \| Guanosine \| Cytidine \| Deoxyadenosine \| Thymidine \| Deoxyguanosine \| Deoxycytidine | |
| **Nucleotides:** | AMP \| UMP \| GMP \| CMP \| ADP \| UDP \| GDP \| CDP \| ATP \| UTP \| GTP \| CTP \| cAMP \| cGMP \| cADPR | |
| **Deoxynucleotides:** | dAMP \| TMP \| dGMP \| dCMP \| dADP \| TDP \| dGDP \| dCDP \| dATP \| TTP \| dGTP \| dCTP | |
| **Ribonucleic acids:** | **RNA** \| mRNA \| piRNA \| tRNA \| rRNA \| ncRNA \| sgRNA \| shRNA \| siRNA \| snRNA \| miRNA \| snoRNA \| LNA | |
| **Deoxyribonucleic acids:** | DNA \| mtDNA \| cDNA \| plasmid \| Cosmid \| BAC \| YAC \| HAC | |
| **Analogues of nucleic acids:** | GNA \| PNA \| TNA \| morpholino | |

Retrieved from "http://en.wikipedia.org/wiki/RNA"

Categories: RNA | Genetics

- This page was last modified 19:44, 30 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.