# EXHIBIT 37



**KENYON & KENYON LLP**
Intellectual Property Law

William G. James, II
Direct 202.220.4412
wjames@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201
(DC bar application pending)

April 30, 2007

By Electronic Mail

Frank G. Smith, III, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree
Atlanta, GA 30309-3424

Re: *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658,
United States District Court for the District of Columbia

Dear Frank:

    I write in advance of the parties' upcoming claim construction briefs. Intervet maintains that claim 32 is invalid under 35 U.S.C. § 112, as was set forth in the preliminary claim constructions provided by Intervet in the parties' February 23, 2007 Joint Claim Construction Statement. (D.I. 71). However, in view of the evidence available to the parties at present, including recent discovery of inventors of the '601 patent, Intervet will propose to the Court that, if the terms of claim 32 are to be construed, they should be given the following construction:

| Claim 32 | Intervet's Proposed Construction |
|---|---|
| An isolated DNA molecule comprising a nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1. | An isolated DNA molecule which codes for at least one epitope found on PCV-2, but not for an epitope found on PCV-1. |

Sincerely,

William G. James

cc: All counsel of record

# EXHIBIT 38

# EXHIBIT 38

# MOLECULAR BIOLOGY OF THE CELL

## THIRD EDITION

Bruce Alberts • Dennis Bray
Julian Lewis • Martin Raff • Keith Roberts
James D. Watson



Garland Publishing, Inc.
New York & London

GARLAND STAFF

Text Editor: Miranda Robertson
Managing Editor: Ruth Adams
Illustrator: Nigel Orme
Molecular Model Drawings: Kate Hesketh-Moore
Director of Electronic Publishing: John M-Roblin
Computer Specialist: Chuck Bartelt
Disk Preparation: Carol Winter
Copy Editor: Shirley M. Cobert
Production Editor: Douglas Goertzen
Production Coordinator: Perry Bessas
Indexer: Maija Hinkle

*Bruce Alberts* received his Ph.D. from Harvard University and is currently President of the National Academy of Sciences and Professor of Biochemistry and Biophysics at the University of California, San Francisco. *Dennis Bray* received his Ph.D. from the Massachusetts Institute of Technology and is currently a Medical Research Council Fellow in the Department of Zoology, University of Cambridge. *Julian Lewis* received his D.Phil. from the University of Oxford and is currently a Senior Scientist in the Imperial Cancer Research Fund Developmental Biology Unit, University of Oxford. *Martin Raff* received his M.D. from McGill University and is currently a Professor in the MRC Laboratory for Molecular Cell Biology and the Biology Department, University College, London. *Keith Roberts* received his Ph.D. from the University of Cambridge and is currently Head of the Department of Cell Biology, the John Innes Institute, Norwich. *James D. Watson* received his Ph.D. from Indiana University and is currently Director of the Cold Spring Harbor Laboratory. He is the author of *Molecular Biology of the Gene* and, with Francis Crick and Maurice Wilkins, won the Nobel Prize in Medicine and Physiology in 1962.

© 1983, 1989, 1994 by Bruce Alberts, Dennis Bray, Julian Lewis, Martin Raff, Keith Roberts, and James D. Watson.

All rights reserved. No part of this book covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Molecular biology of the cell / Bruce Alberts . . . [et al.].—3rd ed.
    p.   cm.
  Includes bibliographical references and index.
  ISBN 0-8153-1619-4 (hard cover).—ISBN 0-8153-1620-8 (pbk.)
  1. Cytology. 2. Molecular biology. I. Alberts, Bruce.
  [DNLM: 1. Cells. 2. Molecular Biology.   QH 581.2 M718 1994]
QH581.2.M64 1994
574.87—dc20
DNLM/DLC
for Library of Congress                                     93-45907
                                                                CIP

Published by Garland Publishing, Inc.
717 Fifth Avenue, New York, NY 10022

Printed in the United States of America

15 14 13 12 10 9 8 7 6 5 4 3 2 1

**Front cover:** The photograph shows a rat nerve cell in culture. It is labeled with a fluorescent antibody that stains its cell body and dendritic processes (*yellow*). Nerve terminals (*green*) from other neurons (not visible), which have made synapses on the cell, are labeled with a different antibody. (Courtesy of Olaf Mundigl and Pietro de Camilli.)

**Dedication page:** Gavin Borden, late president of Garland Publishing, weathered in during his mid-1980s climb near Mount McKinley with MBoC author Bruce Alberts and famous mountaineer guide Mugs Stump (1940–1992).

**Back cover:** The authors, in alphabetical order, crossing Abbey Road in London on their way to lunch. Much of this third edition was written in a house just around the corner. (Photograph by Richard Olivier.)

# The Genetic Code

| 1st position (5' end) ↓ | 2nd position U | C | A | G | 3rd position (3' end) ↓ |
|---|---|---|---|---|---|
| U | Phe<br>Phe<br>Leu<br>Leu | Ser<br>Ser<br>Ser<br>Ser | Tyr<br>Tyr<br>STOP<br>STOP | Cys<br>Cys<br>STOP<br>Trp | U<br>C<br>A<br>G |
| C | Leu<br>Leu<br>Leu<br>Leu | Pro<br>Pro<br>Pro<br>Pro | His<br>His<br>Gln<br>Gln | Arg<br>Arg<br>Arg<br>Arg | U<br>C<br>A<br>G |
| A | Ile<br>Ile<br>Ile<br>Met | Thr<br>Thr<br>Thr<br>Thr | Asn<br>Asn<br>Lys<br>Lys | Ser<br>Ser<br>Arg<br>Arg | U<br>C<br>A<br>G |
| G | Val<br>Val<br>Val<br>Val | Ala<br>Ala<br>Ala<br>Ala | Asp<br>Asp<br>Glu<br>Glu | Gly<br>Gly<br>Gly<br>Gly | U<br>C<br>A<br>G |

## Amino Acids and Their Symbols — Codons

| | | | Codons | | | | |
|---|---|---|---|---|---|---|---|
| A | Ala | Alanine | GCA | GCC | GCG | GCU | |
| C | Cys | Cysteine | UGC | UGU | | | |
| D | Asp | Aspartic acid | GAC | GAU | | | |
| E | Glu | Glutamic acid | GAA | GAG | | | |
| F | Phe | Phenylalanine | UUC | UUU | | | |
| G | Gly | Glycine | GGA | GGC | GGG | GGU | |
| H | His | Histidine | CAC | CAU | | | |
| I | Ile | Isoleucine | AUA | AUC | AUU | | |
| K | Lys | Lysine | AAA | AAG | | | |
| L | Leu | Leucine | UUA | UUG | CUA | CUC | CUG | CUU |
| M | Met | Methionine | AUG | | | | |
| N | Asn | Asparagine | AAC | AAU | | | |
| P | Pro | Proline | CCA | CCC | CCG | CCU | |
| Q | Gln | Glutamine | CAA | CAG | | | |
| R | Arg | Arginine | AGA | AGG | CGA | CGC | CGG | CGU |
| S | Ser | Serine | AGC | AGU | UCA | UCC | UCG | UCU |
| T | Thr | Threonine | ACA | ACC | ACG | ACU | |
| V | Val | Valine | GUA | GUC | GUG | GUU | |
| W | Trp | Tryptophan | UGG | | | | |
| Y | Tyr | Tyrosine | UAC | UAU | | | |