## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

      *Plaintiff*,

  v.

        Civil Action No. 1:06-cv-00658 (HHK/JMF)

MERIAL LIMITED and MERIAL SAS,

      *Defendants*.


## NOTICE REGARDING CERTIFICATE OF SERVICE


I hereby certify that on this 2nd day of May, 2007, I filed under seal Plaintiff Intervet's Opening Brief on Claim Construction Issues, the Declaration of Patrice Jean, Ph.D. in Support of Plaintiff Intervet's Opening Brief on Claim Construction Issues, and Exhibits in support thereof with the Clerk of the Court pursuant to the Protective Order of April 24, 2007 (D.I. 87).  Copies of  these papers have been served via e-mail on counsels for Merial Limited and Merial SAS.


              _____/s/_____

              Edith F. Meyers
              Litigation Paralegal
              Kenyon & Kenyon LLP
              1500 K Street, NW
              Washington, DC 20005-1257
              (202) 220-4200