UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

CONSENT MOTION FOR AN EXTENSION OF TIME FOR
PARTIES TO FILE REPONSIVE CLAIM CONSTRUCTION BRIEFS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Merial Limited and Merial SAS ("Merial"), with the consent of Plaintiff Intervet Inc. ("Intervet"), hereby move this Court for an extension of time for all parties to file their respective answering claim construction briefs. Pursuant to the Magistrate Judge Facciola's March 23, 2007 order, the parties' answering claim construction briefs are currently due on May 23, 2007.

Because Dr. Raymond R. R. Rowland, Ph.D., Intervet's declarant on issues of claim construction, was not available for deposition before Wednesday, May 16, 2007, Merial has requested a two-day extension of the answering claim construction briefing deadline, from May 23, 2007 to May 25, 2007, to permit the parties to receive, analyze, and potentially incorporate Dr. Rowland's deposition testimony into their answering claim construction briefs.

The parties have conferred in accordance with LCvR 7(m), and have agreed that a two-day extension of the deadline for filing answering claim construction briefs, from May 23, 2007 to May 25, 2007, is warranted. This should allow the parties adequate time to complete their

briefs following the receipt of Dr. Rowland's deposition testimony on issues of claim construction.

**WHEREFORE,** Merial respectfully request, with Intervet's consent, that the Court grant this consent motion permitting the parties through and including Friday, May 25, 2007 to file their answering claim construction briefs.

A proposed order is attached for the Court's consideration.


Dated: May 9, 2007

                                              Respectfully submitted,

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steve Amundson
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Defendants Merial Limited and Merial SAS

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### [PROPOSED] ORDER

The motion of Defendants Merial Limited and Merial SAS for extension of time for the parties to file their answering claim construction briefs, to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED. The parties shall have up to and including May 25, 2007 to file their respective answering claim construction briefs.

SO ORDERED, THIS _____ day of _____, 2007.

_____
United States District Judge