## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

      Plaintiff,

   v.

MERIAL LIMITED and MERIAL SAS,

      Defendants.

Civil Action No. 1:06-cv-00658 (HHK/JMF)

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that *Plaintiff Intervet's Rebuttal Brief On Claim Construction Issues* containing Merial Limited's and Merial SAS's Confidential and/or Attorneys' Eyes Only Information has been filed under seal pursuant to the Protective Order of April 24, 2007 (D.I. 87). This document has been filed under seal in paper format with the Court. This document is not available for public viewing.

Dated: May 25, 2007

Respectfully Submitted,

_____  /s/   Patrice P. Jean_____
Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D.  (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York,  NY 10004-1007
(212) 425-7200 (telephone)
(212) 425-5288 (facsimile)

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

       *Plaintiff*,

    v.

MERIAL LIMITED and MERIAL SAS,


     *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

# NOTICE REGARDING CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2007, full copies of *Plaintiff Intervet's*

*Rebuttal Brief On Claim Construction Issues* filed under seal pursuant to the Protective Order of

April 24, 2007 (D.I. 87) have been served via e-mail on the following attorneys of record:

> Judy Jarecki-Black, Ph.D.
> MERIAL LIMITED
> 3239 Satellite Blvd.
> Duluth, GA 30096-4640
> Tel: (678) 638-3805
> Fax: (678) 638-3350
>
> Thomas J. Kowalski, Esq.
> Steven M. Admundson, Esq.
> FROMMER LAWRENCE & HAUG LLP
> 745 Fifth Avenue, NY NY 10151
> Tel: (212) 588-0800
> Fax: (212) 588-0500
>
> Timothy A. Ngau, Esq.
> ALSTON & BIRD LLP
> 950 F. Street, NW
> Washington, DC 20004

Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Elizabeth K. Haynes, Esq.
Robert L. Lee, Esq.
Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777


Thomas J. Terebesi
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

2

John R. Hutchins (D.C. Bar # 456749)
Cedric C. Y. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

*Attorneys for Plaintiff*
*Intervet Inc.*