UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff*,

v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants*.

Civil Action No. 1:06-cv-00658 (HHK/JMF)

**SECOND DECLARATION OF PATRICE P. JEAN, PH.D.
IN SUPPORT OF PLAINTIFF INTERVET'S REBUTTAL BRIEF ON
CLAIM CONSTRUCTION ISSUES**

1.  I am an attorney at the law firm of Kenyon & Kenyon LLP located at One Broadway, NY, NY 10004.

2.  I am submitting this second declaration in support of Plaintiff Intervet's Rebuttal Brief on Claim Construction Issues.

3.  Attached is a true and correct copy of U.S. Patent No. 7,192,594 (Exhibit Q).

4.  Attached is a true and correct copy of http://en.wikipedia.org/wiki/Wikipedia (Exhibit R).

5.  Attached is a true and correct copy of the Hamel Genbank Submission (Submitted 26-SEP-1997) (Exhibit S).

6.  Attached is a true and correct copy of *E-Watch, Inc. & E-Watch Corp. v. March Networks Corp.*, No. 9:06-cv-25, 2006 U.S. Dist. LEXIS 54366 (E.D. Tex. Aug. 6, 2006) (Exhibit T).

7.  Attached is a true and correct copy of transcript excerpts from the deposition of Gordon Allan, dated April 13, 2007 (Exhibit U).

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2007

Patrice P. Jean