# Exhibit S

**NCBI** — **Nucleotide** — **My NCBI** [Sign In] [Register]

| PubMed | Nucleotide | Protein | Genome | Structure | PMC | Taxonomy | OMIM | Books |

Search ____ for ____

Limits | Preview/Index | History | Clipboard | Details

Display ___ Show ___ Hide: ___ sequence ___ all but gene, CDS and mRNA features

Range: from ___ to ___ Reverse complemented ___ Features: ___ strand

**1:** AF027217. Reports  Porcine circoviru...[gi:2689645]    Links

Features Sequence

```
LOCUS       AF027217                1768 bp    DNA     circular VRL 14-MAY-1998
DEFINITION  Porcine circovirus strain pmws PCV, complete genome.
ACCESSION   AF027217
VERSION     AF027217.1  GI:2689645
KEYWORDS    .
SOURCE      Porcine circovirus
  ORGANISM  Porcine circovirus
            Viruses; ssDNA viruses; Circoviridae; Circovirus; unclassified
            Circovirus.
REFERENCE   1  (bases 1 to 1768)
  AUTHORS   Hamel,A.L., Lin,L.L. and Nayar,G.P.
  TITLE     Nucleotide sequence of porcine circovirus associated with
            postweaning multisystemic wasting syndrome in pigs
  JOURNAL   J. Virol. 72 (6), 5262-5267 (1998)
   PUBMED   9573301
REFERENCE   2  (bases 1 to 1768)
  AUTHORS   Hamel,A.L., Lin,L.L. and Nayar,G.P.S.
  TITLE     Direct Submission
  JOURNAL   Submitted (26-SEP-1997) Virology Laboratory, Veterinary Services
            Branch, Manitoba Agriculture, 545 University Crescent, Winnipeg,
            Manitoba R3T 5S6, Canada
FEATURES             Location/Qualifiers
     source          1..1768
                     /organism="Porcine circovirus"
                     /mol_type="genomic DNA"
                     /strain="pmws PCV"
                     /db_xref="taxon:46221"
                     /note="both strands of seven overlapping PCR fragments
                     were sequenced; virus isolated from lung, lymph node,
                     spleen and tonsil tissue from pigs affected by post
                     weaning multisystemic wasting syndrome"
     CDS             complement(join(1732..1768,1..92))
                     /note="ORF9; predicted 4.6 kDa protein"
```

```
                              /codon_start=1
                              /protein_id="AAC59470.1"
                              /db_xref="GI:2689654"
                              /translation="MWLGSASSILLAGHVAAEVLPRCCRCRSALVILTAHFFRFQL"
     stem_loop                join(1746..1768,1..13)
                              /function="putative replication site"
     rep_origin               join(1762..1768,1..2)
                              /note="'AAGTATTAC' is similar to the nonanucleotide motif
                              in the non-pathogenic PCV, GenBank Accession Number
                              U49186"
     CDS                      51..995
                              /note="ORF1; similar to Rep protein encoded by
                              non-pathogenic PCV, GenBank Accession Number U49186;
                              predicted 35.8 kDa protein"
                              /codon_start=1
                              /product="putative Rep protein"
                              /protein_id="AAC59462.1"
                              /db_xref="GI:2689646"
                              /translation="MPSKKNGRSGPQPHKRWVFTLNNPSEDERKKIRELPISLFDYFI
                              VGEEGNEEGRTPHLQGFANFVKKQTFNKVKWYLGARCYIEKAKGTDQQNKEYCSKEGN
                              LLIECGAPRSQGQRSDLSTAVSTLLESGSLVTVAEQHPVTFVRNFRGLAELLKVSGKM
                              QKRDWKTNVHVIVGPPGCGKSKWAANFADPETTYWKPPRNKWWDGYHGEEVVVIDDFY
                              GWLPWDDLLRLCDRYPLTVETKGGTVPFLARSILITSNQTPLEWYSSTAVPAVEALYR
                              RITSLVFWKNATEQSTEEGGQFVTLSPPCPEFPYEINY"
     misc_feature             117..125
                              /note="glycosylation site"
     misc_feature             816..824
                              /note="glycosylation site"
     misc_feature             906..914
                              /note="glycosylation site"
     polyA_signal             327..332
     CDS                      complement(357..671)
                              /note="ORF3; predicted 11.9 kDa protein"
                              /codon_start=1
                              /protein_id="AAC59464.1"
                              /db_xref="GI:2689648"
                              /translation="MVTIPPLVSRWFPVCGFRVCKISSPFAFTTPRWPHNDVYIGLPI
                              TLLHFPAHFQKFSQPAEISDKRYRVLLCNGHQTPALQQGTHSSRQVTPLSLRSRSSTF
                              NK"
     CDS                      complement(386..565)
                              /note="ORF4; predicted 6.5 kDa protein"
                              /codon_start=1
                              /protein_id="AAC59465.1"
                              /db_xref="GI:2689649"
                              /translation="MTCTLVFQSRFCIFPLTFKSSASPRKFLTNVTGCCSATVTRLPL
                              SNKVLTAVDRSLRCP"
     misc_feature             complement(470..478)
                              /note="glycosylation site"
```

| | | |
|---|---|---|
| CDS | | complement(688..753) |
| | | /note="ORF8; predicted 2.3 kDa protein" |
| | | /codon_start=1 |
| | | /protein_id="AAC59469.1" |
| | | /db_xref="GI:2689653" |
| | | /translation="MDIDHTVSVDHPTAASHKSHQ" |
| polyA_signal | | 983..988 |
| CDS | | complement(989..1033) |
| | | /note="ORF11; predicted 1.8 kDa protein" |
| | | /codon_start=1 |
| | | /protein_id="AAC59472.1" |
| | | /db_xref="GI:2689656" |
| | | /translation="MKNKNHYEVIKKTQ" |
| CDS | | 1016..1177 |
| | | /note="ORF5; predicted 6.2 kDa protein" |
| | | /codon_start=1 |
| | | /protein_id="AAC59466.1" |
| | | /db_xref="GI:2689650" |
| | | /translation="MVFIFHLGFKWGVFKIKFSELYIHGYTDIVVLVVYTVFERSAEA YVVHISRGL" |
| polyA_site | | complement(1022..1027) |
| CDS | | complement(1034..1735) |
| | | /note="ORF2; predicted 27.8 kDa protein" |
| | | /codon_start=1 |
| | | /protein_id="AAC59463.1" |
| | | /db_xref="GI:2689647" |
| | | /translation="MTYPRRRYRRRRHRPRSHLGQILRRRPWLVHPRHRYRWRRKNGI FNTRLSRTFGYTVKATTVRTPSWAVDMMRFNIDDFVPPGGGTNKISIPFEYYRIRKVK VEFWPCSPITQGDRGVGSTAVILDDNFVTKATALTYDPYVNYSSRHTIPQPFSYHSRY FTPKPVLDSTIDYFQPNNKRTQLWLRLQTSRNVDHVGLGTAFENSIYDQDYNIRVTMY VQFREFNLKDPPLKP" |
| misc_feature | | complement(1301..1309) |
| | | /note="glycosylation site" |
| CDS | | complement(1522..1611) |
| | | /note="ORF6; predicted 3.1 kDa protein" |
| | | /codon_start=1 |
| | | /protein_id="AAC59467.1" |
| | | /db_xref="GI:2689651" |
| | | /translation="MASSTPASPAPSDILSRLPQSERPPGRWT" |
| CDS | | 1524..1631 |
| | | /note="ORF10; predicted 4.1 kDa protein" |
| | | /codon_start=1 |
| | | /protein_id="AAC59471.1" |
| | | /db_xref="GI:2689655" |
| | | /translation="MSTAQEGVLTVVALTVYPKVRERRVLKMPFFLLQR" |
| CDS | | 1682..1741 |
| | | /note="ORF7; predicted 1.9 kDa protein" |
| | | /codon_start=1 |

```
                     /protein_id="AAC59468.1"
                     /db_xref="GI:2689652"
                     /translation="MAAGAVSSSAVTPPWIRHS"
ORIGIN
        1 accagcgcac ttcggcagcg gcagcacctc ggcagcacct cagcagcaac atgcccagca
       61 agaagaatgg aagaagcgga ccccaaccac ataaaaggtg ggtgttcacg ctgaataatc
      121 cttccgaaga cgagcgcaag aaaatacggg agctcccaat ctccctattt gattatttta
      181 ttgttggcga ggagggtaat gaggaaggac gaacacctca cctccagggg ttcgctaatt
      241 ttgtgaagaa gcaaactttt aataaagtga agtggtattt gggtgcccgc tgctacatcg
      301 agaaagccaa aggaactgat cagcagaata aagaatattg cagtaaagaa ggcaacttac
      361 ttattgaatg tggagctcct cgatctcaag gacaacggag tgacctgtct actgctgtga
      421 gtaccttgtt ggagagcggg agtctggtga ccgttgcaga gcagcaccct gtaacgtttg
      481 tcagaaattt ccgcgggctg gctgaacttt tgaaagtgag cgggaaaatg cagaagcgtg
      541 attggaagac caatgtacac gtcattgtgg gccacctgg gtgtggtaaa agcaaatggg
      601 ctgctaattt tgcagacccg gaaccacat actggaaacc acctagaaac aagtggtggg
      661 atggttacca tggtgaagaa gtggttgtta ttgatgactt ttatggctgg ctgccgtggg
      721 atgatctact gagactgtgt gatcgatatc cattgactgt agagactaaa ggtggaactg
      781 tacctttttt ggcccgcagt attctgatta ccagcaatca gaccccgttg gaatggtact
      841 cctcaactgc tgtcccagct gtagaagctc tctatcggag gattacttcc ttggtatttt
      901 ggaagaatgc tacagaacaa tccacggagg aaggggccca gttcgtcacc ctttccccc
      961 catgccctga atttccatat gaaataaatt actgagtctt ttttatcact tcgtaatggt
     1021 tttattttt catttagggt ttaagtgggg ggtctttaag attaaattct ctgaattgta
     1081 catacatggt tacacggata ttgtagtcct ggtcgtatat actgttttcg aacgcagtgc
     1141 cgaggcctac gtggtccaca tttctagagg tttgtagcct cagccaaagc tgagtccttt
     1201 tgttatttgg ttggaagtaa tcaatagtgg agtcaagaac aggtttgggt gtgaagtaac
     1261 gggagtggta ggagaagggt tggggattg tatggcggga ggagtagttt acatatgggt
     1321 cataggttag ggctgtggcc tttgttacaa agttatcatc tagaataaca gcagtggagc
     1381 ccactcccct atcaccctgg gtgatggggg agcagggcca gaattcaacc ttaaccttc
     1441 ttattctgta gtattcaaag ggtatagaga ttttgttggt ccccctccc gggggaacaa
     1501 agtcgtcaat attaaatctc atcatgtcca ccgcccagga gggcgttctg actgtggtag
     1561 ccttgacagt atatccgaag gtgcgggaga ggcgggtgtt gaagatgcca tttttccttc
     1621 tccaacggta gcggtggcgg gggtggacga gccaggggcg gcggcggagg atctggccaa
     1681 gatggctgcg ggggcggtgt cttcttctgc ggtaacgcct ccttggatac gtcatagctg
     1741 aaaacgaaag aagtgcgctg taagtatt
//
```