# Exhibit U

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF COLUMBIA


INTERVET, INC.,            )
              Plaintiff,   )  CIVIL ACTION FILE NO.
     vs.                   )  1:06-cv-00658 (HHK/JMF)
MERIAL LIMITED and         )
MERIAL SAS,                )
              Defendants.  )
```

COPY

(PORTIONS OF THE TRANSCRIPT ARE DESIGNATED

ATTORNEY'S EYES ONLY)

Videotaped Deposition of GORDON M. ALLAN, Ph.D., taken on behalf of the Plaintiff, pursuant to the stipulations agreed to herein, before Judith L. Leitz, RPR, and Georgia CCR-B-2312, at Alston & Bird, 1180 West Peachtree Street, 15th Floor, on Friday, the 13th day of April, 2007, commencing at 8:06 a.m.

1               MR. SMITH:  Yes, we can do one of those.
2               VIDEO TECHNICIAN:  10:16.  We're off the
3    record.
4               (Recess taken.)
5               VIDEO TECHNICIAN:  10:28.  We're back on
6    the record.  This is beginning of Tape No. 3.
7    BY MR. JAMES:
8         Q.   Professor Allan, looking at Example 19 and
9    the data in the table there, does this data
10   demonstrate that these viruses had PCV2 specific
11   antigens?
12        A.   Which viruses?
13        Q.   Any of them.
14        A.   It demonstrates that the PCV1 virus is
15   distinct from the PCV2 viruses antigenically.
16        Q.   Does it demonstrate that any of the viruses
17   have PCV2 specific antigens?
18        A.   I answered that.  It demonstrates that the
19   PCV1 viruses -- it demonstrates that the virus from
20   PK/15 cells is antigenically distinct from the virus
21   that we isolated from diseased pigs.
22        Q.   And is that the same as saying, yes, it
23   discloses PCV2 specific antigens?
24             MR. SMITH:  Object to the form of the
25   question.

1   A.   Same answer. It shows a distinct antigenic
2   stroke serological difference between the virus from
3   the PK/15 cells and the virus we isolated from
4   diseased pigs.
5   BY MR. JAMES:
6   Q.   Does it demonstrate an antigen found on the
7   PCV2 viruses that's not found on the PCV1 virus?
8   A.   It demonstrates a reactivity on the PCV2
9   viruses -- well, on the viruses from diseased pigs
10  that is not present on the viruses from cell culture
11  and vice versa.
12  Q.   There are no PCV2 monoclonal antibodies in
13  this test, correct?
14  A.   Correct.
15  Q.   Is the degree of cross-reactivity shown
16  there, for example, under USA of greater than 6400
17  for the PCV2 antiserum --
18  A.   Yep.
19  Q.   -- and 200 for the PCV1 antiserum --
20  A.   Hold on, say that again.
21  Q.   For the USA strain, do you see that in the
22  third column in the table?
23  A.   Yeah.
24  Q.   For the PCV2 antiserum which is referred to
25  as PCV-C --

1   A.   Yes.

2   Q.   -- you have greater than 6400?

3   A.   Yes.

4   Q.   What are the units on 6400, by the way?

5   MR. SMITH:  Well, it's actually 6.400.  I

6   don't know if that's --

7   A.   It says 6,400.  It's the last -- reciprocal

8   of the last dilution.  It's a 1 in 60 -- 1 in 6,400

9   dilution.  Doubling dilutions.

10  BY MR. JAMES:

11  Q.   So for the USA strain you had reactivity at

12  a dilution of 1 in 6400 with --

13  A.   No.

14  Q.   No?

15  A.   We have reactivity at greater than or equal

16  to 1 in 640 -- or 1 in 6,400.

17  Q.   For the antiserum against one of your PCV2

18  strains, correct?

19  A.   Yes.

20  Q.   And you had reaction at a dilution of 1 in

21  200 --

22  A.   Yes.

23  Q.   -- for the antiserum against a PK/15

24  contaminant, correct?

25  A.   Yes.

88

1  Q. Does that data for the USA strain
2  demonstrate a PCV2 specific antigen on the USA
3  strain?
4  A. It demonstrates that there is a distinct
5  serological difference by that test between the PK/15
6  contaminants and the virus created from diseased
7  pigs.
8  Q. Is there a reason why you're unwilling to
9  say that it demonstrates a PCV2 specific antigen?
10  MR. SMITH: Objection, argumentative.
11  A. Well, I'm telling you what the data tell --
12  what the data says. It demonstrates a significant --
13  well, an extremely clear serological difference
14  between the two viruses.
15 BY MR. JAMES:
16  Q. But it does not demonstrate that there is a
17  PCV2 specific antigen on that USA strain, correct?
18  A. It demonstrates it's a significant
19  difference between the two result -- reactions.
20  Q. Does the example provide the stringency
21  conditions that you used in your testing?
22  A. Define what you mean by stringency
23  conditions.
24  Q. Do you have an understanding of what
25  stringency means in the context of an indirect

VERITEXT/SPHERION DEPOSITION SERVICES
(212) 490-3430

93

1    Q. Are you going to follow his instruction?

2    A. Yes.

3    Q. At the time the application was filed, did you believe control information should be provided for Example 19?

    MR. SMITH: Objection, calls for a legal conclusion. Go ahead and answer.

8    A. Ask me the question again.

9 BY MR. JAMES:

10    Q. At the time that the application was filed in 1998, did you believe that control information should be provided for the testing described in Example 19?

14    A. I can't remember.

15    Q. Are there other ways of determining specificity other than the tests described in Example 19?

18    A. Specificity with respect to what?

19    Q. Antigenic specificity.

20    A. With respect to what?

21    Q. The specificity of a PCV2 antigen.

22    A. Yes.

23    Q. And those other ways of determining specificity would they have been well understood to a person of skill in the art at the time the

VERITEXT/SPHERION DEPOSITION SERVICES
(212) 490-3430

1   application was filed?
2       A.  Yes.
3       Q.  And does your patent tell the person of
4   skill in the art which particular test to use to
5   determine specificity of an antigen?
6       A.  Yes, Example 19.
7       Q.  So if you were to read -- let me strike
8   that.
9           In order to determine the specificity of a
10  particular epitope of a PCV2 virus would you follow
11  the testing in Example 19?
12      A.  How do you define an epitope?
13      Q.  Do you understand what epitope means?
14      A.  How do you define an epitope?
15      Q.  Turn to Page 11 of your application.  It
16  has Production No. INT21219.
17      A.  Page 11, where, line?
18      Q.  Line 20 --
19          MR. SMITH:  I'm sorry.
20  BY MR. JAMES:
21      Q.  Line 26.
22      A.  Yep.
23          MR. SMITH:  I don't think you're on the
24  same page of the document.
25      A.  211, no?  Where am I?

1  BY MR. JAMES:
2      Q.   I -- I apologize. I confused you. It's at
3  219 in the lower right-hand corner.
4      A.   Correct. Page, line?
5      Q.   Line 26.
6      A.   Line 26.
7      Q.   It says, "The present invention also makes
8  it possible to determine epitopes of interest
9  especially on the basis of the DNA sequences
10 described here, whether epitopes of vaccinal interest
11 or epitopes of interest in diagnosis."
12     A.   Okay.
13     Q.   Do you see that?
14     A.   Yep.
15     Q.   Did you have an understanding at the time
16 you filed your patent application as to the meaning
17 of term "epitope"?
18     A.   Yes.
19     Q.   And what was that understanding?
20     A.   As described in this an epitope is an
21 antigenic determinant.
22     Q.   What does that mean?
23     A.   What does what mean?
24     Q.   Antigenic determinant.
25     A.   It's a -- it's a part of the infectious

1   agent, in this case PCV2, presumably on the -- well,
2   mainly on the capsid which is --
3           THE COURT REPORTER:  Mainly on the?
4           THE WITNESS:  On the capsid protein.
5       A.  -- which is recognized by the host as being
6   -- can produce an immune response to it.  It's an
7   antigenic determinant.
8   BY MR. JAMES:
9       Q.  If one were to try to determine whether a
10  particular protein had a PCV2 specific antigenic
11  determinant, does your patent application tell them
12  which test to use?
13      A.  I've got to read it again.
14          Question again, please.
15          MR. JAMES:  Would you read it back.
16          (Whereupon, the requested portion of the
17  record was read by the reporter.)
18      A.  The patent application as I read it tells
19  them how to differentiate between a PCV1 antigenic
20  determinant and a new PCV2 antigenic determinant.
21  BY MR. JAMES:
22      Q.  And where does it describe how to
23  differentiate between a PCV1 antigenic determinant
24  and a PCV2 antigenic determinant?
25      A.  Can I rephrase that to say that it shows

97

1  you how to differ -- how to demonstrate that the
2  deter -- antigenic determinants on the new virus are
3  different from the antigenic determinants on PCV --
4  PCV1.
5      Q.  Is determining that the antigenic
6  determinants on the new virus are different from
7  antigenic determinants on PCV1 the same as
8  determining that they are PCV2 specific?
9      A.  They are specific to the new virus, but --
10     Q.  Vis-a-vis PCV1?
11     A.  Yes.  And do not -- and I was about to say
12 and do not occur on PCV1.
13     Q.  And can you point me to the portion of your
14 patent specification that provides that instruction?
15     A.  Example 19.
16     Q.  Anything else?
17     A.  Anything else with respect to what?
18     Q.  Is there anything else in your patent
19 specification that would instruct a person of skill
20 in the art as to how to determine whether particular
21 protein had a PCV2 specific antigenic determinant?
22     A.  There is -- there is data here that would
23 -- would -- would tell somebody of a specific state
24 in the art that the proteins expressed on the ORF 2
25 of the -- of the virus are different from those

1   expressed in the ORF 1. Whether -- yeah.
2       Q. You can tell that it's -- the proteins
3   expressed by the ORF 2 that is causing the
4   differentiation in antigenicity between the viruses?
5       A. Anybody -- anybody skilled in the art of
6   virology stroke with an understanding of molecular
7   biology could combine with the information -- well,
8   in my opinion, could combine the information from a
9   sequence data with the information from Example 19 to
10  show that -- to come to the conclusion that the
11  antigenicity of the two viruses are different with
12  respect to epitopes.
13      Q. Let's turn back to Page 210.
14      A. 210, okay.
15      Q. And earlier we looked at the paragraph
16  beginning at Line 27. I'd like to look at the
17  paragraph beginning at Line 31. It says, "The
18  invention relates to any porcine circovirus capable
19  of being isolated from a physiological sample or from
20  a tissue sample, especially lesions, from a diseased
21  pig having the PMWS syndrome, especially following
22  the method described in the examples, in particular
23  type II circovirus." Do you see that?
24      A. Yes.
25      Q. Is this definition of -- let me strike