UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED AND MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**NOTICE OF FILING DOCUMENTS IN SUPPORT OF MERIAL'S ANSWERING BRIEF CONCERNING CLAIM CONSTRUCTION**

Defendants Merial Limited and Merial SAS (collectively "Merial") respectfully submit the following documents in support of Merial's Answering Brief Concerning Claim Construction:

1. Declaration of Christopher Civilian Louis Chase, D.V.M., Ph.D. and supporting exhibits; and

2. Declaration of Brian M. Meehan Concerning Porcine Circovirus Type II Sequences.

In addition, notice is given that Merial is filing today the following documents under seal pursuant to the Protective Order of April 24, 2007 (D.I. 87).

1. Merial's Answering Brief Concerning Claim Construction; and

2. Declaration of J. Patrick Elsevier in Support of Merial's Answering Brief Concerning Claim Construction and supporting exhibits.

The above documents have been filed in paper format with the Court and are not available for public viewing.

LEGAL02/30383894v1

Respectfully submitted, this 25th day of May 2007.

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS*

- 2 -

LEGAL02/30383894v1