UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED AND MERIAL SAS,<br><br>Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

### Declaration of Brian M. Meehan
### Concerning Porcine Circovirus Type II Sequences

Pursuant to 28 U.S.C. § 1746, I, Brian M. Meehan, declare as follows:

1.

I am a co-inventor of U.S. Patent No. 6,368,601 ("the '601 patent"), a true and correct copy of which is attached hereto as Exhibit 1;

2.

I am a co-author of the article entitled: *Characterization of novel circovirus DNAs associated with wasting syndromes in pigs*, Journal of General Virology 79:2171-79 (1998) ("Meehan 1998"), a true and correct copy of which is attached hereto as Exhibit 2;

3.

The genomic sequences of the porcine circovirus type II ("PCV-2") isolates reported in Meehan 1998 and deposited with GenBank as described therein are identical to those described in the '601 patent, as is illustrated in the chart below:

| Strain<br>('601 Patent and Meehan 1998) | GenBank Accession No.<br>(Meehan 1998) | Sequence Identifier<br>('601 Patent) |
|---|---|---|
| Imp. 1011-48121 | AF055393 | SEQ ID NO: 1 |
| Imp. 1011-48285 | AF055394 | SEQ ID NO: 2 |
| Imp. 999 | AF055391 | SEQ ID NO: 3 |
| Imp. 1010 | AF055392 | SEQ ID NO: 4 |

1

4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of May, 2007.

*[signature: Brian Meehan]*

Brian M. Meehan