# EXHIBIT A-1

**to the**
**DECLARATION OF CHRISTOPHER**
**CIVILIAN LOUIS CHASE, D.V.M., PH.D.,**

**Civil Action No. 1:06-CV-00658 (HHK-JMF)**

**CURRICULUM VITAE**

A. Biographical Data
  Name: **CHRISTOPHER CIVILIAN LOUIS CHASE**
  Address:  Department of Veterinary Science
       Animal Disease Research and Diagnostic Laboratory
       P.O. Box 2175
       South Dakota State University
       Brookings, SD  57007-1396

B. Education
  South Dakota State University, Brookings, SD, Pre-Veterinary Medicine, 1974-1976
  Iowa State University, Ames, IA, D.V.M. 1980
  University of Wisconsin-Madison, Madison, WI, M.S. 1987
  University of Wisconsin-Madison, Madison, WI, Ph.D. 1990
  University of Wyoming, Laramie, WY, Special Student, 1990-1991

C. Present Positions
  Professor, Department of Veterinary Science, South Dakota State University, Brookings, SD
  Adjunct Professor, Department of Biology-Microbiology, South Dakota State University,
  Brookings, SD
  Consulting Veterinarian, Flandreau Veterinary Clinic, Flandreau, SD
  President, Rural Technologies, Inc., Brookings, SD

D. Positions
  1980-1985: Associate veterinarian, Viborg Veterinary Clinic, Viborg, SD.
  1985-1990: Research assistant, Department of Veterinary Science, University of Wisconsin-
       Madison, Madison, WI.
  1985-1990: Relief veterinarian, Stoughton Veterinary Service, Stoughton, WI.
  1990-1992: Veterinary Medical Officer, Arthropod-borne Animal Diseases Research
       Laboratory, Laramie, WY
  1990-1992: Adjunct Assistant Professor, Department of Molecular Biology, University of
       Wyoming, Laramie, WY
  1991-1992: Relief Veterinarian, All Pet Animal Hospital, Laramie, WY
  1992-1996: Assistant Professor, Department of Veterinary Science, South Dakota State
       University, Brookings, SD
  1996-2001: Associate Professor, Department of Veterinary Science, South Dakota State
       University, Brookings, SD
  1994-1997: Secretary-Treasurer, Rural Technologies, Inc., Brookings, SD
  1997-1998: Chairman of the Board, Rural Technologies, Inc., Brookings, SD

E. Licensed to Practice Veterinary Medicine
  Iowa, South Dakota

F. Board Certification
  Diplomat, American College of Veterinary Microbiology  (Immunology and Virology)

G. Professional Organizations
    American Association of Bovine Practitioners
    American Association of Small Ruminant Practitioners
    American Association of Swine Practitioners
    American Association of Veterinary Immunologists
    American Veterinary Medical Association
    American Society for Microbiology
    American Society for Virology
    Conference of Research Workers in Animal Disease
    Iowa State University Veterinary Medical Association
    Phi Kappa Phi
    Sigma Xi
    South Dakota Veterinary Medical Association

H. Teaching Activities

| Year | Activity |
|------|----------|
| 1989: | Teaching Assistant: Vet Sci 548 Diseases of Wildlife, University of Wisconsin-Madison |
| 1991-92 | Lecturer, MOLB 3980 (598) Clinical Biochemistry, University of Wyoming |
| 1992: | Lecturer, MOLB/VESC 4510 Introduction to Virology, University of Wyoming |
| 1993- | Lecturer, VET 103, Introduction to Veterinary Medicine, South Dakota State University |
| 1993- | Co-Coordinator, MICR 424/524 Medical and Veterinary Virology, South Dakota State University |
| 1994-98: | Lecturer, MICR 423 Pathogenic Microbiology, South Dakota State University |
| 1994- | Lecturer, MICR 422 Immunology, South Dakota State University |
| 1995: | Course Coordinator, VET 793 Advanced Viral Pathogenesis, South Dakota State University |
| 1996- | Guest Lecturer, AS 323 Advanced Animal Nutrition, South Dakota State University |
| 1996- | Guest Lecturer, AS 478 Swine Production, South Dakota State University |
| 1996-97 | Guest Lecturer, Microbiology 6002, School of Veterinary Medicine, University of Pennsylvania |
| 1997: | Course Coordinator, BIOSCI 892 Biological Sciences PhD Seminar, South Dakota State University |
| 1998: | Course Coordinator, MICR 323 Medical Microbiology, South Dakota State University |
| 1998: | Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University |
| 1999: | Course Coordinator, BIOSCI 892 Biological Sciences PhD Seminar, South Dakota State University |
| 1999-: | Lecturer, MICR 423 Pathogenic Microbiology, South Dakota State University |
| 1999: | Course Coordinator, VETSCI 793 Veterinary and Medical Mycology, South Dakota State University |
| 2000: | Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University |
| 2000: | Course Coordinator, VETSCI 793 Molecular Biology of Viral Replication, South Dakota State University |
| 2000- | Lecturer, PS493 Special Problems-Agricultural Biotechnology |

2001:   Course Coordinator, BIOSCI 892 Biological Sciences PhD Seminar, South Dakota State University

2002:   Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University

2002:   Course Coordinator, ABS 703 Microbiology Colloquium-Microbial Toxins, South Dakota State University

2002:   Course Coordinator, ABS 703 Microbiology Colloquium-Veterinary and Medical Mycology, South Dakota State University

2003:   Course Coordinator, VETSCI 792 Cell Biology, South Dakota State University

2004-   Lecturer, ABS 205 Biotechnology in agriculture and medicine, South Dakota State University

2004-   Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University

2005:   Course Coordinator, VETSCI 792 Introduction to Graduate Studies, South Dakota State University

2005:   Lecturer, BIOS 693 Cellular and Molecular Biology, South Dakota State University

2006-   Course Coordinator, MICRO 492/592 Immunology-Internet, South Dakota State University

2006-   Course Coordinator, BIOS 693 Cellular and Molecular Biology-Internet, South Dakota State University

2006-   Lecturer, MICR 499 Applied Microbiology and Biotechnology, South Dakota State University

2007-   Course Coordinator BIOS 692 Advanced Concepts in Infectious Disease-Internet, South Dakota State University

I. Honors

1973:   National Science Foundation Program in Life Sciences for High School Students, Purdue University

1974:   Production Credit Scholarship, South Dakota State University

1975:   Harry Halverson Memorial Scholarship, South Dakota State University

1980:   Auxiliary of the AVMA Award, Iowa State University

1988:   Faculty Research Award, Department of Veterinary Science, University of Wisconsin-Madison

1989:   3rd place finalist, Centennial Essay Contest, "Applications of Biotechnology to Production Animal Agriculture", College of Agricultural and Life Sciences, University of Wisconsin-Madison

1989:   Burr Beach Research Award, Wisconsin Veterinary Medical Association

1989:   1st place Student Award, American Association of Veterinary Immunologists

1990:   Semi-finalist, Sigma Xi, Wisconsin Chapter Dissertation Award

1991:   Kinney Research Associate Award, USDA-ARS

1994:   American Society for Virology Teaching Travel Award

1995:   Dean's Award for Excellence, College of Agriculture and Biological Sciences, South Dakota State University

2001:   American Society for Virology Teaching Travel Award

2005:   Outstanding Teaching Award, Gamma Sigma Delta, South Dakota State University

2005:      Dean's Team Award, College of Agriculture and Biological Sciences, South
           Dakota State University
2006:      Phi Kappa Phi, South Dakota State University

J. Committees

1978-80:   Student Senator, Government of the Student Body, Iowa State University
1979:      Member, Search Committee for the Chairman of Veterinary Physiology and
           Pharmacology Department, Iowa State University
1981-85:   City Councilman, Viborg, SD
1985-86:   Student Representative, Faculty Recruitment Committee, Department of
           Veterinary Science, University of Wisconsin-Madison
1986-89:   Student Representative to the Faculty, Department of Veterinary Science,
           University of Wisconsin-Madison
1990-      Ad hoc referee, Journal of Wildlife Diseases
1991-92:   Institutional Biosafety Committee, University of Wyoming
1991-92:   Secretary-Treasurer, University of Wyoming Chapter, Sigma Xi
1992-      Ad hoc referee, Journal of Veterinary Diagnostic Investigation
1992-      NC-107 Technical Committee on Bovine Respiratory Disease, USDA-CSRS
1992-      Safety Committee, Department of Veterinary Science, South Dakota State
           University
1992-94:   Moderator for Immunology section, Conference of Research Workers in Animal
           Disease, Chicago IL.
1993-97:   Department of Veterinary Science Library Representative, South Dakota State
           University
1993-      Ad hoc reviewer, Mechanisms of Animal Disease Program, USDA-CSRS
1993:      Ad hoc referee, Proceedings of the Biostress Symposium, South Dakota State
           University
1993:      Pathologist/Infectious Disease Investigator Faculty Search Committee,
           Department of Veterinary Science, South Dakota State University
1993-95:   Co-advisor, Pre-veterinary Medicine Club, South Dakota State University
1993-94:   President-elect, South Dakota State University Chapter, Sigma Xi
1993-      Institutional Biosafety Committee, South Dakota State University
1993-      Ad hoc reviewer, Journal of the American Veterinary Medical Association
1993:      Ad hoc reviewer, American Journal of Veterinary Research
1993-94:   Pathogenic Microbiology Faculty Search Committee, Department of Biology-
           Microbiology, South Dakota State University
1994-96:   Scientific Board of Review, American Journal of Veterinary Research
1994:      National Delegate, Sigma Xi National Convention, Atlanta, GA
1994:      Organizer for Immunology section, Conference of Research Workers in Animal
           Disease, Chicago IL.
1994-95:   President, South Dakota State University Chapter, Sigma Xi
1995-      Graduate Student Coordinator, Department of Veterinary Science, South Dakota
           State University
1995-      Continuing Education and Program Committee, American College of Veterinary
           Microbiologists
1995-2001  Council on Research, American Veterinary Medical Association

1996-        Biological Sciences PhD Advisory Committee, South Dakota State University
1996-2000: Committee on American Journal of Veterinary Research
1996:        Chairman, Ad Hoc Proposal Review Panel #2, South Dakota State University
             Research Fund
1996:        Chairman, South Dakota State University Research Fund Review Panel
1996:        Program Committee, American Association of Swine Practitioners
1996:        Moderator, North Central Conference of Veterinary Laboratory Diagnosticians,
             Brookings, SD
1996:        Moderator for Virology section, Conference of Research Workers in Animal
             Disease, Chicago IL
1996-        Board of Directors, American Association of Veterinary Immunologists
1996:        Graduate Student Awards Committee, American College of Veterinary
             Microbiologists
1996:        Secretary, North Central Region 107 Committee, Bovine Respiratory Disease
1997-        Ad hoc reviewer, Vaccine
1997:        Chairman, Research Session, 28th annual meeting of the American Association of
             Swine Practitioners
1997-2000: Chairman, Committee on American Journal of Veterinary Research
1997:        Chairman, Ad Hoc Proposal Review Panel #1, South Dakota State University
             Research Fund
1997:        Chairman, North Central Region 107 Committee, Bovine Respiratory Disease
1997-98:     Secretary-Treasurer, South Dakota Veterinary Medical Association
1998-2001: American Veterinary Medical Association Liaison, American Feed Industry
             Association
1998-99      2nd Vice President, South Dakota Veterinary Medical Association
1999-2000: Vice-Chairman, Council of Research, American Veterinary Medical Association
1998-        Ad hoc reviewer, Veterinary Medicine
1998-2002: Chairman, Biological Sciences Ph.D. Advisory Committee, South Dakota State
             University
1998-2002: Latin American Studies Committee, South Dakota State University
1999-2000: 1st Vice President, South Dakota Veterinary Medical Association
1999-        Graduate Student Awards Committee, American Association of Veterinary
             Immunologists
1999:        Graduate Recruitment Task Force, South Dakota State University
1999-        Global Planning Task Force, South Dakota State University
1999-2002: University Honors Program, South Dakota State University
1999-2002: Athletic, Intramural and Recreation Committee, South Dakota State University
1999-2002: Chairman, Continuing Education and Program Committee, American College of
             Veterinary Microbiologists
1999-2000: North Central Region 107 Committee, Bovine Respiratory Disease Revision
             Committee
1999-2000: Program Committee, American Association of Swine Practitioners
2000:        Chairman, Diagnostics Session, 31st annual meeting of American Association of
             Swine Practitioners
2000-        Ad, hoc reviewer, Swine Health and Production
2000-01:     Chairman, Council of Research, American Veterinary Medical Association

| | |
|---|---|
| 2000- | Ad hoc reviewer, Journal of Dairy Science |
| 2000- | Ad hoc reviewer, Veterinary Immunology and Immunopathology |
| 2000-01: | President-elect, South Dakota Veterinary Medical Association |
| 2000-01: | AVMA/AAVMC Task Force on Veterinary Research |
| 2001-02: | President, South Dakota Veterinary Medical Association |
| 2001-02: | Vice-President, American Association of Veterinary Immunologists |
| 2001- | Ad Hoc Reviewer, Journal of Leukocyte Biology |
| 2001- | Joseph F. Nelson Scholarship Committee, South Dakota State University |
| 2002: | Chairman, Infectious Disease Research Faculty Search Committee, Department of Veterinary Science, South Dakota State University |
| 2002-03: | Past President, South Dakota Veterinary Medical Association |
| 2002- | Ad Hoc Reviewer, Comparative Immunology Microbiology & Infectious Diseases |
| 2002- | Reviewer, AgResearch Biotechnology, College of Agriculture & Biological Sciences, South Dakota State University |
| 2002-03 | President-Elect, American Association of Veterinary Immunologists |
| 2002-03: | Pathologist/Infectious Disease Investigator Faculty Search Committee, Department of Veterinary Science, South Dakota State University |
| 2003- | Ad Hoc Reviewer, Journal of Clinical Microbiology |
| 2003-06: | Senator, Academic Senate, South Dakota State University |
| 2003-04: | President, American Association of Veterinary Immunologists |
| 2003- | Scientific Board of Review, American Journal of Veterinary Research |
| 2003- | Chairman, Joseph F. Nelson Scholarship Committee, South Dakota State University |
| 2004- | Council of Biological and Therapeutic Agents, American Veterinary Medical Association |
| 2004-06: | Board of Governors, American College of Veterinary Microbiology |
| 2004-05 | Past President, American Association of Veterinary Immunologists |
| 2004- | Ad Hoc Reviewer, Clinical and Diagnostic Laboratory Immunology |
| 2005- | Institutional Animal Care and Use Committee, South Dakota State University |
| 2005- | Chairman, Continuing Education and Program Committee, American College of Veterinary Microbiologists |
| 2006: | NP-103 Ruminants and Dairy Panel Review, USDA-Agricultural Research Service |
| 2006- | Research Advisory Committee, South Dakota State University |

K. Graduate and Undergraduate Students
  Graduate Students
  1. Jason Jessen, M.S. 1994, Thesis title-Early events in BHV-1 infection and their effect on mitogenesis (research assistantship from NSF-Epscor)
  2. Deb Robison, M.S. 1997 Thesis title-Ultrastructural analysis of porcine respiratory and reproductive disease virus infected cells
  3. Dr. Tawfik EL-Lail, Ph.D. 1997 with Cairo University, Dissertation title-The pathogenesis of bovine viral diarrhea virus (BVDV) in camels.
  4. Dr. Ahmed Ali, Ph.D. 1998 with Zagazig University, Dissertation title- The pathogenesis of bovine viral diarrhea virus (BVDV) in camel cells and BVDV cytotoxic T cell response
  5. Dr. Shaw Akula, Ph.D. 1999. Dissertation title-Intrinsic tyrosine signaling in virally infected cells
  6. Dr. Pu Wang, PhD, 2000. Dissertation title- The interaction of bovine herpesvirus infection and macrophages
  7. Lyle Braun, M.S. 2000. Thesis title- A comparison of BVDV molecular diagnostic techniques
  8. Dr. Ausama Yousif, Ph.D. 2002, Dissertation title- Ruminant Pestiviruses Genetic Diversity: The Key to Detection and Control
  9. Dr. Yazeed El-Sheikh, Ph.D. 2002, Dissertation title- Investigation of Bovine Viral Diarrhea Virus Pathogenesis
  10. Chiharu Shiratori, MS 2002, Thesis title- *In vitro* and *In vivo* Bovine Viral Susceptibility in American Bison (*Bison bison*)
  11. Gamal Abdullah Elmowalid, Ph.D. 2003, Dissertation title- Unmasking the effect of bovine viral diarrhea virus on macrophage inflammatory functions
  12. Brian Ransom, MS 2003, Thesis title- The effect of bovine herpesvirus type 1 or type 4 on the functional characteristics of monocytes-derived macrophages
  13. Nicholas Arias, MS 2003, Thesis title- Analysis of two vaccination programs in dairy cows and their impact on the herd performance and colostrums quality
  14. Kris Fairbanks, MS 2004, Thesis title-New clinical applications for three USDA licensed vaccines in the prevention of infectious bovine rhinotracheitis virus or bovine diarrhea virus
  15. Ehab Drees, Ph.D. 2004, Dissertation title-Investigation of the role of viral glycoproteins gE and gI in bovine herpesvirus type 1 (BHV-1) pathogenesis: study of cytoskeleton and phosphorylation
  16. Steven Lawson Ph.D. 2006 Dissertation title-Development and optimization of a blocking ELISA for Type 1 and Type 2 strains of Porcine Reproductive and Respiratory Syndrome Virus.
  17. Bersabeh Tigabu, PhD candidate, Thesis topic- The effect of BVDV on Toll-like Receptor Expression
  18. Randy Asher, PhD candidate, Thesis topic-Nutrition and immunity
  19. Wm. Charles Ohnesorge, PhD candidate, Thesis topic-Alternate deliver methods for BVDV vaccines
  20. Manal Mahmoud, PhD candidate, Thesis topic-The interaction of macromineral and the ruminant immune system

21. C. Scott Mark, PhD candidate, Thesis topic- The effect of BVDV persistent infection on cellular markers
22. Jessica Mediger, MS candidate, Thesis topic- Virulence of BVDV and its effect on dendritic cell markers

Graduate Student Awards

1. Dr. Ausama Yousif, Outstanding Microbiology Poster, American College of Veterinary Microbiology Award, CRWAD, 1998
2. Kris Fairbanks, Outstanding Graduate Student Poster, American Association of Bovine Practitioners, 2004.

Undergraduate and Veterinary Research Students

1. Steve Stone* 1992-1993, Project-Growth of BHV1.1 or BHV1.3 in primary bovine endothelial cells
2. Deanna Weishan, 1992-1993, Project-Characterization of field isolates of BHV-4
3. Kris Fogarty[+] DVM 1993, Project-Development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies
4. Craig Welbon[+], 1993-1994, Project-Serum deprivation studies with MDBK cells
5. Keomani Phrommany, 1994, Project-R18 and its effects on BHV-1
6. Joseph Hanson*, 1993-1994, Project-Development of PCR for detection of *Mycoplasma* in cell culture
7. Chris Carlson[+], 1993-1994, Project-Purification of BHV-4 DNA and restriction analysis
8. Kristi Bielas, 1994-1995, Project-Growth of BHV1 and BHV5 on neuronal cells
9. Galen Kopman, 1995-1997, Cloning of a PRRS gene into a retrovirus vector
10. Diane Stoick[+], 1995-1997, Effect of calcium blockers on bovine herpesvirus 1 replication.
11. Kristin Klepel*, 1995, Project-BHV-1 growth and titration.
12. John Rein*, 1995-1997, Labeling BHV-1 with R-18.
13. Wendy Wiese, 1995-1998, Project-The effect of BHV-1 on cell apoptosis.
14. Trisha Burbach*, 1996-1998, Project-Development of BVDV PCR.
15. Karli Wright[+], 1996-1997, Project-Serological monitoring following infection with *Actinobacillus pleuropneumonia* or *Actinobacillus suis*.
16. Mindy Christenson[+], 1996-1997, Project-The production of antibodies against bovine lymphocyte markers.
17. Cory Wolff**, 1997-1998, Project-Sequencing the Egyptian BVDV isolate 5' region
18. Heather Swann*, 1997-1999, Project- The Use of a Recombinant IBR-BVDV virus as a vaccine against BVDV
19. Alicia Sundet*, 1998-1999, Project- BRSV Challenge Studies
20. Brooke Newbold*, 1998, Project-Assessment of Porcine Immune Function after Temperature Stress
21. Grant Gosch*, 1998-1999, Project-Development of Bovine Coronavirus Diagnostics.
22. Amy Fowler[+]**, 1998-1999, Project-Development of a monoclonal antibody against swine estrone.
23. Sara Aus[+], 1999-2000, Project-Development of Molecular Beacon BVDV Detection System

24. Darin Peterson*, 1999-2001, Project-Improved BVDV PCR Diagnostics
25. Mackenzie Yackley**, 1999-2000, Project-BVDV growth curves
26. Holly Garwick, 1999-2000, Project-Aseptic technique and cell culture technique
27. Nicole Dahl*, 2000-2002, Project-Genetic analysis of BVDV field isolates
28. Alissa Lambertz, 2000-2001, Project-The effect of genistein on *in vivo* BHV-1 growth in calves
29. Tiffany Thiesse, 2000, Project-The development of bison cell cultures
30. Paul Sylliasen*, 2002-2003 Project-BVDV proliferation in cell lines
31. Mark Braunschmidt*, 2002-2003, Project-The effect of isoflavones on BHV-1 infection in calves
32. Erin de Koning*, 2002-2005, Project- BVDV and survival in the environment
33. Ihab Halaweish**, 2002-2006, Project-The effect of BVDV supernatents on lymphocyte survival
34. Hannah Koep, 2002-2004, Project-Gamma interferon production in vaccinated cows.
35. Nick Harms,** 2003-2005, Project-Proliferative response following BVDV infection.
36. Miranda Becker,* 2003-2005, Project- Sequencing of BVDV field isolates
37. Heather Anderson,* 2003, Project-Growth of BVDV mutants on MDBK cells.
38. Leslie Kattelmann, 2004-present, Project-Optimizing a bovine IL-10 assay
39. John Schwartz, 2004-2005, Project-Apoptosis and BVDV
40. Sharif Halaweish, 2004-present, Project-Cloning 5 BVDV non-structural genes
41. Joy Gibbon, 2004-present, Project-Chemoline expression and BVDV infection
42. Keith DeDonder, 2005, Kansas State University, Project-Lymphocyte profile of BVDV persistently infected cattle
43. Cecile Aguiar, 2006-present, Project-BVDV and macrophage interaction
44. Becca Aden, 2006-present, Project-CSFE staining in bovine lymphocytes
*students who entered veterinary school  **students who entered medical school
+students who entered graduate school

Undergraduate Research Awards
1. Craig Welbon, NIH Summer Undergraduate Fellowship, Bethesda, MD 1994-5
2. Craig Welbon, NIH Director's Award, Bethesda, MD 1995
3. Galen Kopman, Naval Medical Research Institute Summer Fellowship, Bethesda, MD 1995-6
4. John Rein, EPSCoR Summer Undergraduate Research Award, 1996
5. Cory Wolff, Joseph Nelson Undergraduate Research Award, 1997
6. Heather Swann, Joseph Nelson Undergraduate Research Award, 1998
7. Amy Fowler, Joseph Nelson Undergraduate Research Award, 1998
8. Heather Swann, North Central Branch ASM Undergraduate Student Award, 1998
9. Heather Swann, Schultz-Werth Undergraduate Award, 1999
10. Darin Peterson, EPSCoR Summer Undergraduate Research Award, 1999
11. Sara Aus, Amy Fowler, Joseph Nelson Undergraduate Research Award, 1999
12. Alissa Lambertz, Joseph Nelson Undergraduate Research Award, 2000
13. Mark Braunschmidt, EPSCoR Summer Undergraduate Research Award, 2001
14. Ihab Halaweish, Joseph Nelson Undergraduate Research Award, 2003
15. Nick Harms, EPSCoR Summer Undergraduate Research Award, 2003
16. Mark Braunschmidt, Schultz-Werth Undergraduate Award, 2003

17. Leslie Kattelmann, Joseph Nelson Undergraduate Research Award, 2004
18. Miranda Becker, EPSCoR Summer Undergraduate Research Award, 2004
19. Ihab Halaweish, NIH Summer Undergraduate Fellowship, Bethesda, MD 2004
20. Nick Harms, Griffith Undergraduate Research Award, 2004
21. Miranda Becker, Department of Homeland Security Undergraduate Scholarship, 2004
22. Ihab Halaweish, Griffith Undergraduate Research Award, 2005
23. Ihab Halaweish, NIH Summer Undergraduate Fellowship, Bethesda, MD and Goldwater Scholarship, 2005
24. Sharif Halaweish, Joseph Nelson Undergraduate Research Award, 2005
25. Leslie Kattelmann, Orville and Enolia Bentley Research Award, 2005
26. Keith DeDonder, 2005, Kansas State University, KSU-SDSU USDA Research Training Grant Recipient
27. Joy Gibbons, Joseph Nelson Undergraduate Research Award, 2006

L. Grants and Contracts

1. 1986:    National Research Service Award, Public Health Service, "BHV-1 Glycoprotein Expression and Cellular Response". Principal Investigator, approved but not funded, priority score 161.
2. 1986:    United States Department of Agriculture (USDA) Special Grant WIS2802, "Heterogeneity of the cellular immune response against bovid herpes glycoproteins" co-author. Principal investigator-Geoffrey J. Letchworth III, approved and funded, $149,999.
3. 1986:    Hatch Grant WIS3069, "Heterogeneity of the cellular response against bovid herpesvirus glycoproteins", co-author. Principal investigator, Geoffrey J. Letchworth III, approved and funded, $109,273.
4. 1990:    National Research Service Award, Public Health Service, "Molecular Basis of AIDS-related HCMV Pathogenesis". Principal investigator, approved, funded, and declined award to take a scientist position with Agricultural Research Service.
5. 1991:    National Association of Animal Breeders, "The Use of the Polymerase Chain Reaction for the Detection of Bluetongue Virus in Bovine Semen". Co-investigator, Principal Investigator-William Wilson, approved but not funded.
6. 1992:    National Association of Animal Breeders, "The development and application of the polymerase chain reaction for detection of bluetongue RNA in semen". Co-investigator, Principal Investigator-William Wilson, approved and funded, $10,000.
7. 1992:    Postdoctoral Research Associate Program, USDA Agricultural Research Service, "The Analysis of Structure-Function Relationships of Bluetongue Virus (BLU) VP2 using a BLU Recombination System". Principal investigator, approved and funded, $43,600.
8. 1992:    USDA Animal Health Grant, AH-242 "The Identification of the Respiratory Epithelial Cell Receptor for Bovine Herpesvirus 1". Principal investigator, approved and funded, $48,414.
9. 1993:    National Science Foundation-EPSCoR Fund, OSR-9108773 "The Use of Bovine Herpesvirus 1 (BHV-1) Infection to Study Early Intracellular Events in Mitogenesis". Principal investigator, approved and funded, $91,150.

10. 1993:    South Dakota Beef Industry Council, "Survey for Verotoxic *Escherichia coli* in Preharvest Beef Production Environments in South Dakota". Co-investigator, Principal Investigator-David Henning, approved and funded, $15,000.

11. 1993:    South Dakota Pork Producers Council and American Cyanamid, "The Effects of Two Medicated Early Weaning Programs on Pig Performance and Health". Co-investigator, Principal Investigators-Melissa Libal and Robert Thaler, approved and funded, $17,546.

12. 1993:    South Dakota State University Research Support Fund, 314605 "The Development of a More Efficient Assay to Detect Bovine Herpesvirus 1 in Semen". Principal investigator, approved and funded, $2,000.

13. 1993:    United States Department of Agriculture (USDA) Seed Grant 9304186 "Consequences of Interaction of Bovine Herpesviruses with Mononuclear Leukocytes", Principal investigator, approved and funded, $50,000.

14. 1994:    United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Proteins and Linear Epitopes of Porcine Reproductive and Respiratory Syndrome Virus". Co-investigator, Principal Investigator-David Benfield, approved and not funded, $197,652.

15. 1994:    United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of a Flow Cytometer". Co-investigator, Principal Investigators-Donald Evenson, David Benfield and David Hurley, approved and funded, $50,000.

16. 1994:    American Cyanamid, "The Interactions of Diet, Immune Function and Early Weaning Programs on Production and Disease Resistance in Swine". Principal investigator, approved and funded, $34,866.

17. 1994:    South Dakota Pork Producers Council Research Fund, "Development and Evaluation of a Polymerase Chain Reaction Assay for Detection of Porcine Reproduction and Respiratory Syndrome Virus in Boar Semen". Co-investigator, Principal Investigator-David Benfield, approved and funded, $14,420.

18. 1994:    National Pork Producers Council Research Fund,   "Development and Evaluation of a Blocking and/or Competitive ELISA for the Improved Serodiagnosis of Porcine Reproductive and Respiratory Syndrome". Co-investigator, Principal Investigator-Eric Nelson, funded, $17,900.

19. 1994:    National Pork Producers Council Research Fund, "Thermal Environmental Effects on Growing Swine Performance and Immune Status". Co-investigator, Principal Investigator-Stephen Pohl, funded, $10,000.

20. 1995:    National Science Foundation-EPSCoR Fund, "Interaction between Viruses and Eukaryotic Cells as a Model of the Early Events in Cellular Activation". Principal investigator, approved and funded, $348,934.

21. 1995:    Grand Laboratories, "Sequential Challenge of Vaccinated Animals with BRSV, IBR and BVD", Principal Investigator, funded, $68,595.

22. 1995:    United States Department of Agriculture (USDA) National Research Initiative Strengthening Grant, "Functional Domains of PRRSV Envelope Proteins". Co-investigator, Principal Investigator-Eric Nelson, not funded, $193,740.

23. 1995:    United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Contribution of Persistent Infections to the Genetic Diversity

of Bovine Viral Diarrhea Virus". Co-investigator, Principal Investigator, Kenny Brock, not funded, $224,786.

24. 1995: American Veterinary Medical Association Foundation, "The Use of Flow Cytometry as a Tool for Screening Persistently Infected Bovine Viral Diarrhea Virus Herds". Principal investigator, not funded, $15,000.

25. 1995: Grand Laboratories, "Challenge of Virashield 5 in vaccinated and control cattle". Co-principal investigator, David Hurley, co-principal investigator, funded, $28,651.

26. 1995: National Pork Producers Council Research Fund, "The effect of inhaled endotoxin on immune function and lung architecture of the neonatal pig". Principal Investigator, not funded, $17,312.

27. 1995: National Pork Producers Council Research Fund, "The role of cell mediated immunity in protection against PRRSV infection". Co-investigator, Principal Investigator-David Hurley, not funded, $17,420.

28. 1995: National Pork Producers Council Research Fund, "Early-weaning of single source and commingled pigs: Effect of growth performance and resistance to PRRS". Co-investigator, Principal Investigator-Robert Thaler, not funded, $17,700.

29. 1996: United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Analysis of bovine herpesvirus 1 latency in the bovine lymphoid system", Principal Investigator, $189,919, not funded.

30. 1996: USDA Animal Health Grant, AH-206 "Improved diagnostic methods for bovine respiratory and enteric viral diseases". Co-principal investigator, approved and funded, $48,414.

31. 1996: South Dakota Pork Producers Council Research Fund, "The effect of inhaled endotoxin on immune function and lung architecture of the neonatal pig". Principal Investigator, not funded, $17,312.

32. 1996: South Dakota Pork Producers Council Research Fund, "Early-weaning of single source and commingled pigs: Effect on growth performance and immune response". Co-investigator, Principal Investigator-Robert Thaler, funded, $4,800.

33. 1996: Mallinckrodt Veterinary Inc., "Backpassage of Bovine Respiratory Syncytial Virus MLV Vaccine Strain in Calves", Principal Investigator, funded, $9,140.

34. 1996: Pig Improvement Corporation, "Serologic testing for the cross reactivity of *Actinobacillus suis* and *Actinobacillus pleuropneumonia*", Principal Investigator, funded, $12,978.

35. 1996: National Pork Producers Council Research Fund, "Evaluation of a role for colostral lymphocytes in the management of neonatal PRRSV infection". Co-investigator, Principal Investigator-David Hurley, not funded, $30,000.

36. 1996: National Pork Producers Council Research Fund, "Electronic environmental monitoring equipment for swine production facilities". Co-investigator, Principal Investigator-David Galipeau, funded, $10,000.

37. 1996: United States Department of Agriculture Small Business Innovation Research Grant Phase I, "Electronic environmental monitoring instrument for agricultural applications". Co-investigator, Principal Investigator-Patrick Storry, funded, $54,905.

38. 1996: Department of Health and Human Services Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Kevin Vetelino, not funded, $99,337.

39. 1997: United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Interaction of bovine herpesvirus 1 with the bovine lymphoid system", Principal Investigator, not funded, $153,012.

40. 1997: Department of Energy Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Kevin Vetelino, not funded, $99,337.

41. 1997: Mallinckrodt Veterinary Inc., "Backpassage of bovine respiratory syncytial virus MLV vaccine strain in calves-Trial 2", Principal Investigator, funded, $11,800.

42. 1997: Pig Improvement Corporation, "Serologic testing for the cross reactivity of *Actinobacillus suis* and *Actinobacillus pleuropneumonia*-Trial 2", Principal Investigator, funded, $23,488.

43. 1997: United States Department of Agriculture (USDA) Funds for Rural America, "Hoop shelters as housing for diversified farms in the Upper Midwest". Co-investigator, Principal Investigator-William Epperson, not funded, $574,640.

44. 1997: International Arid Land Consortium, "Investigation of the immune system of the camel", Co-Investigator, Principal Investigator-Hanna Ungar-Waron, submitted, $90,760.

45. 1997: USAID, Middle East Regional Cooperation Program (MERC), "Determination of camel genetic variation and disease incidence", Principal Investigator, not funded, $767,910.

46. 1997: National Institutes of Health Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Russell Mileham, not funded, $99,717

47. 1997: National Pork Producers, "The Effect of the Swine Confinement Environment on the Growth of PRRSV in Pulmonary Alveolar Macrophages", Principal Investigator, not funded, $22,160.

48. 1998: National Science Foundation, Small Business Technology Transfer Research Program, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Russell Mileham, funded, $99,978.

49. 1998: Department of Energy Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Russell Mileham, not funded, $74,907.

50. 1998: United States Department of Agriculture Small Business Innovation Research Grant Phase II, "Electronic environmental monitoring instrument for agricultural applications". Co-investigator, Principal Investigator-Russell Mileham, funded, $200,000.

51. 1998: Schering-Plough Animal Health, "Bovine respiratory syncytial virus efficacy trial". Principal Investigator, funded, $63,000.

52. 1998: United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Dust and endotoxin as potentiators of PRRSV pneumonia in pigs". Co-investigator, Principal Investigator-Lennart Backstrom, not funded, $319,044.

53. 1998:   United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of an ABI PRISM 7700 Sequence Detection System". Co-investigator, Principal Investigators-Jane Christopher-Hennings, Eric Nelson and David Benfield, approved and funded, $47,500.

54. 1998:   South Dakota State University Research Support Fund, "The Molecular Analysis of a Camel Bovine Viral Diarrhea like Virus". Principal investigator, approved and funded, $5,000.

55. 1998:   Grand Laboratories, "Sequencing of novel bovine viral diarrhea virus isolates". Principal Investigator, funded, $25,000.

56. 1998:   National Pork Producers Council, "Persistence and shedding of PRRSV in breeding swine as determined by PCR and serology". Co-investigator, Principal Investigator, David Benfield, funded, $25,000.

57. 1998:   International Arid Land Consortium, "Investigation of the immune system of the camel", Co-Investigator, Principal Investigator-Hanna Ungar-Waron, not funded, $74,720.

58. 1998:   Schering-Plough Animal Health, "Bovine respiratory syncytial virus challenge model". Principal Investigator, funded, $11,380.

59. 1998:   USAID, Middle East Regional Cooperation Program (MERC), "Camel and Pathogens: Their role in economic development, trade barriers and public health", Principal Investigator, not funded, $930,000.

60. 1999:   Kauffman Center for Entrepreneurial Leadership, "An Entrepreneur Internship Opportunity for Students in a Partnership between University and Community". Co-investigator, Principal Investigator, Kevin Dalsted, not funded, $60,000.

61. 1999:   United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of an ABI PRISM 310 Genetic Analyzer". Principal Investigator, Co-Principal Investigators-Raymond Rowland, Melvin Duvall, and Yang Yen, funded, $50,000.

62. 1999:   United States Department of Agriculture (USDA) National Research Initiative Competitive Seed Grant, "Dual Infection of Bovine Viral Diarrhea Virus Type 1 and Type 2 in Fetal Calves". Principal Investigator, not funded, $50,000.

63. 1999:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant. "Receptor binding specificity of the K88ac fimbriae of E. coli". Collaborator, Principal Investigator-David Francis, funded, $210,000

64. 1999:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant "Role of gut colonization on the response to TI, TD and mucosal immunogens". Collaborator, Principal Investigator, John Butler, funded, $300,000.

65. 1999:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Hral as a virulence factor in porcine enterotoxigenic E. coli". Collaborator, E.A. Elsinghorst, Principal Investigator, not funded, $194,814.

66. 1999:   National Science Foundation Science Education Grant, "Connecting Multidisciplinary Scientists to Rural, Culturally-Diverse Student Populations". Co-investigator, Principal Investigator, Suzette Burckhard, not funded, $983,442.

67. 1999;   International Arid Land Consortium, "Serological Measurements to Assess Camel Health", Principal Investigator, not funded, $74,720.

68. 1999;   South Dakota Agricultural Experiment Station Cooperative Grant, "Johne's Disease in Cattle and Buffalo (Bison): a South Dakota Concern", Co-investigator; Principal Investigator, Jane Christopher-Hennings, funded, $45,000.

69. 2000;   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Dual Infection of Bovine Viral Diarrhea Virus Type 1 and Type 2 in Fetal Calves". Principal Investigator, not funded, $127,283.

70. 2000:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Viral protein phosphorylation regulates multiple pathways of BHV-1 replication". Co-investigator; Principal Investigator, David Hurley, not funded, $275,924.

71. 2000:   South Dakota State University Graduate School-EPSCoR Equipment Grant, "Flow Cytometer Upgrade", Principal Investigator, funded, $11,735.

72. 2000:   South Dakota Soybean Council Grant, "A Pilot Study to Determine the In Vivo Effect of Soybean Isoflavones to Prevent Respiratory Disease In Cattle", Principal Investigator, funded, $15,800.

73. 2000:   National Science Foundation STTR Grant, "A Microsensor for Rapid Detection of Airborne Endotoxin", Co-investigator; Principal Investigator, Russell Mileham, funded, $449,929.

74. 2000:   United States Department of Agriculture (USDA) Special Grant, "Bison Integrated Resource Consortium", Principal Investigator, not funded, $2,000,000.

75. 2001:   South Dakota Soybean Council Grant, "A Pilot Study to Determine the In Vivo Effect of Soybean Isoflavones to Prevent Respiratory Disease In Cattle", Principal Investigator, funded, $15,800.

76. 2001:   United States Department of Agriculture (USDA) Special Grant, "Bison Center of the Northern Plains", Principal Investigator, not funded, $1,500,000.

77. 2001:   South Dakota State Experiment Station, NC-107 Regional Project, "Evolving pathogens, targeted sequences, and strategies for control of bovine respiratory disease", Principal Investigator, funded, $53,000.

78. 2001:   USDA Animal Health Formula Funds, "Controlling Bovine Viral Diarrhea Virus: Improving Methods for Diagnosis and Understanding Mechanisms of Pathogenesis", Principal Investigator, funded, $50,000.

79. 2001:   Boehringer Ingelheim Vetmedica Contract, "Sequencing of Two Bovine Viral Diarrhea Virus (BVDV) Vaccine Isolates to Produce a Profile for Identifying Field BVDV from 'Vaccine Failures", Principal Investigator, funded, $18,900.

80. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Understanding Mechanisms of Pathogenesis of Bovine Viral Diarrhea Virus in Macrophages". Principal Investigator, not funded, $75,000.

81. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of an Bectin Dickinson FACSCalibur Flow Cytometer". Co-Investigator, Principal Investigator-Alan Young, funded, $50,000.

82. 2002:   South Dakota Corn Utilization Council, "Effect of Dietary Inclusion of Distiller's Dried Grains with Solubles, Soy Hulls or Antibiotic Regimen on Gastrointestinal Health and Ability to Resist Ileitis Challenge in Growing Pigs", Co-Investigator, Principal Investigator-Robert Thaler, funded, $20,000.

83. 2002:   National Pork Board, "Porcine Respiratory and Reproductive Syndrome Virus, Pregnant Gilts and In Utero Fetal Infection—When Does It Occur?", Principal Investigator, not funded, $25,000.

84. 2002:   Hematech LLC, "A Novel Therapeutic: Vaccinia Immunoglobulin (VIG) from Transgenic Cattle", Principal Investigator, funded, $23,690.

85. 2002:   Novartis Animal Vaccines, "The Production of mAb Using cDNA from E2 and Npro-C-Erns Region of Bovine Viral Diarrhea Virus (BVDV) Vaccine 1b Isolate", Principal Investigator, funded, $23,980.

86. 2002:   Schering Plough Animal Health, "BRSV Challenge Study", Principal Investigator, not funded, $39,900.

87. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "The Effect of Bovine Viral Diarrhea Virus Strains on Bovine Macrophages", Principal Investigator, not funded, $211,132.

88. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "A New Generation of Vaccines for the Bovine Respiratory Disease Complex", Co-Investigator, Principal Investigator-Leonard Bello, not funded, $76,318.

89. 2002:   Boehringer Ingelheim Vetmedica Advance PRRSV Research Award, "Determining the Time of Fetal infection after Acute PRRSV Infection in Pregnant Gilts", Principal Investigator $25,000, not funded.

90. 2003:   National Institutes of Health, "Interference of Echninacea with Chemotherapy", Co-investigator, Principal Investigator-Fathi Halaweish, not funded. $209,770.

91. 2004:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Bovine Viral Diarrhea Virus Strains, Innate Immune Function and Cell Injury: Elucidating Strategies for Intervention against Clinical BVDV", Principal Investigator, $172,343, not funded.

92. 2004:   United States Department of Health and Human Services, Public Health Service, "Transmission of West Nile Virus in the Northern Plains". Co-investigator, Principal Investigator-Michael Hildreth, not funded, $750,000.

93. 2004:   State of South Dakota, 2010 Research Initiative, "Center for Infectious Disease and Vaccinology". Co-investigator, Principal Investigator-David Francis, funded, $4,000,000.

94. 2004:   Diamond V Mills, "Immunological Modulation by Yeast Products in Mammals", Principal Investigator, $73,587, funded.

95. 2005:   Novartis Animal Health, "Comparison of the immune response between a pair of NCP and CP bovine viral diarrhea virus (BVDV) type 1 isolates". Principal Investigator, $103,990, funded.

96. 2005:   Fulbright Program for Visiting Scholars, "Comparative analysis of *Candida albicans* strains isolating from animals in Poland and USA". Co-investigator, $20,000, not funded.

97. 2005:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "The Potential for Wildlife Reservoirs of Bovine Viral Diarrhea Virus and their risk to Domestic Cattle". Co-investigator, $305,638, not funded.

98. 2006:   Novartis Animal Health, "Comparison of the immune response between a pair of NCP and CP bovine viral diarrhea virus (BVDV) type 1 isolates". Principal Investigator, $45,080, funded.

99. 2006:   Schering-Plough Animal Health, "Comparison of the distribution of three BVDV vaccine antigens in tissues of calves following vaccination". Principal Investigator, $34,866, funded.

## M. Scientific Presentations

1. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gIII in bovine cells. 68th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 16, 1987.

2. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gI and gIII in eukaryotic cells. 7th annual meeting of the American Society for Virology, Austin, TX, June 14, 1988.

3. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gI and gIII in eukaryotic cells. 13th International Herpesvirus Workshop, Irvine, CA, August 10, 1988.

4. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. The effect of bovine herpesvirus 1 (BHV1) gI, gIII and gIV on BHV1 infectivity. North Central Branch, American Society for Microbiology, Madison, WI, October 7, 1988.

5. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Expression of recombinant bovine herpesvirus 1 (BHV1) glycoproteins interferes with BHV1 infection. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1988.

6. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gIV interferes with herpesvirus infections. 8th annual meeting of the American Society for Virology, London, Ontario, Canada, July 12, 1989.

7. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Bovine herpesvirus 1 (BHV1) glycoproteins gIV inhibits herpesvirus infections. 70th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 6, 1989.

8. Chase, C.C.L., C. Lohff and G.J. Letchworth III. Herpesviral resistance in bovine cells expressing bovine herpesvirus 1 gIV, herpes simplex virus 1 gD-1 or pseudorabies virus gp50. 9th annual meeting of the American Society for Virology, Salt Lake City, UT, July 9, 1990.

9. Wilson, W.C. and C.L. Chase. The use of the polymerase chain reaction to detect and serotype bluetongue virus. 3rd International Symposium on Double-Stranded RNA Viruses, Kona, HI, December 7, 1990.

10. Wilson, W.C. and C.C.L. Chase. The use of RNA detection techniques to identify bluetongue virus and epizootic hemorrhagic disease virus in *Culicoides variipennis*. 2nd International Symposium on Bluetongue, African Horse Sickness and Related Orbiviruses, Paris, France, June 20, 1991.

11. Chase, C.C.L. and W.C. Wilson. The detection of bluetongue viruses using the polymerase chain reaction. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 12, 1991.

12. Chase, C.C.L. Bluetongue and World Trade Policy. XVII World Buiatrics Congress and XXV American Association of Bovine Practitioners Conference, St. Paul, MN, September 1, 1992.

13. Chase, C.C.L., D.J. Hurley, and G.J. Letchworth III. Interactions of bovine herpesvirus 1 with bovine fibroblasts. 7th Annual Bovine Herpesvirus Workshop, Pittsburgh, PA, July 18, 1993.

14. Chase, C.C.L. Restriction Patterns of Bovine Herpesvirus 4 Clinical Isolates. Grand Laboratories Research Meeting, Larchwood, IA, September 30, 1993.

15. Jessen, J.R., B.K. Walker, L. Braun, D.J. Hurley, and C.C.L. Chase. The use of bovine herpesvirus 1 (BHV-1) to study early intracellular events in mitogenesis. 4th annual South Dakota EPSCoR Conference, Rapid City, SD, November 5, 1993.

16. Fogarty, K., E. Steffen, D. Weishan, and C.C.L. Chase. The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1993.

17. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase. Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1993.

18. Fogarty, K., E. Steffen, D. Weishan, and C.C.L. Chase. The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies. 1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

19. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase. Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins. 1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

20. Welbon, C.C., D.J. Hurley, and C.C.L. Chase. Effects of Serum Concentration on Mitogenesis in Madin-Darby Bovine Kidney (MDBK) Cells. 79th annual meeting of the South Dakota Academy of Science, Sioux Falls, SD, April 15, 1994.

21. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The effects of bovine herpesvirus 1 (BHV-1) on cell signal transduction. 12th annual meeting of the American Society for Virology, Madison, WI, July 10, 1994.

22. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The interactions of cell biology and bovine herpesvirus 1 (BHV-1). 8th Annual Bovine Herpesvirus Workshop, Vancouver, BC, July 30, 1994.

23. Jessen, J.R., B. Walker, L. Braun, D. Hurley, and C. Chase. The effects of bovine herpesvirus 1 (BHV-1) on bovine cell signal transduction. 19th International Herpesvirus Workshop, Vancouver, BC, July 31, 1994.

24. Hurley, D.J., L.J. Braun and C.C.L. Chase. Second messenger activation cell cycle regulation and bovine herpesvirus (BHV-1) entry. 5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9, 1994.

25. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The interactions of cellular DNA replication, cell cycle and bovine herpesvirus 1 (BHV-1) pathogenesis. 5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9, 1994.

26. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. Cell activation, the cell cycle and bovine herpesvirus 1 (BHV-1) replication. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1994.

27. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield.

Detection of porcine reproductive and respiratory virus in boar semen using the polymerase chain reaction. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1994.

28. Christopher-Hennings, J., E.A. Nelson, B.J. Hines, J.K. Nelson, C.C.L. Chase, D.A. Benfield and M.J. Yaeger. Shedding of porcine reproductive and respiratory syndrome virus in the semen of experimentally infected boars. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1994.

29. Chase, C.C.L., D.J. Hurley and R. Thaler. 1995. The effects of oral antibiotic therapies on immune function and productivity in weaned pigs. 26th annual meeting of the American Association of Swine Practitioners, Omaha, NE, March 5, 1995.

30. Bialas, K., C. Carlson, S. Stone and C.C.L. Chase. The growth of bovine herpesvirus 1 and bovine herpesvirus 5 in differentiated bovine cells. 80th annual meeting of the South Dakota Academy of Science, Mitchell, SD, April 21, 1995.

31. Chase, C.C.L. and D.J. Hurley. Cell mediated immunity in the bovine. Dedication Symposium, South Dakota Animal Disease Research and Diagnostic Laboratory, Brookings, SD, June 24, 1995.

32. Jessen, J.R., D.J. Hurley, and C.C.L. Chase. Using DNA probes to study bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. 14th annual meeting of the American Society for Virology, Austin, TX, July 10, 1995.

33. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield. Persistence of PRRSV in boar serum and semen. 14th annual meeting of the American Society for Virology, Austin, TX, July 10, 1995.

34. Jessen, J.R., L.J. Braun, D.J. Hurley and C.C.L. Chase. Bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. 6th Annual South Dakota EPSCoR Conference, Vermillion, SD, July 11, 1995.

35. Christopher-Hennings, J., E. Nelson, J. Nelson, S. Swenson, J. Zimmerman, J. Katz, M. Yaeger, C. Chase and D. Benfield. Persistent shedding of PRRSV in boar semen. 2nd International Symposium on Porcine Reproductive and Respiratory Syndrome, Copenhagen Denmark, August 9, 1995.

36. Chase, C.C.L. and D.J. Hurley. Protection with an inactivated vaccine against IBR, BRSV and BVDV. 28th annual conference of the American Association of Bovine Practitioners, San Antonio, TX, September 14-16, 1995.

37. Chase, C.C.L. and D.J. Hurley. What's going on in bovine viral vaccines: Do both killed and modified live vaccines induce cell-mediated immunity? Research Summaries, 28th annual conference of the American Association of Bovine Practitioners, San Antonio, TX, September 16, 1995.

38. Reitsma, C.J., D.R. Henning, C. Chase and D.J. Hurley. Verotoxigenic *Escherichia coli* in slaughter cattle and ground beef in South Dakota. 1st International Rushmore Conference on Mechanisms in the Pathogenesis of Enteric Diseases, Rapid City, SD, September 28, 1995.

39. Yeager, M.J., J. Christopher-Hennings, E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, H.T. Hill, J. Zimmerman, J.B. Katz, C.C.L. Chase and D.A. Benfield. PRRSV shedding in the semen of experimentally and naturally infected boars as detected by PCR. 38th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Sparks, NV, October 28-31, 1995.

40. Chase, C.C.L., L. Braun, T. Fraser, J. Hanson, and D.J. Hurley. Protection against challenge and evidence of cell mediated immunity after vaccination with inactivated IBR, BRSV, and BVDV. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 1995.

41. Wang, P., L. Braun, D.J. Hurley and C.C.L Chase. Detection of bovine herpesvirus 1 in peripheral blood mononuclear cells of persistently infected cattle with flow cytometry and immunofluorescence staining. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 1995.

42. Wiese, W., L.J. Braun, and C.C.L. Chase. Bovine herpesvirus 1 does not cause apoptosis in bovine cells. 81st annual meeting of the South Dakota Academy of Science, Brookings, SD, April 13, 1996.

43. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. First isolation of bovine virus diarrhea virus from dromedary camel. North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD, June 11, 1996.

44. Braun, L.J., P. Steen, S. Wessels, J. Rein, W. Wiese and C.C.L. Chase. The application of a microtiter ELISA to screen suspect herds for bovine viral diarrhea virus. North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD, June 12, 1996.

45. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Clinical and immunological responses following BVDV Type II challenge in cattle vaccinated with inactivated virus vaccine. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 24, 1996.

46. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel: Clinical and pathological picture, and virus isolation. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 24, 1996.

47. Wang, P., L. Braun, D.J. Hurley and C.C.L. Chase. Presence of bovine herpesvirus 1 (BHV-1) in peripheral blood mononuclear cell (PBMC) of latently infected cattle. 15th annual meeting of the American Society for Virology, London, ONT, July 14, 1996.

48. Frew T.J., S. Akula and C.C.L. Chase. Effects of BHV-1 infection on host cell signaling. 10th annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27, 1996.

49. Chase, C.C.L., P. Wang, and D.J. Hurley. Bovine herpesvirus-1 (BHV-1) in leukocytes of cattle 8 months following infection. 10th annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27, 1996.

50. Chase, C.C.L., P. Wang, and D.J. Hurley. Presence of bovine herpesvirus-1 (BHV-1) in peripheral blood mononuclear cells of cattle 8 months following infection. 21st International Herpesvirus Workshop, DeKalb, IL, July 27-August 2, 1996.

51. Appel, T.M., L.J. Braun, C.C.L. Chase and D.J. Hurley. The interaction of BVDV strains with T-lymphocytes: The search for a less stressful vaccine. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

52. Hegazy, A.A., L.S. Fahmy, M.S. Saber, T.A. Aboellail, A.A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

53. Robison, D.J., T. Krueger, P. Leslie-Steen, J.K. Nelson, E.A. Nelson, C.C.L. Chase, R.R.R. Rowland and D.A. Benfield. Electron microscopy observations of porcine reproductive and respiratory syndrome virus infected cells. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

54. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

55. Wang, P., D.J. Hurley and C.C.L. Chase. Analysis of bovine herpesvirus (BHV-1) in leukocytes of cattle. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

56. Chase, C.C.L., P. Wang, and D.J. Hurley. Persistent IBR Infections in the Bovine Lymphoid System: Implications for vaccination and control. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12, 1996.

57. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12-13, 1996.

58. Frew, T.J., A.M. Shaw, and C.C.L. Chase. Effects of BHV-1 infection on host cell signaling. 7th Annual South Dakota EPSCoR Conference, Rapid City, SD, October 17, 1996,

59. Aboellail, T.A., A.A. Hegazy, L.S. Fahmy, D.J. Hurley, D.P. Lunn, D. Sellon and C.C.L. Chase. Characterization of leukocytes of dromedary camel. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11, 1996.

60. Christopher-Hennings, J., E. Nelson, J. Nelson, K. Rossow, R. Rowland, M. Yeager, C. Chase and D. Benfield. Identification of PRRSV in semen and tissue of vasectomized and non-vasectomized boars. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11, 1996.

61. Chase, C.C.L. Outcomes of Stress on Immune Function and Production Parameters in Swine. USD-SDSU Biological Science PhD Seminar Series, Brookings, SD, February 3, 1997.

62. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase. Bovine viral diarrhea virus infects camelid cell lines. 82nd annual meeting of the South Dakota Academy of Science, Aberdeen, SD, April 25, 1997.

63. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse. Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 29, 1997.

64. Hurley, D.J., A. Ali and C.C.L. Chase. Evidence that an inactivated multicomponent bovine viral vaccine induced specific and collateral helper and cytotoxic memory. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 29, 1997.

65. Akula, S., T. Frew, D. Hurley and C.C.L. Chase. The effect of genistein on the replication of bovine herpesvirus type 1. 11th annual Bovine Herpesvirus Workshop, San Diego, CA, August 2, 1997.

66. Akula, S.M., A. Reber, T. Frew and C.C.L. Chase. The discovery of a signaling inhibitor which lowers titers of a stress-related virus in bovine cells. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

67. Robison, D.J., C.C.L. Chase, E.A. Nelson, D.A. Benfield and R.R. Rowland. Porcine reproductive and respiratory syndrome virus (PRRSV) replication determined by immuno-gold electron microscopy. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

68. Frew, T, L.J. Braun, J. Jessen and C.C.L. Chase. Bovine herpesvirus 1 interactions with host cell DNA synthesis. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

69. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase. The study of camelid cell lines infected with bovine viral diarrhea virus. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

70. Braun, L.J., C.C.L. Chase, S. Wessels and P. Steen. Comparison of various screening methods for bovine viral diarrhea virus. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

71. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse. Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

72. Akula, S.M., R.L. Kervin, T. Frew and C.C.L. Chase. The inhibition of bovine herpesvirus type 1 infection by a specific protein tyrosine kinase inhibitor. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

73. Frew, T., L.J. Braun, J. Jessen, and C.C.L. Chase. Bovine herpesvirus I replication in active and serum deprived bovine turbinate cells. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

74. Chase, C.C.L., S.M. Akula and T. Frew. The inhibition of bovine herpesvirus type 1 infection by genistein. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 27, 1997.

75. Nelson, E.A., J. K. Nelson, L.P. Couture, M.L. Lau, J. Christopher-Hennings, C.C.L. Chase and R.A. Hesse. A single amino acid substitution allows for the differentiation of the Prime Pac PRRS vaccine from field isolates of PRRSV. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10, 1997.

76. Ali, A.A., A.A. Salama, T.A. Aboellail and C.C.L. Chase. The growth of bovine viral diarrhea virus in camelid cell lines. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10, 1997.

77. Ali, A.A., A.A. Salama, D.J. Hurley, L.J. Braun and C.C.L. Chase. Comparison of the cellular and humoral immune response as a predictor for protection in a type II bovine viral diarrhea virus challenge. 83rd annual meeting of the South Dakota Academy of Science, Spearfish, SD, April 17, 1998.

78. Reber, A.J., S.T. Franklin, D.J. Hurley and C.C.L. Chase. A role for maternal colostral leukocytes in immune protection in immune protection of neonatal calves. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

79. Wang, P., D. Hurley, L. Braun and C.C. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

80. Akula, S.M., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

81. Ali, A., D. J. Hurley, L. Braun, A. Salama, and C.C.L. Chase. A comparison of humoral and cell mediated responses to modified live and inactivated vaccines against bovine viral diarrhea virus. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

82. Yousif, A., L.J. Braun and C.C.L. Chase. Sequence analysis of an Egyptian bovine viral diarrhea virus (BVDV) isolate. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

83. Akula, S., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. 9th Annual South Dakota EPSCoR Conference, Vermillion, SD, September 11, 1998.

84. Chase, C.C.L., T.J. Frew and S. Akula. Inhibition of infectious bovine rhinotracheitis (IBR) virus replication by genistein-a compound in soybeans. 31st annual conference of the American Association of Bovine Practitioners, Spokane, WA, September 24-25, 1998.

85. Chase, C.C.L., D.J. Hurley, L.J. Braun and A.A. Ali. More than serology: comparison of the cellular immune response as a predictor for protection in a type II bovine viral diarrhea virus challenge. 31st annual conference of the American Association of Bovine Practitioners, Spokane, WA, September 24-25, 1998.

86. Chase, C.C.L., S.M. Akula, A. Reber, and T. Frew. Genistein, a tyrosine kinase inhibitor, lowers the titers of bovine herpesvirus 1 in bovine cells. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23, 1998.

87. Swan, H.J., A.P. Sundet, L.J. Braun, L.J. Bello and C.C.L. Chase. Bovine viral diarrhea virus (BVDV) challenge of calves vaccinated with bovine herpesvirus-1 (BHV-1)-BVDV recombinant. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23, 1998.

88. Reber, A.J., S.T. Franklin, C.C.L. Chase, and D.J. Hurley. Trafficking and effects of maternal immunity in neonatal calves. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

89. Yousif, A.A., L. J. Braun, C.C.L. Chase, T.A.A. El-Lail, M.S. Saber, and A.A. Hegazy. Sequence analysis of a type II cytopathic BVDV of dromedary camels. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

90. Akula, S.M., L. Braun, A. Reber, T. Frew, C.C.L. Chase. Genistein inhibits bovine herpesvirus 1: is actin involved? 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

91. Wang, P., D. Hurley, L. Braun and C.C.L. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

92. Pohl, S.H, D.J. Hurley and C.C.L. Chase. 1999. Thermal environmental effects and group size on growing swine performance. 30th annual meeting of the American Association of Swine Practitioners, St. Louis, MO, March 2, 1999.

93. Brock, K.V. and C.C.L. Chase. Development of a fetal challenge method for the evaluation of bovine viral diarrhea virus vaccines. European Society for Veterinary Virology 4th Pestivirus Meeting, March 15-19, 1999.

94. Swan, H.J., R.D. Neiger, L.J. Braun, L.J. Bello, W.C. Lawrence and C.C.L. Chase. Protection against bovine viral diarrhea virus (BVDV) of calves vaccinated with a bovine herpesvirus-1 (BHV-1)-BVDV recombinant. 2nd annual Conference on Vaccine Research, Bethesda, MD, March 28-30, 1999.

95. Swan, H.J., A.P. Sundet, L.J. Braun, L.J. Bello, W.C. Lawrence and C.C.L. Chase. Bovine viral diarrhea virus (BVDV) challenge of calves vaccinated with bovine herpesvirus-1 (BHV-1) BVDV recombinant. 84th annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999.

96. Wang, P., D.J. Hurley, L.J. Hurley and C.C.L. Chase. Alteration of monocyte-derived macrophage function by bovine herpesvirus-1 infection *in vitro*. 84th annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999.

97. Akula, S.M., T. Frew, L.J. Braun and C.C.L. Chase. Inhibition of a 95-kDa tyrosine phosphorylated bovine herpesvirus 1 protein lowers replication of the virus. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

98. Yousif, A. A., L. J. Braun, T.A.A. El-Lail, M.S. Saber, A.A. Hegazy, K.V. Brock and C.C.L. Chase, Phylogenic analysis of the camel pestivirus type 4 gene fragments based on amino acid and nucleotide sequence homologies. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

99. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. 2nd Biennial Joint EPSCoR Conference, Fargo, ND, September 10,1999.

100. Chase, CCL, LJ Braun and KV Brock. Dual infection of the bovine fetus with bovine viral diarrhea virus (BVDV) type 1 and type 2: can it happen and what are the implications for vaccination? 32nd annual conference of American Association of Bovine Practitioners, Nashville, TN, September 24, 1999.

101. Fawcett L, Erickson G, Eernissee K, Lu W, Daniels S, Swenson S, Nelson E, Zeman D, Hesse R and Chase C. A comparison hemagglutination inhibition tests to detect swine influenza virus H3N2 antibodies, 42nd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, San Diego, CA, October 10, 1999.

102. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1999.

103. Yousif, A.A., L J Braun, KV Brock and CCL Chase. Typing and determination of genetic relationships between pestiviruses based on nucleotide and amino acid sequence analysis of a 161-bp RT-PCR fragment of the NS3 region. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1999.

104. Yousif, AA, SE Aus, LJ Braun, J Christopher-Hennings and CCL Chase. Pestivirus NS3 type-specific molecular beacons. 19th annual meeting of American Society of Virology, Fort Collins CO, July 11, 2000.

105. Braun, L, D Peterson and CCL Chase. Herd screening using a nested RT-PCR technique to detect BVD from pooled buffy coat samples. 33rd annual conference of American Association of Bovine Practitioners, Rapid City, SD, September 21, 2000.

106. Braun, L, D Peterson and C Chase. BVDV nested RT-PCR technique to screen herds using pooled buffy coat samples. 43rd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Birmingham, AL, October 21, 2000.

107. Yousif, AA, LJ Braun, and CCL Chase. 2000. Determination of the replication efficiency of pestivirus types 1 and 2 RNA in mixed tissue culture infections using pestivirus NS3 type specific molecular beacons. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 2000.

108. Elmowalid, G, DJ Hurley, LJ Braun and CCL Chase. Development of bovine monocyte derived macrophage cell cultures. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 2000.

109. Wang, P, DJ Hurley, LJ Braun and CCL Chase. The effect of bovine herpesvirus 1 on monocyte derived macrophage function. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 2000.

110. Yousif, AA, SM Watkins, LJ Braun, DJ Peterson, DJ Hurley and CCL Chase. Multi-pestivirus-type-specific response in Blab/c mice immunized with a pool of DNA plasmids expressing structural genes from bovine viral diarrhea virus (BVDV) 1, BVDV 2 and pestivirus type 3. 7th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, May 3, 2001.

111. Elsheikh, AA, GA Elmowalid, LJ Braun, DJ Hurley and CCL Chase. The effect of phosphorylation on bovine viral diarrhea virus cytopathogenicity and replication. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21, 2001.

112. Elmowalid GA, AA Elsheikh, , LJ Braun, DJ Hurley and CCL Chase. The interaction of bovine viral diarrhea virus with mononuclear phagocytes. 20th Annual Meeting of American Society for Virology, Madison, WI, July 22, 2001.

113. Yousif, AA, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase. Type-specific responses to pestiviruses in BALB/c mice immunized with a pool of DNA plasmids expressing structural genes from BVDV1, BVDV2 and pestivirus type 3. Symposium in Virology, University of Nebraska, Lincoln, NE, September 7, 2001

114. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield. Porcine reproductive and respiratory syndrome virus (PRRSV) in breeding swine: Use of PCR on tonsil biopsies and sentinel pigs to detect viral nucleic acid and shedding in persistently infected pigs. 44th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Hershey, PA, November 2, 2001.

115. Northeimer, WW, DJ Hurley, CCL Chase, AR Hippen, and RSK Majerle. CD14 released by colostral macrophages has a role in a neonatal immune system development. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

116. Yousif, AA, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase. Type-specific responses to pestiviruses in BALB/c mice immunized with a pool of DNA plasmids expressing structural genes from BVDV1, BVDV2 and pestivirus type 3. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

117. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase. Generation of bovine macrophages from peripheral blood monocytes. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.