# EXHIBIT A-2

**to the
DECLARATION OF CHRISTOPHER
CIVILIAN LOUIS CHASE, D.V.M., PH.D.,**

**Civil Action No. 1:06-CV-00658 (HHK-JMF)**

118. Elsheikh, AA, LJ Braun and CCL Chase. How does cytopathic bovine viral diarrhea virus induce cytopathogenesis? 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

119. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase. Interaction between bovine viral diarrhea virus and mononuclear phagocytes in vitro. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

120. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield. Use of tonsil biopsies, PCR and sentinel pigs to detect viral nucleic acid and shedding in pigs persistently infected with PRRSV. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

121. Yousif, A, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase. Type-specific response to pestiviruses in Balb/C mice immunized with a pool of DNA plasmids expressing structural genes from BVDV 1, BVDV 2 and pestivirus type 3. Detecting and Controlling BVDV Infections, Ames, IA, April 4, 2002.

122. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase. Bovine viral diarrhea virus impairs macrophage function and marker expression in vitro. Detecting and Controlling BVDV Infections, Ames, IA, April 4, 2002.

123. Elsheikh, AA, D Benfield, LJ Braun and CCL Chase. Inhibition of bovine viral diarrhea virus replication by interferon-alpha through inhibition of viral RNA synthesis. Detecting and Controlling BVDV Infections, Ames, IA, April 4, 2002.

124. Chase, CCL, K Wright, J Torrison and LJ Braun. Serologic response of gnotobiotic pigs challenged with APP serotype 5 or A. suis field isolates. 17th IPVS Congress, Ames IA, June 3, 2002.

125. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase. Bovine viral diarrhea virus impairs peripheral blood-derived macrophage inflammatory functions in vitro. 21st Annual Meeting of American Society for Virology, Lexington, KY July 20, 2002.

126. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase. Bovine Viral Diarrhea Virus Impairs Peripheral Blood Monocytes Derived-Macrophages Inflammatory Functions In Vitro. Symposium in Virology, University of Nebraska, Lincoln, NE, September 5, 2002.

127. Braun, LJ, M Braunschmidt, N Arias, R Wixon, CY Wang and CCL Chase. Effect of genistein on bovine herpesvirus 1 and bovine viral diarrhea virus infections in vivo. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26, 2002.

128. Marsh, T and C Chase. Evaluation of alternate year vaccination practices in a cow-calf herd. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 27, 2002.

129. Hassan, EAD, LJ Braun, and CCL Chase. The effect of bovine herpesvirus 1 (BHV-1) on the organization of actin filaments and microtubules. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2002.

130. Elmowalid, G, BL Ransom, LJ Braun, A Young, J Ridpath and CCL Chase. Bovine viral diarrhea virus interferes with macrophage surface marker expression in vitro. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2002.

131. Chase CCL, G Elmowalid and LJ Braun. Effect of bovine viral diarrhea virus on bovine macrophages inflammatory functions and surface marker expression *in vitro*. 9th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 30, 2003.

132. Hassan EAD, B Tigabu, LJ Braun and CCL Chase. Reorganization of microtubules and actin filaments in bovine herpesvirus-1-infected cells and their role in virion egress. 22nd annual meeting of American Society for Virology, Davis, CA July 14, 2003.

133. Chase CCL, G Elmowalid, LJ Braun and JF Ridpath. New paradigms for bovine viral diarrhea virus: understanding how BVDV interacts with the immune system. 36th annual conference of American Association of Bovine Practitioners, Columbus, OH, September 19, 2003.

134. Hassan EAD, LJ Braun and CCL Chase. Interaction of bovine herpesvirus-1 glycoproteins with cellular cytoskeletal elements in bovine herpesvirus-1 infected cells.. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 2003.

135. Hassan EAD, LJ Braun and CCL Chase. Effect of protein kinase inhibitors on the replication of bovine herpesvirus-1 (BHV-1). Abstract 174. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11, 2003.

136. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Bovine viral diarrhea virus (BVDV) interaction with the innate immune system. Bovine viral diarrhea virus in the Americas, Davis, CA, April 3, 2004.

137. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. Isolation of BVDV from white-tail deer. Bovine viral diarrhea virus in the Americas, Davis CA, April 4, 2004.

138. Halaweish, I, EAD Hassan, LJ Braun and CCL Chase. Generation of gI-EGFP and gE-EGFP Constructs to Study Localization of BHV-1 Glycoproteins gI and gE in Mammalian Cells. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004.

139. Harms N, B Tigabu, LJ Braun, G Elmowalid and CCL Chase. Characterization and Comparison of Cells by Antigen Presentation, Microfilament Organization and Phagocytic Properties. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004.

140. Chase CCL. LJ Braun, K Haffer, E Sullivan and J Robel. Vaccinia immunoglobulin (VIG) production in cattle: a pilot for transgenic cattle producing human immunoglobulin. 10th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 29, 2004.

141. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Rethinking bovine viral diarrhea virus pathogenesis: understanding the importance of BVDV strain on the innate immune system. 23rd World Buiatrics Congress, Quebec, CA, July 15, 2004.

142. Becker M, LJ Braun and CCL Chase. Genetic relationships among three vaccine strains of BVDV. South Dakota EPSCoR State Meeting, Rapid City, SD, September 17, 2004.

143. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. Evidence of bovine viral diarrhea virus persistent infection in two white-tail deer in southeastern South Dakota. 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23, 2004.

144. Fairbanks K and CCL Chase. Fetal protection against BVDV type 1 or 2 heterologous challenge. 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23, 2004.

145. Fairbanks K and CCL Chase. Subcutaneous dose of infectious bovine rhinotracheitis virus provides early protection against an intranasal challenge. 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-24, 2004.

146. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. White tail deer: are they a threat for spreading BVDV in cattle? 113th annual meeting of the South Dakota Veterinary Medical Association, Rapid City, SD, August 20, 2004.

147. Chase CCL, LJ. Braun, P Leslie-Steen, T Graham, D Miskimins and JF Ridpath. Bovine viral diarrhea virus persistent infection in two white-tail deer in Southeastern South Dakota. 47th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Greensboro, NC, October 24, 2004.

148. Tigabu B, CCL Chase, LJ Braun. Effect of BVDV on the expression of Toll-like receptor-2 and –4. P90. 85th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 15, 2004.

149. Becker M, LJ Braun and CCL Chase. Field Isolates of bovine viral diarrhea virus are well conserved. 90th meeting of the South Dakota Academy of Science, Sioux Falls, SD, April 9, 2005.

150. Tigabu B, CCL Chase, LJ Braun. BVDV influences the expression of Toll-like receptors. 24th annual meeting of the American Society of Virology, State College, PA June 19, 2005.

151. DeDonder K, N Lampson, LJ Braun and CCL Chase. Flow cytometric analysis of lymphocyte subset populations in cattle persistently infected. 5th biennial joint conference of South Dakota/North Dakota EPSCoR, Brookings, SD, September 9, 2005.

152. Chase CCL, LJ Braun, L Holler, J Neill, J Ridpath. Characterization of bovine viral diarrhea virus (BVDV) genetics, antibody response and viremia from a group of BVDV persistently infected calves. Proceedings of 38th annual convention of the American American Association of Bovine Practitioners, Salt Lake City, UT, September 24, 2005.

153. Boots R, K Gilkerson1, R. Yoder, CCL Chase. Evaluation of Antibacterial Activity of Three Different Animal Protein Preparations. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4, 2005

154. DeDonder K, N Lampson, LJ Braun, CCL Chase. Flow Cytometric Analysis of Lymphocyte Subset Populations in Cattle Persistently Infected with BVDV. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, December 5, 2005.

155. Braun LJ, LD Holler, JF Ridpath, J Neill, CCL Chase. Virological Analysis and Serological Response in Cattle Persistently Infected with Type 2a Bovine Viral Diarrhea Virus (BVDV). 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, December 5, 2005.

156. Mark CS, JF Ridpath, CCL Chase. Exposure of White Tailed Deer to Bovine Diarrhea Virus. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, December 5, 2005.

157. Zimmerman, A, R Boots, L Valli, and CCL Chase. Overcoming maternal antibody interference with an adjuvanted MLV BVDV vaccine. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

158. Ridpath JF, KM Lager, A Vincent, JD Neill, CCL Chase and CS Mark. Acute BVDV infections in non-bovine species. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

159. Chase CCL, LJ Braun, L Holler, J Neill and J Ridpath. Characterization of bovine viral diarrhea virus (BVDV) stability and immunological profile from a group of BVDV persistently infected calves. BVDV 2006 Conference, Denver CO, January 29-31, 2006

160. Mark CS, JF Ridpath, and CCL Chase. Flow cytometry analysis of white tail deer exposed to BVDV. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

161. Rinehart CL, WC Ohnesorge, C Chase, T Triebwasser, K Gilkerson and A Zimmerman. BVDV fetal protection vaccine proof of efficacy studies: requirements include both consistency and diversity. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

162. Tigabu B, CCL Chase, LJ Braun. BVDV strains variation on the expression of Toll-like receptors. 25th annual meeting of the American Society of Virology, Madison, WI, July 15, 2006.

163. Ridpath JF, CS Mark, CCL Chase and JD Neill. Experimental acute BVDV infection in white tail deer fawn. 39th annual conference of the American Association of Bovine Practitioners, Saint Paul, MN, September 21-23, 2006.

164. Ridpath JF, BE Hessman, JD Neill, RW Fulton, DL Step, A Zimmerman and CCL Chase. Evaluating stability, size requirements, viral load and pooling of ear notch samples in BVDV testing. 49th annual conference of the American Association of Veterinary Laboratory Diagnosticians, Minneapolis, MN, October 12-18, 2006.

165. Tigabu B, A Rosa, G Rosa and CCL Chase. Comparison of immune gene expression in normal and BVDV persistently infected cattle. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2007.

166. Halaweish S, Y Fang, I Halaweish, L Braun and C Chase. Expression of recombinant BVDV-nonstructural proteins to study the humoral immune response against BVDV in cattle. . 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2007.

167. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2007.

168. Tigabu B, A. Rosa, G. Rosa, CCL Chase. Comparison of Immune Gene Expression in Normal and BVDV Persistently Infected Cattle. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

169. Halaweish S, Y Fang, I Halaweish, L Braun, C Chase. Expression of recombinant BVDV-Nonstructural Proteins to Study the Humoral Immune Response against BVDV in Cattle. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

170. Mahmoud MM, LJ Braun, A Hippen, M Thomas, and CC Chase. Effect of source of selenium and vitamin E supplementation on performance and immune response in young dairy calves. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

171. Lawson S, E Brown, K Gilkerson, Y Fang, EA Nelson, C Mateo and. C Chase. Development and optimization of a blocking ELISA for Type 1 and Type 2 strains of Porcine Reproductive and Respiratory Syndrome Virus. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

172. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3, 2006.

N. Invited Presentations

1. Chase, C.C.L. The effect on herpesvirus infectivity of the glycoproteins of bovine herpesvirus I. Biomedical Research Institute, Children's Hospital, St. Paul, MN, August 15, 1989.

2. Chase, C.C.L. The effect of bovine herpesvirus 1 glycoproteins on herpesvirus infectivity. Arthropod-borne Animal Diseases Research Laboratory, Agricultural Research Service, Laramie, WY January 16, 1990.

3. Chase, C.C.L. The effect of bovine herpesvirus 1 glycoproteins on herpesvirus infectivity. American Cyanamid Company, Agricultural Research Division, Princeton, NJ, March 9, 1990.

4. Chase, C.C.L. New insights into bluetongue in the U.S. 35th annual meeting of the Livestock Insect Workers Conference, Jackson, WY, July 9, 1991.

5. Chase, C.C.L. Bluetongue status throughout the United States. 128th annual meeting of the American Veterinary Medical Association, Seattle, WA, July 30, 1991.

6. Chase, C.C.L. Bluetongue in the United States. 88th annual convention of the Wyoming Wool Growers Association, Rock Springs, WY, November 22, 1991

7. Chase, C.C.L. Molecular pathogenesis of two colorful diseases: bovine herpesvirus 1 and bluetongue virus. Department of Veterinary Science, South Dakota State University, SD, March 31, 1992.

8. Chase, C.C.L. New insights into bluetongue in the U.S. National Animal Disease Center, Ames, IA, May 22, 1992

9. Chase, C.C.L. Biosafety Risk Management. USD-SDSU Biological Science PhD Seminar Series, Brookings, SD, February 9, 1994.

10. Chase, C.C.L. Bovine herpesvirus 1: The role of cell-virus interactions. SDSU Biology/Microbiology Graduate Seminar, Brookings, SD, September 23, 1994.

11. Chase, C.C.L. Virus-cell interactions: Lessons learned from bovine herpesvirus 1. University of South Dakota Molecular Biology Seminar Series, Vermillion, SD, October 28, 1994.

12. Chase, C.C.L. The cell-virus interaction of bovine herpesvirus 1: It's a cycling event. Department of Veterinary and Microbiological Sciences, North Dakota State University, Fargo, ND, February 17, 1995.

13. Chase, C.C.L. A Tale of Two Viruses: BVDV and PRRSV. Syntro Research Laboratories, San Diego, CA, September 13, 1996.

14. Chase, C.C.L. Identifying the BVDV persistent animal: What test is the best? 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 30, 1997

15. Chase, C.C.L. Diagnostics: the key to the control of camel diseases. Camel Disease Workshop, The Camel Applied Research and Development Network, Cairo, Egypt, August 10, 1997.

16. Chase, C.C.L. New trends in laboratory diagnosis of bovine viral diarrhea virus. 4th Zagazig University Scientific Veterinary Medical Conference, Hurghada, Egypt, August 27, 1998.

17. Chase, C.C.L. Camels and Tut-What's up in Egypt? N.E. Hansen Lecture Series, South Dakota State University, Brookings, SD, September 23, 1998.

18. Chase, CCL. Studies in Molecular Pathogenesis with Bovine Herpesvirus 1 and Bovine Viral Diarrhea Virus, University of Wyoming, Laramie WY, June 20, 2000.

19. Chase, CCL. DNA Vaccines: New Understanding. Faculty of Veterinary Medicine, Cairo University, Giza, Egypt, October 22, 2000.

20. Chase, CCL. Molecular and Cellular Studies of Bovine Viral Diarrhea Virus (BVDV) Vaccines, Faculty of Veterinary Medicine, Zagazig University, Zagazig, Egypt, October 24, 2000.

21. Chase, CCL. New Findings in the Diagnosis and Control of Bovine Viral Diarrhea Virus, Faculty of Veterinary Medicine, Monsura University, Monsura, Egypt, October 25, 2000.

22. Chase, CCL. Changing Faces of Immunology: New Approaches to Vaccines. Sixth Scientific Congress, Faculty of Veterinary Medicine, Giza, Egypt, October 31, 2000.

23. Chase, C. Las caras cambiantes DVB. 25th Congreso Nacional de Buiatria, Vera Cruz, Mexico, August 17, 2001.

24. Chase, CCL. BVDV Serology. Detecting and Controlling BVDV Infections, Ames, IA, April 5, 2002.

25. Chase, CCL. Bovine Viral Diarrhea Virus: Investigating Pathogenesis Pathways. Fort Dodge Animal Health, Fort Dodge, IA, May 6, 2002.

26. Chase, CCL. Unmasking Bovine Viral Diarrhea Virus: It's a strain difference. SDSU Biology/Microbiology Seminar Series, Brookings, SD, February 21, 2003.

27. Chase, CCL. West Nile and Bovine Viral Diarrhea Virus; Two Flaviviruses- Two Big Problems. National Veterinary Research Institute, Pulawy, Poland, May 16, 2003.

28. Chase, CCL. Innate Immunity, Viral Infections and CWD. Faculty of Veterinary Medicine, Warsaw Agricultural University, Warsaw, Poland, May 21, 2003.

29. Chase, CCL, R Shane, F Cholick, C Cumber, H Svec and E Vander Sluis. Poland: Opportunities for Exchange. N.E. Hansen Lecture Series, South Dakota State University, Brookings, SD, September 26, 2003.

30. Chase CCL. Autogenous Vaccines: Current Use in the Field in the US Cattle and Hog Industry. International Veterinary Meeting on Consideration of Alternative Licensing Procedures for Minor Species, Minor Indications and Autogenous/Autologous Products, Langen, Germany, October 29, 2003

31. Chase CCL. Porcine reproductive and respiratory syndrome virus (PRRSV), Biosecurity and High Health. American Soybean Association Chinese Exchange Seminar, Brookings, SD, July 21, 2004.

32. Chase C. Rabies. Brookings Health System Medical Staff Conference, Brookings, SD, April 22, 2005.
33. Chase C. Zoonotic Diseases. Brookings Health System Medical Staff Conference, Brookings, SD, April 27, 2005
34. Chase CCL. Seven Important Swine Diseases, Guangdong Pig Industry Association, Guangzhou, Guangdong Province, China, June 16, 2005.
35. Chase CCL. Porcine Respiratory Disease Complex, Fujian Feng Zengongmu Feed Co., Fujian Province, China, June 17, 2005.
36. Chase CCL. Seven Important Swine Diseases, Fuqing Yongchen Swine Breeding Co., Ltd, Fuqing City, Fujian Province, China, June 18, 2005.
37. Chase CCL. Seven Important Swine Diseases, Zhejiang Academy of Agricultural Sciences, Hangzhou, Zhejiang Province, China, June 20, 2005.
38. Chase CCL. Seven Important Swine Diseases, Beijing Swine Breeding Company, Beijing, China, June 22, 2005.
39. Chase CCL. Basic Immunology, Biosecurity and High Health. US Grains Council Chinese Swine Farm Management Team, Brookings, SD, September 15, 2005.
40. Chase CCL. New Developments in Vaccine Development. Faculty of Veterinary Medicine, Zagazig University, Zagazig, Egypt, May 13, 2006
41. Chase CCL. Bovine Respiratory Disease. Faculty of Veterinary Medicine, Cairo University, Giza, Egypt, May 17, 2006.
42. Chase C. Avian Influenza- Is it a Threat?, Brookings Health System Medical Staff Conference, Brookings, SD, September 13, 2006.
43. Chase C. Avian Influenza- Hazard or Hype? Brookings County Regional Pandemic Taskforce, Brookings SD, November 9, 2006.
44. Chase C. Avian Influenza-Hazard or Hype? College of Nursing Seminar, South Dakota State University, Brookings, SD, November 30, 2006.

O. Publications
Refereed
1. Chase, C.C.L., B.A. Israel, K. Carter-Allen, and G.J. Letchworth III. 1988. Expression and affinity purification of recombinant bovine herpesvirus 1 glycoproteins. *J. Tissue Culture Methods* **11**:75-81.
2. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. 1989. The effect of bovine herpesvirus 1 glycoproteins gI and gIII on herpesvirus infections. *J. Gen. Virol.* **70**:1561-1569.
3. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. 1990. Bovine cells expressing bovine herpesvirus 1 (BHV-1) glycoprotein IV resist infection by BHV-1, herpes simplex virus and pseudorabies virus. *J. Virol. 64*:4866-4872.
4. Wilson, W.C. and C.C.L. Chase. 1992. The use of RNA detection techniques to identify bluetongue virus and epizootic hemorrhagic disease virus in *Culicoides variipennis*. In *Proceedings of the 2nd International Symposium on Bluetongue, African Horse Sickness and Related Orbiviruses* (ed. T. Walton, and B. Osborne), pp. 687-693.
5. Chase, C.C.L., C. Lohff and G.J. Letchworth III. 1993. Resistance and susceptibility of bovine cells expressing herpesviral glycoprotein D homologs to herpesviral infections. *Virology* **194**:365-369.

6.  Wilson, W.C. and C.C.L. Chase. 1993. Nested and multiplex polymerase chain reaction in the identification of bluetongue virus infection in the biting gnat, *Culicoides variipennis*. *J. Virol. Methods* **45**:39-47.

7.  Chase, C.C.L. and G.J. Letchworth III. 1994. Bovine herpesvirus 1 gIV-expressing cells resist virus penetration, J. Gen. Virol. **75**:177-181.

8.  Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yeager and D.A. Benfield. 1995. Detection of porcine reproductive and respiratory syndrome virus in boar semen using the polymerase chain reaction. J. Clin. Micro. **33**:1730-1734.

9.  Adegboye, D.S., P.G. Halbur, D. Cavanaugh, R. Werdin, C.C.L. Chase, D.W. Miskimins and R.F. Rosenbusch. 1995. Immunohistochemical and pathological study of Mycoplasma bovis-associated lung abscesses in calves. J. Vet. Diag. Invest. 7:333-337.

10. Christopher-Hennings, J., E.A. Nelson, B.J. Hines, J.K. Nelson, C.C.L. Chase, M.J. Yeager and D.A. Benfield. 1995. Persistence of porcine reproductive and respiratory syndrome virus in the serum and semen of adult boars. *J. Vet. Diag. Invest.* **7**:456-464.

11. Thaler, R.C., M.C. Libal, C.C. Chase, D. Hurley, J.U. Thomson, T.E. Lucas, and R. Woerman. 1996. The effects of two medicated early weaning programs on pig performance, health and immune system activation. *Agri-Practice* **17**:24-27.

12. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, K.D. Rossow, J.L. Shivers, M.J. Yaeger, C.C.L. Chase, R.A. Garduno, J.E. Collins, and D.A. Benfield. 1998. Identification of porcine reproductive and respiratory syndrome virus in semen and tissues from vasectomized and non-vasectomized boars. *Vet. Path.* **35**:260-267

13. Braun L.J., and C.C.L. Chase. 1999. Diagnostic porcine polymerase chain reaction assay: The future is here. *Swine Health Prod.* 7(1):37-40.

14. Jolie, R., L. Backstrom, L. Olson and C. Chase. 1999. A 15-week experimental exposure of pigs to airborne dust with added endotoxin in a continuous flow exposure chamber. *Can. J. Vet. Res.* **63**:129-137.

15. Jolie R, L. Backstrom, L. Olson and C. Chase. 1999. Respiratory and systemic health parameters in pigs raised in a conventional farm or in isolation. *J. Swine Health Prod.* 7 (6):269-275.

16. Shaw, A.M., L. Braun, T. Frew, D.J. Hurley, R.R.R. Rowland and C.C.L. Chase. 2000. A role for bovine herpesvirus 1 (BHV-1) glycoprotein E (gE) tyrosine phosphorylation in replication of BHV-1 wild-type virus but not BHV-1 gE deletion mutant virus. *Virology*, **268**:159-166.

17. Brock, K.V. and C.C.L. Chase. 2000. Development of a fetal challenge method for the evaluation of bovine viral diarrhea virus vaccines. *Vet. Micro.*, **77**:209-214.

18. Al-Ghamdi, G.M, T.R. Ames, R. Walker, C.C.L. Chase, G.H. Frank, and S. Maheswaran. 2000. Serotyping of *Mannheimia (Pasteurella) haemolytica* isolates from the Upper Midwest United States. *J.Vet.Diag. Invest.,* **12**:576-578.

19. Wang, P., DJ Hurley, LJ Braun and C.C.L. Chase. 2001. Detection of bovine herpesvirus 1 in peripheral blood mononuclear cells 8 months post infection. *J. Vet. Diag. Invest,* **13**:424-427.

20. Donovan, DC, ST Franklin, CCL Chase and AR Hippen. 2002. Growth and health of Holstein calves fed milk replacers supplemented with antibiotics or Enteroguard. *J.Dairy Sci.* **85**:947-950.

21.  Akula, S, DJ Hurley, RL Wixon, C Wang and CCL Chase.  2002.  Effect of genistein on replication of bovine herpesvirus type 1.  *Am. J. Vet. Res.*63:1124-1128.

22.  Kuckelberg, CJ, CC Chase, EA Nelson, SAE Marras, MA Dammen and J Christopher-Hennings. 2003. Detection of bovine leukemia virus in blood and milk by nested and real-time PCR.  *J. Vet. Diag. Invest*, **15**:69-74.

23.  Chase CCL, SK Chase and L Fawcett. 2003.  Trends in the BVDV Serological Response in the United States Upper Midwest Region.  *Biologicals* **31**:145-151.

24.  Fairbanks K, J Schnackel, and CCL Chase. 2003. Evaluation of a modified live virus type 1a bovine virus diarrhea vaccine (Singer strain) against a type 2 890 (Strain 890) challenge. *Vet.Therapeutics* **4**:24-34.

25.  Donovan DC, AR Hippen, DJ Hurley and CCL Chase.  2003.  The role of acidogenic diets and serum antibody response against bovine respiratory viruses in Holstein steers. *J. Anim. Sci.* **81**:3088-3094.

26.  Fogarty Fairbanks, K, J Campbell and CCL Chase. 2004. Rapid onset of protection against infectious bovine rhinotracheitis with a modified-live virus multivalent vaccine. *Vet. Therapeutics* **5**:17-25.

27.  Yousif, AA, SM Watkins, LJ Braun, DJ Hurley and CCL Chase.  2004.  Infection with the noncytopathic BVDV-2 strain 890 prevents replication of superinfecting cytopathic BVDV-1 RNA in BT and MDOK cells. *Egyptian J Virol* **1**:553-564.

28.  Yousif, AA, LJ Braun, MS Saber, T Aboelleil and CCL Chase. 2004. Cytopathic genotype 2 bovine viral diarrhea virus in dromedary camels. *Arab J Biotech* **7**:123-140.

29.  Chase CCL, G Elmowalid and AAA Yousif.  2004. The immune response to bovine viral diarrhea virus: a constantly changing picture. *Vet Clin Food Anim* **20**:95–114.

30.  Fairbanks KK, CL Rinehart, WC Ohnesorge, MM Loughin and CCL Chase.  2004. Evaluation of fetal protection against experimental infection with type 1 and type 2 bovine viral diarrhea virus after vaccination of the dam with a bivalent modified-live virus vaccine. *JAVMA* 225:1898-2004.

31.  Zimmerman A, R Boots, L Valli, CCL Chase. 2006. Maternal Antibody BVDV Positive Calves Vaccinated with a Modified Live Bovine Viral Diarrhea Virus (BVDV) Vaccine are Protected against a Virulent BVDV Type 2 Challenge. *JAVMA* **228**:1757-61.

32.  Brock KV, K McCarty, CCL Chase, R Harland.  2006. Protection against fetal infection with either bovine viral diarrhea virus type 1 or type 2 using a non-cytopathic type 1 modified live virus vaccine. *Vet Therapeutics* 7:27-34.

33.  Huntimer ED, FT Halaweish CCL Chase. 2006. Proliferative activity of *Echniacea angustifolia* root extracts on cancer interference with doxorubicin cytotoxicity. *Chem. Biodiversity.* 3:695-703.

34.  Chase CCL, LJ. Braun, P Leslie-Steen, T Graham, D Miskimins JF Ridpath. Evidence of bovine viral diarrhea virus persistent infection in two white-tailed deer in southeastern South Dakota.  Submitted to *J Wildlife Dis.*

35.  Ridpath JF, CS Mark, CCL Chase, AC Ridpath, and JD Neill.  Febrile response and decrease in circulating lymphocytes following acute infection of white tail deer fawns with either a BVDV1 or a BVDV2 strain.  Submitted to *J Wildlife Dis.*

Non-refereed
36.  Tabachnick, W.J., T.E. Walton and C.C.L. Chase. Considerations for developing regulatory policy to prevent importation of arthropod-borne animal diseases: the lessons

learned from bluetongue viruses. In *Proceedings of the XVII World Buiatrics Congress and XXV American Association of Bovine Practitioners Conference*, St. Paul, MN, August 31-September 4, 1992, 1:255-259.

37.   Chase, C.C.L., D.J. Hurley and R. Thaler. 1995. The effects of oral antibiotic therapies on immune function and productivity. In *Proceedings of the 26th annual meeting of the American Association of Swine Practitioners,* Omaha, NE, March 4-7, 1995, pp. 111-114.

38.   Chase, C.C.L., L.J. Braun, J. Jessen, P. Wang, and D.J. Hurley. 1995. Studying virus cell interactions: Finding new ways to prevent Infectious Bovine Rhinotracheitis (IBR; Bovine herpesvirus 1 {BHV-1}; Rednose) in Cattle. 1995 South Dakota Beef Report, 95-24, pp. 92-97.23.

39.   Chase, C.C.L., J. Hanson, T. Fraser, L. Braun, S. Anderson, and D.J. Hurley. 1997. Long-term protection from bovine viral diarrhea virus in feedlot cattle. 1996 South Dakota Beef Report, 96-9, pp. 35-39.

40.   Chase, C.C.L., S. Stone, K. Bialas, C. Carlson, W. Wiese and L. Braun. 1997. Pathogenesis of bovine herpesviruses in vitro. 1996 South Dakota Beef Report, 96-10, pp. 40-42.

41.   Reitsma, C.J., D.R. Henning, C. Chase and D.J. Hurley. 1997. Verotoxigenic *Escherichia coli* in slaughter cattle and ground beef in South Dakota. In *Advances in Experimental Medicine and Biology, Mechanisms of Enteric Diseases, Proceedings of the First International Rushmore Conference,* Rapid City, South Dakota, September 28-30, 1995. Edited by P. S. Paul, D. H. Francis and D. A. Benfield, **412**:87-88.

42.   Pohl, SH, DJ Hurley and CCL Chase. 1999. Thermal environmental effects and group size on growing swine performance. In *Proceedings of the 30th annual meeting of the American Association of Swine Practitioners,* St. Louis, MO, February 28-March 2, 1999, pp. 427-435.

43.   Swan, H.J., L.J. Braun, R.D. Neiger, L.J. Bello, W.C. Lawrence and C.C.L. Chase. 1999. Protection against bovine viral diarrhea virus (BVDV) of calves vaccinated with a bovine herpesvirus-1 (BHV-1)-BVDV recombinant. Proceedings of the South Dakota Academy of Science, 78:139-147.

44.   Christopherson, BT, RC Thaler, CC Chase, SH Pohl, RA Bohlke and BD Rops. 2001. Efficacy of high oil corn in reducing the severity of a PRRSV challenge in growing pigs (Trial #2). 41st annual Progress Report of the Southeast South Dakota Experiment Station, Beresford SD, Animal Science 123, pp. 163-168.

45.   Christopherson, BT, RC Thaler, CC Chase, SH Pohl, RA Bohlke and BD Rops. 2002. Efficacy of high oil corn in reducing the severity of a PRRSV challenge in growing pigs 2001 Swine Research Report, Swine 2001-23, pp. 119-124.

46.   Chase, CCL, DJ Hurley, RC Thaler , TE Lucas, and TP Wolff. 2002. The effect of diet and oral antibiotic therapy on immune function and productivity in young pigs. 2001 Swine Research Report, Swine 2001-24, pp. 125-129.

47.   Chase, CCL, DJ Hurley, RC Thaler , TE Lucas, and TP Wolff. 2002. The effect of oral antibiotic therapy on productivity and immune function following challenge with E. coli and rotavirus. 2001 Swine Research Report, Swine 2001-25, pp. 130-135.

48.   Chase, CCL, K Wright, J Torrison and LJ Braun. 2002. Serologic response of gnotobiotic pigs challenged with *Actinobacillus pleuropneumoniae* serotype 5 or

*Actinobacillus suis* field isolates. 2001 Swine Research Report, Swine 2001-26, pp. 136-135-144.

49. Fairbanks, K., C Chase and D Benfield. 2002. Tonsil biopsies and polymerase chain reaction assay for detection of breeding age gilts persistently infected with porcine reproductive and respiratory syndrome virus. *J. Swine Health Prod.* **10**:87-88.

50. Chase CCL. 2004. Autogenous Vaccines: Current Use in the Field in the US Cattle and Hog Industry. *Developments in Biologicals: Consideration of Alternative Licensing Procedures for Minor Species, Minor Indications and Autogenous/Autologous Products,* ed, C Jungback, **117**:69-71.

51. Kattelmann L, W Epperson and C Chase. 2005. Swine veterinarians and hearing loss: summary of results of audiology at the 2002 AASV annual meeting. *J. Swine Health Prod.* **13**:34-37.

P. Meeting abstracts

1. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gIII in bovine cells. Abstract No. 328. 68th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 16-17, 1987.

2. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gI and gIII in eukaryotic cells. Abstract No. 211. 13th International Herpesvirus Workshop, Irvine, CA, August 7-13, 1988.

3. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. The effect of bovine herpesvirus 1 (BHV1) gI, gIII and gIV on BHV1 infectivity. Abstract No. 5. North Central Branch, American Society for Microbiology, Madison, WI, October 7-8, 1988.

4. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Expression of recombinant bovine herpesvirus 1 (BHV1) glycoproteins interferes with BHV1 infection. Abstract No. 299. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1988.

5.  Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III.  Bovine herpesvirus 1 (BHV1) glycoproteins gIV inhibits herpesvirus infections.  Abstract No. P36.  70th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 6-7, 1989.

6.  Wilson, W.C. and C.L. Chase.  The use of the polymerase chain reaction to detect and serotype bluetongue virus. 3rd International Symposium on Double-Stranded RNA Viruses, Kona, HI, December 2-7, 1990.

7.  Chase, C.C.L. and W.C. Wilson. The detection of bluetongue viruses using the polymerase chain reaction.  Abstract No. 225.  72nd annual meeting of the Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1991.

8.  Wilson, W.C. and C.C.L. Chase.  Applications of the polymerase chain reaction (PCR) in the study of bluetongue and epizootic hemorrhagic disease viruses.  Abstract No. 333. 12th International Symposium on New and Emerging Infectious Diseases, Davis, CA, September 8-12, 1992.

9.  Jessen, J.R., B.K. Walker, L. Braun, D.J. Hurley, and C.C.L. Chase.  The use of bovine herpesvirus 1 (BHV-1) to study early intracellular events in mitogenesis.  4th annual South Dakota EPSCoR Conference, Rapid City, SD, November 5-6, 1993.

10. Fogarty, K.,  E. Steffen, D. Weishan, and C.C.L. Chase.  The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies.  Abstract No. P16. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8-9, 1993.

11. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase.  Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins.  Abstract No. P52. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8-9, 1993.

12. Fogarty, K.,  E. Steffen, D. Weishan, and C.C.L. Chase.  The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies.  Abstract No. 5.  1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

13. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase.  Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins. Abstract No. 27.  1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

14. Welbon, C.C.,  D.J. Hurley, and C.C.L. Chase.  Effects of Serum Concentration on Mitogenesis in Madin-Darby Bovine Kidney (MDBK) Cells.  In *Proceedings of the South Dakota Academy of Science*, **73**, 267, 1994.

15. Thaler, R.C., M.C. Libal, J.U. Thomson, C. Chase, T.E. Lucas, and R. Woerman. Evaluation of two medicated early-wean programs for swine.  Abstract No. 1449. 86th annual meeting of the American Society of Animal Science, Minneapolis, MN, July 11-15, 1994, *J. Ani. Sci.* **72**, Supplement 1, 377.

16. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase.  The interactions of cell biology and bovine herpesvirus 1 (BHV-1). 8th Annual Bovine Herpesvirus Workshop, Vancouver, BC, July 30, 1994.

17. Jessen, J.R., B. Walker, L. Braun, D. Hurley, and C. Chase.  The effects of bovine herpesvirus 1 (BHV-1) on bovine cell signal transduction. Abstract No. 18.  19th International Herpesvirus Workshop, Vancouver, BC, July 31, 1994.

18. Hurley, D.J., L.J. Braun and C.C.L. Chase. Second messenger activation cell cycle regulation and bovine herpesvirus (BHV-1) entry. 5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9-10, 1994.

19. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The interactions of cellular DNA replication, cell cycle and bovine herpesvirus 1 (BHV-1) pathogenesis. 5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9-10, 1994.

20. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. Cell activation, the cell cycle and bovine herpesvirus 1 (BHV-1) replication. Abstract No. 162. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994.

21. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield. Detection of porcine reproductive and respiratory virus in boar semen using the polymerase chain reaction. Abstract No. 197. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994.

22. Christopher-Hennings, J., E.A. Nelson, B.J. Hines, J.K. Nelson, C.C.L. Chase, D.A. Benfield and M.J. Yaeger. Shedding of porcine reproductive and respiratory syndrome virus in the semen of experimentally infected boars. Abstract No. P88. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994.

23. Bialas, K., C. Carlson, S. Stone and C.C.L. Chase. The growth of bovine herpesvirus 1 and bovine herpesvirus 5 in differentiated bovine cells. In *Proceedings of the South Dakota Academy of Science*, 74:195, 1995.

24. Jessen, J.R., D.J. Hurley, and C.C.L. Chase. Using DNA probes to study bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. Abstract No. W33-9. Scientific Program and Abstracts of the 14th annual meeting of the American Society for Virology, Austin, TX, July 8-12, 1995.

25. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield. Persistence of PRRSV in boar serum and semen. Abstract No. P11-7. Scientific Program and Abstracts of the 14th annual meeting of the American Society for Virology, Austin, TX, July 8-12, 1995.

26. Chase, C.C.L. Serology: New uses of an old science. Program of the 132nd annual meeting of the American Veterinary Medical Association, Pittsburgh, PA, July 10, 1995, p. 120.

27. Jessen, J.R., L.J. Braun, D.J. Hurley and C.C.L. Chase. Bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. 6th Annual South Dakota EPSCoR Conference, Vermillion, SD, July 10-11, 1995.

28. Chase, C.C.L. and D.J. Hurley. What's going on in bovine viral vaccines: Do both killed and modified live vaccines induce cell-mediated immunity? In *Proceedings of the 28th annual convention of the American Association of Bovine Practitioners Conference*, San Antonio, TX, September 14-17, 1995, **28**, 231.

29. Reitsma, C.J., D.R. Henning, C. Chase and D.J. Hurley. Verotoxigenic *Escherichia coli* in slaughter cattle and ground beef in South Dakota. Abstract No. 60. 1st International Rushmore Conference on Mechanisms in the Pathogenesis of Enteric Diseases, Rapid City, SD, September 27-30, 1995.

30. Chase, C.C.L., L. Braun, T. Fraser, J. Hanson, and D.J. Hurley. Protection against challenge and evidence of cell mediated immunity after vaccination with inactivated IBR, BRSV, and BVDV. Abstract No. P64. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 1995.

31. Wang, P., L. Braun, D.J. Hurley and C.C.L Chase. Detection of bovine herpesvirus 1 in peripheral blood mononuclear cells of persistently infected cattle with flow cytometry and immunofluorescence staining. Abstract No. P104. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 1995.

32. Wiese, W., L.J. Braun, and C.C.L. Chase. Bovine herpesvirus 1 does not cause apoptosis in bovine cells. In *Proceedings of the South Dakota Academy of Science,* **75**:213, 1996,.

33. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. First isolation of bovine virus diarrhea virus from dromedary camel. In *Proceedings of the North Central Conference of Veterinary Laboratory Diagnosticians*, Brookings, SD, June 11-12, 1996, p. 16.

34. Braun, L.J., P. Steen, S. Wessels, J. Rein, W. Wiese and C.C.L. Chase. The application of a microtiter ELISA to screen suspect herds for bovine viral diarrhea virus. In *Proceedings of the North Central Conference of Veterinary Laboratory Diagnosticians*, Brookings, SD, June 11-12, 1996, p. 24.

35. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Clinical and immunological responses following BVDV Type II challenge in cattle vaccinated with inactivated virus vaccine. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 23-24, 1996, p. 189.

36. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel: Clinical and pathological picture, and virus isolation. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 23-24, 1996, p. 205.

37. Wang, P., L. Braun, D.J. Hurley and C.C.L. Chase. Presence of bovine herpesvirus 1 (BHV-1) in peripheral blood mononuclear cell (PBMC) of latently infected cattle. Abstract No. P9-4. Scientific Program and Abstracts of the 15th annual meeting of the American Society for Virology, London, ONT, July 13-17, 1996.

38. Frew T.J., S. Akula and C.C.L. Chase. Effects of BHV-1 infection on host cell signaling. Abstract 9. 10th annual Bovine Herpesvirus Workshop, DeKalb, Il, July 27, 1996,

39. Chase, C.C.L., P. Wang, and D.J. Hurley. Bovine herpesvirus-1 (BHV-1) in leukocytes of cattle 8 months following infection. Abstract 14. 10th annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27, 1996.

40. Chase, C.C.L., P. Wang, and D.J. Hurley. Presence of bovine herpesvirus-1 (BHV-1) in peripheral blood mononuclear cells of cattle 8 months following infection. Abstract 349. 21st International Herpesvirus Workshop, DeKalb, Il, July 27-August 2, 1996.

41. Appel, T.M., L.J. Braun, C.C.L. Chase and D.J. Hurley. The interaction of BVDV strains with T-lymphocytes: The search for a less stressful vaccine. Abstract D-5. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

42. Hegazy, A.A., L.S. Fahmy, M.S. Saber, T.A. Aboellail, A.A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel. Abstract D-6. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

43. Robison, D.J., T. Krueger, P. Leslie-Steen, J.K. Nelson, E.A. Nelson, C.C.L. Chase, R.R.R. Rowland and D.A. Benfield. Electron microscopy observations of porcine reproductive and respiratory syndrome virus infected cells. Abstract D-8. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

44. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. Abstract D-12. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

45. Wang, P., D.J. Hurley and C.C.L. Chase. Analysis of bovine herpesvirus (BHV-1) in leukocytes of cattle. Abstract D-13. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

46. Chase, C.C.L., P. Wang, and D.J. Hurley. Persistent IBR Infections in the Bovine Lymphoid System: Implications for vaccination and control. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12-14, 1996, 29:158.

47. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12-14, 1996, 29:182.

48. Chase, C.C.L., A.M. Shaw, and T.J. Frew. Effects of BHV-1 infection on host cell signaling. 7th Annual South Dakota EPSCoR Conference, Rapid City, SD, October 17-18, 1996, p. 14.

49. Christopher-Hennings, E. Nelson, J. Nelson, K. Rossow, R. Rowland, M. Yeager, C. Chase and D. Benfield. Identification of PRRSV in semen and tissue of vasectomized and non-vasectomized boars. Abstract 182. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1996.

50. Aboellail, T.A., A.A. Hegazy, L.S. Fahmy, D.J. Hurley, D.P. Lunn, D.C. Sellon and C.C.L. Chase. Characterization of leukocytes of dromedary camel. Abstract 130. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1996.

51. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase. Bovine viral diarrhea virus infects camelid cell lines. *Proceedings of the South Dakota Academy of Science*, **76**:301-302, 1997.

52. Chase, C.C.L. Identifying the BVDV persistent animal: What test is the best? Abstract S55. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-July 31, 1997.

53. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse. Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates. Abstract P104. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-31, 1997.

54. Hurley, D.J., A. Ali and C.C.L. Chase. Evidence that an inactivated multicomponent bovine viral vaccine induced specific and collateral helper and cytotoxic memory.

Abstract P-47. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-31, 1997.

55. Akula, S, T. Frew, D. Hurley and C.C.L. Chase. The effect of genistein on the replication of bovine herpesvirus type 1. 11th annual Bovine Herpesvirus Workshop, San Diego, CA, August 2, 1997.

56. Akula, S.M., A. Reber, T. Frew and C.C.L. Chase. The discovery of a signaling inhibitor which lowers titers of a stress-related virus in bovine cells. Abstract A-11. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

57. Robison, D.J., C.C.L. Chase, E.A. Nelson, D.A. Benfield and R.R. Rowland. Porcine reproductive and respiratory syndrome virus (PRRSV) replication determined by immuno-gold electron microscopy. Abstract A-12. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

58. Frew, T, L.J. Braun, J. Jessen and C.C.L. Chase. Bovine herpesvirus 1 interactions with host cell DNA synthesis. Abstract A-13. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

59. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase. The study of camelid cell lines infected with bovine viral diarrhea virus. Abstract A-16. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

60. Braun, L.J., C.C.L. Chase, S. Wessels and P. Steen. Comparison of various screening methods for bovine viral diarrhea virus. Abstract A-17. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

61. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse. Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates. Abstract A-23. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

62. Akula, S.M., R.L. Kervin, T. Frew and C.C.L. Chase. The inhibition of bovine herpesvirus type 1 infection by a specific protein tyrosine kinase inhibitor. Abstract 130. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

63. Frew, T., L.J. Braun, J. Jessen, and C.C.L. Chase. Bovine herpesvirus I replication in active and serum deprived bovine turbinate cells. Abstract 116. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

64. Chase, C.C.L., S.M. Akula and T. Frew. The inhibition of bovine herpesvirus type 1 infection by genistein. Abstract 45. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 27, 1997.

65. Nelson, E.A., J. K. Nelson, L.P. Couture, M.L. Lau, J. Christopher-Hennings, C.C.L. Chase and R.A. Hesse. A single amino acid substitution allows for the differentiation of the Prime Pac PRRS vaccine from field isolates of PRRSV. Abstract 202. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10-11, 1997.

66. Ali, A.A., A.A. Salama, T.A. Aboellail and C.C.L. Chase. The growth of bovine viral diarrhea virus in camelid cell lines. Abstract 227. 8th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10-11, 1997.

67. Ali, A.A., A.A. Salama, D.J. Hurley, L.J. Braun and C.C.L. Chase. Comparison of the cellular and humoral immune response as a predictor for protection in a type II bovine viral diarrhea virus challenge. *Proceedings of the South Dakota Academy of Science*, 77:107, 1998.

68. Jolie, R., L. Backstrom, L. Olson and C. Chase. Development of respiratory lesions in the lungs of pigs exposed during 15 weeks to feed dust with added endotoxin. Abstract P246. 15th International Pig Veterinary Society Congress, Birmingham, England, July 5-9, 1998.

69. Jolie, R., L. Backstrom, L. Olson, C. Chase and C. Cornelius. Inflammatory changes in the respiratory system of pigs from a farm with high prevalence of porcine respiratory disease complex (PRDC). Abstract P247. 15th International Pig Veterinary Society Congress, Birmingham, England, July 5-9, 1998.

70. Reber, A.J., S.T. Franklin, D.J. Hurley and C.C.L. Chase. A role for maternal colostral leukocytes in immune protection in immune protection of neonatal calves. Abstract A-3. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

71. Wang, P., D. Hurley, L. Braun and C.C. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. Abstract AD-1. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

72. Akula, S.M., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. Abstract AD-2. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

73. Ali, A., D. J. Hurley, L. Braun, A. Salama, and C.C.L. Chase. A comparison of humoral and cell mediated responses to modified live and inactivated vaccines against bovine viral diarrhea virus. Abstract AD-3. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

74. Yousif, A., L.J. Braun and C.C.L. Chase. Sequence analysis of an Egyptian bovine viral diarrhea virus (BVDV) isolate. Abstract AD-5. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

75. Akula, S., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. Abstract 26. 9th Annual South Dakota EPSCoR Conference, Vermillion, SD, September 11, 1998.

76. Chase, C.C.L., S.M. Akula, A. Reber, and T. Frew. Genistein, a tyrosine kinase inhibitor, lowers the titers of bovine herpesvirus 1 in bovine cells. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23-24, 1998.

77. Swan, H.J., A.P. Sundet, L.J. Braun, L.J. Bello and C.C.L. Chase. Bovine viral diarrhea virus (BVDV) challenge of calves vaccinated with bovine herpesvirus-1 (BHV-1)-BVDV recombinant. Abstract UG4. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23-24, 1998.

78. Reber, A.J., S.T. Franklin, C.C.L. Chase, and D.J. Hurley. Trafficking and effects of maternal immunity in neonatal calves. Abstract P55. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

79. Yousif, A.A., L. J. Braun, C.C.L. Chase, T.A.A. El-Lail, M.S. Saber, and A.A. Hegazy. Sequence analysis of a type II cytopathic BVDV of dromedary camels. Abstract P113. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

80. Akula, S.M., L. Braun, A. Reber, T. Frew, C.C.L. Chase. Genistein inhibits bovine herpesvirus 1: is actin involved? Abstract P117. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

81. Wang, P., D. Hurley, L. Braun and C.C.L. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. Abstract P119. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

82. Brock, K.V. and C.C.L. Chase. Development of a fetal challenge method for the evaluation of bovine viral diarrhea virus vaccines. European Society for Veterinary Virology 4th Pestivirus Meeting, March 15-19, 1999. p S7-2.

83. Swan, H.J., R.D. Neiger, L.J. Braun, L.J. Bello, W.C. Lawrence and C.C.L. Chase. Protection against bovine viral diarrhea virus (BVDV) of calves vaccinated with a bovine herpesvirus-1 (BHV-1)-BVDV recombinant. Abstract P38. 2nd annual Conference on Vaccine Research, Bethesda, MD, March 28-30, 1999.

84. Wang, P., D.J. Hurley, L.J. Hurley and C.C.L. Chase. Alteration of monocyte-derived macrophage function by bovine herpesvirus-1 infection *in vitro*. 84th annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999, 78:251.

85. Akula SM, T Frew, LJ Braun, CCL Chase. Inhibition of a 95 kDa tyrosine phosphorylated bovine herpesvirus 1 protein lowers replication of the virus. Abstract W46-4. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

86. Yousif, AA, LJ Braun, TAA El-Lail, MS Saber, AA Hegazy, KV Brock and CL Chase, Phylogenic analysis of the camel pestivirus type 4 gene fragments based on amino acid and nucleotide sequence homologies. Abstract P11-3. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

87. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. Abstract 13. 2nd Biennial Joint EPSCoR Conference, Fargo, ND, September 10,1999.

88. Chase, CCL, LJ Braun and KV Brock. Dual infection of the bovine fetus with bovine viral diarrhea virus (BVDV) type 1 and type 2: can it happen and what are the implications for vaccination? 32nd annual conference of American Association of Bovine Practitioners, Nashville, TN, September 24, 1999, 32:245.

89. Fawcett L, Erickson G, Eernissee K, Lu W, Daniels S, Swenson S, Nelson E, Zeman D, Hesse R and Chase C. A comparison hemagglutination inhibition tests to detect swine influenza virus H3N2 antibodies, Abstract 46. 42nd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, San Diego, CA, October 8-11, 1999.

90. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. Abstract 209. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1999.

91. Yousif, AA, LJ Braun, KV Brock and CCL Chase. Typing and determination of genetic relationships between pestiviruses based on nucleotide and amino acid sequence analysis of a 161-bp RT-PCR fragment of the NS3 region. Abstract 226. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1999.

92. Yousif, AA, SE Aus, LJ Braun, J Christopher-Hennings and CCL Chase. Pestivirus NS3 type-specific molecular beacons. Abstract P20-16. 19th annual meeting of American Society of Virology, Fort Collins CO, July 8-July 12, 2000.

93. Braun, L, D Peterson and CCL Chase. Herd screening using a nested RT-PCR technique to detect BVD from pooled buffy coat samples. 33rd annual conference of American Association of Bovine Practitioners, Rapid City, SD, September 21-23, 2000, 33:147.

94. Braun, L, D Peterson and C Chase. BVDV nested RT-PCR technique to screen herds using pooled buffy coat samples. Abstract 86. 43rd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Birmingham, AL, October 21-23, 2000.

95. Yousif, AA, LJ Braun, and CCL Chase. 2000. Determination of the replication efficiency of pestivirus types 1 and 2 RNA in mixed tissue culture infections using pestivirus NS3 type specific molecular beacons. Abstract 123P. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 2000.

96. Elmowalid, G, DJ Hurley, LJ Braun and CCL Chase. Development of bovine monocyte derived macrophage cell cultures. Abstract 85P. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 2000.

97. Wang, P, DJ Hurley, LJ Braun and CCL Chase. The effect of bovine herpesvirus 1 on monocyte derived macrophage function. Abstract 182. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 2000.

98. Yousif, AA, SM Watkins, LJ Braun, DJ Peterson, DJ Hurley and CCL Chase. Multi-pestivirus-type-specific response in Blab/c mice immunized with a pool of DNA plasmids expressing structural genes from bovine viral diarrhea virus (BVDV) 1, BVDV 2 and pestivirus type 3. Abstract E-4. 7th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, May 2-4, 2001.

99. Elsheikh, AA, GA Elmowalid, LJ Braun, DJ Hurley and CCL Chase. The effect of phosphorylation on bovine viral diarrhea virus cytopathogenicity and replication. Abstract W5-2. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21-25, 2001.

100. Elmowalid GA, AA Elsheikh, , LJ Braun, DJ Hurley and CCL Chase. The interaction of bovine viral diarrhea virus with mononuclear phagocytes. Abstract P15-7. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21-25, 2001.

101. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield. Porcine reproductive and respiratory syndrome virus (PRRSV) in breeding swine: Use of PCR on tonsil biopsies and sentinel pigs to detect viral nucleic acid and shedding in persistently infected pigs. Abstract 61. 44th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Hershey, PA, November 1-3, 2001.

102. Northeimer, WW, DJ Hurley, CCL Chase, AR Hippen, and RSK Majerle. CD14 released by colostral macrophages has a role in a neonatal immune system development. Abstract 67P. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

103. Yousif, AA, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase. Type-specific responses to pestiviruses in BALB/c mice immunized with a pool of DNA plasmids expressing structural genes from BVDV1, BVDV2 and pestivirus type 3. Abstract 131. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

104. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase. Generation of bovine macrophages from peripheral blood monocytes. Abstract 122. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

105. Elsheikh, AA, LJ Braun and CCL Chase. How does cytopathic bovine viral diarrhea virus induce cytopathogenesis? Abstract 200. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

106. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase. Interaction between bovine viral diarrhea virus and mononuclear phagocytes in vitro. Abstract 203. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

107. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield. Use of tonsil biopsies, PCR and sentinel pigs to detect viral nucleic acid and shedding in pigs persistently infected with PRRSV. Abstract 170. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

108. Chase, CCL. BVDV Serology. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 13.

109. Yousif, A, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase. Type-specific response to pestiviruses in Balb/C mice immunized with a pool of DNA plasmids expressing structural genes from BVDV 1, BVDV 2 and pestivirus type 3. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 38.

110. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase. Bovine viral diarrhea virus impairs macrophage function and marker expression in vitro. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 48.

111. Elsheikh, AA, D Benfield, LJ Braun and CCL Chase. Inhibition of bovine viral diarrhea virus replication by interferon-alpha through inhibition of viral RNA synthesis. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 49.

112. Chase, CCL, K Wright, J Torrison and LJ Braun. Serologic response of gnotobiotic pigs challenged with APP serotype 5 or A. suis field isolates. Paper 12. Proceedings of 17th IPVS Congress, Ames IA, June 2-5, 2002, vol. 1:182.

113. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase. Bovine viral diarrhea virus impairs peripheral blood-derived macrophage inflammatory functions in vitro. AbstractW2-9. 21st Annual Meeting of American Society for Virology, Lexington, KY July 20-24, 2002.

114. Braun, LJ, M Braunschmidt, N Arias, Regina Wixon, CY Wang and CCL Chase. Effect of genistein on bovine herpesvirus 1 and bovine viral diarrhea virus infections in vivo. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26-28, 2002, p. 206.

115. Marsh, T and C Chase. Evaluation of alternate year vaccination practices in a cow-calf herd. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26-28, 2002, p. 172.

116. Hassan, EAD, LJ Braun, and CCL Chase. The effect of bovine herpesvirus 1 (BHV-1) on the organization of actin filaments and microtubules. Abstract 116-P. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11-12, 2002.

117. Elmowalid, G, BL Ransom, LJ Braun, A Young, J Ridpath and CCL Chase. Bovine viral diarrhea virus interferes with macrophage surface marker expression in vitro. Abstract 185. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11-12, 2002.

118. Chase CCL, G Elmowalid and LJ Braun. Effect of bovine viral diarrhea virus on bovine macrophages inflammatory functions and surface marker expression in vitro. Abstract A-4. 9th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 30-May 2, 2003.

119. Hassan EAD, B Tigabu, LJ Braun and CCL Chase. Reorganization of microtubules and actin filaments in bovine herpesvirus-1-infected cells and their role in virion egress. Abstract p28-5. 22nd Annual Meeting of American Society for Virology, Davis, CA July 12-16, 2003.

120. Chase CCL, G Elmowalid, LJ Braun and JF Ridpath. New paradigms for bovine viral diarrhea virus: understanding how BVDV interacts with the immune system. 36th annual conference of American Association of Bovine Practitioners, Columbus, OH, September 18-20, 2003, p. 189.

121. Hassan EAD, LJ Braun and CCL Chase. Interaction of bovine herpesvirus-1 glycoproteins with cellular cytoskeletal elements in bovine herpesvirus-1 infected cells. Abstract 130P. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-11, 2003.

122. Hassan EAD, LJ Braun and CCL Chase. Effect of protein kinase inhibitors on the replication of bovine herpesvirus-1 (BHV-1). Abstract 174. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-11, 2003.

123. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Bovine viral diarrhea virus (BVDV) interaction with the innate immune system. Abstract 2. Bovine viral diarrhea virus in the Americas, Davis, CA, April 3, 2004.

124. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. Isolation of BVDV from white-tail deer. Abstract 31. Bovine viral diarrhea virus in the Americas, Davis CA, April 4, 2004.

125. Halaweish, I, EAD Hassan, LJ Braun and CCL Chase. Generation of gI-EGFP and gE-EGFP Constructs to Study Localization of BHV-1 Glycoproteins gI and gE in Mammalian Cells. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004, p. 223.

126. Harms N, B Tigabu, LJ Braun, G Elmowalid and CCL Chase. Characterization and Comparison of Cells by Antigen Presentation, Microfilament Organization and Phagocytic Properties. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004. p. 279.

127. Chase CCL. LJ Braun, K Haffer, E Sullivan and J Robel. Vaccinia immunoglobulin (VIG) production in cattle: a pilot for transgenic cattle producing human immunoglobulin. 10th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 29, 2004.

128. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Rethinking bovine viral diarrhea virus pathogenesis: understanding the importance of BVDV strain on the innate immune system. Abstract 028. 23rd World Buiatrics Congress, Quebec, CA, July 15, 2004, p. 106.

129. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. White tail deer: are they a threat for spreading BVDV in cattle? 113th annual meeting of the South Dakota Veterinary Medical Association, Rapid City, SD, August 20, 2004, p. 49.

130. Becker M, LJ Braun and CCL Chase. Genetic relationships among three vaccine strains of BVDV. South Dakota EPSCoR State Meeting, Rapid City, SD, September 17, 2004.

131. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. Evidence of bovine viral diarrhea virus persistent infection in two white-tail deer in southeastern South Dakota. Proceedings of the 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004, p. 169.

132. Fogarty-Fairbanks K, CL Rinehart, WC Ohnesorge, MM Loughin and CCL Chase. Fetal protection against BVDV type 1 or 2 heterologous challenge. Proceedings of the 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004, p.171.

133. Fogarty-Fairbanks K, J Campbell and CCL Chase. Subcutaneous dose of infectious bovine rhinotracheitis virus provides early protection against an intranasal challenge. Proceedings of the 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004, p. 289.

134. Tigabu B, CCL Chase, LJ Braun. Effect of BVDV on the expression of Toll-like receptor-2 and –4. Abstract P90. 85th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-16, 2004.

135. Becker M, LJ Braun and CCL Chase. Field Isolates of bovine viral diarrhea virus are well conserved. Proceedings of the 90th meeting of the South Dakota Academy of Science, Sioux Falls, SD, April 8-9, 2005, **84**:366.

136. Tigabu B, CCL Chase, LJ Braun. BVDV influences the expression of Toll-like receptors. Abstract W13-4. 24th Annual Meeting of American Society for Virology, University Park, PA June 18-22, 2005.

137. DeDonder K, N Lampson, LJ Braun and CCL Chase. Flow cytometric analysis of lymphocyte subset populations in cattle persistently infected. Abstract 89. 5th biennial joint conference of South Dakota/North Dakota EPSCoR, Brookings, SD, September 8-9, 2005.

138. Chase CCL, LJ Braun, L Holler, J Neill, J Ridpath.  Characterization of bovine viral diarrhea virus (BVDV) genetics, antibody response and viremia from a group of BVDV persistently infected calves.  Proceedings of 38th annual convention of the American American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2005, pp. 207-8.

139. DeDonder K, N Lampson, LJ Braun, CCL Chase. Flow Cytometric Analysis of Lymphocyte Subset Populations in Cattle Persistently Infected with BVDV. Abstract 175. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

140. Braun LJ, LD Holler, JF Ridpath, J Neill, CCL Chase. Virological Analysis and Serological Response in Cattle Persistently Infected with Type 2a Bovine Viral Diarrhea Virus (BVDV). Abstract 176. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

141. Mark CS, JF Ridpath, CCL Chase. Exposure of White Tailed Deer to Bovine Diarrhea Virus.  Abstract 178. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

142. Boots R, K Gilkerson1, R. Yoder, CCL Chase. Evaluation of Antibacterial Activity of Three Different Animal Protein Preparations. Abstract P35. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

143. Zimmerman, A, R Boots, L Valli, and CCL Chase. Overcoming maternal antibody interference with an adjuvanted MLV BVDV vaccine.  Abstract 14. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 32.

144. Ridpath JF, KM Lager, A Vincent, JD Neill, CCL Chase and CS Mark.  Acute BVDV infections in non-bovine species. Abstract 19. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 37.

145. Chase CCL, LJ Braun, L Holler, J Neill and J Ridpath.  Characterization of bovine viral diarrhea virus (BVDV) stability and immunological profile from a group of BVDV persistently infected calves. Abstract P1. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 43.

146. Mark CS, JF Ridpath, and CCL Chase.  Flow cytometry analysis of white tail deer exposed to BVDV. Abstract P6. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 48.

147. Rinehart CL, WC Ohnesorge, C Chase, T Triebwasser, K Gilkerson and A Zimmerman. BVDV fetal protection vaccine proof of efficacy studies: requirements include both consistency and diversity. Abstract P8. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 50.

148. Tigabu B, CCL Chase, LJ Braun.  BVDV strains variation on the expression of Toll-like receptors.  Abstract P15-8, 25th annual meeting of the American Society of Virology, Madison, WI, July 15-29, 2006.

149. Ridpath JF, CS Mark, CCL Chase and JD Neill.  Experimental acute BVDV infection in white tail deer fawn.  Proceedings of the 39th annual conference of the American Association of Bovine Practitioners, Saint Paul, MN, September 21-23, 2006, p. 271.

150. Ridpath JF, BE Hessman, JD Neill, RW Fulton, DL Step, A Zimmerman and CCL Chase. Evaluating stability, size requirements, viral load and pooling of ear notch samples in BVDV testing. Proceedings of the 49th annual conference of the American Association of Veterinary Laboratory Diagnosticians, Minneapolis, MN, October 12-18, 2006, p. 213.

151. Tigabu B, A Rosa, G Rosa and CCL Chase. Comparison of immune gene expression in normal and BVDV persistently infected cattle. Abstract 2. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 21.

152. Halaweish S, Y Fang, I Halaweish, L Braun and C Chase. Expression of recombinant BVDV-nonstructural proteins to study the humoral immune response against BVDV in cattle. Abstract 1. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 21.

153. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. Abstract 23. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 33.

154. Tigabu B, A. Rosa, G. Rosa, CCL Chase. Comparison of Immune Gene Expression in Normal and BVDV Persistently Infected Cattle. Abstract P73. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

155. Halaweish S, Y Fang, I Halaweish, L Braun, C Chase. Expression of recombinant BVDV-Nonstructural Proteins to Study the Humoral Immune Response against BVDV in Cattle. Abstract P73. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

156. Mahmoud MM, LJ Braun, A Hippen, M Thomas, and CC Chase. Effect of source of selenium and vitamin E supplementation on performance and immune response in young dairy calves. Abstract P84. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

157. Lawson S, E Brown, K Gilkerson, Y Fang, EA Nelson, C Mateo and. C Chase. Development and optimization of a blocking ELISA for Type 1 and Type 2 strains of Porcine Reproductive and Respiratory Syndrome Virus. Abstract P131. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

158. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. Abstract P26. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

Q. Book Reviews

1. Chase, C. 1995. Review: Bluetongue, African Horse Sickness and Related Orbiviruses: Proceedings of the 2nd International Symposium. Wool & Wattles: The AASRP Newsletter 23, 1:9.

R. Book Chapters

1. Rossow, K and Chase, C.C.L. 1998. Porcine Reproductive and Respiratory Syndrome, In *Current Veterinary Therapy-Food Animal Practice 4* , ed. Howard and Smith, pp. 311-315.

2. Chase, CCL. Anaphylaxis. In *Five Minute Veterinary Consult: Ruminant* ed. Hadkell, Bickett-Weddle, Lehenbauer, McKenzie, Lippincott, Williams and Wilkins, New York, in press.

3. Chase, CCL. Bovine Ephemeral Fever. In *Five Minute Veterinary Consult: Ruminant* ed. Hadkell, Bickett-Weddle, Lehenbauer, McKenzie, Lippincott, Williams and Wilkins, New York, in press.

4. Chase, CCL. Bovine Leukemia. In *Five Minute Veterinary Consult: Ruminant* ed. Hadkell, Bickett-Weddle, Lehenbauer, McKenzie, Lippincott, Williams and Wilkins, New York, in press.

5. Chase, CCL. Bovine Respiratory Syncytial Virus. In *Five Minute Veterinary Consult: Ruminant* ed. Hadkell, Bickett-Weddle, Lehenbauer, McKenzie, Lippincott, Williams and Wilkins, New York, in press.

6. Chase, CCL. Infectious Bovine Rhinotracheitis. In *Five Minute Veterinary Consult: Ruminant* ed. Hadkell, Bickett-Weddle, Lehenbauer, McKenzie, Lippincott, Williams and Wilkins, New York, in press.

7. Chase, CCL. Vaccinology. In *Five Minute Veterinary Consult: Ruminant* ed. Hadkell, Bickett-Weddle, Lehenbauer, McKenzie, Lippincott, Williams and Wilkins, New York, in press.

S. Letters to the Editor

1. Chase, C.C.L. 1996  Vaccination Concern.  *Beef* 32:25.

2. Chase, C.C.L. and D.J. Hurley. 1996. Concern about vaccine study. *JAVMA* 208:1625-1626.

T. Technical Publications

1. Chase, C.C.L.  Applications of biotechnology to production animal agriculture.  1989. In *Proceedings of the 74th annual Wisconsin Veterinary Medical Association Convention*, Milwaukee, WI, October 20-22, 1989, pp. 259-270.

2. Chase, C. 1990.  Pest control for animals and their environment.  In *Pest Management Principles for the Commercial Applicator: Animal Pest Control*, (ed. P. Scholl, J. Wedberg, N. Neher, and R. Flashinski), 1st edition, pp. 107-111, University of Wisconsin-Extension.

3. Chase, C. 1993.  IBR: An old problem or a new nemesis?  Feedlot Gold II: Maximizing profitability through disease prevention, Great Bend, KS, September 2, 1993.

4. Chase, C., and S. Dee.  1993.  Maintaining the health you paid for.  In *Proceedings of 1993 Techniques for Improving Profitability Seminars for Swine Producers,* South Sioux City, NE, September 9-10, 1993, pp. 111-124.

5. Chase, C. 1994.  Infectious Viral Agents and the Adult Bovine.  10th Annual Herd Health Conference, Brookings, SD, February 18, 1994.

6. Chase, C. 1994.  Chronic Viral Mastitis in a South Dakota Flock. In *Proceedings 103rd annual meeting of the South Dakota Veterinary Medical Association*, Sioux Falls, SD, August 14-17, 1994, pp. 117-118.