# EXHIBIT A-3

**to the**
**DECLARATION OF CHRISTOPHER**
**CIVILIAN LOUIS CHASE, D.V.M., PH.D.,**

**Civil Action No. 1:06-CV-00658 (HHK-JMF)**

7. Chase, C. and R.D. Lockwood. 1994. Clinical Perspectives on Swine Influenza. In *Proceedings of 1994 Allen D. Leman Swine Conference*, St. Paul, MN, September 17-20, 1994, **21**:162-163.

8. Chase, C. and D. Hurley. 1994. Serology Today: What's the Value of the Tests. In *Proceedings of 1994 Allen D. Leman Swine Conference*, St. Paul, MN, September 17-20, 1994, **21**:17-18.

9. Libal, M., R. Thaler, J. Thomson, C. Chase, D. Hurley, T. Lucas, and R. Woerman. 1994. Effects of Aureomycin, Aureomycin Sulmet and Aureo S-P 250 in a modified medicated early weaning (MMEW) program. American Cyanamid Technical Information No. 346 ANH-0245, September 1994.

10. Chase, C.C.L. and D.J. Hurley. 1995. Cell mediated immunity in the bovine following infection with BHV-1, BRSV and BVDV. Dedication Symposium, South Dakota Animal Disease Research and Diagnostic Laboratory, Brookings, SD, June 24, 1995, p. 32.

11. Benfield, D.A., J. Christopher-Hennings, E.A. Nelson, J. Nelson, M. Yaeger, C.C.L. Chase, S. Swenson and J. Zimmerman. 1995. Acute and chronic porcine reproductive and respiratory syndrome virus infections in the boar. 36th George A. Young Swine Conference & Annual Nebraska SPF Swine Conference, Lincoln, NE, August 7-8, 1995, pp. 126-132.

12. Hurley, D.J. and C.C.L. Chase. Inducing the Cell Mediated Immune Response to Viruses: new Evidence that Cell Mediated Responses Occur with both Killed and Live Viral Vaccines. In *Proceedings 104th annual meeting of the South Dakota Veterinary Medical Association*, Sioux Falls, SD, August 13-16, 1995, p. 161.

13. Chase, C.C.L. 1995. Early Weaning Strategies: The Upside and the Downside. *Train the Trainer*, Brookings, SD, August 22-23, 1995.

14. Chase, C.C.L. and J. U. Thomson. 1995. Bovine Viral Diarrhea Control Programs: How Do I Get Out of this Mess? In *Proceedings of the 7th annual Central Veterinary Conference*, Kansas City, MO, September 15-19, 1995, pp. 136-137.

15. Chase, C.C.L. and D.J. Hurley. 1995. Bovine Viral Diarrhea Virus Vaccines: Friends, Foes or Folly? In *Proceedings of the 7th annual Central Veterinary Conference*, Kansas City, MO, September 15-19, 1995, pp. 138-139.

16. Hurley, D.J. and C.C.L. Chase. 1995. Bovine Viral Diarrhea Virus (BVDV) Infections of Lymphocytes and Macrophages: How BVDV Alters the Immune Response of Cattle. In *Proceedings of the 7th annual Central Veterinary Conference*, Kansas City, MO, September 15-19, 1995, pp. 146-149.

17. Hurley, D.J. and C.C.L. Chase. 1995. Fetal Infections with Bovine Diarrhea Virus. In *Proceedings of the 7th annual Central Veterinary Conference*, Kansas City, MO, September 15-19, 1995, pp. 143-145.

18. Benfield, D.A. and C.C.L. Chase. 1996. Old, new viruses challenge nursing pigs. *National Hog Farmer*, **41**, 3:24-30.

19. Pohl, S.H. and C.C.L. Chase. 1996 SCAN-AIR™, the hands-on air management kit. In *Proceedings of the 27th annual meeting of the American Association of Swine Practitioners*, Nashville TN, March 2-5, 1996, pp. 63-64.

20. Benfield, D.A., J. Christopher-Hennings, E.A. Nelson, J. Nelson, M. Yaeger and C.C.L. Chase. Porcine reproductive and respiratory syndrome virus infections in the boar. In *Proceedings of the 27th annual meeting of the American Association of Swine Practitioners,* Nashville TN, March 2-5, 1996, pp. 581-584.

21. Hurley, D. and C. Chase. Practical Immunology, Part I. In *Proceedings of the meeting of the Academy of Veterinary Consultants*, Omaha, NE, August 1-3, 1996, **24**, 2:46-66.

22. Chase, C and D. Hurley. Practical Immunology, Part II. In *Proceedings of the meeting of the Academy of Veterinary Consultants*, Omaha, NE, August 1-3, 1996, **24**, 2:120-151.

23. Benfield, D. and C. Chase. 1996. Worth repeating: How can I manage PRRS in my swine operation? SDPPC Porkline, October 1996, p. 5.

24. Chase, C. and J. Thomson. 1997. Testing and control of BVD. In *James Bailey Herd Health Conference Proceedings*, Brookings, SD, February 15, 1997, pp. 1-3.

25. Galipeau, D.W., R.D. Mileham, C.C.L. Chase and S.H. Pohl. 1997. Electronic environmental monitoring equipment for swine production facilities. National Pork Producers Council.

26. Chase, C. 1997. Being on the high road instead of the low road of bovine viral disease. In *Proceedings of the 1997 Jackson Hole Veterinary Rendezvous*, Jackson, WY, June 28-July 2, 1997, pp. 1-23.

27. Rossow, K.D. and C.C.L. Chase. Porcine reproductive and respiratory syndrome. In *Proceedings of the 106 the annual meeting of the South Dakota Veterinary Medical Association,* Sioux Falls, SD, August 17-20, 1997, pp. 201-207.

28. Chase, C. Eliminating BVD from the herd: Mission impossible? In *Proceedings of the 83rd annual meeting of the Interstate Veterinary Medical Association*, South Sioux City, NE, October 1-3, 1997, pp. 157-160.

29. Thaler, R.C., B. Rops and C.L. Chase. 1998. Early-weaning of single source and commingled pigs: effect on growth performance and disease status. 1997 Southeast SD Experiment Station Annual Report 37:153

30. Yousif, A., D. Zeman and C.C.L. Chase. BVD Diagnosis. *Proceedings of the 107 the annual meeting of the South Dakota Veterinary Medical Association,* Sioux Falls, SD, August 16-19, 1998, pp. 126-131.

31. Chase, C. 1998. Hey Doc, the vaccine didn't work! Evaluating vaccine trials. *Proceedings of the 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference,* Ft. Mitchell, KY, October 2-4, 1998, pp. 157-162.

32. Chase, C. 1998. Prevention and Control of BVD in the Herd: Mission Impossible? *Proceedings of the 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference,* Ft. Mitchell, KY, October 2-4, 1998, pp. 163-166.

33. Chase, C. 1998. New Generation Adjuvants: Pushing back the vaccine frontier. *Proceedings of the 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference,* Ft. Mitchell, KY, October 2-4, 1998, pp. 167-168.

34. Chase, C. 1999. Bovine Research at the ADRDL. Animal Health Matters, SDSU Dept. Vet. Sci. **2**:4.

35. Chase, C. 1999. Prevention and Control of BVD in the Herd: Mission Impossible? *Proceedings of the 117th annual meeting of the Iowa Veterinary Medical Association,* Ames, IA, September 16-18,1999, pp. 173-176.

36. Chase, C and Polson, D. 2000. Sampling the herd: When is enough? *Proceedings of the 31st annual meeting of the American Association of Swine Practitioners*, Indianapolis, IN, pp. 465-477, March 11-14, 2000.

37. Chase, CCL. 2000. Prevention and control of BVD in the herd: Mission Impossible. Proceedings of the 109th annual meeting of the South Dakota Veterinary Medical Association, Pierre SD, June 6-10, 2000, pp. 39-44.

38. Chase, CCL. 2000. Antemortem bovine respiratory disease. Proceedings of the 109th annual meeting of the South Dakota Veterinary Medical Association, Pierre SD, June 6-10, 2000, pp. 99-102.

39. Chase, CCL. 2000. Serological Sampling: When is Enough, Enough? Proceedings of the 109th annual meeting of the South Dakota Veterinary Medical Association, Pierre SD, June 6-10, 2000, pp. 103-121.

40. Chase, CCL. 2000. Prevention and control of BVD in the herd: Mission Impossible? Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, pp. 31-35.

41. Chase, CCL. 2000. New generation adjuvants: Pushing back the vaccine frontier. Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, pp. 36-37.

42. Chase, CCL. 2000. Hey, Doc the vaccine didn't work. Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, pp. 23-28.

43. Chase, CCL. 2000. The molecular virology of bovine viral diarrhea virus, Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY.

44. Janke, BH, K-J Yoon, R Frank, D Hoefling, G Erickson, Christopher Chase. 2000. Swine Influenza and the Porcine Respiratory Complex. In the proceedings of the Al Leman Swine Preconference: Keeping Pace with SIV: New Strategies in Diagnostics and Management, pp. 6-16

45. Chase, CCL. 2000. Uses and abuses of autogenous vaccines. *Focus* Schering-Plough Swine Health, **3**, 5:1-3.

46. Chase, CCL. 2000. *Escherichia coli* in Post-weaning Diarrheas: Diagnosis & Control. Proceedings of 8th Iowa State University Disease Conference, pp. 15-18.

47. Chase, CCL. 2000. The pros and cons of using autogenous hog vaccines. National Hog Farmer, **45**, 12:A10-12.

48. Janke, BH, K-J Yoon, R Frank, D Hoefling, G Erickson, Christopher Chase. 2000. Swine Influenza and the Porcine Respiratory Complex. Keeping Pace with SIV: New Strategies in Diagnostics and Management , Schering-Plough Animal Health, SPAH-SIV-33, pp. 10-15

49. Chase, CCL. 2001. The changing faces of bovine viral diarrhea virus. 2001: An Animal Odyssey Syllabus, 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2000, pp. 97-102.

50. Chase, CCL. 2001. Prevention and control of BVD in the herd: Mission Impossible? . 2001: An Animal Odyssey Syllabus, 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2000, pp. 103-108.

51. Chase, CCL. 2001. The changing faces of bovine viral diarrhea virus. 2001 Southwest Veterinary Symposium Proceedings, Houston TX , February 1-4, 2001, pp. 263-270.

52. Chase, CCL. 2001. Prevention and control of BVD in the herd: Mission Impossible. 2001 Southwest Veterinary Symposium Proceedings, Houston TX , February 1-4, 2001, pp. 271-276.

53. Chase, CCL. 2001. The Changing Genome of BVDV. Proceedings of the Academy of Veterinary Consultants, Omaha, NE, April 5-7,2001, **29**:77-85.

54. Chase, CCL. 2001. The changing faces of bovine viral diarrhea virus. 2001 summer meeting of the Nebraska Veterinary Medical Association, Columbus, NE, pp. 97-104.

55. Chase, CCL. 2001. Advances in Veterinary Medicine, Serological testing: A rational approach. 138th AVMA Annual Convention Notes CD-ROM, Boston, MA, July 14-18, 2001.

56. Chase, C. and A. Yousif. 2001. Las caras cambiantes del virus de la diarrea viral bovina (VDVB). 2001. Memorias de 25th Congreso Nacional de Buiatria, Vera Cruz, Mexico, August 16-18, 2001, pp. 56-60.

57. Chase, C. and A Yousif. 2001. Bovine viral diarrhea virus: an everchanging target. 27th annual Ohio State University Food Animal Medicine Conference, Columbus, OH, November 1-3, 2001, pp. 1-8.

58. Chase, CCL. Hey Doc... The Vaccine Didn't Work: New Trends in Vaccinology. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002, pp. 23-28.

59. Chase, CCL. Adjuvants: Making Large Advances in the Vaccine Frontier. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002, pp. 30-33.

60. Chase, CCL. Adjuvants: Making Vaccines Work. Proceedings of the annual convention of the Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

61. Chase, CCL. Understanding Vaccination Principles and Evaluating Vaccine Trials. Proceedings of the annual convention of the Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

62. Chase, CCL. Vaccinating and Controlling BVDV: Understanding the Basics. Proceedings of the annual convention of the Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

63. Shiratori, C and CCL Chase. *In vitro* and *in vivo* bovine viral susceptibility in American bison (*Bison bison*). Bison Production Field Day, Carrington, ND, July 16, 2002, vol. 3:10-13.

64. Chase, CCL. Natural Antimicrobials. Advances in Veterinary Medicine, 139th AVMA Annual Convention Notes CD-ROM, Nashville, TN, July 13-17, 2002.

65. Chase, CCL. Adjuvants; Making Vaccines Work. Advances in Veterinary Medicine, Arkansas Veterinary Medical Association Winter 2003 Meeting Notes CD-ROM, Little Rock AR, February 14-16, 2003.

66. Chase, CCL. Trends in the BVDV Serological Response in the Upper Midwest. Arkansas Veterinary Medical Association Winter 2003 Meeting Notes CD-ROM, Little Rock AR, February 14-16, 2003.

67. Chase, CCL. Understanding Vaccination Principles and Evaluating Vaccines. Arkansas Veterinary Medical Association Winter 2003 Meeting Notes CD-ROM, Little Rock AR, February 14-16, 2003.

68. Chase, C. 2003. Building immunity is a balancing act. *National Hog Farmer*, **48**, 4:6-10.

69. Chase, CCL. 2004. Coronaviruses-An emerging disease problem. Seminar #3 Emerging Disease Proceedings. 35th annual meeting of American Association of Swine Veterinarians, Des Moines, IA, March 6, 2004, pp. 1-7.

70. Chase, CCL, LJ Braun, P Leslie-Steen, T Graham, D Miskimins and JF Ridpath Whitetail Deer: Are They a Threat for Spreading BVDV in Cattle? 113th annual meeting of South Dakota Veterinary Medical Association, Rapid City, SD, August 18-21, 2004, p. 49.

71. Chase CCL. New developments in immunology and vaccinology: KISP (Keep It Simple, Please).Proceeding of the Academy of Veterinary Consultants Spring 2005 Conference CD-ROM, Waikoloa, HI, April 8, 2005.

72. Bohlender, B, H Van Campen, C Chase, D Dorn, et al. 2005. Planned BVD Control in Beef Herds. *National Cattlemen* Special Edition Fall 2005, 20-23.

73. Chase C. The Primary Immune Response and Adjuvants. 2006 Summer Meeting Proceedings of Nebraska Veterinary Medical Association, Hastings, NE, p. 79-104.

U. Popular Press Summaries and Interviews

1. Meeting Summary. 1993. Measuring Biosecurity: A Wise Investment. *National Hog Farmer,* Vol. **38**, No. 13:40.

2. Research Summary. Benfield, D.A., J. Christopher-Hennings, C.C.L. Chase, M. Yeager, and E. Nelson. 1993. PRRS Virus Common, Boars Can Spread It. *National Hog Farmer*, Vol. **38**, 14:48.

3. Magazine Interview. 1994. Studying Stress in Hostile Climates. *Beef* Vol. **30**, 2:61.

4. Newspaper Interview. 1994. Lab Research Benefits South Dakota and Beyond. Farm Focus '94, *The Brookings Register*, February 25, 1994, pp. 14-15.

5. Television Interview. 1994. MMEW. Today's Ag, KELO-Land TV, August 14, 1994.

6. Research Summary. 1994. New approach to medicated early weaning has economic advantage. *Feedstuffs* **66**, 40:10,31.

7. Radio Interview. 1995. Serology: Used as a Pathogen Photo Album. 132nd annual meeting of the American Veterinary Medical Association, Pittsburgh, PA, July 10, 1995.

8. Research Summary and Magazine Interview. 1995. An early weaning protocol using oral antibiotics. *Swine Practitioner,* November 1995, pp. 4-6.

9. Research Summary. 1995. Ask Your Veterinarian: Oral Antibiotics and Early Weaning. *Pork '95* November 1995, p. 9.

10. Research Summary. 1995. Ask Your Veterinarian: Oral Antibiotics Part II. *Pork '95* December 1995, p. 9.

11. Television Interview. 1996. BVDV Type II. WCCO-TV, February 9, 1996.

12. Television Interview. 1996. SEW and Commingled Nurseries. Today's Ag, KELO-Land TV, March 24, 1996.

13. Television Interview. 1996. The Searchers. South Dakota Public Television, June 13 and June 20, 1996.

14. Magazine Interview. 1996. Improper vaccination compounds BVD problem. *Dairy Herd Management* **33**, 10:12-16.

15. Magazine Interview. 1997. IBR protection in cattle starts at the cell surface. *Farm and Home Report*, **48**, 1:5-6.

16. Television Interview. 1997. Diagnosis and Preventing BVDV. Today's Ag, KELO-Land TV, May 11, 1997.
18. Magazine Interview. 1997. 5 common (but costly) viral diseases of cattle. *Bovine Veterinarian*, September 1997, p. 6-9.
19. Magazine Interview. 2000. Growing incidence of BVD infections leaves researchers, cattlemen looking for answers. *Feedlot Magazine* **8**, 6:30-31.
20. Tape Interview. 2001. Post-weaning pig diarrhea. At the Meeting with the Morrison Group. Boehringer-Ingelheim Vetmedica, January 3, 2001.
21. Television interview. 2001. Reactions from the Governor's Foot and Mouth Disease Conference. Today's Ag, KELO-Land TV, May 20, 2001.
22. Magazine Interview. 2001. Shadow Diseases: Foreign diseases grab headlines, but several stealthy pathogens threaten the profits of US producers. *Drovers* **129**,7:14-15.
23. Television Interview. 2002. Vaccinating the Cow Herd. Today's Ag, KELO-Land TV, April 14, 2002.
24. Radio Interview. 2002. Natural Antimicrobials. 139th annual meeting of the American Veterinary Medical Association, July 14, 2002.
25. Magazine Interview. 2002. Natural Antimicrobials. Journal of the American Veterinary Medical Association, Vol. **221**:766.
26. Magazine Interview. 2002. Made to Order. *Beef Magazine* **39**, 2:22-24.
27. Television Interview. 2003. Vaccinia Vaccinations in SD. KELO-Land TV, January 14, 2003.
28. Radio Interview. 2004. BSE-Threat to SD and USA. KBRK Radio, Brookings, SD January 2, 2004.
29. Magazine Interview. 2006. Profile of a PI. *Bovine Veterinarian*,, February 2006, p. 6-9.
30. Magazine Interview. 2006. What is Cell-Mediated Immunity...Really? Advances in Immunology, insert in *Bovine Veterinarian*, pp. 1-2.
31. Magazine Interview. 2006. Duration of Immunity, a new process-verification tool to help compare vaccines Advances in Immunology, insert in *Bovine Veterinarian*, p. 2.
32. Magazine Interview. Primed for Immunity, *Beef* **43**, 7:22-23
33. Magazine Interview. 2006. Why vaccines fail. *Bovine Veterinarian*, September 2006, pp. 21-24.

V. Client and Veterinary Education Presentations
1. Chase, C.C.L. Cow-Calf Herd Health Program. Viborg Veterinary Clinic, Viborg, SD, February 1981.
2. Chase, C.C.L. Bovine Respiratory Disease Prevention. Viborg Veterinary Clinic, Viborg, SD February 1983.
3. Chase, C.C.L. Computers in the Veterinary Practice. Southeast SDVMA, Sioux Falls, SD, April 1984.
4. Chase, C.C.L. Mastitis Prevention and Control. Madison Area Technical College, Stoughton, WI, December 1986.
5. Chase, C.C.L. Preventive measures for Swine Herd Health Programs. Dane County Hog Producers, Morrisonville, WI, May 1989.
6. Chase, C.C.L. Viral Immunology. Immunology Update Conference, Brookings, SD, November 16, 1992.

7. Chase, C.C.L. Veterinarians View of Immunology and Viral Immunology. Western South Dakota Veterinary Conference, Rapid City, SD, February 5, 1993.

8. Chase, C.C.L. Salmonella Management in Swine. Lake County Pork Producers, Madison, SD, February 17, 1993.

9. Chase, C.C.L. Vaccine Management of Neonatal Calf Diarrhea. 9th Annual Herd Health Conference, Brookings, SD, February 21, 1993.

10. Chase, C.C.L. Using the Scan-Air™ Kit for Evaluating Swine Buildings. SDVMA Summer Meeting, Pierre, SD June 8, 1993.

11. Chase, C.C.L. Bovine Serologic Titers-Friends or Foe. SDVMA Annual Meeting, Sioux Falls, SD, August 16, 1993.

12. Chase, C.C.L. IBR: From the cattle's point of view. Feedlot Gold II, Great Bend, KS, September 2, 1993.

13. Chase, C.C.L. Maintaining the health you paid for. Techniques for Improving Profitability Seminars for Swine Producers, South Sioux City, NE, September 10, 1993.

14. Chase, C.C.L. Viral Immunity. West Central Minnesota Veterinary Meeting, Glenwood, MN, October 13,1993.

15. Chase, C.C.L. Infectious Viral Agents and the Adult Bovine. 10th Annual Herd Health Conference, Brookings, SD, February 18, 1994.

16. Chase, C.C.L. Virology and Vaccine Outcomes. SmithKline Beecham Animal Health Regional Meeting, Rapid City, SD, June 22-23, 1994.

17. Chase, C.C.L. Recurrent Retrovirus Mastitis in Sheep. SDVMA Annual Meeting, Sioux Falls, SD, August 15, 1994.

18. Chase, C.C.L. BVD and Viral Immunology. 2nd annual Wyoming Veterinary Medical Association and Smith Kline Beecham Veterinary Conference, Casper, WY, September 13,1994.

19. Chase, C.C.L. and R.D. Lockwood. Clinical Perspectives on Swine Influenza. 1994 Allen D. Leman Swine Conference, St. Paul, MN, September 20, 1994.

20. Chase, C.C.L. and D.J. Hurley. Serology Today: What's the Value of the Tests. 1994 Allen D. Leman Swine Conference, St. Paul, MN, September 18, 1994.

21. Chase, C.C.L. Use of Serology in Disease Investigation. Veterinary Diagnostic Update, Brookings, SD, December 15, 1994.

22. Chase, C.C.L. Environmental Assessments in Swine Herd Health Management. SDSU Swine Research Group, Brookings, SD. January 10,1995.

23. Chase, C.C.L. Swine Networks and Semen Shed of PRRSV, Viborg Veterinary Clinic, Viborg SD, February 9, 1995.

24. Chase, C.C.L. Pork Quality Assurance, Swine Networks and Semen Shed of PRRSV, Flandreau Veterinary Clinic, Flandreau, SD, February 10,1995.

25. Chase, C.C.L. Use of Modern Swine Production Techniques and Their Effect on Cost of Production, South Dakota Swine Network, DeSmet, SD, February 11, 1995.

26. Chase, C.C.L. Post Mortem Evaluation of Swine and Semen Shed of PRRSV, Brookings County Pork Producers, Brookings, SD, March 28, 1995.

27. Chase, C.C.L. The Biologic Logic Behind the Use of Killed and Live Vaccines, Bovine Health Update, Grand Laboratories, Sioux Falls, SD, April 7, 1995.

28. Chase, C.C.L. Yucatan and Swine Production, Department of Animal Science, SDSU, May 16, 1995.

29. Chase, C.C.L. Serology: New uses of an old science. 132nd annual meeting of the American Veterinary Medical Association, Pittsburgh, PA, July 10, 1995.

30. Chase, C.C.L. and D.J. Hurley.  Biological Logic Behind Killed and Live Vaccines and BVDV Vaccine Trials, Nelson Laboratories Trade Show Seminar, July 25, 1995.

31. Hurley, D.J. and C.C.L. Chase. Cell Mediated Immune Response. *104th annual meeting of the South Dakota Veterinary Medical Association*, Sioux Falls, SD, August 15, 1995, p. 161.

32. Chase, C.C.L.  MEW/SEW. *Train the Trainer*, Brookings, SD, August 22, 1995.

33. Pohl, S. and C. Chase. Ventilation Trouble Shooting. *Train the Trainer*, Brookings, SD, August 23, 1995.

34. Chase, C.C.L. and J. U. Thomson. Bovine Viral Diarrhea Control Programs: How Do I Get Out of this Mess? *7th annual Central Veterinary Conference,* Kansas City, MO, September 16, 1995.

35. Chase, C.C.L. and D.J. Hurley.  Bovine Viral Diarrhea Virus Vaccines: Friends, Foes or Folly? *7th annual Central Veterinary Conference,* Kansas City, MO,  September 16, 1995.

36. Hurley, D.J. and C.C.L. Chase.  Bovine Viral Diarrhea Virus (BVDV) Infections of Lymphocytes and Macrophages: How BVDV Alters the Immune Response of Cattle. *7th annual Central Veterinary Conference,* Kansas City, MO,  September 16, 1995.

37. Hurley, D.J. and C.C.L. Chase. Fetal Infections with Bovine Diarrhea Virus. *7th annual Central Veterinary Conference,* Kansas City, MO,  September 16, 1995.

38. Chase, C.C.L. Of Hogs and Barracudas:  Swine Production in the Yucatan.  Veterinary Science Departmental Seminar, SDSU, Brookings, SD, November 8, 1995.

39. Chase, C.C.L. Serological Profiling in Disease Investigation.  Veterinary Diagnostic Update, Brookings, SD, January 4, 1996.

40. Chase, C. Type 2 BVD Cell Mediated Immunity and Serology.  81st annual convention of the Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 19, 1996.

41. Chase, C.C.L., L. Reuff, L., H. Snelson and R. Tubbs.  Network on Animal Health (NOAH) Seminar: Porcine Reproductive and Respiratory Syndrome. NOAH (Internet Conference), April 3, 1996.

42. Chase, C. PRRS Virus Update, South Dakota Pork Producers Quality Assurance Seminar, Mitchell, SD, July 19, 1996.

43. Chase, C. A Tale of Two Viruses, Grand Laboratories National Sales Conference, Larchwood, IA, July 24, 1996.

44. Chase, C. Practical Immunology-Herd Immunity and Serological Testing, Academy of Veterinary Consultants, Omaha, NB, August 2, 1996.

45. Chase, C. Practical Immunology-Vaccinology, Academy of Veterinary Consultants, Omaha, NB, August 3, 1996.

46. Chase, C. PRRS Virus Update, South Dakota Pork Producers Quality Assurance Seminar, Aberdeen, SD  August 9, 1996.

47. Chase, C.C.L. Serological Profiling and BVD Testing.  Veterinary Diagnostic Update, Brookings, SD, January 6, 1997.

48. Chase, C. BVD Update.  James Bailey Herd Health Conference, Brookings, SD, February 15, 1997.

49. Chase, C. BVD and IBR. 69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

50. Chase, C. Clinical Aspects of IBR and BVD. 69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

51. Chase, C. BVD and IBR Vaccines. 69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

52. Chase, C. BVD Control. 69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

53. Chase, C. BVD Diagnostics, Grand Laboratories National Sales Conference, Sioux Falls, SD, April 23, 1997.

54. Chase, C. Being on the High Road Instead of the Low Road of Bovine Viral Disease, 1997 Jackson Hole Veterinary Rendezvous, Jackson, WY, June 30, 1997.

55. Chase, C. Pork Quality Assurance. Flandreau Veterinary Clinic, Flandreau, SD, July 18, 1997.

56. Chase, C. Camels and All That Jazz: A Report on Egyptian Visit. Department of Veterinary Science, SDSU, Brookings, SD, September 25, 1997.

57. Chase, C. Eliminating BVD from the herd: Mission impossible? 83rd annual meeting of the Interstate Veterinary Medical Association, South Sioux City, NE, October 3, 1997.

58. Chase, C. Swine Herd Monitoring and PRRSV. Dakota Pork Producers, Brookings, SD, December 1, 1997.

59. Chase, C.C.L. Serological Profiling and BVD Testing. Veterinary Diagnostic Update, Brookings, SD, January 6, 1998.

60. Chase, C. Immunological Primer, Grand Laboratories National Sales Conference, Sioux Falls, SD, May 12, 1998.

61. Chase, C. New Approaches to Bovine Disease. PVP Bovine Practitioner Seminar, Pierre, SD, July 19, 1998.

62. Chase, C. Comparison of immunity to BVDV type II. Nelson Laboratories Trade Show, July 28, 1998.

63. Yousif, A., D. Zeman and C.C.L. Chase. BVD Diagnosis. 107th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 18, 1998.

64. Chase, C. Hey Doc, the vaccine didn't work! Evaluating vaccine trials. 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

65. Compton, B. and C. Chase. Cell mediated immunity: Okay, it's vital to immune protection but what is it? 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

66. Chase, C. Prevention and Control of BVD in the Herd: Mission Impossible? 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

67. Chase, C. New Generation Adjuvants: Pushing back the vaccine frontier. 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

68. Chase, C. Another View from Egypt: The Research and Educational Opportunities. Department of Veterinary Science, SDSU, December 18, 1998.

69. Chase, C. Evaluating Vaccines, Grand Laboratories National Sales Conference, Freeman, SD, March 18, 1999.

70. Chase, C. Vaccine Trials: More than meets the eye. South Dakota Veterinary Medical Association, Summer Meeting, Pierre, SD June 7, 1999.

71. Chase, C. Evaluating Vaccines: Reading between the lines. Nelson Laboratories Trade Show, July 27, 1999.

72. Chase, C. What's new with BVD? Grand Mexico Veterinary Seminar, Aguacalientes, Mexico, August 4, 1999.

73. Chase, C. What's new with BVD? Grand Mexico Veterinary Seminar, Torreon, Mexico, August 5, 1999.

74. Chase, C. Bovine Virus Diarrhea. 117th annual meeting of the Iowa Veterinary Medical Association, Ames, IA, September 17,1999.

75. Chase, C. BVD-New Ideas on Persistence and Vaccination. 85th annual convention of the Oklahoma Veterinary Medical Association, Tulsa, OK, January 21, 2000.

76. Chase, C. Pinkeye-Moraxella Bovis and IBR. 2000 Winter Conference of Iowa Veterinary Medical Association, Ames, IA, February 3, 2000.

77. Chase, C. Johne's Disease and BVDV- Two Long Term Losers, 2nd Annual Bull Extravaganza, Platte, SD, February 8, 2000.

78. Chase, C. Sampling the Herd: When is Enough? 31st annual meeting of the American Association of Swine Practitioners, Indianapolis, IN, March 14, 2000.

79. Chase, C. What's New in the Genetics of BVDV? Grand Laboratories National Sales Conference, Larchwood, IA, April, 11, 2000.

80. Chase, CCL. 2000. Cytopathic and Non-Cytopathic BVDV: What's the Difference? Schering-Plough Animal Health, Union, NJ, April 17, 2000.

81. Chase, CCL. Egypt- Camels and Tut. Carlson Wagonit Travel, Brookings, SD, May 18, 2000.

82. Chase, CCL. Bovine Viral Diarrhea Virus Type 1 and 2: What is Cross Protection? South Dakota Veterinary Medical Association, Pierre SD, June 8, 2000.

83. Chase, CCL. Antemortem Bovine Respiratory Disease, South Dakota Veterinary Medical Association, Pierre SD, June 9, 2000.

84. Chase, CCL. Serological Testing: When is Enough, Enough? South Dakota Veterinary Medical Association, Pierre SD, June 9, 2000.

85. Chase, CCL. Exploring Egypt. University Woman's Week, South Dakota State University, Brookings, SD, June 14 and June 15, 2000.

86. Chase, CCL. Large Animal Immunology, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

87. Chase, CCL. Pinkeye and Johne's Disease, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

88. Chase, CCL. Hey, Doc the vaccine didn't work, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

89. Chase, CCL. The molecular virology of bovine viral diarrhea virus, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

90. Chase, CCL. BVD: How do I get out of this mess? Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

91. Chase, CCL. Swine Biosecurity, Grand Laboratories Swine Conference, Pierre SD, July 14, 2000.

92. Chase, CCL. Using an inactivated BVDV vaccine that induces cell mediated immunity. Nelson Laboratories Trade Show, July 25, 2000.

93. Chase, CCL. The changing faces of BVD. Grand Laboratories Dairy Seminar, Pierre SD, August 25, 2000.

94. Chase, CCL. BVD: How do I get out of this mess? Grand Laboratories Dairy Seminar, Pierre SD, August 26, 2000.

95. Chase, CCL. Hey, Doc the vaccine didn't work: Controlling BVD. Provet Catchem Classic, Flippin AK, September 7, 2000.

96. Chase, CCL. Evaluating vaccine trials. Provet Catchem Classic, Flippin AK, September 8, 2000.

97. Chase, CCL. Cell mediated immunity and the changing faces of BVD. Grand Laboratories Post-AABP Seminar, Keystone SD, September, 24, 2000.

98. Chase, CCL. The immune response and new generation vaccines. ISU Class of 80 Reunion Seminar, Ames IA, October 7, 2000.

99. Chase, CCL. *E.coli* in Post-weaning Diarrheas: Diagnosis & Control. 8th Iowa State University Swine Disease Conference, Ames IA, November 9, 2000.

100. Chase, CCL. The changing faces of BVD. Grand Laboratories Dairy Seminar, Utica SD, December 8, 2000.

101. Chase, CCL. BVD: How do I get out of this mess? Grand Laboratories Dairy Seminar, Utica SD, December 9, 2000.

102. Chase, C.C.L.BVDV and BVD Testing. Veterinary Diagnostic Update, Brookings, SD, January 8, 2001.

103. Chase, CCL. The changing faces of BVD: Virology and Diagnostics. 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2001.

104. Chase, CCL. Doc: How do I get out of this mess? 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2001.

105. Chase, CCL. Vaccinology: Understanding vaccine studies and new generation vaccines. 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2001.

106. Chase, CCL. The changing faces of bovine viral diarrhea virus. 2001 Southwest Veterinary Symposium, Houston TX , February 1, 2001, pp. 263-270.

107. Chase, CCL. 2001. Prevention and control of BVD in the herd: Mission Impossible2001 Southwest Veterinary Symposium, Houston TX , February 1, 2001.

108. Chase, CCL. The changing faces of BVD. Grand Laboratories Dairy Seminar, Utica SD, March 16, 2001.

109. Chase, CCL. BVD: How do I get out of this mess? Grand Laboratories Dairy Seminar, Utica SD, March 17, 2001.

110. Chase, CCL. The changing genome of BVDV: Is vaccination control possible? 2001 Spring Meeting of Academy of Veterinary Consultants, Omaha, NE, April 6, 2001.

111. Chase, CCL. Cell-mediated immune response against BVDV using a inactivated vaccine. Spring Meeting of Academy of Veterinary Consultants, Omaha, NE, April 6, 2001.

112. Chase, CCL. Swine Influenza Teleconference. Schering-Plough Animal Health, April 25, 2001.

113. Chase, CCL. Antigen presentation and vaccine response. Grand Laboratories National Sales Conference, Sioux Falls, SD, May 10, 2001.

114. Chase, CCL. An overview of foot and mouth disease. Governor's Conference on Foot and Mouth Disease and Mad Cow Disease, Sioux Falls, SD, May 17, 2001

115. Chase, CCL. Foot and mouth disease-What is the threat? Grand Laboratories Dairy Seminar, Pierre SD, May 19, 2001.

116. Chase, CCL. Bovine viral diarrhea virus- genetics and control. 2001 summer meeting of the Nebraska Veterinary Medical Association, Columbus, NE, June 16, 2001.

117. Chase, CCL. Serology: A valuable component of disease control. 138th AVMA Annual Convention, Boston, MA, July 15, 2001.

118. Chase, CCL. BioPharming: Pharmaceuticals and Xenotransplants. South Dakota Biology Teachers Biotechnology Symposium, Brookings, SD, July 19, 2001

119. Chase, C. Controlling BVDV: It's More than Type 1 and 2. Schering-Plough Animal Health Beef Seminar, Sioux Falls, SD, August 4, 2001.

120. Chase, C and T. Marsh. A serological survey of alternate vaccination practices in a cow-calf herd, 110th annual meeting of the South Dakota Veterinary Medical Association, August 14, 2001.

121. Chase, C. Protection of cattle immunized with Pyramid 4 from a type II 890 bovine viral diarrhea virus challenge, Ayerst Animal Health, St. Hyacinthe, Quebec, Canada, August 22, 2001.

122. Chase, C. Controlling BVDV: It's More than Type 1 and 2. Schering-Plough Animal Health Cattle Seminar, Bloomington, MN, September 1, 2001.

123. Chase, C. Controlling BVDV: It's More than Type 1 and 2. Schering-Plough Animal Health Beef Seminar, Norfolk, NE, October 18, 2001.

124. Chase, C. Control of BVDV- Mission Impossible? 27th annual Food Animal Medicine Conference, Columbus, OH, November 2, 2001.

125. Chase, C. Chase, CCL. The changing faces of BVD and the new generations of adjuvants. Grand Laboratories Dairy Seminar, Kennebec, SD, November 30, 2001.

126. Chase, C. BVDV- Prevention and Control, Schering Plough Animal Health Teleconference, December, 6, 2001.

127. Chase, CCL. Immunology and virology: A little bit of everything. Grand Laboratories National Sales Conference, Sioux Falls, SD, December 15, 2001.

128. Chase, C.C.L.BVDV and BVD Testing. Veterinary Diagnostic Update, Brookings, SD, January 7, 2002.

129. Chase, CCL. BVDV Science and Vaccination Update. 118th annual Indiana Veterinary Medical Association, Indianapolis, IN, February 2, 2002.

130. Chase, CCL. Neonatal Vaccinations: It Starts Before Birth. Dairy Vaccination College, Amarillo, TX, March 5, 2002.

131. Chase, CCL. Changing Faces of BVDV. Dairy Vaccination College, Amarillo, TX, March 5, 2002.

132. Chase, CCL. Hey Doc... The Vaccine Didn't Work: New Trends in Vaccinology. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002.

133. Chase, CCL. How Adjuvants Impact Vaccine Response. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002.

134. Chase, CCL. Changing Faces of BVDV. Grand Laboratories Vaccinology Conference, Sioux Falls, SD, April 15, 2002.

135. Chase, CCL. Controlling BVDV: Understanding the Basics. Feedlot Cattle Nutritionist/Veterinarian Meeting, Winston-Salem, NC, April 20, 2002.

136. Chase, CCL. Neonatal Vaccinations: It Starts Before Birth. Oklahoma Novartis ProVet Veterinarian's Classic, Flippin, AR, May 24, 2002

137. Chase, CCL. Immunology/Vaccinology for the Mixed Practitioner. Georgia Veterinary Medical Association Annual Convention, Hilton Head, SC, June 7, 2002.

138. Chase, CCL. BioPharming: Pharmaceuticals and Xenotransplants. South Dakota Biology Teachers Biotechnology Symposium, Brookings, SD, July 11, 2002.

139. Chase, CCL. Natural Antimicrobials. Advances in Veterinary Medicine, 139th AVMA Annual Convention, Nashville, TN, July 14, 2002.

140. Chase, CCL. Bovine Herpesvirus 4- An Emerging Pathogen, 111th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 13, 2002.

141. Chase, CCL. The ABC's of the Immune Response- How Adjuvants Impact Vaccine Response. Northern San Joaquin Valley Veterinary Association, Ripon CA, November 7, 2002.

142. Chase, CCL. BioPharming: Pharmaceuticals, Xenotransplants and Vaccines. South Dakota State University Extension Programming Biotechnology Workshop, Brookings, SD, November 13, 2002.

143. Chase, CCL. Neonatal Vaccinations: It Starts Before Birth. Novartis Dairy Conference, Kennebec, SD, December 4, 2002.

144. Chase, CCL. Importance of Innate Immunity and Adjuvants. 2002 Winter Meeting of Academy of Veterinary Consultants, Denver, CO, December 6, 2002.

145. Chase, CCL. BVDV and BVD Testing. Veterinary Diagnostic Update, Brookings, SD, January 7, 2003.

146. Chase, CCL. Turning on the Innate Immune Response- How Adjuvants Impact Vaccine Response. 88th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 31, 2003.

147. Chase, CCL. The ABC's of BVDV Genetics. Diagnostics, Pathogenesis and Control. 88th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 31, 2003.

148. Chase, CCL. Why is BVDV such a Problem? Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

149. Chase, CCL. ABC's of Immune Response- How adjuvants impact vaccine response. Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

150. Chase, CCL. Vaccinating Calves and Cows- The Do's and Don'ts. Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

151. Chase, CCL. Understanding Vaccine Studies; Is it Possible? Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

152. Chase, CCL. CWD in the US. Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

153. Chase, CCL. A Tale of Two Viruses: PRRSV and BVDV. Seminar 6A Preventing and Controlling PRRSV: Mission Impossible? 34th annual meeting of American Association of Swine Veterinarians, Orlando, FL, March 8, 2003.

154. Chase, CCL. A Tale of Two Viruses: PRRSV and BVDV. Seminar 6B Preventing and Controlling PRRSV: Mission Impossible? 34th annual meeting of American Association of Swine Veterinarians, Orlando, FL, March 9, 2003.

155. Chase, CCL. Bovine Immunology. ProVet Veterinarian's Classic, Flippin, AR, September 5, 2003.

156. Chase CCL. BVDV Update: It's More than Type 1a, 1b, 2a, 2b and ???. Schering-Plough Animal Health Feedlot Seminar, December 11, 2003.

157. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 5, 2004.

158. Chase, CCL. BVDV Innate Immunity. Schering-Plough Animal Health Feedlot Consultants, San Diego, CA, January 16, 2004.

159. Chase, CCL. NCP BVDV is Important for Protection. Schering-Plough Animal Health Seminar, Oklahoma City, OK, February 7, 2004.

160. Chase, CCL. Coronaviruses: An Emerging Problem. Emerging Disease Seminar. 35th annual meeting of American Association of Swine Veterinarians, Des Moines, IA, March 6, 2003.

161. Chase, CCL. Mastitis and BVDV Update. Midwest Dairy Institute, Milbank, SD, March 11, 2004.

162. Chase, CCL. Innate Immunity and BVDV. Fort Dodge Veterinary Seminar, Scott City KS, May 11, 2004.

163. Chase, CCL. Innate Immunity and NCP BVDV. Wyoming State Veterinary Association, Casper, WY, June 29, 2004.

164. Chase, CCL. Whitetail Deer: Are They a Threat for Spreading BVDV in Cattle? 113th annual meeting of South Dakota Veterinary Medical Association, Rapid City, SD, August 20, 2004.

165. Chase, CCL. All Favors of NCP BVDV are not the Same: Understanding How BVDV Interacts with the Immune System. Schering-Plough Veterinary Seminar, Pendleton OR, September 18, 2004.

166. Chase, CCL. Novartis Animal Health Roundtable on BVDV Vaccines. Fort Worth, TX, September 22, 2004.

167. Chase, CCL. Schering-Plough Animal Health BRD and Scours Seminar. Deadwood, SD, November 6, 2004.

168. Chase, CCL. Rapid Onset of Protection against Infectious Bovine Rhinotracheitis with a Subcutaneous Dose of a Modified Live IBR Virus Vaccine. Winter Conference of Academy of Veterinary Consultants, Denver, CO, December 4, 2004.

169. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 10, 2005.

170. Chase, CCL. Immunological measurements in weanling pigs following the addition of Diamond V XP yeast culture. Diamond V Mills Immunology Meeting, Cedar Rapids January 24, 2005

171. Chase CCL. BVDV Diagnostics. Web Telecast. Michigan Veterinary Medical Association, Lansing MI, January 28, 2005.

172. Chase CCL. New developments in immunology and vaccinology; KISP (Keep it simple please). Spring Conference of Academy of Veterinary Consultants, Waikoloa, HI, April 8, 2005.

173. Chase CCL. Rabies. Brookings Hospital Continuing Medical Education Seminar, Brookings, SD, April 22, 2005.

174. Chase CCL. Zoonotic Diseases. Brookings Hospital Continuing Medical Education Seminar, Brookings, SD, April 22, 2005.

175. Chase CCL. New developments in immunology and vaccinology; KISP. Intervet Bovine Marketing Meeting, De Soto, KS, May 3, 2005.

176. Chase CCL. New developments in BVDV and immunology. 24th annual summer meeting of South Dakota Veterinary Medical Association, Pierre, SD, June 6, 2005.

177. Chase CCL. Ten days in China: a hot time in the old country. Department of Veterinary Science, SDSU, Brookings, SD, June 30, 2005.

178. Chase CCL. New developments in immunology and vaccinology; KISP. Livestock Veterinarian Meeting, Blacksburg, VA, August 3, 2005.

179. Chase CCL. Virulent BVDV Type II challenge of BVDV naïve and BVDV-maternal-antibody-positive neonatal calves vaccinated at 3 weeks of age with Pyramid FP. Livestock Veterinarian Meeting, Blacksburg, VA, August 3, 2005.

180. Chase, CCL. New developments in immunology and vaccinology; KISP. Intervet Veterinarian Meeting, Kansas City, MO, August 13, 2005.

181. Chase, CCL. New developments in immunology and vaccinology; KISP. Intervet Veterinarian Meeting, Denver, CO, August 16, 2005.

182. Chase CCL. New developments in immunology and vaccinology; KISP. Schering-Plough Animal Health Veterinarian Meeting, Minneapolis, MN, September 3, 2005.

183. Chase CCL. Beef vaccination. Bassett Livestock Auction Producers Meeting, Bassett, NE, September 7, 2005.

184. Chase, CCL. Immune response- the ABC's of dendritic cells and the primary immune response. Novartis Veterinary Partnership Meeting, Lake Louise, Alberta, September 12, 2005.

185. Chase CCL. New developments in immunology and vaccinology; KISP. Schering Plough Fall Educational Conference for Veterinarians, Kansas City, KS, September 17, 2005.

186. Chase CCL. The cow and calf immune system. Alltech's Wisconsin Dairy School, Green Bay, WI, November 10, 2005.

187. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 9, 2006.

188. Chase CCL. Bovine Immunology Roundtable, Intervet, Scottsdale, AZ, January 24, 2006.

189. Chase C. Cutting Edge Immunology and Wildlife's Role in BVD Biosecurity, Pfizer Animal Health Midwinter Veterinarian Retreat, Deadwood, SD, February 2, 2006.

190. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Winnipeg, MB, Canada, February 11, 2006.

191. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Brooks, AB, Canada, February 27, 2006.

192. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Calgary, AB, Canada, February 27, 2006.

193. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Red Deer, AB, Canada, February 28, 2006.

194. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Edmonton, AB, Canada, February 28, 2006.

195. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Lloydminister, AB, Canada, March 1, 2006.

196. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Saskatoon SK, Canada, March 1, 2006.

197. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Moose Jaw, SK, Canada, March 2, 2006.

198. Chase C. What impact do circulating antibodies have with your cattle during processing? Fort Dodge Animal Health Feedlot Success 2006 Seminar, Omaha, NE, March 17, 2006.

199. Chase C. Circulating antibodies- How do your clients overcome them? Fort Dodge Animal Health Feedlot Success 2006 Seminar, Omaha, NE, March 17, 2006.

200. Chase C. How does BVDV affect your herd? Carroll County Cattlemen, Manning IA, April 4, 2006

201. Chase C. Developing the primary immune system. Southwest Iowa Veterinary Medical Association, Osceola, IA, April 5, 2006.

202. Chase C. BVD testing in cattle and why deer are serving as a reservoir host. Southwest Iowa Veterinary Medical Association, Osceola, IA, April 5, 2006.

203. Chase C. BVD Genetic Diversity. Schering-Plough Animal Health, Fort Wayne, IN, April 22, 2006.

204. Chase C. Schering-Plough Animal Health BVD AgTelePanel. April, 26, 2006.

205. Chase C. Circulating antibodies: How do your clients overcome them? Fort Dodge Animal Health 2006 Dairy Leaders. Oregon, OH, May 4, 2006.

206. Chase C. Schering-Plough Animal Health BVD Roundtable, Omaha, NE, May 30, 2006.

207. Chase C. Immunology 101: The primary immune response. Nebraska Veterinary Medical Association Summer Meeting, Hastings, NE, June 22, 2006.

208. Chase C. Immunology of BVDV. Schering-Plough Animal Health, Deadwood, SD July 7, 2006.

209. Chase C. The Primary Immune Response, Veterinary Focus Meeting, Bloomington MN, July 21, 2006.

210. Chase C. Overcoming Maternal Interference and BVDV Diagnostics. Nelson Tradeshow, Sioux Falls, SD July 25, 2006.

211. Chase C. The Maternal Antibody Dilemma, BVD Pool Testing and Managing Your Way Through BVD, 1st annual Beef Production Seminar, Chamberlain, SD August 3, 2006.

212. Chase CCL. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal-antibody positive neonatal calves vaccinate at 3.5 months of age with Pyramid FP5, Guelph ONT CA, August 22, 2006.

213. Chase CCL. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal-antibody positive neonatal calves vaccinate at 3.5 months of age with Pyramid FP5, Ottawa ONT CA, August 23, 2006.

214. Chase CCL. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal-antibody positive neonatal calves vaccinate at 3.5 months of age with Pyramid FP5, Drummondville QUB CA, August 24, 2006.

215. Chase CCL. The Primary Immune Response and Noncytopathic BVD, Northeast Wisconsin Veterinarians, Green Bay, WI, November 1, 2006.

W. Scientific Conferences

1. Federation of the American Societies of Experimental Biology (FASEB) Meeting, St. Louis, MO, April 1986

2. 67th annual meeting of Conference of Research Workers in Animal Disease (CRWAD), Chicago, IL, November 17-18, 1995

3. VII International Congress of Virology, Edmonton, Alberta, CANADA, August 9-14, 1987

4. 68th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 16 and 17, 1987

5. 7th annual meeting of American Society of Virology, Austin, TX, June 12-16, 1988

6. North Central Branch, American Society for Microbiology, Madison, WI, October 7-8, 1988

7. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1988

8. 8th annual meeting of American Society of Virology, London, Ontario, CANADA, July 9-13, 1989

9. 70th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 6-7, 1989

10. 9th annual meeting of American Society of Virology, Salt Lake City, UT, July 8-12, 1990

11. 71st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 5-6, 1990

12. 35th annual meeting of the Livestock Insect Workers Conference, Jackson, WY, July 8-10, 1991
13. 10th annual meeting of American Society of Virology, Fort Collins, CO, July 7-11, 1991
14. 72nd annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1991
15. 11th annual meeting of American Society of Virology, Ithaca, NY, July 11-15, 1992
16. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, St. Paul, MN, September 1-2, 1992
17. 73rd annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-10, 1992
18. Stress Mechanisms Symposium, Northern Plains Biostress Laboratory, SDSU, Brookings, SD, April 6-7, 1993
19. Stress Management Symposium, Northern Plains Biostress Laboratory, SDSU, Brookings, SD, May 24-25, 1993
20. 12th annual meeting of American Society of Virology, Davis, CA, July 10-14, 1993
21. 7th Annual Bovine Herpesvirus Workshop, Pittsburgh, PA, July 24, 1993
22. XVIII International Herpesvirus Workshop, Pittsburgh, PA, July 25-30, 1993
23. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Gatlinburg, TN, September 8-9, 1993
24. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8-9, 1993
25. 13th annual meeting of American Society of Virology, Madison, WI, July 9-13, 1994
26. 8th Annual Bovine Herpesvirus Workshop, Vancouver, BC, Canada, July 30,1994
27. XVIV International Herpesvirus Workshop, Vancouver, BC, Canada, July 30-August 5, 1994
28. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Wooster, OH, September 8-9, 1994
29. 54th annual meeting of the North Central Branch of the American Society for Microbiology, LaCrosse, WI, October 13-15, 1994
30. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994
31. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Columbia, MO, September 6-7, 1995
32. 1st International Rushmore Conference on Mechanisms in the Pathogenesis of Enteric Diseases, Rapid City, SD, September 28, 1995.
33. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 1995
34. North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD, June 11-12, 1996
35. Bovine Viral Diarrhea Virus: A 50-Year Review, Ithaca, NY, June 23-24, 1996
36. 10th Annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27,1996
37. 21st International Herpesvirus Workshop, DeKalb, IL, July 28-August 1, 1996
38. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

39. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Baton Rouge, LA, September 4-5, 1996.
40. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1996
41. 82nd annual meeting of the South Dakota Academy of Science, Aberdeen, SD, April 25-26, 1997.
42. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-July 31, 1997.
43. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.
44. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Manhattan KS, September 3-4, 1997.
45. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 27, 1997.
46. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10-11, 1997.
47. 83rd annual meeting of the South Dakota Academy of Science, Spearfish, SD, April 17, 1998.
48. 4th Zagazig University Scientific Veterinary Medical Conference, Hurghada, Egypt, August 25-28, 1998.
49. 9th Annual South Dakota EPSCoR Conference, Vermillion, SD, September 11, 1998.
50. 1998 North Central Branch annual meeting of the American Society for Microbiology, October 23-24, 1998.
51. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-10, 1998.
52. 2nd annual Conference on Vaccine Research, Bethesda, MD, March 28-30, 1999.
53. 83rd annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999.
54. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Davis CA, September 3-4, 1999.
55. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 7-9, 1999.
56. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Custer SD, September 20-21, 2000.
57. Faculty of Veterinary Medicine Scientific Conference, Cairo University, October 27-29, 2000.
58. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 12-14, 2000.
59. 7th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, May 2-4, 2001.
60. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21-25, 2001.
61. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Ames, IA, September 5-6, 2001.
62. Symposium in Virology, University of Nebraska, Lincoln, NE, September 7, 2001.
63. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, November 11-13, 2001.
64. Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002.

65. 21st Annual Meeting of American Society for Virology, Lexington, KY, July 20-24, 2002.
66. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, East Lansing, MI, September 10-11, 2002.
67. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, November 10-12, 2002.
68. 9th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 30-May 2, 2003.
69. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Baton Rouge, LA, September 9-10, 2003.
70. International Veterinary Meeting on Consideration of Alternative Licensing Procedures for Minor Species, Minor Indications and Autogenous/Autologous Products, Langen, Germany, October 29, 2003
71. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL November 9-11, 2003.
72. Bovine viral diarrhea virus in the Americas, Davis CA, April 4-5, 2004.
73. 10th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 29-May 1, 2004.
74. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Nebraska City, NE, September 11-12, 2004.
75. 85th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL November 14-16, 2004.
76. 5th biennial North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 8-9, 2005.
77. 2005 International PRRS Symposium, St. Louis, MO, December 2-3, 2005.
78. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis MO, December 4-6, 2005.
79. BVDV 2006 Conference Denver, CO, January 29-31, 2006.
80. 25th annual meeting of the American Society of Virology, Madison, WI, July 15-29, 2006.
81. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Saint Paul MN, September 20-21, 2006.
82. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 21.
83. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.
84. European Union-United States Workshop: Advances in Immunology and Vaccine Discovery, Ames, IA, December 12-14, 2006.

X. Scientific Training

September 1990: Bluetongue Field Investigation, Ely, NV
January 1991:   Reovirus Recombinant System, Dr. WK Joklik, Duke University, Durham, NC
January 1992:   Biological Safety Training Program, National Animal Disease Center, Ames, IA

February 1992:   A National Symposium on Safety in the Biomedical Laboratory, Center for Disease Control, Atlanta, GA

December 2005: Foreign Animal Disease Pathology Training Course, Plum Island, NY

Y. <u>Management Training</u>

December 1990:  How to Organize and Manage Priorities, Fort Collins, CO

June 1991:       Introduction to Supervision, Office of Personnel Management, Denver, CO

November 1993: Team Building, Brookings, SD

January 1994:    Winning with Collaborative Technology Research, Regional Council for Project SBIR West, Salt Lake City, UT

February 1995: TimeQuest: Increasing Productivity through Value-based Time Management, Brookings, SD

February 2005:  Developing Winning STTR-SBIR Proposals, Tech-Link, Bozeman, MT, February 18, 2005

Z. <u>Veterinary Medicine Continuing Education</u>

September 1980: South Dakota Veterinary Medical Association (SDVMA) Convention, Aberdeen, SD

October 1980:    University of Minnesota Swine Conference, St. Paul, MN

April 1981:       SDVMA Dairy Mastitis Seminar, Sioux Falls, SD

September 1981: SDVMA Convention, Sioux Falls, SD

November 1981: North Dakota Veterinary Medical Association Swine Conference, Fargo, ND

May 1982:        American Veterinary Medical Association (AVMA) Colloquium on Clinical Immunology, Schaumburg, IL

September 1982: University of Minnesota Swine Conference, St. Paul, MN

September 1982: SDVMA Convention, Rapid City, SD

September 1983: SDVMA Convention, Sioux Falls, SD

December 1983:  Pipestone Sheep Conference, Pipestone, MN

September 1984: SDVMA Convention, Rapid City, SD

November 1984: XVII American Association of Bovine Practitioners (AABP) Conference, Des Moines, IA

November 1984: Dairy Reproduction Seminar, AABP, Des Moines, IA

November 1984: Bovine General Nutrition Seminar, AABP, Des Moines, IA

October 1986:    Wisconsin Veterinary Medical Association (WVMA) Convention, Milwaukee, WI

October 1987:    WVMA Convention, Green Bay, WI

October 1989:    WVMA Convention, Milwaukee, WI

July 1991:        AVMA Convention, Seattle, WA

June 1992:        American Association of Small Ruminant Practitioners Spring Conference, Ft. Collins, CO

August 1992:     SDVMA Convention, Rapid City, SD

August 1992:     XVII World Buiatrics Congress and XXV American Association of Bovine Practitioners Conference, St. Paul, MN, August 31-September 4, 1992

September 1992: Minnesota Swine Conference, Bloomington, MN
March 1993:       24th American Association of Swine Practitioners annual meeting, Kansas City, MO
June 1993:         SDVMA Summer Meeting, Pierre, SD
August 1993:      SDVMA Convention, Sioux Falls, SD
March 1994:       25th American Association of Swine Practitioners annual meeting, Rosemount, IL
August 1994:      SDVMA Convention, Sioux Falls, SD
August 1994:      Smith Kline Beecham Dairy Update, Minneapolis, MN
September 1994: Wyoming Veterinary Medical Association and Smith Kline Beecham Veterinary Conference, Casper, WY
September 1994: Allen Leman Swine Conference, St. Paul, MN
March 1995:       26th American Association of Swine Practitioners annual meeting, Omaha, NE, March 5-7, 1995
April 1995:         Bovine Health Update, Grand Laboratories, Sioux Falls, SD, April 7, 1995
July 1995:          AVMA Convention, Pittsburgh, PA, July 8-12, 1995
July 1995:          Nelson Laboratories Trade Show Seminar, Sioux Falls, SD, July 25, 1995
September 1995: Central Veterinary Conference, Kansas City, MO, September 16-19, 1995
September 1995: 28th American Association of Bovine Practitioners Conference, San Antonio, TX, September 14-17, 1995
March 1996:       27th American Association of Swine Practitioners annual meeting, Nashville, TN, March 3-5, 1996
January 1996:     81st annual convention of the Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 19-21, 1996.
April 1996:         Academy of Veterinary Consultants, Scottsdale, AZ, April 11-13, 1996
August 1996:      Academy of Veterinary Consultants, Omaha, NE, August 1-3, 1996
September 1996: 29th American Association of Bovine Practitioners Conference, San Diego, CA, September 14-17, 1996
February 1997:   James Bailey Herd Health Conference, Brookings, SD, February 15, 1997.
February 1997    69th annual Western Veterinary Conference, Las Vegas, NV, February 24-27, 1997.
March 1997:       28th American Association of Swine Practitioners, Quebec City, Quebec, CANADA, March 2-4, 1997.
July 1997:          1997 Jackson Hole Veterinary Rendezvous, Jackson, WY, June 27-30, 1997.
October 1997:    Interstate Veterinary Medical Association, South Sioux City, NE, October 1-3, 1997
March 1998:       29th American Association of Swine Practitioners, Des Moines, IA, March 7-10, 1998.
June 1998:         SDVMA Summer Meeting, Pierre, SD, June 7-9, 1998.
July 1998:          PVP Bovine Practitioner Seminar, Pierre, SD, July 19-20, 1998.
July 1998:          Nelson Laboratories Trade Show, July 28, 1998.
August 1998:      107th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 16-19, 1998.

October 1998:    87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 2-4, 1998.

March 1999:    30th American Association of Swine Practitioners, St. Louis, MO, February 27- March 2, 1999.

June 1999:    SDVMA Summer Meeting, Pierre, SD, June 6-8, 1999.

July 1999:    AVMA Convention, New Orleans, LA, July 10-14, 1999

July 1999:    Nelson Laboratories Trade Show, July 27, 1999.

August 1999:    107th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 22-25, 1999.

September 1999:  117th annual meeting of the Iowa Veterinary Medical Association, Ames, IA, September 16-18,1999

September 1999:  32nd annual conference of American Association of Bovine Practitioners, Nashville, TN, September 22-25, 1999.

January 2000:    85th annual convention of the Oklahoma Veterinary Medical Association, Tulsa, OK, January 21, 2000.

February 2000:   Winter Conference of Iowa Veterinary Medical Association, Ames, IA, February 3, 2000.

March 2000:    31st annual meeting of the American Association of Swine Practitioners, Indianapolis, IN, March 12-14, 2000.

June 2000:    108th annual meeting of South Dakota Veterinary Medical Association, Pierre SD, June 6-9, 2000.

June 2000:    Wyoming Veterinary Medical Association Meeting 2000, Thermopolis, WY, June 18-20, 2000.

July 2000    Grand Laboratories Swine Conference, Pierre SD, July 14-15, 2000.

July 2000:    137th AVMA Annual Convention, Salt Lake City, UT, July 13-17, 2000.

August 2000:    Grand Laboratories Dairy Seminar, Pierre SD, August 25-26, 2000.

September 2000:  Provet Catchem Classic, Flippin AK, September 7-8, 2000.

September 2000:  33rd annual conference of American Association of Bovine Practitioners, Rapid City, SD, September 21-23, 2000.

September 2000:  Grand Laboratories Post-AABP Seminar, Keystone SD, September 24, 2000.

October 2000:    ISU Class of 80 Reunion Seminar, Ames IA, October 6-7, 2000.

November 2000:   8th Iowa State University Disease Conference, Ames IA, November 8-9, 2000.

January 2001:    86th annual convention of the Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 19-21, 2001.

February 2001:   2001 Southwest Veterinary Symposium, Houston TX, February 1-4, 2001

February 2001:   32nd annual meeting of the American Association of Swine Veterinarians, Nashville, TN, February 24-27, 2001.

April 2001:    2001 Spring Meeting of Academy of Veterinary Consultants, Omaha, NE, April 6-7, 2001.

June 2001:    2001 summer meeting of the Nebraska Veterinary Medical Association, Columbus, NE, June 16, 2001.

July 2001:    138th AVMA Annual Convention, Boston, MA, July 13-17, 2001.

| | |
|---|---|
| August 2001: | 110th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 14, 2001. |
| August 2001: | 25th Congreso Nacional de Buiatria, Vera Cruz, Mexico, August 16-17, 2001. |
| November 2001: | 27th annual Food Animal Medicine Conference, Columbus, OH, November 1-3, 2001. |
| February 2002: | 118th annual Indiana Veterinary Medical Association, Indianapolis, IN, February 1-3, 2002. |
| March 2002: | 33rd annual meeting of the American Association of Swine Veterinarians, Kansas City, MO, March 3-5, 2002. |
| March 2002: | Dairy Vaccination College, Amarillo, TX, March 5, 2002. |
| April 2002: | Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002. |
| April 2002: | Grand Laboratories Vaccinology Conference, Sioux Falls, SD, April 15, 2002. |
| April 2002: | Feedlot Cattle Nutritionist/Veterinarian Meeting, Winston-Salem, NC, April 20-21, 2002. |
| May 2002: | Oklahoma Veterinarian's Classic, Flippin, AR, May 23-25, 2002 |
| June 2002: | SDVMA Summer Meeting, Pierre, SD, June 2-4, 2002. |
| June 2002: | Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002. |
| July 2002: | 139th AVMA Annual Convention, Nashville, TN, July 12-16, 2002. |
| August 2002: | 111th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 11-14, 2002. |
| September 2002: | 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26-28, 2002. |
| November 2002: | Northern San Joaquin Valley Veterinary Association, Ripon CA, November 7, 2002. |
| December 2002: | Dairy Classic, Kennebec, SD, December 3-5, 2002. |
| December 2002: | 2002 Winter Meeting of Academy of Veterinary Consultants, Denver, CO, December 5-7, 2002. |
| January 2003: | 88th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 31-February 2, 2003. |
| February 2003: | Arkansas Veterinary Medical Association Winter Meeting, Little Rock, AR, February 14-16, 2003. |
| March 2003: | 34th annual meeting of the American Association of Swine Veterinarians, Orlando, FL, March 8-11, 2003. |
| August 2003: | 112th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 10-13, 2003. |
| September 2003: | 36th annual conference of American Association of Bovine Practitioners, Columbus, OH, September 18-20, 2003. |
| March 2004: | 35th annual meeting of the American Association of Swine Veterinarians, Des Moines, IA, March 6-9, 2004. |
| July 2004: | Wyoming Veterinary Medical Association, Casper, WY, June 29-30, 2004. |
| July 2004: | 141st AVMA Annual Convention, Philadelphia, PA, July 23-26, 2004. |

| | |
|---|---|
| August 2004: | 113th annual meeting of the South Dakota Veterinary Medical Association, Rapid City, SD, August 18-21, 2004. |
| September 2004: | 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004. |
| December 2004 | Winter Meeting of Academy of Veterinary Consultants, Denver, CO, December 3-5, 2004. |
| March 2005 | 36th annual meeting of the American Association of Swine Veterinarians, Toronto, ONT, March 5-8, 2005. |
| April 2005: | Spring Meeting of Academy of Veterinary Consultants, Kona, HI, April 7-9, 2005. |
| May 2005: | 21st annual Alltech Symposium, Lexington , KY, May 22-24, 2005 |
| June 2005: | SDVMA Summer Meeting, Pierre, SD, June 5-7, 2005. |
| July 2005: | 142[st] AVMA Annual Convention, Minneapolis, MN, July 17-20, 2005. |
| August 2005: | 115[h] annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 14-17, 2005. |
| September 2005: | 38th annual conference of American Association of Bovine Practitioners, Salt Lake City, UT, September 22-24, 2005. |
| June 2006: | Nebraska Veterinary Medical Association Meeting, Hastings, NE, June 21-23, 2006. |
| August 2006: | 115[6] annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 13-16, 2006. |
| September 2006: | 39th annual conference of the American Association of Bovine Practitioners, Saint Paul, MN, September 21-23, 2006. |

ZZ. Instructional Workshops and Grants

1. Bush Foundation Fall Advising Workshop, South Dakota State University, September 18, 1992
2. Effective Instruction Workshop for Faculty, South Dakota State University, February 10-March 24, 1993.
3. Teaching Virology, 13th annual meeting for American Society for Virology, Madison, WI, July 11, 1994.
4. South Dakota State University, Title III Faculty Development Grant, "Using Multimedia Resources for Teaching Microbiology, Anatomy and Physiology", November 1995, not approved.
5. Study Group Panelist. International Perspectives on Effective Teaching and Learning, Bush Faculty Development Workshop, South Dakota State University, August 28, 1996.
6. Caucus on International Involvement, South Dakota State University, October 7, 1997.
7. Panelist, Developing Entrepreneurial Activities at SDSU, SDSU Enterprise Institute, December 9, 2001.
8. Panelist, Becoming Globally Competent in Research and Scholarship, Bush Faculty Development Workshop, South Dakota State University, January 6, 2003.
9. Communication and Biotechnology, International Food Information Council, Washington DC, August 30-31, 2006.