# EXHIBIT B

to the
**DECLARATION OF CHRISTOPHER CIVILIAN LOUIS CHASE, D.V.M., PH.D.,**

**Civil Action No. 1:06-CV-00658 (HHK-JMF)**

Case 1:06-cv-00658-HHK-JMF    Document 96-5    Filed 05/25/2007    Page 2 of 3

30 (Thurs) Royal Counties Veterinary Association Meeting, Leo Animal Health, Princes Risborough, 19.30.

## Conferences, lectures, meetings

Small animal radiology Course, at Glasgow veterinary school, May 30 to 31. Details from Mrs B. Gibbons, CPD Unit, University of Glasgow Veterinary School, Bearsden Road, Glasgow G61 1QH, telephone 0141 330 4995, fax 0141 942 7215.

Diagnostic imaging Advanced course, organised by the European School for Advanced Veterinary Studies, in Luxembourg, June 1 to 6. Details from the ESAVS Office Birkenfeld, Am Kirchplatz 2, D-55765 Birkenfeld, Germany, fax 00 49 6782 4314.

Feline endocrinology Continuing education day, organised by Bristol University, to be held at Sheffield University, June 2. Details from the Langford Continuing Education Unit, Langford House, Langford, North Somerset BS40 5DU, telephone 0117 928 9502.

**Welfare of the competition horse**

A ONE-DAY symposium on equine welfare will be held at the Royal Society, London, on April 29. To be opened by HRH the Princess Royal, the meeting has been organised jointly by the Animal Health Trust, the BVA Animal Welfare Foundation and the RSPCA and is the fourth in a series of symposia held by these three organisations over the past few years focusing on particular animal welfare issues.

The theme of this year's symposium is 'The welfare of the competition horse' and the aim will be to identify areas of concern to veterinarians, equestrian organisations and the horse-owning public; to describe initiatives already taken to meet such concerns; and to discuss ways of ensuring that equestrian sports do not compromise the welfare of the horses involved. Presentations will include:
– Welfare issues facing the Fédération Equestre Internationale', by Professor Leo Jeffcott
– 'Doping and medications control', by Dr Roland Devolz
– 'Three-day eventing: a realistic appraisal', by Dr Sue Dyson
– 'Cross-country: particular problems', by Lord Patrick Beresford
– 'Welfare issues facing racing', by Dr Peter Webbon
– 'Two-year-old racing', by Mr David Ellis
– 'Early stages of training', by Professor Sandy Lyons
– 'Abuse of riding aids', by Lord Oaksey
– 'Retirement of competition horses', by Sir Peter O'Sullevan

Registration fee £30, including lunch. Tickets and further information can be obtained from Mrs Willa Wade, BVA Publications, 7 Mansfield Street, London W1M 0AT, telephone 0171-636 6541.

# Letters

## Novel porcine circoviruses from pigs with wasting disease syndromes

SIR, – Further to the letter from LeCann and others (1997) describing a piglet wasting disease syndrome in France, we would like to report our findings on the characterisation of novel porcine circoviruses isolated from pigs with similar wasting disease syndromes in Canada, the USA, France, Spain, Denmark and Northern Ireland.

Wasting disease syndromes in young pigs have been described in Canada (Harding 1997), the USA (Daft and others 1996), Spain (Segalés and others 1997) and France (LeCann and others 1997). In all of these reports, a strong association has been inferred between this disease syndrome and porcine circovirus (PCV) infection.

We have isolated and characterised novel porcine circoviruses from pigs with wasting disease syndromes in Canada, the USA, France, Spain, Denmark and Northern Ireland. All of these viruses were isolated in pig kidney cell cultures, which were free of contaminating PCV (Allan and others 1998). Polyclonal antisera and a panel of monoclonal antibodies were prepared against a PCV isolated from pigs exhibiting a wasting disease syndrome. In addition, a panel of monoclonal antibodies was prepared against the non-pathogenic PCV, originally identified as a contaminant of continuous pig kidney cell cultures (Allan and others 1994). Circovirus DNA was cloned from low-passage tissue culture isolates obtained from clinical material from pigs with wasting disease, originating from Canada, France and the USA. The nucleotide sequences of these isolates were determined.

Using these antibodies, all of the PCV isolates from diseased pigs were shown to be antigenically similar to each other, but antigenically distinct from the PCV-contaminant of continuous pig kidney cell cultures. Genomic analysis of the Canadian, US and French isolates of PCV have shown that these porcine circoviruses form a closely related group at the nucleotide sequence level (more than 96 per cent intra-group nucleotide sequence homology). These viruses are, however, distinct from the PCV contaminant of continuous pig kidney cell cultures (Meehan and others 1997) and the isolate of PCV described by LeCann and others (1997), in that they exhibit less than 80 per cent nucleotide sequence homology.

Given the antigenic and nucleotide sequence differences, we propose that these novel PCVs represent a different type of PCV, and should be designated Type II porcine circoviruses. The original PCV contaminant of continuous pig kidney cell cultures and the isolates described by LeCann and others (1997) and Allan and others (1995) should be designated Type I porcine circovirus.

Serological evidence supports the ubiquitous presence of Type I porcine circovirus in the pig population and we believe that mixed infections comprising both non-pathogenic Type I and potentially pathogenic Type II porcine circoviruses could occur. Care should therefore be taken when interpreting PCR results from diseased pigs. In addition, there is now an urgent need for type-specific sero-diagnostics.

Further experiments are underway to investigate the role of Type II porcine circoviruses in the pathogenesis of wasting disease syndromes.

G. Allan, B. Meehan, D. Todd,
S. Kennedy, F. McNeilly, *Veterinary Sciences Division, Department of Agriculture for Northern Ireland, Belfast BT4 3SD*
J. Ellis, E. G. Clark, J. Harding, *Western College of Veterinary Medicine, University of Saskatchewan, Saskatoon, Canada S7N 5B4*
E. Espuna, *Laboratorios Hipra, 17170, Amer (Girona), Spain*
A. Botner, *Danish Veterinary Institute for Virus Research, Lindholm, DK-4771 Kalvehave, Denmark*
C. Charreyre, *Merial, 254 rue Marcel Merieux, Lyon, France*

References
ALLAN, G. M., MACKIE, D., McNAIR, J., ADAIR, B. M. & McNULTY, M. S. (1994) *Veterinary Immunology and Immunopathology* 43, 357
ALLAN, G. M., McNEILLY, F., CASSIDY, J. P., REILLY, G. A. C., ADAIR, B., ELLIS, W. A. & McNULTY, M. S. (1995) *Veterinary Microbiology* 44, 49
ALLAN, G. M., McNEILLY, F., KENNEDY, S., DAFT, B., CLARK, E. D., ELLIS, J. A., HAINES,



MER0011276

468

The Veterinary Record, April 25, 1998

D. M., MEEHAN, B. M. & ADAIR, B. M. (1998) *Journal of Veterinary Diagnostic Investigation* 10 (1), 3
DAFT, B., NORDHAUSEN, R. W., LATIMER, K. S. & NIAGRO, F. D. (1996) *Proceedings of the American Association of Veterinary Laboratory Diagnosticians* 39, 32
HARDING, J. C. (1997) Proceedings of the annual meeting of the American Association of Swine Practitioners. p 503
LECANN, P., ALBINA, E., MADEC, F., CARIOLET, R. & JESTIN, A. (1997) *Veterinary Record* 141, 660
MEEHAN, B. M., CREELAN, J. L., McNULTY, M. S. & TODD, D. (1997) *Journal of General Virology* 78, 221
SEGALES, J., SITJAR, M., DOMINGO, M., DEE, S., DEL POZO, M., NOVAL, R., SACRISTAN, C., DE LAS HERAS, A., FERRO, A. & LATIMER, K. S. (1997) *Veterinary Record* 141, 600

## Population density and infectious disease at bird tables

SIR, – Mortality incidents due to *Salmonella typhimurium* and other infectious agents are well-recognised in wild birds fed at bird tables, feeders and elsewhere in gardens (Wilson and Macdonald 1967, Kirkwood and others 1995). These incidents frequently involve ground-feeding finches, notably greenfinches (*Carduelis chloris*), house sparrows (*Passer domesticus*) and chaffinches (*Fringilla coelebs*), but a range of other species, including tree sparrow (*Passer montanus*), siskin (*Carduelis spinus*) and bullfinch (*Pyrrhula pyrrhula*) may also be affected. There is a marked seasonal pattern, with incidents being most frequent between December and May.

Attention has been drawn to the possibility of increased risk of such infections to birds where they gather in large numbers and at high densities in gardens (Stroud and Friend 1987). However, lacking information on the prevalence of these diseases in non-provisioned populations, it has not been possible to judge if there is a real basis for the concern that disease incidence may correlate with intensity of provisioning. It could be, for example, that the numbers of reports of disease outbreaks in provisioned birds are not a reflection of a greater prevalence of diseases in this group versus unprovisioned populations, but of the greater likelihood that diseased birds will be observed and reported in provisioned populations. This bias might be expected since, among garden bird enthusiasts, intensity of provisioning, closeness of observation, and motivation to report disease outbreaks, probably correlate.

During the past two years, as part of a longer term study of causes of disease in garden birds, persons reporting disease outbreaks have been asked to estimate the total volume of food (mostly peanuts, various seeds and scraps) they put out for their garden birds each day. These data allow a preliminary test of the hypothesis that the risk of mortality incidents due to infectious disease is related to the amount of food provided daily and thus to population density (the number of birds using the feeding station), in a way which avoids the possible sources of bias mentioned above.

Of 143 disease or mortality incidents reported since January last year, estimates of the intensity of provisioning (in pints per day) were obtained for 60. In 50 of these cases (in which mortality varied from a few individuals to many tens of birds), the cause was attributed to infectious disease in provisioned birds on the basis of postmortem investigations, or history and clinical signs. The other 10 reports were of incidents other than deaths due to infectious disease in provisioned birds. These included, for example, reports of deaths due to flying into windows, reports of plumage loss or leg lesions in otherwise healthy birds, or reports of deaths in species (for example, swallow) that do not feed at bird tables.

The mean estimated amount of food provided daily in the infectious causes of mortality group was significantly more (3·6 ± 3·68 pints per day, n=50) than the mean for the other group (0·6 ± 0·87 pints per day, n=10) (P<0·01, one-tailed $t$ test). It appears, from this, that the type of disease observed in garden birds is related to intensity of provisioning.

Among the 18 incidents reported in which the daily food provision was estimated to be 1 pint or less, 10 (55 per cent of cases) were of mortality incidents attributed to infections in provisioned birds. However, of the 42 incidents in which the estimated daily food provision was greater than 1 pint, 40 (95 per cent) were mortality incidents attributed to infections. The difference in these proportions was significant at the 0·1 per cent level (one-tailed chi-squared test).

Although some caution is appropriate in interpreting results from questionnaire-type studies like this, these observations support the hypothesis that the risk of infectious disease incidents is related, in part, to the intensity of provisioning and thus population density of birds at the feeding site. This is no great surprise (it is, for example, entirely consistent with our knowledge of the epidemiology of salmonellosis in other species) but, as far as I am aware, it has not been demonstrated before.

Garden birds are fed on a surprisingly large scale in Britain. It has been estimated recently, for example, that 15,000 tons of peanuts are used yearly (Moss and Cottridge 1998). This, alone, is more than enough to meet the annual energy requirements of the entire breeding population of British greenfinches (about 550,000 pairs). That there may be disease risks associated with provisioning on a large scale is not widely known among garden bird enthusiasts. Various measures have been suggested for minimising the risk of infectious diseases at bird tables and feeders (Kirkwood and Macgregor 1997), but avoiding very high population densities is likely to be a key factor in both prevention and control.

We may, in feeding wild birds, be influencing their lives and biology more than we think. There is a case for further study of the impact of provisioning on population dynamics, welfare, and other aspects of their biology.

James K. Kirkwood, *Universities Federation for Animal Welfare, The Old School, Brewhouse Hill, Wheathampstead, Hertfordshire AL4 8AN*

**References**
KIRKWOOD, J. K., HOLMES, J. P. & MACGREGOR, S. K. (1995) *Veterinary Record* 136, 372
KIRKWOOD, J. K. & MACGREGOR, S. K. (1997) Infectious diseases of garden birds: minimising the risks. UFAW, The Old School, Brewhouse Hill, Wheathampstead, Hertfordshire AL4 8NA, UK
MOSS, S. & COTTRIDGE, D. (1998) Attracting birds to your garden. London, New Holland
STROUD, R. K. & FRIEND, M. (1987) In: Field guide to wildlife diseases. Ed M. Friend. US Department of Interior Fish and Wildlife Service Publication 167. p 101
WILSON, J. R. & MACDONALD, J. W. (1967) *British Veterinary Journal* 123, 212

## Tail-biting and tail-docking in pigs

SIR, – We agree with both the letter of Smith and Penny and the letter of Williams and White (*VR*, April 11, pp 407-408) that animal well-being must remain the priority when considering the issue of tail-biting and tail-docking in pigs. Both letters, however, expressed concerns over two areas of our earlier communication (*VR*, April 4; p 375).

First, we claimed that the recent Cambac survey of tail-biting did not prove that docking pigs' tails helped to control severe tail-biting. The Pig Veterinary Society, represented by Williams and White, should not be 'surprised' or 'confused' by our comments. Scientists are in the business of ensuring that research is of the highest quality when important welfare issues are at stake. Any claims released into the public domain must be based both on a firm scientific foundation and peer review. We believe that more research is needed before any definitive conclusions can be drawn, and hope that the funding bodies also view this as a priority.

Secondly, we claimed that 'mild' tail-biting was of little consequence to the farmer, veterinarian or the concerned welfare lobby. We accept the comment of Smith and Penny that tail-biting can lead to pyaemia and carcase condemnation, and the comment of Williams and White that we should also consider how the pig may perceive such behaviour. However, we must return to the fact that any conclusions on the causes of tail-biting should be specific with respect to the degree of damage caused. There is no data currently available showing the link between the severity of tail-damage and the incidence of pyaemia. While Huey (1996) found that 175 of the 75,130 bacon weight pigs (0·23 per cent) surveyed had abscesses both on the tail and one other site, there was no indication given of the severity of tail damage as suggested by Smith and Penny. This is of course the critical issue. Unless indicated otherwise we maintain that 'mild' tail damage may not cause significant deficits in either health status or psychological well-being compared to the tail-docking procedure which could itself lead to pain, pyaemia (see Huey 1996) and secondary abscesses.

Jon E. L. Day, *Institute of Food Research, Reading Laboratory, Earley Gate, Reading RG6 6BZ*
Stephen D. Webster, *Animal Behaviour Research Group, Department of Zoology, University of Oxford, South Parks Road, Oxford OX1 3PS*

**Reference**
HUEY, R. J. (1996) *Veterinary Record* 138, 511

