UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED, MERIAL SAS, THE QUEEN'S UNIVERSITY OF BELFAST, AND UNIVERSITY OF SASKATCHEWAN,<br><br>Defendant | Civil Action No.<br>1:06-cv-00658 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the documents listed below with the Clerk of Court using CM/ECF which will send notification of such filings to all counsel of record:

- NOTICE OF FILING DOCUMENTS IN SUPPORT OF MERIAL'S ANSWERING BRIEF CONCERNING CLAIM CONSTRUCTION
- DECLARATION OF CHRISTOPHER CIVILIAN LOUIS CHASE, D.V.M., PH.D. and supporting exhibits A-C
- DECLARATION OF BRIAN M. MEEHAN CONCERNING PORCINE CIRCOVIRUS TYPE II SEQUENCES

In addition, I hereby certify that on May 25, 2007, I sent the documents listed below:

- MERIAL'S ANSWERING BRIEF CONCERNING CLAIM CONSTRUCTION *[Filed Under Seal]*

- DECLARATION OF J. PATRICK ELSEVIER IN SUPPORT OF MERIAL'S ANSWERING BRIEF CONCERNING CLAIM CONSTRUCTION and supporting exhibits 1-21 *[Filed Under Seal]*

by Electronic Mail and First Class Mail to:

William G. James, II, Esq. wjames@kenyon.com
John R. Hutchins, Esq. jhutchins@kenyon.com
Cedric C. Y. Tan, Esq. ctan@kenyon.com
1500 K Street, NW
Washington, DC 20005-1257
Tel. 202.220.4200
Fax 202.220.4201

by Electronic Mail only to:

Michael Douglas Loughnane, Esq.
mloughnane@kenyon.com
Richard L. DeLucia, Esq. rdelucia@kenyon.com
One Broadway
New York, NY 10004-1007
Tel 212.908.6225
Fax 212.425.5288

Stacey R. Barnes

RLF1-3016520-1