UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS, *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**DECLARATION OF CEDRIC TAN IN SUPPORT OF PLAINTIFF INTERVET'S MOTION FOR AN EXPEDITED ORDER TO STRIKE THE EXPERT DECLARATION OF DR. CHRISTOPHER CIVILIAN LOUIS CHASE, D.V.M., PH.D., OR, IN THE ALTERNATIVE, RESCHEDULE THE CLAIM CONSTRUCTION HEARING**

I, Cedric C. Y. Tan, hereby declare as follows:

1.  I am an attorney at Kenyon & Kenyon LLP, counsel for plaintiff Intervet Inc. in the above-captioned action. I am a member of the District of Columbia Bar and have made an appearance as an attorney of record in this action.

2.  Attached as Exhibit A to this Declaration is a true and correct copy of a letter dated March 28, 2007 that Frank Smith sent to Mike Loughnane.

3.  Attached as Exhibit B to this Declaration is a true and correct copy of an e-mail exchange dated April 24-25, 2007 between Mike Loughnane and Frank Smith.

4.  Attached as Exhibit C to this Declaration is a true and correct copy of an e-mail dated April 27, 2007 that William James sent to Frank Smith, *et al.*

5.  Attached as Exhibit D to this Declaration is a true and correct copy of a letter dated May 3, 2007 that William James sent to Frank Smith.

6.  Attached as Exhibit E to this Declaration is a true and correct copy of a letter dated May 30, 2007 that Frank Smith sent to William James.

7.  Attached as Exhibit F to this Declaration is a true and correct copy of a letter dated May 31, 2007 that Frank Smith sent to William James.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2007

Cedric C. Y. Tan