# Exhibit B

**From:** Smith, Frank [mailto:Frank.Smith@alston.com]
**Sent:** Wednesday, April 25, 2007 3:51 PM
**To:** Loughnane, Michael
**Cc:** James, William; Jarecki-Black, Judy; Elsevier, Patrick; Kowalski, Thomas
**Subject:** RE: Markman Experts

merial's position is that its expert witness disclosures will be made in conformance with the federal rules of civil procedure and paragraph 9 of judge kennedy's 8/4/06 order. we trust intervet will do the same.

---

**From:** Loughnane, Michael [mailto:MLoughnane@kenyon.com]
**Sent:** Tuesday, April 24, 2007 12:40 PM
**To:** Smith, Frank
**Cc:** James, William
**Subject:** Markman Experts

Frank,
Following up on our discussions of a few weeks back, Intervet presently believes that it will rely upon an expert in the Markman opening brief. If Merial also plans to rely upon an expert and would like to exchange the names of the experts prior to May 2, 2007, please let us know. As discussed, the depositions of the experts would take place between May 2 and May 23, preferably within the first two weeks following the opening briefs.

Mike

Michael D. Loughnane
Kenyon & Kenyon LLP
One Broadway | New York, NY 10004-1007
212.908.6225 Phone | 212.425.5288 Fax
mloughnane@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.


*************************************************
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.