# Exhibit C

**From:** James, William
**Sent:** Friday, April 27, 2007 5:25 PM
**To:** 'Smith, Frank'; 'Judy.Jarecki@Merial.com'; 'TKowalski@flhlaw.com'; pelsevier@alston.com
**Cc:** Loughnane, Michael
**Subject:** claim construction

Frank,

As I told you during our phone call on Wednesday, Intervet will be submitting an expert declaration with our claim construction brief. You did not ask me for the expert's name, so I am writing to provide it to you. Intervet will be submitting the declaration of Robert Rowland, Ph.D., Associate Professor, Department of Diagnostic Medicine/Pathobiology, College of Veterinary Medicine, Kansas State University.

Bill

William G. James
Kenyon & Kenyon LLP
1500 K Street, NW | Washington, DC 20005-1257
202.220.4412 Phone | 202.220.4201 Fax
wjames@kenyon.com | www.kenyon.com