Exhibit D



William G. James, II
Direct 202.220.4412
wjames@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201
(DC bar application pending)

May 3, 2007

**<u>Via E-Mail</u>**

Frank G. Smith III, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree
Atlanta, GA 30309-3424

      Re:  *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658,
      <u>United States District Court for the District of Columbia</u>

Dear Frank:

      As we discussed earlier this morning, Dr. Rowland is available for deposition on Wednesday, May 16, 2007, at our offices in Washington, D.C. Please confirm this date by close of business tomorrow. I will get back to you regarding your other questions as soon as possible.

                Sincerely,

                William James, II

cc:    all counsel of record