# Exhibit E

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III        Direct Dial: 404-881-7240        E-mail: frank.smith@alston.com

May 30, 2007

**VIA E-Mail**

William G. James, II, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257

Re:   *Intervet v. Merial et al*

Dear Bill:

This letter responds to your correspondence from late yesterday, May 29, 2007.

First, we are unaware of any order from the Court that limits the use of expert testimony in rebuttal in connection with claim construction issues.

Second, if you would like to have the "meet and confer" required by both the Federal Rules and Local Rules, I am available between 4 and 6 p.m. this afternoon and will be in Alston & Bird's Washington office tomorrow between noon and 6 p.m. and available then by phone or in person.

On a related topic, we still have not heard from Intervet in response to Patrick Elsevier's letter dated May 17, 2007 with regard to Dr. Rowland's deposition. A prompt response would be appreciated.

Sincerely,

Frank G. Smith, III

FGS,III/jrh
cc:   All Counsel of Record
LEGAL02/30387827v1

---

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333