# Exhibit F

Case 1:06-cv-00658-HHK-JMF     Document 99-8     Filed 06/01/2007     Page 1 of 3

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III                 Direct Dial: 404-881-7240                 E-mail: frank.smith@alston.com

May 31, 2007

VIA E-MAIL

William G. James, II, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257

  Re: *Intervet v. Merial et al*

Dear Bill:

  This letter follows-up on our correspondence and telephone call over the past two days with regard to Merial's expert, Dr. Chase.

  Dr. Chase's declaration with respect to claim construction issues was submitted in rebuttal to both (i) Intervet's belated, untimely, change in its position with respect to construction of certain terms in Claim 32 of the '601 patent and (ii) Dr. Rowland's testimony. Accordingly, Merial had nothing to offer with respect to expert testimony on claim construction issues prior to submittal of the parties' initial *Markman* brief. If Intervet would like to take Dr. Chase's deposition now, we can make arrangements for Intervet to do so in Atlanta, most likely on either June 8 or June 12, 2007. That should permit Intervet ample time to prepare whatever additional papers it would like to submit to the Court in advance of the June 21 *Markman* hearing, and in fact, affords Intervet more time than Merial had with respect to deposing Dr. Rowland and responding to his testimony in the time allowed under the *Markman* briefing schedule.

  Finally, Merial notes that we have yet to receive Intervet's response to Patrick Elsevier's letter of May 17, 2007, with respect to deficiencies in Dr. Rowland's document production and deposition testimony. Two weeks should have been more than enough time for Intervet to respond. If we do not hear from Intervet by 5 p.m. tomorrow, June 1,

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

William G. James, II, Esq.
May 31, 2007
Page 2

we will assume that no response will be forthcoming, and Merial will proceed accordingly.

Sincerely,

*Frank Smith/jrh*

Frank G. Smith, III

FGS,III/jrh
cc:    All Counsel of Record
LEGAL02/30390287v1