## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### [PROPOSED] ORDER

Before the Court is *Plaintiff Intervet Inc.'s Motion for an Expedited Order to Strike the Expert Declaration of Dr. Christopher Civilian Louis Chase, D.V.M., Ph.D., or, In the Alternative, Reschedule the Claim Construction Hearing*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby

GRANTED.

It is hereby ordered that [the Declaration of Dr. Chase submitted as D.I. 96 in this matter is stricken and Defendants Merial Limited and Merial SAS are precluded from relying on it or the claim construction opinions of Dr. Chase in any way.] / [the *Markman* hearing in this matter is rescheduled for _____, 2007.]

SO ORDERED.

Date: _____                              _____
                                                United States District Judge