## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

        *Plaintiff*,

      v.

MERIAL LIMITED and MERIAL SAS,

        *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

### NOTICE OF WITHDRAWAL OF PLAINTIFF INTERVET'S MOTION FOR AN EXPEDITED ORDER TO STRIKE THE EXPERT DECLARATION OF DR. CHRISTOPHER CIVILIAN LOUIS CHASE, D.V.M., PH.D., OR, IN THE ALTERNATIVE, RESCHEDULE THE CLAIM CONSTRUCTION HEARING

Plaintiff Intervet Inc. ("Intervet") hereby withdraws, without prejudice, *Plaintiff Intervet Inc.'s Motion for an Expedited Order to Strike the Expert Declaration of Dr. Christopher Civilian Louis Chase, D.V.M., Ph.D., or, In the Alternative, Reschedule the Claim Construction Hearing*, filed with the Court on June 1, 2007 as D.I. 99.  Intervet's withdrawal of its motion is based on negotiations between the parties since the filing of Intervet's motion to strike.

Dated: June 11, 2007

Respectfully Submitted,

_____/s/  John Hutchins_____
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

INTERVET INC.,

      *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

      *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2007, I electronically filed a *Notice of Withdrawal of Plaintiff Intervet's Motion For An Expedited Order To Strike the Expert Declaration of Dr. Christopher Civilian Louis Chase, D.V.M., Ph.D., or, In the Alternative, Reschedule the Claim Construction Hearing* with the Clerk of the Court using the CM/ECF system which will automatically e-mail notice of this filing to the following attorneys of record:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski, Esq.
Steven M. Admundson, Esq.
Vicki Franks, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Elizabeth K. Haynes, Esq.
Robert L. Lee, Esq.
Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777


Thomas J. Terebesi
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200