# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that Plaintiff Intervet's Supplemental Rebuttal Brief on Claim Construction Issues, the Declaration of John R. Hutchins in Support of Plaintiff Intervet's Supplemental Rebuttal Brief on Claim Construction Issues, and the exhibits cited therein have been filed under seal pursuant to the Protective Order of April 24, 2007 (D.I. 87). The documents have been filed in paper format with the Court and are not available for public viewing.

Dated: July 27, 2007

Respectfully Submitted,

    /s/ __John R. Hutchins
John R. Hutchins (D.C. Bar # 456749)
Cedric C. Y. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

Richard L. DeLucia
Michael D. Loughnane
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (telephone)
(212) 425-5288 (facsimile)

Attorneys for Plaintiff
Intervet Inc.

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## NOTICE REGARDING CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2007, full copies of *Plaintiff Intervet's Supplemental Rebuttal Brief On Claim Construction Issues* filed under seal pursuant to the Protective Order of April 24, 2007 (D.I. 87) will be served via e-mail on the following attorneys of record:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski, Esq.
Steven M. Admundson, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Elizabeth K. Haynes, Esq.
Robert L. Lee, Esq.
Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

/s/ Thomas J. Terebesi
Thomas J. Terebesi
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

2