UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>      *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Intervet Inc.'s *Emergency Motion To Close Discovery for The Markman Hearing, or In the Alternative, Continue the Markman Hearing Scheduled For August 6-7, 2007*.  Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby GRANTED.

It is hereby ordered that [discovery for the *Markman* hearing in this matter is deemed complete]/[the *Markman* hearing in this matter is rescheduled for _____, 2007].

SO ORDERED.


Date: _____                                              _____
                                                                United States District Judge