UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>            **Plaintiff,**<br><br>            v.<br><br>**MERIAL LIMITED, et al.,**<br><br>            **Defendants.** | **Civil Action 06-00658 (HHK)** |

**ORDER**

Plaintiff has filed a document captioned "EMERGENCY MOTION TO CLOSE DISCOVERY FOR THE MARKMAN HEARING OR, IN THE ALTERNATIVE, CONTINUE THE MARKMAN HEARING SCHEDULED FOR AUGUST 6-7, 2007" [#102]. In light of this filing, it is this 1st day of August, 2007, hereby

**ORDERED** that by no later than 12:00 noon on August 2, 2007, defendants shall file their response to plaintiff's emergency motion.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge