## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## [PROPOSED] ORDER

Before the Court is *Plaintiff Intervet's Motion to Strike Merial Limited and Merial SAS' Supplemental Brief on Claim Construction Issues.* Upon full consideration of the motion and the full record, Intervet's Motion is hereby

GRANTED.

It is hereby ordered that *Merial Limited and Merial SAS' Supplemental Brief on Claim Construction Issues* submitted as D.I. 105 in this matter is stricken.

   SO ORDERED.


Date: _____                                             _____

                                                                                              United States District Judge