UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS;<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**MERIAL LIMITED AND MERIAL SAS' BRIEF IN OPPOSITION TO INTERVET'S MOTION TO STRIKE MERIAL LIMITED AND MERIAL SAS' SUPPLEMENTAL BRIEF ON CLAIM CONSTRUCTION ISSUES**

Merial Limited and Merial SAS ("Merial") submit this brief in opposition to Intervet's Motion to Strike Merial Limited and Merial SAS' Supplemental Brief on Claim Construction Issues (Doc. 106) ("Intervet's Motion to Strike").

Merial filed its Supplemental Brief on Claim Construction Issues (Doc. 105) to address two topics: (i) a recently discovered international Intervet patent application – WO 2007/028823 ("the Intervet '823 PCT") – in which Intervet uses the term, "PCV-2" and "ORF" consistently with the constructions of those terms that Merial has proposed, and inconsistently with the constructions advanced by Intervet and (ii) rebuttal to Intervet's unfounded assertions regarding Merial's expert, Dr. Chase, that were set forth in Intervet's belated "Supplemental Rebuttal Brief on Claim Construction Issues" filed July 27, 2007.

Intervet's failure to produce in discovery the Intervet '823 PCT, despite Merial's longstanding discovery requests, and Intervet's untimely filing and unfounded assertions in Intervet's "Supplemental Rebuttal Brief on Claim Construction Issues" necessitated Merial's filing of its Supplemental Brief on Claim Construction Issues.

In any event, Intervet's Motion to Strike is now moot. At the Claim Construction Hearing held on August 6th and 7th, the Court overruled Intervet's objection to the introduction of evidence relating to the Intervet '823 PCT.

In addition, as part of its presentation at the Claim Construction Hearing, Intervet referenced text from Merial's Supplemental Brief on Claim Construction Issues with respect to Merial's rebuttal of Intervet's unfounded assertions regarding Dr. Chase. By introducing material from Merial's Supplemental Brief on Claim Construction Issues into the record of the Claim Construction Hearing, Intervet waived any objections to the admission of Merial's brief.

In light of the above, counsel for Merial requested that counsel for Intervet withdraw its Motion to Strike as moot, but Intervet's counsel refused Merial's request.

### Conclusion

For the reasons set forth herein and for the reasons set forth in Merial Limited and Merial SAS' Supplemental Brief on Claim Construction Issues (Doc. 105), Merial respectfully requests that the Court deny Intervet's Motion to Strike (Doc. 106) as moot.

Dated: August 9, 2007

/s/ *Timothy A. Ngau*
ALSTON & BIRD LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson

DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Intervet, Inc.**

John R. Hutchins
William G. James, II
Cedric C. Y. Tan
Kenyon & Kenyon
1500 K Street, N.W.
Suite 700
Washington, DC 20005-1257

Richard L. DeLucia
Michael Douglas Loughnane
Kenyon & Kenyon
One Broadway
New York, NY 10004

LEGAL02/30481854v1

This 9th day of August, 2007

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Merial Limited and Merial SAS