UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC.,

    Plaintiff,

    v.

MERIAL LIMITED and MERIAL SAS;

    Defendants.

Civil Action No. 1:06-cv-00658 (HHK)

**List of Terms Relevant to *Markman* Hearing held on August 6-7, 2007**

In accordance with the Court's suggestion at the *Markman* hearing held on August 6-7, 2007, and to assist the Court's reporter in preparing a transcript, Merial respectfully submits the following list of scientific terms that may have been used during the course of the hearing.

| | |
|---|---|
| Alanine | Genome |
| Amino Acids | Glutamic acid |
| Antibodies | Glutamine |
| Antibody | Glycine |
| Arginine | Hepatitis |
| Asparagine | Histidine |
| Aspartic acid | Homology |
| Capsid | Hybridize |
| Causative agent | Immune cell |
| Cell | Immune Systems |
| Codon | Immunology |
| Cysteine | Imp. 1010 |
| Deoxyribonucleic Acid | *in vitro* |
| DNA | *in vivo* |
| DNA sequence | Intrinsic evidence |
| DNA triplet | Isolates |
| Doctrine of Claim Differentiation | Isoleucine |
| Double helix | Jaundice |
| Encapsulated | Lesions |
| Epitope | Leucine |
| Extrinsic evidence | Lymph |
| GenBank | Lysine |

Meehan
Methionine
Molecular biology
Monoclonal antibodies
Mutations
Nephritis
Non-pathogenic
Nucleotide sequence
Nucleotide sequence encoding an epitope which is specific to PCV-2 and not specific to PCV-1
Nucleotides
Open Reading Frames
ORF
ORFs
ORF-2
ORFs 1-13
Organism
Pathogenic
PCR
PCV
PCV-1
PCV-2
PEPSCAN
Phenylalanine
PK/15
Plasmid
PMWS
Pneumonia
Polypeptides
Porcine circovirus
Porcine circovirus type I
Porcine circovirus type II
Post-Weaning Multisystemic Wasting Syndrome
Proline
Proteins
RNA
Sequence
Sequence alignment
Serine
Start codon
Stop codon
Strains
Strand
Threonine
Tryptophan
Tyrosine
Vaccinal
Vaccine
Valine
Vector
Veterinary medicine
Virology
Virus
Viruses

Dated: August 9, 2007

Respectfully submitted,

/s/ *Timothy A. Ngau*
ALSTON & BIRD LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS