# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## STIPULATED AMENDED SCHEDULING ORDER

In view of the agreement between the parties to amend the current Scheduling Order, it is hereby ORDERED that:

1. Factual discovery shall close on November 16, 2007.

2. Expert discovery. The party bearing the burden of proof on an issue shall serve opening Expert Reports on December 17, 2007. Answering Expert Reports shall be served on January 28, 2008. Depositions of experts shall conclude by March 7, 2008.

**SO ORDERED.**

_____
United States District Court Judge

Respectfully submitted, this 10th day of August, 2007.

| | |
|---|---|
| /s/ Cedric C.Y. Tan | /s/ Timothy Ngau |
| KENYON & KENYON LLP | ALSTON & BIRD, LLP |
| John R. Hutchins | Timothy Ngau |
| DC Bar No. 456749 | DC Bar No. 339333 |
| Cedric C.Y. Tan | 950 F Street, NW |
| DC Bar No. 464848 | Washington, DC 20004 |
| 1500 K Street, N.W., Suite 700 | Phone: 202-756-3300 |
| Washington, DC 20005 | Fax: 202-756-3333 |
| Phone: 202-220-4200 | |
| Fax: 202-220-4201 | Judy Jarecki-Black, Ph.D. |
| | Merial Limited |
| *Counsel for Plaintiff* | 3239 Satellite Blvd. |
| | Duluth, GA 30096-4640 |
| | Tel.: (678) 638-3805 |
| | Fax: (678) 638-3350 |
| | |
| | Thomas J. Kowalski |
| | Steven M. Amundson |
| | DC Bar No. 412196 |
| | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Elizabeth K. Haynes |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| | *Counsel for Defendants* |