UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,** <br>       **Plaintiff,** <br><br>    v. <br><br> **MERIAL LIMITED, et al.,** <br><br>       **Defendants.** | Civil Action 06-00658 (HHK) |

**ORDER**

Before the court are (1) plaintiff's motion [#106] to strike defendants' supplemental brief regarding claim construction issues [#105] and (2) plaintiff's emergency motion [#102] to close discovery or, in the alternative, to stay the Markman hearing held on August 6–7, 2007.  By virtue of the fact that the Markman hearing was held as scheduled, the emergency motion is moot.  Upon consideration of the motion to strike, the opposition thereto, and the record of this case, the court determines that the motion should be granted.[1]  Accordingly, it is this 10th day of August, 2007, hereby

**ORDERED** that plaintiff's emergency motion [#102] is **DENIED** as moot; and it is further

**ORDERED** that plaintiff's motion to strike [#106] is **GRANTED**; and is further

---

[1] The court also notes that *none* of the supplemental briefs filed by either of the parties were filed with motions requesting leave of court to file them.  This should have been done, as the court's scheduling order only allowed for the filing of two sets of (initial and responsive) briefs.  There being no objection to the filing of Intervet's first supplemental brief, however, the court will not strike that brief *sua sponte* (nor will it entertain any future motion to strike by defendants).  In any event, the parties are admonished that the court will rely primarily, if not exclusively, on the material presented at the Markman hearing.  The court may also rely on the material presented in the parties' two sets of (scheduled and approved) claim construction briefs, but it does not anticipate that this reliance will be significant.

**ORDERED** that defendants' supplemental brief regarding claim construction issues [#105] be stricken from the court's docket.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge