## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## CONSENT MOTION FOR A CONTINUANCE OF THE OCTOBER 5, 2007 STATUS CONFERENCE

Pursuant to LCvR 16, Plaintiff Intervet Inc. ("Intervet"), with the consent of Defendants Merial Limited and Merial SAS (collectively "Merial"), hereby moves for a continuance related to the upcoming status conference in the above-captioned matter. The status conference is currently scheduled for Friday, October 5, 2007 at 9:45 AM (9/10/2007 Minute Order). Due to a scheduling conflict, Intervet respectfully requests to extend the October 5th conference to the following Friday, October 12, 2007, at a time that the Court has available. Intervet has given notice of this motion and discussed it with Merial, and Merial consents to the requested continuance.

A proposed order is attached for the Court's consideration.

Dated: September 18, 2007                                  Respectfully Submitted,


                                                                    /s/  John Hutchins
                                                           John R. Hutchins (D.C. Bar # 456749)
                                                           KENYON & KENYON LLP
                                                           1500 K Street N.W., Suite 700
                                                           Washington, DC. 20005
                                                           (202) 220-4200 (telephone)
                                                           (202) 220-4201 (facsimile)
                                                           Attorneys for Plaintiff
                                                           Intervet Inc.

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658(HHK/JMF) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007, I electronically served a

*Consent Motion for a Continuance of the October 5, 2007 Status Conference* with the Clerk of

the Court using the CM/ECF system which will automatically e-mail notice of this filing to the

following attorneys of record:

>Judy Jarecki-Black, Ph.D.
>MERIAL LIMITED
>3239 Satellite Blvd.
>Duluth, GA 30096-4640
>Tel: (678) 638-3805
>Fax: (678) 638-3350

Thomas J. Kowalski, Esq.
Steven M. Admundson, Esq.
Vicki Franks, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500


Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Elizabeth K. Haynes, Esq.
Robert L. Lee, Esq.
Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777


_____
Thomas J. Terebesi
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

2