UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PROPOSED ORDER**

Now before the Court is the *Consent Motion for a Continuance of the October 5, 2007 Status Conference* ("Consent Motion"). After considering the motion, and the fact that it is agreed to by Defendants Merial Limited and Merial SAS, the Consent Motion is hereby

GRANTED.

The October 5th status conference is rescheduled for Friday, October 12, 2007, at _____ AM/PM.

SO ORDERED.

Date: _____                                          _____
                                                                                    United States District Judge