AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Intervet Inc.   )
      Plaintiff(s)   )   **APPEARANCE**
    )
    )
    vs.   )   CASE NUMBER   1:06-cv-00658-HHK-JMF
    )
Merial Limited and Merial SAS   )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Yariv Waks__ as counsel in this
        (Attorney's Name)

case for: __Intervet Inc.__
      (Name of party or parties)

October 5, 2007
Date

_(signature)_
Signature

491729
BAR IDENTIFICATION

Yariv Waks
Print Name

Kenyon & Kenyon LLP   1500 K Street NW
Address

Washington   DC   20005
City   State   Zip Code

202-220-4200
Phone Number