**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**JOINT MOTION TO EXTEND FACT AND EXPERT DISCOVERY**

Pursuant to LCvR 16, Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS (collectively "Merial"), jointly move to extend fact discovery to the latter of (i) December 14, 2007, or (ii) 30 days after a *Markman* decision on claim construction has issued in this matter. The close of fact discovery is currently scheduled for Friday, November 16, 2007 (8/22/07 Minute Order). Upon determination of the actual deadline for close of fact discovery, the parties will submit a further amended scheduling order setting forth the dates for completion of expert discovery that maintains the current time periods between the close of fact discovery and the close of expert discovery.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 16th day of October, 2007

/s/ Yariv Waks
KENYON & KENYON LLP
John R. Hutchins
DC Bar No. 456749
Yariv Waks
DC Bar No. 491729
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201
*Counsel for Plaintiff*

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
*Counsel for Defendants*