# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## [PROPOSED] AMENDED SCHEDULING ORDER

Now before the Court is the Parties' joint motion to amend the scheduling order to extend fact and expert discovery. In light of this motion, it is hereby ordered that:

1. Fact discovery will close on the latter of (i) December 14, 2007, or (ii) 30 days after the Court issues its ruling related to the *Markman* claim construction issues in this matter.

2. Expert discovery: Depending on which of the foregoing dates becomes the close of fact discovery, the parties will submit a further amended scheduling order setting forth all dates for completion of expert discovery.

**SO ORDERED.**

Date: _____                              _____

                                                United States District Judge