## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### JOINT MOTION TO POSTPONE THE NOVEMBER 30, 2007, STATUS CONFERENCE

Pursuant to LCvR 16, Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS (collectively "Merial") jointly move to postpone the upcoming November 30, 2007, Status Conference in this matter. At present, the parties do not see a need to have this Status Conference. Therefore, the parties request that the Court postpone it until a later date convenient for the Court, preferably within the first two weeks following the Court's claim construction ruling in this matter.

A proposed order is attached for the Court's consideration.

Respectfully submitted this 15th day of November, 2007,

/s/ Yariv Waks
KENYON & KENYON LLP
John R. Hutchins
DC Bar No. 456749
Yariv Waks
DC Bar No. 491729
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201
*Counsel for Plaintiff*

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
*Counsel for Defendants*