# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## [PROPOSED] ORDER

Now before the Court is the Parties' joint motion to postpone the November 30, 2007, Status Conference in the above-captioned matter. In light of this motion, it is hereby ordered that the November 30, 2007, Status Conference is postponed.

**SO ORDERED.**

Date: _____          _____

United States District Judge