UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Timothy A. Ngau, a member in good standing of the Bar of this Court and counsel of record for Defendants Merial Limited and Merial SAS, respectfully requests this Court to grant Kristen L. Melton, a non-member of this Court's Bar, leave to appear *pro hac vice* in this matter.

The declaration of Ms. Melton, setting forth the information required by LCvR 83.2(d), and a proposed order accompany this motion.

Dated: November 28, 2007

Respectfully submitted,

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Merial Limited and Merial SAS

LEGAL02/30613370v1