UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC., :
:
*Plaintiff,* :
:
v. :
:
MERIAL LIMITED and MERIAL SAS, : Civil Action No. 1:06-CV-00658 (HHK)
:
*Defendants.* :

**DECLARATION OF KRISTEN L. MELTON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Kristen L. Melton declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants Merial Limited and Merial SAS in this action.

2. I am an associate of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bars of the States of Georgia and New York. I am admitted to practice in the following courts:

- all Superior Courts of the State of Georgia;
- all state courts of the State of New York;
- U.S. District Court for the Eastern District of New York; and
- U.S. District Court for the Southern District of New York.

4.	I hereby certify that I have never been disciplined by any bar; that I have not been admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 11/27/07                                   _____
                                                                Kristen L. Melton

- 2 -