UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

### ORDER TO ADMIT ATTORNEY *PRO HAC VICE*

Upon the motion for leave to have Kristen L. Melton appear *pro hac vice* and good cause having been shown, the motion is hereby GRANTED and Kristen L. Melton may appear *pro hac vice* in this matter.

Dated: November ____, 2007       _____
                                 United States District Court Judge

1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of November 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    John R. Hutchins
    Kenyon & Kenyon
    1500 K Street N.W., Suite 700
    Washington, D.C. 20005

| | |
|---|---|
| | /s/ Timothy A. Ngau<br>ALSTON & BIRD, LLP<br>Timothy A. Ngau<br>DC Bar No. 339333<br>950 F Street, NW<br>Washington, DC  20004<br>Phone: 202-756-3300<br>Fax: 202-756-3333<br><br>Counsel for Merial Limited and Merial SAS |