UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MERIAL LIMITED, et al.,**<br><br>　　　　　**Defendants.** | Civil Action 06-00658 (HHK) |

**ORDER**

It is this 30th day of November 2007, hereby **ORDERED** that the parties shall file a joint case management report by no later than December 17, 2007.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge