# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

# [PROPOSED] ORDER

Now before the Court is the Parties' joint motion to extend the deadlines for the joint case management report and fact discovery in the above-captioned matter. In light of this motion, it is hereby ordered that:

The joint case management report shall be filed no later than February 1, 2008;

Fact discovery is to conclude by February 15, 2008.

**SO ORDERED.**

Date: _____                                    _____

                                                                                       United States District Judge