UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff Intervet Inc., under the continuing obligation imposed by LCvR 7.1, certify that to the best of my knowledge and belief, the following company, or its affiliates or subsidiaries which have any outstanding securities in the hands of the public, has acquired an ownership interest in Intervet Inc.:

Schering-Plough Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted this 10th day of January, 2008.

     /s/ Yariv Waks
KENYON & KENYON LLP
John R. Hutchins (DC Bar No. 456749)
Yariv Waks (DC Bar No. 491729)
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201
*Counsel for Plaintiff*