## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE OF JANUARY 14, 2008

Plaintiff Intervet Inc. and Defendants Merial Limited and Merial SAS (collectively "the Parties") hereby submit this joint motion to continue the January 14, 2008, status conference in this matter. In light of the Court's request for a Joint Case Management Report, which will be filed with the Court on February 1, 2008 (D.I. 121 and minute entry of December 13, 2007), the Parties do not presently see the need for this status conference. The Parties will agree to and propose a date for the next status conference in this matter in the February 1st Joint Case Management Report.

Respectfully submitted this 11th day of January, 2008.

| | |
|---|---|
| /s/ Yariv Waks | /s/ Timothy Ngau |
| KENYON & KENYON LLP | ALSTON & BIRD, LLP |
| John R. Hutchins | Timothy Ngau |
| DC Bar No. 456749 | DC Bar No. 339333 |
| Yariv Waks | 950 F Street, NW |
| DC Bar No. 491729 | Washington, DC 20004 |
| 1500 K Street, N.W., Suite 700 | Phone: 202-756-3300 |
| Washington, DC 20005 | Fax: 202-756-3333 |
| Phone: 202-220-4200 | |
| Fax: 202-220-4201 | Judy Jarecki-Black, Ph.D. |
| *Counsel for Plaintiff* | Merial Limited |
| | 3239 Satellite Blvd. |
| | Duluth, GA 30096-4640 |
| | Tel.: (678) 638-3805 |
| | Fax: (678) 638-3350 |
| | |
| | Thomas J. Kowalski |
| | Steven M. Amundson |
| | DC Bar No. 412196 |
| | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Elizabeth K. Haynes |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | *Counsel for Defendants* |