**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**JOINT CASE MANAGEMENT REPORT**

    Pursuant to the Court's Orders of November 30, 2007 (D.I. 122), and December 13, 2007 (minute entry), Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS ("Merial") (collectively "the Parties") have conferred and hereby submit this Joint Case Management Report.

    The Parties' positions with respect to the schedule for the remainder of this case is as follows:

    1.    <u>Fact Discovery</u>:  Fact discovery will close on April 11, 2008.

    2.    <u>Motion Practice</u>:  Intervet intends to file a motion to bifurcate the issue of willful infringement.  Pending the outcome of meet and confer sessions between the Parties, there may also be discovery motions filed.

    3.    <u>Expert Discovery</u>:  The party bearing the burden of proof on an issue shall disclose the identities its expert witnesses on such issues no later than April 25, 2008.  The party bearing the burden of proof on an issue shall serve opening expert reports no later than May 9, 2008.  The responding party shall disclose the identities of its expert witnesses on such issues by

May 23, 2008.  Answering expert reports shall be served no later than June 6, 2008.  Depositions of experts shall conclude no later than August 1, 2008.

    4.    <u>Dispositive Motions</u>:  Dispositive motions shall be filed on or before August 29, 2008; oppositions thereto shall be filed on or before September 26, 2008; and replies thereto shall be filed on or before October 10, 2008.

    5.    <u>Pretrial Conference</u>:  The Final Pretrial Conference will be scheduled by the Court.  The Parties will meet and confer three weeks in advance of the Final Pretrial Conference and file a Joint Pretrial Statement not less than 11 days before the Final Pretrial Conference.

    6.    <u>Trial</u>:  The trial date will be set by the Court.

SO ORDERED:

_____
United States District Court Judge

Dated:  _____

Respectfully submitted this 1st day of February, 2008.

| | |
|---|---|
| /s/ Yariv Waks | /s/ Timothy Ngau |
| KENYON & KENYON LLP | ALSTON & BIRD, LLP |
| John R. Hutchins (DC Bar No. 456749) | Timothy Ngau (DC Bar No. 339333) |
| William G. James (DC Bar No. 503162) | 950 F Street, NW |
| Yariv Waks (DC Bar No. 491729) | Washington, DC 20004 |
| 1500 K Street, N.W., Suite 700 | Phone: 202-756-3300 |
| Washington, DC 20005 | Fax: 202-756-3333 |
| Phone: 202-220-4200 | |
| Fax: 202-220-4201 | Judy Jarecki-Black, Ph.D. |
| | Merial Limited |
| Richard L. DeLucia | 3239 Satellite Blvd. |
| Michael D. Loughnane | Duluth, GA 30096-4640 |
| Patrice P. Jean, Ph.D. | Tel.: (678) 638-3805 |
| Kenyon & Kenyon LLP | Fax: (678) 638-3350 |
| One Broadway | |
| New York, NY 10004 | Thomas J. Kowalski |
| | Steven M. Amundson |
| *Counsel for Plaintiff* | DC Bar No. 412196 |
| | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Kristen Melton |
| | Elizabeth K. Haynes |
| | Jessica Jacob |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| | *Counsel for Defendants* |