UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) <br><br> **ORAL HEARING REQUESTED** |

**MERIAL LIMITED AND MERIAL SAS'
OMNIBUS MOTION TO COMPEL
PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY**

Pursuant to Fed. R. Civ. P. 37 and L.C.v.R. 7, Defendants Merial Limited and Merial SAS (collectively, "Merial") move this Court for an Order compelling Plaintiff Intervet Inc. ("Intervet") to cure its deficient responses to Merial's discovery requests in full compliance with Intervet's discovery obligations as set forth in Fed. R. Civ. P. 26, 30, 33, 34, and 36.  For the reasons set forth in the Memorandum in Support of Merial Limited and Merial SAS' OmniBus Motion to Compel Plaintiff Intervet Inc. to Respond to Discovery and supporting papers, submitted herewith, Merial respectfully requests that this Court grant its motion to compel and order Intervet to comply with Fed. R. Civ. P. 26, 30, 33, 34, and 36 to cure Intervet's deficiencies in its following responses to Merial's discovery:

- Plaintiff Intervet's Supplemental Responses and Objections to Defendants Merial SAS' and Merial Limited's First Set of Interrogatories, served December 21, 2007;

- Intervet's written responses to topics 1-6 and 10 in Merial's Notice of Rule 30(b)(6) Deposition of Intervet, Inc. (Liability), served December 21, 2007;

- Plaintiff Intervet Inc.'s Responses to Defendants Merial SAS' and Merial Limited's First Set of Requests for Admission, served January 4, 2008;

- Intervet's written responses to topics 6, 7, and 13 in Merial's Notice of 30(b)(6) Deposition of Intervet, Inc. (Damages), served January 11 and 15, 2008;

- Plaintiff Intervet's Responses and Objections to Defendants Merial Limited's and Merial SAS' Second Set of Interrogatories, served January 15, 2008; and

- Intervet's Objections and Responses to Defendants Merial SAS' and Merial Limited's First Request for the Production of Documents and Things, served September 14, 2006, and to which improperly redacted documents have been produced on a rolling basis or withheld.

Pursuant to L.C.v.R. 7(f), Merial requests an oral hearing on this motion. Merial is available for oral hearing at the Court's earliest convenience.

Pursuant to Fed. R. Civ. P. 37(a)(1) and L.C.v.R. 7(m), the undersigned hereby certifies that counsel for Merial has met and conferred in good faith with counsel for Intervet in order to resolve the discovery sought in this motion. Although counsel for the parties resolved other related discovery issues, they have not been able to reach agreement regarding the deficiencies in Intervet's discovery responses set forth in detail in this motion's supporting papers. Intervet opposes this motion.

Respectfully submitted, this 4th day of February, 2008.

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
Vicki Franks
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Jessica Jacob
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS.