UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**ORDER GRANTING MERIAL LIMITED'S AND MERIAL SAS'
MOTION TO COMPEL PLAINTIFF INTERVET INC.
TO RESPOND TO DISCOVERY**

Upon consideration of Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet Inc. to Respond to Discovery ("Motion to Compel"), the memorandum in support, and supporting declaration, IT IS HEREBY ORDERED that the Motion to Compel is hereby GRANTED.  The Plaintiff Intervet, Inc. must supplement its responses to the following discovery requests by February 5, 2008 to cure the deficiencies identified by Merial Limited and Merial SAS in their briefing:

- Plaintiff Intervet's Supplemental Responses and Objections to Defendants Merial SAS' and Merial Limited's First Set of Interrogatories, served December 21, 2007;

- Intervet's December 21, 2007 written responses to topics 1-6 and 10 in Merial's Notice of Rule 30(b)(6) Deposition of Intervet, Inc. (Liability);

- Plaintiff Intervet Inc.'s Responses to Defendants Merial SAS' and Merial Limited's First Set of Requests for Admission, served January 4 ,2008;

- 2 -

- Intervet's January 11 and 15, 2008 written responses to topics 6, 7, and 13 in Merial's Notice of Rule 30(b)(6) Deposition of Intervet, Inc. (Damages);

- Plaintiff Intervet's Responses and Objections to Defendants Merial Limited's and Merial SAS' Second Set of Interrogatories, served January 15, 2008; and

- Intervet's Objections and Responses to Defendants Merial SAS' and Merial Limited's First Request for the Production of Documents and Things, served September 14, 2006.

_____     _____
Date                                              United States District Court Judge

- 3 -

List of Persons to be Notified of Entry of Order:

John R. Hutchins
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257

Timothy A. Ngau
ALSTON & BIRD, LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004

- 3 -