# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that Defendants Merial Limited and Merial SAS ("Merial") have filed under seal pursuant to the Protective Order of April 4, 2007 (D.I. 87) the following documents:

- MEMORANDUM IN SUPPORT OF MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY

- DECLARATION OF TIMOTHY NGAU, ESQ., IN SUPPORT OF MERIAL'S OMNIBUS MOTION TO COMPEL AND SUPPORTING EXHIBITS

These documents have been filed in paper format with the Court and are not available for public viewing.

- 2 -

Respectfully submitted, this 4th day of February, 2008.

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
Vicki Franks
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Jessica Jacob
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS.