- 3 -

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

### NOTICE REGARDING CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2008, I caused copies of the following documents to be served:

Via Email and Overnight Courier:

- MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY;

- MEMORANDUM IN SUPPORT OF MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY; and

Via Overnight Courier Only:

- DECLARATION OF TIMOTHY NGAU, ESQ., IN SUPPORT OF MERIAL'S OMNIBUS MOTION TO COMPEL AND SUPPORTING EXHIBITS

on the following attorneys of record:

    John R. Hutchins, Esq.
    William G. James, Esq.
    Yariv Waks, Esq.
    1500 K Street, N.W., Suite 700
    Washington, DC 20005
    Phone: 202-220-4200
    Fax: 202-220-4201

    Richard L. DeLucia, Esq.
    Michael D. Loughnane, Esq.
    Patrice P. Jean, Ph.D., Esq.
    Kenyon & Kenyon LLP
    One Broadway
    New York, NY 10004

Counsel for Plaintiff Intervet Inc.

*/s/ Crystal Kelly*
_____
ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777

- 4 -