### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>  *Plaintiff*,<br><br>  v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>  *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### [PROPOSED] ORDER

Before the Court is Plaintiff Intervet Inc.'s ("Intervet") *Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby

GRANTED.

It is hereby ordered that discovery related to Intervet's attorney-client privileged information is deferred until after the resolution of dispositive motions in this matter.

SO ORDERED.


Date: _____                 _____

                                     United States District Judge