UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>            Plaintiff,<br><br>      v.<br><br>**MERIAL LIMITED, et al.,**<br><br>            Defendants. | Civil Action 06-00658 (HHK) (JMF) |

### ORDER REFERRING MOTION TO
### UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 11th day of February 2008, hereby

**ORDERED** that defendants' motion to compel [#127] and plaintiff's Motion to Defer Discovery of Attorney-client Privileged Information until after Dispositive Motions [#129] are referred pursuant to LcvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination. Henceforth, and until this referral is terminated, ALL filings related to these motions shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                                            Henry H. Kennedy, Jr.
                                                                            United States District Judge