**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**NOTICE OF FILING DOCUMENTS UNDER SEAL**
**IN SUPPORT OF MERIAL LIMITED AND MERIAL SAS' OPPOSITION TO**
**INTERVET'S MOTION TO DEFER DISCOVERY OF ATTORNEY-CLIENT**
**PRIVILEGED INFORMATION UNTIL AFTER DISPOSITIVE MOTIONS**

Defendants Merial Limited and Merial SAS (collectively "Merial") hereby provide notice that the following documents are being filed under seal in support of Merial Limited and Merial SAS' Opposition to Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions:

1. Merial Limited and Merial SAS' Opposition to Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions; and

2. Declaration of Timothy Ngau, Esq. in Support of Opposition to Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions and supporting exhibits.

These documents have been filed in paper format with the Court and are not available for public viewing.

Respectfully submitted, this 15th day of February, 2008.

/s/ Timothy Ngau
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
Vicki Franks
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Jessica Jacob
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS.