UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) <br><br> **ORAL HEARING REQUESTED** |

**[PROPOSED] ORDER**

Upon consideration of Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions, Merial Limited and Merial SAS' Opposition, and Intervet's Reply as well as the supporting documents, IT IS HEREBY ORDERED that Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions is DENIED.

IT IS HEREBY FURTHER ORDERED that Intervet must decide whether it intends to rely on the advice of its opinion counsel as a defense to Merial Limited and Merial SAS' allegations of willful infringement on or before MARCH 14, 2008.

_____        _____
Date                                                                  United States District Court Judge