**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>　　　Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

**NOTICE REGARDING CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2008, I caused copies of the following documents to be served via Email and Overnight Courier:

1. Merial Limited and Merial SAS' Opposition to Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions;

2. [Proposed] Order;

3. Declaration of Timothy Ngau, Esq. in Support of Opposition to Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions and supporting exhibits; and

4. Notice of Filing Documents Under Seal in Support of Merial Limited and Merial SAS' Opposition to Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions;

on the following attorneys of record:

> John R. Hutchins, Esq.
> William G. James, Esq.
> Yariv Waks, Esq.
> Kenyon & Kenyon
> 1500 K Street, N.W., Suite 700
> Washington, DC 20005-1257
> Telephone: 202-220-4200
> Fax: 202-220-4201

Counsel of Plaintiff Intervet Inc.

*/s/ Crystal Kelly*
_____
ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777

- 2 -