## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

      *Plaintiff*,

      v.

MERIAL LIMITED and MERIAL SAS

      *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

### NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 4, 2007 in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- PLAINTIFF INTERVET'S MEMORANDUM IN OPPOSITION TO MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY

- DECLARATION OF WILLIAM G. JAMES, II, IN SUPPORT OF PLAINTIFF INTERVET'S MEMORANDUM IN OPPOSITION TO MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY, AND ASSOCIATED EXHIBITS.

These documents contain Intervet's and Merial's Confidential and Attorneys Eyes Only Information Under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court.  Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 19th day of February, 2007

_____
/s/  Yariv Waks

John R. Hutchins (D.C. Bar # 456749)
William G. James, II
Cedric C.Y. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (telephone)
(212) 425-5288 (facsimile)

Attorneys for Plaintiff
Intervet Inc.