UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER DENYING MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY**

The Court having considered *Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet Inc., to Respond to Discovery and Plaintiff Intervet Inc.'s Memorandum in Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet Inc., to Respond to Discovery*, IT IS HEREBY ORDERED that the Defendants' Motion is DENIED.

_____          _____
Date                            United States District Court Judge