UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658(HHK/JMF) |

## NOTICE REGARDING CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2008, I caused copies of the following documents to be served via Email and Overnight Courier:

1.     Plaintiff Intervet's Memorandum in Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet, Inc. to Respond to Discovery.

2.     Declaration of William G. James, II, in Support of Plaintiff Intervet's Memorandum in Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet Inc. to Respond to Discovery.

3.     Proposed Order

4.     Notice of Filing Documents Under Seal in Support of Intervet's Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet, Inc. to Respond to Discovery.

On the following attorneys of record:

>Thomas J. Kowalski, Esq.
>Steven M. Admundson, Esq.
>Vicki Franks, Esq.
>FROMMER LAWRENCE & HAUG LLP
>745 Fifth Avenue, NY NY 10151
>Tel: (212) 588-0800
>Fax: (212) 588-0500
>
>Timothy A. Ngau, Esq.
>ALSTON & BIRD LLP
>950 F. Street, NW
>Washington, DC 20004
>Tel: (202) 756-3300
>Fax: (202) 756-3333
>
>Patrick J. Elsevier, Ph.D.
>Elizabeth K. Haynes, Esq.
>Robert L. Lee, Esq.
>Frank G. Smith III, Esq.
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Tel: (404) 881-7000
>Fax: (404) 881-7777
>
>Counsel of Defendant Merial Limited and Merial SAS

In addition, I caused the above listed documents, as well as the exhibits to the Declaration of William G. James in Support of Plaintiff Intervet's Memorandum in Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Intervet to Respond to Discovery to be served by overnight courier to the above listed counsel as well as:

        Judy Jarecki-Black, Ph.D.
        MERIAL LIMITED
        3239 Satellite Blvd.
        Duluth, GA 30096-4640
        Tel: (678) 638-3805
        Fax: (678) 638-3350

        In House Counsel of Defendant Merial Limited and Merial SAS

        _____
        Edith F. Meyers
        Case Manager, Litigation Paralegal
        Kenyon & Kenyon LLP
        1500 K Street, NW
        Washington, DC 20005-1257
        (202) 220-4200

        Counsel of Plaintiff Intervet, Inc.