# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## CORRECTED NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 4, 2007 in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed yesterday under seal:

- PLAINTIFF INTERVET'S MEMORANDUM IN OPPOSITION TO MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY.

- DECLARATION OF WILLIAM G. JAMES, II, IN SUPPORT OF PLAINTIFF INTERVET'S MEMORANDUM IN OPPOSITION TO MERIAL LIMITED AND MERIAL SAS' OMNIBUS MOTION TO COMPEL PLAINTIFF INTERVET INC. TO RESPOND TO DISCOVERY, AND ASSOCIATED EXHIBITS.

These documents contain Intervet's and Merial's Confidential and Attorneys Eyes Only Information Under the Protective Order of April 24, 2007.

Hard copies of these documents were filed with the Court. Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 20th day of February, 2007.

        /s/  Yariv Waks
John R. Hutchins (D.C. Bar # 456749)
William G. James, II (D.C. Bar # 503162)
Yariv Waks (D.C. Bar # 491729)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (telephone)
(212) 425-5288 (facsimile)

Attorneys for Plaintiff
Intervet Inc.

2