## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

*Plaintiff,*

v.

MERIAL LIMITED and MERIAL SAS,

*Defendants.*

Civil Action No. 1:06-cv-00658(HHK/JMF)

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, I caused copies of the following documents to be served via Email:

1.      Plaintiff Intervet's Memorandum in Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet, Inc. to Respond to Discovery.

2.      Declaration of William G. James, II, in Support of Plaintiff Intervet's Memorandum in Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet Inc. to Respond to Discovery.

3.      Proposed Order

4.      Notice of Filing Documents Under Seal in Support of Intervet's Opposition to Merial Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet, Inc. to Respond to Discovery.

On the following attorneys of record:

Thomas J. Kowalski, Esq.
Vicki Franks, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Frank G. Smith III, Esq.
Kristen L. Melton
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Counsel of Defendants Merial Limited and Merial SAS

The above listed documents and in addition the exhibits associated with Declaration of

William G. James, II, in Support of Plaintiff Intervet's Memorandum in Opposition to Merial

Limited and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet Inc. to Respond to

Discovery were served via overnight courier on the following attorneys of record:

Thomas J. Kowalski, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Kristen L. Melton
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Counsel of Defendants Merial Limited and Merial SAS

    \_\_\_\_\_/s/\_\_Edith F. Meyers\_\_
Edith F. Meyers
Case Manager, Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

Counsel of Plaintiff Intervet, Inc.