UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**JOINT MOTION TO (I) EXTEND DEADLINES FOR PENDING REPLY BRIEFS, AND (II) GRANT MERIAL FIVE ADDITIONAL PAGES FOR ITS PENDING REPLY BRIEF**

Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS (collectively "Merial") hereby jointly move to extend upcoming deadlines for filing reply briefs in support of outstanding motions and to grant Merial five (5) additional pages for its reply brief. Intervet's deadline for its reply brief in support of its Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions (D.I. 129) will be extended up to and including March 5, 2008. Merial's deadline for its reply brief in support of its Omnibus Motion to Compel (D.I. 127 & 128) will be extended up to and including March 3, 2008. Intervet does not oppose Merial's request for five additional pages.

Respectfully submitted this 27th day of February, 2008.

| | |
|---|---|
| /s/ Yariv Waks | /s/ Timothy Ngau |
| John R. Hutchins (D.C. Bar # 456749) | ALSTON & BIRD, LLP |
| William G. James, II (D.C. Bar # 503162) | Timothy Ngau (DC Bar # 339333) |
| Yariv Waks (D.C. Bar # 491729) | 950 F Street, NW |
| KENYON & KENYON LLP | Washington, DC 20004 |
| 1500 K Street N.W., Suite 700 | Phone: 202-756-3300 |
| Washington, DC 20005 | Fax: 202-756-3333 |
| (202) 220-4200 (telephone) | |
| (202) 220-4201 (facsimile) | Judy Jarecki-Black, Ph.D. |
| | Merial Limited |
| Richard L. DeLucia | 3239 Satellite Blvd. |
| Michael D. Loughnane | Duluth, GA 30096-4640 |
| Patrice P. Jean, Ph.D. (D.C. Bar # 482968) | Tel.: (678) 638-3805 |
| KENYON & KENYON LLP | Fax: (678) 638-3350 |
| One Broadway | |
| New York, NY 10004 | Thomas J. Kowalski |
| (212) 425-7200 (telephone) | Steven M. Amundson (D.C. Bar # 412196) |
| (212) 425-5288 (facsimile) | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| *Counsel for Plaintiff* | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Elizabeth K. Haynes |
| | Kristen L. Melton |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| | *Counsel for Defendants* |