# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## [PROPOSED] ORDER

Now before the Court is the Parties' joint motion to extend the deadlines for pending reply briefs and to grant Merial five additional pages with respect to its pending reply brief. In light of this joint motion, it is hereby ordered that:

1. Intervet will have up to and including March 5, 2008 to file its reply brief in support of its Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions (D.I. 129).

2. Merial will have up to and including March 3, 2008 to file its reply brief in support of its Omnibus Motion to Compel (D.I. 127 & 128).

3. Merial will have five (5) additional pages beyond the page limit set forth in the Local Rules for Merial's reply brief in support of its Omnibus Motion to Compel (D.I. 127 & 128).

**SO ORDERED.**

Date: _____                                         _____
                                                            United States District Judge