UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS, *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) **ORAL HEARING REQUESTED** |

### DECLARATION OF YARIV WAKS IN SUPPORT OF PLAINTIFF INTERVET'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF INTERVET'S MOTION TO DEFER DISCOVERY OF ATTORNEY-CLIENT PRIVILEGED INFORMATION UNTIL AFTER DISPOSITIVE MOTIONS

1. I am an associate at the law firm of Kenyon & Kenyon LLP located at 1500 K Street, N.W., Suite 700, Washington, D.C. 20005. Kenyon & Kenyon is counsel for plaintiff Intervet Inc. ("Intervet") in the above-captioned matter, and I have made an appearance as an attorney of record in this matter.

2. I submit this declaration in support of Intervet's *Reply Memorandum in Support of Plaintiff Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions*, filed concurrently herewith.

3. Attached as Exhibit A to this Declaration is a true and correct copy of Amanda Ernst, *High Court Denies Cert in Seagate Case*, IP LAW 360, Feb. 25, 2008, http://ip.law360.com.

4. Attached as Exhibit B to this Declaration is a true and correct copy of excerpts from the prosecution history of Appl. No. 09/082,558, the patent application that

1

resulted in the patent-in-suit in this matter, U.S. Patent No. 6,368,601.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2008

_____
Yariv Waks