UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS ("Merial") (collectively "the Parties") hereby jointly move for an extension of the current discovery schedule set forth in the Parties' Joint Case Management Report (D.I. 126 and Minute Order of 2/2/08). This short extension is warranted because the parties require additional time to complete outstanding discovery and, in particular, third party depositions, and because certain discovery-related motions are pending. Accordingly, the Parties request that the schedule for the remainder of this case be set as follows:

1. <u>Fact Discovery</u>: Fact discovery will close on May 23, 2008.

2. <u>Expert Discovery</u>: The party bearing the burden of proof on an issue shall disclose the identities of its expert witnesses on such issues no later than June 6, 2008. The party bearing the burden of proof on an issue shall serve opening expert reports no later than June 20, 2008. The responding party shall disclose the identities of its expert witnesses on such issues by July 3, 2008. Answering expert reports shall be served no later than July 18, 2008. Depositions of experts shall conclude no later than September 12, 2008.

3. <u>Dispositive Motions</u>:  Dispositive motions shall be filed on or before October 10, 2008; oppositions thereto shall be filed on or before November 7, 2008; and replies thereto shall be filed on or before November 21, 2008.

4. <u>Pretrial Conference</u>:  The Final Pretrial Conference will be scheduled by the Court.  The Parties will meet and confer three weeks in advance of the Final Pretrial Conference and file a Joint Pretrial Statement not less than 11 days before the Final Pretrial Conference.

6. <u>Trial</u>:  The trial date will be set by the Court.

Respectfully submitted this 7th day of April, 2008.

/s/ Yariv Waks
KENYON & KENYON LLP
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

*Counsel for Plaintiff*

/s/ J. Patrick Elsevier
ALSTON & BIRD, LLP
Timothy Ngau (DC Bar No. 339333)
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen Melton
Elizabeth K. Haynes
Jessica Jacob
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants*