UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER**

Now before the Court is the Parties' Joint Motion to Extend Discovery Deadlines. In light of this joint motion, it is hereby ordered that:

1. <u>Fact Discovery</u>: Fact discovery will close on May 23, 2008.

2. <u>Expert Discovery</u>: The party bearing the burden of proof on an issue shall disclose the identities of its expert witnesses on such issues no later than June 6, 2008. The party bearing the burden of proof on an issue shall serve opening expert reports no later than June 20, 2008. The responding party shall disclose the identities of its expert witnesses on such issues by July 3, 2008. Answering expert reports shall be served no later than July 18, 2008. Depositions of experts shall conclude no later than September 12, 2008.

3. <u>Dispositive Motions</u>: Dispositive motions shall be filed on or before October 10, 2008; oppositions thereto shall be filed on or before November 7, 2008; and replies thereto shall be filed on or before November 21, 2008.

4. <u>Pretrial Conference</u>: The Final Pretrial Conference will be scheduled by the Court. The Parties will meet and confer three weeks in advance of the Final Pretrial Conference and file a Joint Pretrial Statement not less than 11 days before the Final Pretrial Conference.

6. <u>Trial</u>: The trial date will be set by the Court.


SO ORDERED:                                          _____
                                                                          United States District Court Judge

2