## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    Plaintiff,

    v.

MERIAL LIMITED and MERIAL SAS,

    Defendants.

Civil Action No. 1:06-cv-00658 (HHK-JMF)

### MERIAL LIMITED AND MERIAL SAS'
### MOTION TO COMPEL DESIGNATION OF 30(b)(6) DEPONENT

Pursuant to Fed. R. Civ. P. 37 and L.C.v.R. 7, Defendants Merial Limited and Merial SAS (collectively, "Merial") hereby move this Court for an Order compelling Plaintiff Intervet Inc. ("Intervet") to designate a 30(b)(6) witness in response to the Supplemental Notice of Rule 30(b)(6) Deposition of Intervet, served by Merial on February 11, 2008 (the "30(b)(6) Notice of Deposition"). For the reasons set forth in the Memorandum of Law in Support of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent, and supporting papers, submitted herewith, Merial respectfully requests that this Court grant its motion to compel and order Intervet to designate a witness to testify on the topics set forth in the 30(b)(6) Notice of Deposition and provide Defendants' counsel with access to that witness by May 1, 2008. Furthermore, Merial seeks to recover its costs and fees, including attorney's fees, associated with preparing, filing, and arguing this Motion to Compel.

Pursuant to Fed. R. Civ. P. 37(a)(1) and L.C.v.R. 7(m), the undersigned hereby certifies that counsel for Merial has met and conferred in good faith with counsel for Intervet in order to resolve the discovery sought in this motion. Intervet opposes this motion.

This 16th day of April, 2008.

*/s/ Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Vicki Franks
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |
| MERIAL LIMITED and MERIAL SAS, | |
| Defendants. | |

## ORDER GRANTING MERIAL LIMITED'S AND MERIAL SAS'
## MOTION TO COMPEL DESIGNATION OF 30(b)(6) DEPONENT

Upon consideration of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent ("Motion to Compel"), the memorandum in support, and supporting declaration, IT IS HEREBY ORDERED that the Motion to Compel is GRANTED.  The Plaintiff Intervet, Inc. must designate a witness to testify on the topics set forth in the 30(b)(6) Notice of Deposition and provide Merial's counsel with access to that witness by May 1, 2008.  Furthermore, Intervet must pay all of Merial's costs and fees, including attorney's fees, associated with preparing, filing, and arguing this Motion to Compel.

_____            _____
Date                                United States District Court Judge

List of Persons to be Notified of Entry of Order:

John R. Hutchins
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257

Timothy A. Ngau
ALSTON & BIRD, LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004

LEGAL02/30772913v1

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>        Plaintiff,<br><br>                    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>        Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

**NOTICE REGARDING CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April 2008, I caused copies of the

following documents to be served:

1.  Merial Limited and Merial SAS' Motion to Compel Designation of
    30(b)(6) Deponent;

2.  Memorandum of Law in Support of Merial Limited and Merial SAS'
    Motion to Compel Designation of 30(b)(6) Deponent;

3.  Order Granting Merial Limited and Merial SAS' Motion to Compel
    Designation of 30(b)(6) Deponent;

4.  Declaration of Matthew W. Howell in Support of Merial Limited and
    Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent and
    supporting exhibits; and

5.  Notice of Filing Documents Under Seal in Support of Merial Limited and
    Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent;

The foregoing documents were served via Email on the following attorneys of record:

John R. Hutchins, Esq.
William G. James, Esq.
Yariv Waks, Esq.
Kenyon & Kenyon
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257
Telephone:  202-220-4200
Fax:  202-220-4201

Richard L. DeLucia, Esq.
Michael Loughnane, Esq.
Jerry Canada, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004
Tel:  212-425-7200
Fax:  212-425-5288

Counsel of Plaintiff Intervet Inc.

ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777