UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**NOTICE OF FILING DOCUMENTS UNDER SEAL
IN SUPPORT OF MERIAL LIMITED AND MERIAL SAS'
MOTION TO COMPEL DESIGNATION OF 30(b)(6) DEPONENT**

    Defendants Merial Limited and Merial SAS (collectively "Merial") hereby provide notice that the following documents are being filed under seal in support of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent:

1. Memorandum in Support of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent; and

2. Declaration of Matthew W. Howell in Support of Motion to Compel Designation of 30(b)(6) Deponent and supporting exhibits.

These documents have been filed in paper format with the Court and are not available for public viewing.

    This 16th day of April, 2008.

    /s/ Timothy A. Ngau
    ALSTON & BIRD, LLP
    Timothy A. Ngau
    DC Bar No. 339333
    950 F Street, NW
    Washington, DC 20004
    Phone: 202-756-3300
    Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>Plaintiff,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

**NOTICE REGARDING CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April 2008, I caused copies of the following documents to be served:

1. Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent;

2. Memorandum of Law in Support of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent;

3. Order Granting Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent;

4. Declaration of Matthew W. Howell in Support of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent and supporting exhibits; and

5. Notice of Filing Documents Under Seal in Support of Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent;

The foregoing documents were served via Email on the following attorneys of record:

>John R. Hutchins, Esq.
>William G. James, Esq.
>Yariv Waks, Esq.
>Kenyon & Kenyon
>1500 K Street, N.W., Suite 700
>Washington, DC 20005-1257
>Telephone: 202-220-4200
>Fax: 202-220-4201
>
>Richard L. DeLucia, Esq.
>Michael Loughnane, Esq.
>Jerry Canada, Esq.
>Kenyon & Kenyon
>One Broadway
>New York, NY 10004
>Tel: 212-425-7200
>Fax: 212-425-5288

Counsel of Plaintiff Intervet Inc.

>_/s/ Crystal Kelly_
>ALSTON & BIRD, LLP
>Crystal B. Kelly
>Paralegal
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Telephone: 404-881-7000
>Fax: 404-881-7777