UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

### DECLARATION OF CHRISTOPHER J. NODES IN SUPPORT OF PLAINTIFF INTERVET'S MEMORANDUM OF LAW IN SUPPORT OF INTERVET'S MOTION TO ENLARGE THE NUMBER OF DEPOSITIONS TO EIGHTEEN

1. I am an associate at the law firm of Kenyon & Kenyon LLP located at 1500 K Street, N.W., Suite 700, Washington, D.C. 20005. Kenyon & Kenyon is counsel for plaintiff Intervet Inc. in the above-captioned matter.

2. I submit this declaration in support of Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Enlarge the Number of Depositions to Eighteen, filed concurrently herewith.

3. Attached as Exhibit A is a true and correct copy of Defendants Merial Limited and Merial SAS' Supplemental Rule 26(a)(1) Disclosures, dated 3/28/2008.

4. Attached as Exhibit B is a true and correct copy of the letter dated 4/1/2008 from Yariv Waks to Frank Smith.

5. Attached as Exhibit C is a true and correct copy of the letter dated 4/3/2008 from Yariv Waks to Frank Smith.

6. Attached as Exhibit D is a true and correct copy of the letter dated 4/6/2008 from Frank Smith to Yariv Waks.

7. Attached as Exhibit E is a true and correct copy of the email dated 4/7/2008 from Yariv Waks to Frank Smith and Patrick Elsevier.

8. Attached as Exhibit F is a true and correct copy of the email dated 4/8/2008 from Patrick Elsevier to Yariv Waks.

9. Attached as Exhibit G is a true and correct copy of the letter dated 4/15/2008 from Patrick Elsevier to Yariv Waks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008

Christopher J. Nodes