# Exhibit A

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET, INC.,

    Plaintiff,

    v.

MERIAL LIMITED and MERIAL SAS,

    Defendants.

Civil Action No. 1:06-cv-00658 (HHK)

## DEFENDANTS MERIAL LIMITED AND MERIAL SAS'
## SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

Defendants Merial Limited and Merial SAS ("SAS") ("collectively Merial")

hereby submit the following supplemental disclosures pursuant to Fed. R. Civ. P.

26(a)(1). These disclosures are based on information reasonably available to Merial at

this time. Merial may discover additional facts that further support Merial's defenses and

counterclaims and/or rebut the allegations made in the Complaint filed by Plaintiff

Intervet, Inc. ("Intervet") Accordingly, Merial reserves the right to supplement or correct

the information set forth in these disclosures, and to present witnesses, documents and

evidence in addition to that which is disclosed herein which are otherwise made known to

the parties during the discovery process or in writing.

The inclusion of a witness or document in this disclosure is not an admission by

Merial that any or all of the witnesses' testimony, or the document identified, are or

would be admissible or relevant for any purpose. These initial disclosures are made

without waiving any right to object to the production of any document or information on

any ground, including, but not limited to, the attorney-client privilege, the work product

doctrine, relevancy, and undue burden.

A.    **Fed. R. Civ. P. 26(a)(1)(A):**

*The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.*

**Response:**    Merial submits the list of individuals shown in Exhibit A, attached hereto.

B.    **Fed. R. Civ. P. 26(a)(1)(B):**

*A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.*

**Response:**    The following categories of documents, data compilations and tangible things are in the possession, custody, or control of Merial and may be used to support Merial's claims or defenses:

(1)    Documents relating to the patent in suit, including, but not limited to, copies of the patent in suit and prosecution file histories. Such documents are also likely within the possession, custody, or control of Intervet.

(2)    Documents and things relating to the inventions of the patent in suit, including, but not limited to, conception, reduction to practice, design, research, development, or testing thereof. Such documents are also likely within the possession, custody, or control of third parties, and will be obtained through discovery.

(3)    Documents regarding claim construction on the patents-in-suit.

(4)    Documents relating to the infringement of the patent in suit. Such documents are also likely within the possession, custody, or control of Intervet. Such

- 2 -

documents are also likely within the possession, custody, or control of third parties, and will be obtained through discovery.

(5)    Correspondence between Intervet and Merial.  Such documents are also likely within the possession, custody, or control of Intervet.

(6)    Documents relating to damages sought by Merial.  Such documents are also likely within the possession, custody, or control of Intervet.

(7)    Other documents and things based on discovery.  Merial is continuing to investigate whether additional documents or things in Merial's or Intervet's possession, custody or control exist that may be used to support Merial's claims or defenses, and it reserves the right to disclose additional documents or things during the course of discovery.

C.    **Fed. R. Civ. P. 26(a)(1)(C):**

> *A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.*

**Response:**    Under 35 U.S.C. § 284, Merial seeks damages adequate to compensate for Intervet's infringement of the patent in suit, but in no event less that a reasonable royalty.  Merial cannot at this time compute damages or calculate a reasonable royalty because Intervet possesses information needed to do so.  *See* Fed. R. Civ. P. 26(a)(1) advisory committee's note (1993 amend.) (explaining that "a party would not be expected to provide a calculation of damages which, as in many patent infringement actions, depends on information in the possession of another party or person"); *see also Pine Ridge Recycling, Inc. v. Butts County*, 889 F. Supp. 1526, 1527 (M.D. Ga. 1995)

- 3 -

(holding that an itemization of the categories of damages sufficed for purposes of Rule 26(a)(1) early in discovery where experts would address damages issues later in discovery). Merial also seeks to have the award of damages trebled pursuant to 35 U.S.C. § 284 and in view of the willful nature of Intervet's infringement. Merial also seeks its attorneys' fees, costs and expenses incurred in connection with this action, the total amount of which cannot be determined at this time. Merial also seeks an award of prejudgment interest, and such further relief as the Court deems just and proper.

**D.      Fed. R. Civ. P. 26(a)(1)(D):**

> *For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

**Response:**     Merial is not aware of any such agreement at this time.

This 28 day of March, 2008.

ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP

- 4 -

- 5 -

745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS*

**EXHIBIT A**
**TO MERIAL'S RULE 26(a)(1) SUPPLEMENTAL DISCLOSURES**

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| Gordon **Allan*** | 51 Cabinhill Gds.<br>Belfast, N. Ireland<br>Great Britain<br><br>The Queen's University of Belfast<br>Stoney Road<br>Stormont, Belfast BT4 3SD<br>Great Britain<br>44 (0) 2890 245133 | Patent in suit |
| Randy **Atchison** | Periparturient Diseases of Cattle<br>USDA – Agricultural Research Service<br>2300 Dayton Avenue<br>Ames, IA 50010 | Accused products, infringement. |
| Steven **Berger*** | Merial Ltd.<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640 | Those topics on which Mr. Berger is designated to testify pursuant to Fed. R. Civ. P. 30(b)(6) |
| Boehringer Ingelheim Vetmedica GmbH | Binger Str. 173<br>55216 Ingelheim am Rhein<br>Germany | Boehringer Ingelheim Vetmedica GmbH's license to the Patent in suit. Any products, including Ingelvac Circoflex, made, used, sold or offered for sale by Boehringer Ingelheim Vetmedica GmbH or any of its subsidiaries in the United States pursuant to a license to the Patent in suit. |

LEGAL02/30746117v1

| NAME | CONTACT INFORMATION | SUBJECT |
|------|---------------------|---------|
| Dr. Bruce **Brodersen** | University of Nebraska – Lincoln<br>Veterinary and Biomedical Sciences<br>7916 Lillibridge Street<br>Lincoln, NE 68506 | Accused products, infringement. |
| Gilles Emile **Chappuis** | 3 Rue Laurent Vibert<br>69006 Lyon<br>France<br><br>Merial<br>17 rue Bourgelat<br>69002 Lyon<br>France<br>33 472 72 3000 | Patent in suit |
| Catherine Elisabeth **Charreyre*** | 42 Rue Ferdinand Gauthier<br>69720 Saint-Laurent de Mure<br>France<br><br>Merial<br>115 Transtech Dr<br>Athens, GA 30601<br>(706) 552 2418 | Patent in suit |
| Edward **Clark*** | 22 Murphy Crescent<br>Saskatoon, Saskatchewan S7J 214<br>Canada<br><br>University of Saskatchewan<br>52 Campus Drive<br>Saskatoon, Saskatchewan S7W 5B4<br>Canada<br>(306) 966-4343 | Patent in suit |
| Christa **Drexler** | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands | Accused products, infringement, damages |
| John **Ellis*** | 812 13th Street East<br>Saskatoon, Saskatchewan S7N OM3<br>Canada<br><br>University of Saskatchewan<br>52 Campus Drive<br>Saskatoon, Saskatchewan S7W 5B4<br>Canada<br>(306) 966-4343 | Patent in suit |

LEGAL02/30746117v1

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| John **Foxx** | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Bryan **Gathagan** | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Deborah **Haines***  | 812 13th Street East<br>Saskatoon, Saskatchewan S7N OM3<br>Canada<br><br>University of Saskatchewan<br>52 Campus Drive<br>Saskatoon, Saskatchewan S7W 5B4<br>Canada<br>(306) 966-4343 | Patent in suit |
| John **Harding***  | 43 Jubilee Drive<br>Humboldt, Saskatchewan SOK 2AO<br>Canada<br><br>University of Saskatchewan<br>52 Campus Drive<br>Saskatoon, Saskatchewan S7W 5B4<br>Canada<br>(306) 966-4343 | Patent in suit |
| Lori **Hassard***  | 443 Perreault Lane<br>Saskatoon, Saskatchewan S7K 6B5<br>Canada<br><br>University of Saskatchewan<br>52 Campus Drive<br>Saskatoon, Saskatchewan S7W 5B4<br>Canada<br>(306) 966-4343 | Patent in suit |
| Richard Allen **Hesse** | 15671 Cedar Lane<br>Bonner Springs, KS 66012<br>(913) 422-6856<br><br>Intervet Inc<br>35500 W. 91st Street<br>Desoto, KS, 66018 | Accused products, infringement, damages |

- 8 -

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| John **Hornyak** | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Noel **Janney**\* | Merial Ltd.<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640 | Merial's testing of the accused products. |
| James Daniel **McKean** | R.4 S. Squaw Valley<br>4008 Matthews Road<br>Ames, IA 50010<br><br>1710 Veterinary Medicine<br>College of Veterinary Medicine<br>Iowa State University<br>Ames, IA 50011 | Accused products, infringement |
| D. **McNairn** | | Accused Products, infringement |
| Francis **McNeilly**\* | 4 Lisleen Place<br>Newtonards BT3 4NH, N. Ireland<br>Great Britain<br><br>The Queen's University of Belfast<br>Stoney Road<br>Stormont, Belfast BT4 3SD<br>Great Britain<br>44 (0) 2890 245133 | Patent in suit |
| Brian **Meehan**\* | 26 St. John's Close<br>2 Laganbank Road<br>Belfast BT1 3LX, N. Ireland<br>Great Britain<br><br>RMIT University<br>Building 223<br>Bundoora West Campus<br>Melbourne<br>Australia<br>(613) 9925 6594 | Patent in suit |
| Hans **Mestrom** | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands | Accused products, infringement, damages |

- 9 -

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| Francis William **Milward*** | Merial Limited<br>115 Transtech Dr<br>Athens, GA 30601<br>(706) 552 2418 | Patent in suit, accused products, those topics on which Mr. Milward is designated to testify pursuant to Fed. R. Civ. P. 30(b)(6) |
| Klaus **Olbers** | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Fernando Abel **Osorio** | Department of Veterinary & Biomedical Sciences<br>University of Nebraska-Lincoln<br>Lincoln, NE 68583-0905<br>(402) 472-7809 | Accused products, infringement |
| William Steven **Parker*** | Merial Ltd.<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640<br>(678) 638-3000 | Damages |
| Amanda W. **Parrish*** | Merial Ltd.<br>3239 Satellite Blvd.<br>Duluth, GA 30096-4640 | Merial's testing of the accused products. |
| Chris **Ragland** | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Frank **Roerink** | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Richard **Schlueter** | Intervet, Inc.<br>902 Sugar Grove Avenue<br>Dallas Center, IA 50063-2309 | Accused products, infringement, damages |

- 10 -

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| Ruurd **Stolp** | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands<br>011 31 485 587600 | Accused products, infringement, damages |
| Marieke **van Gent** | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands | Accused products, infringement, damages |
| Mark **van Heuman** | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands | Accused products, infringement, damages |
| Peter **Van Woensel** | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands | Accused products, infringement, damages |
| Leszlie L. **Woodyard*** | Merial Ltd.<br>3239 Satellite Blvd.<br>Duluth, GA  30096-4640 | Merial's testing of the accused products. |

- 11 -

| NAME | CONTACT INFORMATION | SUBJECT |
|---|---|---|
| Wyeth, operating through its Fort Dodge Animal Health Division | Fort Dodge Animal Health Division<br>225 Indian Creek Parkway<br>Suite 400<br>Overland Park, Kansas 66210<br><br>Wyeth<br>5 Giralda Farms<br>Madison, New Jersey 0740 | Wyeth, operating through its Fort Dodge Animal Health Division, license to the Patent in suit. Any products, including Suvaxyn, made, used, sold or offered for sale by Wyeth, operating through its Fort Dodge Animal Health Division, or any of its subsidiaries in the United States pursuant to a license to the Patent in suit. |
| Intervet Inc. | Intervet Inc,<br>405 State Street<br>POB 318<br>Millsboro DE 19966-0318<br>(302) 934-4200 | Accused products, infringement, damages |
| Intervet International bv | Intervet International bv<br>Wim de Körverstraat 35<br>5831 AN Boxmeer<br>Postbus 31 5830 AA Boxmeer<br>The Netherlands | Accused products, infringement, damages |

**\* To be contacted only through counsel for Merial Limited, Merial SAS, The Queen's University of Belfast and The University of Saskatchewan**

LEGAL02/30746117v1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the

foregoing DEFENDANTS MERIAL LIMITED AND MERIAL SAS'

SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES to be served on all counsel of record

via email.

This 28 day of March 2008.

_____
J. Patrick Elsevier

- 13 -