# Exhibit B

Case 1:06-cv-00658-HHK-JMF    Document 142-4    Filed 04/22/2008    Page 1 of 2



Yariv Waks
Direct 202.220.4322
ywaks@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

April 1, 2008

**Via E-Mail**

Frank G. Smith III
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree
Atlanta, GA 30309-3424

Re: *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658,
United States District Court for the District of Columbia

Dear Frank:

This is in response to Merial's March 28, 2008 supplementation of its Rule 26 disclosures. Merial's eleventh-hour supplementation is highly prejudicial to Intervet. Please provide us with dates for the depositions of Noel Janney, Leszlie Woodyard and Amanda Parrish as soon as possible. In addition, please let us know by close of business tomorrow, April 2, 2008, whether Merial intends to call any representatives of Wyeth, Fort Dodge Animal Health, or Boehringer Ingelheim Vetmedica GmbH to testify at trial or whether Merial will otherwise rely on information provided by those corporate entities at trial.

Very truly yours,

KENYON & KENYON LLP

Yariv Waks

cc:   all counsel of record