# Exhibit C



Yariv Waks
Direct 202.220.4322
ywaks@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

April 3, 2008

**Via E-Mail**

Frank G. Smith III
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree
Atlanta, GA 30309-3424

Re: *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658,
United States District Court for the District of Columbia

Dear Frank:

During today's call, you indicated that Merial will likely call representatives of Ft. Dodge and Boehringer Ingelheim to testify at trial in this matter. As I indicated in my April 1 letter regarding Merial's recently supplemented Rule 26 disclosures, your failure to raise the prospect of calling such individuals until just before the close of fact discovery is highly prejudicial to Intervet, and fact that these individuals will now likely also testify at trial only furthers this prejudice. Therefore, please immediately identify the individuals from Ft. Dodge and Boehringer Ingelheim that will testify at trial on Merial's behalf.

Very truly yours,

KENYON & KENYON LLP

Yariv Waks

cc:   all counsel of record