# Exhibit D

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Frank G. Smith, III        Direct Dial: 404-881-7240        E-mail: frank.smith@alston.com

April 6, 2008

*VIA E-MAIL*

Yariv Waks, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257

       Re:    *Intervet v. Merial*

Dear Reeve:

       This letter is in response to your correspondence dated April 3, 2008.

       You letter misrepresents statements that I made during the telephone conversation you, Bill James, Patrick Elsevier and I had on April 3. Specifically, I did not represent that it was "likely" Merial would call representatives of either Ft. Dodge or Boehringer Ingelheim to testify at the trial of this matter. While I certainly did not rule out the possibility that Merial would call representatives of either Boehringer Ingelheim or Ft. Dodge at trial, what I said was that at this point in time it was impossible for me (or anyone) to predict with any degree of certainty who would be called at trial. That said, Intervet has known for many months (more likely years) of the licensing relationship between Merial and Ft. Dodge and Boehringer Ingelheim. Thus, a specific disclosure in a Supplemental Rule 26 filing of the fact that representatives of Ft. Dodge or Boehringer Ingelheim might have knowledge relevant to '601 patent could hardly come as a surprise to Intervet and could not possibly be prejudicial to Intervet. Indeed, Intervet served a subpoena for documents on Boehringer Ingelheim quite some time ago. If Intervet wishes to pursue discovery from either Boehringer Ingelheim (beyond the document subpoena it has already served on Boehringer Ingelheim) or Ft. Dodge, Intervet is free to do so, within the constraints imposed by the Court's Orders and the Federal and Local Rules.

       Sincerely,

       Frank G. Smith, III

FGS,III:jrh
Cc: All Counsel of Record (via email)

---

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.