UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PROPOSED ORDER**

Now before the Court is *Intervet's Motion To Enlarge the Number of Depositions to Eighteen*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby

GRANTED.

It is hereby ordered that the allotted number of fact discovery depositions in this matter is enlarged from fifteen to eighteen.

SO ORDERED.

Date: _____                              _____
                                                                United States District Judge