# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## DECLARATION OF YARIV WAKS IN SUPPORT OF PLAINTIFF INTERVET'S MEMORANDUM IN OPPOSITION TO MERIAL LIMITED AND MERIAL SAS' MOTION TO COMPEL DESIGNATION OF 30(B)(6) DEPONENT

    1.    I am an associate at the law firm of Kenyon & Kenyon LLP located at 1500 K Street, N.W., Suite 700, Washington, D.C. 20005.  Kenyon & Kenyon is counsel for plaintiff Intervet Inc. ("Intervet") in the above-captioned matter, and I have made an appearance as an attorney of record in this matter.

    2.    I submit this declaration in support of *Plaintiff Intervet's Memorandum in Opposition to Merial Limited and Merial SAS' Motion to Compel Designation of 30(b)(6) Deponent*, filed concurrently herewith.

    3.    Attached as Exhibit A to this Declaration is a true and correct copy of *Merial's Supplemental Notice of Rule 30(b)(6) Deposition of Intervet Inc.*, dated February 11, 2008.

    4.    Attached as Exhibit B to this Declaration is a true and correct copy of *Intervet's Objections and Responses to Merial's Supplemental Notice of Rule 30(b)(6) Deposition of Intervet Inc.*, dated April 1, 2008.

5. Attached as Exhibit C to this Declaration is a true and correct copy of an April 18, 2008 letter from myself to Frank Smith.

6. Attached as Exhibit D to this Declaration is a true and correct copy of an April 21, 2008 letter from Frank Smith to myself.

7. Attached as Exhibit E to this Declaration is a true and correct copy of an April 29, 2008 e-mail from myself to Frank Smith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2008

_____
Yariv Waks