# Exhibit C



**Yariv Waks**
Direct 202.220.4322
ywaks@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

April 18, 2008

**Via E-Mail**

Frank G. Smith III
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree
Atlanta, GA 30309-3424

Re: *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658,
<u>United States District Court for the District of Columbia</u>

Dear Frank:

    I write regarding Merial's motion to compel of April 16 regarding Merial's supplemental 30(b)(6) deposition notice (D.I. 140). As I indicated in my e-mail of April 7, we are actively looking into this notice—which is substantially more than Merial has agreed to do in response to Intervet's own supplemental 30(b)(6) notice. Given the extreme breadth of Merial's supplemental 30(b)(6) topics, it is entirely understandable that it is taking some time to track down whatever information Intervet has related to these topics. Your rush to trouble the Court yet again was entirely unnecessary and inappropriate. We therefore request that Merial withdraw this motion immediately.

Very truly yours,

KENYON & KENYON LLP

Yariv Waks

cc:    all counsel of record

New York    Washington, DC    Silicon Valley    www.kenyon.com