# Exhibit D

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax:404-881-7777
www.alston.com

Frank G. Smith, III                 Direct Dial: 404-881-7240                 E-mail: frank.smith@alston.com

April 21, 2008

Mr. Yariv Waks                          *VIA Electronic Mail and U.S. mail*
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257

Re:   *Intervet v. Merial, et al.,* Civil Action No. 1:06-cv-00658 (HHK-JMF)
      United States District Court for the District of Columbia

Dear Reeve:

This letter is in response to your April 18, 2008 letter regarding Merial's Motion to Compel Intervet to provide a witness in response to the Supplemental Notice of Rule 30(b)(6) Deposition served on Intervet on February 11, 2008. Intervet cannot credibly assert that Merial rushed to file its Motion to Compel given that (i) the Supplemental Notice of Rule 30(b)(6) Deposition was served on Intervet over two months ago; (ii) Merial has repeatedly requested that Intervet commit to provide a witness on the two noticed topics; and (iii) despite Merial's requests and good faith meet and confers with Intervet on this issue, Intervet, to this day, refuses to commit to providing any witness on the topics. Indeed, while you request in your letter that Merial withdraw its motion immediately, you do not state whether Intervet will be providing a witness on the noticed topics. Rather, you only state that you "are actively looking into the notice," something that Intervet should have done over two months ago when the notice was served. Accordingly, Merial does not intend to withdraw its Motion at this time. Merial will, however, consider withdrawing the motion as moot, provided Intervet designates appropriate Rule 30(b)(6) designee(s) by the end of this week, upon satisfactory conclusion of the deposition.

On a related note, it is also well past time for Intervet to provide dates and places for the Layfield and Smarte depositions. Please provide dates for these depositions by the end of this week or Merial will be forced to file yet another Motion to Compel.

Sincerely,

*Frank G. Smith*

Frank G. Smith, III

cc:   All counsel of record via email