# Exhibit E

**Waks, Yariv**

---

| | |
|---|---|
| **From:** | Waks, Yariv |
| **Sent:** | Tuesday, April 29, 2008 6:24 PM |
| **To:** | Smith, Frank |
| **Cc:** | 'Elsevier, Patrick'; Jarecki-Black, Judy; Kowalski, Thomas; Melton, Kristen; Jacob, Jessica; vfranks@flhlaw.com; Ngau, Timothy; Loughnane, Michael; James, William |
| **Subject:** | Intervet v. Merial |

Frank,

I write with respect to Merial's motion to compel a witness regarding Merial's supplemental 30(b)(6) notice of 2/11/08. (D.I. 140). Intervet will be providing Merial with a witness on this topic. As we have previously indicated, it is taking Intervet considerable time to gather this information because it is voluminous and dated. Thus, we again request that Merial withdraw its motion to compel. Please let us know by noon tomorrow whether Merial will withdraw this motion, otherwise Intervet will be forced to file an opposition.

Best regards,

Reeve

**Yariv Waks**
**Kenyon & Kenyon LLP**
1500 K Street, NW | Washington, DC 20005-1257
202.220.4322 Phone | 202.220.4201 Fax
ywaks@kenyon.com | www.kenyon.com

_____

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.