**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

     Plaintiff,

     v.                                     Civil Action No. 1:06-cv-00658 (HHK/JMF)

MERIAL LIMITED and MERIAL SAS,

     Defendants.

**MERIAL LIMITED AND MERIAL SAS' MOTION FOR A PROTECTIVE ORDER TO
PRECLUDE DISCLOSURE OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY
MATERIALS AND INFORMATION TO DR. ROWLAND**

     Pursuant to Fed. R. Civ. P. 26(c), L.C.v.R. 7, and the procedure set out in the

April 14, 2007 Protective Order in this case, Defendants Merial Limited and Merial SAS

(collectively, "Merial") hereby move this Court for an Order precluding Plaintiff Intervet

Inc. ("Intervet") from disclosing Merial's Confidential and Attorneys' Eyes Only

materials to Dr. Raymond Rowland.  The grounds for this motion are set forth more fully

in the Memorandum of Law in Support of Merial's Motion for a Protective Order and

supporting papers submitted herewith.

     Pursuant to L.C.v.R. 7(m), the undersigned hereby certifies that counsel for

Merial has met and conferred in good faith with counsel for Intervet in order to resolve

the discovery sought in this motion.  Intervet opposes this motion.

Dated:  May 2, 2008                                    Respectfully submitted,


                                                       */s/ Timothy A. Ngau*
                                                       ALSTON & BIRD, LLP
                                                       Timothy A. Ngau
                                                       DC Bar No. 339333
                                                       950 F Street, NW
                                                       Washington, DC  20004
                                                       Phone: 202-756-3300
                                                       Fax: 202-756-3333

                                                       Judy Jarecki-Black, Ph.D.
                                                       Merial Limited
                                                       3239 Satellite Blvd.
                                                       Duluth, GA  30096-4640
                                                       Tel.: (678) 638-3805
                                                       Fax: (678) 638-3350

                                                       Thomas J. Kowalski
                                                       Steven M. Amundson
                                                       DC Bar No. 412196
                                                       Vicki Franks
                                                       Frommer Lawrence & Haug LLP
                                                       745 Fifth Avenue
                                                       New York, New York 10151
                                                       Tel.: (212) 588-0800
                                                       Fax: (212) 588-0500

                                                       Frank G. Smith, III
                                                       J. Patrick Elsevier, Ph.D.
                                                       Kristen L. Melton
                                                       Alston & Bird LLP
                                                       1201 West Peachtree Street
                                                       Atlanta, Georgia 30309-3424
                                                       Tel.: (404) 881-7000
                                                       Fax: (404) 881-7777

                                                       *Counsel for Merial SAS and Merial Limited*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

     Plaintiff,

     v.

MERIAL LIMITED and MERIAL SAS,

     Defendants.

Civil Action No. 1:06-cv-00658
(HHK/JMF)

**ORDER GRANTING MERIAL LIMITED AND MERIAL SAS' MOTION FOR A
PROTECTIVE ORDER TO PRECLUDE DISCLOSURE OF
CONFIDENTIAL AND ATTORNEYS' EYES ONLY
<u>MATERIALS AND INFORMATION TO DR. ROWLAND</u>**

Upon consideration of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland ("Motion for Protective Order"), the memorandum in support, and supporting declaration, IT IS HEREBY ORDERED that the Motion for a Protective Order is GRANTED. The Plaintiff Intervet, Inc. ("Intervet") is precluded from disclosing Merial's Confidential and Attorneys' Eyes Only materials to Dr. Raymond Rowland.


_____                       _____

Date                                                  United States District Court Judge

List of Persons to be Notified of Entry of Order:

John R. Hutchins
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257

Timothy A. Ngau
ALSTON & BIRD, LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>        Plaintiff,<br><br>                        v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>        Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

## <u>NOTICE REGARDING CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of May 2008, I caused copies of the following documents to be served:

1. Merial Limited and Merial SAS' Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland;

2. Memorandum of Law in Support of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland;

3. Order Granting Merial Limited and Merial SAS' Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland;

4. Declaration of Matthew W. Howell in Support of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of

Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland and supporting exhibits; and

5.  Notice of Filing Documents Under Seal in Support of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland.

The foregoing documents were served via Email on the following attorneys of record:

John R. Hutchins, Esq.
William G. James, Esq.
Yariv Waks, Esq.
Kenyon & Kenyon
1500 K Street, N.W., Suite 700
Washington, DC 20005-1257
Telephone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia, Esq.
Michael Loughnane, Esq.
Jerry Canada, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004
Tel: 212-425-7200
Fax: 212-425-5288

Counsel of Plaintiff Intervet Inc.

ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777

- 2 -