UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
IN SUPPORT OF MERIAL LIMITED AND MERIAL SAS' MOTION
FOR A PROTECTIVE ORDER TO PRECLUDE DISCLOSURE
OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY
<u>MATERIALS AND INFORMATION TO DR. ROWLAND</u>**

Defendants Merial Limited and Merial SAS (collectively "Merial") hereby provide notice that the following documents are being filed under seal in support of Merial Limited and Merial SAS' Motion for a Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland:

1. Memorandum in Support of Merial Limited and Merial SAS' Motion for a Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland; and

2. Declaration of Matthew W. Howell in Support of Motion for a Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland and supporting exhibits.

These documents have been filed in paper format with the Court and are not available for public viewing.

- 2 -

Dated:  May 2, 2008  					Respectfully submitted,

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

**NOTICE REGARDING CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May 2008, I caused copies of the following documents to be served:

1. Merial Limited and Merial SAS' Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland;

2. Memorandum of Law in Support of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland;

3. Order Granting Merial Limited and Merial SAS' Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland;

4. Declaration of Matthew W. Howell in Support of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of

Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland and supporting exhibits; and

5. Notice of Filing Documents Under Seal in Support of Merial Limited and Merial SAS' Motion for a Protective order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland.

The foregoing documents were served via Email on the following attorneys of record:

> John R. Hutchins, Esq.
> William G. James, Esq.
> Yariv Waks, Esq.
> Kenyon & Kenyon
> 1500 K Street, N.W., Suite 700
> Washington, DC 20005-1257
> Telephone: 202-220-4200
> Fax: 202-220-4201
>
> Richard L. DeLucia, Esq.
> Michael Loughnane, Esq.
> Jerry Canada, Esq.
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004
> Tel: 212-425-7200
> Fax: 212-425-5288
>
> Counsel of Plaintiff Intervet Inc.

*/s/ Crystal Kelly*
ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777