UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PLAINTIFF INTERVET INC.'S MOTION TO COMPEL DEFENDANTS
MERIAL LIMITED AND MERIAL SAS TO MAKE 30(b)(6)
<u>WITNESSES AVAILABLE FOR DEPOSITION</u>**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff Intervet Inc. ("Intervet") hereby moves for an order compelling Defendants Merial Limited and Merial SAS (collectively "Merial") to make one or more witnesses available for deposition related to Intervet's 30(b)(6) topics 11, 12, 16, 21-24, 27, 34, 35, and 43-48. The reasons for granting this motion are set forth in the accompanying memorandum. A proposed order is submitted herewith.

Pursuant to Fed. R. Civ. P. 37 and LCvR 7(m), counsel for Intervet has met and conferred in good faith. It is Intervet's understanding that Merial will oppose this motion.

Dated: May 6, 2008                                     Respectfully Submitted,

                                            /s/  Yariv Waks
                                    John R. Hutchins (D.C. Bar # 456749)
William G. James, II (D.C. Bar # 503162)
Yariv Waks (D.C. Bar # 491729)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005-1257

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004

*Counsel for Intervet Inc.*

2