## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

      *Plaintiff*,

      v.

MERIAL LIMITED and MERIAL SAS

      *Defendants*.

Civil Action No. 1:06-cv-00658 (HHK/JMF)

## NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 24, 2007, in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- *Plaintiff Intervet's Memorandum in Support of Intervet Inc.'s Motion To Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition*

- *Declaration of Christopher J. Nodes in Support of Plaintiff Intervet's Memorandum in Support of Intervet Inc.'s Motion To Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition*, and associated exhibits

These documents contain material designated Confidential and Attorneys' Eyes Only by both parties under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court.  Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 6th day of May, 2008

_____/s/  Yariv Waks_____
John R. Hutchins (D.C. Bar # 456749)
William G. James, II (D.C. Bar # 503162)
Yariv Waks (D.C. Bar # 491729)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005-1257

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004

*Counsel for Intervet Inc.*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:06-cv-00658(HHK/JMF) |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2008, I caused copies of the following documents to be served via e-mail and ECF:

1.    Intervet's Motion to Compel 30(b)(6) Testimony;

2.    Proposed Order;

3.    Notice of Filing Documents Under Seal supporting Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Compel 30(b)(6) Testimony and the Declaration of Christopher J. Nodes;

And copies of the following documents to be served via email only:

4.    Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Compel 30(b)(6) Testimony;

5.      Declaration of Christopher J. Nodes in Support of Plaintiff Intervet's

Memorandum of Law in Support of Intervet's Motion to Compel 30(b)(6)

Testimony, and the exhibits cited therein;

On the following attorneys of record:

Thomas J. Kowalski, Esq.
Vicki Franks, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Patrick J. Elsevier, Ph.D.
Frank G. Smith III, Esq.
Kristen L. Melton
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Counsel of Defendant Merial Limited and Merial SAS

The above listed documents were served via Federal Express on the following attorneys

of record:

Thomas J. Kowalski, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith III, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Counsel of Defendant Merial Limited and Merial SAS


Peter Benson
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

Counsel of Plaintiff Intervet, Inc.

3