UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PROPOSED ORDER**

Now before the Court is *Plaintiff Intervet Inc.'s Motion to Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition*. Having considered this motion and the pleading related thereto, it is hereby ordered that the Plaintiff's Motion is

GRANTED.

Defendants Merial Limited and Merial SAS shall designate 30(b)(6) witnesses in response to Intervet 30(b)(6) topics 11, 12, 16, 21-24, 27, 34, 35, and 43-48.

SO ORDERED.

_____                                _____
    Date                                                                         United States District Court Judge