UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**JOINT MOTION TO EXTEND DEADLINES FOR
PENDING OPPOSITION BRIEFS**

Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS (collectively "Merial") hereby jointly move to extend the upcoming deadline for Intervet to file its opposition to *Merial Limited And Merial SAS' Motion For A Protective Order To Preclude Disclosure Of Confidential And Attorneys' Eyes Only Materials And Information To Dr. Rowland* (D.I. 144) to May 19, 2008. Intervet and Merial also hereby jointly move to extend the upcoming deadline for Merial to file its opposition to *Plaintiff Intervet Inc.'s Motion to Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition* (D.I. 146) to May 27, 2008.

Respectfully submitted this 16th day of May, 2008.

| | |
|---|---|
| /s/ Patrice Jean | /s/ Timothy Ngau |
| KENYON & KENYON LLP | ALSTON & BIRD, LLP |
| Patrice P. Jean (D.C. Bar # 482968) | Timothy A. Ngau |
| Richard L. DeLucia | DC Bar No. 339333 |
| Michael D. Loughnane | 950 F Street, NW |
| KENYON & KENYON LLP | Washington, DC 20004 |
| One Broadway | Phone: 202-756-3300 |
| New York, NY 10004 | Fax: 202-756-3333 |
| | |
| John R. Hutchins (D.C. Bar # 456749) | Judy Jarecki-Black, Ph.D. |
| William G. James, II (D.C. Bar # 503162) | Merial Limited |
| Yariv Waks (D.C. Bar # 491729) | 3239 Satellite Blvd. |
| KENYON & KENYON LLP | Duluth, GA 30096-4640 |
| 1500 K Street, N.W. | Tel.: (678) 638-3805 |
| Washington, DC 20005-1257 | Fax: (678) 638-3350 |
| | |
| *Counsel for Intervet Inc.* | Thomas J. Kowalski |
| | Steven M. Amundson |
| | DC Bar No. 412196 |
| | Vicki Franks |
| | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Elizabeth K. Haynes |
| | Kristen L. Melton |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| | *Counsel for Merial SAS and Merial Limited* |