UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER**

Now before the Court is the Parties' joint motion to extend the deadlines for pending opposition briefs. In light of this joint motion, it is hereby ordered that:

1. Intervet will have up to and including May 19, 2008 to file its opposition to *Merial Limited And Merial SAS' Motion For A Protective Order To Preclude Disclosure Of Confidential And Attorneys' Eyes Only Materials And Information To Dr. Rowland* (D.I. 144).

2. Merial will have up to and including May 27, 2008 to file its opposition to *Plaintiff Intervet Inc.'s Motion to Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition* (D.I. 146).

**SO ORDERED.**

Date: _____                                        _____
                                                                              United States District Judge