# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS, *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## [PROPOSED] ORDER

Before the Court is *Defendants Merial Limited and Merial SAS' Motion for a Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Material and Information to Dr. Rowland*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Merial's Motion is hereby

DENIED.

It is hereby ordered that Dr. Rowland shall have immediate access to all materials designated Confidential and/or Attorneys' Eyes Only under the Protective Order in this matter.

SO ORDERED.

Date: _____                    _____
                                       United States District Judge