UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**NOTICE OF MATERIALS FILED UNDER SEAL**

Pursuant to the Protective Order of April 24, 2007, in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- *Plaintiff Intervet's Reply Brief in Support of Intervet's Motion to Enlarge the Number of Depositions to Eighteen*

- *Declaration of Christopher J. Nodes in Support of Plaintiff Intervet's Reply Brief in Support of Intervet's Motion to Enlarge the Number of Depositions to Eighteen*, and all exhibits cited therein

These documents contain material designated Confidential and Attorneys' Eyes Only under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court. Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 19th day of May, 2008

      /s/  Yariv Waks
KENYON & KENYON LLP
Yariv Waks (DC Bar No. 491729)
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

*Counsel for Intervet Inc.*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff,* v. MERIAL LIMITED and MERIAL SAS, *Defendants.* | Civil Action No. 1:06-cv-00658(HHK/JMF) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008 copies of *Plaintiff Intervet's Reply Brief in Support of Intervet's Motion to Enlarge the Number of Depositions to Eighteen, Declaration of Christopher J. Nodes in Support of Plaintiff Intervet's Reply Brief in Support of Intervet's Motion to Enlarge the Number of Depositions to Eighteen*, and all exhibits cited therein, and *Notice of Materials Filed Under Seal* filed under seal pursuant to the Protective Order of April 24, 2007 (D.I. 87) were served by hand on the following attorney of record:

Timothy A. Ngau, Esq.
ALSTON & BIRD LLP
950 F. Street, NW
Washington, DC 20004
Tel: (202) 756-3300
Fax: (202) 756-3333

Counsel of Defendants Merial Limited and Merial SAS

Courtesy copies of the above listed documents were served both via email and Federal Express on the following attorneys of record:

>Thomas J. Kowalski, Esq.
>Vicki Franks, Esq.
>FROMMER LAWRENCE & HAUG LLP
>745 Fifth Avenue, NY NY 10151
>Tel: (212) 588-0800
>Fax: (212) 588-0500

>Frank G. Smith III, Esq.
>J. Patrick Elsevier, Esq.
>Kristen Melton, Esq.
>Beth Haynes, Esq.
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Tel: (404) 881-7000
>Fax: (404) 881-7777

>Counsel of Defendants Merial Limited and Merial SAS

*/s/ Peter Benson*
Peter Benson
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

Counsel of Plaintiff Intervet, Inc.