# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### PLAINTIFF INTERVET INC.'S MOTION TO VITIATE PRIVILEGE CLAIMS BY DEFENDANTS MERIAL LIMITED AND MERIAL SAS

Plaintiff Intervet Inc. ("Intervet") hereby moves for an order vitiating Defendants Merial Limited and Merial SAS's ("Merial") claims of attorney-client privilege relating to inventorship of U.S. Patent No. 6,368,601 ("the '601 patent") based on the crime/fraud exception, and ordering Merial to produce all documents withheld on the basis of privilege relating to inventorship, and ordering Merial to produce at least Mr. Thomas Kowalski for additional deposition time on this topic. The reasons for granting this Motion are set forth in the accompanying memorandum of law.

Pursuant to LCvR 7(m), counsel for Intervet and Merial have met and conferred in good faith regarding this motion and have not been able to resolve this matter. It is Intervet's understanding that Merial will oppose this Motion.

Dated: May 21, 2008  Respectfully Submitted,

/s/  Yariv Waks
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: 212-425-7200
Fax: 212-425-5288

*Counsel for Intervet Inc.*