## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |
| MERIAL LIMITED and MERIAL SAS | |
| *Defendants.* | |

## NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 24, 2007 (D.I. 87) in the above-captioned matter, Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- *Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS*;

- *Declaration of Yariv Waks in Support of Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS*, and all exhibits cited therein.

These documents contain material designated Confidential and/or Attorneys' Eyes Only under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court. Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 21st day of May, 2008

           /s/ Yariv Waks
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: 212-425-7200
Fax: 212-425-5288

*Counsel for Intervet Inc.*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

       *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

       *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2008 copies of *Plaintiff Intervet's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS, Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS,* the *Declaration of Yariv Waks in Support of Plaintiff Intervet's Memorandum of Law in Support of Intervet's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS,* and the exhibits cited therein, a Proposed Order, and a *Notice of Materials Filed Under Seal* regarding the aforementioned materials were served by hand on the following attorney of record:

                  Timothy A. Ngau, Esq.
                  ALSTON & BIRD LLP
                  950 F. Street, NW
                  Washington, DC 20004
                  Tel: (202) 756-3300
                  Fax: (202) 756-3333

Counsel of Defendants Merial Limited and Merial SAS

Courtesy copies of the above listed documents were served via email and/or Federal Express on the following attorneys of record:

>Thomas J. Kowalski, Esq.
>Vicki Franks, Esq.
>FROMMER LAWRENCE & HAUG LLP
>745 Fifth Avenue, NY NY 10151
>Tel: (212) 588-0800
>Fax: (212) 588-0500

>Frank G. Smith III, Esq.
>J. Patrick Elsevier, Esq.
>Kristen Melton, Esq.
>Beth Haynes, Esq.
>Jessica Jacob, Esq.
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Tel: (404) 881-7000
>Fax: (404) 881-7777

Counsel of Defendants Merial Limited and Merial SAS

_Peter Benson_

Peter Benson
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

Counsel of Plaintiff Intervet, Inc.

2