## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | |

### PROPOSED ORDER

Now before the Court is *Plaintiff Intervet's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS*.  Having considered this Motion, the opposition thereto, and the underlying pleadings, it is hereby ordered that the Plaintiff's Motion is GRANTED.

Defendants Merial Limited and Merial SAS ("Merial") shall produce all documents withheld on the basis of privilege relating to inventorship of the '601 patent.  Merial shall produce at least Mr. Thomas Kowalski for additional deposition time on these issues.

SO ORDERED.

_____
Date

_____
United States District Court Judge