## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### INTERVET'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Intervet Inc. ("Intervet") hereby moves this Court for leave to file an Amend Complaint in this case. Intervet seeks to amend its complaint to reflect evidence learned since the outset of this matter, including evidence obtained from very recent depositions. For the reasons set forth in the accompanying memorandum, Intervet's Motion should be granted and Intervet should be granted leave to file its amended complaint.

Pursuant to LCvR 7(m), counsels for Intervet and Merial have met and conferred in good faith regarding the Motion and have not been able to resolve this matter. It is Intervet's understanding that Merial will oppose this motion.

Respectfully submitted this 23rd day of May, 2008.

                    /s/ Yariv Waks
_____
KENYON & KENYON LLP
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

*Counsel for Plaintiff*