## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |
| MERIAL LIMITED and MERIAL SAS | |
| *Defendants.* | |

### NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 24, 2007, in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- *Plaintiff Intervet's Memorandum of Law in Support of Its Motion for Leave to File an Amended Complaint*;

- *Declaration of Christopher J. Nodes in Support of Plaintiff Intervet's Memorandum of Law in Support of Its Motion for Leave to File an Amended Complaint*, and all exhibits cited therein.

These documents contain material designated Confidential and Attorneys' Eyes Only under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court. Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 23rd day of May, 2008.


_____/s/  Yariv Waks_____

KENYON & KENYON LLP
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

      *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

      *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

# CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of May, 2008, copies of *Plaintiff Intervet's Motion for Leave to File an Amended Complaint, Plaintiff Intervet's Memorandum of Law in Support of Its Motion for Leave to File an Amended Complaint*, the *Declaration of Christopher J. Nodes in Support of Plaintiff Intervet's Memorandum of Law in Support of Its Motion for Leave to File an Amended Complaint* and the exhibits cited therein, a Proposed Order, and a Notice of Materials Filed Under Seal regarding the above materials were served by hand on the following attorney of record:

          Timothy A. Ngau, Esq.
          ALSTON & BIRD LLP
          950 F. Street, NW
          Washington, DC 20004
          Tel: (202) 756-3300
          Fax: (202) 756-3333

          Counsel of Defendants Merial Limited and Merial SAS

Courtesy copies of the above listed documents were served via email and/or Federal

Express on the following attorneys of record:

Thomas J. Kowalski, Esq.
Vicki Franks, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500


Frank G. Smith III, Esq.
J. Patrick Elsevier, Esq.
Kristen Melton, Esq.
Beth Haynes, Esq.
Jessica Jacob, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Counsel of Defendants Merial Limited and Merial SAS



Peter Benson
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

Counsel of Plaintiff Intervet, Inc.