# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## PROPOSED ORDER

Now before the Court is *Intervet's Motion For Leave To File An Amended Complaint*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby

GRANTED.

Intervet is granted leave to file the amended complaint attached as Exhibit A to Intervet's Motion.

SO ORDERED.


Date: _____                                                      _____
                                                                                                                        United States District Judge