## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,** | |
| **Plaintiff,** | |
| **v.** | Civil Action No. 1:06-cv-00658 (HHK) |
| **MERIAL LIMITED and MERIAL SAS,** | |
| **Defendants.** | |

### CONSENT MOTION FOR AN EXTENSION OF TIME FOR MERIAL TO REPLY TO INTERVET'S OPPOSITION TO MERIAL'S MOTION FOR A PROTECTIVE ORDER TO PRECLUDE DISCLOSURE OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIALS AND INFORMATION TO DR. ROWLAND

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LCvR 7, Defendants Merial Limited, Merial SAS (collectively "Merial") with the consent of Plaintiff Intervet Inc. ("Intervet"), hereby move this Court for an extension of time to file its Reply Memorandum to Plaintiff Intervet's Opposition to Merial's Motion for a Protective Order to Preclude Disclosure of Confidential and Attorney's Eyes Only Information to Dr. Rowland (D.I. 151). Defendants' Reply Memorandum is currently due Tuesday, May 26. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to an extension of the time for Merial to file its Reply Memorandum through and including Friday, May 30, 2008.

**WHEREFORE,** Merial respectfully request that the Court grant this agreed motion permitting Merial through and including Friday, May 30, 2008 to file its Reply Memorandum to Intervet's Opposition to Defendant's Motion for Entry of a Protective Order to Preclude Disclosure of Confidential and Attorney's Eyes Only Information to Dr. Rowland (D.I. 151).

A proposed order is attached for the Court's consideration.

Dated: May 23, 2008

Respectfully submitted,

/s/ Timothy A. Ngau___
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kriten L. Melton
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS*