UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**MERIAL LIMITED and**<br>**MERIAL SAS,**<br><br>    **Defendants.** | Civil Action No. 1:06-cv-00658 (HHK) |

### [PROPOSED] ORDER

Defendants Merial Limited and Merial SAS' ("Merial") motion for an extension of time to file its Reply Memorandum to Intervet's Opposition to Defendant's Motion for Entry of a Protective Order to Preclude Disclosure of Confidential and Attorney's Eyes Only Information to Dr. Rowland (D.I. 151), to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED. The Defendants shall have up to and including Friday, May 30, 2008 to file a Reply Memorandum to Intervet's Opposition to Defendant's Motion for Entry of a Protective Order to Preclude Disclosure of Confidential and Attorney's Eyes Only Information to Dr. Rowland (D.I. 151).

SO ORDERED, THIS _____ day of _____, 2008.

_____
United States District Judge