### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### JOINT MOTION TO EXTEND THE DEADLINE FOR OPENING EXPERT REPORTS

Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS (collectively "Merial") hereby jointly move to extend the upcoming deadline for filing opening expert reports in this matter. The current deadline for opening expert reports is June 20, 2008. (*See* D.I. 139 and 4/8/08 Minute Order.) The parties agree that this deadline should be extended by three (3) business days. Therefore, the parties will have up to and including June 25, 2008, to file opening expert reports. A proposed order is attached for the Court's review.

Respectfully submitted this 28th day of May, 2008.

| | |
|---|---|
| /s/ Yariv Waks | /s/ J. Patrick Elsevier, Ph.D. |
| John R. Hutchins (D.C. Bar # 456749) | ALSTON & BIRD, LLP |
| William G. James, II (D.C. Bar # 503162) | Timothy A. Ngau (DC Bar # 339333) |
| Yariv Waks (D.C. Bar # 491729) | 950 F Street, NW |
| KENYON & KENYON LLP | Washington, DC 20004 |
| 1500 K Street N.W., Suite 700 | Phone: 202-756-3300 |
| Washington, DC 20005 | Fax: 202-756-3333 |
| (202) 220-4200 (telephone) | |
| (202) 220-4201 (facsimile) | Judy Jarecki-Black, Ph.D. |
| | Merial Limited |
| Richard L. DeLucia | 3239 Satellite Blvd. |
| Michael D. Loughnane | Duluth, GA 30096-4640 |
| Patrice P. Jean, Ph.D. (D.C. Bar # 482968) | Tel.: (678) 638-3805 |
| KENYON & KENYON LLP | Fax: (678) 638-3350 |
| One Broadway | |
| New York, NY 10004 | Thomas J. Kowalski |
| (212) 425-7200 (telephone) | Steven M. Amundson (D.C. Bar # 412196) |
| (212) 425-5288 (facsimile) | Vicki Franks |
| | Frommer Lawrence & Haug LLP |
| *Counsel for Plaintiff* | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Kristen L. Melton |
| | Elizabeth K. Haynes |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| | *Counsel for Defendants* |