UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PROPOSED ORDER**

Now before the Court is Parties' *Joint Motion To Extend the Deadline for Opening Expert Reports*. Upon full consideration, the Parties' Motion is hereby

GRANTED.

The Parties will have up to and including June 25, 2008, to file opening expert reports in this matter.

SO ORDERED.


Date: _____                                             _____
                                                                                    United States District Judge