UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**MERIAL LIMITED and**<br>**MERIAL SAS.**<br><br>            **Defendants.** | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR MERIAL TO REPLY TO INTERVET'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Merial Limited, Merial SAS (collectively "Merial"), with the consent of Plaintiff Intervet Inc. ("Intervet"), hereby move this Court for an extension of time to file its Opposition to Plaintiff Intervet's Motion for Leave to File An Amended Complaint (D.I. 154). Merial's Opposition is currently due Tuesday, June 3. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to an extension of the time for Merial to file its Opposition through and including Monday, June 9, 2008.

**WHEREFORE,** Merial respectfully request that the Court grant this agreed motion permitting Merial through and including Monday, June 9, 2008 to file its Opposition to Plaintiff Intervet's Motion for Leave to File An Amended Complaint (D.I. 154).

A proposed order is attached for the Court's consideration.

Dated: May 28, 2008

Respectfully submitted,

*/s/ Timothy A. Ngau*

- 2 -

ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS*