UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**MERIAL LIMITED and<br>MERIAL SAS,**<br><br>    **Defendants.** | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

### [PROPOSED] ORDER

Defendants Merial Limited and Merial SAS' ("Merial") motion for an extension of time to file its Opposition to Plaintiff Intervet's Motion for Leave to File An Amended Complaint (D.I. 154), to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED.  Merial shall have up to and including Monday, June 9, 2008 to file its Opposition to Plaintiff Intervet's Motion for Leave to File An Amended Complaint (D.I. 154).

SO ORDERED, THIS _____ day of _____, 2008.

_____
United States District Judge