UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>       Defendants. | Civil Action No. 06-658 (HHK/JMF) |

**MEMORANDUM ORDER**

      A protective order in this case permits expert witnesses to see certain confidential material so long as the party intending to call that expert witness first gives notice to opposing counsel, and opposing party does not object. See Protective Order [#85] at ¶ 7(e)(1). If the opposing party does object, it must file a motion to preclude the disclosure of confidential material. Id. at ¶ 7(e)(iii). This has now occurred with regard to plaintiff's intended expert, Dr. Raymond Rowland; defendants object and have filed the necessary motion. See Merial Limited and Merial SAS' Motion for a Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland [#144] (the "Motion").

      The Court has reviewed the Motion and the subsequent briefing and has concluded that, as has previously occurred, the Motion cannot be resolved without an evidentiary hearing. The Court will therefore deem plaintiff in compliance with its obligation to identify

- 2 -

Dr. Rowland as an expert prior to June 6, 2008, pursuant to the Joint Motion to Extend Discovery Deadlines [#139] ("Joint Motion"), which was granted by Judge Kennedy by Minute Order on April 8, 2008.  All other deadlines applicable to Dr. Rowland that are set forth in the Joint Motion are hereby suspended, *pendent elite*, pending resolution of the Motion.

Counsel shall confer with Chambers to set a hearing date, and shall exchange a list of witnesses to testify at the hearing on or before the close of business on June 5, 2008.

**SO ORDERED.**

Dated: March 21, 2007

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE