UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**MERIAL LIMITED, et al.,**<br><br>　　　　　　　Defendants. | Civil Action 06-00658 (HHK) (JMF) |

**ORDER REFERRING MOTIONS TO**
**UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA**

It is this 3rd day of June 2008, hereby

**ORDERED** that defendants' Motion to Compel Designation of 30(b)(6) Deponent [#140]; plaintiff's Motion to Enlarge the Number of Depositions to Eighteen [#142]; defendants' Motion for a Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland [#144]; plaintiff's Motion to Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition [#146]; plaintiff's Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS [#153]; and plaintiff's Motion for Leave to File an Amended Complaint [#154] are referred pursuant to LCvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination.  Henceforth, and until this referral is terminated, ALL filings related to these motions shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge**.**  *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge