## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

       *Plaintiff*,

     v.

MERIAL LIMITED and MERIAL SAS

     *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

## CONSENT MOTION TO EXTEND DEADLINE FOR
## INTERVET TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS
## MOTION TO COMPEL DEFENDANTS MERIAL LIMITED AND MERIAL SAS TO
## MAKE 30(B)(6) WITNESSES AVAILABLE FOR DEPOSITION

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Intervet Inc. ("Intervet"), with the consent of Defendants Merial Limited and Merial SAS (collectively "Merial"), hereby moves to extend the upcoming deadline for Intervet to file its reply brief in support of *Plaintiff Intervet Inc.'s Motion To Compel Defendants Merial Limited And Merial SAS to Make 30(b)(6) Witnesses Available For Deposition* (D.I. 146). Intervet's reply brief is currently due Friday, June 6, 2008. Intervet requests up to and including Tuesday, June 10, 2008, to file this brief. Merial does not oppose this Motion.

Respectfully submitted this 5th day of June, 2008.

                                   _____/s/ Yariv Waks_____
                                   KENYON & KENYON LLP
                                   John R. Hutchins (D.C. Bar # 456749)
                                   William G. James, II (D.C. Bar # 503162)
                                   Yariv Waks (D.C. Bar # 491729)
                                   KENYON & KENYON LLP
                                   1500 K Street, N.W.
                                   Washington, DC 20005-1257

                                   Richard L. DeLucia
                                   Michael D. Loughnane
                                   Patrice P. Jean (D.C. Bar # 482968)
                                   KENYON & KENYON LLP
                                   One Broadway
                                   New York, NY 10004

                                   *Counsel for Intervet Inc.*