UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>  *Plaintiff*,<br><br> v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>  *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**[PROPOSED] ORDER**

  Now before the Court is Intervet's consent motion to extend the deadline for Intervet to file its reply brief in support of its motion to compel 30(b)(6) designees. In light of this motion, and the fact that it is unopposed, Intervet's Motion is hereby

  GRANTED.

  Intervet will have up to and including June 10, 2008 to file its reply brief in support of *Plaintiff Intervet Inc.'s Motion to Compel Defendants Merial Limited and Merial SAS to Make 30(b)(6) Witnesses Available for Deposition* (D.I. 146).

  SO ORDERED.


Date: _____               _____
                                  United States District Judge