REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:2201 Declaratory Judgement | | | |
|---|---|---|---|---|
| CASE NO: 06 cv 658 | DATE REFERRED: JUNE 3, 2008  DISPOSITION DATE: | PURPOSE: REFERRAL OF MOTIONS (DOCS # 140, 142, 144, 146, 153, 154) | JUDGE: HENRY H. KENNEDY, JR. | MAG. JUDGE JOHN M. FACCIOLA |
| PLAINTIFF(S): INTERVET, INC. | | DEFENDANT(S): MERIAL LIMITED, ET AL. | | |
| ENTRIES: | | | | |