UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**CORRECTED NOTICE OF FILING DOCUMENTS UNDER SEAL
IN SUPPORT OF MERIAL LIMITED AND MERIAL SAS'
OPPOSITION TO INTERVET'S MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Defendants Merial Limited and Merial SAS (collectively "Merial") hereby provide notice that the following documents are being filed under seal in support of Merial Limited and Merial SAS' Opposition to Intervet's Motion for Leave to File an Amended Complaint:

1. Declaration of Timothy A. Ngau in Support of Merial Limited and Merial SAS' Opposition to Intervet's Motion for Leave to File an Amended Complaint and supporting documents.

These documents have been filed in paper format with the Court and are not available for public viewing.

This 10th day of June, 2008.

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP

Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC.,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>　　　Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

### **CORRECTED NOTICE REGARDING CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2008, I caused copies of the following documents to be served:

1. Merial Limited and Merial SAS' Opposition to Intervet's Motion For Leave to File an Amended Complaint;

2. Declaration of Timothy A. Ngau in Support of Merial Limited and Merial SAS' Opposition to Intervet's Motion For Leave to File an Amended Complaint and supporting exhibits; and

3. Notice of Filing Documents Under Seal in Support of Merial Limited and Merial SAS' Opposition to Intervet's Motion For Leave to File an Amended Complaint.

The foregoing documents were served via Email and Overnight Courier on the following attorneys of record:

>John R. Hutchins, Esq.
>William G. James, Esq.
>Yariv Waks, Esq.
>Kenyon & Kenyon
>1500 K Street, N.W., Suite 700
>Washington, DC 20005-1257
>Telephone: 202-220-4200
>Fax: 202-220-4201
>
>Richard L. DeLucia, Esq.
>Michael Loughnane, Esq.
>Jerry Canada, Esq.
>Kenyon & Kenyon
>One Broadway
>New York, NY 10004
>Tel: 212-425-7200
>Fax: 212-425-5288

Counsel of Plaintiff Intervet Inc.

*/s/ Crystal Kelly*

ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777