UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**DECLARATION OF YARIV WAKS IN SUPPORT OF
INTERVET INC.'S REPLY BRIEF IN SUPPORT OF ITS
MOTION TO COMPEL DEFENDANTS MERIAL LIMITED AND MERIAL SAS
TO MAKE 30(B)(6) WITNESSES AVAILABLE FOR DEPOSITION**

1.  I am an associate at the law firm of Kenyon & Kenyon LLP located at 1500 K Street, N.W., Suite 700, Washington, D.C. 20005. Kenyon & Kenyon is counsel for plaintiff Intervet Inc. ("Intervet") in the above-captioned matter, and I have made an appearance as an attorney of record in this matter.

2.  I submit this declaration in support of Intervet's *Reply Brief In Support Of Its Motion To Compel Defendants Merial Limited And Merial SAS To Make 30(B)(6) Witnesses Available For Deposition,* filed concurrently herewith.

3.  Attached as Exhibit A to this Declaration is a true and correct copy of an email dated 5/8/08 from me to Frank Smith.

4.  Attached as Exhibit B to this Declaration is a true and correct copy of an

1

2

email dated 5/9/08 from Frank Smith to me.

5. Attached as Exhibit C to this Declaration is a true and correct copy of *Merial SAS and Merial Limited's Second Set of Interrogatories to Plaintiff Intervet.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008                    _____
                                                              Yariv Waks