# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED AND MERIAL SAS,<br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

### DEFENDANTS MERIAL SAS' AND MERIAL LIMITED'S SECOND SET OF INTERROGATORIES TO PLAINTIFF INTERVET, INC.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants Merial SAS ("SAS") and Merial Limited ("Limited") (collectively "Merial") request that the Plaintiff answer the following interrogatories under oath. A copy of the answers must be served upon the undersigned attorneys within thirty days of the service of these interrogatories.

### DEFINITIONS AND INSTRUCTIONS

Merial hereby incorporates by reference the Definitions and Instructions set forth in Defendants Merial SAS' and Merial Limited's First Set of Interrogatories to Plaintiff Intervet, Inc. as if fully set forth herein.

In addition, the following Definitions shall apply to the interrogatories set forth below.

1. "DNA sequence of the genome of the Imp. 1010 strain of PCV-2" means the DNA sequence of the genome of the Imp. 1010 strain of PCV-2 described in the '601 patent and which is set forth in Figure 4 of the '601 patent.

2. "DNA sequence of ORF13 of the Imp. 1010 isolate of PCV-2" means the DNA sequence of ORF13 of the Imp. 1010 isolate of PCV-2, which is described in the '601 patent as corresponding to the DNA sequence of the antisense strand of the sequence set forth in Figure No. 4 of the '601 patent starting at nucleotide 314 and ending at nucleotide 1381. The DNA sequence of ORF13 of the Imp. 1010 isolate of PCV-2 is set forth in Attachment A to Defendants Merial SAS' and Merial Limited's Second Set of Interrogatories to Plaintiff Intervet, Inc.

3. "Recombinant Baculovirus" means a Baculovirus that has been genetically engineered to contain DNA sequences that do not naturally exist in Baculovirus.

4. "Foreign DNA" means DNA sequences, which do not normally exist in a vector, but that are added to the vector through genetic engineering to form a recombinant vector.

## INTERROGATORIES

**INTERROGATORY NO. 16**: Provide the complete DNA sequence of the PCV-2 virus that was the source for the Intervet PCV-2 vaccine, including, but not limited to, providing the complete DNA sequence for what Intervet has designated as PCV WT2/1.

**RESPONSE TO INTERROGATORY NO. 16:**

**INTERROGATORY NO. 17**: Identify and describe in detail all testing, evaluations, analyses, and comparisons performed by Intervet that compare the DNA or amino acid sequence, or any parts thereof, of any PCV-2 virus isolated by or for Intervet—including, but not limited to, what Intervet has designated as PCV WT2/1—to the DNA or amino acid sequence of any published PCV sequences, including identifying all documents that describe the procedures, results, or evaluations of all such testing, evaluations, analyses, and comparisons, providing a detailed explanation of the procedures used in conducting such testing, evaluations, analyses, or comparisons, the identification of the viral strains and the DNA and amino acid sequences used in performing such testing, evaluations, analyses, or comparisons, an explanation of all results of such testing, evaluations, analyses, or comparisons, the identification of the publications wherein the PCV sequences used in such testing, evaluations, analyses, or comparisons were obtained by Intervet, and explain whether and, if so, how Intervet contends the results of such experiments support Intervet's assertion that it does not and has not infringed any of the asserted claims of the '601 patent.

- 3 -

**RESPONSE TO INTERROGATORY NO. 17:**

**INTERROGATORY NO. 18**: Provide the complete DNA sequence of the PCV-2 DNA in the Recombinant Baculovirus vector of the Intervet PCV-2 vaccine and the amino acid sequence coded for by that PCV-2 DNA.

**RESPONSE TO INTERROGATORY NO. 18:**

**INTERROGATORY NO. 19**: Identify and describe in detail all testing, evaluations, analyses, and comparisons performed by Intervet that compare the DNA sequence of the PCV-2 DNA of the Recombinant Baculovirus of the Intervet vaccine to the DNA sequence of any published PCV sequences, including identifying all documents that describe the procedures, results, or evaluations of all such testing, evaluations, analyses, and comparisons, providing a detailed explanation of the procedures used in conducting such testing, evaluations, analyses, or comparisons, the identification of the viral strains and the DNA sequences used in performing such testing, evaluations, analyses, or comparisons, an explanation of all results of such testing,

- 4 -

evaluations, analyses, or comparisons, the identification of the publications wherein the PCV sequences used in such testing, evaluations, analyses, or comparisons were obtained by Intervet, and explain whether and, if so, how Intervet contends the results of such experiments support Intervet's assertion that it does not and has not infringed any of the asserted claims of the '601 patent.

**RESPONSE TO INTERROGATORY NO. 19:**

**INTERROGATORY NO. 20:** Describe the percentage homology and identify all nucleotide differences between (1) the DNA sequence of any PCV ORF (open reading frame)—including, but not limited to what Intervet refers to as Open Reading Frame-2 (ORF2) of porcine circovirus type 2—that is present in the recombinant baculovirus of the Intervet PCV-2 vaccine and (2) the DNA sequence of ORF13 of the Imp. 1010 isolate as described in Example 13 of the '601 patent, which corresponds to the antisense strand of Figure No. 4 of the '601 patent starting at nucleotide 314 and ending at nucleotide 1381, the complete DNA sequence of which is set forth in Attachment A hereto.

- 5 -

**RESPONSE TO INTERROGATORY NO. 20:**

**INTERROGATORY NO. 21**: Describe the percentage homology and identify all nucleotide differences between (1) the DNA sequence of the genome of the PCV-2 virus that was the source for the Intervet PCV-2 vaccine and (2) the DNA sequence for the Imp. 1010 isolate as set forth in Figure No. 4 of the '601 patent.

**RESPONSE TO INTERROGATORY NO. 21:**

This 28th day of September, 2007.

_____
ALSTON & BIRD, LLP
Timothy Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.

Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
Robert L. Lee
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

- 8 -

**EXHIBIT A TO DEFENDANTS MERIAL SAS' AND MERIAL LIMITED'S SECOND SET OF INTERROGATORIES TO PLAINTIFF INTERVET, INC.**

**DNA Sequence of ORF13 of the Imp.1010 isolate**

```
atgacgtatccaaggaggcgttaccgcagaagaagacaccgcccccgcagccatcttggccaga
tcctccgccgccgcccctggctcgtccaccccgccaccgctaccgttggagaaggaaaaatgg
catcttcaacacccgcctctcccgcaccttcggatatactgtcaagcgtaccacagtcacaacg
ccctcctgggcggtggacatgatgagatttaaaattgacgactttgttccccgggagggggga
ccaacaaaatctctatacccttgaatactacagaataagaaaggttaaggttgaattctggcc
ctgctcccccatcacccagggtgatagggagtgggctccactgctgttattctagatgataac
tttgtaacaaaggccacagccctaacctatgacccatatgtaaactactcctcccgccatacaa
tcccccaacccttctcctaccactcccgttacttcacacccaaacctgttcttgactccactat
tgattacttccaaccaaataacaaaaggaatcagctttggctgagactacaaacctctggaaat
gtggaccacgtaggcctcggcgctgcgttcgaaaacagtaaatacgaccaggactacaatatcc
gtgtaaccatgtatgtacaattcagagaatttaatcttaaagaccccccacttaaaccctaa
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED AND MERIAL SAS, <br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned caused a true and correct copy of the foregoing DEFENDANTS MERIAL SAS' AND MERIAL LIMITED'S SECOND SET OF INTERROGATORIES TO PLAINTIFF INTERVET, INC. to be served via <u>email</u> and <u>U.S. Mail</u> on the following counsel of record for Intervet at their address(es) listed below:

> William G. James, II (wjames@kenyon.com)
> Kenyon & Kenyon
> 1500 K Street, N.W.
> Suite 700
> Washington, DC 20005-1257

and via <u>email only</u> to the following counsel of record for Intervet:

> John R. Hutchins (jhutchins@kenyon.com)
> Richard L. DeLucia (rdelucia@kenyon.com)
> Michael Douglas Loughnane (mloughnane@kenyon.com)

This 28th day of September 2007.

_____
J. Patrick Elsevier