UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEEN'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>　　　Defendants. | Civ. No. 06-658 (HHK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's <u>Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions</u> [#129] is **DENIED.**

　　　**SO ORDERED.**


Dated: June 11, 2008　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE