UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>　　　　*Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**CONSENT MOTION TO EXTEND DEADLINES FOR**
**INTERVET TO FILE REPLY BRIEFS**

　　Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Intervet Inc. ("Intervet"), with the consent of Defendants Merial Limited and Merial SAS (collectively "Merial"), hereby moves to extend the upcoming deadlines for Intervet to file its reply briefs in support of Intervet's *Motion for Leave To File an Amended Complaint* (D.I. 154) and *Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS* (D.I. 153). Intervet's reply briefs are currently due today, June 19, 2008. Intervet requests a one-week extension, giving Intervet up to and including Thursday, June 26, 2008, to file these briefs. Merial does not oppose this Motion.

Respectfully submitted this 19th day of June, 2008.

       /s/ Yariv Waks
KENYON & KENYON LLP
John R. Hutchins (D.C. Bar # 456749)
William G. James, II (D.C. Bar # 503162)
Yariv Waks (D.C. Bar # 491729)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005-1257

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004

*Counsel for Intervet Inc.*