**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

INTERVET INC.,

      *Plaintiff*,

    v.

MERIAL LIMITED and MERIAL SAS

      *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

**[PROPOSED] ORDER**

Now before the Court is Intervet's consent motion to extend the deadlines for Intervet to file its reply briefs in support of its *Motion for Leave To File an Amended Complaint* (D.I. 154) and *Motion to Vitiate Privilege Claims by Defendants Merial Limited and Merial SAS* (D.I. 153).  In light of this motion, and the fact that it is unopposed, Intervet's Motion is hereby

    GRANTED.

    Intervet will have up to and including June 26, 2008 to file its reply briefs in support of these motions.

    SO ORDERED.


Date: _____                                          _____
                                                             United States District Judge