UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MERIAL LIMITED and**<br>**MERIAL SAS,**<br><br>**Defendants.** | Civil Action No. 1:06-cv-00658 (HHK—JMF) |

## JOINT MOTION TO RESET EXPERT DISCOVERY
## AND DISPOSITIVE MOTION DEADLINES

Plaintiff Intervet. Inc. and Defendants Merial Limited and Merial SAS hereby move this Court to reset certain expert discovery and dispositive motion deadlines, which this Court suspended pursuant to Memorandum Order (D.I. 162) pending resolution of Merial Limited and Merial SAS' Motion for Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland (D.I. 144). Because the parties have now made substantial progress in resolving the issues raised in D.I. 144 and related briefing, and because they agree that it is now necessary and appropriate to reset the expert discovery and dispositive motion deadlines affected by D.I. 144, the parties hereby move the Court to enter a new scheduling order with the following deadlines:

- July 11, 2008 – Deadline for serving opening expert reports for party with burden of proof;

- July 25, 2008 – Deadline for disclosure of experts who will submit responsive expert reports;

- August 15, 2008 – Deadline for serving answering expert reports for party without burden of proof;

- October 3, 2008 – Deadline for conclusion of expert depositions;

- October 24, 2008 – Deadline for serving dispositive motions;

- November 21, 2008 – Deadline for serving oppositions to dispositive motions; and

- December 15, 2008 – Deadline for serving replies in support of dispositive motions.

The parties believe this proposed schedule is reasonable because it provides sufficient time for the conclusion of expert discovery and dispositive motion briefing, yet still permits these events to be completed before the end of the year.

    Wherefore, the parties respectfully requests that the Court grant this Motion and enter an Order resetting the expert discovery and dispositive motion deadlines as set forth above. A proposed order is attached for the Court's consideration.

Dated: June 24, 2008

| /s/ Yariv Waks | /s/ Timothy A. Ngau |
|---|---|
| John R. Hutchins (D.C. Bar # 456749) | ALSTON & BIRD, LLP |
| William G. James, II (D.C. Bar # 503162) | Timothy A. Ngau |
| Yariv Waks (D.C. Bar # 491729) | DC Bar No. 339333 |
| KENYON & KENYON LLP | 950 F Street, NW |
| 1500 K Street N.W., Suite 700 | Washington, DC  20004 |
| Washington, DC 20005 | Phone: 202-756-3300 |
| (202) 220-4200 (telephone) | Fax: 202-756-3333 |
| (202) 220-4201 (facsimile) | |
| | Judy Jarecki-Black, Ph.D. |
| Richard L. DeLucia | Merial Limited |
| Michael D. Loughnane | 3239 Satellite Blvd. |
| Patrice P. Jean, Ph.D. (D.C. Bar # 482968) | Duluth, GA  30096-4640 |
| KENYON & KENYON LLP | Tel.: (678) 638-3805 |
| One Broadway | Fax: (678) 638-3350 |
| New York, NY 10004 | |
| (212) 425-7200 (telephone) | Thomas J. Kowalski |
| (212) 425-5288 (facsimile) | Steven M. Amundson |

| | |
|---|---|
| Counsel for Intervet Inc. | DC Bar No. 412196<br>Vicki Franks<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>Tel.: (212) 588-0800<br>Fax: (212) 588-0500<br><br>Frank G. Smith, III<br>J. Patrick Elsevier, Ph.D.<br>Kristen L. Melton<br>Elizabeth K. Haynes<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777<br><br>*Counsel for Merial Limited and Merial SAS* |