FILED

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED and<br>MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK – JMF) |

## ORDER

Plaintiff Intervet. Inc.'s and Defendants Merial Limited and Merial SAS's Joint Motion to Reset Expert Discovery and Dispositive Motion Deadlines is hereby GRANTED. The parties shall adhere to the following revised schedule:

- July 11, 2008 – Deadline for serving opening expert reports for party with burden of proof;
- July 25, 2008 – Deadline for disclosure of experts who will submit responsive expert reports;
- August 15, 2008 – Deadline for serving answering expert reports for party without burden of proof;
- October 3, 2008 – Deadline for conclusion of expert depositions;
- October 24, 2008 – Deadline for serving dispositive motions;
- November 21, 2008 – Deadline for serving oppositions to dispositive motions; and
- December 15, 2008 – Deadline for serving replies in support of dispositive motions.

SO ORDERED, THIS  24th  day of June , 2008.

_____
United States District Judge