UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PROPOSED ORDER**

Now before the Court is *Plaintiff Intervet's Objections to the Magistrate Judge's Order Denying Intervet's Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions*. Having considered these objections, it is hereby ordered that the Magistrate Judge's order is reversed, and Plaintiff's *Motion to Defer Discovery of Attorney-Client Privileged Information Until After Dispositive Motions* (D.I. 129) is

GRANTED.

Discovery of materials protected by the attorney-client privilege is deferred until the Court has at least resolved any motions for summary judgment the parties may file.

SO ORDERED.

_____                                                              _____
       Date                                                                                    United States District Court Judge