# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff,* v. MERIAL LIMITED and MERIAL SAS, *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

    Upon consideration of Plaintiff Intervet Inc.'s ("Intervet's") Objections to the Magistrate Judge's Order Denying Intervet's Motion to Defer Discovery of Attorney-Client Privilege Information Until After Dispositive Motions, and Merial Limited and Merial SAS' Opposition, as well as all the supporting documents, IT IS HEREBY ORDERED that Intervet's Objections to the Magistrate Judge's Order Denying Intervet's Motion to Defer Discovery of Attorney-Client Privilege Information Until After Dispositive Motions are OVERRULED.

_____  
Date

_____  
United States District Court Judge