IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERVET INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-cv-00658(HHK/JMF) |
| ) | |
| v. ) | |
| ) | |
| MERIAL LIMITED AND MERIAL SAS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF INTERVET'S MOTION TO DEFER REBUTTAL
EXPERT REPORTS UNTIL DECEMBER 15, 2008**

Pursuant to Fed. R. Civ. P.37(a), Plaintiff Intervet Inc. ("Intervet") hereby moves for an order resetting the date for rebuttal expert reports from August 15, 2008 (see D.I. 179) to December 15, 2008. The reasons for granting this motion are set forth in the accompanying memorandum. A proposed order is submitted here with.

Pursuant to Fed. R. Civ. P. 37 and LCvR 7(m), counsel for Intervet has met and conferred in good faith. It is Intervet's understanding that Merial Limited and Merial SAS will oppose this motion.

Respectfully Submitted July 23, 2008          /s/ John R. Hutchins
                                               John R. Hutchins (DC Bar No. 456749)
                                               William G. James (DC Bar No. 503162)
                                               Yariv Waks (DC Bar No. 491729)
                                               KENYON & KENYON LLP
                                               1500 K Street, N.W., Suite 700
                                               Washington, DC 20005
                                               Phone: 202-220-4200
                                               Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: 212-425-7200
Fax: 212-425-5288


*Counsel for Intervet Inc.*