# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

## NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 24, 2007, in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- *Memorandum of Law In Support of Intervet's Motion To Defer Rebuttal Expert Reports Until December 15, 2008*;

- *Declaration of Christopher J. Nodes in Support of Intervet's Memorandum of Law In Support of Its Motion To Defer Rebuttal Expert Reports Until December 15, 2008,* and the exhibits cited therein.

These documents contain material designated Confidential and Attorneys' Eyes Only under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court. Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 23rd day of July, 2008.

      /s/  John R. Hutchins
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201


Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: 212-425-7200
Fax: 212-425-5288


*Counsel for Intervet Inc.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    *Defendants.* | Civil Action No. 1:06-cv-00658(HHK-JMF) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2008, I served copies of *Plaintiff Intervet's Motion To Defer Rebuttal Expert Reports Until December 15, 2008*, Intervet's memorandum in support thereof, the Declaration of Christopher J. Nodes (and attached exhibits) in support thereof, a Notice of Filing Materials Under Seal, and a Proposed Order via email and/or Federal Express on the following attorneys of record:

    Thomas J. Kowalski, Esq.
    Vicki Franks, Esq.
    FROMMER LAWRENCE & HAUG LLP
    745 Fifth Avenue, NY 10151
    Tel: (212) 588-0800
    Fax: (212) 588-0500

    Timothy A. Ngau, Esq.
    ALSTON & BIRD LLP
    950 F. Street, NW
    Washington, DC 20004
    Tel: (202) 756-3300
    Fax: (202) 756-3333

    Patrick J. Elsevier, Ph.D.

Kristen Melton, Esq.
Frank G. Smith III, Esq.
Jessica Jacob, Esq.
Elizabeth Haynes, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777


*/s/ Peter Benson*
Peter Benson
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200