UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PROPOSED ORDER**

Now before the Court is *Plaintiff Intervet's Motion To Defer Rebuttal Expert Reports Until December 15, 2008*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby

GRANTED.

Rebuttal Expert Reports will be served on December 15, 2008

SO ORDERED.

Date: _____                              _____
                                                United States District Judge