UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
JUL 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | |

Upon consideration of Plaintiff Intervet Inc.'s ("Intervet's") Objections to the Magistrate Judge's Order Denying Intervet's Motion to Defer Discovery of Attorney-Client Privilege Information Until After Dispositive Motions, and Merial Limited and Merial SAS' Opposition, as well as all the supporting documents, IT IS HEREBY ORDERED that Intervet's Objections to the Magistrate Judge's Order Denying Intervet's Motion to Defer Discovery of Attorney-Client Privilege Information Until After Dispositive Motions are OVERRULED.

7/14/08
Date

United States District Court Judge