UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

Civil Action No. 1:06-cv-00658 (HHK/JMF)

# DECLARATION OF YARIV WAKS IN SUPPORT OF PLAINTIFF INTERVET INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER PRECLUDING CHRISTOPHER CHASE FROM HAVING ACCESS TO INTERVET CONFIDENTIAL INFORMATION

1. I am an associate at the law firm of Kenyon & Kenyon LLP located at 1500 K Street, N.W., Suite 700, Washington, D.C. 20005. Kenyon & Kenyon is counsel for plaintiff Intervet Inc. in the above-captioned matter.

2. I submit this declaration in support of *Plaintiff Intervet's Memorandum of Law in Support of Its Motion for a Protective Order Precluding Christopher Chase from Having Access to Intervet Confidential Information*, filed concurrently herewith.

3. Attached as Exhibit A is a true and correct copy of the *Curriculum Vitae* of Christopher Chase.

4. Attached as Exhibit B is a true and correct copy of the Notice of Adherence of Christopher Chase to the Protective Order.

5. Attached as Exhibit C is a true and correct copy of a letter from me to Patrick Elsevier, dated July 16, 2008.

1

6. Attached as Exhibit D is a true and correct copy of a letter from Patrick Elsevier to me, dated July 22, 2008.

7. Attached as Exhibit E is a true and correct copy of a letter from me to Patrick Elsevier, dated July 30, 2008.

8. Attached as Exhibit F is a true and correct copy of a page from the Rural Technologies, Inc., website, http://www.ruraltechinc.com/studies.html, dated July 29, 2008.

9. Attached as Exhibit G is a true and correct copy of a page from the Rural Technologies, Inc., website, http://www.ruraltechinc.com/mono.html, dated July 29, 2008.

10. Attached as Exhibit H is a true and correct copy of a letter from Patrick Elsevier to me, dated April 14, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2008

_____
Yariv Waks