# Exhibit A

## CURRICULUM VITAE

A. Biographical Data

Name: **CHRISTOPHER CIVILIAN LOUIS CHASE**

Address:   Department of Veterinary Science
            Animal Disease Research and Diagnostic Laboratory
            P.O. Box 2175
            South Dakota State University
            Brookings, SD  57007-1396

Phone:     (605) 688-5652 (office)
            (605) 692-5169 (home)
            (605) 688-6003 (FAX)

E-mail:    Christopher.Chase@sdstate.edu

Birthplace: Watertown, South Dakota, July 13, 1956

Citizenship:  United States of America

B. Education

South Dakota State University, Brookings, SD, Pre-Veterinary Medicine, 1974-1976
Iowa State University, Ames, IA, D.V.M. 1980
University of Wisconsin-Madison, Madison, WI, M.S. 1987
University of Wisconsin-Madison, Madison, WI, Ph.D. 1990
University of Wyoming, Laramie, WY, Special Student, 1990-1991

C. Present Positions

Professor, Department of Veterinary Science, South Dakota State University, Brookings, SD, 2001-
Adjunct Professor, Department of Biology-Microbiology, South Dakota State University, Brookings, SD, 2001-
Consulting Veterinarian, Flandreau Veterinary Clinic, Flandreau, SD, 1992-
President, Rural Technologies, Inc., Brookings, SD, 1998-

D. Positions

1980-1985: Associate veterinarian, Viborg Veterinary Clinic, Viborg, SD.
1985-1990: Research assistant, Department of Veterinary Science, University of Wisconsin-Madison, Madison, WI.
1985-1990: Relief veterinarian, Stoughton Veterinary Service, Stoughton, WI.
1990-1992: Veterinary Medical Officer, Arthropod-borne Animal Diseases Research Laboratory, Laramie, WY
1990-1992: Adjunct Assistant Professor, Department of Molecular Biology, University of Wyoming, Laramie, WY
1991-1992: Relief Veterinarian, All Pet Animal Hospital, Laramie, WY
1992-1996: Assistant Professor, Department of Veterinary Science, South Dakota State University, Brookings, SD
1992-2002: Consultant, Grand Laboratories, Freeman, SD
1996-2001: Associate Professor, Department of Veterinary Science, South Dakota State University, Brookings, SD
1994-1997: Secretary-Treasurer, Rural Technologies, Inc., Brookings, SD

1997-1998: Chairman of the Board, Rural Technologies, Inc., Brookings, SD
1999-2001: Consultant, Transova, Sioux Center, IA
1999-2001: Consultant, Ballistic Technologies Inc., Oklahoma City, OK
2003-2005: Consultant, Sterling Technology, Brookings, SD

E. Licensed to Practice Veterinary Medicine
   Iowa, South Dakota

F. Board Certification
   Diplomat, American College of Veterinary Microbiology  (Immunology and Virology)

G. Professional Organizations
   American Association of Bovine Practitioners
   American Association of Small Ruminant Practitioners
   American Association of Swine Practitioners
   American Association of Veterinary Immunologists
   American Veterinary Medical Association
   American Society for Microbiology
   American Society for Virology
   Conference of Research Workers in Animal Disease
   Iowa State University Veterinary Medical Association
   Phi Kappa Phi
   Sigma Xi
   South Dakota Veterinary Medical Association

H. Teaching Activities
   1989:      Teaching Assistant: Vet Sci 548 Diseases of Wildlife, University of Wisconsin-
              Madison
   1991-92    Lecturer, MOLB 3980 (598) Clinical Biochemistry, University of Wyoming
   1992:      Lecturer, MOLB/VESC 4510 Introduction to Virology, University of Wyoming
   1993-      Lecturer, VET 103, Introduction to Veterinary Medicine, South Dakota State
              University
   1993-      Co-Coordinator, MICR 424/524 Medical and Veterinary Virology, South Dakota
              State University
   1994-98:   Lecturer, MICR 423 Pathogenic Microbiology, South Dakota State University
   1994-      Lecturer, MICR 422 Immunology, South Dakota State University
   1995:      Course Coordinator, VET 793 Advanced Viral Pathogenesis, South Dakota State
              University
   1996-      Guest Lecturer, AS 323 Advanced Animal Nutrition, South Dakota State University
   1996-      Guest Lecturer, AS 478 Swine Production, South Dakota State University
   1996-97    Guest Lecturer, Microbiology 6002, School of Veterinary Medicine, University of
              Pennsylvania
   1997:      Course Coordinator, BIOSCI 892 Biological Sciences PhD Seminar, South Dakota
              State University
   1998:      Course Coordinator, MICR 323 Medical Microbiology, South Dakota State
              University

| | |
|---|---|
| 1998: | Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University |
| 1999: | Course Coordinator, BIOSCI 892 Biological Sciences PhD Seminar, South Dakota State University |
| 1999-: | Lecturer, MICR 423 Pathogenic Microbiology, South Dakota State University |
| 1999: | Course Coordinator, VETSCI 793 Veterinary and Medical Mycology, South Dakota State University |
| 2000: | Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University |
| 2000: | Course Coordinator, VETSCI 793 Molecular Biology of Viral Replication, South Dakota State University |
| 2000- | Lecturer, PS493 Special Problems-Agricultural Biotechnology |
| 2001: | Course Coordinator, BIOSCI 892 Biological Sciences PhD Seminar, South Dakota State University |
| 2002: | Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University |
| 2002: | Course Coordinator, ABS 703 Microbiology Colloquium-Microbial Toxins, South Dakota State University |
| 2002: | Course Coordinator, ABS 703 Microbiology Colloquium-Veterinary and Medical Mycology, South Dakota State University |
| 2003: | Course Coordinator, VETSCI 792 Cell Biology, South Dakota State University |
| 2004- | Lecturer, ABS 205 Biotechnology in agriculture and medicine, South Dakota State University |
| 2004- | Course Coordinator, VETSCI 793 Vaccinology, South Dakota State University |
| 2005: | Course Coordinator, VETSCI 792 Introduction to Graduate Studies, South Dakota State University |
| 2005: | Lecturer, BIOS 693 Cellular and Molecular Biology, South Dakota State University |
| 2006- | Course Coordinator, MICRO 492/592 Immunology-Internet, South Dakota State University |
| 2006- | Course Coordinator, BIOS 662 Cellular and Molecular Biology-Internet, South Dakota State University |
| 2006- | Lecturer, MICR 499 Applied Microbiology and Biotechnology, South Dakota State University |
| 2007- | Course Coordinator BIOS 663 Advanced Concepts in Infectious Disease-Internet, South Dakota State University |

I. Honors

| | |
|---|---|
| 1973: | National Science Foundation Program in Life Sciences for High School Students, Purdue University |
| 1974: | Production Credit Scholarship, South Dakota State University |
| 1975: | Harry Halverson Memorial Scholarship, South Dakota State University |
| 1980: | Auxiliary of the AVMA Award, Iowa State University |
| 1988: | Faculty Research Award, Department of Veterinary Science, University of Wisconsin-Madison |
| 1989: | 3rd place finalist, Centennial Essay Contest, "Applications of Biotechnology to Production Animal Agriculture", College of Agricultural and Life Sciences, University of Wisconsin-Madison |
| 1989: | Burr Beach Research Award, Wisconsin Veterinary Medical Association |

1989:      1st place Student Award, American Association of Veterinary Immunologists
1990:      Semi-finalist, Sigma Xi, Wisconsin Chapter Dissertation Award
1991:      Kinney Research Associate Award, USDA-ARS
1994:      American Society for Virology Teaching Travel Award
1995:      Dean's Award for Excellence, College of Agriculture and Biological Sciences, South Dakota State University
2001:      American Society for Virology Teaching Travel Award
2005:      Outstanding Teaching Award, Gamma Sigma Delta, South Dakota State University
2005:      Dean's Team Award, College of Agriculture and Biological Sciences, South Dakota State University
2006:      Phi Kappa Phi, South Dakota State University

J. Committees

1978-80:   Student Senator, Government of the Student Body, Iowa State University
1979:      Member, Search Committee for the Chairman of Veterinary Physiology and Pharmacology Department, Iowa State University
1981-85:   City Councilman, Viborg, SD
1985-86:   Student Representative, Faculty Recruitment Committee, Department of Veterinary Science, University of Wisconsin-Madison
1986-89:   Student Representative to the Faculty, Department of Veterinary Science, University of Wisconsin-Madison
1990-      Ad hoc referee, Journal of Wildlife Diseases
1991-92:   Institutional Biosafety Committee, University of Wyoming
1991-92:   Secretary-Treasurer, University of Wyoming Chapter, Sigma Xi
1992-      Ad hoc referee, Journal of Veterinary Diagnostic Investigation
1992-      NC-107 Technical Committee on Bovine Respiratory Disease, USDA-CSRS
1992-      Safety Committee, Department of Veterinary Science, South Dakota State University
1992-94:   Moderator for Immunology section, Conference of Research Workers in Animal Disease, Chicago IL.
1993-97:   Department of Veterinary Science Library Representative, South Dakota State University
1993-      Ad hoc reviewer, Mechanisms of Animal Disease Program, USDA-CSRS
1993:      Ad hoc referee, Proceedings of the Biostress Symposium, South Dakota State University
1993:      Pathologist/Infectious Disease Investigator Faculty Search Committee, Department of Veterinary Science, South Dakota State University
1993-95:   Co-advisor, Pre-veterinary Medicine Club, South Dakota State University
1993-94:   President-elect, South Dakota State University Chapter, Sigma Xi
1993-      Institutional Biosafety Committee, South Dakota State University
1993-      Ad hoc reviewer, Journal of the American Veterinary Medical Association
1993:      Ad hoc reviewer, American Journal of Veterinary Research
1993-94:   Pathogenic Microbiology Faculty Search Committee, Department of Biology-Microbiology, South Dakota State University
1994-96:   Scientific Board of Review, American Journal of Veterinary Research

1994:        National Delegate, Sigma Xi National Convention, Atlanta, GA
1994:        Organizer for Immunology section, Conference of Research Workers in Animal Disease, Chicago IL.
1994-95:     President, South Dakota State University Chapter, Sigma Xi
1995-        Graduate Student Coordinator, Department of Veterinary Science, South Dakota State University
1995-        Continuing Education and Program Committee, American College of Veterinary Microbiologists
1995-2001    Council on Research, American Veterinary Medical Association
1996-        Biological Sciences PhD Advisory Committee, South Dakota State University
1996-2000:   Committee on American Journal of Veterinary Research
1996:        Chairman, Ad Hoc Proposal Review Panel #2, South Dakota State University Research Fund
1996:        Chairman, South Dakota State University Research Fund Review Panel
1996:        Program Committee, American Association of Swine Practitioners
1996:        Moderator, North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD
1996:        Moderator for Virology section, Conference of Research Workers in Animal Disease, Chicago IL
1996-        Board of Directors, American Association of Veterinary Immunologists
1996:        Graduate Student Awards Committee, American College of Veterinary Microbiologists
1996:        Secretary, North Central Region 107 Committee, Bovine Respiratory Disease
1997-        Ad hoc reviewer, Vaccine
1997:        Chairman, Research Session, 28th annual meeting of the American Association of Swine Practitioners
1997-2000:   Chairman, Committee on American Journal of Veterinary Research
1997:        Chairman, Ad Hoc Proposal Review Panel #1, South Dakota State University Research Fund
1997:        Chairman, North Central Region 107 Committee, Bovine Respiratory Disease
1997-98:     Secretary-Treasurer, South Dakota Veterinary Medical Association
1998-2001:   American Veterinary Medical Association Liaison, American Feed Industry Association
1998-99      2nd Vice President, South Dakota Veterinary Medical Association
1999-2000:   Vice-Chairman, Council of Research, American Veterinary Medical Association
1998-        Ad hoc reviewer, Veterinary Medicine
1998-2002:   Chairman, Biological Sciences Ph.D. Advisory Committee, South Dakota State University
1998-2002:   Latin American Studies Committee, South Dakota State University
1999-2000:   1st Vice President, South Dakota Veterinary Medical Association
1999-        Graduate Student Awards Committee, American Association of Veterinary Immunologists
1999:        Graduate Recruitment Task Force, South Dakota State University
1999-        Global Planning Task Force, South Dakota State University
1999-2002:   University Honors Program, South Dakota State University
1999-2002:   Athletic, Intramural and Recreation Committee, South Dakota State University

1999-2002: Chairman, Continuing Education and Program Committee, American College of Veterinary Microbiologists

1999-2000: North Central Region 107 Committee, Bovine Respiratory Disease Revision Committee

1999-2000: Program Committee, American Association of Swine Practitioners

2000: Chairman, Diagnostics Session, 31st annual meeting of American Association of Swine Practitioners

2000- Ad, hoc reviewer, Swine Health and Production

2000-01: Chairman, Council of Research, American Veterinary Medical Association

2000- Ad hoc reviewer, Journal of Dairy Science

2000- Ad hoc reviewer, Veterinary Immunology and Immunopathology

2000-01: President-elect, South Dakota Veterinary Medical Association

2000-01: AVMA/AAVMC Task Force on Veterinary Research

2001-02: President, South Dakota Veterinary Medical Association

2001-02: Vice-President, American Association of Veterinary Immunologists

2001- Ad Hoc Reviewer, Journal of Leukocyte Biology

2001- Joseph F. Nelson Scholarship Committee, South Dakota State University

2002: Chairman, Infectious Disease Research Faculty Search Committee, Department of Veterinary Science, South Dakota State University

2002-03: Past President, South Dakota Veterinary Medical Association

2002- Ad Hoc Reviewer, Comparative Immunology Microbiology & Infectious Diseases

2002- Reviewer, AgResearch Biotechnology, College of Agriculture & Biological Sciences, South Dakota State University

2002-03 President-Elect, American Association of Veterinary Immunologists

2002-03: Pathologist/Infectious Disease Investigator Faculty Search Committee, Department of Veterinary Science, South Dakota State University

2003- Ad Hoc Reviewer, Journal of Clinical Microbiology

2003-06: Senator, Academic Senate, South Dakota State University

2003-04: President, American Association of Veterinary Immunologists

2003-06 Scientific Board of Review, American Journal of Veterinary Research

2003- Chairman, Joseph F. Nelson Scholarship Committee, South Dakota State University

2004- Council of Biological and Therapeutic Agents, American Veterinary Medical Association

2004-06: Board of Governors, American College of Veterinary Microbiology

2004-05 Past President, American Association of Veterinary Immunologists

2004- Ad Hoc Reviewer, Clinical and Diagnostic Laboratory Immunology

2005- Institutional Animal Care and Use Committee, South Dakota State University

2005-07 Chairman, Clinical Practitioners Advisory Committee, American Veterinary Medical Association

2005-07 Chairman, Continuing Education and Program Committee, American College of Veterinary Microbiologists

2006: Ruminant Review Panel, USDA-Agricultural Research Service

2006- Ad hoc reviewer, Theriogenology

2006- Research Advisory Committee, South Dakota State University

| | |
|---|---|
| 2007- | Agriculture Animal Liaison Committee, American Veterinary Medical Association |
| 2007- | Anthrax Advisory Committee on Immunization Practices (ACIP) Working Group, Center for Disease Control |
| 2007- | Editorial Review Board, Veterinary Therapeutics |
| 2007-08 | Vice-Chairman, Council of Biological and Therapeutic Agents, American Veterinary Medical Association |
| 2008- | Chairman, Council of Biological and Therapeutic Agents, American Veterinary Medical Association |

K. Graduate and Undergraduate Students

Graduate Students

1. Jason Jessen, M.S. 1994, Thesis title-Early events in BHV-1 infection and their effect on mitogenesis (research assistantship from NSF-Epscor)
2. Deb Robison, M.S. 1997 Thesis title-Ultrastructural analysis of porcine respiratory and reproductive disease virus infected cells
3. Dr. Tawfik El-Lail, Ph.D. 1997 with Cairo University, Dissertation title-The pathogenesis of bovine viral diarrhea virus (BVDV) in camels.
4. Dr. Ahmed Ali, Ph.D. 1998 with Zagazig University, Dissertation title- The pathogenesis of bovine viral diarrhea virus (BVDV) in camel cells and BVDV cytotoxic T cell response
5. Dr. Shaw Akula, Ph.D. 1999. Dissertation title-Intrinsic tyrosine signaling in virally infected cells
6. Dr. Pu Wang, PhD, 2000. Dissertation title- The interaction of bovine herpesvirus infection and macrophages
7. Lyle Braun, M.S. 2000. Thesis title- A comparison of BVDV molecular diagnostic techniques
8. Dr. Ausama Yousif, Ph.D. 2002, Dissertation title- Ruminant Pestiviruses Genetic Diversity: The Key to Detection and Control
9. Dr. Yazeed El-Sheikh, Ph.D. 2002, Dissertation title- Investigation of Bovine Viral Diarrhea Virus Pathogenesis
10. Chiharu Shiratori, MS 2002, Thesis title- *In vitro* and *In vivo* Bovine Viral Susceptibility in American Bison (*Bison bison*)
11. Gamal Abdullah Elmowalid, Ph.D. 2003, Dissertation title- Unmasking the effect of bovine viral diarrhea virus on macrophage inflammatory functions
12. Brian Ransom, MS 2003, Thesis title- The effect of bovine herpesvirus type 1 or type 4 on the functional characteristics of monocytes-derived macrophages
13. Nicholas Arias, MS 2003, Thesis title- Analysis of two vaccination programs in dairy cows and their impact on the herd performance and colostrums quality
14. Kris Fairbanks, MS 2004, Thesis title-New clinical applications for three USDA licensed vaccines in the prevention of infectious bovine rhinotracheitis virus or bovine diarrhea virus
15. Ehab Drees, Ph.D. 2004, Dissertation title-Investigation of the role of viral glycoproteins gE and gI in bovine herpesvirus type 1 (BHV-1) pathogenesis: study of cytoskeleton and phosphorylation

16. Steven Lawson Ph.D. 2006 Dissertation title-Development and optimization of a blocking ELISA for Type 1 and Type 2 strains of Porcine Reproductive and Respiratory Syndrome Virus.
17. Bersabeh Tigabu, PhD 2007, Dissertation title- The effect of bovine viral diarrhea virus on immune gene expression of bovine leukocytes
18. Manal Mahmoud, PhD 2007, Dissertation title- The effect of nutrition on performance and immune response of dairy animals
19. Randy Asher, PhD candidate, Thesis topic-Molds and immunity
20. Wm. Charles Ohnesorge, PhD candidate, Thesis topic-Alternate deliver methods for BVDV vaccines
21. C. Scott Mark, MS candidate, Thesis topic- The effect of BVDV persistent infection in deer on transmission to cattle
22. Jessica Mediger, PhD candidate, Thesis topic- Virulence of BVDV and its effect on dendritic cell markers
23. Joel Teachout, MS candidate, Thesis topic- Cytoskeletal changes following BVDV infection

Graduate Student Awards
1. Dr. Ausama Yousif, Outstanding Microbiology Poster, American College of Veterinary Microbiology Award, CRWAD, 1998
2. Kris Fairbanks, Outstanding Graduate Student Poster, American Association of Bovine Practitioners, 2004.

Undergraduate and Veterinary Research Students
1. Steve Stone* 1992-1993, Project-Growth of BHV1.1 or BHV1.3 in primary bovine endothelial cells
2. Deanna Weishan, 1992-1993, Project-Characterization of field isolates of BHV-4
3. Kris Fogarty[+] DVM 1993, Project-Development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies
4. Craig Welbon[+], 1993-1994, Project-Serum deprivation studies with MDBK cells
5. Keomani Phrommany, 1994, Project-R18 and its effects on BHV-1
6. Joseph Hanson*, 1993-1994, Project-Development of PCR for detection of *Mycoplasma* in cell culture
7. Chris Carlson[+], 1993-1994, Project-Purification of BHV-4 DNA and restriction analysis
8. Kristi Bielas, 1994-1995, Project-Growth of BHV1 and BHV5 on neuronal cells
9. Galen Kopman, 1995-1997, Cloning of a PRRS gene into a retrovirus vector
10. Diane Stoick[+], 1995-1997, Effect of calcium blockers on bovine herpesvirus 1 replication.
11. Kristin Klepel*, 1995, Project-BHV-1 growth and titration.
12. John Rein*, 1995-1997, Labeling BHV-1 with R-18.
13. Wendy Wiese, 1995-1998, Project-The effect of BHV-1 on cell apoptosis.
14. Trisha Burbach*, 1996-1998, Project-Development of BVDV PCR.
15. Karli Wright[+], 1996-1997, Project-Serological monitoring following infection with *Actinobacillus pleuropneumonia* or *Actinobacillus suis*.
16. Mindy Christenson[+], 1996-1997, Project-The production of antibodies against bovine lymphocyte markers.

17. Cory Wolff**, 1997-1998, Project-Sequencing the Egyptian BVDV isolate 5' region
18. Heather Swann*, 1997-1999, Project- The Use of a Recombinant IBR-BVDV virus as a vaccine against BVDV
19. Alicia Sundet*, 1998-1999, Project- BRSV Challenge Studies
20. Brooke Newbold*, 1998, Project-Assessment of Porcine Immune Function after Temperature Stress
21. Grant Gosch*, 1998-1999, Project-Development of Bovine Coronavirus Diagnostics.
22. Amy Fowler[+]**, 1998-1999, Project-Development of a monoclonal antibody against swine estrone.
23. Sara Aus[+], 1999-2000, Project-Development of Molecular Beacon BVDV Detection System
24. Darin Peterson*, 1999-2001, Project-Improved BVDV PCR Diagnostics
25. Mackenzie Yackley**, 1999-2000, Project-BVDV growth curves
26. Holly Garwick, 1999-2000, Project-Aseptic technique and cell culture technique
27. Nicole Dahl*, 2000-2002, Project-Genetic analysis of BVDV field isolates
28. Alissa Lambertz, 2000-2001, Project-The effect of genistein on *in vivo* BHV-1 growth in calves
29. Tiffany Thiesse, 2000, Project-The development of bison cell cultures
30. Paul Sylliasen*, 2002-2003 Project-BVDV proliferation in cell lines
31. Mark Braunschmidt*, 2002-2003, Project-The effect of isoflavones on BHV-1 infection in calves
32. Erin de Koning*, 2002-2005, Project- BVDV and survival in the environment
33. Ihab Halaweish**, 2002-2006, Project-The effect of BVDV supernatants on lymphocyte survival
34. Hannah Koep, 2002-2004, Project-Gamma interferon production in vaccinated cows.
35. Nick Harms,** 2003-2005, Project-Proliferative response following BVDV infection.
36. Miranda Becker,* 2003-2005, Project- Sequencing of BVDV field isolates
37. Heather Anderson,* 2003, Project-Growth of BVDV mutants on MDBK cells.
38. Leslie Kattelmann,* 2004-2007, Project-Optimizing a bovine IL-10 assay
39. John Schwartz, 2004-2005, Project-Apoptosis and BVDV
40. Sharif Halaweish, 2004-present, Project-Cloning 5 BVDV non-structural genes
41. Joy Gibbon, 2004-2007, Project-Chemokine expression and BVDV infection
42. Keith DeDonder, 2005, Kansas State University, Project-Lymphocyte profile of BVDV persistently infected cattle
43. Cecile Aguiar, 2006-present, Project-BVDV and macrophage interaction
44. Becca Aden,** 2006-2007, Project-Assessment of biosecurity procedures to prevent bovine viral diarrhea virus cross contamination
45. Suzanne Roth, 2007-present. Project-Immortalization of bovine macrophages
46. Anne Schaeffer, 2007-present. Project-Optimizing CFSE assay in bovine cells.
47. Jessica Thurman, 2007-present.  Project- Determining the effect on the inflammatory response in lactating cattle fed different levels of dried distillers grains (DDGS).
48. Cassandra Kotten, 2007-present.  Project-BVDV isolate purification

*students who entered veterinary school  **students who entered medical or dental school
[+]students who entered graduate school

Undergraduate Research Awards
1. Craig Welbon, NIH Summer Undergraduate Fellowship, Bethesda, MD 1994-5
2. Craig Welbon, NIH Director's Award, Bethesda, MD 1995
3. Galen Kopman, Naval Medical Research Institute Summer Fellowship, Bethesda, MD 1995-6
4. John Rein, EPSCoR Summer Undergraduate Research Award, 1996
5. Cory Wolff, Joseph Nelson Undergraduate Research Award, 1997
6. Heather Swann, Joseph Nelson Undergraduate Research Award, 1998
7. Amy Fowler, Joseph Nelson Undergraduate Research Award, 1998
8. Heather Swann, North Central Branch ASM Undergraduate Student Award, 1998
9. Heather Swann, Schultz-Werth Undergraduate Award, 1999
10. Darin Peterson, EPSCoR Summer Undergraduate Research Award, 1999
11. Sara Aus, Amy Fowler, Joseph Nelson Undergraduate Research Award, 1999
12. Alissa Lambertz, Joseph Nelson Undergraduate Research Award, 2000
13. Mark Braunschmidt, EPSCoR Summer Undergraduate Research Award, 2001
14. Ihab Halaweish, Joseph Nelson Undergraduate Research Award, 2003
15. Nick Harms, EPSCoR Summer Undergraduate Research Award, 2003
16. Mark Braunschmidt, Schultz-Werth Undergraduate Award, 2003
17. Leslie Kattelmann, Joseph Nelson Undergraduate Research Award, 2004
18. Miranda Becker, EPSCoR Summer Undergraduate Research Award, 2004
19. Ihab Halaweish, NIH Summer Undergraduate Fellowship, Bethesda, MD 2004
20. Nick Harms, Griffith Undergraduate Research Award, 2004
21. Miranda Becker, Department of Homeland Security Undergraduate Scholarship, 2004
22. Ihab Halaweish, Griffith Undergraduate Research Award, 2005
23. Ihab Halaweish, NIH Summer Undergraduate Fellowship, Bethesda, MD and Goldwater Scholarship, 2005
24. Sherif Halaweish, Joseph Nelson Undergraduate Research Award, 2005
25. Leslie Kattelmann, Orville and Enolia Bentley Research Award, 2005
26. Keith DeDonder, 2005, Kansas State University, KSU-SDSU USDA Research Training Grant Recipient
27. Joy Gibbons, Joseph Nelson Undergraduate Research Award, 2006
28. Sherif Halaweish, Schultz-Werth Undergraduate Award, 2007
29. Leslie Kattelmann, Schultz-Werth Undergraduate Award, 2007
30. Sherif Halaweish, Griffith Undergraduate Research Award, 2007
31. Jessica Thurman, Griffith Undergraduate Research Award, 2007
32. Anne Schaefer, Joseph Nelson Undergraduate Research Award, 2008
33. Sean O'Dell, Orville and Enolia Bentley Research Award, 2008

L. Grants and Contracts
1. 1986:    National Research Service Award, Public Health Service, "BHV-1 Glycoprotein Expression and Cellular Response". Principal Investigator, approved but not funded, priority score 161.
2. 1986:    United States Department of Agriculture (USDA) Special Grant WIS2802, "Heterogeneity of the cellular immune response against bovid herpes glycoproteins" co-author. Principal investigator-Geoffrey J. Letchworth III, approved and funded, $149,999.

3. 1986:   Hatch Grant WIS3069, "Heterogeneity of the cellular response against bovid herpesvirus glycoproteins", co-author. Principal investigator, Geoffrey J. Letchworth III, approved and funded, $109,273.

4. 1990:   National Research Service Award, Public Health Service, "Molecular Basis of AIDS-related HCMV Pathogenesis". Principal investigator, approved, funded, and declined award to take a scientist position with Agricultural Research Service.

5. 1991:   National Association of Animal Breeders, "The Use of the Polymerase Chain Reaction for the Detection of Bluetongue Virus in Bovine Semen". Co-investigator, Principal Investigator-William Wilson, approved but not funded.

6. 1992:   National Association of Animal Breeders, "The development and application of the polymerase chain reaction for detection of bluetongue RNA in semen". Co-investigator, Principal Investigator-William Wilson, approved and funded, $10,000.

7. 1992:   Postdoctoral Research Associate Program, USDA Agricultural Research Service, "The Analysis of Structure-Function Relationships of Bluetongue Virus (BLU) VP2 using a BLU Recombination System". Principal investigator, approved and funded, $43,600.

8. 1992:   USDA Animal Health Grant, AH-242 "The Identification of the Respiratory Epithelial Cell Receptor for Bovine Herpesvirus 1".   Principal investigator, approved and funded, $48,414.

9. 1993:   National Science Foundation-EPSCoR Fund, OSR-9108773 "The Use of Bovine Herpesvirus 1 (BHV-1) Infection to Study Early Intracellular Events in Mitogenesis". Principal investigator, approved and funded, $91,150.

10. 1993:   South Dakota Beef Industry Council, "Survey for Verotoxic *Escherichia coli* in Preharvest Beef Production Environments in South Dakota". Co-investigator, Principal Investigator-David Henning, approved and funded, $15,000.

11. 1993:   South Dakota Pork Producers Council and American Cyanamid, "The Effects of Two Medicated Early Weaning Programs on Pig Performance and Health". Co-investigator, Principal Investigators-Melissa Libal and Robert Thaler, approved and funded, $17,546.

12. 1993:   South Dakota State University Research Support Fund, 314605 "The Development of a More Efficient Assay to Detect Bovine Herpesvirus 1 in Semen".  Principal investigator, approved and funded, $2,000.

13. 1993:   United States Department of Agriculture (USDA) Seed Grant  9304186 "Consequences of Interaction of Bovine Herpesviruses with Mononuclear Leukocytes", Principal investigator, approved and funded, $50,000.

14. 1994:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Proteins and Linear Epitopes of Porcine Reproductive and Respiratory Syndrome Virus". Co-investigator, Principal Investigator-David Benfield, approved and not funded, $197,652.

15. 1994:   United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of a Flow Cytometer".  Co-investigator, Principal Investigators-Donald Evenson, David Benfield and David Hurley, approved and funded, $50,000.

16. 1994:  American Cyanamid, "The Interactions of Diet, Immune Function and Early Weaning Programs on Production and Disease Resistance in Swine". Principal investigator, approved and funded, $34,866.

17. 1994:  South Dakota Pork Producers Council Research Fund, "Development and Evaluation of a Polymerase Chain Reaction Assay for Detection of Porcine Reproduction and Respiratory Syndrome Virus in Boar Semen". Co-investigator, Principal Investigator-David Benfield, approved and funded, $14,420.

18. 1994:  National Pork Producers Council Research Fund, "Development and Evaluation of a Blocking and/or Competitive ELISA for the Improved Serodiagnosis of Porcine Reproductive and Respiratory Syndrome". Co-investigator, Principal Investigator-Eric Nelson, funded, $17,900.

19. 1994:  National Pork Producers Council Research Fund, "Thermal Environmental Effects on Growing Swine Performance and Immune Status". Co-investigator, Principal Investigator-Stephen Pohl, funded, $10,000.

20. 1995:  National Science Foundation-EPSCoR Fund, "Interaction between Viruses and Eukaryotic Cells as a Model of the Early Events in Cellular Activation". Principal investigator, approved and funded, $348,934.

21. 1995:  Grand Laboratories, "Sequential Challenge of Vaccinated Animals with BRSV, IBR and BVD", Principal Investigator, funded, $68,595.

22. 1995:  United States Department of Agriculture (USDA) National Research Initiative Strengthening Grant, "Functional Domains of PRRSV Envelope Proteins". Co-investigator, Principal Investigator-Eric Nelson, not funded, $193,740.

23. 1995:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Contribution of Persistent Infections to the Genetic Diversity of Bovine Viral Diarrhea Virus". Co-investigator, Principal Investigator, Kenny Brock, not funded, $224,786.

24. 1995:  American Veterinary Medical Association Foundation, "The Use of Flow Cytometry as a Tool for Screening Persistently Infected Bovine Viral Diarrhea Virus Herds". Principal investigator, not funded, $15,000.

25. 1995:  Grand Laboratories, "Challenge of Virashield 5 in vaccinated and control cattle". Co-principal investigator, David Hurley, co-principal investigator, funded, $28,651.

26. 1995:  National Pork Producers Council Research Fund, "The effect of inhaled endotoxin on immune function and lung architecture of the neonatal pig". Principal Investigator, not funded, $17,312.

27. 1995:  National Pork Producers Council Research Fund, "The role of cell mediated immunity in protection against PRRSV infection". Co-investigator, Principal Investigator-David Hurley, not funded, $17,420.

28. 1995:  National Pork Producers Council Research Fund, "Early-weaning of single source and commingled pigs: Effect of growth performance and resistance to PRRS". Co-investigator, Principal Investigator-Robert Thaler, not funded, $17,700.

29. 1996:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Analysis of bovine herpesvirus 1 latency in the bovine lymphoid system", Principal Investigator, $189,919, not funded.

30. 1996:   USDA Animal Health Grant, AH-206 "Improved diagnostic methods for bovine respiratory and enteric viral diseases".  Co-principal investigator, approved and funded, $48,414.

31. 1996:   South Dakota Pork Producers Council Research Fund, "The effect of inhaled endotoxin on immune function and lung architecture of the neonatal pig". Principal Investigator, not funded, $17,312.

32. 1996:   South Dakota Pork Producers Council Research Fund, "Early-weaning of single source and commingled pigs: Effect on growth performance and immune response".  Co-investigator, Principal Investigator-Robert Thaler, funded, $4,800.

33. 1996:   Mallinckrodt Veterinary Inc., "Backpassage of Bovine Respiratory Syncytial Virus MLV Vaccine Strain in Calves", Principal Investigator, funded, $9,140.

34. 1996:   Pig Improvement Corporation, "Serologic testing for the cross reactivity of *Actinobacillus suis* and *Actinobacillus pleuropneumonia",* Principal Investigator, funded, $12,978.

35. 1996:   National Pork Producers Council Research Fund, "Evaluation of a role for colostral lymphocytes in the management of neonatal PRRSV infection".  Co-investigator, Principal Investigator-David Hurley, not funded, $30,000.

36. 1996:   National Pork Producers Council Research Fund, "Electronic environmental monitoring equipment for swine production facilities".  Co-investigator, Principal Investigator-David Galipeau, funded, $10,000.

37. 1996:   United States Department of Agriculture Small Business Innovation Research Grant Phase I, "Electronic environmental monitoring instrument for agricultural applications". Co-investigator, Principal Investigator-Patrick Storry, funded, $54,905.

38. 1996:   Department of Health and Human Services Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Kevin Vetelino, not funded, $99,337.

39. 1997:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Interaction of bovine herpesvirus 1 with the bovine lymphoid system", Principal Investigator, not funded, $153,012.

40. 1997:   Department of Energy Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Kevin Vetelino, not funded, $99,337.

41. 1997:   Mallinckrodt Veterinary Inc., "Backpassage of bovine respiratory syncytial virus MLV vaccine strain in calves-Trial 2", Principal Investigator, funded, $11,800.

42. 1997:   Pig Improvement Corporation, "Serologic testing for the cross reactivity of *Actinobacillus suis* and *Actinobacillus pleuropneumonia*-Trial 2*",* Principal Investigator, funded, $23,488.

43. 1997:   United States Department of Agriculture (USDA) Funds for Rural America, "Hoop shelters as housing for diversified farms in the Upper Midwest". Co-investigator, Principal Investigator-William Epperson, not funded, $574,640.

44. 1997:   International Arid Land Consortium, "Investigation of the immune system of the camel", Co-Investigator, Principal Investigator-Hanna Ungar-Waron, submitted, $90,760.

45. 1997:    USAID, Middle East Regional Cooperation Program (MERC), "Determination of camel genetic variation and disease incidence", Principal Investigator, not funded, $767,910.

46. 1997:    National Institutes of Health Small Business Innovation Research Grant, "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Russell Mileham, not funded, $99,717

47. 1997:    National Pork Producers, "The Effect of the Swine Confinement Environment on the Growth of PRRSV in Pulmonary Alveolar Macrophages", Principal Investigator, not funded, $22,160.

48. 1998:    National Science Foundation, Small Business Technology Transfer Research Program,  "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Russell Mileham, funded, $99,978.

49. 1998:    Department of Energy Small Business Innovation Research Grant,  "A microsenser for rapid detection of airborne endotoxin". Co-investigator, Principal Investigator-Russell Mileham, not funded, $74,907.

50. 1998:    United States Department of Agriculture Small Business Innovation Research Grant Phase II, "Electronic environmental monitoring instrument for agricultural applications". Co-investigator, Principal Investigator-Russell Mileham, funded, $200,000.

51. 1998:    Schering-Plough Animal Health, "Bovine respiratory syncytial virus efficacy trial".  Principal Investigator, funded, $63,000.

52. 1998:    United States Department of Agriculture (USDA) National Research Initiative Competitive Grant,  "Dust and endotoxin as potentiators of PRRSV pneumonia in pigs".  Co-investigator, Principal Investigator-Lennart Backstrom, not funded, $319,044.

53. 1998:    United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of an ABI PRISM 7700 Sequence Detection System".  Co-investigator, Principal Investigators-Jane Christopher-Hennings, Eric Nelson and David Benfield, approved and funded, $47,500.

54. 1998:    South Dakota State University Research Support Fund,  "The Molecular Analysis of a Camel Bovine Viral Diarrhea like Virus".  Principal investigator, approved and funded, $5,000.

55. 1998:    Grand Laboratories, "Sequencing of novel bovine viral diarrhea virus isolates". Principal Investigator, funded, $25,000.

56. 1998:    National Pork Producers Council, "Persistence and shedding of PRRSV in breeding swine as determined by PCR and serology".  Co-investigator, Principal Investigator, David Benfield, funded, $25,000.

57. 1998:    International Arid Land Consortium, "Investigation of the immune system of the camel", Co-Investigator, Principal Investigator-Hanna Ungar-Waron, not funded, $74,720.

58. 1998:    Schering-Plough Animal Health, "Bovine respiratory syncytial virus challenge model".  Principal Investigator, funded, $11,380.

59. 1998:    USAID, Middle East Regional Cooperation Program (MERC), "Camel and Pathogens: Their role in economic development, trade barriers and public health", Principal Investigator, not funded, $930,000.

60. 1999:  Kauffman Center for Entrepreneurial Leadership, "An Entrepreneur Internship Opportunity for Students in a Partnership between University and Community". Co-investigator, Principal Investigator, Kevin Dalsted, not funded, $60,000.

61. 1999:  United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of an ABI PRISM 310 Genetic Analyzer". Principal Investigator, Co-Principal Investigators-Raymond Rowland, Melvin Duvall, and Yang Yen, funded, $50,000.

62. 1999:  United States Department of Agriculture (USDA) National Research Initiative Competitive Seed Grant, "Dual Infection of Bovine Viral Diarrhea Virus Type 1 and Type 2 in Fetal Calves". Principal Investigator, not funded, $50,000.

63. 1999:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant. "Receptor binding specificity of the K88ac fimbriae of E. coli". Collaborator, Principal Investigator-David Francis, funded, $210,000

64. 1999:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant "Role of gut colonization on the response to TI, TD and mucosal immunogens". Collaborator, Principal Investigator, John Butler, funded, $300,000.

65. 1999:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Hral as a virulence factor in porcine enterotoxigenic E. coli". Collaborator, E.A. Elsinghorst, Principal Investigator, not funded, $194,814.

66. 1999:  National Science Foundation Science Education Grant, "Connecting Multidisciplinary Scientists to Rural, Culturally-Diverse Student Populations". Co-investigator, Principal Investigator, Suzette Burckhard, not funded, $983,442.

67. 1999;  International Arid Land Consortium, "Serological Measurements to Assess Camel Health", Principal Investigator, not funded, $74,720.

68. 1999:  South Dakota Agricultural Experiment Station Cooperative Grant, "Johne's Disease in Cattle and Buffalo (Bison): a South Dakota Concern", Co-investigator; Principal Investigator, Jane Christopher-Hennings, funded, $45,000.

69. 2000;  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Dual Infection of Bovine Viral Diarrhea Virus Type 1 and Type 2 in Fetal Calves". Principal Investigator, not funded, $127,283.

70. 2000:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Viral protein phosphorylation regulates multiple pathways of BHV-1 replication". Co-investigator; Principal Investigator, David Hurley, not funded, $275,924.

71. 2000:  South Dakota State University Graduate School-EPSCoR Equipment Grant, "Flow Cytometer Upgrade", Principal Investigator, funded, $11,735.

72. 2000:  South Dakota Soybean Council Grant, "A Pilot Study to Determine the In Vivo Effect of Soybean Isoflavones to Prevent Respiratory Disease In Cattle", Principal Investigator, funded, $15,800.

73. 2000:  National Science Foundation STTR Grant, "A Microsensor for Rapid Detection of Airborne Endotoxin", Co-investigator; Principal Investigator, Russell Mileham, funded, $449,929.

74. 2000:  United States Department of Agriculture (USDA) Special Grant, "Bison Integrated Resource Consortium", Principal Investigator, not funded, $2,000,000.

75. 2001:   South Dakota Soybean Council Grant, "A Pilot Study to Determine the In Vivo Effect of Soybean Isoflavones to Prevent Respiratory Disease In Cattle", Principal Investigator, funded, $15,800.

76. 2001:   United States Department of Agriculture (USDA) Special Grant, "Bison Center of the Northern Plains", Principal Investigator, not funded, $1,500,000.

77. 2001:   South Dakota State Experiment Station, NC-107 Regional Project, "Evolving pathogens, targeted sequences, and strategies for control of bovine respiratory disease", Principal Investigator, funded, $53,000.

78. 2001:   USDA Animal Health Formula Funds, "Controlling Bovine Viral Diarrhea Virus: Improving Methods for Diagnosis and Understanding Mechanisms of Pathogenesis", Principal Investigator, funded, $50,000.

79. 2001:   Boehringer Ingelheim Vetmedica Contract, "Sequencing of Two Bovine Viral Diarrhea Virus (BVDV) Vaccine Isolates to Produce a Profile for Identifying Field BVDV from 'Vaccine Failures'", Principal Investigator, funded, $18,900.

80. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Understanding Mechanisms of Pathogenesis of Bovine Viral Diarrhea Virus in Macrophages". Principal Investigator, not funded, $75,000.

81. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Equipment Grant, "Acquisition of an Bectin Dickinson FACSCalibur Flow Cytometer". Co-Investigator, Principal Investigator-Alan Young, funded, $50,000.

82. 2002:   South Dakota Corn Utilization Council, "Effect of Dietary Inclusion of Distiller's Dried Grains with Solubles, Soy Hulls or Antibiotic Regimen on Gastrointestinal Health and Ability to Resist Ileitis Challenge in Growing Pigs", Co-Investigator, Principal Investigator-Robert Thaler, funded, $20,000.

83. 2002:   National Pork Board, "Porcine Respiratory and Reproductive Syndrome Virus, Pregnant Gilts and In Utero Fetal Infection—When Does It Occur?", Principal Investigator, not funded, $25,000.

84. 2002:   Hematech LLC, "A Novel Therapeutic: Vaccinia Immunoglobulin (VIG) from Transgenic Cattle", Principal Investigator, funded, $23,690.

85. 2002:   Novartis Animal Vaccines, "The Production of mAb Using cDNA from E2 and Npro-C-Erns Region of Bovine Viral Diarrhea Virus (BVDV) Vaccine 1b Isolate", Principal Investigator, funded, $23,980.

86. 2002:   Schering Plough Animal Health, "BRSV Challenge Study", Principal Investigator, not funded, $39,900.

87. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "The Effect of Bovine Viral Diarrhea Virus Strains on Bovine Macrophages", Principal Investigator, not funded, $211,132.

88. 2002:   United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "A New Generation of Vaccines for the Bovine Respiratory Disease Complex", Co-Investigator, Principal Investigator-Leonard Bello, not funded, $76,318.

89. 2002:   Boehringer Ingelheim Vetmedica Advance PRRSV Research Award, "Determining the Time of Fetal infection after Acute PRRSV Infection in Pregnant Gilts", Principal Investigator $25,000, not funded.

90. 2003:  National Institutes of Health, "Interference of Echninacea with Chemotherapy", Co-investigator, Principal Investigator-Fathi Halaweish, not funded. $209,770.

91. 2004:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Bovine Viral Diarrhea Virus Strains, Innate Immune Function and Cell Injury: Elucidating Strategies for Intervention against Clinical BVDV", Principal Investigator, $172,343, not funded.

92. 2004:  United States Department of Health and Human Services, Public Health Service, "Transmission of West Nile Virus in the Northern Plains". Co-investigator, Principal Investigator-Michael Hildreth, not funded, $750,000.

93. 2004:  State of South Dakota, 2010 Research Initiative, "Center for Infectious Disease and Vaccinology". Co-investigator, Principal Investigator-David Francis, funded, $4,000,000.

94. 2004:  Diamond V Mills, "Immunological Modulation by Yeast Products in Mammals", Principal Investigator, $73,587, funded.

95. 2005:  Novartis Animal Health, "Comparison of the immune response between a pair of NCP and CP bovine viral diarrhea virus (BVDV) type 1 isolates". Principal Investigator, $103,990, funded.

96. 2005:  Fulbright Program for Visiting Scholars, "Comparative analysis of *Candida albicans* strains isolating from animals in Poland and USA". Co-investigator, $20,000, not funded.

97. 2005:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "The Potential for Wildlife Reservoirs of Bovine Viral Diarrhea Virus and their risk to Domestic Cattle". Co-investigator, $305,638, not funded.

98. 2006:  Novartis Animal Health, "Comparison of the immune response between a pair of NCP and CP bovine viral diarrhea virus (BVDV) type 1 isolates". Principal Investigator, $45,080, funded.

99. 2006:  Schering-Plough Animal Health, "Comparison of the distribution of three BVDV vaccine antigens in tissues of calves following vaccination".  Principal Investigator, $34,866, funded.

100. 2007:  South Dakota State University Experiment Station, "Mechanisms of Immune Tolerance and BVDV Persistence in Sheep". Principal Investigator, $20,000, funded.

101. 2007:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Defects in B Cell Differentiation in BVDV-Persistently Infected Lambs". Co-investigator, $280,031, not funded.

102. 2007:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Infection of White-tailed Deer and their Risk to Domestic Bovine Viral Diarrhea Virus Persistent Cattle". Principal Investigator, $344,762, funded.

103. 2007:  United States Department of Agriculture (USDA) National Research Initiative Competitive Grant, "Bovine Respiratory Disease Symposium", Co-investigator, $10,000, funded.

M. Scientific Presentations

1. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gIII in bovine cells. 68th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 16, 1987.
2. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gI and gIII in eukaryotic cells. 7th annual meeting of the American Society for Virology, Austin, TX, June 14, 1988.
3. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gI and gIII in eukaryotic cells. 13th International Herpesvirus Workshop, Irvine, CA, August 10, 1988.
4. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. The effect of bovine herpesvirus 1 (BHV1) gI, gIII and gIV on BHV1 infectivity. North Central Branch, American Society for Microbiology, Madison, WI, October 7, 1988.
5. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Expression of recombinant bovine herpesvirus 1 (BHV1) glycoproteins interferes with BHV1 infection. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1988.
6. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gIV interferes with herpesvirus infections. 8th annual meeting of the American Society for Virology, London, Ontario, Canada, July 12, 1989.
7. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Bovine herpesvirus 1 (BHV1) glycoproteins gIV inhibits herpesvirus infections. 70th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 6, 1989.
8. Chase, C.C.L., C. Lohff and G.J. Letchworth III. Herpesviral resistance in bovine cells expressing bovine herpesvirus 1 gIV, herpes simplex virus 1 gD-1 or pseudorabies virus gp50. 9th annual meeting of the American Society for Virology, Salt Lake City, UT, July 9, 1990.
9. Wilson, W.C. and C.L. Chase. The use of the polymerase chain reaction to detect and serotype bluetongue virus. 3rd International Symposium on Double-Stranded RNA Viruses, Kona, HI, December 7, 1990.
10. Wilson, W.C. and C.C.L. Chase. The use of RNA detection techniques to identify bluetongue virus and epizootic hemorrhagic disease virus in *Culicoides variipennis*. 2nd International Symposium on Bluetongue, African Horse Sickness and Related Orbiviruses, Paris, France, June 20, 1991.
11. Chase, C.C.L. and W.C. Wilson. The detection of bluetongue viruses using the polymerase chain reaction. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 12, 1991.
12. Chase, C.C.L. Bluetongue and World Trade Policy. XVII World Buiatrics Congress and XXV American Association of Bovine Practitioners Conference, St. Paul, MN, September 1, 1992.
13. Chase, C.C.L., D.J. Hurley, and G.J. Letchworth III. Interactions of bovine herpesvirus 1 with bovine fibroblasts. 7th Annual Bovine Herpesvirus Workshop, Pittsburgh, PA, July 18, 1993.
14. Chase, C.C.L. Restriction Patterns of Bovine Herpesvirus 4 Clinical Isolates. Grand Laboratories Research Meeting, Larchwood, IA, September 30, 1993.

15. Jessen, J.R., B.K. Walker, L. Braun, D.J. Hurley, and C.C.L. Chase. The use of bovine herpesvirus 1 (BHV-1) to study early intracellular events in mitogenesis. 4th annual South Dakota EPSCoR Conference, Rapid City, SD, November 5, 1993.

16. Fogarty, K., E. Steffen, D. Weishan, and C.C.L. Chase. The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1993.

17. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase. Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1993.

18. Fogarty, K., E. Steffen, D. Weishan, and C.C.L. Chase. The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies. 1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

19. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase. Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins. 1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

20. Welbon, C.C., D.J. Hurley, and C.C.L. Chase. Effects of Serum Concentration on Mitogenesis in Madin-Darby Bovine Kidney (MDBK) Cells. 79th annual meeting of the South Dakota Academy of Science, Sioux Falls, SD, April 15, 1994.

21. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The effects of bovine herpesvirus 1 (BHV-1) on cell signal transduction. 12th annual meeting of the American Society for Virology, Madison, WI, July 10, 1994.

22. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The interactions of cell biology and bovine herpesvirus 1 (BHV-1). 8th Annual Bovine Herpesvirus Workshop, Vancouver, BC, July 30, 1994.

23. Jessen, J.R., B. Walker, L. Braun, D. Hurley, and C. Chase. The effects of bovine herpesvirus 1 (BHV-1) on bovine cell signal transduction. 19th International Herpesvirus Workshop, Vancouver, BC, July 31, 1994.

24. Hurley, D.J., L.J. Braun and C.C.L. Chase. Second messenger activation cell cycle regulation and bovine herpesvirus (BHV-1) entry. 5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9, 1994.

25. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. The interactions of cellular DNA replication, cell cycle and bovine herpesvirus 1 (BHV-1) pathogenesis. 5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9, 1994.

26. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase. Cell activation, the cell cycle and bovine herpesvirus 1 (BHV-1) replication. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1994.

27. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield. Detection of porcine reproductive and respiratory virus in boar semen using the polymerase chain reaction. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1994.

28. Christopher-Hennings, J., E.A. Nelson, B.J. Hines, J.K. Nelson, C.C.L. Chase, D.A. Benfield and M.J. Yaeger. Shedding of porcine reproductive and respiratory syndrome virus in the semen of experimentally infected boars. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 1994.

29. Chase, C.C.L., D.J. Hurley and R. Thaler. 1995. The effects of oral antibiotic therapies on immune function and productivity in weaned pigs. 26th annual meeting of the American Association of Swine Practitioners, Omaha, NE, March 5, 1995.

30. Bialas, K., C. Carlson, S. Stone and C.C.L. Chase. The growth of bovine herpesvirus 1 and bovine herpesvirus 5 in differentiated bovine cells. 80th annual meeting of the South Dakota Academy of Science, Mitchell, SD, April 21, 1995.

31. Chase, C.C.L. and D.J. Hurley. Cell mediated immunity in the bovine. Dedication Symposium, South Dakota Animal Disease Research and Diagnostic Laboratory, Brookings, SD, June 24, 1995.

32. Jessen, J.R., D.J. Hurley, and C.C.L. Chase. Using DNA probes to study bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. 14th annual meeting of the American Society for Virology, Austin, TX, July 10, 1995.

33. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield. Persistence of PRRSV in boar serum and semen. 14th annual meeting of the American Society for Virology, Austin, TX, July 10, 1995.

34. Jessen, J.R., L.J. Braun, D.J. Hurley and C.C.L. Chase. Bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. 6th Annual South Dakota EPSCoR Conference, Vermillion, SD, July 11, 1995.

35. Christopher-Hennings, J., E. Nelson, J. Nelson, S. Swenson, J. Zimmerman, J. Katz, M. Yaeger, C. Chase and D. Benfield. Persistent shedding of PRRSV in boar semen. 2nd International Symposium on Porcine Reproductive and Respiratory Syndrome, Copenhagen Denmark, August 9, 1995.

36. Chase, C.C.L. and D.J. Hurley. Protection with an inactivated vaccine against IBR, BRSV and BVDV. 28th annual conference of the American Association of Bovine Practitioners, San Antonio, TX, September 14-16, 1995.

37. Chase, C.C.L. and D.J. Hurley. What's going on in bovine viral vaccines: Do both killed and modified live vaccines induce cell-mediated immunity? Research Summaries, 28th annual conference of the American Association of Bovine Practitioners, San Antonio, TX, September 16, 1995.

38. Reitsma, C.J., D.R. Henning, C. Chase and D.J. Hurley. Verotoxigenic *Escherichia coli* in slaughter cattle and ground beef in South Dakota. 1st International Rushmore Conference on Mechanisms in the Pathogenesis of Enteric Diseases, Rapid City, SD, September 28, 1995.

39. Yeager, M.J., J. Christopher-Hennings, E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, H.T. Hill, J. Zimmerman, J.B. Katz, C.C.L. Chase and D.A. Benfield. PRRSV shedding in the semen of experimentally and naturally infected boars as detected by PCR. 38th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Sparks, NV, October 28-31, 1995.

40. Chase, C.C.L., L. Braun, T. Fraser, J. Hanson, and D.J. Hurley. Protection against challenge and evidence of cell mediated immunity after vaccination with inactivated IBR, BRSV, and BVDV. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 1995.

41. Wang, P., L. Braun, D.J. Hurley and C.C.L Chase. Detection of bovine herpesvirus 1 in peripheral blood mononuclear cells of persistently infected cattle with flow cytometry and immunofluorescence staining. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 1995.

42. Wiese, W., L.J. Braun, and C.C.L. Chase. Bovine herpesvirus 1 does not cause apoptosis in bovine cells. 81st annual meeting of the South Dakota Academy of Science, Brookings, SD, April 13, 1996.

43. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. First isolation of bovine virus diarrhea virus from dromedary camel. North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD, June 11, 1996.

44. Braun, L.J., P. Steen, S. Wessels, J. Rein, W. Wiese and C.C.L. Chase. The application of a microtiter ELISA to screen suspect herds for bovine viral diarrhea virus. North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD, June 12, 1996.

45. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Clinical and immunological responses following BVDV Type II challenge in cattle vaccinated with inactivated virus vaccine. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 24, 1996.

46. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel: Clinical and pathological picture, and virus isolation. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 24, 1996.

47. Wang, P., L. Braun, D.J. Hurley and C.C.L. Chase. Presence of bovine herpesvirus 1 (BHV-1) in peripheral blood mononuclear cell (PBMC) of latently infected cattle. 15th annual meeting of the American Society for Virology, London, ONT, July 14, 1996.

48. Frew T.J., S. Akula and C.C.L. Chase. Effects of BHV-1 infection on host cell signaling. 10th annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27, 1996.

49. Chase, C.C.L., P. Wang, and D.J. Hurley. Bovine herpesvirus-1 (BHV-1) in leukocytes of cattle 8 months following infection. 10th annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27, 1996.

50. Chase, C.C.L., P. Wang, and D.J. Hurley. Presence of bovine herpesvirus-1 (BHV-1) in peripheral blood mononuclear cells of cattle 8 months following infection. 21st International Herpesvirus Workshop, DeKalb, IL, July 27-August 2, 1996.

51. Appel, T.M., L.J. Braun, C.C.L. Chase and D.J. Hurley. The interaction of BVDV strains with T-lymphocytes: The search for a less stressful vaccine. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

52. Hegazy, A.A., L.S. Fahmy, M.S. Saber, T.A. Aboellail, A.A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

53. Robison, D.J., T. Krueger, P. Leslie-Steen, J.K. Nelson, E.A. Nelson, C.C.L. Chase, R.R.R. Rowland and D.A. Benfield. Electron microscopy observations of porcine reproductive and respiratory syndrome virus infected cells. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

54. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

55. Wang, P., D.J. Hurley and C.C.L. Chase. Analysis of bovine herpesvirus (BHV-1) in leukocytes of cattle. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

56. Chase, C.C.L., P. Wang, and D.J. Hurley. Persistent IBR Infections in the Bovine Lymphoid System: Implications for vaccination and control. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12, 1996.

57. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12-13, 1996.

58. Frew, T.J., A.M. Shaw, and C.C.L. Chase. Effects of BHV-1 infection on host cell signaling. 7th Annual South Dakota EPSCoR Conference, Rapid City, SD, October 17, 1996,

59. Aboellail, T.A., A.A. Hegazy, L.S. Fahmy, D.J. Hurley, D.P. Lunn, D. Sellon and C.C.L. Chase. Characterization of leukocytes of dromedary camel. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11, 1996.

60. Christopher-Hennings, J., E. Nelson, J. Nelson, K. Rossow, R. Rowland, M. Yeager, C. Chase and D. Benfield. Identification of PRRSV in semen and tissue of vasectomized and non-vasectomized boars. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11, 1996.

61. Chase, C.C.L. Outcomes of Stress on Immune Function and Production Parameters in Swine. USD-SDSU Biological Science PhD Seminar Series, Brookings, SD, February 3, 1997.

62. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase. Bovine viral diarrhea virus infects camelid cell lines. 82nd annual meeting of the South Dakota Academy of Science, Aberdeen, SD, April 25, 1997.

63. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse. Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 29, 1997.

64. Hurley, D.J., A. Ali and C.C.L. Chase. Evidence that an inactivated multicomponent bovine viral vaccine induced specific and collateral helper and cytotoxic memory. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 29, 1997.

65. Akula, S., T. Frew, D. Hurley and C.C.L. Chase. The effect of genistein on the replication of bovine herpesvirus type 1. 11th annual Bovine Herpesvirus Workshop, San Diego, CA, August 2, 1997.

66. Akula, S.M., A. Reber, T. Frew and C.C.L. Chase. The discovery of a signaling inhibitor which lowers titers of a stress-related virus in bovine cells. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

67. Robison, D.J., C.C.L. Chase, E.A. Nelson, D.A. Benfield and R.R. Rowland. Porcine reproductive and respiratory syndrome virus (PRRSV) replication determined by immuno-gold electron microscopy. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

68. Frew, T, L.J. Braun, J. Jessen and C.C.L. Chase. Bovine herpesvirus 1 interactions with host cell DNA synthesis. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

69. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase. The study of camelid cell lines infected with bovine viral diarrhea virus. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

70. Braun, L.J., C.C.L. Chase, S. Wessels and P. Steen. Comparison of various screening methods for bovine viral diarrhea virus. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

71. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse. Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

72. Akula, S.M., R.L. Kervin, T. Frew and C.C.L. Chase. The inhibition of bovine herpesvirus type 1 infection by a specific protein tyrosine kinase inhibitor. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

73. Frew, T., L.J. Braun, J. Jessen, and C.C.L. Chase. Bovine herpesvirus I replication in active and serum deprived bovine turbinate cells. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

74. Chase, C.C.L., S.M. Akula and T. Frew. The inhibition of bovine herpesvirus type 1 infection by genistein. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 27, 1997.

75. Nelson, E.A., J. K. Nelson, L.P. Couture, M.L. Lau, J. Christopher-Hennings, C.C.L. Chase and R.A. Hesse. A single amino acid substitution allows for the differentiation of the Prime Pac PRRS vaccine from field isolates of PRRSV. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10, 1997.

76. Ali, A.A., A.A. Salama, T.A. Aboellail and C.C.L. Chase. The growth of bovine viral diarrhea virus in camelid cell lines. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10, 1997.

77. Ali, A.A., A.A. Salama, D.J. Hurley, L.J. Braun and C.C.L. Chase. Comparison of the cellular and humoral immune response as a predictor for protection in a type II bovine viral diarrhea virus challenge. 83rd annual meeting of the South Dakota Academy of Science, Spearfish, SD, April 17, 1998.

78. Reber, A.J., S.T. Franklin, D.J. Hurley and C.C.L. Chase. A role for maternal colostral leukocytes in immune protection in immune protection of neonatal calves. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

79. Wang, P., D. Hurley, L. Braun and C.C. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

80. Akula, S.M., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

81. Ali, A., D. J. Hurley, L. Braun, A. Salama, and C.C.L. Chase. A comparison of humoral and cell mediated responses to modified live and inactivated vaccines against bovine viral diarrhea virus. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

82. Yousif, A., L.J. Braun and C.C.L. Chase. Sequence analysis of an Egyptian bovine viral diarrhea virus (BVDV) isolate. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

83. Akula, S., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. 9th Annual South Dakota EPSCoR Conference, Vermillion, SD, September 11, 1998.

84. Chase, C.C.L., T.J. Frew and S. Akula. Inhibition of infectious bovine rhinotracheitis (IBR) virus replication by genistein-a compound in soybeans. 31st annual conference of the American Association of Bovine Practitioners, Spokane, WA, September 24-25, 1998.

85. Chase, C.C.L., D.J. Hurley, L.J. Braun and A.A. Ali. More than serology: comparison of the cellular immune response as a predictor for protection in a type II bovine viral diarrhea virus challenge. 31st annual conference of the American Association of Bovine Practitioners, Spokane, WA, September 24-25, 1998.

86. Chase, C.C.L., S.M. Akula, A. Reber, and T. Frew. Genistein, a tyrosine kinase inhibitor, lowers the titers of bovine herpesvirus 1 in bovine cells. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23, 1998.

87. Swan, H.J., A.P. Sundet, L.J. Braun, L.J. Bello and C.C.L. Chase. Bovine viral diarrhea virus (BVDV) challenge of calves vaccinated with bovine herpesvirus-1 (BHV-1)-BVDV recombinant. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23, 1998.

88. Reber, A.J., S.T. Franklin, C.C.L. Chase, and D.J. Hurley. Trafficking and effects of maternal immunity in neonatal calves. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

89. Yousif, A.A., L. J. Braun, C.C.L. Chase, T.A.A. El-Lail, M.S. Saber, and A.A. Hegazy. Sequence analysis of a type II cytopathic BVDV of dromedary camels. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

90. Akula, S.M., L. Braun, A. Reber, T. Frew, C.C.L. Chase. Genistein inhibits bovine herpesvirus 1: is actin involved? 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

91. Wang, P., D. Hurley, L. Braun and C.C.L. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1998.

92. Pohl, S.H, D.J. Hurley and C.C.L. Chase. 1999. Thermal environmental effects and group size on growing swine performance. 30th annual meeting of the American Association of Swine Practitioners, St. Louis, MO, March 2, 1999.

93. Brock, K.V. and C.C.L. Chase. Development of a fetal challenge method for the evaluation of bovine viral diarrhea virus vaccines. European Society for Veterinary Virology 4th Pestivirus Meeting, March 15-19, 1999.

94. Swan, H.J., R.D. Neiger, L.J. Braun, L.J. Bello, W.C. Lawrence and C.C.L. Chase. Protection against bovine viral diarrhea virus (BVDV) of calves vaccinated with a bovine herpesvirus-1 (BHV-1)-BVDV recombinant. 2nd annual Conference on Vaccine Research, Bethesda, MD, March 28-30, 1999.

95. Swan, H.J., A.P. Sundet, L.J. Braun, L.J. Bello, W.C. Lawrence and C.C.L. Chase. Bovine viral diarrhea virus (BVDV) challenge of calves vaccinated with bovine herpesvirus-1 (BHV-1) BVDV recombinant. 84th annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999.

96. Wang, P., D.J. Hurley, L.J. Hurley and C.C.L. Chase. Alteration of monocyte-derived macrophage function by bovine herpesvirus-1 infection *in vitro*. 84th annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999.

97. Akula, S.M., T. Frew, L.J. Braun and C.C.L. Chase. Inhibition of a 95-kDa tyrosine phosphorylated bovine herpesvirus 1 protein lowers replication of the virus. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

98. Yousif, A. A., L. J. Braun, T.A.A. El-Lail, M.S. Saber, A.A. Hegazy, K.V. Brock and C.C.L. Chase, Phylogenic analysis of the camel pestivirus type 4 gene fragments based on amino acid and nucleotide sequence homologies. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

99. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. 2nd Biennial Joint EPSCoR Conference, Fargo, ND, September 10,1999.

100. Chase, CCL, LJ Braun and KV Brock. Dual infection of the bovine fetus with bovine viral diarrhea virus (BVDV) type 1 and type 2: can it happen and what are the implications for vaccination? 32nd annual conference of American Association of Bovine Practitioners, Nashville, TN, September 24, 1999.

101. Fawcett L, Erickson G, Eernissee K, Lu W, Daniels S, Swenson S, Nelson E, Zeman D, Hesse R and Chase C. A comparison hemagglutination inhibition tests to detect swine influenza virus H3N2 antibodies, 42nd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, San Diego, CA, October 10, 1999.

102. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1999.

103. Yousif, A.A., L J Braun, KV Brock and CCL Chase. Typing and determination of genetic relationships between pestiviruses based on nucleotide and amino acid sequence analysis of a 161-bp RT-PCR fragment of the NS3 region. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1999.

104. Yousif, AA, SE Aus, LJ Braun, J Christopher-Hennings and CCL Chase. Pestivirus NS3 type-specific molecular beacons. 19th annual meeting of American Society of Virology, Fort Collins CO, July 11, 2000.

105. Braun, L, D Peterson and CCL Chase.  Herd screening using a nested RT-PCR technique to detect BVD from pooled buffy coat samples. 33rd annual conference of American Association of Bovine Practitioners, Rapid City, SD, September 21, 2000.

106. Braun, L, D Peterson and C Chase.  BVDV nested RT-PCR technique to screen herds using pooled buffy coat samples.  43rd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Birmingham, AL,  October 21, 2000.

107. Yousif, AA, LJ Braun, and CCL Chase.  2000. Determination of the replication efficiency of pestivirus types 1 and 2 RNA in mixed tissue culture infections using pestivirus NS3 type specific molecular beacons. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 2000.

108. Elmowalid, G, DJ Hurley, LJ Braun and CCL Chase.  Development of bovine monocyte derived macrophage cell cultures.  81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13, 2000.

109. Wang, P, DJ Hurley, LJ Braun and CCL Chase.  The effect of bovine herpesvirus 1 on monocyte derived macrophage function. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14, 2000.

110. Yousif, AA, SM Watkins, LJ Braun, DJ Peterson, DJ Hurley and CCL Chase. Multi-pestivirus-type-specific response in Blab/c mice immunized with a pool of DNA plasmids expressing structural genes from bovine viral diarrhea virus (BVDV) 1, BVDV 2 and pestivirus type 3.  7th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, May 3, 2001.

111. Elsheikh, AA, GA Elmowalid, LJ Braun, DJ Hurley and CCL Chase.  The effect of phosphorylation on bovine viral diarrhea virus cytopathogenicity and replication. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21, 2001.

112. Elmowalid GA, AA Elsheikh, , LJ Braun, DJ Hurley and CCL Chase.  The interaction of bovine viral diarrhea virus with mononuclear phagocytes.  20th Annual Meeting of American Society for Virology, Madison, WI, July 22, 2001.

113. Yousif, AA, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase.  Type-specific responses to pestiviruses in BALB/c mice immunized with a pool of DNA plasmids expressing structural genes from BVDV1, BVDV2 and pestivirus type 3. Symposium in Virology, University of Nebraska, Lincoln, NE, September 7, 2001

114. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield.  Porcine reproductive and respiratory syndrome virus (PRRSV) in breeding swine: Use of PCR on tonsil biopsies and sentinel pigs to detect viral nucleic acid and shedding in persistently infected pigs. 44th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Hershey, PA, November 2, 2001.

115. Northeimer, WW, DJ Hurley, CCL Chase, AR Hippen, and RSK Majerle.  CD14 released by colostral macrophages has a role in a neonatal immune system development. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

116. Yousif, AA, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase.  Type-specific responses to pestiviruses in BALB/c mice immunized with a pool of DNA plasmids expressing structural genes from BVDV1, BVDV2 and pestivirus type 3. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

117. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase.  Generation of bovine macrophages from peripheral blood monocytes. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

118. Elsheikh, AA, LJ Braun and CCL Chase.  How does cytopathic bovine viral diarrhea virus induce cytopathogenesis? 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

119. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase. Interaction between bovine viral diarrhea virus and mononuclear phagocytes in vitro. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

120. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield.  Use of tonsil biopsies, PCR and sentinel pigs to detect viral nucleic acid and shedding in pigs persistently infected with PRRSV. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

121. Yousif, A, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase.  Type-specific response to pestiviruses in Balb/C mice immunized with a pool of DNA plasmids expressing structural genes from BVDV 1, BVDV 2 and pestivirus type 3. Detecting and Controlling BVDV Infections, Ames, IA, April 4, 2002.

122. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase.  Bovine viral diarrhea virus impairs macrophage function and marker expression in vitro. Detecting and Controlling BVDV Infections, Ames, IA, April 4, 2002.

123. Elsheikh, AA, D Benfield, LJ Braun and CCL Chase.  Inhibition of bovine viral diarrhea virus replication by interferon-alpha through inhibition of viral RNA synthesis. Detecting and Controlling BVDV Infections, Ames, IA, April 4, 2002.

124. Chase, CCL, K Wright, J Torrison and LJ Braun.  Serologic response of gnotobiotic pigs challenged with APP serotype 5 or A. suis field isolates. 17th IPVS Congress, Ames IA, June 3, 2002.

125. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase.  Bovine viral diarrhea virus impairs peripheral blood-derived macrophage inflammatory functions in vitro. 21st Annual Meeting of American Society for Virology, Lexington, KY July 20, 2002.

126. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase. Bovine Viral Diarrhea Virus Impairs Peripheral Blood Monocytes Derived-Macrophages Inflammatory Functions In Vitro. Symposium in Virology, University of Nebraska, Lincoln, NE, September 5, 2002.

127. Braun, LJ, M Braunschmidt, N Arias, R Wixon, CY Wang and CCL Chase.  Effect of genistein on bovine herpesvirus 1 and bovine viral diarrhea virus infections in vivo. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26, 2002.

128. Marsh, T and C Chase.  Evaluation of alternate year vaccination practices in a cow-calf herd. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 27, 2002.

129. Hassan, EAD, LJ Braun, and CCL Chase.  The effect of bovine herpesvirus 1 (BHV-1) on the organization of actin filaments and microtubules. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2002.

130. Elmowalid, G, BL Ransom, LJ Braun, A Young, J Ridpath and CCL Chase. Bovine viral diarrhea virus interferes with macrophage surface marker expression in vitro. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2002.

131. Chase CCL, G Elmowalid and LJ Braun. Effect of bovine viral diarrhea virus on bovine macrophages inflammatory functions and surface marker expression *in vitro*. 9th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 30, 2003.

132. Hassan EAD, B Tigabu, LJ Braun and CCL Chase. Reorganization of microtubules and actin filaments in bovine herpesvirus-1-infected cells and their role in virion egress. 22nd annual meeting of American Society for Virology, Davis, CA July 14, 2003.

133. Chase CCL, G Elmowalid, LJ Braun and JF Ridpath. New paradigms for bovine viral diarrhea virus: understanding how BVDV interacts with the immune system. 36th annual conference of American Association of Bovine Practitioners, Columbus, OH, September 19, 2003.

134. Hassan EAD, LJ Braun and CCL Chase. Interaction of bovine herpesvirus-1 glycoproteins with cellular cytoskeletal elements in bovine herpesvirus-1 infected cells.. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 2003.

135. Hassan EAD, LJ Braun and CCL Chase. Effect of protein kinase inhibitors on the replication of bovine herpesvirus-1 (BHV-1). Abstract 174. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11, 2003.

136. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Bovine viral diarrhea virus (BVDV) interaction with the innate immune system. Bovine viral diarrhea virus in the Americas, Davis, CA, April 3, 2004.

137. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. Isolation of BVDV from white-tail deer. Bovine viral diarrhea virus in the Americas, Davis CA, April 4, 2004.

138. Halaweish, I, EAD Hassan, LJ Braun and CCL Chase. Generation of gI-EGFP and gE-EGFP Constructs to Study Localization of BHV-1 Glycoproteins gI and gE in Mammalian Cells. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004.

139. Harms N, B Tigabu, LJ Braun, G Elmowalid and CCL Chase. Characterization and Comparison of Cells by Antigen Presentation, Microfilament Organization and Phagocytic Properties. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004.

140. Chase CCL. LJ Braun, K Haffer, E Sullivan and J Robel. Vaccinia immunoglobulin (VIG) production in cattle: a pilot for transgenic cattle producing human immunoglobulin. 10th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 29, 2004.

141. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Rethinking bovine viral diarrhea virus pathogenesis: understanding the importance of BVDV strain on the innate immune system. 23rd World Buiatrics Congress, Quebec, CA, July 15, 2004.

142. Becker M, LJ Braun and CCL Chase. Genetic relationships among three vaccine strains of BVDV. South Dakota EPSCoR State Meeting, Rapid City, SD, September 17, 2004.

143. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. Evidence of bovine viral diarrhea virus persistent infection in two white-tail deer in southeastern South Dakota. 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23, 2004.

144. Fairbanks K and CCL Chase. Fetal protection against BVDV type 1 or 2 heterologous challenge. 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23, 2004.

145. Fairbanks K and CCL Chase. Subcutaneous dose of infectious bovine rhinotracheitis virus provides early protection against an intranasal challenge. 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-24, 2004.

146. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath. White tail deer: are they a threat for spreading BVDV in cattle? 113th annual meeting of the South Dakota Veterinary Medical Association, Rapid City, SD, August 20, 2004.

147. Chase CCL, LJ. Braun, P Leslie-Steen, T Graham, D Miskimins and JF Ridpath. Bovine viral diarrhea virus persistent infection in two white-tail deer in Southeastern South Dakota. 47th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Greensboro, NC, October 24, 2004.

148. Tigabu B, CCL Chase, LJ Braun. Effect of BVDV on the expression of Toll-like receptor-2 and –4. P90. 85th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 15, 2004.

149. Becker M, LJ Braun and CCL Chase. Field Isolates of bovine viral diarrhea virus are well conserved. 90th meeting of the South Dakota Academy of Science, Sioux Falls, SD, April 9, 2005.

150. Tigabu B, CCL Chase, LJ Braun. BVDV influences the expression of Toll-like receptors. 24th annual meeting of the American Society of Virology, State College, PA June 19, 2005.

151. DeDonder K, N Lampson, LJ Braun and CCL Chase. Flow cytometric analysis of lymphocyte subset populations in cattle persistently infected. 5th biennial joint conference of South Dakota/North Dakota EPSCoR, Brookings, SD, September 9, 2005.

152. Chase CCL, LJ Braun, L Holler, J Neill, J Ridpath. Characterization of bovine viral diarrhea virus (BVDV) genetics, antibody response and viremia from a group of BVDV persistently infected calves. Proceedings of 38th annual convention of the American Association of Bovine Practitioners, Salt Lake City, UT, September 24, 2005.

153. Boots R, K Gilkerson1, R. Yoder, CCL Chase. Evaluation of Antibacterial Activity of Three Different Animal Protein Preparations. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4, 2005

154. DeDonder K, N Lampson, LJ Braun, CCL Chase. Flow Cytometric Analysis of Lymphocyte Subset Populations in Cattle Persistently Infected with BVDV. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, December 5, 2005.

155. Braun LJ, LD Holler, JF Ridpath, J Neill, CCL Chase. Virological Analysis and Serological Response in Cattle Persistently Infected with Type 2a Bovine Viral Diarrhea Virus (BVDV). 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, December 5, 2005.

156. Mark CS, JF Ridpath, CCL Chase. Exposure of White Tailed Deer to Bovine Diarrhea Virus. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, December 5, 2005.

157. Zimmerman, A, R Boots, L Valli, and CCL Chase. Overcoming maternal antibody interference with an adjuvanted MLV BVDV vaccine. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

158. Ridpath JF, KM Lager, A Vincent, JD Neill, CCL Chase and CS Mark. Acute BVDV infections in non-bovine species. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

159. Chase CCL, LJ Braun, L Holler, J Neill and J Ridpath. Characterization of bovine viral diarrhea virus (BVDV) stability and immunological profile from a group of BVDV persistently infected calves. BVDV 2006 Conference, Denver CO, January 29-31, 2006

160. Mark CS, JF Ridpath, and CCL Chase. Flow cytometry analysis of white tail deer exposed to BVDV. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

161. Rinehart CL, WC Ohnesorge, C Chase, T Triebwasser, K Gilkerson and A Zimmerman. BVDV fetal protection vaccine proof of efficacy studies: requirements include both consistency and diversity. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

162. Tigabu B, CCL Chase, LJ Braun. BVDV strains variation on the expression of Toll-like receptors. 25th annual meeting of the American Society of Virology, Madison, WI, July 15, 2006.

163. Ridpath JF, CS Mark, CCL Chase and JD Neill. Experimental acute BVDV infection in white tail deer fawn. 39th annual conference of the American Association of Bovine Practitioners, Saint Paul, MN, September 21-23, 2006.

164. Ridpath JF, BE Hessman, JD Neill, RW Fulton, DL Step, A Zimmerman and CCL Chase. Evaluating stability, size requirements, viral load and pooling of ear notch samples in BVDV testing. 49th annual conference of the American Association of Veterinary Laboratory Diagnosticians, Minneapolis, MN, October 12-18, 2006.

165. Tigabu B, A Rosa, G Rosa and CCL Chase. Comparison of immune gene expression in normal and BVDV persistently infected cattle. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2007.

166. Halaweish S, Y Fang, I Halaweish, L Braun and C Chase. Expression of recombinant BVDV-nonstructural proteins to study the humoral immune response against BVDV in cattle. . 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2007.

167. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2007.

168. Tigabu B, A. Rosa, G. Rosa, CCL Chase. Comparison of Immune Gene Expression in Normal and BVDV Persistently Infected Cattle. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

169. Halaweish S, Y Fang, I Halaweish, L Braun, C Chase. Expression of recombinant BVDV-Nonstructural Proteins to Study the Humoral Immune Response against BVDV in Cattle. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

170. Mahmoud MM, LJ Braun, A Hippen, M Thomas, and CC Chase. Effect of source of selenium and vitamin E supplementation on performance and immune response in young dairy calves. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

171. Lawson S, E Brown, K Gilkerson, Y Fang, EA Nelson, C Mateo and C Chase. Development and optimization of a blocking ELISA for Type 1 and Type 2 strains of Porcine Reproductive and Respiratory Syndrome Virus. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 4, 2006.

172. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3, 2006.

173. Mahmoud M, L Braun, A Hippen, C Chase and A Harrison. Effect of source of selenium and vitamin E supplementation on performance and immune response in young dairy calves. American Society of Animal Science/American Dairy Science Association Midwest Meeting, Des Moines IA, March 20, 2007.

174. Kattelmann LE, LJ Braun, and CCL Chase. Measuring the inflammatory cytokine effect of bovine viral diarrhea virus on persistently infected cattle. 92nd meeting of the South Dakota Academy of Science, Brookings, SD, April 14, 2007.

175. Gibbons JL, C Chase, L Braun. Effect of bovine viral diarrhea virus on the chemokine production of macrophages. 92nd meeting of the South Dakota Academy of Science, Brookings, SD, April 14, 2007.

176. Tigabu B, LE Kattelmann, LJ Braun, and CCL Chase. The effect of bovine viral diarrhea virus (BVDV) persistent infection on gene expression and pro- and anti-inflammatory cytokines. 40th annual conference of the American Association of Bovine Practitioners, Vancouver, BC, September 20-22, 2007.

177. Braun LJ, M Spire, and CCL Chase. Antigen trafficking of bovine virus diarrhea virus following vaccination with either a NCP or CP BVDV vaccine. 88th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3, 2007.


N. Invited Presentations

1. Chase, C.C.L. The effect on herpesvirus infectivity of the glycoproteins of bovine herpesvirus I. Biomedical Research Institute, Children's Hospital, St. Paul, MN, August 15, 1989.

2. Chase, C.C.L. The effect of bovine herpesvirus 1 glycoproteins on herpesvirus infectivity. Arthropod-borne Animal Diseases Research Laboratory, Agricultural Research Service, Laramie, WY January 16, 1990.

3. Chase, C.C.L. The effect of bovine herpesvirus 1 glycoproteins on herpesvirus infectivity. American Cyanamid Company, Agricultural Research Division, Princeton, NJ, March 9, 1990.

4. Chase, C.C.L. New insights into bluetongue in the U.S. 35th annual meeting of the Livestock Insect Workers Conference, Jackson, WY, July 9, 1991.

5. Chase, C.C.L. Bluetongue status throughout the United States. 128th annual meeting of the American Veterinary Medical Association, Seattle, WA, July 30, 1991.

6. Chase, C.C.L. Bluetongue in the United States. 88th annual convention of the Wyoming Wool Growers Association, Rock Springs, WY, November 22, 1991

7. Chase, C.C.L.  Molecular pathogenesis of two colorful diseases: bovine herpesvirus 1 and bluetongue virus.  Department of Veterinary Science, South Dakota State University, SD, March 31, 1992.

8. Chase, C.C.L. New insights into bluetongue in the U.S.  National Animal Disease Center, Ames, IA, May 22, 1992

9. Chase, C.C.L. Biosafety Risk Management.  USD-SDSU Biological Science PhD Seminar Series, Brookings, SD, February 9, 1994.

10. Chase, C.C.L.  Bovine herpesvirus 1: The role of cell-virus interactions.  SDSU Biology/Microbiology Graduate Seminar, Brookings, SD, September 23, 1994.

11. Chase, C.C.L. Virus-cell interactions: Lessons learned from bovine herpesvirus 1. University of South Dakota Molecular Biology Seminar Series, Vermillion, SD, October 28, 1994.

12. Chase, C.C.L. The cell-virus interaction of bovine herpesvirus 1: It's a cycling event. Department of Veterinary and Microbiological Sciences, North Dakota State University, Fargo, ND, February 17, 1995.

13. Chase, C.C.L. A Tale of Two Viruses: BVDV and PRRSV. Syntro Research Laboratories, San Diego, CA, September 13, 1996.

14. Chase, C.C.L. Identifying the BVDV persistent animal: What test is the best? 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 30, 1997

15. Chase, C.C.L. Diagnostics: the key to the control of camel diseases.  Camel Disease Workshop, The Camel Applied Research and Development Network, Cairo, Egypt, August 10, 1997.

16. Chase, C.C.L.  New trends in laboratory diagnosis of bovine viral diarrhea virus.  4th Zagazig University Scientific Veterinary Medical Conference, Hurghada, Egypt, August 27, 1998.

17. Chase, C.C.L.  Camels and Tut-What's up in Egypt? N.E. Hansen Lecture Series, South Dakota State University, Brookings, SD, September 23, 1998.

18. Chase, CCL.  Studies in Molecular Pathogenesis with Bovine Herpesvirus 1 and Bovine Viral Diarrhea Virus, University of Wyoming, Laramie WY, June 20, 2000.

19. Chase, CCL.  DNA Vaccines: New Understanding. Faculty of Veterinary Medicine, Cairo University, Giza, Egypt, October 22, 2000.

20. Chase, CCL.  Molecular and Cellular Studies of Bovine Viral Diarrhea Virus (BVDV) Vaccines, Faculty of Veterinary Medicine, Zagazig University, Zagazig, Egypt, October 24, 2000.

21. Chase, CCL.  New Findings in the Diagnosis and Control of Bovine Viral Diarrhea Virus, Faculty of Veterinary Medicine, Monsura University, Monsura, Egypt, October 25, 2000.

22. Chase, CCL.  Changing Faces of Immunology: New Approaches to Vaccines.  Sixth Scientific Congress, Faculty of Veterinary Medicine, Giza, Egypt, October 31, 2000.

23. Chase, C. Las caras cambiantes DVB.  25th Congreso Nacional de Buiatria, Vera Cruz, Mexico, August 17, 2001.

24. Chase, CCL. BVDV Serology. Detecting and Controlling BVDV Infections, Ames, IA, April 5, 2002.

25. Chase, CCL. Bovine Viral Diarrhea Virus: Investigating Pathogenesis Pathways. Fort Dodge Animal Health, Fort Dodge, IA, May 6, 2002.

26. Chase, CCL. Unmasking Bovine Viral Diarrhea Virus: It's a strain difference. SDSU Biology/Microbiology Seminar Series, Brookings, SD, February 21, 2003.

27. Chase, CCL. West Nile and Bovine Viral Diarrhea Virus; Two Flaviviruses- Two Big Problems. National Veterinary Research Institute, Pulawy, Poland, May 16, 2003.

28. Chase, CCL. Innate Immunity, Viral Infections and CWD. Faculty of Veterinary Medicine, Warsaw Agricultural University, Warsaw, Poland, May 21, 2003.

29. Chase, CCL, R Shane, F Cholick, C Cumber, H Svec and E Vander Sluis. Poland: Opportunities for Exchange. N.E. Hansen Lecture Series, South Dakota State University, Brookings, SD, September 26, 2003.

30. Chase CCL. Autogenous Vaccines: Current Use in the Field in the US Cattle and Hog Industry. International Veterinary Meeting on Consideration of Alternative Licensing Procedures for Minor Species, Minor Indications and Autogenous/Autologous Products, Langen, Germany, October 29, 2003

31. Chase CCL. Porcine reproductive and respiratory syndrome virus (PRRSV), Biosecurity and High Health. American Soybean Association Chinese Exchange Seminar, Brookings, SD, July 21, 2004.

32. Chase C. Rabies. Brookings Health System Medical Staff Conference, Brookings, SD, April 22, 2005.

33. Chase C. Zoonotic Diseases. Brookings Health System Medical Staff Conference, Brookings, SD, April 27, 2005

34. Chase CCL. Seven Important Swine Diseases, Guangdong Pig Industry Association, Guangzhou, Guangdong Province, China, June 16, 2005.

35. Chase CCL. Porcine Respiratory Disease Complex, Fujian Feng Zengongmu Feed Co., Fujian Province, China, June 17, 2005.

36. Chase CCL. Seven Important Swine Diseases, Fuqing Yongchen Swine Breeding Co., Ltd, Fuqing City, Fujian Province, China, June 18, 2005.

37. Chase CCL. Seven Important Swine Diseases, Zhejiang Academy of Agricultural Sciences, Hangzhou, Zhejiang Province, China, June 20, 2005.

38. Chase CCL. Seven Important Swine Diseases, Beijing Swine Breeding Company, Beijing, China, June 22, 2005.

39. Chase CCL. Basic Immunology, Biosecurity and High Health. US Grains Council Chinese Swine Farm Management Team, Brookings, SD, September 15, 2005.

40. Chase CCL. New Developments in Vaccine Development. Faculty of Veterinary Medicine, Zagazig University, Zagazig, Egypt, May 13, 2006

41. Chase CCL. Bovine Respiratory Disease. Faculty of Veterinary Medicine, Cairo University, Giza, Egypt, May 17, 2006.

42. Chase C. Avian Influenza- Is it a Threat? Brookings Health System Medical Staff Conference, Brookings, SD, September 13, 2006.

43. Chase C. Avian Influenza- Hazard or Hype? Brookings County Regional Pandemic Taskforce, Brookings SD, November 9, 2006.

44. Chase C. Avian Influenza-Hazard or Hype? College of Nursing Seminar, South Dakota State University, Brookings, SD, November 30, 2006.

45. Chase C. Immunology Review/Refresher, with Emphasis on Vaccinology. 40th annual conference of the American Association of Bovine Practitioners, Vancouver, BC, September 20, 2007.

46.   Chase C.  Porcine circovirus 2, Porcine Respiratory and Reproductive Syndrome Virus (PRRSV) and Porcine Respiratory Disease Complex, Yunnan Provincial Feed Association, Qujing, Yunnan Province, November 12-13, 2007.
47.   Chase C.  Porcine circovirus 2, Porcine Respiratory and Reproductive Syndrome Virus (PRRSV) and Porcine Respiratory Disease Complex, Guizhou Provincial Feed Association, Guiyang, Guizhou Province, November 16-17, 2007.
48.   Chase C.  Porcine circovirus 2, Porcine Respiratory and Reproductive Syndrome Virus (PRRSV) and Porcine Respiratory Disease Complex, Yunnan Provincial Feed Association, Nanning, Guangxi Province, November 18-19, 2007.

O.  Publications
Refereed
1.   Chase, C.C.L., B.A. Israel, K. Carter-Allen, and G.J. Letchworth III.  1988.  Expression and affinity purification of recombinant bovine herpesvirus 1 glycoproteins.  *J. Tissue Culture Methods* **11**:75-81.
2.   Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III.  1989.  The effect of bovine herpesvirus 1 glycoproteins gI and gIII on herpesvirus infections.  *J. Gen. Virol.* **70**:1561-1569.
3.   Chase, C.C.L.,  K. Carter-Allen, C. Lohff and G.J. Letchworth III. 1990.  Bovine cells expressing bovine herpesvirus 1 (BHV-1) glycoprotein IV resist infection by BHV-1, herpes simplex virus and pseudorabies virus.  *J. Virol.* **64**:4866-4872.
4.   Wilson, W.C. and C.C.L. Chase.  1992.  The use of RNA detection techniques to identify bluetongue virus and epizootic hemorrhagic disease virus in *Culicoides variipennis*. In *Proceedings of the 2nd International Symposium on Bluetongue, African Horse Sickness and Related Orbiviruses* (ed. T. Walton, and B. Osborne), pp. 687-693.
5.   Chase, C.C.L., C. Lohff and G.J. Letchworth III. 1993.  Resistance and susceptibility of bovine cells expressing herpesviral glycoprotein D homologs to herpesviral infections. *Virology* **194**:365-369.
6.   *Wilson, W.C. and C.C.L. Chase.  1993.  Nested and multiplex polymerase chain reaction in the identification of bluetongue virus infection in the biting gnat, Culicoides variipennis. J. Virol. Methods* **45**:39-47.
7.   *Chase, C.C.L. and G.J. Letchworth III. 1994.  Bovine herpesvirus 1 gIV-expressing cells resist virus penetration, J. Gen. Virol.* **75**:177-181.
8.   *Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yeager and D.A. Benfield.  1995. Detection of porcine reproductive and respiratory syndrome virus in boar semen using the polymerase chain reaction. J. Clin. Micro.* **33**:1730-1734.
9.   Adegboye, D.S., P.G. Halbur, D. Cavanaugh, R. Werdin, C.C.L. Chase, D.W. Miskimins and R.F. Rosenbusch.  1995. Immunohistochemical and pathological study of Mycoplasma bovis-associated lung abscesses in calves.  J. Vet. Diag. Invest. **7**:333-337.
10.  Christopher-Hennings, J., E.A. Nelson, B.J. Hines, J.K. Nelson, C.C.L. Chase, M.J. Yeager and D.A. Benfield.  1995. Persistence of porcine reproductive and respiratory syndrome virus in the serum and semen of adult boars.  *J. Vet. Diag. Invest.* **7**:456-464.

11.  Thaler, R.C., M.C. Libal, C.C. Chase, D. Hurley, J.U. Thomson, T.E. Lucas, and R. Woerman. 1996. The effects of two medicated early weaning programs on pig performance, health and immune system activation. *Agri-Practice* **17**:24-27.

12.  Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, K.D. Rossow, J.L. Shivers, M.J. Yaeger, C.C.L. Chase, R.A. Garduno, J.E. Collins, and D.A. Benfield. 1998. Identification of porcine reproductive and respiratory syndrome virus in semen and tissues from vasectomized and non-vasectomized boars. *Vet. Path.* **35**:260-267

13.  Braun L.J., and C.C.L. Chase. 1999. Diagnostic porcine polymerase chain reaction assay: The future is here. *Swine Health Prod.* **7**(1):37-40.

14.  Jolie, R., L. Backstrom, L. Olson and C. Chase. 1999. A 15-week experimental exposure of pigs to airborne dust with added endotoxin in a continuous flow exposure chamber. *Can. J. Vet. Res.* **63**:129-137.

15.  Jolie R, L. Backstrom, L. Olson and C. Chase. 1999. Respiratory and systemic health parameters in pigs raised in a conventional farm or in isolation. *J. Swine Health Prod.* **7** (6):269-275.

16.  Shaw, A.M., L. Braun, T. Frew, D.J. Hurley, R.R.R. Rowland and C.C.L. Chase. 2000. A role for bovine herpesvirus 1 (BHV-1) glycoprotein E (gE) tyrosine phosphorylation in replication of BHV-1 wild-type virus but not BHV-1 gE deletion mutant virus. *Virology*, **268**:159-166.

17.  Brock, K.V. and C.C.L. Chase. 2000. Development of a fetal challenge method for the evaluation of bovine viral diarrhea virus vaccines. *Vet. Micro.*, **77**:209-214.

18.  Al-Ghamdi, G.M, T.R. Ames, R. Walker, C.C.L. Chase, G.H. Frank, and S. Maheswaran. 2000. Serotyping of *Mannheimia (Pasteurella) haemolytica* isolates from the Upper Midwest United States. *J.Vet.Diag. Invest.,* **12**:576-578.

19.  Wang, P., DJ Hurley, LJ Braun and C.C.L. Chase. 2001. Detection of bovine herpesvirus 1 in peripheral blood mononuclear cells 8 months post infection. *J. Vet. Diag. Invest,* **13**:424-427.

20.  Donovan, DC, ST Franklin, CCL Chase and AR Hippen. 2002. Growth and health of Holstein calves fed milk replacers supplemented with antibiotics or Enteroguard. *J.Dairy Sci.* **85**:947-950.

21.  Akula, S, DJ Hurley, RL Wixon, C Wang and CCL Chase. 2002. Effect of genistein on replication of bovine herpesvirus type 1. *Am. J. Vet. Res.*63:1124-1128.

22.  Kuckelberg, CJ, CC Chase, EA Nelson, SAE Marras, MA Dammen and J Christopher-Hennings. 2003. Detection of bovine leukemia virus in blood and milk by nested and real-time PCR. *J. Vet. Diag. Invest,* **15**:69-74.

23.  Chase CCL, SK Chase and L Fawcett. 2003. Trends in the BVDV Serological Response in the United States Upper Midwest Region. *Biologicals* **31**:145-151.

24.  Fairbanks K, J Schnackel, and CCL Chase. 2003. Evaluation of a modified live virus type 1a bovine virus diarrhea vaccine (Singer strain) against a type 2 890 (Strain 890) challenge. *Vet.Therapeutics* **4**:24-34.

25.  Donovan DC, AR Hippen, DJ Hurley and CCL Chase. 2003. The role of acidogenic diets and serum antibody response against bovine respiratory viruses in Holstein steers. *J. Anim. Sci.* **81**:3088-3094.

26.  Fogarty Fairbanks, K, J Campbell and CCL Chase. 2004. Rapid onset of protection against infectious bovine rhinotracheitis with a modified-live virus multivalent vaccine. *Vet. Therapeutics* **5**:17-25.

27. Yousif, AA, SM Watkins, LJ Braun, DJ Hurley and CCL Chase. 2004. Infection with the noncytopathic BVDV-2 strain 890 prevents replication of superinfecting cytopathic BVDV-1 RNA in BT and MDOK cells. *Egyptian J Virol* **1**:553-564.

28. Yousif, AA, LJ Braun, MS Saber, T Aboelleil and CCL Chase. 2004. Cytopathic genotype 2 bovine viral diarrhea virus in dromedary camels. *Arab J Biotech* **7**:123-140.

29. Chase CCL, G Elmowalid and AAA Yousif. 2004. The immune response to bovine viral diarrhea virus: a constantly changing picture. *Vet Clin Food Anim* **20**:95–114.

30. Fairbanks KK, CL Rinehart, WC Ohnesorge, MM Loughin and CCL Chase. 2004. Evaluation of fetal protection against experimental infection with type 1 and type 2 bovine viral diarrhea virus after vaccination of the dam with a bivalent modified-live virus vaccine. *JAVMA* 225:1898-2004.

31. Zimmerman A, R Boots, L Valli, CCL Chase. 2006. Maternal Antibody BVDV Positive Calves Vaccinated with a Modified Live Bovine Viral Diarrhea Virus (BVDV) Vaccine are Protected against a Virulent BVDV Type 2 Challenge. *JAVMA* **228**:1757-61.

32. Brock KV, K McCarty, CCL Chase, R Harland. 2006. Protection against fetal infection with either bovine viral diarrhea virus type 1 or type 2 using a non-cytopathic type 1 modified live virus vaccine. *Vet Therapeutics* **7**:27-34.

33. Huntimer ED, FT Halaweish CCL Chase. 2006. Proliferative activity of *Echniacea angustifolia* root extracts on cancer interference with doxorubicin cytotoxicity. *Chem. Biodiversity.* **3**:695-703.

34. Ridpath JF, CS Mark, CCL Chase, AC Ridpath, and JD Neill. 2007. Febrile response and decrease in circulating lymphocytes following acute infection of white tail deer fawns with either a BVDV1 or a BVDV2 strain. *J Wildlife Dis* **43**:653-659.

35. Zimmerman AD, RE Butterbaugh, JM Herbert, JM Hass, NE Frank, LG Luempert, CCL Chase. 2007. Efficacy of bovine herpesvirus-1 inactivated vaccine against abortion and stillbirth in pregnant heifers. *JAVMA* **231**:1386-1389.

36. Chase CCL, DJ Hurley, AJ Reber. 2008 Neonatal Immune Development in the Calf and Its Impact on Vaccine Response. *Vet Clin Food Anim*, **24**:87-104.

37. Chase CCL, LJ. Braun, P Leslie-Steen, T Graham, D Miskimins JF Ridpath. Bovine Viral Diarrhea Virus Multi-Organ Infection in Two White-tailed Deer in Southeastern South Dakota. *J Wildlife Dis* accepted for publication

38. Chase CCL, S Daniels, R Garcia, F Milward, T Nation. Needle-free injection technology in swine; progress toward vaccine efficacy and pork quality. *J Swine Health Prod*, accepted for publication.


Non-refereed

39. Tabachnick, W.J., T.E. Walton and C.C.L. Chase. Considerations for developing regulatory policy to prevent importation of arthropod-borne animal diseases: the lessons learned from bluetongue viruses. In *Proceedings of the XVII World Buiatrics Congress and XXV American Association of Bovine Practitioners Conference*, St. Paul, MN, August 31-September 4, 1992, 1:255-259.

40. Chase, C.C.L., D.J. Hurley and R. Thaler. 1995. The effects of oral antibiotic therapies on immune function and productivity. In *Proceedings of the 26th annual meeting of the American Association of Swine Practitioners,* Omaha, NE, March 4-7, 1995, pp. 111-114.

41.  Chase, C.C.L., L.J. Braun, J. Jessen, P. Wang, and D.J. Hurley.  1995.  Studying virus cell interactions: Finding new ways to prevent Infectious Bovine Rhinotracheitis (IBR; Bovine herpesvirus 1 {BHV-1}; Rednose) in Cattle. 1995 South Dakota Beef Report, 95-24, pp. 92-97.23.

42.  Chase, C.C.L., J. Hanson, T. Fraser, L. Braun, S. Anderson, and D.J. Hurley.  1997.  Long-term protection from bovine viral diarrhea virus in feedlot cattle.  1996 South Dakota Beef Report, 96-9, pp. 35-39.

43.  Chase, C.C.L., S. Stone, K. Bialas, C. Carlson, W. Wiese and L. Braun.  1997.  Pathogenesis of bovine herpesviruses in vitro.  1996 South Dakota Beef Report, 96-10, pp. 40-42.

44.  Reitsma, C.J., D.R. Henning, C. Chase and D.J. Hurley.  1997. Verotoxigenic *Escherichia coli* in slaughter cattle and ground beef in South Dakota.  In *Advances in Experimental Medicine and Biology, Mechanisms of Enteric Diseases, Proceedings of the First International Rushmore Conference,* Rapid City, South Dakota, September 28-30, 1995. Edited by P. S. Paul, D. H. Francis and D. A. Benfield, **412**:87-88.

45.  Pohl, SH, DJ Hurley and CCL Chase.  1999. Thermal environmental effects and group size on growing swine performance.  In *Proceedings of the 30th annual meeting of the American Association of Swine Practitioners,* St. Louis, MO, February 28-March 2, 1999, pp. 427-435.

46.  Swan, H.J., L.J. Braun, R.D. Neiger, L.J. Bello, W.C. Lawrence and C.C.L. Chase.  1999. Protection against bovine viral diarrhea virus (BVDV) of calves vaccinated with a bovine herpesvirus-1 (BHV-1)-BVDV recombinant.  Proceedings of the South Dakota Academy of Science, 78:139-147.

47.  Christopherson, BT, RC Thaler, CC Chase, SH Pohl, RA Bohlke and BD Rops.  2001.  Efficacy of high oil corn in reducing the severity of a PRRSV challenge in growing pigs (Trial #2).  41st annual Progress Report of the Southeast South Dakota Experiment Station, Beresford SD, Animal Science 123, pp. 163-168.

48.  Christopherson, BT, RC Thaler, CC Chase, SH Pohl, RA Bohlke and BD Rops.  2002.  Efficacy of high oil corn in reducing the severity of a PRRSV challenge in growing pigs 2001 Swine Research Report, Swine 2001-23, pp. 119-124.

49.  Chase, CCL, DJ Hurley, RC Thaler , TE Lucas, and TP Wolff.  2002.  The effect of diet and oral antibiotic therapy on immune function and productivity in young pigs. 2001 Swine Research Report, Swine 2001-24, pp. 125-129.

50.  Chase, CCL, DJ Hurley, RC Thaler , TE Lucas, and TP Wolff.  2002.  The effect of oral antibiotic therapy on productivity and immune function following challenge with E. coli and rotavirus. 2001 Swine Research Report, Swine 2001-25, pp. 130-135.

51.  Chase, CCL, K Wright, J Torrison and LJ Braun.  2002. Serologic response of gnotobiotic pigs challenged with *Actinobacillus pleuropneumoniae* serotype 5 or *Actinobacillus suis* field isolates. 2001 Swine Research Report, Swine 2001-26, pp. 136-135-144.

52.  Fairbanks, K., C Chase and D Benfield.  2002. Tonsil biopsies and polymerase chain reaction assay for detection of breeding age gilts persistently infected with porcine reproductive and respiratory syndrome virus.  *J. Swine Health Prod.* **10**:87-88.

53. Chase CCL. 2004. Autogenous Vaccines: Current Use in the Field in the US Cattle and Hog Industry. *Developments in Biologicals*: *Consideration of Alternative Licensing Procedures for Minor Species, Minor Indications and Autogenous/Autologous Products,* ed, C Jungback, **117**:69-71.

54. Kattelmann L, W Epperson and C Chase. 2005. Swine veterinarians and hearing loss: summary of results of audiology at the 2002 AASV annual meeting. *J. Swine Health Prod.* **13**:34-37.

55. Aden R, C Chase and L Braun. 2007. Assessment of biosecurity procedures to prevent bovine viral diarrhea virus cross contamination. *Journal of Undergraduate Research* South Dakota State University **5**:27-29.

P. Meeting abstracts

1. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gIII in bovine cells. Abstract No. 328. 68th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 16-17, 1987.

2. Chase, C.C.L., K. Carter-Allen, and G.J. Letchworth III. Expression of bovine herpesvirus 1 (BHV-1) gI and gIII in eukaryotic cells. Abstract No. 211. 13th International Herpesvirus Workshop, Irvine, CA, August 7-13, 1988.

3. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. The effect of bovine herpesvirus 1 (BHV1) gI, gIII and gIV on BHV1 infectivity. Abstract No. 5. North Central Branch, American Society for Microbiology, Madison, WI, October 7-8, 1988.

4. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Expression of recombinant bovine herpesvirus 1 (BHV1) glycoproteins interferes with BHV1 infection. Abstract No. 299. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1988.

5. Chase, C.C.L., K. Carter-Allen, C. Lohff and G.J. Letchworth III. Bovine herpesvirus 1 (BHV1) glycoproteins gIV inhibits herpesvirus infections. Abstract No. P36. 70th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 6-7, 1989.

6. Wilson, W.C. and C.L. Chase. The use of the polymerase chain reaction to detect and serotype bluetongue virus. 3rd International Symposium on Double-Stranded RNA Viruses, Kona, HI, December 2-7, 1990.

7. Chase, C.C.L. and W.C. Wilson. The detection of bluetongue viruses using the polymerase chain reaction. Abstract No. 225. 72nd annual meeting of the Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1991.

8. Wilson, W.C. and C.C.L. Chase. Applications of the polymerase chain reaction (PCR) in the study of bluetongue and epizootic hemorrhagic disease viruses. Abstract No. 333. 12th International Symposium on New and Emerging Infectious Diseases, Davis, CA, September 8-12, 1992.

9. Jessen, J.R., B.K. Walker, L. Braun, D.J. Hurley, and C.C.L. Chase. The use of bovine herpesvirus 1 (BHV-1) to study early intracellular events in mitogenesis. 4th annual South Dakota EPSCoR Conference, Rapid City, SD, November 5-6, 1993.

10. Fogarty, K.,  E. Steffen, D. Weishan, and C.C.L. Chase.  The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies.  Abstract No. P16.  74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8-9, 1993.

11. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase.  Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins.  Abstract No. P52.  74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8-9, 1993.

12. Fogarty, K.,  E. Steffen, D. Weishan, and C.C.L. Chase.  The development of an ELISA test for the detection of *Mycoplasma hyopneumonia* antibodies.  Abstract No. 5.  1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

13. Baker, S., J. Jessen, D.J. Hurley, and C.C.L. Chase.  Bovine leukocytes infected with bovine herpesvirus 1 (BHV-1) express BHV-1 proteins. Abstract No. 27.  1st annual Biostress Poster Session, South Dakota State University, Brookings, SD, March 11, 1994.

14. Welbon, C.C.,  D.J. Hurley, and C.C.L. Chase.  Effects of Serum Concentration on Mitogenesis in Madin-Darby Bovine Kidney (MDBK) Cells.  In *Proceedings of the South Dakota Academy of Science*, **73**, 267, 1994.

15. Thaler, R.C., M.C. Libal, J.U. Thomson, C. Chase, T.E. Lucas, and R. Woerman.  Evaluation of two medicated early-wean programs for swine.  Abstract No. 1449.  86th annual meeting of the American Society of Animal Science, Minneapolis, MN, July 11-15, 1994, *J. Ani. Sci.* **72**, Supplement 1, 377.

16. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase.  The interactions of cell biology and bovine herpesvirus 1 (BHV-1). 8th Annual Bovine Herpesvirus Workshop, Vancouver, BC, July 30, 1994.

17. Jessen, J.R., B. Walker, L. Braun, D. Hurley, and C. Chase.  The effects of bovine herpesvirus 1 (BHV-1) on bovine cell signal transduction. Abstract No. 18.  19th International Herpesvirus Workshop, Vancouver, BC, July 31, 1994.

18. Hurley, D.J., L.J. Braun and C.C.L. Chase.  Second messenger activation cell cycle regulation and bovine herpesvirus (BHV-1) entry.  5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9-10, 1994.

19. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase.  The interactions of cellular DNA replication, cell cycle and bovine herpesvirus 1 (BHV-1) pathogenesis.  5th annual South Dakota EPSCoR Conference, Brookings, SD, September 9-10, 1994.

20. Jessen, J.R., B.K. Walker, L.J. Braun, D.J. Hurley, and C.C.L. Chase.  Cell activation, the cell cycle and bovine herpesvirus 1 (BHV-1) replication.  Abstract No. 162.  75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994.

21. Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield.  Detection of porcine reproductive and respiratory virus in boar semen using the polymerase chain reaction.  Abstract No. 197. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994.

22.  Christopher-Hennings, J., E.A. Nelson, B.J. Hines, J.K. Nelson, C.C.L. Chase, D.A. Benfield and M.J. Yaeger. Shedding of porcine reproductive and respiratory syndrome virus in the semen of experimentally infected boars.  Abstract No. P88.  75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994.

23.  Bialas, K., C. Carlson, S. Stone and C.C.L. Chase.  The growth of bovine herpesvirus 1 and bovine herpesvirus 5 in differentiated bovine cells. In *Proceedings of the South Dakota Academy of Science*, **74**:195, 1995.

24.  Jessen, J.R., D.J. Hurley, and C.C.L. Chase.  Using DNA probes to study bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. Abstract No. W33-9.  Scientific Program and Abstracts of the 14th annual meeting of the American Society for Virology, Austin, TX, July 8-12, 1995.

25.  Christopher-Hennings, J., E.A. Nelson, J.K. Nelson, B.J. Hines, S.L. Swenson, J. Zimmerman, H.T. Hill, J.B. Katz, C.C.L. Chase, M.J. Yaeger and D.A. Benfield. Persistence of PRRSV in boar serum and semen.  Abstract No. P11-7.  Scientific Program and Abstracts of the 14th annual meeting of the American Society for Virology, Austin, TX, July 8-12, 1995.

26.  Chase, C.C.L. Serology: New uses of an old science. Program of the 132nd annual meeting of the American Veterinary Medical Association, Pittsburgh, PA, July 10, 1995, p. 120.

27.  Jessen, J.R., L.J. Braun, D.J. Hurley and C.C.L. Chase.  Bovine herpesvirus 1 (BHV-1) infection in actively dividing and quiescent cells. 6th Annual South Dakota EPSCoR Conference, Vermillion, SD, July 10-11, 1995.

28.  Chase, C.C.L. and D.J. Hurley. What's going on in bovine viral vaccines: Do both killed and modified live vaccines induce cell-mediated immunity?  In *Proceedings of the 28th annual convention of the American Association of Bovine Practitioners Conference*, San Antonio, TX, September 14-17, 1995, **28**, 231.

29.  Reitsma, C.J., D.R. Henning, C. Chase and D.J. Hurley.  Verotoxigenic *Escherichia coli* in slaughter cattle and ground beef in South Dakota.  Abstract No. 60.  1st International Rushmore Conference on Mechanisms in the Pathogenesis of Enteric Diseases, Rapid City, SD, September 27-30, 1995.

30.  Chase, C.C.L., L. Braun, T. Fraser, J. Hanson, and D.J. Hurley.  Protection against challenge and evidence of cell mediated immunity after vaccination with inactivated IBR, BRSV, and BVDV.  Abstract No. P64. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 1995.

31.  Wang, P., L. Braun, D.J. Hurley and C.C.L Chase.  Detection of bovine herpesvirus 1 in peripheral blood mononuclear cells of persistently infected cattle with flow cytometry and immunofluorescence staining.  Abstract No. P104. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 1995.

32.  Wiese, W., L.J. Braun, and C.C.L. Chase.  Bovine herpesvirus 1 does not cause apoptosis in bovine cells.  In *Proceedings of the South Dakota Academy of Science,* **75**:213, 1996.

33. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. First isolation of bovine virus diarrhea virus from dromedary camel.  In *Proceedings of the North Central Conference of Veterinary Laboratory Diagnosticians*, Brookings, SD, June 11-12, 1996, p. 16.

34. Braun, L.J., P. Steen, S. Wessels, J. Rein, W. Wiese and C.C.L. Chase.  The application of a microtiter ELISA to screen suspect herds for bovine viral diarrhea virus.  In *Proceedings of the North Central Conference of Veterinary Laboratory Diagnosticians*, Brookings, SD, June 11-12, 1996, p. 24.

35. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Clinical and immunological responses following BVDV Type II challenge in cattle vaccinated with inactivated virus vaccine. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 23-24, 1996, p. 189.

36. Aboellail, T.A., L.S. Fahmy, M.S. Saber, A.A. Hegazy, A. A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel: Clinical and pathological picture, and virus isolation. 50 years of Bovine Viral Diarrhea Virus, Ithaca, NY, June 23-24, 1996, p. 205.

37. Wang, P., L. Braun, D.J. Hurley and C.C.L. Chase.  Presence of bovine herpesvirus 1 (BHV-1) in peripheral blood mononuclear cell (PBMC) of latently infected cattle. Abstract No. P9-4. Scientific Program and Abstracts of the 15th annual meeting of the American Society for Virology, London, ONT, July 13-17, 1996.

38. Frew T.J., S. Akula and C.C.L. Chase.  Effects of BHV-1 infection on host cell signaling. Abstract 9. 10th annual Bovine Herpesvirus Workshop, DeKalb, Il, July 27, 1996,

39. Chase, C.C.L.,  P. Wang, and D.J. Hurley.  Bovine herpesvirus-1 (BHV-1) in leukocytes of cattle 8 months following infection. Abstract 14. 10th annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27, 1996.

40. Chase, C.C.L.,  P. Wang, and D.J. Hurley. Presence of bovine herpesvirus-1 (BHV-1) in peripheral blood mononuclear cells of cattle 8 months following infection. Abstract 349. 21st International Herpesvirus Workshop, DeKalb, Il, July 27-August 2, 1996.

41. Appel, T.M., L.J. Braun, C.C.L. Chase and D.J. Hurley.  The interaction of BVDV strains with T-lymphocytes: The search for a less stressful vaccine.  Abstract D-5. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

42. Hegazy, A.A., L.S. Fahmy, M.S. Saber, T.A. Aboellail, A.A. Yousif and C.C.L. Chase. Bovine virus diarrhea virus infection causes reproductive failure and neonatal deaths in dromedary camel.  Abstract D-6. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

43. Robison, D.J., T. Krueger, P. Leslie-Steen, J.K. Nelson, E.A. Nelson, C.C.L. Chase, R.R.R. Rowland and D.A. Benfield.  Electron microscopy observations of porcine reproductive and respiratory syndrome virus infected cells.  Abstract D-8.  2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

44. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. Abstract D-12.  2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

45. Wang, P., D.J. Hurley and C.C.L. Chase.  Analysis of bovine herpesvirus (BHV-1) in leukocytes of cattle. Abstract D-13.  2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.

46. Chase, C.C.L.,  P. Wang, and D.J. Hurley.  Persistent IBR Infections in the Bovine Lymphoid System: Implications for vaccination and control. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12-14, 1996, 29:158.

47. Chase, C.C.L., L. Braun, T. Fraser, S. Anderson, J. Hanson and D.J. Hurley. Cellular and Humoral Response Following Challenge in Cattle Vaccinated with Inactivated Virus Vaccine. 29th annual conference of the American Association of Bovine Practitioners, San Diego, CA, September 12-14, 1996, 29:182.

48. Chase, C.C.L., A.M. Shaw, and T.J. Frew.  Effects of BHV-1 infection on host cell signaling.  7th Annual South Dakota EPSCoR Conference, Rapid City, SD, October 17-18, 1996, p. 14.

49. Christopher-Hennings, E. Nelson, J. Nelson, K. Rossow, R. Rowland, M. Yeager, C. Chase and D. Benfield. Identification of PRRSV in semen and tissue of vasectomized and non-vasectomized boars.  Abstract 182. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1996.

50. Aboellail, T.A., A.A. Hegazy, L.S. Fahmy, D.J. Hurley, D.P. Lunn, D.C. Sellon and C.C.L. Chase.  Characterization of leukocytes of dromedary camel. Abstract 130.  77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1996.

51. Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase.  Bovine viral diarrhea virus infects camelid cell lines. *Proceedings of the South Dakota Academy of Science*, **76**:301-302, 1997.

52. Chase, C.C.L. Identifying the BVDV persistent animal: What test is the best? Abstract S55. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-July 31, 1997.

53. Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse.  Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRS isolates.  Abstract P104.  1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-31, 1997.

54. Hurley, D.J., A. Ali and C.C.L. Chase.  Evidence that an inactivated multicomponent bovine viral vaccine induced specific and collateral helper and cytotoxic memory. Abstract P-47.  1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-31, 1997.

55. Akula, S, T. Frew, D. Hurley and C.C.L. Chase. The effect of genistein on the replication of bovine herpesvirus type 1.  11th annual Bovine Herpesvirus Workshop, San Diego, CA, August 2, 1997.

56. Akula, S.M., A. Reber, T. Frew and C.C.L. Chase.  The discovery of a signaling inhibitor which lowers titers of a stress-related virus in bovine cells. Abstract A-11.  3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

57.  Robison, D.J., C.C.L. Chase, E.A. Nelson, D.A. Benfield and R.R. Rowland.  Porcine reproductive and respiratory syndrome virus (PRRSV) replication determined by immuno-gold electron microscopy.  Abstract A-12.  3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

58.  Frew, T, L.J. Braun, J. Jessen and C.C.L. Chase.  Bovine herpesvirus 1 interactions with host cell DNA synthesis.  Abstract A-13.  3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

59.  Ali, A.A., A.A. Salema, T.A. Aboellail, and C.C.L. Chase.  The study of camelid cell lines infected with bovine viral diarrhea virus.  Abstract A-16.  3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

60.  Braun, L.J., C.C.L. Chase, S. Wessels and P. Steen.  Comparison of various screening methods for bovine viral diarrhea virus.  Abstract A-17.  3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

61.  Nelson, E.A., J.K. Nelson, C.C.L. Chase, J. Christopher-Hennings, L.P. Couture, M.L. Lau and R.A. Hesse.  Differentiation of the Prime Pac PRRS modified-live virus vaccine from the wild-type PRRSV isolates.  Abstract A-23.  3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.

62.  Akula, S.M., R.L. Kervin, T. Frew and C.C.L. Chase.  The inhibition of bovine herpesvirus type 1 infection by a specific protein tyrosine kinase inhibitor. Abstract 130.  North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

63.  Frew, T., L.J. Braun, J. Jessen, and C.C.L. Chase.  Bovine herpesvirus I replication in active and serum deprived bovine turbinate cells.  Abstract 116.  North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 26, 1997.

64.  Chase, C.C.L., S.M. Akula and T. Frew.  The inhibition of bovine herpesvirus type 1 infection by genistein. Abstract 45.  North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 27, 1997.

65.  Nelson, E.A., J. K. Nelson, L.P. Couture, M.L. Lau, J. Christopher-Hennings, C.C.L. Chase and R.A. Hesse.  A single amino acid substitution allows for the differentiation of the Prime Pac PRRS vaccine from field isolates of PRRSV. Abstract 202.  78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10-11, 1997.

66.  Ali, A.A., A.A. Salama, T.A. Aboellail and C.C.L. Chase.  The growth of bovine viral diarrhea virus in camelid cell lines.  Abstract 227.  8th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10-11, 1997.

67.  Ali, A.A., A.A. Salama, D.J. Hurley, L.J. Braun and C.C.L. Chase. Comparison of the cellular and humoral immune response as a predictor for protection in a type II bovine viral diarrhea virus challenge. *Proceedings of the South Dakota Academy of Science*, **77**:107, 1998.

68.  Jolie, R., L. Backstrom, L. Olson and C. Chase.  Development of respiratory lesions in the lungs of pigs exposed during 15 weeks to feed dust with added endotoxin.  Abstract P246.  15th International Pig Veterinary Society Congress, Birmingham, England, July 5-9, 1998.

69. Jolie, R., L. Backstrom, L. Olson, C. Chase and C. Cornelius. Inflammatory changes in the respiratory system of pigs from a farm with high prevalence of porcine respiratory disease complex (PRDC). Abstract P247. 15th International Pig Veterinary Society Congress, Birmingham, England, July 5-9, 1998.

70. Reber, A.J., S.T. Franklin, D.J. Hurley and C.C.L. Chase. A role for maternal colostral leukocytes in immune protection in immune protection of neonatal calves. Abstract A-3. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

71. Wang, P., D. Hurley, L. Braun and C.C. Chase. Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells. Abstract AD-1. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

72. Akula, S.M., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. Abstract AD-2. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

73. Ali, A., D. J. Hurley, L. Braun, A. Salama, and C.C.L. Chase. A comparison of humoral and cell mediated responses to modified live and inactivated vaccines against bovine viral diarrhea virus. Abstract AD-3. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

74. Yousif, A., L.J. Braun and C.C.L. Chase. Sequence analysis of an Egyptian bovine viral diarrhea virus (BVDV) isolate. Abstract AD-5. 4th annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 24, 1998.

75. Akula, S., L. Braun, A. Reber, T. Frew and C.C.L. Chase. Interaction of bovine herpesvirus 1, actin filaments and genistein. Abstract 26. 9th Annual South Dakota EPSCoR Conference, Vermillion, SD, September 11, 1998.

76. Chase, C.C.L., S.M. Akula, A. Reber, and T. Frew. Genistein, a tyrosine kinase inhibitor, lowers the titers of bovine herpesvirus 1 in bovine cells. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23-24, 1998.

77. Swan, H.J., A.P. Sundet, L.J. Braun, L.J. Bello and C.C.L. Chase. Bovine viral diarrhea virus (BVDV) challenge of calves vaccinated with bovine herpesvirus-1 (BHV-1)-BVDV recombinant. Abstract UG4. 1998 North Central Branch annual meeting of the American Society for Microbiology, Vermillion, SD, October 23-24, 1998.

78. Reber, A.J., S.T. Franklin, C.C.L. Chase, and D.J. Hurley. Trafficking and effects of maternal immunity in neonatal calves. Abstract P55. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

79. Yousif, A.A., L. J. Braun, C.C.L. Chase, T.A.A. El-Lail, M.S. Saber, and A.A. Hegazy. Sequence analysis of a type II cytopathic BVDV of dromedary camels. Abstract P113. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

80. Akula, S.M., L. Braun, A. Reber, T. Frew, C.C.L. Chase. Genistein inhibits bovine herpesvirus 1: is actin involved? Abstract P117. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

81. Wang, P., D. Hurley, L. Braun and C.C.L. Chase.  Replication of bovine herpesvirus-1 in bovine peripheral blood mononuclear cells.  Abstract P119.  79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 9 and 10, 1998.

82. Brock, K.V. and C.C.L. Chase.  Development of a fetal challenge method for the evaluation of bovine viral diarrhea virus vaccines. European Society for Veterinary Virology 4th Pestivirus Meeting, March 15-19, 1999. p S7-2.

83. Swan, H.J., R.D. Neiger, L.J. Braun, L.J. Bello, W.C. Lawrence and C.C.L. Chase. Protection against bovine viral diarrhea virus (BVDV) of calves vaccinated with a bovine herpesvirus-1 (BHV-1)-BVDV recombinant. Abstract P38. 2nd annual Conference on Vaccine Research, Bethesda, MD, March 28-30, 1999.

84. Wang, P., D.J. Hurley, L.J. Hurley and C.C.L. Chase.  Alteration of monocyte-derived macrophage function by bovine herpesvirus-1 infection *in vitro*. 84th annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999, 78:251.

85. Akula  SM, T Frew,  LJ Braun, CCL Chase.  Inhibition of a 95 kDa tyrosine phosphorylated bovine herpesvirus 1 protein lowers replication of the virus.  Abstract W46-4. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

86. Yousif, AA, LJ Braun,  TAA El-Lail, MS Saber, AA Hegazy, KV Brock and CL Chase, Phylogenic analysis of the camel pestivirus type 4 gene fragments based on amino acid and nucleotide sequence homologies.  Abstract P11-3. 18th annual meeting of American Society of Virology, Amherst MA, July 10-July 14, 1999.

87. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. Abstract 13. 2nd Biennial Joint EPSCoR Conference, Fargo, ND, September 10,1999.

88. Chase, CCL, LJ Braun and KV Brock. Dual infection of the bovine fetus with bovine viral diarrhea virus (BVDV) type 1 and type 2: can it happen and what are the implications for vaccination?  32nd annual conference of American Association of Bovine Practitioners, Nashville, TN, September 24, 1999, 32:245.

89. Fawcett L, Erickson G, Eernissee K, Lu W, Daniels S, Swenson S, Nelson E, Zeman D, Hesse R and Chase C. A comparison hemagglutination inhibition tests to detect swine influenza virus H3N2 antibodies, Abstract 46. 42nd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, San Diego, CA, October 8-11, 1999.

90. Shaw, AM, T Frew, DJ Hurley, RR Rowland, S Chowdury and CCL Chase. Significance of tyrosine phosphorylation of bovine herpesvirus 1 gE. Abstract 209. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8, 1999.

91. Yousif, AA, LJ Braun,  KV Brock and CCL Chase. Typing and determination of genetic relationships between pestiviruses based on nucleotide and amino acid sequence analysis of a 161-bp RT-PCR fragment of the NS3 region. Abstract 226.  80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9, 1999.

92. Yousif, AA, SE Aus, LJ Braun, J Christopher-Hennings and CCL Chase.  Pestivirus NS3 type-specific molecular beacons.  Abstract P20-16. 19th annual meeting of American Society of Virology, Fort Collins CO, July 8-July 12, 2000.

93. Braun, L, D Peterson and CCL Chase. Herd screening using a nested RT-PCR technique to detect BVD from pooled buffy coat samples. 33rd annual conference of American Association of Bovine Practitioners, Rapid City, SD, September 21-23, 2000, 33:147.

94. Braun, L, D Peterson and C Chase. BVDV nested RT-PCR technique to screen herds using pooled buffy coat samples. Abstract 86. 43rd annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Birmingham, AL, October 21-23, 2000.

95. Yousif, AA, LJ Braun, and CCL Chase. 2000. Determination of the replication efficiency of pestivirus types 1 and 2 RNA in mixed tissue culture infections using pestivirus NS3 type specific molecular beacons. Abstract 123P. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 2000.

96. Elmowalid, G, DJ Hurley, LJ Braun and CCL Chase. Development of bovine monocyte derived macrophage cell cultures. Abstract 85P. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 2000.

97. Wang, P, DJ Hurley, LJ Braun and CCL Chase. The effect of bovine herpesvirus 1 on monocyte derived macrophage function. Abstract 182. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 2000.

98. Yousif, AA, SM Watkins, LJ Braun, DJ Peterson, DJ Hurley and CCL Chase. Multi-pestivirus-type-specific response in Blab/c mice immunized with a pool of DNA plasmids expressing structural genes from bovine viral diarrhea virus (BVDV) 1, BVDV 2 and pestivirus type 3. Abstract E-4. 7th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, May 2-4, 2001.

99. Elsheikh, AA, GA Elmowalid, LJ Braun, DJ Hurley and CCL Chase. The effect of phosphorylation on bovine viral diarrhea virus cytopathogenicity and replication. Abstract W5-2. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21-25, 2001.

100. Elmowalid GA, AA Elsheikh, , LJ Braun, DJ Hurley and CCL Chase. The interaction of bovine viral diarrhea virus with mononuclear phagocytes. Abstract P15-7. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21-25, 2001.

101. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield. Porcine reproductive and respiratory syndrome virus (PRRSV) in breeding swine: Use of PCR on tonsil biopsies and sentinel pigs to detect viral nucleic acid and shedding in persistently infected pigs. Abstract 61. 44th annual meeting of the American Association of Veterinary Laboratory Diagnosticians, Hershey, PA, November 1-3, 2001.

102. Northeimer, WW, DJ Hurley, CCL Chase, AR Hippen, and RSK Majerle. CD14 released by colostral macrophages has a role in a neonatal immune system development. Abstract 67P. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

103. Yousif, AA, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase. Type-specific responses to pestiviruses in BALB/c mice immunized with a pool of DNA plasmids expressing structural genes from BVDV1, BVDV2 and pestivirus type 3. Abstract 131. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

104. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase.  Generation of bovine macrophages from peripheral blood monocytes. Abstract 122. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

105. Elsheikh, AA, LJ Braun and CCL Chase.  How does cytopathic bovine viral diarrhea virus induce cytopathogenesis? Abstract 200.  82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11, 2001.

106. Elmowalid, GA, AA Elsheikh, LJ Braun and CCL Chase. Interaction between bovine viral diarrhea virus and mononuclear phagocytes in vitro. Abstract 203.  82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

107. Waldner, D, K Fairbanks, L Holler, C Nelson, C Johnson, C Chase, J Christopher Hennings and D Benfield.  Use of tonsil biopsies, PCR and sentinel pigs to detect viral nucleic acid and shedding in pigs persistently infected with PRRSV. Abstract 170. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 12-13, 2001.

108. Chase, CCL. BVDV Serology.  Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 13.

109. Yousif, A, SM Watkins, LJ Braun, D Peterson, DJ Hurley and CCL Chase.  Type-specific response to pestiviruses in Balb/C mice immunized with a pool of DNA plasmids expressing structural genes from BVDV 1, BVDV 2 and pestivirus type 3. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 38.

110. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase.  Bovine viral diarrhea virus impairs macrophage function and marker expression in vitro. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 48.

111. Elsheikh, AA, D Benfield, LJ Braun and CCL Chase.  Inhibition of bovine viral diarrhea virus replication by interferon-alpha through inhibition of viral RNA synthesis. Conference Proceedings: Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002, p. 49.

112. Chase, CCL, K Wright, J Torrison and LJ Braun.  Serologic response of gnotobiotic pigs challenged with APP serotype 5 or A. suis field isolates. Paper 12. Proceedings of 17th IPVS Congress, Ames IA, June 2-5, 2002, vol. 1:182.

113. Elmowalid, G, BL Ransom, LJ Braun, A Young and CCL Chase.  Bovine viral diarrhea virus impairs peripheral blood-derived macrophage inflammatory functions in vitro. AbstractW2-9. 21st Annual Meeting of American Society for Virology, Lexington, KY July 20-24, 2002.

114. Braun, LJ, M Braunschmidt, N Arias, Regina Wixon, CY Wang and CCL Chase.  Effect of genistein on bovine herpesvirus 1 and bovine viral diarrhea virus infections in vivo. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26-28, 2002, p. 206.

115. Marsh, T and C Chase.  Evaluation of alternate year vaccination practices in a cow-calf herd. 35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26-28, 2002, p. 172.

116. Hassan, EAD, LJ Braun, and CCL Chase.  The effect of bovine herpesvirus 1 (BHV-1) on the organization of actin filaments and microtubules. Abstract 116-P.  83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11-12, 2002.

117. Elmowalid, G, BL Ransom, LJ Braun, A Young, J Ridpath and CCL Chase. Bovine viral diarrhea virus interferes with macrophage surface marker expression in vitro. Abstract 185.  83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, MO, November 11-12, 2002.

118. Chase CCL, G Elmowalid and LJ Braun. Effect of bovine viral diarrhea virus on bovine macrophages inflammatory functions and surface marker expression *in vitro*.  Abstract A-4.  9th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 30-May 2, 2003.

119. Hassan EAD, B Tigabu, LJ Braun and CCL Chase.  Reorganization of microtubules and actin filaments in bovine herpesvirus-1-infected cells and their role in virion egress. Abstract p28-5. 22nd Annual Meeting of American Society for Virology, Davis, CA July 12-16, 2003.

120. Chase CCL, G Elmowalid, LJ Braun and JF Ridpath.  New paradigms for bovine viral diarrhea virus: understanding how BVDV interacts with the immune system. 36th annual conference of American Association of Bovine Practitioners, Columbus, OH, September 18-20, 2003, p. 189.

121. Hassan EAD, LJ Braun and CCL Chase.  Interaction of bovine herpesvirus-1 glycoproteins with cellular cytoskeletal elements in bovine herpesvirus-1 infected cells. Abstract 130P. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-11, 2003.

122. Hassan EAD, LJ Braun and CCL Chase.  Effect of protein kinase inhibitors on the replication of bovine herpesvirus-1 (BHV-1). Abstract 174. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-11, 2003.

123. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Bovine viral diarrhea virus (BVDV) interaction with the innate immune system.  Abstract 2. Bovine viral diarrhea virus in the Americas, Davis, CA, April 3, 2004.

124. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath.  Isolation of BVDV from white-tail deer. Abstract 31. Bovine viral diarrhea virus in the Americas, Davis CA, April 4, 2004.

125. Halaweish, I, EAD Hassan, LJ Braun and CCL Chase. Generation of gI-EGFP and gE-EGFP Constructs to Study Localization of BHV-1 Glycoproteins gI and gE in Mammalian Cells. 89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004, p. 223.

126. Harms N, B Tigabu, LJ Braun, G Elmowalid and CCL Chase. Characterization and Comparison of Cells by Antigen Presentation, Microfilament Organization and Phagocytic Properties.  89th meeting of the South Dakota Academy of Science, Chamberlain, SD, April 3, 2004. p. 279.

127. Chase CCL. LJ Braun, K Haffer, E Sullivan and J Robel.  Vaccinia immunoglobulin (VIG) production in cattle: a pilot for transgenic cattle producing human immunoglobulin. 10th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 29, 2004.

128. Elmowalid, G, LJ Braun, J Ridpath and CCL Chase. Rethinking bovine viral diarrhea virus pathogenesis: understanding the importance of BVDV strain on the innate immune system. Abstract 028. 23rd World Buiatrics Congress, Quebec, CA, July 15, 2004, p. 106.

129. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath.  White tail deer: are they a threat for spreading BVDV in cattle?  113th annual meeting of the South Dakota Veterinary Medical Association, Rapid City, SD, August 20, 2004, p. 49.

130. Becker M, LJ Braun and CCL Chase. Genetic relationships among three vaccine strains of BVDV.  South Dakota EPSCoR State Meeting, Rapid City, SD, September 17, 2004.

131. Chase CCL, DM Miskimins, T Graham, L Braun, P Steen and J Ridpath.  Evidence of bovine viral diarrhea virus persistent infection in two white-tail deer in southeastern South Dakota. Proceedings of the 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004, p. 169.

132. Fogarty-Fairbanks K, CL Rinehart, WC Ohnesorge, MM Loughin and CCL Chase. Fetal protection against BVDV type 1 or 2 heterologous challenge. Proceedings of the 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004, p.171.

133. Fogarty-Fairbanks K, J Campbell and CCL Chase. Subcutaneous dose of infectious bovine rhinotracheitis virus provides early protection against an intranasal challenge. Proceedings of the 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004, p. 289.

134. Tigabu B, CCL Chase, LJ Braun.  Effect of BVDV on the expression of Toll-like receptor-2 and –4. Abstract P90. 85th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-16, 2004.

135. Becker M, LJ Braun and CCL Chase. Field Isolates of bovine viral diarrhea virus are well conserved. 90th meeting of the South Dakota Academy of Science, Sioux Falls, SD, April 8-9, 2005, in press.

136. Tigabu B, CCL Chase, LJ Braun.  BVDV influences the expression of Toll-like receptors. Abstract W13-4. 24th Annual Meeting of American Society for Virology, University Park, PA June 18-22, 2005.

137. DeDonder K, N Lampson, LJ Braun and CCL Chase. Flow cytometric analysis of lymphocyte subset populations in cattle persistently infected.  Abstract 89. 5th biennial joint conference of South Dakota/North Dakota EPSCoR, Brookings, SD, September 8-9, 2005.

138. Chase CCL, LJ Braun, L Holler, J Neill, J Ridpath.  Characterization of bovine viral diarrhea virus (BVDV) genetics, antibody response and viremia from a group of BVDV persistently infected calves.  Proceedings of 38th annual convention of the American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2005, pp. 207-8.

139. DeDonder K, N Lampson, LJ Braun, CCL Chase. Flow Cytometric Analysis of Lymphocyte Subset Populations in Cattle Persistently Infected with BVDV. Abstract 175. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

140. Braun LJ, LD Holler, JF Ridpath, J Neill, CCL Chase. Virological Analysis and Serological Response in Cattle Persistently Infected with Type 2a Bovine Viral Diarrhea Virus (BVDV). Abstract 176. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

141. Mark CS, JF Ridpath, CCL Chase. Exposure of White Tailed Deer to Bovine Diarrhea Virus. Abstract 178. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

142. Boots R, K Gilkerson1, R. Yoder, CCL Chase. Evaluation of Antibacterial Activity of Three Different Animal Protein Preparations. Abstract P35. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis, December 4-6, 2005.

143. Zimmerman, A, R Boots, L Valli, and CCL Chase. Overcoming maternal antibody interference with an adjuvanted MLV BVDV vaccine. Abstract 14. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 32.

144. Ridpath JF, KM Lager, A Vincent, JD Neill, CCL Chase and CS Mark. Acute BVDV infections in non-bovine species. Abstract 19. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 37.

145. Chase CCL, LJ Braun, L Holler, J Neill and J Ridpath. Characterization of bovine viral diarrhea virus (BVDV) stability and immunological profile from a group of BVDV persistently infected calves. Abstract P1. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 43.

146. Mark CS, JF Ridpath, and CCL Chase. Flow cytometry analysis of white tail deer exposed to BVDV. Abstract P6. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 48.

147. Rinehart CL, WC Ohnesorge, C Chase, T Triebwasser, K Gilkerson and A Zimmerman. BVDV fetal protection vaccine proof of efficacy studies: requirements include both consistency and diversity. Abstract P8. Proceedings of BVDV 2006 Conference Denver, CO, January 29-31, 2006, p. 50.

148. Tigabu B, CCL Chase, LJ Braun. BVDV strains variation on the expression of Toll-like receptors. Abstract P15-8, 25th annual meeting of the American Society of Virology, Madison, WI, July 15-29, 2006.

149. Ridpath JF, CS Mark, CCL Chase and JD Neill. Experimental acute BVDV infection in white tail deer fawn. Proceedings of the 39th annual conference of the American Association of Bovine Practitioners, Saint Paul, MN, September 21-23, 2006, p. 271.

150. Ridpath JF, BE Hessman, JD Neill, RW Fulton, DL Step, A Zimmerman and CCL Chase. Evaluating stability, size requirements, viral load and pooling of ear notch samples in BVDV testing. Proceedings of the 49th annual conference of the American Association of Veterinary Laboratory Diagnosticians, Minneapolis, MN, October 12-18, 2006, p. 213.

151. Tigabu B, A Rosa, G Rosa and CCL Chase. Comparison of immune gene expression in normal and BVDV persistently infected cattle. Abstract 2. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 21.

152. Halaweish S, Y Fang, I Halaweish, L Braun and C Chase. Expression of recombinant BVDV-nonstructural proteins to study the humoral immune response against BVDV in cattle. Abstract 1. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 21.

153. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of European-like porcine circovirus type 2 in the US swine herds. Abstract 23. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 33.

154. Tigabu B, A. Rosa, G. Rosa, CCL Chase. Comparison of Immune Gene Expression in Normal and BVDV Persistently Infected Cattle. Abstract P73. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

155. Halaweish S, Y Fang, I Halaweish, L Braun, C Chase. Expression of recombinant BVDV-Nonstructural Proteins to Study the Humoral Immune Response against BVDV in Cattle. Abstract P73. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

156. Mahmoud MM, LJ Braun, A Hippen, M Thomas,  and CC Chase.  Effect of source of selenium and vitamin E supplementation on performance and immune response in young dairy calves. Abstract P84. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

157. Lawson S,ʾ E Brown, K Gilkerson,  Y Fang, EA Nelson, C Mateo and. C Chase. Development and optimization of a blocking ELISA for Type 1 and Type 2 strains of Porcine Reproductive and Respiratory Syndrome Virus.  Abstract P131. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

158. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang.  Investigation of European-like porcine circovirus type 2 in the US swine herds. Abstract P26.  87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.

159. Mahmoud M, L Braun, A Hippen, C Chase and A Harrison.  Effect of source of selenium and vitamin E supplementation on performance and immune response in young dairy calves. Abstract 314. ASAS/ADSA Midwest Meeting, Des Moines IA, March 19-21, 2007. *J Anim Sci* 85, Suppl 2:138.

160. Kattelmann LE, LJ Braun, and CCL Chase. Measuring the inflammatory cytokine effect of bovine viral diarrhea virus on persistently infected cattle. Proceedings of the South Dakota Academy of Science 86:238.

161. Gibbons JL, C Chase, L Braun.  2007 Effect of bovine viral diarrhea virus on the chemokine production of macrophages. Proceedings of the South Dakota Academy of Science 86:227.

162. Tigabu B, LE Kattelmann, LJ Braun, and CCL Chase.  The effect of bovine viral diarrhea virus (BVDV) persistent infection on gene expression and pro- and anti-inflammatory cytokines.  Proceedings of the 40th annual conference of the American Association of Bovine Practitioners, Vancouver, BC, September 20-22, 2007. 40:274.

163. Braun LJ, M Spire, and CCL Chase.  Antigen trafficking of bovine virus diarrhea virus following vaccination with either a NCP or CP BVDV vaccine. Abstract 118P. 88th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3, 2007.

Q. Book Reviews
   1. Chase, C. 1995.  Review: Bluetongue, African Horse Sickness and Related Orbiviruses:  Proceedings of the 2nd International Symposium. *Wool & Wattles: The AASRP Newsletter* **23**, 1:9.

R. Book Chapters

1. Rossow, K and Chase, C.C.L. 1998. Porcine Reproductive and Respiratory Syndrome, In *Current Veterinary Therapy-Food Animal Practice 4* , ed. Howard and Smith, pp. 311-315.
2. Chase, CCL. Anaphylaxis. In *Blackwell's Five Minute Veterinary Consult: Ruminant* ed. Haskell, SR. Wiley-Blackwell, Ames, IA, in press.
3. Chase, CCL. Bovine Ephemeral Fever. In *Blackwell' Five Minute Veterinary Consult: Ruminant* ed. Haskell, SR. Wiley-Blackwell, Ames, IA, in press.
4. Chase, CCL. Bovine Leukemia. In *Blackwell's Five Minute Veterinary Consult: Ruminant* ed. Haskell, SR. Wiley-Blackwell, Ames, IA, in press.
5. Chase, CCL. Bovine Respiratory Syncytial Virus. In *Blackwell's Five Minute Veterinary Consult: Ruminant* ed. Haskell, SR. Wiley-Blackwell, Ames, IA, in press.
6. Chase, CCL. Infectious Bovine Rhinotracheitis. In *Blackwell's Five Minute Veterinary Consult: Ruminant* ed. Haskell, SR. Wiley-Blackwell, Ames, IA, in press.
7. Chase, CCL. Vaccinology. In *Blackwell's Five Minute Veterinary Consult: Ruminant* ed. Haskell, SR. Wiley-Blackwell, Ames, IA, in press.

S. Letters to the Editor
1. Chase, C.C.L. 1996  Vaccination Concern. *Beef* 32:25.
2. Chase, C.C.L. and D.J. Hurley. 1996. Concern about vaccine study. *JAVMA* 208:1625-1626.

T. Technical Publications
1. Chase, C.C.L. Applications of biotechnology to production animal agriculture. 1989. In *Proceedings of the 74th annual Wisconsin Veterinary Medical Association Convention*, Milwaukee, WI, October 20-22, 1989, pp. 259-270.
2. Chase, C. 1990. Pest control for animals and their environment. In *Pest Management Principles for the Commercial Applicator: Animal Pest Control*, (ed. P. Scholl, J. Wedberg, N. Neher, and R. Flashinski), 1st edition, pp. 107-111, University of Wisconsin-Extension.
3. Chase, C. 1993. IBR: An old problem or a new nemesis? Feedlot Gold II: Maximizing profitability through disease prevention, Great Bend, KS, September 2, 1993.
4. Chase, C., and S. Dee. 1993. Maintaining the health you paid for. In *Proceedings of 1993 Techniques for Improving Profitability Seminars for Swine Producers,* South Sioux City, NE, September 9-10, 1993, pp. 111-124.
5. Chase, C. 1994. Infectious Viral Agents and the Adult Bovine. 10th Annual Herd Health Conference, Brookings, SD, February 18, 1994.
6. Chase, C. 1994. Chronic Viral Mastitis in a South Dakota Flock. In *Proceedings 103rd annual meeting of the South Dakota Veterinary Medical Association*, Sioux Falls, SD, August 14-17, 1994, pp. 117-118.
7. Chase, C. and R.D. Lockwood. 1994. Clinical Perspectives on Swine Influenza. In *Proceedings of 1994 Allen D. Leman Swine Conference*, St. Paul, MN, September 17-20, 1994, **21**:162-163.
8. Chase, C. and D. Hurley. 1994. Serology Today: What's the Value of the Tests. In *Proceedings of 1994 Allen D. Leman Swine Conference*, St. Paul, MN, September 17-20, 1994, **21**:17-18.

9.  Libal, M., R. Thaler, J. Thomson, C. Chase, D. Hurley, T. Lucas, and R. Woerman. 1994. Effects of Aureomycin, Aureomycin Sulmet and Aureo S-P 250 in a modified medicated early weaning (MMEW) program.  American Cyanamid Technical Information No. 346 ANH-0245, September 1994.

10. Chase, C.C.L. and D.J. Hurley. 1995.  Cell mediated immunity in the bovine following infection with BHV-1, BRSV and BVDV.  Dedication Symposium, South Dakota Animal Disease Research and Diagnostic Laboratory, Brookings, SD, June 24, 1995, p. 32.

11. Benfield, D.A., J. Christopher-Hennings, E.A. Nelson, J. Nelson, M. Yaeger, C.C.L. Chase, S. Swenson and J. Zimmerman.  1995.  Acute and chronic porcine reproductive and respiratory syndrome virus infections in the boar.  36th George A. Young Swine Conference & Annual Nebraska SPF Swine Conference, Lincoln, NE, August 7-8, 1995, pp. 126-132.

12. Hurley, D.J. and C.C.L. Chase.  Inducing the Cell Mediated Immune Response to Viruses: new Evidence that Cell Mediated Responses Occur with both Killed and Live Viral Vaccines. In *Proceedings 104th annual meeting of the South Dakota Veterinary Medical Association*, Sioux Falls, SD, August 13-16, 1995, p. 161.

13. Chase, C.C.L.  1995.  Early Weaning Strategies: The Upside and the Downside. *Train the Trainer*, Brookings, SD, August 22-23, 1995.

14. Chase, C.C.L. and J. U. Thomson. 1995.  Bovine Viral Diarrhea Control Programs: How Do I Get Out of this Mess?  In *Proceedings of the 7th annual Central Veterinary Conference,* Kansas City, MO,  September 15-19, 1995, pp. 136-137.

15. Chase, C.C.L. and D.J. Hurley.  1995.  Bovine Viral Diarrhea Virus Vaccines: Friends, Foes or Folly?  In *Proceedings of the 7th annual Central Veterinary Conference,* Kansas City, MO,  September 15-19, 1995, pp. 138-139.

16. Hurley, D.J. and C.C.L. Chase.  1995.  Bovine Viral Diarrhea Virus (BVDV) Infections of Lymphocytes and Macrophages: How BVDV Alters the Immune Response of Cattle. In *Proceedings of the 7th annual Central Veterinary Conference,* Kansas City, MO, September 15-19, 1995, pp. 146-149.

17. Hurley, D.J. and C.C.L. Chase.  1995.  Fetal Infections with Bovine Diarrhea Virus.  In *Proceedings of the 7th annual Central Veterinary Conference,* Kansas City, MO, September 15-19, 1995, pp. 143-145.

18. Benfield, D.A. and C.C.L. Chase.  1996.  Old, new viruses challenge nursing pigs. *National Hog Farmer*, **41**, 3:24-30.

19. Pohl, S.H. and C.C.L. Chase.  1996 SCAN-AIR™, the hands-on air management kit.  In *Proceedings of the 27th  annual meeting of the American Association of Swine Practitioners,* Nashville TN, March 2-5, 1996, pp. 63-64.

20. Benfield, D.A., J. Christopher-Hennings, E.A. Nelson, J. Nelson, M. Yaeger and C.C.L. Chase. Porcine reproductive and respiratory syndrome virus infections in the boar.  In *Proceedings of the 27th  annual meeting of the American Association of Swine Practitioners,* Nashville TN, March 2-5, 1996, pp. 581-584.

21. Hurley, D. and C. Chase. Practical Immunology, Part I. In *Proceedings of the meeting of the Academy of Veterinary Consultants*, Omaha, NE, August 1-3, 1996, **24**, 2:46-66.

22. Chase, C and D. Hurley. Practical Immunology, Part II. In *Proceedings of the meeting of the Academy of Veterinary Consultants*, Omaha, NE, August 1-3, 1996, **24**, 2:120-151.

23. Benfield, D. and C. Chase. 1996. Worth repeating: How can I manage PRRS in my swine operation? SDPPC Porkline, October 1996, p. 5.

24. Chase, C. and J. Thomson. 1997. Testing and control of BVD. In *James Bailey Herd Health Conference Proceedings*, Brookings, SD, February 15, 1997, pp. 1-3.

25. Galipeau, D.W., R.D. Mileham, C.C.L. Chase and S.H. Pohl. 1997. Electronic environmental monitoring equipment for swine production facilities. National Pork Producers Council.

26. Chase, C. 1997. Being on the high road instead of the low road of bovine viral disease. In *Proceedings of the 1997 Jackson Hole Veterinary Rendezvous*, Jackson, WY, June 28-July 2, 1997, pp. 1-23.

27. Rossow, K.D. and C.C.L. Chase. Porcine reproductive and respiratory syndrome. In *Proceedings of the 106 the annual meeting of the South Dakota Veterinary Medical Association,* Sioux Falls, SD, August 17-20, 1997, pp. 201-207.

28. Chase, C. Eliminating BVD from the herd: Mission impossible? In *Proceedings of the 83rd annual meeting of the Interstate Veterinary Medical Association*, South Sioux City, NE, October 1-3, 1997, pp. 157-160.

29. Thaler, R.C., B. Rops and C.L. Chase. 1998. Early-weaning of single source and commingled pigs: effect on growth performance and disease status. 1997 Southeast SD Experiment Station Annual Report 37:153

30. Yousif, A., D. Zeman and C.C.L. Chase. BVD Diagnosis. *Proceedings of the 107 the annual meeting of the South Dakota Veterinary Medical Association,* Sioux Falls, SD, August 16-19, 1998, pp. 126-131.

31. Chase, C. 1998. Hey Doc, the vaccine didn't work! Evaluating vaccine trials. *Proceedings of the 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference,* Ft. Mitchell, KY, October 2-4, 1998, pp. 157-162.

32. Chase, C. 1998. Prevention and Control of BVD in the Herd: Mission Impossible? *Proceedings of the 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference,* Ft. Mitchell, KY, October 2-4, 1998, pp. 163-166.

33. Chase, C. 1998. New Generation Adjuvants: Pushing back the vaccine frontier. *Proceedings of the 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference,* Ft. Mitchell, KY, October 2-4, 1998, pp. 167-168.

34. Chase, C. 1999. Bovine Research at the ADRDL. Animal Health Matters, SDSU Dept. Vet. Sci. **2**:4.

35. Chase, C. 1999. Prevention and Control of BVD in the Herd: Mission Impossible? *Proceedings of the 117th annual meeting of the Iowa Veterinary Medical Association,* Ames, IA, September 16-18,1999, pp. 173-176.

36. Chase, C and Polson, D. 2000. Sampling the herd: When is enough? *Proceedings of the 31st annual meeting of the American Association of Swine Practitioners*, Indianapolis, IN, pp. 465-477, March 11-14, 2000.

37. Chase, CCL. 2000. Prevention and control of BVD in the herd: Mission Impossible. Proceedings of the 109th annual meeting of the South Dakota Veterinary Medical Association, Pierre SD, June 6-10, 2000, pp. 39-44.

38. Chase, CCL. 2000. Antemortem bovine respiratory disease. Proceedings of the 109th annual meeting of the South Dakota Veterinary Medical Association, Pierre SD, June 6-10, 2000, pp. 99-102.

39. Chase, CCL. 2000. Serological Sampling: When is Enough, Enough? Proceedings of the 109th annual meeting of the South Dakota Veterinary Medical Association, Pierre SD, June 6-10, 2000, pp. 103-121.

40. Chase, CCL. 2000. Prevention and control of BVD in the herd: Mission Impossible? Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, pp. 31-35.

41. Chase, CCL. 2000. New generation adjuvants: Pushing back the vaccine frontier. Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, pp. 36-37.

42. Chase, CCL. 2000. Hey, Doc the vaccine didn't work. Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, pp. 23-28.

43. Chase, CCL. 2000. The molecular virology of bovine viral diarrhea virus, Proceedings of the Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY.

44. Janke, BH, K-J Yoon, R Frank, D Hoefling, G Erickson, Christopher Chase. 2000. Swine Influenza and the Porcine Respiratory Complex. In the proceedings of the Al Leman Swine Preconference: Keeping Pace with SIV: New Strategies in Diagnostics and Management, pp. 6-16

45. Chase, CCL. 2000. Uses and abuses of autogenous vaccines. *Focus* Schering-Plough Swine Health, **3**, 5:1-3.

46. Chase, CCL. 2000. *Escherichia coli* in Post-weaning Diarrheas: Diagnosis & Control. Proceedings of 8th Iowa State University Disease Conference, pp. 15-18.

47. Chase, CCL. 2000. The pros and cons of using autogenous hog vaccines. National Hog Farmer, **45**, 12:A10-12.

48. Janke, BH, K-J Yoon, R Frank, D Hoefling, G Erickson, Christopher Chase. 2000. Swine Influenza and the Porcine Respiratory Complex. Keeping Pace with SIV: New Strategies in Diagnostics and Management , Schering-Plough Animal Health, SPAH-SIV-33, pp. 10-15

49. Chase, CCL. 2001. The changing faces of bovine viral diarrhea virus. 2001: An Animal Odyssey Syllabus, 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2000, pp. 97-102.

50. Chase, CCL. 2001. Prevention and control of BVD in the herd: Mission Impossible? . 2001: An Animal Odyssey Syllabus, 86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2000, pp. 103-108.

51. Chase, CCL. 2001. The changing faces of bovine viral diarrhea virus. 2001 Southwest Veterinary Symposium Proceedings, Houston TX , February 1-4, 2001, pp. 263-270.

52. Chase, CCL. 2001. Prevention and control of BVD in the herd: Mission Impossible. 2001 Southwest Veterinary Symposium Proceedings, Houston TX , February 1-4, 2001, pp. 271-276.

53. Chase, CCL. 2001. The Changing Genome of BVDV. Proceedings of the Academy of Veterinary Consultants, Omaha, NE, April 5-7,2001, **29**:77-85.

54. Chase, CCL. 2001. The changing faces of bovine viral diarrhea virus. 2001 summer meeting of the Nebraska Veterinary Medical Association, Columbus, NE, pp. 97-104.

55. Chase, CCL. 2001. Advances in Veterinary Medicine, Serological testing: A rational approach. 138th AVMA Annual Convention Notes CD-ROM, Boston, MA, July 14-18, 2001.

56. Chase, C. and A. Yousif. 2001. Las caras cambiantes del virus de la diarrea viral bovina (VDVB). 2001. Memorias de 25th Congreso Nacional de Buiatria, Vera Cruz, Mexico, August 16-18, 2001, pp. 56-60.

57. Chase, C. and A Yousif. 2001. Bovine viral diarrhea virus: an everchanging target. 27th annual Ohio State University Food Animal Medicine Conference, Columbus, OH, November 1-3, 2001, pp. 1-8.

58. Chase, CCL. Hey Doc… The Vaccine Didn't Work: New Trends in Vaccinology. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002, pp. 23-28.

59. Chase, CCL. Adjuvants: Making Large Advances in the Vaccine Frontier. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002, pp. 30-33.

60. Chase, CCL. Adjuvants: Making Vaccines Work. Proceedings of the annual convention of the Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

61. Chase, CCL. Understanding Vaccination Principles and Evaluating Vaccine Trials. Proceedings of the annual convention of the Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

62. Chase, CCL. Vaccinating and Controlling BVDV: Understanding the Basics. Proceedings of the annual convention of the Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

63. Shiratori, C and CCL Chase. *In vitro* and *in vivo* bovine viral susceptibility in American bison (*Bison bison*). Bison Production Field Day, Carrington, ND, July 16, 2002, vol. 3:10-13.

64. Chase, CCL. Natural Antimicrobials. Advances in Veterinary Medicine, 139th AVMA Annual Convention Notes CD-ROM, Nashville, TN, July 13-17, 2002.

65. Chase, CCL. Adjuvants; Making Vaccines Work. Advances in Veterinary Medicine, Arkansas Veterinary Medical Association Winter 2003 Meeting Notes CD-ROM, Little Rock AR, February 14-16, 2003.

66. Chase, CCL. Trends in the BVDV Serological Response in the Upper Midwest. Arkansas Veterinary Medical Association Winter 2003 Meeting Notes CD-ROM, Little Rock AR, February 14-16, 2003.

67. Chase, CCL. Understanding Vaccination Principles and Evaluating Vaccines. Arkansas Veterinary Medical Association Winter 2003 Meeting Notes CD-ROM, Little Rock AR, February 14-16, 2003.

68. Chase, C. 2003. Building immunity is a balancing act. *National Hog Farmer*, **48**, 4:6-10.

69. Chase, CCL. 2004. Coronaviruses-An emerging disease problem. Seminar #3 Emerging Disease Proceedings. 35th annual meeting of American Association of Swine Veterinarians, Des Moines, IA, March 6, 2004, pp. 1-7.

70. Chase, CCL, LJ Braun, P Leslie-Steen, T Graham, D Miskimins and JF Ridpath Whitetail Deer: Are They a Threat for Spreading BVDV in Cattle? 113th annual meeting of South Dakota Veterinary Medical Association, Rapid City, SD, August 18-21, 2004, p. 49.

71. Chase CCL. New developments in immunology and vaccinology: KISP (Keep It Simple, Please).Proceeding of the Academy of Veterinary Consultants Spring 2005 Conference CD-ROM, Waikoloa, HI, April 8, 2005.

72. Bohlender, B, H Van Campen, C Chase, D Dorn, et al. 2005. Planned BVD Control in Beef Herds. *National Cattlemen* Special Edition Fall 2005, pp. 20-23.

73. Chase C. The Primary Immune Response and Adjuvants. 2006 Summer Meeting Proceedings of Nebraska Veterinary Medical Association, Hastings, NE, p. 79-104.

74. Chase C. Primary Immune Response. 115th annual convention of the Missouri Veterinary Medical Association, Lake Ozark, MO, January 19-21, 2007, pp. 168-174.

75. Chase C. Primary immune response. 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 911-913.

76. Chase C. Diagnosing BVDV. 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 914-915.

77. Chase C. BVDV epidemiology: What do we understand about wildlife and chronic shedding? 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 916.

78. Chase C. Vaccinating in the face of outbreak: Why does it protect? 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 917-918.

79. Chase C. Bovine viral vaccines: Developing an effective program. 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 919-921.

80. Chase C. IBR and BVDV- What affects immunosuppression? 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 922-923.

81. Chase C. When is the right time to vaccinate dairy cows? 2007 proceedings of the CVC Central, Kansas City, MO, September 15-18, 2007, pp. 924-925.

82. Chase C. Immunology review/refresher with emphasis on vaccinology. Proceedings of the 40th annual conference of the American Association of Bovine Practitioners, Vancouver, BC, September 20-22, 2007. 40:4-9.

83. Chase C. Making vaccines take: the primary immune response. Virginia Veterinary Conference Speaker Notes, February 21-24, 2008, Roanoke VA.

84. Chase C. BVDV epidemiology: the possible role of wildlife and chronic shedding in cattle. Virginia Veterinary Conference Speaker Notes, February 21-24, 2008, Roanoke VA.

85. Chase C. Needle-free injection technology in swine: a review of the immunology and vaccine trials in swine. Proceedings of the 39th annual meeting of American Association of Swine Veterinarians, San Diego CA, March 8-11, 2008, pp. 201-204.

86. Chase C. Developing an effective vaccine response- what does it take to make the vaccine "take". Recueil des conferences 32nd Congres Association des Medecins Veterinaires Praticiens du Quebec (AMVPQ), Chicoutimi, QUE, June 19-22, 2008, pp. 1-4.

87. Chase C. Overcoming maternal antibodies: successfully vaccinating the young calf. Recueil des conferences 32nd Congres Association des Medecins Veterinaires Praticiens du Quebec (AMVPQ), Chicoutimi, QUE, June 19-22, 2008, pp. 1-4.

U. Popular Press Summaries and Interviews
   1. Meeting Summary. 1993. Measuring Biosecurity: A Wise Investment. *National Hog Farmer,* Vol. **38**, No. 13:40.

2. Research Summary. Benfield, D.A., J. Christopher-Hennings, C.C.L. Chase, M. Yeager, and E. Nelson. 1993. PRRS Virus Common, Boars Can Spread It. *National Hog Farmer*, Vol. **38**, 14:48.

3. Magazine Interview. 1994. Studying Stress in Hostile Climates. *Beef* Vol. **30**, 2:61.

4. Newspaper Interview. 1994. Lab Research Benefits South Dakota and Beyond. Farm Focus '94, *The Brookings Register*, February 25, 1994, pp. 14-15.

5. Television Interview. 1994. MMEW. Today's Ag, KELO-Land TV, August 14, 1994.

6. Research Summary. 1994. New approach to medicated early weaning has economic advantage. *Feedstuffs* **66**, 40:10,31.

7. Radio Interview. 1995. Serology: Used as a Pathogen Photo Album. 132nd annual meeting of the American Veterinary Medical Association, Pittsburgh, PA, July 10, 1995.

8. Research Summary and Magazine Interview. 1995. An early weaning protocol using oral antibiotics. *Swine Practitioner,* November 1995, pp. 4-6.

9. Research Summary. 1995. Ask Your Veterinarian: Oral Antibiotics and Early Weaning. *Pork '95* November 1995, p. 9.

10. Research Summary. 1995. Ask Your Veterinarian: Oral Antibiotics Part II. *Pork '95* December 1995, p. 9.

11. Television Interview. 1996. BVDV Type II. WCCO-TV, February 9, 1996.

12. Television Interview. 1996. SEW and Commingled Nurseries. Today's Ag, KELO-Land TV, March 24, 1996.

13. Television Interview. 1996. The Searchers. South Dakota Public Television, June 13 and June 20, 1996.

14. Magazine Interview. 1996. Improper vaccination compounds BVD problem. *Dairy Herd Management* **33**, 10:12-16.

15. Magazine Interview. 1997. IBR protection in cattle starts at the cell surface. *Farm and Home Report*, **48**, 1:5-6.

16. Television Interview. 1997. Diagnosis and Preventing BVDV. Today's Ag, KELO-Land TV, May 11, 1997.

18. Magazine Interview. 1997. 5 common (but costly) viral diseases of cattle. *Bovine Veterinarian ,* September 1997, p. 6-9.

19. Magazine Interview. 2000. Growing incidence of BVD infections leaves researchers, cattlemen looking for answers. *Feedlot Magazine* **8**, 6:30-31.

20. Tape Interview. 2001. Post-weaning pig diarrhea. At the Meeting with the Morrison Group. Boehringer-Ingelheim Vetmedica, January 3, 2001.

21. Television interview. 2001. Reactions from the Governor's Foot and Mouth Disease Conference. Today's Ag, KELO-Land TV, May 20, 2001.

22. Magazine Interview. 2001. Shadow Diseases: Foreign diseases grab headlines, but several stealthy pathogens threaten the profits of US producers. *Drovers* **129**,7:14-15.

23. Television Interview. 2002. Vaccinating the Cow Herd. Today's Ag, KELO-Land TV, April 14, 2002.

24. Radio Interview. 2002. Natural Antimicrobials. 139th annual meeting of the American Veterinary Medical Association, July 14, 2002.

25. Magazine Interview. 2002. Natural Antimicrobials. Journal of the American Veterinary Medical Association, Vol. **221**:766.

26. Magazine Interview. 2002. Made to Order. *Beef Magazine* **39,** 2:22-24.

27. Television Interview.  2003. Vaccinia Vaccinations in SD. KELO-Land TV, January 14, 2003.
28. Radio Interview.  2004.  BSE-Threat to SD and USA. KBRK Radio, Brookings, SD January 2, 2004.
29. Magazine Interview. 2006.  Profile of a PI. *Bovine Veterinarian,,* February 2006, p. 6-9.
30. Magazine Interview. 2006. What is Cell-Mediated Immunity…Really? Advances in Immunology, insert in *Bovine Veterinarian*, pp. 1-2.
31. Magazine Interview. 2006. Duration of Immunity, a new process-verification tool to help compare vaccines Advances in Immunology, insert in *Bovine Veterinarian*, p. 2.
32. Magazine Interview.  Primed for Immunity, *Beef* **43**, 7:22-23
33. Magazine Interview. 2006. Why vaccines fail. *Bovine Veterinarian*, September 2006, pp. 21-24.
34. Cell Mediated Immunity Roundtable Executive Summary.  2007.  Advances in immunology. *Bovine Veterinarian*/Intervet.
35. Magazine Interview. 2007. Maternal antibodies and CMI. *Bovine Veterinarian*, January 2007, pp. 22-25.
36. Presentation Summary.  2007. Valuable difference of a properly inactivated and adjuvanted vaccine. Novartis Cow-Calf Veterinary Symposium, p. 2.
37. Presentation Summary.  2007. Vira Shield immune response and protection: a summary of three studies. Novartis Cow-Calf Veterinary Symposium, p. 3.
38. Presentation Summary.  2007. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Veterinary Symposium, p. 5.
39. Infomercial Interview.  2007. Talking IBR. Novartis Animal Health.
40. Magazine Interview.  2007. When is the right time to vaccinate dairy cows? *Canadian Vet* November/December 2007 2:9.
41. Magazine Interview.  2008. Immunology of the bovine lung. *Bovine Veterinarian*, May-June 2008, pp. 26-32.


V. Client and Veterinary Education Presentations
1. Chase, C.C.L. Cow-Calf Herd Health Program. Viborg Veterinary Clinic, Viborg, SD, February 1981.
2. Chase, C.C.L. Bovine Respiratory Disease Prevention. Viborg Veterinary Clinic, Viborg, SD  February 1983.
3. Chase, C.C.L. Computers in the Veterinary Practice.  Southeast SDVMA, Sioux Falls, SD, April 1984.
4. Chase, C.C.L. Mastitis Prevention and Control.  Madison Area Technical College, Stoughton, WI, December 1986.
5. Chase, C.C.L. Preventive measures for Swine Herd Health Programs.  Dane County Hog Producers, Morrisonville, WI, May 1989.
6. Chase, C.C.L. Viral Immunology. Immunology Update Conference, Brookings, SD, November 16, 1992.
7. Chase, C.C.L. Veterinarians View of Immunology and Viral Immunology. Western South Dakota Veterinary Conference, Rapid City, SD, February 5, 1993.
8. Chase, C.C.L. Salmonella Management in Swine.  Lake County Pork Producers, Madison, SD, February 17, 1993.

9.  Chase, C.C.L. Vaccine Management of Neonatal Calf Diarrhea. 9th Annual Herd Health Conference, Brookings, SD, February 21, 1993.

10. Chase, C.C.L. Using the Scan-Air™ Kit for Evaluating Swine Buildings.  SDVMA Summer Meeting, Pierre, SD June 8, 1993.

11. Chase, C.C.L. Bovine Serologic Titers-Friends or Foe. SDVMA Annual Meeting, Sioux Falls, SD, August 16, 1993.

12. Chase, C.C.L. IBR: From the cattle's point of view.  Feedlot Gold II, Great Bend, KS, September 2, 1993.

13. Chase, C.C.L. Maintaining the health you paid for.  Techniques for Improving Profitability Seminars for Swine Producers, South Sioux City, NE, September 10, 1993.

14. Chase, C.C.L. Viral Immunity.  West Central Minnesota Veterinary Meeting, Glenwood, MN, October 13,1993.

15. Chase, C.C.L. Infectious Viral Agents and the Adult Bovine.  10th Annual Herd Health Conference, Brookings, SD, February 18, 1994.

16. Chase, C.C.L. Virology and Vaccine Outcomes. SmithKline Beecham Animal Health Regional Meeting, Rapid City, SD, June 22-23, 1994.

17. Chase, C.C.L. Recurrent Retrovirus Mastitis in Sheep.  SDVMA Annual Meeting, Sioux Falls, SD, August 15, 1994.

18. Chase, C.C.L. BVD and Viral Immunology.  2nd annual Wyoming Veterinary Medical Association and Smith Kline Beecham Veterinary Conference, Casper, WY, September 13,1994.

19. Chase, C.C.L. and R.D. Lockwood. Clinical Perspectives on Swine Influenza. 1994 Allen D. Leman Swine Conference, St. Paul, MN,  September 20, 1994.

20. Chase, C.C.L. and D.J. Hurley. Serology Today: What's the Value of the Tests. 1994 Allen D. Leman Swine Conference, St. Paul, MN, September 18, 1994.

21. Chase, C.C.L. Use of Serology in Disease Investigation.  Veterinary Diagnostic Update, Brookings, SD, December 15, 1994.

22. Chase, C.C.L. Environmental Assessments in Swine Herd Health Management.  SDSU Swine Research Group, Brookings, SD.  January 10,1995.

23. Chase, C.C.L. Swine Networks and Semen Shed of PRRSV, Viborg Veterinary Clinic, Viborg SD, February 9, 1995.

24. Chase, C.C.L. Pork Quality Assurance, Swine Networks and Semen Shed of PRRSV, Flandreau Veterinary Clinic, Flandreau, SD, February 10,1995.

25. Chase, C.C.L. Use of Modern Swine Production Techniques and Their Effect on Cost of Production, South Dakota Swine Network, DeSmet, SD, February 11, 1995.

26. Chase, C.C.L. Post Mortem Evaluation of Swine and Semen Shed of PRRSV, Brookings County Pork Producers, Brookings, SD, March 28, 1995.

27. Chase, C.C.L. The Biologic Logic Behind the Use of Killed and Live Vaccines, Bovine Health Update, Grand Laboratories, Sioux Falls, SD, April 7, 1995.

28. Chase, C.C.L. Yucatan and Swine Production, Department of Animal Science, SDSU, May 16, 1995.

29. Chase, C.C.L. Serology: New uses of an old science. 132nd annual meeting of the American Veterinary Medical Association, Pittsburgh, PA, July 10, 1995.

30. Chase, C.C.L. and D.J. Hurley.  Biological Logic Behind Killed and Live Vaccines and BVDV Vaccine Trials, Nelson Laboratories Trade Show Seminar, July 25, 1995.

31. Hurley, D.J. and C.C.L. Chase. Cell Mediated Immune Response. *104th annual meeting of the South Dakota Veterinary Medical Association*, Sioux Falls, SD, August 15, 1995, p. 161.

32. Chase, C.C.L.  MEW/SEW.  *Train the Trainer*, Brookings, SD, August 22, 1995.

33. Pohl, S. and C. Chase. Ventilation Trouble Shooting. *Train the Trainer*, Brookings, SD, August 23, 1995.

34. Chase, C.C.L. and J. U. Thomson. Bovine Viral Diarrhea Control Programs: How Do I Get Out of this Mess?  *7th annual Central Veterinary Conference,* Kansas City, MO, September 16, 1995.

35. Chase, C.C.L. and D.J. Hurley.  Bovine Viral Diarrhea Virus Vaccines: Friends, Foes or Folly?  *7th annual Central Veterinary Conference,* Kansas City, MO,  September 16, 1995.

36. Hurley, D.J. and C.C.L. Chase.  Bovine Viral Diarrhea Virus (BVDV) Infections of Lymphocytes and Macrophages: How BVDV Alters the Immune Response of Cattle. *7th annual Central Veterinary Conference,* Kansas City, MO,  September 16, 1995.

37. Hurley, D.J. and C.C.L. Chase.  Fetal Infections with Bovine Diarrhea Virus. *7th annual Central Veterinary Conference,* Kansas City, MO,  September 16, 1995.

38. Chase, C.C.L. Of Hogs and Barracudas:  Swine Production in the Yucatan.  Veterinary Science Departmental Seminar, SDSU, Brookings, SD, November 8, 1995.

39. Chase, C.C.L. Serological Profiling in Disease Investigation.  Veterinary Diagnostic Update, Brookings, SD, January 4, 1996.

40. Chase, C. Type 2 BVD Cell Mediated Immunity and Serology.  81st annual convention of the Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 19, 1996.

41. Chase, C.C.L., L. Reuff, L., H. Snelson and R. Tubbs.  Network on Animal Health (NOAH) Seminar: Porcine Reproductive and Respiratory Syndrome. NOAH (Internet Conference), April 3, 1996.

42. Chase, C. PRRS Virus Update, South Dakota Pork Producers Quality Assurance Seminar, Mitchell, SD, July 19, 1996.

43. Chase, C. A Tale of Two Viruses, Grand Laboratories National Sales Conference, Larchwood, IA, July 24, 1996.

44. Chase, C. Practical Immunology-Herd Immunity and Serological Testing, Academy of Veterinary Consultants, Omaha, NB, August 2, 1996.

45. Chase, C. Practical Immunology-Vaccinology, Academy of Veterinary Consultants, Omaha, NB, August 3, 1996.

46. Chase, C. PRRS Virus Update, South Dakota Pork Producers Quality Assurance Seminar, Aberdeen, SD  August 9, 1996.

47. Chase, C.C.L. Serological Profiling and BVD Testing.  Veterinary Diagnostic Update, Brookings, SD, January 6, 1997.

48. Chase, C. BVD Update.  James Bailey Herd Health Conference, Brookings, SD, February 15, 1997.

49. Chase, C.  BVD and IBR.  69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

50. Chase, C.  Clinical Aspects of IBR and BVD.  69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

51.    Chase, C.  BVD and IBR Vaccines.  69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

52.    Chase, C.  BVD Control.  69th annual Western Veterinary Conference, Las Vegas, NV, February, 26, 1997.

53.    Chase, C. BVD Diagnostics, Grand Laboratories National Sales Conference, Sioux Falls, SD, April 23, 1997.

54.    Chase, C.  Being on the High Road Instead of the Low Road of Bovine Viral Disease, 1997 Jackson Hole Veterinary Rendezvous, Jackson, WY, June 30, 1997.

55.    Chase, C.  Pork Quality Assurance. Flandreau Veterinary Clinic, Flandreau, SD, July 18, 1997.

56.    Chase, C. Camels and All That Jazz: A Report on Egyptian Visit. Department of Veterinary Science, SDSU, Brookings, SD, September 25, 1997.

57.    Chase, C. Eliminating BVD from the herd: Mission impossible?  83rd annual meeting of the Interstate Veterinary Medical Association, South Sioux City, NE, October 3, 1997.

58.    Chase, C. Swine Herd Monitoring and PRRSV. Dakota Pork Producers, Brookings, SD, December 1, 1997.

59.    Chase, C.C.L. Serological Profiling and BVD Testing.  Veterinary Diagnostic Update, Brookings, SD, January 6, 1998.

60.    Chase, C. Immunological Primer, Grand Laboratories National Sales Conference, Sioux Falls, SD, May 12, 1998.

61.    Chase, C. New Approaches to Bovine Disease. PVP Bovine Practitioner Seminar, Pierre, SD, July 19, 1998.

62.    Chase, C.  Comparison of immunity to BVDV type II.  Nelson Laboratories Trade Show, July 28, 1998.

63.    Yousif, A., D. Zeman and C.C.L. Chase.  BVD Diagnosis.  107th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 18, 1998.

64.    Chase, C.  Hey Doc, the vaccine didn't work! Evaluating vaccine trials.  87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

65.    Compton, B. and C. Chase. Cell mediated immunity: Okay, it's vital to immune protection but what is it?  87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

66.    Chase, C. Prevention and Control of BVD in the Herd: Mission Impossible?  87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

67.    Chase, C.  New Generation Adjuvants: Pushing back the vaccine frontier.  87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 3, 1998.

68.    Chase, C.  Another View from Egypt: The Research and Educational Opportunities. Department of Veterinary Science, SDSU, December 18, 1998.

69.    Chase, C. Evaluating Vaccines, Grand Laboratories National Sales Conference, Freeman, SD, March 18, 1999.

70.    Chase, C.  Vaccine Trials: More than meets the eye.  South Dakota Veterinary Medical Association, Summer Meeting, Pierre, SD June 7, 1999.

71.  Chase, C. Evaluating Vaccines: Reading between the lines. Nelson Laboratories Trade Show, July 27, 1999.

72.  Chase, C. What's new with BVD? Grand Mexico Veterinary Seminar, Aguacalientes, Mexico, August 4, 1999.

73.  Chase, C. What's new with BVD? Grand Mexico Veterinary Seminar, Torreon, Mexico, August 5, 1999.

74.  Chase, C. Bovine Virus Diarrhea. 117th annual meeting of the Iowa Veterinary Medical Association, Ames, IA, September 17,1999.

75.  Chase, C. BVD-New Ideas on Persistence and Vaccination.  85th annual convention of the Oklahoma Veterinary Medical Association, Tulsa, OK, January 21, 2000.

76.  Chase, C. Pinkeye-Moraxella Bovis and IBR. 2000 Winter Conference of Iowa Veterinary Medical Association, Ames, IA, February 3, 2000.

77.  Chase, CCL. Johne's Disease and BVDV- Two Long Term Losers, 2nd Annual Bull Extravaganza, Platte, SD, February 8, 2000.

78.  Chase, C. Sampling the Herd: When is Enough? 31st annual meeting of the American Association of Swine Practitioners, Indianapolis, IN, March 14, 2000.

79.  Chase, C. What's New in the Genetics of BVDV?  Grand Laboratories National Sales Conference, Larchwood, IA, April, 11, 2000.

80.  Chase, CCL. 2000. Cytopathic and Non-Cytopathic BVDV: What's the Difference? Schering-Plough Animal Health, Union, NJ, April 17, 2000.

81.  Chase, CCL.  Egypt- Camels and Tut. Carlson Wagonit Travel, Brookings, SD, May 18, 2000.

82.  Chase, CCL. Bovine Viral Diarrhea Virus Type 1 and 2: What is Cross Protection? South Dakota Veterinary Medical Association, Pierre SD, June 8, 2000.

83.  Chase, CCL. Antemortem Bovine Respiratory Disease, South Dakota Veterinary Medical Association, Pierre SD, June 9, 2000.

84.  Chase, CCL. Serological Testing: When is Enough, Enough? South Dakota Veterinary Medical Association, Pierre SD, June 9, 2000.

85.  Chase, CCL. Exploring Egypt.  University Woman's Week, South Dakota State University, Brookings, SD, June 14 and June 15, 2000.

86.  Chase, CCL. Large Animal Immunology, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

87.  Chase, CCL. Pinkeye and Johne's Disease, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

88.  Chase, CCL. Hey, Doc the vaccine didn't work, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

89.  Chase, CCL. The molecular virology of bovine viral diarrhea virus, Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

90.  Chase, CCL. BVD: How do I get out of this mess? Wyoming Veterinary Medical Association Summer Meeting 2000, Thermopolis, WY, June 19, 2000.

91.  Chase, CCL. Swine Biosecurity, Grand Laboratories Swine Conference, Pierre SD, July 14, 2000.

92.  Chase, CCL.  Using an inactivated BVDV vaccine that induces cell mediated immunity.  Nelson Laboratories Trade Show, July 25, 2000.

93. Chase, CCL. The changing faces of BVD.  Grand Laboratories Dairy Seminar, Pierre SD, August 25, 2000.

94. Chase, CCL. BVD: How do I get out of this mess? Grand Laboratories Dairy Seminar, Pierre SD, August 26, 2000.

95. Chase, CCL.  Hey, Doc the vaccine didn't work:  Controlling BVD. Provet Catchem Classic, Flippin AK, September 7, 2000.

96. Chase, CCL. Evaluating vaccine trials.  Provet Catchem Classic,  Flippin AK, September 8, 2000.

97. Chase, CCL.  Cell mediated immunity and the changing faces of BVD.  Grand Laboratories Post-AABP Seminar, Keystone SD, September, 24, 2000.

98. Chase, CCL. The immune response and new generation vaccines.  ISU Class of 80 Reunion Seminar, Ames IA, October 7, 2000.

99. Chase, CCL.  *E.coli* in Post-weaning Diarrheas: Diagnosis & Control. 8th Iowa State University Swine Disease Conference, Ames IA, November 9, 2000.

100. Chase, CCL. The changing faces of BVD.  Grand Laboratories Dairy Seminar, Utica SD, December 8, 2000.

101. Chase, CCL. BVD: How do I get out of this mess? Grand Laboratories Dairy Seminar, Utica SD, December 9, 2000.

102. Chase, C.C.L.BVDV and BVD Testing.  Veterinary Diagnostic Update, Brookings, SD, January 8, 2001.

103. Chase, CCL. The changing faces of BVD: Virology and Diagnostics.  86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2001.

104. Chase, CCL. Doc: How do I get out of this mess?  86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2001.

105. Chase, CCL. Vaccinology: Understanding vaccine studies and new generation vaccines.  86th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 20, 2001.

106. Chase, CCL. The changing faces of bovine viral diarrhea virus.  2001 Southwest Veterinary Symposium, Houston TX , February 1, 2001, pp. 263-270.

107. Chase, CCL.  2001.  Prevention and control of BVD in the herd: Mission Impossible2001 Southwest Veterinary Symposium, Houston TX , February 1, 2001.

108. Chase, CCL. The changing faces of BVD.  Grand Laboratories Dairy Seminar, Utica SD, March 16, 2001.

109. Chase, CCL. BVD: How do I get out of this mess? Grand Laboratories Dairy Seminar, Utica SD, March 17, 2001.

110. Chase, CCL.  The changing genome of BVDV: Is vaccination control possible? 2001 Spring Meeting of Academy of Veterinary Consultants, Omaha, NE, April 6, 2001.

111. Chase, CCL. Cell-mediated immune response against BVDV using a inactivated vaccine. Spring Meeting of Academy of Veterinary Consultants, Omaha, NE, April 6, 2001.

112. Chase, CCL. Swine Influenza Teleconference.  Schering-Plough Animal Health, April 25, 2001.

113. Chase, CCL. Antigen presentation and vaccine response.  Grand Laboratories National Sales Conference, Sioux Falls, SD, May 10, 2001.

114. Chase, CCL.   An overview of foot and mouth disease.  Governor's Conference on Foot and Mouth Disease and Mad Cow Disease, Sioux Falls, SD, May 17, 2001.

115. Chase, CCL. Foot and mouth disease-What is the threat? Grand Laboratories Dairy Seminar, Pierre SD, May 19, 2001.

116. Chase, CCL. Bovine viral diarrhea virus- genetics and control.  2001 summer meeting of the Nebraska Veterinary Medical Association, Columbus, NE, June 16, 2001.

117. Chase, CCL. Serology: A valuable component of disease control.  138th AVMA Annual Convention, Boston, MA, July 15, 2001.

118. Chase, CCL. BioPharming: Pharmaceuticals and Xenotransplants.  South Dakota Biology Teachers Biotechnology Symposium, Brookings, SD, July 19, 2001

119. Chase, C. Controlling BVDV: It's More than Type 1 and 2.  Schering-Plough Animal Health Beef Seminar, Sioux Falls, SD, August 4, 2001.

120. Chase, C and T. Marsh.  A serological survey of alternate vaccination practices in a cow-calf herd, 110th annual meeting of the South Dakota Veterinary Medical Association, August 14, 2001.

121. Chase, C. Protection of cattle immunized with Pyramid 4 from a type II 890 bovine viral diarrhea virus challenge, Ayerst Animal Health, St. Hyacinthe, Quebec, Canada, August 22, 2001.

122. Chase, C. Controlling BVDV: It's More than Type 1 and 2.  Schering-Plough Animal Health Cattle Seminar, Bloomington, MN, September 1, 2001.

123. Chase, C. Controlling BVDV: It's More than Type 1 and 2.  Schering-Plough Animal Health Beef Seminar, Norfolk, NE, October 18, 2001.

124. Chase, C. Control of BVDV- Mission Impossible? 27th annual Food Animal Medicine Conference, Columbus, OH, November 2, 2001.

125. Chase, C. Chase, CCL. The changing faces of BVD and the new generations of adjuvants.  Grand Laboratories Dairy Seminar, Kennebec, SD, November 30, 2001.

126. Chase, C. BVDV- Prevention and Control, Schering Plough Animal Health Teleconference, December, 6, 2001.

127. Chase, CCL. Immunology and virology: A little bit of everything.  Grand Laboratories National Sales Conference, Sioux Falls, SD, December 15, 2001.

128. Chase, C.C.L.BVDV and BVD Testing.  Veterinary Diagnostic Update, Brookings, SD, January 7, 2002.

129. Chase, CCL.  BVDV Science and Vaccination Update.  118th annual Indiana Veterinary Medical Association, Indianapolis, IN, February 2, 2002.

130. Chase, CCL. Neonatal Vaccinations: It Starts Before Birth. Dairy Vaccination College, Amarillo, TX, March 5, 2002.

131. Chase, CCL.  Changing Faces of BVDV. Dairy Vaccination College, Amarillo, TX, March 5, 2002.

132. Chase, CCL. Hey Doc… The Vaccine Didn't Work: New Trends in Vaccinology. Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002.

133. Chase, CCL. How Adjuvants Impact Vaccine Response.  Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002.

134. Chase, CCL. Changing Faces of BVDV.  Grand Laboratories Vaccinology Conference, Sioux Falls, SD, April 15, 2002.

135. Chase, CCL. Controlling BVDV: Understanding the Basics. Feedlot Cattle Nutritionist/Veterinarian Meeting, Winston-Salem, NC, April 20, 2002.

136. Chase, CCL. Neonatal Vaccinations: It Starts Before Birth. Oklahoma Novartis ProVet Veterinarian's Classic, Flippin, AR, May 24, 2002.

137. Chase, CCL. Immunology/Vaccinology for the Mixed Practitioner. Georgia Veterinary Medical Association Annual Convention, Hilton Head, SC, June 7, 2002.

138. Chase, CCL. BioPharming: Pharmaceuticals and Xenotransplants. South Dakota Biology Teachers Biotechnology Symposium, Brookings, SD, July 11, 2002.

139. Chase, CCL. Natural Antimicrobials. Advances in Veterinary Medicine, 139th AVMA Annual Convention, Nashville, TN, July 14, 2002.

140. Chase, CCL. Bovine Herpesvirus 4- An Emerging Pathogen, 111th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 13, 2002.

141. Chase, CCL. The ABC's of the Immune Response- How Adjuvants Impact Vaccine Response. Northern San Joaquin Valley Veterinary Association, Ripon CA, November 7, 2002.

142. Chase, CCL. BioPharming: Pharmaceuticals, Xenotransplants and Vaccines. South Dakota State University Extension Programming Biotechnology Workshop, Brookings, SD, November 13, 2002.

143. Chase, CCL. Neonatal Vaccinations: It Starts Before Birth. Novartis Dairy Conference, Kennebec, SD, December 4, 2002.

144. Chase, CCL. Importance of Innate Immunity and Adjuvants. 2002 Winter Meeting of Academy of Veterinary Consultants, Denver, CO, December 6, 2002.

145. Chase, CCL. BVDV and BVD Testing. Veterinary Diagnostic Update, Brookings, SD, January 7, 2003.

146. Chase, CCL. Turning on the Innate Immune Response- How Adjuvants Impact Vaccine Response. 88th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 31, 2003.

147. Chase, CCL. The ABC's of BVDV Genetics. Diagnostics, Pathogenesis and Control. 88th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 31, 2003.

148. Chase, CCL. Why is BVDV such a Problem? Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

149. Chase, CCL. ABC's of Immune Response- How adjuvants impact vaccine response. Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

150. Chase, CCL. Vaccinating Calves and Cows- The Do's and Don'ts. Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

151. Chase, CCL. Understanding Vaccine Studies; Is it Possible? Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

152. Chase, CCL. CWD in the US. Arkansas Veterinary Medical Association Winter 2003 Meeting, Little Rock AR, February 15, 2003.

153. Chase, CCL. A Tale of Two Viruses: PRRSV and BVDV. Seminar 6A Preventing and Controlling PRRSV: Mission Impossible? 34th annual meeting of American Association of Swine Veterinarians, Orlando, FL, March 8, 2003.

154. Chase, CCL. A Tale of Two Viruses: PRRSV and BVDV. Seminar 6B Preventing and Controlling PRRSV: Mission Impossible? 34th annual meeting of American Association of Swine Veterinarians, Orlando, FL, March 9, 2003.

155. Chase, CCL. Bovine Immunology. ProVet Veterinarian's Classic, Flippin, AR, September 5, 2003.

156. Chase CCL. BVDV Update: It's More than Type 1a, 1b, 2a, 2b and ???. Schering-Plough Animal Health Feedlot Seminar, December 11, 2003.

157. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 5, 2004.

158. Chase, CCL. BVDV Innate Immunity. Schering-Plough Animal Health Feedlot Consultants, San Diego, CA, January 16, 2004.

159. Chase, CCL. NCP BVDV is Important for Protection. Schering-Plough Animal Health Seminar, Oklahoma City, OK, February 7, 2004.

160. Chase, CCL. Coronaviruses: An Emerging Problem. Emerging Disease Seminar. 35th annual meeting of American Association of Swine Veterinarians, Des Moines, IA, March 6, 2003.

161. Chase, CCL. Mastitis and BVDV Update. Midwest Dairy Institute, Milbank, SD, March 11, 2004.

162. Chase, CCL. Innate Immunity and BVDV. Fort Dodge Veterinary Seminar, Scott City KS, May 11, 2004.

163. Chase, CCL. Innate Immunity and NCP BVDV. Wyoming State Veterinary Association, Casper, WY, June 29, 2004.

164. Chase, CCL. Whitetail Deer: Are They a Threat for Spreading BVDV in Cattle? 113th annual meeting of South Dakota Veterinary Medical Association, Rapid City, SD, August 20, 2004.

165. Chase, CCL. All Flavors of NCP BVDV are not the same: Understanding How BVDV Interacts with the Immune System. Schering-Plough Veterinary Seminar, Pendleton OR, September 18, 2004.

166. Chase, CCL. Novartis Animal Health Roundtable on BVDV Vaccines. Fort Worth, TX, September 22, 2004.

167. Chase, CCL. Schering-Plough Animal Health BRD and Scours Seminar. Deadwood, SD, November 6, 2004.

168. Chase, CCL. Rapid Onset of Protection against Infectious Bovine Rhinotracheitis with a Subcutaneous Dose of a Modified Live IBR Virus Vaccine. Winter Conference of Academy of Veterinary Consultants, Denver, CO, December 4, 2004.

169. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 10, 2005.

170. Chase, CCL. Immunological measurements in weanling pigs following the addition of Diamond V XP yeast culture. Diamond V Mills Immunology Meeting, Cedar Rapids January 24, 2005

171. Chase CCL. BVDV Diagnostics. Web Telecast. Michigan Veterinary Medical Association, Lansing MI, January 28, 2005.

172. Chase CCL. New developments in immunology and vaccinology; KISP (Keep it simple please). Spring Conference of Academy of Veterinary Consultants, Waikoloa, HI, April 8, 2005.

173. Chase CCL. Rabies. Brookings Hospital Continuing Medical Education Seminar, Brookings, SD, April 22, 2005.

174. Chase CCL. Zoonotic Diseases. Brookings Hospital Continuing Medical Education Seminar, Brookings, SD, April 22, 2005.

175. Chase CCL. New developments in immunology and vaccinology; KISP. Intervet Bovine Marketing Meeting, De Soto, KS, May 3, 2005.

176. Chase CCL. New developments in BVDV and immunology. 24th annual summer meeting of South Dakota Veterinary Medical Association, Pierre, SD, June 6, 2005.

177. Chase CCL. Ten days in China: a hot time in the old country. Department of Veterinary Science, SDSU, Brookings, SD, June 30, 2005.

178. Chase CCL. New developments in immunology and vaccinology; KISP. Livestock Veterinarian Meeting, Blacksburg, VA, August 3, 2005.

179. Chase CCL. Virulent BVDV Type II challenge of BVDV naïve and BVDV-maternal-antibody-positive neonatal calves vaccinated at 3 weeks of age with Pyramid FP. Livestock Veterinarian Meeting, Blacksburg, VA, August 3, 2005.

180. Chase, CCL. New developments in immunology and vaccinology; KISP. Intervet Veterinarian Meeting, Kansas City, MO, August 13, 2005.

181. Chase, CCL. New developments in immunology and vaccinology; KISP. Intervet Veterinarian Meeting, Denver, CO, August 16, 2005.

182. Chase CCL. New developments in immunology and vaccinology; KISP. Schering-Plough Animal Health Veterinarian Meeting, Minneapolis, MN, September 3, 2005.

183. Chase CCL. Beef vaccination. Bassett Livestock Auction Producers Meeting, Bassett, NE, September 7, 2005.

184. Chase, CCL. Immune response- the ABC's of dendritic cells and the primary immune response. Novartis Veterinary Partnership Meeting, Lake Louise, Alberta, September 12, 2005.

185. Chase CCL. New developments in immunology and vaccinology; KISP. Schering Plough Fall Educational Conference for Veterinarians, Kansas City, KS, September 17, 2005.

186. Chase CCL. The cow and calf immune system. Alltech's Wisconsin Dairy School, Green Bay, WI, November 10, 2005.

187. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 9, 2006.

188. Chase CCL. Bovine Immunology Roundtable, Intervet, Scottsdale, AZ, January 24, 2006.

189. Chase C. Cutting Edge Immunology and Wildlife's Role in BVD Biosecurity, Pfizer Animal Health Midwinter Veterinarian Retreat, Deadwood, SD, February 2, 2006.

190. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Winnipeg, MB, Canada, February 11, 2006.

191. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Brooks, AB, Canada, February 27, 2006.

192. Chase C. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Calgary, AB, Canada, February 27, 2006.

193. Chase C.  Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Red Deer, AB, Canada, February 28, 2006.

194. Chase C.  Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Edmonton, AB, Canada, February 28, 2006.

195. Chase C.  Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Lloydminister, AB, Canada, March 1, 2006.

196. Chase C.  Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Saskatoon SK, Canada, March 1, 2006.

197. Chase C.  Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal antibody positive neonatal claves vaccinated at 3.5 months of age with Pyramid FP5. Wyeth Animal Health Continuing Education Seminar, Moose Jaw, SK, Canada, March 2, 2006.

198. Chase C. What impact do circulating antibodies have with your cattle during processing? Fort Dodge Animal Health Feedlot Success 2006 Seminar, Omaha, NE, March 17, 2006.

199. Chase C. Circulating antibodies- How do your clients overcome them? Fort Dodge Animal Health Feedlot Success 2006 Seminar, Omaha, NE, March 17, 2006.

200. Chase C. How does BVDV affect your herd?  Carroll County Cattlemen, Manning IA, April 4, 2006

201. Chase C. Developing the primary immune system. Southwest Iowa Veterinary Medical Association, Osceola, IA, April 5, 2006.

202. Chase C. BVD testing in cattle and why deer are serving as a reservoir host. Southwest Iowa Veterinary Medical Association, Osceola, IA, April 5, 2006.

203. Chase C. BVD Genetic Diversity. Schering-Plough Animal Health, Fort Wayne, IN, April 22, 2006.

204. Chase C. Schering-Plough Animal Health BVD AgTelePanel.  April, 26, 2006.

205. Chase C. Circulating antibodies: How do your clients overcome them? Fort Dodge Animal Health 2006 Dairy Leaders. Oregon, OH, May 4, 2006.

206. Chase C. Schering-Plough Animal Health BVD Roundtable, Omaha, NE, May 30, 2006.

207. Chase C. Immunology 101: The primary immune response. Nebraska Veterinary Medical Association Summer Meeting, Hastings, NE, June 22, 2006.

208. Chase C. Immunology of BVDV. Schering-Plough Animal Health, Deadwood, SD July 7, 2006.

209. Chase C.  The Primary Immune Response, Veterinary Focus Meeting, Bloomington MN, July 21, 2006.

210. Chase C.  Overcoming Maternal Interference and BVDV Diagnostics. Nelson Tradeshow, Sioux Falls, SD July 25, 2006.

211. Chase C. The Maternal Antibody Dilemma, BVD Pool Testing and Managing Your Way Through BVD, 1st annual Beef Production Seminar, Chamberlain, SD August 3, 2006.

212. Chase CCL. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal-antibody positive neonatal calves vaccinate at 3.5 months of age with Pyramid FP5, Guelph ONT CA, August 22, 2006.

213. Chase CCL. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal-antibody positive neonatal calves vaccinate at 3.5 months of age with Pyramid FP5, Ottawa ONT CA, August 23, 2006.

214. Chase CCL. Virulent BVDV Type II Challenge of BVDV naïve and BVDV maternal-antibody positive neonatal calves vaccinate at 3.5 months of age with Pyramid FP5, Drummondville QUB CA, August 24, 2006.

215. Chase CCL. The Primary Immune Response and Noncytopathic BVD, Northeast Wisconsin Veterinarians, Green Bay, WI, November 1, 2006.

216. Chase CCL. Immunology 101: The primary immune response and vaccinology. Boehringer Ingelheim Vetmedica Cattle Veterinarian Meeting, Branson MO, November 18, 2006.

217. Chase CCL. BVDV: New developments in diagnostics, epidemiology, and interactions in wildlife. Boehringer Ingelheim Vetmedica Cattle Veterinarian Meeting, Branson MO, November 18, 2006.

218. Chase CCL. Immunology 101: Immune Response. What does it take to make a vaccine take? 115th annual convention of the Missouri Veterinary Medical Association, Lake Ozark, MO, January 19, 2007.

219. Chase CCL. Immunology 101: Immune Response. What does it take to make a vaccine take? 115th annual convention of the Missouri Veterinary Medical Association, Lake Ozark, MO, January 19, 2007.

220. Chase CCL. Applied Immunology. Merial Swine Advisory Board, San Antonio, TX, January 26, 2007.

221. Chase CCL. Vaccinology and the value of properly adjuvanted inactivated vaccine. Novartis Cow-Calf Symposium, San Antonio TX, March 9, 2007.

222. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, San Antonio TX, March 10, 2007.

223. Chase CCL. Vaccinology and the value of properly adjuvanted inactivated vaccine. Novartis Cow-Calf Symposium, Nashville TN, March 16, 2007.

224. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, Nashville TN, March 17, 2007.

225. Chase CCL. Improving Reproductive Efficiency: prevention of infectious bovine rhinotracheitis (IBR). Central Plains Dairy Expo, Sioux Falls DS, March 21,2007.

226. Chase CCL. An Update on BVDV Testing. Animal Health Center, Faulkton SD, April 19, 2007.

227. Chase CCL. Vaccinology and the value of properly adjuvanted inactivated vaccine. Novartis Cow-Calf Symposium, Sioux Falls SD, April 27, 2007.

228. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, Sioux Falls SD, April 28, 2007.

229. Chase CCL. Advancements in challenge models and label claims for a commercial BVD vaccine. Boehringer Ingelheim Vetmedica Conference Call, May 2, 2007.

230. Chase CCL.  Advancements in challenge models and label claims for a commercial BVD vaccine.  Boehringer Ingelheim Vetmedica Conference Call, May 3, 2007.
231. Chase CCL.  Advancements in challenge models and label claims for a commercial BVD vaccine.  Boehringer Ingelheim Vetmedica Conference Call, May 4, 2007.
232. Chase CCL.  Advancements in challenge models and label claims for a commercial BVD vaccine.  Boehringer Ingelheim Vetmedica Conference Call, May 8, 2007.
233. Chase CCL.  Advancements in challenge models and label claims for a commercial BVD vaccine.  Boehringer Ingelheim Vetmedica Conference Call, May 9, 2007.
234. Chase CCL.  Advancements in challenge models and label claims for a commercial BVD vaccine.  Boehringer Ingelheim Vetmedica Conference Call, May 10, 2007.
235. Chase CCL.  Advancements in challenge models and label claims for a commercial BVD vaccine.  Boehringer Ingelheim Vetmedica Conference Call, May 11, 2007.
236. Chase CCL.  Vaccinology and the value of properly adjuvanted inactivated vaccine. Novartis Cow-Calf Symposium, Sedona AZ, June 1, 2007.
237. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, Sedona AZ, June 2, 2007.
238. Chase CCL. Dynamics of colostrum production.  Novartis Animal Health Canada, Nanton, AL, June 12, 2007.
239. Chase CCL. Neonatal immunology.  Novartis Animal Health Canada, Nanton, AL, June 12, 2007.
240. Chase CCL. Dynamics of colostrum production.  Novartis Animal Health Canada, Sherwood Park, AL, June 13, 2007.
241. Chase CCL. Neonatal immunology.  Novartis Animal Health Canada, Sherwood Park, AL, June 13, 2007.
242. Chase CCL. Dynamics of colostrum production.  Novartis Animal Health Canada, Saskatoon, SK, June 14, 2007.
243. Chase CCL. Neonatal immunology.  Novartis Animal Health Canada, Saskatoon SK, June 14, 2007.
244. Chase CCL. Dynamics of colostrum production.  Novartis Animal Health Canada, Onanole, MB, June 15, 2007.
245. Chase CCL. Neonatal immunology.  Novartis Animal Health Canada, Onanole MB June 15, 2007.
246. Chase CCL.  Valuable difference of a properly inactivated and adjuvanted vaccine. Novartis Dairy Symposium, Niagara Falls NY, June 29, 2007.
247. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Dairy Symposium, Niagara Falls NY, June 30, 2007.
248. Chase CCL.  The science of passive immunity. Novartis Scours Prevention Symposium, Snowbird UT, August 3, 2007.
249. Chase CCL. Considerations for BVD and IBR vaccinations pre-calving, Novartis Scours Prevention Symposium, Snowbird UT, August 4, 2007.
250. Chase CCL.  The science of passive immunity. Novartis Scours Prevention Symposium, Kansas City MO, August 24, 2007.
251. Chase CCL. IBR: Vaccination considerations for pregnant cows. Novartis Scours Prevention Symposium, Kansas City MO, August 25, 2007.
252. Chase CCL.  Innate immune response in bovine respiratory disease.  Schering-Plough Animal Health, Hermiston OR, September 12, 2007.

253. Chase CCL. Primary immune response to vaccines (Part 1). Central Veterinary Conference, Kansas City MO, September 15, 2007.

254. Chase CCL. Primary immune response to vaccines (Part 2). Central Veterinary Conference, Kansas City MO, September 15, 2007.

255. Chase CCL. Diagnosing BVDV. Central Veterinary Conference, Kansas City MO, September 15, 2007.

256. Chase CCL. BVDV epidemiology: What do we understand about wildlife and chronic shedding? Central Veterinary Conference, Kansas City MO, September 15, 2007.

257. Chase CCL. Vaccinating in the face of outbreak: Why does it provide protection. Central Veterinary Conference, Kansas City MO, September 15, 2007.

258. Chase CCL. Bovine viral vaccines: developing an effective program. Central Veterinary Conference, Kansas City MO, September 15, 2007.

259. Chase CCL. Pandemic infections: When does fact meet fiction? Central Veterinary Conference, Kansas City MO, September 16, 2007.

260. Chase CCL. IBR and BVDV- What effects immunosuppression? Central Veterinary Conference, Kansas City MO, September 16, 2007.

261. Chase CCL. When is the right time to vaccinate dairy cows? Central Veterinary Conference, Kansas City MO, September 16, 2007.

262. Chase CCL. Valuable difference of a properly inactivated and adjuvanted vaccine. Novartis Wisconsin Symposium, Wisconsin Dells WI, September 29, 2007.

263. Chase CCL. The science of passive immunity. Novartis Wisconsin Symposium, Wisconsin Dells WI, September 29, 2007.

264. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Wisconsin Symposium, Wisconsin Dells WI, September 29, 2007.

265. Chase CCL. Immunology of the lung roundtable. Bovine Veterinarian/Schering Plough, Denver CO, November 29, 2007.

266. Chase, CCL. BVDV Update. Veterinary Diagnostic Update, Brookings, SD, January 14, 2008.

267. Immunology and the value of properly inactivated and adjuvanted vaccine. Novartis Cow-Calf Symposium, San Antonio TX, January 25, 2008.

268. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, San Antonio TX, January 26, 2008

269. Chase CCL. Knowing the difference: a look at the value found in a properly inactivated and adjuvanted vaccine. Novartis Animal Health/Walco Dairy Veterinary Symposium, San Diego, CA, February 2, 2008.

270. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Animal Health/Walco Dairy Veterinary Symposium, San Diego, CA, February 2, 2008.

271. Immunology and the value of properly inactivated and adjuvanted vaccine. Novartis Cow-Calf Symposium, Las Vegas, NV, February 15, 2008.

272. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, Las Vegas, NV, February 16, 2008.

273. Chase CCL. Making vaccines take: the primary immune response. Virginia Veterinary Conference, Roanoke, VA February 23, 2008.

274. Chase CCL. Bovine respiratory disease and viruses: new developments in diagnostics, epidemiology, vaccines and the role of wildlife. Virginia Veterinary Conference, Roanoke, VA February 23, 2008.

275. Chase CCL. Neonatal immunity and the effect of Pyramid 5 vaccine on maternal antibody interference.  Wyeth Animal Health Cattle Seminar, Stratford, ONT, February 26, 2008.

276. Chase CCL. Neonatal immunity and the effect of Pyramid 5 vaccine on maternal antibody interference.  Wyeth Animal Health Cattle Seminar, Kemptville, ONT, February 27, 2008.

277. Chase CCL.  Needle-free injection technology in swine: a review of the immunology and vaccine trials in swine.  2008 American Association of Swine Veterinarians Meeting, San Diego, CA, March 9, 2008.

278. Chase CCL. IBR Protection with Killed Virus Vaccine. Novartis Animal Health Canada Webcast, March 12, 2008.

279. Immunology and the value of properly inactivated and adjuvanted vaccine.  Novartis Cow-Calf Symposium, Grapevine TX, March 15, 2008.

280. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, Grapevine, TX, March 16, 2008

281. Chase CCL.  The  immune response and adjuvants. Gut Health and Immunity Dairy Veterinary Meeting, Skytop PA, April 3, 2008.

282. Chase CCL.  Neonatal immunology. Gut Health and Immunity Dairy Veterinary Meeting, Skytop PA, April 3, 2008.

283. Chase CCL.  Timing to vaccinate dairy cows. Gut Health and Immunity Dairy Veterinary Meeting, Skytop PA, April 3, 2008.

284. Immunology and the value of properly inactivated and adjuvanted vaccine.  Novartis Cow-Calf Symposium, Orlando FL, April 11, 2008.

285. Chase CCL. Infectious bovine rhinotracheitis (IBR) and its impact on reproductive performance. Novartis Cow-Calf Symposium, Orlando, FL, April 12, 2008.

286. Chase C. Applied Immunology – What You Didn't Learn in Vet School Because We Didn't Know.  WCVM/SVMA June Conference, Saskatoon, SAK, June 19, 2008.

287. Chase C. Developing an effective vaccine response-what does it take to make a vaccine "take"? 32nd Congres Association des Medecins Veterinaires Praticiens du Quebec (AMVPQ), Chicoutimi, QUE, June 21, 2008.

288. Chase C. Neonatal immunity and maternal antibody interference. 32nd Congres Association des Medecins Veterinaires Praticiens du Quebec (AMVPQ), Chicoutimi, QUE, June 22, 2008.

289. Chase C. Production animal immunology with emphasis on transdermal route of administration. Merial Swine University Webinar, June 23, 2008.

W. Scientific Conferences
1. Federation of the American Societies of Experimental Biology (FASEB) Meeting, St. Louis, MO, April 1986
2. 67th annual meeting of Conference of Research Workers in Animal Disease (CRWAD), Chicago, IL, November 17-18, 1995
3. VII International Congress of Virology, Edmonton, Alberta, CANADA, August 9-14, 1987

4. 68th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 16 and 17, 1987
5. 7th annual meeting of American Society of Virology, Austin, TX, June 12-16, 1988
6. North Central Branch, American Society for Microbiology, Madison, WI, October 7-8, 1988
7. 69th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1988
8. 8th annual meeting of American Society of Virology, London, Ontario, CANADA, July 9-13, 1989
9. 70th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 6-7, 1989
10. 9th annual meeting of American Society of Virology, Salt Lake City, UT, July 8-12, 1990
11. 71st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 5-6, 1990
12. 35th annual meeting of the Livestock Insect Workers Conference, Jackson, WY, July 8-10, 1991
13. 10th annual meeting of American Society of Virology, Fort Collins, CO, July 7-11, 1991
14. 72nd annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1991
15. 11th annual meeting of American Society of Virology, Ithaca, NY, July 11-15, 1992
16. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, St. Paul, MN, September 1-2, 1992
17. 73rd annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-10, 1992
18. Stress Mechanisms Symposium, Northern Plains Biostress Laboratory, SDSU, Brookings, SD, April 6-7, 1993
19. Stress Management Symposium, Northern Plains Biostress Laboratory, SDSU, Brookings, SD, May 24-25, 1993
20. 12th annual meeting of American Society of Virology, Davis, CA, July 10-14, 1993
21. 7th Annual Bovine Herpesvirus Workshop, Pittsburgh, PA, July 24, 1993
22. XVIII International Herpesvirus Workshop, Pittsburgh, PA, July 25-30, 1993
23. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Gatlinburg, TN, September 8-9, 1993
24. 74th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 8-9, 1993
25. 13th annual meeting of American Society of Virology, Madison, WI, July 9-13, 1994
26. 8th Annual Bovine Herpesvirus Workshop, Vancouver, BC, Canada, July 30,1994
27. XVIV International Herpesvirus Workshop, Vancouver, BC, Canada, July 30-August 5, 1994
28. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Wooster, OH, September 8-9, 1994
29. 54th annual meeting of the North Central Branch of the American Society for Microbiology, LaCrosse, WI, October 13-15, 1994

30. 75th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 14-15, 1994
31. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Columbia, MO, September 6-7, 1995
32. 1st International Rushmore Conference on Mechanisms in the Pathogenesis of Enteric Diseases, Rapid City, SD, September 28, 1995.
33. 76th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 13-14, 1995
34. North Central Conference of Veterinary Laboratory Diagnosticians, Brookings, SD, June 11-12, 1996
35. Bovine Viral Diarrhea Virus: A 50-Year Review, Ithaca, NY, June 23-24, 1996
36. 10th Annual Bovine Herpesvirus Workshop, DeKalb, IL, July 27,1996
37. 21st International Herpesvirus Workshop, DeKalb, IL, July 28-August 1, 1996
38. 2nd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 26, 1996.
39. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Baton Rouge, LA, September 4-5, 1996.
40. 77th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 11-12, 1996
41. 82nd annual meeting of the South Dakota Academy of Science, Aberdeen, SD, April 25-26, 1997.
42. 1st International Veterinary Vaccines and Diagnostics Conference, Madison, WI, July 27-July 31, 1997.
43. 3rd annual Raymond A. Moore Biostress Research Poster Day, Brookings, SD, August 25, 1997.
44. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Manhattan KS, September 3-4, 1997.
45. North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 27, 1997.
46. 78th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 10-11, 1997.
47. 83rd annual meeting of the South Dakota Academy of Science, Spearfish, SD, April 17, 1998.
48. 4th Zagazig University Scientific Veterinary Medical Conference, Hurghada, Egypt, August 25-28, 1998.
49. 9th Annual South Dakota EPSCoR Conference, Vermillion, SD, September 11, 1998.
50. 1998 North Central Branch annual meeting of the American Society for Microbiology, October 23-24, 1998.
51. 79th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 9-10, 1998.
52. 2nd annual Conference on Vaccine Research, Bethesda, MD, March 28-30, 1999.
53. 83rd annual meeting of the South Dakota Academy of Science, Madison, SD, April 16, 1999.
54. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Davis CA, September 3-4, 1999.

55. 80th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 7-9, 1999.

56. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Custer SD, September 20-21, 2000.

57. Faculty of Veterinary Medicine Scientific Conference, Cairo University, October 27-29, 2000.

58. 81st annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, November 12-14, 2000.

59. 7th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, May 2-4, 2001.

60. 20th Annual Meeting of American Society for Virology, Madison, WI, July 21-25, 2001.

61. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Ames, IA, September 5-6, 2001.

62. Symposium in Virology, University of Nebraska, Lincoln, NE, September 7, 2001.

63. 82nd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, November 11-13, 2001.

64. Detecting and Controlling BVDV Infections, Ames, IA, April 4-5, 2002.

65. 21st Annual Meeting of American Society for Virology, Lexington, KY, July 20-24, 2002.

66. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, East Lansing, MI, September 10-11, 2002.

67. 83rd annual meeting of Conference of Research Workers in Animal Disease, St. Louis, November 10-12, 2002.

68. 9th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 30-May 2, 2003.

69. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Baton Rouge, LA, September 9-10, 2003.

70. International Veterinary Meeting on Consideration of Alternative Licensing Procedures for Minor Species, Minor Indications and Autogenous/Autologous Products, Langen, Germany, October 29, 2003

71. 84th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL November 9-11, 2003.

72. Bovine viral diarrhea virus in the Americas, Davis CA, April 4-5, 2004.

73. 10th National Symposium: Basic Aspects of Vaccines, Bethesda, MD, April 29-May 1, 2004.

74. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Nebraska City, NE, September 11-12, 2004.

75. 85th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL November 14-16, 2004.

76. 5th biennial North Dakota/South Dakota EPSCOR State Conference, Brookings, SD, September 8-9, 2005.

77. 2005 International PRRS Symposium, St. Louis, MO, December 2-3, 2005.

78. 86th annual meeting of Conference of Research Workers in Animal Disease, St. Louis MO, December 4-6, 2005.

79. BVDV 2006 Conference Denver, CO, January 29-31, 2006.

80. 25th annual meeting of the American Society of Virology, Madison, WI, July 15-29, 2006.

81. NC-107 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Saint Paul MN, September 20-21, 2006.
82. 66th annual meeting of the North Central Branch of the American Society of Microbiology, Brookings, SD, October 20-21, 2006, p. 21.
83. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3-5, 2006.
84. European Union-United States Workshop: Advances in Immunology and Vaccine Discovery, Ames, IA, December 12-14, 2006.
85. 92nd annual meeting of the South Dakota Academy of Science, Brookings, SD, April 13-14, 2007.
86. NC-1027 Bovine Respiratory Disease: Risk Factors, Pathogens, Diagnosis, and Management Technical Committee, Vancouver BC, September 19-20, 2007.
87. 88th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 2-4, 2007.
88. APHIS Veterinary Biologics Public Meeting, Ames IA, April 7-9, 2008.

X. Scientific Training
September 1990: Bluetongue Field Investigation, Ely, NV
January 1991: Reovirus Recombinant System, Dr. WK Joklik, Duke University, Durham, NC
January 1992: Biological Safety Training Program, National Animal Disease Center, Ames, IA
February 1992: A National Symposium on Safety in the Biomedical Laboratory, Center for Disease Control, Atlanta, GA
December 2005: Foreign Animal Disease Pathology Training Course, Plum Island, NY

Y. Management Training
December 1990: How to Organize and Manage Priorities, Fort Collins, CO
June 1991: Introduction to Supervision, Office of Personnel Management, Denver, CO
November 1993: Team Building, Brookings, SD
January 1994: Winning with Collaborative Technology Research, Regional Council for Project SBIR West, Salt Lake City, UT
February 1995: TimeQuest: Increasing Productivity through Value-based Time Management, Brookings, SD
February 2005: Developing Winning STTR-SBIR Proposals, Tech-Link, Bozeman, MT, February 18, 2005

Z. Veterinary Medicine Continuing Education
September 1980: South Dakota Veterinary Medical Association (SDVMA) Convention, Aberdeen, SD
October 1980: University of Minnesota Swine Conference, St. Paul, MN
April 1981: SDVMA Dairy Mastitis Seminar, Sioux Falls, SD
September 1981: SDVMA Convention, Sioux Falls, SD
November 1981: North Dakota Veterinary Medical Association Swine Conference, Fargo, ND

| | |
|---|---|
| May 1982: | American Veterinary Medical Association (AVMA) Colloquium on Clinical Immunology, Schaumburg, IL |
| September 1982: | University of Minnesota Swine Conference, St. Paul, MN |
| September 1982: | SDVMA Convention, Rapid City, SD |
| September 1983: | SDVMA Convention, Sioux Falls, SD |
| December 1983: | Pipestone Sheep Conference, Pipestone, MN |
| September 1984: | SDVMA Convention, Rapid City, SD |
| November 1984: | XVII American Association of Bovine Practitioners (AABP) Conference, Des Moines, IA |
| November 1984: | Dairy Reproduction Seminar, AABP, Des Moines, IA |
| November 1984: | Bovine General Nutrition Seminar, AABP, Des Moines, IA |
| October 1986: | Wisconsin Veterinary Medical Association (WVMA) Convention, Milwaukee, WI |
| October 1987: | WVMA Convention, Green Bay, WI |
| October 1989: | WVMA Convention, Milwaukee, WI |
| July 1991: | AVMA Convention, Seattle, WA |
| June 1992: | American Association of Small Ruminant Practitioners Spring Conference, Ft. Collins, CO |
| August 1992: | SDVMA Convention, Rapid City, SD |
| August 1992: | XVII World Buiatrics Congress and XXV American Association of Bovine Practitioners Conference, St. Paul, MN, August 31-September 4, 1992 |
| September 1992: | Minnesota Swine Conference, Bloomington, MN |
| March 1993: | 24th American Association of Swine Practitioners annual meeting, Kansas City, MO |
| June 1993: | SDVMA Summer Meeting, Pierre, SD |
| August 1993: | SDVMA Convention, Sioux Falls, SD |
| March 1994: | 25th American Association of Swine Practitioners annual meeting, Rosemount, IL |
| August 1994: | SDVMA Convention, Sioux Falls, SD |
| August 1994: | Smith Kline Beecham Dairy Update, Minneapolis, MN |
| September 1994: | Wyoming Veterinary Medical Association and Smith Kline Beecham Veterinary Conference, Casper, WY |
| September 1994: | Allen Leman Swine Conference, St. Paul, MN |
| March 1995: | 26th American Association of Swine Practitioners annual meeting, Omaha, NE, March 5-7, 1995 |
| April 1995: | Bovine Health Update, Grand Laboratories, Sioux Falls, SD, April 7, 1995 |
| July 1995: | AVMA Convention, Pittsburgh, PA, July 8-12, 1995 |
| July 1995: | Nelson Laboratories Trade Show Seminar, Sioux Falls, SD, July 25, 1995 |
| September 1995: | Central Veterinary Conference, Kansas City, MO, September 16-19, 1995 |
| September 1995: | 28th American Association of Bovine Practitioners Conference, San Antonio, TX, September 14-17, 1995 |
| March 1996: | 27th American Association of Swine Practitioners annual meeting, Nashville, TN, March 3-5, 1996 |
| January 1996: | 81st annual convention of the Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 19-21, 1996. |

| | |
|---|---|
| April 1996: | Academy of Veterinary Consultants, Scottsdale, AZ, April 11-13, 1996 |
| August 1996: | Academy of Veterinary Consultants, Omaha, NE, August 1-3, 1996 |
| September 1996: | 29th American Association of Bovine Practitioners Conference, San Diego, CA, September 14-17, 1996 |
| February 1997: | James Bailey Herd Health Conference, Brookings, SD, February 15, 1997. |
| February 1997 | 69th annual Western Veterinary Conference, Las Vegas, NV, February 24-27, 1997. |
| March 1997: | 28th American Association of Swine Practitioners, Quebec City, Quebec, CANADA, March 2-4, 1997. |
| July 1997: | 1997 Jackson Hole Veterinary Rendezvous, Jackson, WY, June 27-30, 1997. |
| October 1997: | Interstate Veterinary Medical Association, South Sioux City, NE, October 1-3, 1997 |
| March 1998: | 29th American Association of Swine Practitioners, Des Moines, IA, March 7-10, 1998. |
| June 1998: | SDVMA Summer Meeting, Pierre, SD, June 7-9, 1998. |
| July 1998: | PVP Bovine Practitioner Seminar, Pierre, SD, July 19-20, 1998. |
| July 1998: | Nelson Laboratories Trade Show, July 28, 1998. |
| August 1998: | 107th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 16-19, 1998. |
| October 1998: | 87th annual Kentucky Veterinary Medical Association and 25th annual Mid-America Veterinary Conference, Ft. Mitchell, KY, October 2-4, 1998. |
| March 1999: | 30th American Association of Swine Practitioners, St. Louis, MO, February 27- March 2, 1999. |
| June 1999: | SDVMA Summer Meeting, Pierre, SD, June 6-8, 1999. |
| July 1999: | AVMA Convention, New Orleans, LA, July 10-14, 1999 |
| July 1999: | Nelson Laboratories Trade Show, July 27, 1999. |
| August 1999: | 107th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 22-25, 1999. |
| September 1999: | 117th annual meeting of the Iowa Veterinary Medical Association, Ames, IA, September 16-18,1999 |
| September 1999: | 32nd annual conference of American Association of Bovine Practitioners, Nashville, TN, September 22-25, 1999. |
| January 2000: | 85th annual convention of the Oklahoma Veterinary Medical Association, Tulsa, OK, January 21, 2000. |
| February 2000: | Winter Conference of Iowa Veterinary Medical Association, Ames, IA, February 3, 2000. |
| March 2000: | 31st annual meeting of the American Association of Swine Practitioners, Indianapolis, IN, March 12-14, 2000. |
| June 2000: | 108th annual meeting of South Dakota Veterinary Medical Association, Pierre SD, June 6-9, 2000. |
| June 2000: | Wyoming Veterinary Medical Association Meeting 2000, Thermopolis, WY, June 18-20, 2000. |
| July 2000 | Grand Laboratories Swine Conference, Pierre SD, July 14-15, 2000. |
| July 2000: | 137th AVMA Annual Convention, Salt Lake City, UT, July 13-17, 2000. |

August 2000:      Grand Laboratories Dairy Seminar, Pierre SD, August 25-26, 2000.

September 2000:   Provet Catchem Classic, Flippin AK, September 7-8, 2000.

September 2000:   33rd annual conference of American Association of Bovine Practitioners, Rapid City, SD, September 21-23, 2000.

September 2000:   Grand Laboratories Post-AABP Seminar, Keystone SD, September 24, 2000.

October 2000:     ISU Class of 80 Reunion Seminar, Ames IA, October 6-7, 2000.

November 2000:    8th Iowa State University Disease Conference, Ames IA, November 8-9, 2000.

January 2001:     86th annual convention of the Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 19-21, 2001.

February 2001:    2001 Southwest Veterinary Symposium, Houston TX, February 1-4, 2001

February 2001:    32nd annual meeting of the American Association of Swine Veterinarians, Nashville, TN, February 24-27, 2001.

April 2001:       2001 Spring Meeting of Academy of Veterinary Consultants, Omaha, NE, April 6-7, 2001.

June 2001:        2001 summer meeting of the Nebraska Veterinary Medical Association, Columbus, NE, June 16, 2001.

July 2001:        138th AVMA Annual Convention, Boston, MA, July 13-17, 2001.

August 2001:      110th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 14, 2001.

August 2001:      25th Congreso Nacional de Buiatria, Vera Cruz, Mexico, August 16-17, 2001.

November 2001:    27th annual Food Animal Medicine Conference, Columbus, OH, November 1-3, 2001.

February 2002:    118th annual Indiana Veterinary Medical Association, Indianapolis, IN, February 1-3, 2002.

March 2002:       33rd annual meeting of the American Association of Swine Veterinarians, Kansas City, MO, March 3-5, 2002.

March 2002:       Dairy Vaccination College, Amarillo, TX, March 5, 2002.

April 2002:       Bovine Conference on Vaccination Decision Making. Manhattan, KS, April 13, 2002.

April 2002:       Grand Laboratories Vaccinology Conference, Sioux Falls, SD, April 15, 2002.

April 2002:       Feedlot Cattle Nutritionist/Veterinarian Meeting, Winston-Salem, NC, April 20-21, 2002.

May 2002:         Oklahoma Veterinarian's Classic, Flippin, AR, May 23-25, 2002

June 2002:        SDVMA Summer Meeting, Pierre, SD, June 2-4, 2002.

June 2002:        Georgia Veterinary Medical Association, Hilton Head, SC, June 6-8, 2002.

July 2002:        139th AVMA Annual Convention, Nashville, TN, July 12-16, 2002.

August 2002:      111th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 11-14, 2002.

September 2002:   35th annual conference of American Association of Bovine Practitioners, Madison, WI, September 26-28, 2002.

| November 2002: | Northern San Joaquin Valley Veterinary Association, Ripon CA, November 7, 2002. |
|---|---|
| December 2002: | Dairy Classic, Kennebec, SD, December 3-5, 2002. |
| December 2002: | 2002 Winter Meeting of Academy of Veterinary Consultants, Denver, CO, December 5-7, 2002. |
| January 2003: | 88th annual convention of The Oklahoma Veterinary Medical Association, Oklahoma City, OK, January 31-February 2, 2003. |
| February 2003: | Arkansas Veterinary Medical Association Winter Meeting, Little Rock, AR, February 14-16, 2003. |
| March 2003: | 34th annual meeting of the American Association of Swine Veterinarians, Orlando, FL, March 8-11, 2003. |
| August 2003: | 112th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 10-13, 2003. |
| September 2003: | 36th annual conference of American Association of Bovine Practitioners, Columbus, OH, September 18-20, 2003. |
| March 2004: | 35th annual meeting of the American Association of Swine Veterinarians, Des Moines, IA, March 6-9, 2004. |
| July 2004: | Wyoming Veterinary Medical Association, Casper, WY, June 29-30, 2004. |
| July 2004: | 141st AVMA Annual Convention, Philadelphia, PA, July 23-26, 2004. |
| August 2004: | 113th annual meeting of the South Dakota Veterinary Medical Association, Rapid City, SD, August 18-21, 2004. |
| September 2004: | 37th annual conference of American Association of Bovine Practitioners, Fort Worth, TX, September 23-25, 2004. |
| December 2004 | Winter Meeting of Academy of Veterinary Consultants, Denver, CO, December 3-5, 2004. |
| March 2005 | 36th annual meeting of the American Association of Swine Veterinarians, Toronto, ONT, March 5-8, 2005. |
| April 2005: | Spring Meeting of Academy of Veterinary Consultants, Kona, HI, April 7-9, 2005. |
| May 2005: | 21st annual Alltech Symposium, Lexington , KY, May 22-24, 2005 |
| June 2005: | SDVMA Summer Meeting, Pierre, SD, June 5-7, 2005. |
| July 2005: | 142nd AVMA Annual Convention, Minneapolis, MN, July 17-20, 2005. |
| August 2005: | 114th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 14-17, 2005. |
| September 2005: | 38th annual conference of American Association of Bovine Practitioners, Salt Lake City, UT, September 22-24, 2005. |
| June 2006: | Nebraska Veterinary Medical Association Meeting, Hastings, NE, June 21-23, 2006. |
| August 2006: | 115th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 13-16, 2006. |
| September 2006: | 39th annual conference of the American Association of Bovine Practitioners, Saint Paul, MN, September 21-23, 2006. |
| January 2007: | 115th annual convention of the Missouri Veterinary Medical Association, Lake Ozark, MO, January 18-21, 2007. |

March 2007:       38th annual meeting American Association of Swine Veterinarians, Orlando FL, March 4-6, 2007

August 2007:      116th annual meeting of the South Dakota Veterinary Medical Association, Sioux Falls, SD, August 12-15, 2007.

September 2007:   40th annual conference of the American Association of Bovine Practitioners, Vancouver BC, September 20-22, 2007.

February 2008:    Virginia Veterinary Conference, Roanoke, VA, February 24, 2008

March 2008:       39th annual meeting American Association of Swine Veterinarians, San Diego CA, March 8-11, 2008.

June 2008:        WCVM/SVMA June Conference, Saskatoon, SAK, June 19, 2008.

June 2008:        Congres AMVPQ, Chicoutimi, QUE, June 21-22, 2008.

AA. Instructional Workshops

1. Bush Foundation Fall Advising Workshop, South Dakota State University, September 18, 1992

2. Effective Instruction Workshop for Faculty, South Dakota State University, February 10-March 24, 1993.

3. Teaching Virology, 13th annual meeting for American Society for Virology, Madison, WI, July 11, 1994.

4. South Dakota State University, Title III Faculty Development Grant, "Using Multimedia Resources for Teaching Microbiology, Anatomy and Physiology", November 1995, not approved.

5. Study Group Panelist. International Perspectives on Effective Teaching and Learning, Bush Faculty Development Workshop, South Dakota State University, August 28, 1996.

6. Caucus on International Involvement, South Dakota State University, October 7, 1997.

7. Panelist, Developing Entrepreneurial Activities at SDSU, SDSU Enterprise Institute, December 9, 2001.

8. Panelist, Becoming Globally Competent in Research and Scholarship, Bush Faculty Development Workshop, South Dakota State University, January 6, 2003.

9. Communication and Biotechnology, International Food Information Council, Washington DC, August 30-31, 2006.

AB. Consultations and Presentations for which Compensation was Received

Presentations, Schering-Plough Animal Health, Union, NJ, 1997. 2001, 2003-2007

Consultant, Schering-Plough Animal Health, Union NJ, 2006.

Presentations, Wyeth Animal Health, Guelph ONT, 2001, 2006, 2008

Presentations, Fort Dodge Animal Health, Overland Park, KS, 2002, 2004-2006

Consultant, Hematech, Sioux Falls, SD, 2001-2008

Consultant and Presentations, Novartis Animal Health, Larchwood, IA, 2002-2008

Presentations, Boehringer-Ingelheim Vetmedica, St. Joseph MO 2004, 2007

Consultant, Diamond V Mills, Cedar Rapids, IA, 2005

Consultant, Alltech, Lexington, KY, 2005, 2008

Presentations, Intervet, DeSoto, KS, 2005-2006

Presentations, Novartis Animal Health Canada, Mississauga, ONT, 2005, 2007, 2008

Presentations, American Soybean Association-International Marketing, St. Louis MO, 2005, 2007

Presentations, Pfizer Animal Health, Kalamazoo, MI, 2006
Presentations and Technical Writing, Merial, Athens, GA, 2007-2008
Expert Consultant in Intervet Inc v. Merial Limited, Civil Action No. 1:06-cv-00658, in the United States District Court for the District of Columbia, engaged by Merial Limited, Duluth GA, 2007-
Presentations, Schering-Plough-Intervet, Union NJ, 2008