# Exhibit C

Case 1:06-cv-00658-HHK-JMF   Document 186-5   Filed 07/30/2008   Page 1 of 7



Yariv Waks
Direct 202.220.4200
ywaks@kenyon.com

1500 K Street, NW
Washington, DC 20005-1257
202.220.4200
Fax 202.220.4201

July 16, 2008

**Via E-Mail**

Patrick Elsevier
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

      Re:    *Intervet Inc. v. Merial, et al.*; C.A. No. 1:06-cv-00658, United States District Court for the District of Columbia (HHK/JMF)

Dear Patrick:

      I write in response to Merial's July 9, 2008 e-mail enclosing a CV and signed notice of adherence for Dr. Chase. As his CV makes clear, Dr. Chase has been, and still is, a consultant for Schering-Plough, the parent corporation of plaintiff Intervet Inc. Based on this conflict, pursuant to paragraph 7(e)(ii) of the protective order, Intervet objects to Dr. Chase's involvement as a technical expert adverse to Intervet and Schering-Plough.

      Dr. Chase's CV also makes clear that he has done consulting work for several of the other companies involved in the porcine circovirus vaccine market. Nevertheless, despite our objection, we are willing to more fully examine Dr. Chase's conflict in this matter on the condition that, pursuant to paragraph 7(e)(i) of the protective order, you provide us with the following information within five (5) business days:

      1.    An identification and description of any research, testing, trials or consulting work that Dr. Chase or Rural Technologies, Inc. has performed or is involved in that (i) was conducted for or on behalf of Merial Limited and/or Merial SAS ("Merial") or any of Merial's parents, subsidiaries or related companies, or (ii) that involves any Merial vaccine, including, but not limited to, Circovac.

      2.    An identification and description of any research, testing, trials or consulting work that Dr. Chase or Rural Technologies has performed that (i) was conducted for or on behalf of Schering-Plough, or (ii) that involves any Schering-Plough vaccine.

      3.    An identification and description of any research, testing, trials or consulting work that Dr. Chase or Rural Technologies has performed for or on behalf of Ft.

Patrick Elsevier
July 16, 2008
Page 2



       Dodge Animal Health or any of Ft. Dodge's parents, subsidiaries or related companies, relating to porcine circoviruses, PMWS, PCVAD, and/or any Ft. Dodge vaccine related to any of the foregoing, including, but not limited to, Suvaxyn® PCV2.

4. An identification and description of any research, testing, trials or consulting work that Dr. Chase or Rural Technologies has performed for or on behalf of Boehringer-Ingelheim ("BI") or any of BI's parents, subsidiaries or related companies, relating to porcine circoviruses, PMWS, PCVAD, and/or any BI vaccine related to any of the foregoing, including, but not limited to, Ingelvac CircoFLEX®.

5. A listing and description of all payments to Dr. Chase, South Dakota State University and/or any colleges or departments thereof, or Rural Technologies by Merial or any of Merial's parents, subsidiaries or related companies for any research, testing, trials or consulting work relating to porcine circoviruses, PMWS, PCVAD, and/or any Merial vaccine related to any of the foregoing, including, but not limited to, Circovac.

6. A listing and description of all payments to Dr. Chase, South Dakota State University and/or any colleges or departments thereof, or Rural Technologies by Schering-Plough.

7. A listing and description of all payments to Dr. Chase, South Dakota State University and/or any colleges or departments thereof, or Rural Technologies by Ft. Dodge or any of Ft. Dodge's parents, subsidiaries or related companies for any research, testing, trials or consulting work relating to porcine circoviruses, PMWS, PCVAD, and/or any Merial vaccine related to any of the foregoing, including, but not limited to, Suvaxyn® PCV2.

8. A listing and description of all payments to Dr. Chase, South Dakota State University and/or any colleges or departments thereof, or Rural Technologies by BI or any of BI's parents, subsidiaries or related companies for any research, testing, trials or consulting work relating to porcine circoviruses, PMWS, PCVAD, and/or any Merial vaccine related to any of the foregoing, including, but not limited to, Ingelvac CircoFLEX®.

9. Copies of all correspondence and/or communications, including, but not limited to email communications, including any attachments thereto, that Dr. Chase or Rural Technologies has had with Merial or any employees of Merial since the initiation of this litigation.

10. Copies of all correspondence and/or communications, including, but not limited to email communications, including any attachments thereto, that Dr. Chase or Rural Technologies has had with Schering-Plough, or any employees of

Patrick Elsevier
July 16, 2008
Page 3



Schering-Plough, since the initiation of this litigation.

11. Copies of all correspondence and/or communications, including, but not limited to email communications, including any attachments thereto, that Dr. Chase or Rural Technologies has had with Ft. Dodge or BI, or any employees of these entities, since the initiation of this litigation related to porcine circoviruses, PMWS, PCVAD, and/or any Ft. Dodge or BI vaccine related to any of the foregoing.

12. All documents and tangible things related to the "PCV2 monoclonal antibody" that Rural Technologies sells (available at http://www.ruraltechinc.com/mono.html), including, but not limited to, documents related to the source of these antibodies, all testing of these antibodies and the results of such testing, including, but not limited to the dot immunoblot assay referenced on Rural Technologies' website, and samples of these antibodies in quantities sufficient to recreate such tests.

13. Copies of all publications, presentations, abstracts, posters, grant proposals, and submissions relating to the following:

- 51. 1998: Schering-Plough Animal Health, "Bovine respiratory syncytial virus efficacy trial". Principal Investigator, funded, $63,000.
- 51. 1998: Schering-Plough Animal Health, "Bovine respiratory syncytial virus efficacy trial". Principal Investigator, funded, $63,000.
- 86. 2002: Schering Plough Animal Health, "BRSV Challenge Study", Principal Investigator, not funded, $39,900.
- 89. 2002: Boehringer Ingelheim Vetmedica Advance PRRSV Research Award, "Determining the Time of Fetal infection after Acute PRRSV Infection in Pregnant Gilts", Principal Investigator $25,000, not funded.
- 99. 2006: Schering-Plough Animal Health, "Comparison of the distribution of three BVDV vaccine antigens in tissues of calves following vaccination". Principal Investigator, $34,866, funded.
- 172. Brown E, P Steen, C Chase, E Nelson, C Mateo and Y Fang. Investigation of Europeanlike porcine circovirus type 2 in the US swine herds. 87th annual meeting of Conference of Research Workers in Animal Disease, Chicago, IL, December 3, 2006.
- 46. Chase C. Porcine circovirus 2, Porcine Respiratory and Reproductive Syndrome Virus (PRRSV) and Porcine Respiratory Disease Complex, Yunnan Provincial Feed

Patrick Elsevier
July 16, 2008
Page 4



|   |       |   |
|---|-------|---|
| • |       | Association, Qujing, Yunnan Province, November 12-13, 2007. |
| • | 47.   | Chase C. Porcine circovirus 2, Porcine Respiratory and Reproductive Syndrome Virus (PRRSV) and Porcine Respiratory Disease Complex, Guizhou Provincial Feed Association, Guiyang, Guizhou Province, November 16-17, 2007. |
| • | 48.   | Chase C. Porcine circovirus 2, Porcine Respiratory and Reproductive Syndrome Virus (PRRSV) and Porcine Respiratory Disease Complex, Yunnan Provincial Feed Association, Nanning, Guangxi Province, November 18-19, 2007. |
| • | 45.   | Chase, CCL. 2000. Uses and abuses of autogenous vaccines. *Focus* Schering-Plough Swine Health, **3**, 5:1-3. |
| • | 80.   | Chase, CCL. 2000. Cytopathic and Non-Cytopathic BVDV: What's the Difference? Schering-Plough Animal Health, Union, NJ, April 17, 2000. |
| • | 112.  | Chase, CCL. Swine Influenza Teleconference. Schering-Plough Animal Health, April 25, 2001. |
| • | 119.  | Chase, C. Controlling BVDV: It's More than Type 1 and 2. Schering-Plough Animal Health Beef Seminar, Sioux Falls, SD, August 4, 2001. |
| • | 122.  | Chase, C. Controlling BVDV: It's More than Type 1 and 2. Schering-Plough Animal Health Cattle Seminar, Bloomington, MN, September 1, 2001. |
| • | 123.  | Chase, C. Controlling BVDV: It's More than Type 1 and 2. Schering-Plough Animal Health Beef Seminar, Norfolk, NE, October 18, 2001. |
| • | 126.  | Chase, C. BVDV- Prevention and Control, Schering Plough Animal Health Teleconference, December, 6, 2001. |
| • | 156.  | Chase CCL. BVDV Update: It's More than Type 1a, 1b, 2a, 2b and ???. Schering-Plough Animal Health Feedlot Seminar, December 11, 2003. |
| • | 158.  | Chase, CCL. BVDV Innate Immunity. Schering-Plough Animal Health Feedlot Consultants, San Diego, CA, January 16, 2004. |
| • | 159.  | Chase, CCL. NCP BVDV is Important for Protection. Schering-Plough Animal Health Seminar, Oklahoma City, OK, February 7, 2004. |
| • | 165.  | Chase, CCL. All Flavors of NCP BVDV are not the same: Understanding How BVDV Interacts with the Immune System. Schering-Plough Veterinary Seminar, Pendleton OR, September 18, 2004. |

Patrick Elsevier
July 16, 2008
Page 5



- 167.  Chase, CCL. Schering-Plough Animal Health BRD and Scours Seminar. Deadwood, SD, November 6, 2004.
- 175.  Chase CCL. New developments in immunology and vaccinology; KISP. Intervet Bovine Marketing Meeting, De Soto, KS, May 3, 2005.
- 180.  Chase, CCL. New developments in immunology and vaccinology; KISP. Intervet Veterinarian Meeting, Kansas City, MO, August 13, 2005.
- 181.  Chase, CCL. New developments in immunology and vaccinology; KISP. Intervet Veterinarian Meeting, Denver, CO, August 16, 2005.
- 182.  Chase CCL. New developments in immunology and vaccinology; KISP. Schering-Plough Animal Health Veterinarian Meeting, Minneapolis, MN, September 3, 2005.
- 185.  Chase CCL. New developments in immunology and vaccinology; KISP. Schering Plough Fall Educational Conference for Veterinarians, Kansas City, KS, September 17, 2005.
- 188.  Chase CCL. Bovine Immunology Roundtable, Intervet, Scottsdale, AZ, January 24, 2006.
- 199.  Chase C. Circulating antibodies- How do your clients overcome them? Fort Dodge Animal Health Feedlot Success 2006 Seminar, Omaha, NE, March 17, 2006.
- 203.  Chase C. BVD Genetic Diversity. Schering-Plough Animal Health, Fort Wayne, IN, April 22, 2006.
- 204.  Chase C. Schering-Plough Animal Health BVD AgTelePanel. April, 26, 2006.
- 205.  Chase C. Circulating antibodies: How do your clients overcome them? Fort Dodge Animal Health 2006 Dairy Leaders. Oregon, OH, May 4, 2006.
- 206.  Chase C. Schering-Plough Animal Health BVD Roundtable, Omaha, NE, May 30, 2006.
- 208.  Chase C. Immunology of BVDV. Schering-Plough Animal Health, Deadwood, SD July 7, 2006.
- 220.  Chase CCL. Applied Immunology. Merial Swine Advisory Board, San Antonio, TX, January 26, 2007.
- 252.  Chase CCL. Innate immune response in bovine respiratory disease. Schering-Plough Animal Health, Hermiston OR, September 12, 2007.
- 265.  Chase CCL. Immunology of the lung roundtable. Bovine Veterinarian/Schering Plough, Denver CO, November 29, 2007.

Patrick Elsevier
July 16, 2008
Page 6



- 286.    Chase C. Applied Immunology – What You Didn't Learn in Vet School Because We Didn't Know. WCVM/SVMA June Conference, Saskatoon, SAK, June 19, 2008.
- 289.    Chase C. Production animal immunology with emphasis on transdermal route of administration. Merial Swine University Webinar, June 23, 2008.
- Presentations, Schering-Plough Animal Health, Union, NJ, 1997. 2001, 2003-2007
- Consultant, Schering-Plough Animal Health, Union NJ, 2006.
- Presentations, Wyeth Animal Health, Guelph ONT, 2001, 2006, 2008
- Presentations, Fort Dodge Animal Health, Overland Park, KS, 2002, 2004-2006
- Presentations, Boehringer-Ingelheim Vetmedica, St. Joseph MO 2004, 2007
- Presentations, Intervet, DeSoto, KS, 2005-2006
- Presentations, Pfizer Animal Health, Kalamazoo, MI, 2006
- Presentations, Schering-Plough-Intervet, Union NJ, 2008

14. Copies of all patent applications on which Dr. Chase is a named inventor relating to porcine circoviruses, PCV-2, PMWS, and/or PCVAD and/or to any tests, assays, or vaccines relating to any of the foregoing.

Very truly yours,

Yariv Waks

cc: all counsel of record