# Exhibit E



home | about us | facilities | research studies | monoclonals
employment | newsletters | contact us | 605.692.6953



### Research Models

**Bovine**

- BCV and BRV Challenge Models
- BHV Type I Challenge Models
- BHV Type I Fetal Protection Model
- BRSV Challenge Model
- BVDV Type I and II Challenge Models
- BVDV Type I and II Fetal Protection Models
- Leptospirosis Challenge Model

**Porcine**

- PRV-E. coli PWD Model
- PRRSV Challenge Model
    - North American
    - European
- PRRSV Fetal Protection Model
- Erysipelas Challenge Model

**General**

- FDA Studies
- Field Safety Studies

**Our Mission:**
**Rural Technologies, Inc. brings to the animal health industry the highest-quality services and results that meet or exceed industry standards.**

**Rural Technologies, Inc.**
1008 32nd Ave
Brookings, SD 57006
605.692.6953
Fax: 605.692.7963
www.ruraltechinc.com
**info@ruraltechinc.com**

