# Exhibit G



home | about us | facilities | research studies | monoclonals
employment | newsletters | contact us | 605.692.6953



**Our Mission:**
**Rural Technologies, Inc. brings**
to the animal health industry the **highest-quality services** and results that **meet or exceed** industry standards.

**Rural Technologies, Inc.**
1008 32nd Ave
Brookings, SD 57006
605.692.6953
Fax: 605.692.7963

www.ruraltechinc.com
**info@ruraltechinc.com**

## Monoclonals

Rural Technologies, Inc. offers an extensive range of monoclonal antibody products. Our monoclonal antibodies are produced as mouse ascites fluid or hybridoma cell culture supernatant. Our products are used for various research applications including (but not limited to): immunohistochemistry, immunofluorescence, and enzyme linked immunosobent assays. We have exclusive and non-exclusive licensing agreements with a number of universities and guarantee the quality of our products.



*Click on image for enlarged view of project locations.*

**Porcine Reproductive & Respiratory Syndrome Virus (PRRSV)**
**Monoclonal Antibody: (SR30)**
SR30 reacts with all North American and European strains of Porcine Reproductive and Respiratory Syndrome Virus (PRRSV). This monoclonal antibody recognizes a highly conserved epitope on the nucleocapsid protein of PRRSV. The antibody is produced as mouse ascites fluid. Three SR30 products are available: SR30-A (unconjugated ascites fluid); SR30-F (ascites fluid conjugated with fluorescein isothiocyanate (FITC)); and SR30-B (ascites conjugated with biotin).

**Uses of SR30**
SR30-A has been used in immunohistochemistry, indirect fluorescent antibody, and enzyme linked-immunosorbent assays in research applications. SR30-B has been used in enzyme linked-immunosorbent assays for antigen detection and can also be used in competitive ELISAs for antibody detection in research applications. SR30-F has been used in immunofluorescence tests in research applications.

| **Cost** | **Isotype**-IgG1 |
|---|---|
| SR30-A (1 mL) $385 | **Uses and Recommended Dilutions** |
| SR30-F (1 mL) $385 | SR30-A: IFA - 1:50,000 |
| SR30-B (1 mL) $610 | SR30-A: IHC - 1:10,000 |
| SR30-B(100 uL) $70 | SR30-F: IFA - 1:100 |

**Porcine Reproductive & Respiratory Syndrome Virus(PRRSV)**
**Monoclonal Antibody: (SDOW17)**
SDOW17 reacts with >99% of all North American and European isolates of Porcine Reproductive and Respiratory Syndrome Virus (PRRSV). This monoclonal antibody recognizes a highly conserved epitope on the nucleocapsid protein of PRRSV. SDOW17 does not react with the Prime Pac PRRSV vaccine strain. This antibody is produced as mouse ascites fluid. Three SDOW17 products are available: SDOW17-A (unconjugated ascites fluid); SDOW17-F (ascites fluid conjugated with fluorescein isothiocyanate (FITC); and SDOW17-B (ascites conjugated with biotin).

**Uses of SDOW17**
SDOW17-A has been used in immunohistochemistry, indirect fluorescent antibody, and enzyme linked-immunosorbent assays in research applications. SDOW17-F has been used in immunofluorescence tests in research applications. SDOW17-B has been used in enzyme linked-immunosorbent assays for antigen detection in research applications.

| **Cost** | **Isotype**-IgG1 |
|---|---|
| SDOW17-A (1 mL) $385Isotype-IgG1 | **Uses and Recommended Dilutions** |
| SDOW17-F (1 mL) $385 | SDOW17-A: IFA - 1:50,000 |
| SDOW17-B (1 mL) $610 | SDOW17-A: IHC - 1:10,000 |
| SDOW17-B(100 uL) $70 | SDOW17-F: IFA - 1:100 |

**Bovine Coronavirus (BCV)**
**Monoclonal Antibody: (BC 6-4)**
BC 6-4 reacts with North American strains of Bovine Coronavirus (BCV). This monoclonal antibody recognizes an epitope on the nucleocapsid protein of BCV. The antibody is produced as mouse ascites fluid. One BC 6-4 product is available: BC 6-4-A (unconjugated ascites fluid).

**Uses of BC 6-4**
BC 6-4-A has been used for immunohistochemistry, indirect fluorescent antibody and enzyme linked-immunosorbent assays in research applications.

| | **Isotype**-IgG1 |
|---|---|
| | **Uses and Recommended Dilutions** |
| **Cost** | BC 6-4-A: IFA |

| | |
|---|---|
| BC 6-4-A (1 mL) $385 | BC 6-4-A: IHC<br>BC 6-4-A: ELISA |

### Bovine Coronavirus (BCV)
**Monoclonal Antibody: (BCV 8F2)**
BCV 8F2 reacts with Antigenic Group II viruses from the family Coronaviridae. This monoclonal antibody recognizes nucleoproteins from both bovine and elk coronavirus. The antibody is produced in hybridoma cells.

**Uses of BCV 8F2**
BCV 8F2 has been used in immunohistochemistry assays to detect the presence of the coronavirus nucleoprotein in formalin fixed tissues.

**Click here for more information**

| | |
|---|---|
| **Cost**<br>BCV 8F2 (1 mL) $500 | **Isotype**-IgG1<br>**Uses and Recommended Dilutions**<br>BC-8F2-C: IHC - 1:100-1:200 |

### Rotavirus (RV)
**Monoclonal Antibody: (RV 11-2)**
RV 11-2 reacts with Group A strains of rotavirus (RV). This monoclonal antibody recognizes an epitope on the VP6 protein of RV. The antibody is produced as mouse ascites fluid. Three RV 11-2 products are available: RV 11-2-A (unconjugated ascites fluid); RV 11-2-F (ascites fluid conjugated with fluorescien isothiocyanate (FITC)); and RV 11-2-B (ascites conjugated with biotin) which is available on request.

**Uses of RV 11-2**
RV 11-2-A has been used for indirect fluorescent antibody and enzyme linked-immunosorbent assays in research applications. RV 11-2-B has been used for antigen detection assays in research applications. RV 11-2-F has been used for immunofluorescence tests in research applications.

| | |
|---|---|
| **Cost**<br>RV 11-2-A (1 mL) $385<br>RV 11-2-B (1 mL) $385<br>RV 11-2-F (1 mL) $385 | **Isotype**-IgG2a<br>**Uses and Recommended Dilutions**<br>RV 11-2-A: IFA<br>RV 11-2-A: ELISA<br>RV 11-2-F: IFA - 1:100<br>Rv 11-2-B: 1:500 |

### *E. coli*
**Monoclonal Antibody: EC 4A3, EC F18, and EC K88**
EC 4A3 reacts with *Escherichia coli (E. coli)* strains that express the 987P pilus antigen. The antibody is produced as mouse ascites fluid. One EC 4A3 product is available: EC 4A3-A (unconjugated ascites fluid).

EC F18 has been used for indirect fluorescent antibody assays to detect the presence of the F18 fimbrial antigen in research applications.

EC K88 The anti-K88ac monoclonal antibody was created against the K88 fimbria of enterotoxigenic Escherichia coli (ETEC). The antibody reacts with K88 fimbria of ETEC and blocks the binding of K88 + bacteria to intestinal epithelial cells. The antibody is produced in hybridoma cells and is available as cell culture supernatant.

| | |
|---|---|
| **Cost**<br>EC 4A3-A (1 mL) $385<br>EC F18-C (5 mL) $385 | **Isotype**-IgG1<br>**Uses and Recommended Dilutions**<br>EC 4A3-A: IFA - 1:1000<br>EC F18-C: IFA - 1:500 |

### Porcine Circovirus (PCV)
**Monoclonal Antibody: (PCV2)**
The PCV2 monoclonal antibody reacts with antigenic group II viruses from the porcine circovirus family. This monoclonal antibody was found to react by a dot-immunoblot assay to purified virus; however, the protein specificity has not yet been determined. The antibody is produced as mouse ascites fluid.

**Uses of PCV2**
PCV2 has been used for indirect flourescent antibody assays (1:1000) and immunohistochemistry (1:500). Upon receipt, the frozen ascites should be thawed, dispensed in small aliquots and frozen at -20C. If multiple aliquots are withdrawn from the stock, sterile techniques should be practiced to prevent contamination of the ascites fluid. Individual laboratories and investigators are advised to determine the optimal working dilution for their protocol.

| | |
|---|---|
| **Cost**<br>PCV2 (1 mL) $385 | **Isotype**-IgG2<br>**Uses and Recommended Dilutions**<br>PCV2-A: IFA - 1:1000<br>PCV2-A: IHC - 1:500 |

**Anti-ILT Monoclonal Antibody: (ILT-004)**
The anti-ILT monoclonal antibody provides nuclear staining of trachael cells infected with the

infectious laryngotracheitis virus (ILTV) antigen. The antibody is produced in hybridoma cells and is available as cell culture supernatant.

**Uses of ILT-004**

ILT-004 has been used for indirect flourescent antibody assays to detect the presence of the infectious laryngotracheitis virus (ILTV) antigen in research applications.

**Cost**
ILT-004 (5 mL) $385

**Isotype**-IgG2b
**Uses and Recommended Dilutions**
ILT-004: IFA - 1:50