# Exhibit H

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

**J. Patrick Elsevier**        **Direct Dial: 404-881-7683**        **E-mail: patrick.elsevier@alston.com**

April 14, 2008

*VIA Electronic Mail and U.S. mail*

Mr. Yariv Waks
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257

       Re:     *Intervet v. Merial, et al.*, Civil Action No. 1:06-cv-00658 (HHK-JMF)
                 United States District Court for the District of Columbia

Dear Reeve:

      I write in response to your April 11, 2008 email enclosing a CV and signed notice of adherence for Dr. Rowland. It does not appear that Intervet has provided the full disclosure required by paragraph 7(e)(i) of the protective order. In particular, it does not appear that Dr. Rowland's CV lists all of the consultations that he has had in the previous four years. Accordingly, please provide us with a list of all consultations that Dr. Rowland has had in the previous four years. Because Dr. Rowland's disclosure does not meet the requirements of paragraph 7(e)(i) of the protective order, the five business day objection period set forth in paragraph 7(e)(ii) of the protective order has not begun to run.

      In addition, we request pursuant to paragraph 7(e)(i) that you provide us with the following information within five (5) business days:

      1. An identification and description of any research, testing, trials or consulting work that Dr. Rowland has performed or is involved in as a principle investigator that (i) was conducted for or on behalf of Intervet, Inc. or any of Intervet, Inc.'s parents, subsidiaries or related companies or (ii) that involves any Intervet vaccine, including, but not limited to Intervet's Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector and/or Circumvent™ PCV vaccine.

      2. A listing and description of all payments to Dr. Rowland, Kansas State University and/or any colleges or departments thereof by Intervet Inc. or any of Intervet, Inc.'s parents, subsidiaries or related companies for any research, testing, trials or consulting work relating to porcine circoviruses,

April 14, 2008
Page 2

      PCV-2, PMWS, PCVAD, and/or any Intervet vaccine related to any of the foregoing, including, but not limited to Intervet's Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector and/or Circumvent™ PCV vaccine.

3. Copies from of all correspondence and/or communications, including, but not limited to email communications, including any attachments thereto, that Dr. Rowland has had with Intervet Inc. or any employees of Intervet Inc. since the initiation of this litigation.

4. Copies of all publications, presentations, abstracts, posters, grant proposals, and submissions relating to the following:

   - Rowland, R and R Hesse, USDA NRI Competitive Grants Program. 2008-211. Mapping host protective immunity in the PCV2 capsid protein. $360,000.
   - Hesse et al., NPB, 2007-2008. PCVAD induced immune dysfunction, $200,000.
   - AES minigrant (to be submitted 5/14/07), 2007-2008. Tools for the diagnosis of porcine circovirus associated disease.
   - Rowland and Nietfeld, 2006-2007, NPB, The "Kansas Cluster" of severe PMWS cases: characterization of a novel PCV2 as the possible etiological agent. $63,000
   - Horlen, KP, SS Dritz, JC Nietfeld, SC Henry, RA Hesse, MS, R Oberst, M Hays, J Anderson, RRR Rowland. 2008. A field evaluation of pig mortality and performance following commercial vaccination against porcine circovirus type 2. Jam Vet Med Assoc. 232:906-912.
   - Hesse, RA, M Kerrigan, RRR Rowland. 2008. Evidence for recombination between PCV2a and PCV2b in the field. Virus Res. 132:201-207.
   - Rowland, RRR. 2007. PCV2: Lessens learned and the future. Pork, invited editorial.
   - Horlen, K, P Schneider, J Anderson, JC Nietfeld, SC Henry, LB Tokach, and RRR Rowland. 2007. A cluster of farms experiencing severe porcine circovirus associated disease (PCVAD): Clinical features and association with the PCV2b genotype. J Swine Health and Prod. 15:270-277.
   - R Hesse, M Kerrigan, RRR Rowland. 2007. Evidence for recombination between PCV2a and PCV2b in the field. 2007 International PRRS Symposium, Chicago.
   - KP Horlen, SS Dritz, D Hesse, D Oberst, S Henry, RRR Rowland. 2007. Decreased mortality and increased performance

April 14, 2008
Page 3

> following vaccination against PCV2. 2007 International PRRS Symposium, Chicago
> - Horlen, KP, SS Dritz, RRR Rowland. 2007. Evaluation of mortality and performance following vaccination against porcine circovirus Type 2. Kansas State Phi Zeta Research Day, Manhattan, KS.
> - Horlen, KP, RRR Rowland. 2006. RFLP-specific PCR analysis of PCV2 isolates. In: R. Ellis Ed., Proceedings of the Conference of Research Workers in Animal Diseases (CRWAD), Chicago.
> - 2008- Invited Speaker- Epidemiology of PCV2 and PCVAD. 2008 Meeting of the American Association of Swine Veterinarians, March 10, 2008, San Diego.
> - 2007- K-State Swine Day, Swine Team Presentation on PCV2, November 15, 2007, Manhattan, KS.
> - 2007- Iowa State University Swine Disease Conference, Virus sequencing and emerging diseases, November 8, 2007, Ames, IA.

5. Copies of all patent applications on which Dr. Rowland is a named inventor relating to porcine circoviruses, PCV-2, PMWS, and/or PCVAD and/or to any tests, assays, or vaccines relating to any of the foregoing.

Sincerely,

J. Patrick Elsevier

cc:   All counsel of record via email

LEGAL02/30773207v1