UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658(HHK-JMF) |

**PROPOSED ORDER**

Now before the Court is Plaintiff Intervet Inc.'s *Motion for a Protective Order Precluding Christopher Chase from Having Access to Intervet Confidential Information*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's motion is hereby

GRANTED.

It is hereby ordered that Christopher Chase may not have access to any materials or information designated by Intervet as Confidential or Attorneys' Eyes Only under the Protective Order in this matter.

SO ORDERED.

Date: _____                                    _____
                                                                          United States District Judge