UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants*. | Civil Action No. 1:06-cv-00658 <br> (HHK/JMF) |

## STIPULATION OF THE PARTIES

Pursuant to paragraph 5 of the Protective Order entered on April 24, 2007, in this litigation ("the '601 litigation"), the parties herewith stipulate that documents and things produced in the '601 litigation can also be used in the litigation styled *Intervet v. Merial Limited, at al.*, Civil Action No. 1:07-CV-00559 (HHK) (DDC) ("the '594 litigation") under the same terms and conditions in the '594 litigation as they can be used in the '601 litigation.  This Stipulation in no way precludes any party to the '594 litigation from requesting that additional documents and things be produced in the '594 litigation.

Agreed to this 4th day of August, 2008.

| | |
|---|---|
| */s/ William G. James* | */s/ J. Patrick Elsevier* |
| KENYON & KENYON LLP | ALSTON & BIRD, LLP |
| William G. James | Timothy Ngau |
| DC Bar No. 503162 | DC Bar No. 339333 |
| John R. Hutchins | 950 F Street, NW |
| DC Bar No. 456749 | Washington, DC 20004 |
| Yariv Waks | Phone: 202-756-3300 |
| DC Bar No. 491729 | Fax: 202-756-3333 |
| 1500 K Street, N.W., Suite 700 | |
| Washington, DC 20005 | Judy Jarecki-Black, Ph.D. |
| Phone: 202-220-4200 | Merial Limited |
| Fax: 202-220-4201 | 3239 Satellite Blvd. |
| | Duluth, GA 30096-4640 |
| Richard L. DeLucia | Tel.: (678) 638-3805 |
| Michael D. Loughnane | Fax: (678) 638-3350 |
| Patrice P. Jean, Ph.D. | |
| Kenyon & Kenyon LLP | Thomas J. Kowalski |
| One Broadway | Steven M. Amundson |
| New York, NY 10004 | DC Bar No. 412196 |
| | Vicki Franks |
| *Counsel for Plaintiff* | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Kristen L. Melton |
| | Elizabeth K. Haynes |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| | *Counsel for Defendants* |