## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |
| MERIAL LIMITED and MERIAL SAS, | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008, and Merial's Opposition as well as the supporting documents, IT IS HEREBY ORDERED that Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008 is DENIED.

_____
Date

_____
United States District Court Judge