UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

### CONSENT MOTION FOR AN EXTENSION OF TIME FOR MERIAL LIMITED AND MERIAL SAS TO RESPOND TO INTERVET INC.'S MOTION FOR A PROTECTIVE ORDER TO PRECLUDE CHRISTOPHER CHASE FROM HAVING ACCESS TO INTERVET CONFIDENTIAL INFORMATION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Merial Limited and Merial SAS ("Merial"), with the consent of Plaintiff Intervet Inc. ("Intervet"), hereby move this Court for an order extending Merial's deadline to respond to Intervet's Motion For A Protective Order To Preclude Christopher Chase From Having Access To Intervet Confidential Information (D.I. 186). Merial's deadline to respond is currently August 14, 2008. Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet has agreed to a 10-day extension of this deadline.

**WHEREFORE,** Merial respectfully requests, with Intervet's consent, that the Court grant this motion permitting Merial through and including Monday, August 25, 2008 to respond to Intervet's Motion For A Protective Order To Preclude Christopher Chase from Having Access to Intervet Confidential Information (D.I. 186) pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure.

A proposed order is attached for the Court's consideration.

Dated: August 7, 2008                              Respectfully submitted,

*/s/ Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
Jill Williamson
DC Bar No. 487469
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steve Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Defendants Merial Limited and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>       Plaintiff,<br><br>      v.<br><br>MERIAL LIMITED; MERIAL SAS; THE QUEENS'S UNIVERSITY OF BELFAST; and UNIVERSITY OF SASKATCHEWAN,<br><br>       Defendants. | Civil Action No. 1:06-cv-00658 (HHK) |

## [PROPOSED] ORDER

The motion of Defendants Merial Limited and Merial SAS for an extension of their deadline to respond to Intervet's Motion For A Protective Order To Preclude Christopher Chase From Having Access To Intervet Confidential Information (D.I. 186), to which Plaintiff Intervet, Inc. has consented, is hereby GRANTED. Merial shall have up to and including Monday, August 25, 2008 to respond to Intervet's Motion For A Protective Order To Preclude Christopher Chase From Having Access To Intervet Confidential Information (D.I. 186) pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure.

SO ORDERED, THIS _____ day of _____, 2008.

_____
United States District Judge