UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |

**NOTICE OF FILING DOCUMENTS UNDER SEAL
IN SUPPORT OF MERIAL'S OPPOSITION TO INTERVET'S
MOTION TO DEFER REBUTTAL EXPERT REPORTS
UNTIL DECEMBER 15, 2008**

Defendants Merial Limited and Merial SAS (collectively "Merial") hereby provide notice that the following documents are being filed under seal in support of Merial's Opposition to Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008:

1. Merial's Brief in Opposition to Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008

2. Declaration of J. Patrick Elsevier in Support of Merial's Opposition to Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008 and supporting documents.

These documents have been filed in paper format with the Court and are not available for public viewing.

This 7th day of August, 2008.

/s/ *Patrick Elsevier*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC 20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br><br> MERIAL LIMITED and MERIAL SAS, <br><br> Defendants. | Civil Action No. 1:06-cv-00658 (HHK- JMF) |

### NOTICE REGARDING CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2008, I caused copies of the following documents to be served:

- Merial's Opposition to Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008;

- (Proposed) Order;

- Declaration of J. Patrick Elsevier in Support of Merial's Opposition to Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008 and supporting documents; and

- Notice of Filing Under Seal in Support of Merial's Opposition to Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008.

The foregoing documents were served via Email and Overnight Courier on the following attorneys of record:

>John R. Hutchins, Esq.
>William G. James, Esq.
>Yariv Waks, Esq.
>Kenyon & Kenyon
>1500 K Street, N.W., Suite 700
>Washington, DC 20005-1257
>Telephone: 202-220-4200
>Fax: 202-220-4201
>
>Richard L. DeLucia, Esq.
>Michael Loughnane, Esq.
>Jerry Canada, Esq.
>Kenyon & Kenyon
>One Broadway
>New York, NY 10004
>Tel: 212-425-7200
>Fax: 212-425-5288

>Counsel of Plaintiff Intervet Inc.

>*/s/ Crystal Kelly*
>ALSTON & BIRD, LLP
>Crystal B. Kelly
>Paralegal
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Telephone: 404-881-7000
>Fax: 404-881-7777