UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>      *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**ERRATA NOTICE FOR CORRECTED REPLY IN FURTHER SUPPORT OF INTERVET'S MOTION TO DEFER REBUTTAL EXPERT REPORTS UNTIL <u>DECEMBER 15, 2008</u>**

Notice is hereby respectfully given that errors existed in the certificate of service and reply memorandum that were filed yesterday with D.I. 192. Attached to this Notice is the corrected certificate of service and *Reply in Further Support of Intervet's Motion to Defer Rebuttal Expert Reports Until December 15, 2008*. For completeness, the Declaration of Yariv Waks (and associated exhibits) and Notice of Filing Under Seal are attached as well. Counsel for Plaintiff Intervet Inc. respectfully requests that the attached documents be substituted in place of those originally filed as D.I. 192.

Dated: August 19, 2008

                                                                                       Respectfully submitted,

                                                                                        /s/ Yariv Waks
                                                           _____
                                                          Yariv Waks (DC Bar No. 491729)
                                                          KENYON & KENYON LLP
                                                          1500 K Street N.W., Suite 700
                                                          Washington, D.C. 20005
                                                          (202) 220-4200 (telephone)
                                                          (202) 220-4201 (facsimile)
                                                          Attorneys for Plaintiff
                                                          Intervet Inc.