UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    Defendants. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF (1) MERIAL'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DISCLOSURE OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY MATERIALS AND INFORMATION TO DR. ROWLAND (D.I. 144) AND (2) INTERVET'S MOTION FOR A PROTECTIVE ORDER PRECLUDING CHRISTOPHER CHASE FROM HAVING ACCESS TO INTERVET CONFIDENTIAL INFORMATION (D.I. 186)**

Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS ("Merial") hereby provide notice that a compromise resolution has been reached with respect to (1) Merial's Motion for Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland (D.I. 144) and (2) Intervet's Motion For a Protective Order Precluding Christopher Chase From Having Access to Intervet Confidential Information (D.I. 186). The parties, therefore, hereby jointly stipulate that (1) Merial's Motion for Protective Order to Preclude Disclosure of Confidential and Attorneys' Eyes Only Materials and Information to Dr. Rowland (D.I. 144) and (2) Intervet's Motion For a Protective Order Precluding Christopher Chase From Having Access to Intervet Confidential Information (D.I. 186) are both withdrawn without prejudice.

This 25th day of August, 2008.

*/s/ Michael D. Loughnane*
KENYON & KENYON, LLP
John R. Hutchins
DC Bar No. 456749
William G. James
DC Bar No. 503162
Yariv Waks
DC Bar No. 491729
1500 K Street, NW, Suite 700
Washington, DC 20005-1257
Tel:  (202) 220-4200
Fax: (202) 220-4201

Michael D. Loughnane
Richard L. DeLucia
Patrice P. Jean, Ph.D.
DC Bar No. 482968
Kenyon & Kenyon, LLP
One Broadway
New York, NY, 10004
Tel: (212) 425-7200
Fax: (212) 425-5288

*Attorneys for Intervet Inc.*

*/s/ Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*