UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**  <br><br>**Plaintiff,**  <br><br>v.  <br><br>**MERIAL LIMITED and MERIAL SAS,**  <br><br>**Defendants.** | **Civil Action No. 1:06-cv-00658 (HHK/JMF)** |

**ORDER**

Upon consideration of defendants' Merial Limited [sic] and Merial SAS' Omnibus Motion to Compel Plaintiff Intervet [sic] Inc. to Respond to Discovery [#127] and the entire record in this case, IT IS THEREFORE ORDERED that:

1. Defendants' motion to compel plaintiff to provide additional responses to Interrogatory Nos. 1-6 and 8, in Defendants Merial SAS' and Merial Limited's First Set of Interrogatories to Plaintiff Intervet, Inc., and to Interrogatory Nos. 16-21, in Defendants Merial SAS' and Merial Limited's Second Set of Interrogatories to Plaintiff Intervet, Inc., is denied.  See Exhibit 1 to the Declaration in Support of Merial's Omnibus Motion to Compel ("Exhibit 1"); Exhibit 5 to the Declaration in Support of Merial's Omnibus Motion to Compel ("Exhibit 5").

2. Defendants' motion to compel plaintiff to respond to Interrogatory Nos. 6-11 and 13, in Defendants Merial SAS' and Merial Limited's First Set of Interrogatories to Plaintiff Intervet, Inc., and to Interrogatory Nos. 17 and 19-21, in Defendants Merial SAS' and Merial Limited's Second Set of Interrogatories to Plaintiff Intervet, Inc., is denied.  Furthermore, defendants' motion to compel plaintiff to produce documents

protected by the attorney-client privilege, which include an analysis of patent issues related to plaintiff's porcine circovirus type II vaccine products, is denied. See Exhibit 1; Exhibit 5.

3. The remaining issues in defendants' motion are denied without prejudice.

4. All the following motions are also denied without prejudice: [#140], [#142], [#146], [#153], [#154], and [#184].

**SO ORDERED.**

Dated: September 3, 2008                              /s/
                                                JOHN M. FACCIOLA
                                                UNITED STATES MAGISTRATE JUDGE