**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants*. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

**PLAINTIFF INTERVET INC.'S MOTION FOR
<u>SUMMARY JUDGMENT OF NONINFRINGEMENT</u>**

Pursuant to Fed. R. Civ. 56(b), Plaintiff Intervet Inc. ("Intervet") hereby moves for summary judgment of noninfringement of the asserted claims of U.S. Patent No. 6,368,601 ("the '601 patent"). There are no genuine issues of material fact that Intervet's accused product does not literally infringe any of claims 9, 15, 16, 32, 33 or 35 of the '601 patent, as those claims have been construed by the Court. Furthermore, Merial is estopped as a matter of law from invoking the doctrine of equivalents in this matter. Consequently, summary judgment of noninfringement is appropriate. The reasons for granting this motion are set forth in the accompanying memorandum of law. A proposed order is also submitted herewith for the Court's consideration.

Dated: September 11, 2008					Respectfully Submitted,

         /s/  Yariv Waks
John R. Hutchins (D.C. Bar # 456749)
William G. James, II (D.C. Bar # 503162)
Yariv Waks (D.C. Bar # 491729)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005-1257

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (D.C. Bar # 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004

*Counsel for Intervet Inc.*