## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

### NOTICE OF MATERIALS FILED UNDER SEAL

Pursuant to the Protective Order of April 24, 2007, in the above-captioned matter (D.I. 87), Plaintiff Intervet Inc. ("Intervet") hereby gives notice that the following materials were filed today under seal:

- *Memorandum in Support of Intervet's Motion for Summary Judgment of Noninfringement*;

- *Declaration of Yariv Waks in Support of Intervet's Memorandum in Support of Its Motion for Summary Judgment of Noninfringement*, and the exhibits cited therein;

- *Statement of Material Facts as to Which There Is no Genuine Issue in Support of Intervet's Motion for Summary Judgment.*

These documents contain material designated Confidential and Attorneys' Eyes Only under the Protective Order of April 24, 2007.

Hard copies of these documents will be filed with the Court. Intervet submits to the Court that these materials should not be available for public viewing.

Respectfully submitted this 11th day of September, 2008.

       /s/ Yariv Waks
John R. Hutchins (DC Bar No. 456749)
William G. James (DC Bar No. 503162)
Yariv Waks (DC Bar No. 491729)
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, DC 20005
Phone: 202-220-4200
Fax: 202-220-4201

Richard L. DeLucia
Michael D. Loughnane
Patrice P. Jean, Ph.D. (DC Bar No. 482968)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: 212-425-7200
Fax: 212-425-5288

*Counsel for Intervet Inc.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff,* v. MERIAL LIMITED and MERIAL SAS, *Defendants.* | Civil Action No. 1:06-cv-00658 (HHK/JMF) |

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2008, copies of *Plaintiff Intervet's Motion for Summary Judgment of Noninfringement, Intervet's Memorandum of Law in Support of Its Motion for Summary Judgment of Noninfringement,* the *Declaration of Yariv Waks in Support of Intervet's Motion for Summary Judgment of Noninfringement* (and the exhibits cited therein), a Proposed Order, the *Statement of Material Facts as to Which There Is no Genuine Issue in Support of Intervet's Motion for Summary Judgment*, and a *Notice of Materials Filed Under Seal* regarding the aforementioned materials were served by hand on the following attorney of record:

    Timothy A. Ngau, Esq.
    ALSTON & BIRD LLP
    950 F. Street, NW
    Washington, DC 20004
    Tel: (202) 756-3300
    Fax: (202) 756-3333

    Counsel of Defendants Merial Limited and Merial SAS

In addition to hand service as set forth above, courtesy copies of the above listed documents were also sent via email and/or Federal Express on the following attorneys of record:

Thomas J. Kowalski, Esq.
Vicki Franks, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue, NY NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500


Frank G. Smith III, Esq.
J. Patrick Elsevier, Esq.
Kristen Melton, Esq.
Beth Haynes, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Counsel of Defendants Merial Limited and Merial SAS


*/s/ Peter Benson*
Peter Benson
Litigation Paralegal
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

Counsel of Plaintiff Intervet, Inc.