# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK/JMF) |
| MERIAL LIMITED and MERIAL SAS | |
| *Defendants.* | |

## PROPOSED ORDER

Now before the Court is *Intervet's Motion for Summary Judgment of Noninfringement*. Upon full consideration of the motion, the opposition thereto, the underlying briefs, and the record, Intervet's Motion is hereby

GRANTED.

It is hereby ordered that Intervet's accused product does not literally infringe any of claims 9, 15, 16, 32, 33 or 35 of U.S. Patent No. 6,368,601, and Merial is barred under the doctrine of prosecution history estoppel from invoking the doctrine of equivalents with respect to any of these claims.

SO ORDERED.

Date: _____

_____
United States District Judge